UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M. by her mother and next friend, E.M., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22-cv-1075-JMS-DLP ) |
| INDIANAPOLIS PUBLIC SCHOOLS; SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS, in her official capacity, | ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS INDIANAPOLIS PUBLIC SCHOOLS & SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS'**
**RESPONSE TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Indianapolis Public Schools and its Superintendent (in her official capacity) (together, "IPS") are the named Defendants in this lawsuit challenging recent Indiana legislation concerning transgender females' participation in student athletics. Plaintiff's Complaint alleges no wrongdoing by IPS. [Filing No. 1.] As contemplated by 28 U.S.C. § 2403(b), the State of Indiana has intervened to defend the law. [Filing Nos. 18, 27.] Accordingly, IPS takes no position at this time on whether the Court should grant an injunction based on the legal questions presented by Plaintiff's Motion for Preliminary Injunction—namely, whether HEA 1041 violates Title IX and the Equal Protection Clause of the Fourteenth Amendment. [Filing No. 24 at 15-27.] IPS does, however, agree that Plaintiff's Complaint presents important issues for which the Court's guidance will be critical as schools across Indiana approach the 2022 Fall semester.

A.M. is an IPS student whose birth assigned sex was male, but whose gender identity is female. [Filing No. 23 at 1.] Consistent with its guidelines, IPS supports A.M.'s gender identity by referring to her by her female first name and allowing her to use female restrooms at school. [Filing No. 29-1 (Exhibit 11 to Dep. of IPS); Filing No. 29-2 at 15-16 (Dep. of IPS (Kennedy) at 96:17-97:7; Filing No. 23 at 2.] A.M. also plays on her school's girls' softball team. [Filing No. 23 at 3.] Softball is designated as a girls' sport within IPS. [Filing No. 29-2 at 5-6 (Dep. of IPS (Thomas) at 28:1-32:25).] IPS has no current plans to change that designation. [Filing No. 29-2 at 5-9 (Dep. of IPS (Thomas) at 28:1-42:5).]

IPS is an Indiana school corporation to which HEA 1041 applies. That statute forbids "a male, based on a student's biological sex at birth in accordance with the student's genetics and reproductive biology" from participating on a team designated as a female team or in a sport designated as a female sport. HEA 1041, Section 4. But for HEA 1041, IPS' intention for the 2022-2023 school year was that A.M. would play girls softball again. [Filing No. 29-2 at 5 (Dep. of IPS (Kennedy) at 26:11-17).] IPS believes that HEA 1041 prohibits A.M. from playing on the girls' softball team. [*Id.*] IPS also believes that prohibition is inconsistent with IPS' obligations under Title IX, and that re-designating girls' sports as co-ed sports would likely run afoul of Title IX as well. [*Id.* at 4, 12-13 (Dep. of IPS (Kennedy) at 21:4-24; 55:24-60:13).] It is for these and other reasons that IPS has stated publicly that it opposes HEA 1041. [Filing No. 29-3 (Exhibit 7 to Dep. of IPS); Filing No. 29-2 at 4, 12 (Dep. of IPS (Kennedy) at 21:4-14; 23:1-24:8; 53:4-13).] Should the Court decline to enjoin HEA 1041, finding that it is constitutional and does not violate Title IX, IPS will comply with HEA 1041. [Filing No. 29-2 at 4 (Dep. of IPS (Kennedy) at 21:4-14).]

IPS' elementary school softball program begins in mid-August. [Filing No. 29-2 at 7 (Dep. of IPS (Thomas) at 36:11-16).] IPS respectfully requests a ruling from this Court as soon as practicable before that time.

Date:   June 17, 2022

Respectfully submitted,

/s/ *Anne K. Ricchiuto*
Anne K. Ricchiuto (#25760-49)
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Tel. (317) 237-0300
Fax (317) 237-1000
anne.ricchiuto@faegredrinker.com

*Attorney for Defendants Indianapolis Public Schools and Superintendent, Indianapolis Public Schools*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2022, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

| | |
|---|---|
| Kenneth J. Falk<br>Gavin M. Rose<br>Stevie J. Pactor<br>ACLU of Indiana<br>1031 E. Washington Street<br>Indianapolis, IN 46202<br>*kfalk@aclu-in.org*<br>*grose@aclu-in.org*<br>*spactor@aclu-in.org*<br><br>Counsel for Plaintiff | Thomas M. Fisher<br>James A. Barta<br>Julia C. Payne<br>Melinda R. Holmes<br>Deputy Attorney General<br>Office of the Indiana Attorney General<br>Indiana Government Center South, 5th Fl.<br>302 W. Washington Street<br>Indianapolis, IN 46204<br>*Tom.fisher@atg.in.gov*<br>*James.barta@atg.in.gov*<br>*Julia.payne@atg.in.gov*<br>*Melinda.holmes@atg.in.gov*<br><br>Counsel for State of Indiana |

Patrick A. Shoulders
Ziemer Stayman Weitzel & Shoulders, LLP
20 NW First Street, 9th Fl.
P.O. Box 916
Evansville, IN 47706-0916
*pshoulders@zsws.com*

Counsel for IHSAA and Paul Neidig

                                                      /s/ *Anne K. Ricchiuto*