UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M., by her mother and next friend, E.M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-cv-1075-JMS-DLP |
| INDIANAPOLIS PUBLIC SCHOOLS; ) | |
| SUPERINTENDENT, INDIANAPOLIS ) | |
| PUBLIC SCHOOLS, in her official capacity, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF INDIANA, ) | |
| ) | |
| Intervenor. ) | |

**MOTION TO EXCLUDE OPINIONS OF FORTENBERRY**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Federal Rule of Evidence 702, and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Intervenor State of Indiana, by Theodore E. Rokita, Attorney General of Indiana, respectfully moves to exclude from consideration in connection with Plaintiff A.M.'s motion for a preliminary injunction James D. Fortenberry's opinions regarding athletic performance, competitiveness, and transgender athletes.

The basis for the motion is set forth in the accompanying brief in support.

| | |
|---|---|
| Office of the Indiana Attorney General<br>IGC-South, Fifth Floor<br>302 West Washington Street<br>Indianapolis, Indiana 46204-2770<br>Telephone: (317) 232-6255<br>Fax: (317) 232-7979<br>Email: Tom.Fisher@atg.in.gov | Respectfully submitted,<br><br>Theodore E. Rokita<br>Indiana Attorney General<br><br>By:   */s/ Thomas M. Fisher*<br>Thomas M. Fisher<br>Solicitor General<br><br>James A. Barta<br>Deputy Solicitor General<br><br>Julia C. Payne<br>Melinda R. Holmes<br>Deputy Attorneys General |