# In the Matter Of:

*A.M., ET AL.*

*-v-*

*INDIANAPOLIS PUBLIC SCHOOLS, ET AL.*

---

## James Cantor, Ph.D.

*June 23, 2022*

---

**StewartRichardson**

DEPOSITION SERVICES

800 869 0873 | www.StewartRichardson.com

*Raising Bars by Business — Since 1978*

INDIANAPOLIS | CARMEL | EVANSVILLE | FORT WAYNE | SOUTH BEND | VALPARAISO

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
2                        INDIANAPOLIS DIVISION

3

4    A.M., BY HER MOTHER AND NEXT )
     FRIEND, E.M.,                )
5                                 )
                Plaintiff,        )
6                                 )
               -v-                ) CAUSE NO.
7                                 ) 1:22-cv-1075-JMS-DLP
                                  )
8    INDIANAPOLIS PUBLIC SCHOOLS; )
     SUPERINTENDENT,              )
9    INDIANAPOLIS PUBLIC SCHOOLS, )
     IN HER OFFICIAL CAPACITY,    )
10                                )
                Defendants.       )
11

12

13

14          The videoconferenced deposition upon oral

15   examination of JAMES CANTOR, Ph.D., a witness produced

16   and sworn remotely by me, Michele K. Gustafson,

17   CRR-RPR, Notary Public in and for the County of

18   Marion, State of Indiana, taken on behalf of the

19   Plaintiff, on June 23, 2022, at 1:03 p.m., pursuant to

20   the Federal Rules of Civil Procedure.

21

22

23

24          STEWART RICHARDSON DEPOSITION SERVICES
              Registered Professional Reporters
25                    (800)869-0873

```
 1                          APPEARANCES

 2

   FOR THE PLAINTIFF: (BY ZOOM)
 3
        Stevie Pactor, Esq.
 4      Kenneth J. Falk, Esq.
        Gavin M. Rose
 5      ACLU OF INDIANA
        1031 East Washington Street
 6      Indianapolis, IN 46202

 7

   FOR THE DEFENDANTS: (BY ZOOM)
 8
        Anne K. Ricchiuto, Esq.
 9      FAEGRE DRINKER BIDDLE & REATH
        300 North Meridian Street
10      Suite 2500
        Indianapolis, IN 46204
11

12 FOR THE STATE: (BY ZOOM)

13      Julia C. Payne, Esq.
        James Barta, Esq.
14      Melinda R. Holmes, Esq.
        OFFICE OF THE ATTORNEY GENERAL
15      302 West Washington Street
        Indiana Government Center South, Fifth Floor
16      Indianapolis, IN 46204

17

   ALSO PRESENT:   Andrew Shaffer (by Zoom)
18                 Kaylee Perrine (by Zoom)
                   Bradley Davis (by Zoom)
19                 Bilal Mozaffar (by Zoom)
                   Collin Bates (by Zoom)
20                 Ariana Katz (by Zoom)
                   Deen Haleem (by Zoom)
21                 Chuck Alcock (by Zoom)
                   Albert Zhu (by Zoom)
22

23

24

25
```

```
 1                    INDEX OF EXAMINATION

 2                                                    PAGE

 3    DIRECT EXAMINATION

 4         Questions By Ms. Pactor:                      6

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                           INDEX OF EXHIBITS

2

   NUMBER              DESCRIPTION                    PAGE
3
   Exhibit 16    DEPOSITION TRANSCRIPT OF               5
4                 DR. CANTOR DATED 3/21/22

5  Exhibit 17    EXPERT REPORT OF JAMES M.              5
                 CANTOR, Ph.D. IN THIS CASE
6
   Exhibit 18    DECLARATION OF JAMES M. CANTOR,        5
7                 Ph.D. IN WEST VIRGINIA CASE

8  Exhibit 19    SEXOLOGY TODAY! ARTICLE                5

9  Exhibit 20    ORIGINAL INVESTIGATION BY              5
                 TORDOFF, ET AL.
10
   Exhibit 21    ORIGINAL ARTICLE BY GREEN,             5
11                ET AL.

12 Exhibit 22    RESEARCH ARTICLE BY ACHILLE,           5
                 ET AL.
13
   Exhibit 23    ARTICLE BY KUPER, ET AL.               5
14
   Exhibit 24    ORIGINAL ARTICLE BY van der            5
15                MIESEN, ET AL.

16 Exhibit 25    ORIGINAL RESEARCH BY COSTA,            5
                 ET AL.
17
   Exhibit 26    ARTICLE BY de VRIES, ET AL.            5
18
   Exhibit 27    ARTICLE BY DHEJNE, ET AL.              5
19
   Exhibit 28    2016 ARTICLE BY OLSON, ET AL.          5
20
   Exhibit 29    2016 ERRATA BY OLSON, ET AL.           5
21
   Exhibit 30    RESEARCH LETTER BY GIBSON,             5
22                ET AL.

23 Exhibit 31    2022 PREPUBLICATION RELEASE           43
                 SPECIAL ARTICLE BY OLSON, ET AL.
24

25
```

```
 1          (Exhibits 16-30 were marked.)
 2          THE REPORTER:  My name is Michele Gustafson,
 3     an associate of Stewart Richardson Deposition
 4     Services, located at One Indiana Square,
 5     Suite 2425, Indianapolis, Indiana.  Today's date is
 6     June 23, 2022.  The time is 1:03 p.m.  This
 7     deposition is being held via Zoom.  The deponent's
 8     name is James Cantor.
 9          Will counsel please identify themselves and
10     any persons present with you for the record.
11          MS. PACTOR:  This is Stevie Pactor on behalf
12     of the plaintiff, A.M.  I am joined here in my
13     office by Ken Falk, also of the ACLU of Indiana,
14     and on screen by Gavin Rose of the ACLU, and then I
15     believe we have legal interns who are joining us in
16     one of these boxes on the screen.
17          Michele, do you want me to read them all off?
18          THE REPORTER:  Well, if there's anybody
19     present that's not with their name appearing.
20          MS. PACTOR:  Sure.  So our legal interns are
21     Bilal Mozaffar, whose name is spelled B-i-l-a-l,
22     M-o-z-a-f-f-a-r; Collin Bates; Ariana Katz, spelled
23     K-a-t-z; Deen Haleem, D-e-e-n, H-a-l-e-e-m; and
24     Chuck Alcock, A-l-c-o-c-k, and Albert Zhu,
25     A-l-b-e-r-t, Z-h-u.  I think I have gotten them
```

1   all.

2       MS. PAYNE:  I'm Julia Payne.  I'm here on

3   behalf of the State.  I'm joined by attorneys

4   James Barta and Melinda Holmes, and then also our

5   law clerks, Andrew Shaffer, Kaylee Perrine, and

6   Bradley Davis.

7       MS. RICCHIUTO:  I'm Anne Ricchiuto and I'm

8   here for IPS, and I'm feeling lonely because I've

9   got no one with me.

10      THE REPORTER:  Okay.  Doctor, if you can raise

11  your right hand for me, please.

12                  JAMES CANTOR, Ph.D.

13  having been first duly sworn to tell the truth, the

14  whole truth, and nothing but the truth took the stand

15  and testified as follows:

16      THE WITNESS:  I do.

17  DIRECT EXAMINATION

18  BY MS. PACTOR:

19  Q  Good afternoon, Dr. Cantor.  As I mentioned for the

20     record, my name is Stevie Pactor.  I'm one of the

21     attorneys for the plaintiff in this case.  Could

22     you please state and spell your name for the

23     record.

24  A  Yes.  Dr. James Michael Cantor; J-a-m-e-s,

25     M-i-c-h-a-e-l, C-a-n-t-o-r.

| | | |
|---|---|---|
| 1 | Q | We are here conducting your deposition solely for |
| 2 | | the purposes of the preliminary injunction motion |
| 3 | | that's pending in this case and we reserve the |
| 4 | | right to conduct another deposition at a subsequent |
| 5 | | stage of this litigation if it's necessary.  I'm |
| 6 | | sure you can't wait for that possibility, so just |
| 7 | | stay tuned (smiling). |
| 8 | A | (The witness laughed.) |
| 9 | Q | Are you in Toronto right now? |
| 10 | A | Yes, I am. |
| 11 | Q | And are you in your home or an office? |
| 12 | A | At my home. |
| 13 | Q | Is there anyone else in the room with you? |
| 14 | A | No, there is not. |
| 15 | Q | I know we both know the answer to this question and |
| 16 | | you know that I know the answer to this question. |
| 17 | | Have you been deposed before? |
| 18 | A | Yes, I have. |
| 19 | Q | And how recently was the last time you were |
| 20 | | deposed? |
| 21 | A | I guess that would have been about six weeks ago |
| 22 | | now.  Oh, no, more.  Closer to three months now. |
| 23 | Q | That's fine.  Just only asking to see if anything |
| 24 | | was likely to have changed about depositions in the |
| 25 | | intervening time period, and the answer is no.  You |

```
 1      understand that this is an asking and answering of

 2      questions under oath?

 3  A   Yes, I do.

 4  Q   It seems like we can right now hear each other just

 5      fine, but given that we're doing this remotely over

 6      Zoom, if there are any issues with the technology

 7      or your ability to hear me we'll sort of roll with

 8      it and please let me know if you need me to repeat

 9      anything.

10  A   No problem.

11  Q   Just like in any deposition but specifically when

12      we're doing this remotely, we should both try not

13      to speak over one another.  Even though you may

14      know the question I'm about to ask and I may think

15      I know the answer that you're giving, it's very

16      difficult for the court reporter to take down two

17      people speaking at once.  So I will do my best and

18      just ask you to do your best as well.

19  A   I understand.

20  Q   I'm going to ask you questions that in some

21      instances involve the fact that you have conversed

22      with the attorneys here today that are representing

23      you at this deposition, and I want to make clear

24      right off the bat I do not ever intend to ask you

25      about the contents of those conversations.  So when
```

1    I ask those questions, please know I do not want or
2    intend for you to respond as to the contents of
3    your conversation.
4        What did you do to prepare for your deposition
5    today?
6  A  I had a one-hour meeting with the lawyers, I
7    reviewed my notes about the case, I reread a
8    similar deposition that I gave a few months ago,
9    and I re-skimmed over the most relevant of the
10   recent research.
11 Q  And did you read the report that you submitted in
12   this case?
13 A  Yes, I did.
14 Q  Are there any other documents that you can think of
15   that you reviewed?
16 A  No, not offhand.
17 Q  And if you know off the top of your head, what are
18   the specific studies or reports that you reviewed?
19 A  The major relevant reports are the ones that are
20   summarized in my own report, the set of outcome
21   studies following-up cohorts of transkids.
22 Q  So nothing beyond what's already been cited in your
23   report?
24 A  Not different subject matter, but this is a very
25   quickly-moving range of research and I lose track

```
1        of exactly which dates which reports came out.  I'm
2        also in a state of constantly updating my report
3        since I'm involved with several cases, and I do
4        lose track of exactly which ones came out in what
5        order.  But there's nothing substantially new.
6    Q   And did you speak with anyone aside from your
7        attorneys?
8    A   No.
9             THE WITNESS:  I can't tell if that's a pause
10       or if there's a frozen screen.
11            MS. PAYNE:  Think Stevie may be frozen.
12            THE WITNESS:  I'm seeing movement.
13            MS. PACTOR:  Everybody back?
14            THE WITNESS:  Welcome back.
15            MS. PACTOR:  All right.  Great.
16            THE WITNESS:  Oh, frozen again.
17            MS. PACTOR:  Are we back?
18            MS. PAYNE:  Yes.
19            MS. PACTOR:  I'm sorry.  The problem appears
20       to be on my end.  I just got a notification saying
21       that our connection is unstable.  I'm at our
22       office, so not a lot I can do about it.  I
23       apologize.
24            THE WITNESS:  Is there a button for a
25       surprise, surprise?
```

| | | |
|---|---|---|
| 1 | | MS. PACTOR:  So we'll just do the best we can. |
| 2 | | THE WITNESS:  I guess these are the good |
| 3 | | tea-sipping times (smiling). |
| 4 | | MS. PAYNE:  I think we lost her entirely. |
| 5 | | THE REPORTER:  We did.  I'll go off the |
| 6 | | record. |
| 7 | | (A discussion was held off the record.) |
| 8 | Q | Dr. Cantor, are you being compensated for your work |
| 9 | | on this case?  Now extra minutes, thanks to |
| 10 | | technology. |
| 11 | A | Yes, I am. |
| 12 | Q | And is that at the rate of $400 an hour U.S.? |
| 13 | A | Yes, it is. |
| 14 | Q | And approximately how many hours have you spent on |
| 15 | | this case so far? |
| 16 | A | About 25. |
| 17 | Q | Over the past two years, approximately just an |
| 18 | | estimate, how much would you estimate you have |
| 19 | | billed in expert witness services? |
| 20 | A | Over the past two years I'd guess about $120,000 |
| 21 | | U.S. |
| 22 | Q | Thank you.  Okay.  So can you pull up what's been |
| 23 | | marked as Exhibit 16? |
| 24 | A | Got it. |
| 25 | Q | Great.  You submitted an expert report in a case |

1    called B.P.J. versus West Virginia State Board of

2    Education, et al.; is that correct?

3  A  Yes.

4  Q  And very generically speaking this case involves an

5    11-year-old transgender girl who wants to run on

6    her school's cross country team; is that correct?

7  A  Yes.

8  Q  And you were deposed on March 21, 2022, in that

9    case?

10 A  That sounds about correct.

11 Q  Did you provide truthful testimony in that

12    deposition?

13 A  Yes, I did.

14 Q  Since March 21 of 2022 have there been any material

15    changes in medicine or science that would lead you

16    to change any of the opinions about the diagnosis

17    or treatment of gender dysphoria in children?

18 A  Not substantive, no.  Some details have been filled

19    out, but there haven't been any turnaround

20    revolutions.

21 Q  Can you tell me what details have been filled out

22    or explain for me what you mean by that?

23 A  Additional papers have become available with

24    reports that hadn't been available ahead of time so

25    the research is, especially now, expanding quickly,

```
 1      but the new papers have found the same thing that
 2      the similarly-designed papers have.  It's
 3      reconfirmed the direction we were already headed
 4      in.
 5   Q  So would it be fair to say those additional papers
 6      confirmed your opinions as expressed in March of
 7      2022 as opposed to changed them?
 8   A  Yes.  Leaving myself open the scientific caveat
 9      that everything is always changing.  I hesitate to
10      use the word confirm in the sense to mean that's
11      that and I'm close-minded about it, but there's
12      been nothing yet to, as I say, cause a revolution
13      in my or anyone's thinking.
14   Q  And just from memory, do you know what specific
15      papers or studies those were that have come out
16      between March 21 of 2022 and today?
17   A  Again, I would have to check my notes to make sure
18      that these events were occurring in the order I'm
19      remembering them.  The major ones were a paper by
20      the Olson team and another paper with the first
21      author Tordoff.
22   Q  So you mention the paper by the Olson team.  Is
23      this the paper that was published and then had a
24      very brief correction published to it shortly
25      after?
```

1   A   No.   That's a different paper from that team.

2   Q   And what's the title of the newer Olson paper?

3   A   Oh, goodness.   I would have to check my notes for

4       it.   I remember it by topic.   I don't remember the

5       title they used.

6   Q   What's the topic?

7   A   Roughly it was a follow-up study of a cohort of

8       minors who had socially transitioned.

9   Q   And the Tordoff paper that you mentioned, is that

10      the same Tordoff paper that you cite in your report

11      in this case?

12  A   Oh, yes.   If it's already in there, then yes, it

13      is.

14  Q   Great.   So I'll direct you to Exhibit 16.   Do you

15      have Exhibit 16 up?

16  A   Yes, I do.

17  Q   Do you recognize this document?

18  A   Yes.   This seems to be the transcript of my

19      deposition in that case.

20  Q   Did you review this transcript following the

21      deposition in that case?

22  A   Not word for word, but I roughly reviewed the major

23      points of it, yes.

24  Q   Did you provide any corrections?   It's what we

25      lawyers refer to as errata.   Did you fill out an

1      errata sheet or note any errors in the

2      transcription for this deposition transcript?

3    A  No, I didn't.

4    Q  And did you sign and return a copy of this

5      deposition transcript to your lawyers or the other

6      side in that case?

7    A  I don't have a specific memory of doing that.  But

8      if that was the routine procedure, I'm not behind

9      on any of my paperwork, so if it were requested I

10     would have.

11   Q  I only ask because the only version I can find, the

12     one filed in that case, is unsigned and sometimes

13     they're signed and sometimes they're not, so I just

14     didn't know if a signed version existed.

15   A  I couldn't recall offhand.

16   Q  Doesn't matter either way.  So do you see how at

17     the top of the pages it gives the case number in

18     blue and then says Document 321-2 and a little bit

19     further over to the right it says Page 2 of 379 or

20     1 of 379?

21   A  Yes.

22   Q  I'm always going to use that pagination when I

23     refer pages to you because it's easier for a

24     variety of reasons.

25   A  Okay.

1   Q   So could you turn to page 10 using that top

2       pagination?

3   A   Yes, I'm there.

4   Q   And on this page do you see about a third down the

5       page it says EXHIBITS?

6   A   Yes.

7   Q   And then there's a list of exhibits by number

8       following that designation?

9   A   Yes.

10  Q   Do you remember that there were exhibits introduced

11      and shown to you during that deposition?

12  A   Only roughly.

13  Q   You remember that it occurred but not necessarily

14      each exhibit?

15  A   Correct.

16  Q   Okay.  So can you pull up, please, Exhibit 18.  For

17      a little bit we're going to toggle back and forth

18      between Exhibit 16 and then some other exhibits, so

19      if you want to leave both open that's probably the

20      easiest.

21  A   Okay.  Yes, I have 18 now.

22  Q   Great.  Do you recognize this document?

23  A   Yes.  It's the declaration I submitted for that

24      case.

25  Q   Here we've marked it as Exhibit 18 for our

```
 1        purposes.  But if you toggle back to Exhibit 16,

 2        this is what's indicated I believe as Exhibit 45 in

 3        that document; is that correct?

 4   A    That's what that looks like, yes.

 5   Q    And toggling back to Exhibit 18, is this a copy of

 6        the declaration that you provided in that case?

 7   A    Yes, it seems to be.

 8   Q    We're done with that document.  You can close it.

 9        I'll just tell you when we're done with exhibits

10        for the ease of your having them open.

11   A    We're done with 18?

12   Q    Done with 18, correct.

13   A    Got it.

14   Q    Okay.  So now on Exhibit 16 we're going to scroll

15        down to page 11.

16   A    I'm there.

17   Q    Then you can pull up Exhibit 19.  I'm sorry for how

18        tedious this is.  It's just the only way to create

19        a record.

20   A    I understand.  I have it.

21   Q    Great.  So toggling back to Exhibit 16, do you see

22        here it says Exhibit 49, Sexology Today! Article?

23   A    Yes.

24   Q    Now toggle back to your Exhibit 19.

25   A    I'm there.
```

1    Q   Is this the Sexology Today! article?

2    A   Yes, it seems to be.

3    Q   And is this a piece that was written by you?

4    A   Yes, it was.

5    Q   Great.  We're done with 19.

6    A   Okay.

7    Q   We're on to 20.

8    A   Open.

9    Q   Toggling back to Exhibit 16, on page 11 the

10       document that's listed here as Exhibit 50 --

11   A   Yes.

12   Q   -- is entitled Mental Health Outcomes in

13       Transgender and Nonbinary Youths Receiving

14       Gender-Affirming Care.  Toggling back over to

15       Exhibit 20.

16   A   Did you mean back to 16?

17   Q   Sorry.  So 16 we were looking at Exhibit 50.

18   A   Yes.

19   Q   Now toggle to Exhibit 20.

20   A   I'm there.

21   Q   Is this that document?  Is this the document

22       described by Exhibit 50?

23   A   Yes, it appears to be.

24   Q   Are you familiar with this article?

25   A   Yes, I am.

```
 1   Q   Is this the same Tordoff article that you referred
 2       to earlier?
 3   A   Yes, it is.
 4   Q   Okay.  We're done with Exhibit 20.  You can open
 5       21.
 6   A   Yes.
 7   Q   You probably see what we're doing here.  So we see
 8       what's been marked here as Exhibit 51 on page 11 of
 9       Exhibit 16.
10   A   Yes.
11   Q   Now toggle over to Exhibit 21.
12   A   I see it.
13   Q   Is this the same document that's referred to by
14       Exhibit 51?
15   A   Yes, it appears to be.
16   Q   Are you familiar with this article?
17   A   Yes, roughly.
18   Q   And what do you mean by roughly?  Do you mean
19       you've seen it before?
20   A   I've seen it before.  It's one of a family of
21       articles of this type.  I would have to re-review
22       it in order to be able to distinguish it from the
23       other articles that it's similar to.
24   Q   Have you read it?
25   A   Yes, I have.
```

1   Q   Okay.  We're done with this one.  Now we're ready

2       for Exhibit 22.

3   A   I have it.

4   Q   Toggling back to Exhibit 16, look at what's listed

5       there as Exhibit 52.

6   A   Yes.

7   Q   Now toggle to our Exhibit 22.

8   A   I see it.

9   Q   Is this that document that's described by

10      Exhibit 52?

11  A   Yes, it appears to be.

12  Q   Are you familiar with this article?

13  A   Yes, I am.

14  Q   Have you read it before?

15  A   Yes, I have.

16  Q   We're done with Exhibit 22.  Sometimes I feel like

17      they could train a 12-year-old to do my job.  I'm

18      just saying.

19  A   It's not unlike science.  We're famous for the big

20      flashy parts of it, but it's a lot of just --

21  Q   Tedium.

22  A   -- going through every little detail because every

23      little detail matters (smiling).

24  Q   So toggling back to Exhibit 16.

25  A   Yes.

1  Q  The document that's listed here on Exhibit 16 as

2     Exhibit 53.

3  A  Yes.

4  Q  Now toggle over to our Exhibit 23.

5  A  Yes.

6  Q  Is this Exhibit 23 the document that's described as

7     Exhibit 53 in Exhibit 16?

8  A  Wait a second.  My computer's now doing funny

9     things.

10 Q  Uh-oh, it's spreading (smiling).

11 A  Oh, got it.  Yes, it is.

12 Q  And are you familiar with this document?

13 A  Yes, I am.

14 Q  Have you read it before?

15 A  Yes, I have.

16 Q  Okay.  We're done with Exhibit 23.  You can open

17    Exhibit 24 and then toggle back to Exhibit 16.

18 A  I have them.

19 Q  So here we're going to span pages 11 to 12 of

20    Exhibit 16.

21 A  Yes.

22 Q  The document that's listed as Exhibit 54 within

23    Exhibit 16 --

24 A  Yes.

25 Q  -- is this the article that is marked as our

1       Exhibit 24?

2   A   Yes, it seems to be.

3   Q   Are you familiar with this article?

4   A   Yes, I am.

5   Q   Have you read it before?

6   A   Yes, I have.

7   Q   Great.  You can close it.  On to our Exhibit 25.

8   A   I have it.

9   Q   Toggle back to Exhibit 16 on page 12.

10  A   I'm there.

11  Q   It lists Exhibit 55.

12  A   Yes, I see.

13  Q   Now toggle over to our Exhibit 25.

14  A   I'm there.

15  Q   Is this the same document that's described by

16      Exhibit 55 within Exhibit 16?

17  A   Yes, it seems to be.

18  Q   Are you familiar with this article?

19  A   Yes, I am.

20  Q   Have you read it before?

21  A   Yes, I have.

22  Q   You can close it and open our Exhibit 26.

23  A   I have it.

24  Q   Toggling back to Exhibit 16.

25  A   I'm there.

Page 23

1  Q  The document listed as Exhibit 56 within

2     Exhibit 16.

3  A  I see.

4  Q  Toggle back to Exhibit 26.

5  A  I see it.

6  Q  Is this that article?

7  A  Yes, it seems to be.

8  Q  Are you familiar with this article?

9  A  Yes, I am.

10  Q  Have you read this article?

11  A  Yes, I have.

12  Q  You can close it and open our Exhibit 27.

13  A  I have it.

14  Q  Now toggle back to our Exhibit 16.

15  A  I'm there.

16  Q  The document listed as Exhibit 57 within our

17     Exhibit 16.

18  A  I see it.

19  Q  Now toggle back to our Exhibit 27.

20  A  I see it.

21  Q  Is this that document?

22  A  Yes, it seems to be.

23  Q  Are you familiar with this article?

24  A  Yes, I am.

25  Q  Have you read this article?

1    A   Yes, I have.

2    Q   You can close 27 and open 28.

3    A   I have it.

4    Q   Toggle back to our Exhibit 16.

5    A   I see it.

6    Q   The document that's listed as Exhibit 58 within our

7        Exhibit 16.

8    A   I see it.

9    Q   Toggle back to Exhibit 28.

10   A   I see it.

11   Q   Is this that document?

12   A   Yes, it seems to be.

13   Q   Are you familiar with this article?

14   A   Yes, I am.

15   Q   Have you read this article?

16   A   Yes, I have.

17   Q   You can close 28 and open 29.

18   A   I see it.

19   Q   Toggling back to Exhibit 16 and now we're on to

20       page 13.

21   A   I see it.

22   Q   What is listed as Exhibit 60 within our Exhibit 16.

23   A   Yes.

24   Q   Toggle back to Exhibit 29.  Is this the same

25       document?

```
 1   A   Yes, it seems to be.

 2   Q   Are you familiar with this?  I hesitate to call it

 3       an article, but are you familiar with this article

 4       errata?

 5   A   Yes.

 6   Q   Have you read it before?

 7   A   Yes, I have.

 8   Q   You can close it and on to Exhibit 30.

 9   A   I have it.

10   Q   Toggle back to Exhibit 16.

11   A   I'm there.

12   Q   The document that's listed as Exhibit 61 within

13       Exhibit 16.

14   A   Yes, I see it.

15   Q   Now toggle back over to Exhibit 30.

16   A   I'm there.

17   Q   Is this that document?

18   A   Yes, it seems to be.

19   Q   Are you familiar with this document?

20   A   Yes, I think so.  Oh, yes, I am.

21   Q   Have you read it before?

22   A   Yes, I have.

23   Q   All right.  You can close it.

24   A   Okay.

25           MS. PACTOR:  Come on, guys.  How good was that
```

1    for getting through 15-plus exhibits.  I bet you

2    thought you were in for something much worse.

3  Q  We're also done with Exhibit 16, so you can close

4    that out.

5  A  Okay.

6  Q  Can you pull up Exhibit 17, please.

7  A  I have it.

8  Q  And do you recognize this document?

9  A  Yes.

10  Q  What is this?

11  A  This is the declaration I submitted for the present

12    case.

13  Q  And who drafted this document?

14  A  I did.

15  Q  Did anyone other than you draft any portion of this

16    document?

17  A  No.

18  Q  Other than Indiana's attorneys, did anyone other

19    than you review or comment on this before you

20    submitted it in this case?

21  A  No.

22  Q  Did you use any prior report or similar document as

23    a model or template for any of the portions of this

24    report?

25  A  Yes.

1  Q  And what expert report is that?

2  A  It would be a series.  Now that I'm involved in

3     several cases, with each new case I adopt the

4     report from the prior case, adding whatever new

5     updates or relevant sections there are.

6  Q  So would it be fair to say that the B.P.J. expert

7     report is one of those?

8  A  Yes, it is.

9  Q  And are there any others?

10  A  Yes, there are.

11  Q  Which ones?

12  A  It's difficult for me to recall them by name off

13     the top of my head, but the list is identical to

14     the list of recent cases that I've been involved

15     in, which are listed in turn on my CV.

16  Q  And would it be fair to say that only those cases

17     listed on your CV that involve a transgender

18     individual would have relevant versions of the

19     report or . . .?

20  A  Yes, that's correct.

21  Q  I believe your CV is a part of this document

22     beginning on page 73.  Again, using that top line

23     pagination.

24  A  Yes, I'm there.

25  Q  Have there been any changes to your CV since this

| 1 | | document was filed on June 17, 2022? |
|---|---|---|
| 2 | | (Witness reviewing document on screen) |
| 3 | A | I've appeared on some podcasts in the media |
| 4 | | recently, which are now added to the list.  No, |
| 5 | | everything else is updated. |
| 6 | Q | So no changes to your educational background? |
| 7 | A | Correct. |
| 8 | Q | Employment history? |
| 9 | A | Correct. |
| 10 | Q | Or publications? |
| 11 | A | Correct. |
| 12 | Q | Okay.  So you, I assume, have a general |
| 13 | | understanding of what this case is about? |
| 14 | | MS. PAYNE:  Objection.  Vague. |
| 15 | A | Yes. |
| 16 | Q | Do you understand the case to be about a |
| 17 | | 10-year-old transgender girl who wants to |
| 18 | | participate in her school's girls' softball team? |
| 19 | A | Yes. |
| 20 | Q | And in what particular field or areas of study that |
| 21 | | are relevant to this particular litigation do you |
| 22 | | consider yourself to be an expert? |
| 23 | A | The development of human sexuality. |
| 24 | Q | And when you say sexuality, as a layperson does |
| 25 | | that mean sexual interests? |

1    A    It includes sexual interests, yes.  I mean the term

2         and in my field the term is used broadly.  It

3         includes the sexual orientations, gender identity,

4         typical sexual interests, sex differences, and, of

5         course, atypical sexual interests.

6    Q    So it includes things like sexual arousal?

7    A    Yes, it does.

8    Q    Sexual intercourse?

9    A    Yes.

10   Q    Masturbation?

11   A    Yes.

12   Q    Various paraphilias?

13   A    Yes.

14   Q    Pedophilia being one?

15   A    Correct.

16   Q    Hypersexuality being another?

17   A    Correct.

18   Q    And you indicated that within your field gender

19        identity is a part of human sexuality; is that

20        correct?

21   A    Yes.

22   Q    Are gender identity and sexual orientation

23        different concepts?

24   A    Yes.

25   Q    Are you a medical doctor?

1  A  No.

2  Q  Are you an expert in human physiology?

3  A  The parts that are relevant to my field, yes.

4  Q  What parts do you consider relevant to your field?

5  A  Oh, goodness.  Primarily neuroscience and the

6     various components of human physiology that

7     contribute to neuroscience, which also include

8     other substances and patterns that exist within the

9     body, for example, other parts of the nervous

10    system and the different chemical systems that

11    interact with the nervous system.

12 Q  Do you consider yourself an expert on the human

13    nervous system?

14 A  Not the entire system, no.  Again, the components

15    that are relevant to sexuality.

16 Q  What components of the nervous system are relevant

17    to sexuality?

18 A  Oh, goodness.  The primary components would be the

19    neuroendocrine systems and the neurodevelopmental

20    components really starting at conception and moving

21    forward, which produce the relevant areas of the

22    brain, which in turn produce the various sexual

23    interest patterns that the person will develop.

24 Q  So I'm just going to repeat that back to you to

25    make sure I understood the two systems you

1      identified there.

2  A   Yes.

3  Q   One is the neuroendocrine systems?

4  A   Yes.

5  Q   And the other are neurodevelopmental systems?

6  A   Yes.   Components is probably a better term, but

7      yes.

8  Q   Components of neurodevelopmental systems?

9  A   Yes, correct.

10 Q   So let me start with neuroendocrine systems.

11 A   Yes.

12 Q   Have you ever conducted an animal research study on

13     neuroendocrine systems?

14 A   Yes, I have.

15 Q   And did you publish any peer-reviewed literature on

16     that study?

17 A   Yes, I have.

18 Q   What papers are those?

19 A   Those would have been the papers that came from my

20     dissertation.   I was looking at the interactions

21     between different types of antidepressants and the

22     various hormones that are related to sexual

23     function.

24 Q   Have you ever conducted a cross-sectional study of

25     human subjects in terms of neuroendocrine systems?

1  A  A cross-sectional study of humans on neuroendocrine

2     systems, no.

3  Q  Have you ever conducted a case control study on

4     neuroendocrine systems?

5  A  No.

6  Q  Have you conducted a prospective observational

7     study on neuroendocrine systems?

8  A  No.

9  Q  Have you conducted a randomized control trial study

10    of neuroendocrine systems?

11  A  No.

12  Q  Have you conducted a systematic literature review

13    or a meta-analysis of neuroendocrine system data?

14  A  No.

15  Q  So I'm going to ask you the exact same questions as

16    to the second category, the components of

17    neurodevelopmental systems.

18  A  Yes.

19  Q  If you know already the answer is no to all those

20    questions, you can tell me now and short circuit

21    it.  Otherwise, I can go through them individually.

22  A  No, there are a couple of yeses in there.

23  Q  So when it comes to neurodevelopmental systems,

24    have you conducted an animal research study?

25  A  No.

1   Q   Have you conducted a cross-sectional study of human

2       subjects?

3   A   Yes.

4   Q   And was there a peer-reviewed paper that resulted

5       from that study?

6   A   Yes.

7   Q   And what paper or papers were those?

8   A   It's a set of papers primarily using handedness as

9       an indicator of those early developmental features.

10  Q   I think I noticed that in your CV and was very

11      curious about what that was.

12  A   It's fascinating, fascinating, fascinating

13      material.  As I've often said, I don't know why

14      everybody isn't a sex researcher.

15  Q   Have you ever conducted a prospective observational

16      study of those components of neurodevelopmental

17      systems?

18  A   No.

19  Q   Randomized control study?

20  A   No.

21  Q   Systematic literature review or meta-analysis?

22  A   Yes.

23  Q   Which one of those?

24  A   Meta-analysis, which is a systematic review of the

25      literature.

1   Q   Did a peer-reviewed paper emerge from that?

2   A   Yes.

3   Q   And what paper is that?

4   A   I don't remember the title.  On my CV it's the

5       publication from the Psychological Bulletin.

6   Q   Okay.  Are you an expert in testes?

7   A   The gonads, no.  Or at least not the physiology of

8       them.  Of course, they produce, you know, the key

9       components which then interact with the brain, so

10      as part of studying the brain that requires a

11      certain amount of knowledge of the gonads.

12  Q   But you would not consider yourself an expert in

13      the physiology of gonads themselves?

14  A   Not in the urological sense, no.

15  Q   In any sense?

16  A   Again, in the sense I described, in the effects and

17      how it interacts with the components of human

18      sexuality and its development.

19  Q   Are you an expert in the uterus?

20  A   No.

21  Q   Ovaries?

22  A   No.

23  Q   Are you an expert in endocrinology?

24  A   No.

25  Q   Are you an expert in human genetics?

1   A   No.  Again, outside of the parts of it which,

2       again, are indeed parts of my field.

3   Q   So when it comes to human genetics, what parts of

4       human genetics would you consider to be a part of

5       your field?

6   A   The particular set of genetics studies that were

7       looking at the most common interest was whether

8       homosexuality has a genetic component to it.

9   Q   Have you conducted research on that question?

10  A   On that question, yes.

11  Q   And what studies would those be?

12  A   Again, they're listed on my CV.  They're listed on

13      my CV.  I can't recall them by title.

14  Q   Were any of those animal research studies?

15  A   No.

16  Q   Cross-sectional studies of human subjects?

17  A   Yes.

18  Q   Case control studies?

19  A   No.

20  Q   Prospective observational studies?

21  A   No.

22  Q   Randomized control trials?

23  A   No.

24  Q   Systematic literature review?

25  A   No.

1   Q   Are you an expert in the diagnosis of gender
2       dysphoria in persons under the age of 16?
3   A   Yes.
4   Q   So as to the diagnosis of gender dysphoria in
5       persons under the age of 16, have you ever
6       conducted an animal research study?
7   A   No.
8   Q   A cross-sectional study of human subjects?
9   A   I honestly can't recall.  I'm sometimes asked to
10      participate and be a consultant on statistical
11      matters within a study, but I don't recall offhand.
12      The mathematics that was getting represented, I do
13      not recall offhand if any of the studies would
14      count as that.  I would have to re-review my own CV
15      to remember.
16  Q   And in terms of that type of involvement, would you
17      be listed as an author on those papers, any such
18      studies?
19  A   Yes.
20  Q   And your role would have been to analyze the data?
21  A   Usually not to do the data analysis so much as
22      double-check somebody's analysis or guide an
23      analytic strategy.
24  Q   So sitting here, as you recall, you may have been
25      involved in a cross-sectional study of human

1  subjects having to do with the diagnosis of gender

2  dysphoria in persons under 16 and your role, if you

3  did so, would have been as a consultant as to

4  statistical strategy or analysis?

5  A  Yes.

6      MS. PAYNE:  Objection.  Asked and answered.

7  Q  Okay.  Can we go back to Exhibit 17?

8  A  Got it.

9  Q  Sorry.  Now I have to get to the right page here.

10    So it looks to me like your publications begin on

11    page 76.

12  A  Yes, I'm there.

13  Q  Can you identify for me any of the publications

14    here that would have involved your participation in

15    a cross-sectional study of human subjects regarding

16    the diagnosis of gender dysphoria in persons under

17    the age of 16?

18      (Witness reviewing document on screen)

19  A  There it is, No. 53.  It's listed on page 79,

20    No. 53, Zucker listed as first.

21  Q  I see it.  And what was your role in that

22    publication?

23  A  Statistical consultation.

24  Q  And specifically what advice did you provide?

25  A  On the statistics for test construction.

1  Q  So does that mean figuring out what research

2     question would be asked?

3  A  No.  It's about testing how accurate and how

4     reliable a given question or set of questions is in

5     getting at whatever it is the person's trying to

6     test.

7  Q  So in this instance did you review a set of

8     questions that had been drafted by them and provide

9     your feedback?

10 A  No.

11 Q  What did you do?

12 A  Again, guiding the statistical process, helping

13    them understand what kind of statistics need to be

14    done and how to interpret the results of the

15    statistical analyses of the test they were testing.

16 Q  So the test was already decided, you were not

17    involved in that process?

18 A  Correct.

19 Q  You were involved in advising them as to what?

20 A  How to interpret the results of, as I say, the

21    statistical analyses testing the validity and

22    reliability of the test they were designing.

23 Q  And any others?

24        (Witness reviewing document on screen)

25 A  No, that's it.

1   Q   Okay.  Great.  At least in terms of this case, are

2       you providing expert opinion as to the provision

3       and effects of puberty blockers in individuals

4       under the age of 16?

5   A   To the extent that the science addresses that

6       question, yes.

7   Q   And what is the basis of your expertise in that

8       particular area?

9   A   My knowledge of the research literature and

10      research methodology for asking and answering those

11      kinds of scientific questions.

12  Q   Have you conducted a systematic literature review

13      of that issue?

14  A   Yes, I have.

15  Q   Has that review been published in a peer-reviewed

16      form?

17  A   Yes.

18  Q   Can you point to me which of your publications is

19      that literature review?

20  A   It's the first one on my publications list on your

21      page 76.  The title of it is Transgender and gender

22      diverse children and adolescents: Fact-checking of

23      AAP policy.

24  Q   And did you conduct a critical assessment and

25      evaluation of all research studies that address

1      this particular issue?

2   A  All cohort studies that address that issue.

3   Q  And what were your search criteria for finding

4      those studies?

5   A  I adopted the criteria that were used by the

6      organizations that themselves were conducting

7      comprehensive reviews, and then in order to update

8      it in the year or two since those were published I

9      added the other studies that would have been

10     captured with the same net had it been run today.

11  Q  And what were your inclusion criteria?

12  A  The basic design had to be a cohort study, that it

13     had to be a cohort design.  It had to detect a

14     group of people, you know, at a point of referral

15     and then follow-up on them again later.

16        MS. PACTOR:  Great.  Do you mind if we take

17     just a very short break for five minutes?  Believe

18     it or not, I'm almost done and I just want to look

19     through some notes.

20        THE WITNESS:  All good.

21        MS. PACTOR:  Thank you.

22        (A brief recess was taken.)

23  Q  Dr. Cantor, you mentioned earlier that there had

24     been a new article published since March 21 of 2022

25     and you referred to it as the new Olson article.  I

1    think we may have found that article, which we have

2    sent to you and is being marked as Exhibit 31.  Do

3    you have that open in front of you?

4  A  Yes, I do.

5  Q  Is this the article to which you were referring?

6  A  Yes, it is.

7  Q  And have you read this article?

8  A  Yes, I have.

9  Q  Okay.  I just have a few more questions.  Have you

10    ever provided gender dysphoria related care to a

11    person under the age of 16?

12  A  No.

13  Q  Have you ever diagnosed a child or an adolescent

14    under the age of 16 with gender dysphoria?

15  A  No.

16  Q  Do you have any personal experience monitoring

17    patients under the age of 16 who receive puberty

18    blockers?

19  A  No.

20  Q  Do you have any personal knowledge of the treatment

21    provided at the Riley Gender Health Clinic in

22    Indianapolis, Indiana?

23  A  No.

24  Q  Have you ever met the plaintiff, A.M., in this

25    case?  We're referring to her by initials since

```
 1       she's a minor.
 2   A   I understand, and no.
 3   Q   Do you have any personal knowledge of her care?
 4   A   No.
 5   Q   Have you reviewed her medical records?
 6   A   No.
 7   Q   Do you maintain the Twitter account JamesCantorPhD?
 8   A   Yes, I do.
 9   Q   Does anyone else post to that account, for lack of
10       a better term, as an administrator or as if they
11       were you?
12   A   No.
13   Q   And do you maintain the website jamescantor.org?
14   A   Yes.
15   Q   Does anyone else manage or post to that website as
16       you?
17   A   No.
18   Q   Do you maintain the website sexologytoday.org?
19   A   Yes.
20   Q   Does anyone else manage or post to that website?
21   A   No.  I should say except for within the comments
22       section that they're separate from me.
23   Q   Sure.  That's what I intended to distinguish rather
24       inartfully there.
25           MS. PACTOR:  Okay.  We have no further
```

```
 1   questions at this time.  Anne, I'll turn it over to
 2   you.
 3        MS. RICCHIUTO:  I don't have any questions for
 4   Dr. Cantor.
 5        MR. ROSE:  Julia, if it's okay with you,
 6   Stevie will throw an exhibit sticker on the Olson
 7   article and make that the official version after
 8   the deposition.
 9        MS. PAYNE:  Yes, that's fine.
10        MS. PACTOR:  Over to you, Julia.
11        MS. PAYNE:  I have no questions.
12        MS. PACTOR:  Okay.  Thank you very much for
13   your time, Dr. Cantor.
14        THE WITNESS:  My pleasure.
15        (A discussion was held off the record.)
16        MS. PACTOR:  All right.  Michele, do you need
17   anything from us?
18        THE REPORTER:  No, I don't think so.
19        MS. PACTOR:  E-tran by Friday on this one too,
20   please, if possible.
21        MS. RICCHIUTO:  Not for us.  Thank you.
22        MS. PACTOR:  Thank you.
23        THE REPORTER:  Okay.  Thank you.
24        (Exhibit 31 was marked.)
25        (The deposition concluded at 2:18 p.m.)
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION


A.M., BY HER MOTHER AND NEXT )
FRIEND, E.M.,                )
                             )
        Plaintiff,           )
                             )
        -v-                  ) CAUSE NO.
                             ) 1:22-cv-1075-JMS-DLP
                             )
INDIANAPOLIS PUBLIC SCHOOLS; )
SUPERINTENDENT,              )
INDIANAPOLIS PUBLIC SCHOOLS, )
IN HER OFFICIAL CAPACITY,    )
                             )
        Defendants.          )


                    Job No. 173379


        The Zoom deposition of JAMES CANTOR, Ph.D.,
taken in the above-captioned matter, on June 23, 2022,
and at the time and place set out on the title page
hereof.
        It was requested that the deposition be
transcribed by the reporter and that same be reduced
to typewritten form.
        Absent a request by the parties or by
agreement, the reading and signing by the deponent to
the deposition were waived on behalf of all the
parties by their respective counsel, the deponent
being present and consenting thereto, and/or pursuant
to Fed. R. Civ. P. 30(e); and the deposition is to be
read with the same force and effect as if signed by
said deponent.




        STEWART RICHARDSON DEPOSITION SERVICES
           Registered Professional Reporters
           One Indiana Square, Suite 2425
              Indianapolis, IN  46204
                  (800)869-0873

1  STATE OF INDIANA

2  COUNTY OF MARION

3        I, Michele K. Gustafson, CRR-RPR, a

4  Notary Public in and for said county and state, do

5  hereby certify that the deponent herein was by me

6  first duly sworn to tell the truth, the whole truth,

7  and nothing but the truth in the aforementioned

8  matter;

9        That the foregoing deposition was taken on

10  behalf of the Plaintiff; that said deposition was

11  taken at the time and place heretofore mentioned

12  between 1:03 p.m. and 2:18 p.m.;

13        That said deposition was taken down in

14  stenograph notes and afterwards reduced to typewriting

15  under my direction; and that the typewritten

16  transcript is a true record of the testimony given by

17  said deponent;

18        Absent a request by the parties or by

19  agreement, the reading and signing by the deponent to

20  the deposition were waived on behalf of all the

21  parties by their respective counsel, the deponent

22  being present and consenting thereto, and/or pursuant

23  to Fed. R. Civ. P. 30(e); and the deposition is to be

24  read with the same force and effect as if signed by

25  said deponent.

1        I do further certify that I am a disinterested

2   person in this cause of action; that I am not a

3   relative of the attorneys for any of the parties.

4        IN WITNESS WHEREOF, I have hereunto set my

5   hand and affixed my notarial seal this 24th day of

6   June, 2022.

7

8

9

10

11

12

13

14   My Commission expires:
     August 31, 2025

15
     Job No. 173379

16

17

18

19

20

21

22

23

24

25

Index: $120,000..accurate

### Exhibits

**James Cantor Ex 16** 4:3 11:23 14:14,15 16:18 17:1,14,21 18:9 19:9 20:4,24 21:1,7,17,20,23 22:9,16,24 23:2,14,17 24:4,7,19,22 25:10,13 26:3

**James Cantor Ex 17** 4:5 26:6 37:7

**James Cantor Ex 18** 4:6 16:16,25 17:5

**James Cantor Ex 19** 4:8 17:17,24

**James Cantor Ex 20** 4:9 18:15,19 19:4

**James Cantor Ex 21** 4:10 19:11

**James Cantor Ex 22** 4:12 20:2,7,16

**James Cantor Ex 23** 4:13 21:4,6,16

**James Cantor Ex 24** 4:14 21:17 22:1

**James Cantor Ex 25** 4:16 22:7,13

**James Cantor Ex 26** 4:17 22:22 23:4

**James Cantor Ex 27** 4:18 23:12,19

**James Cantor Ex 28** 4:19 24:9

**James Cantor Ex 29** 4:20 24:24

**James Cantor Ex 30** 4:21 25:8,15

**James Cantor Ex 31** 4:23 41:2 43:24

### $

**$120,000** 11:20

**$400** 11:12

### 1

**1** 15:20

**10** 16:1

**10-year-old** 28:17

**11** 17:15 18:9 19:8 21:19

**11-year-old** 12:5

**12** 21:19 22:9

**12-year-old** 20:17

**13** 24:20

**15-plus** 26:1

**16** 11:23 14:14,15 16:18 17:1,14,21 18:9,16,17 19:9 20:4,24 21:1,7,17,20,23 22:9,16,24 23:2,14,17 24:4,7,19,22 25:10,13 26:3 36:2,5 37:2,17 39:4 41:11,14,17

**16-30** 5:1

**17** 26:6 28:1 37:7

**18** 16:16,21,25 17:5,11,12

**19** 17:17,24 18:5

**1:03** 5:6

### 2

**2** 15:19

**20** 18:7,15,19 19:4

**2022** 5:6 12:8,14 13:7,16 28:1 40:24

**21** 12:8,14 13:16 19:5,11 40:24

**22** 20:2,7,16

**23** 5:6 21:4,6,16

**24** 21:17 22:1

**2425** 5:5

**25** 11:16 22:7,13

**26** 22:22 23:4

**27** 23:12,19 24:2

**28** 24:2,9,17

**29** 24:17,24

**2:18** 43:25

### 3

**30** 25:8,15

**31** 41:2 43:24

**321-2** 15:18

**379** 15:19,20

### 4

**45** 17:2

**49** 17:22

### 5

**50** 18:10,17,22

**51** 19:8,14

**52** 20:5,10

**53** 21:2,7 37:19,20

**54** 21:22

**55** 22:11,16

**56** 23:1

**57** 23:16

**58** 24:6

### 6

**60** 24:22

**61** 25:12

### 7

**73** 27:22

**76** 37:11 39:21

**79** 37:19

### A

**A-L-B-E-R-T** 5:25

**A-L-C-O-C-K** 5:24

**A.M.** 5:12 41:24

**AAP** 39:23

**ability** 8:7

**account** 42:7,9

**accurate** 38:3

**ACLU** 5:13,14

**added** 28:4 40:9

**adding** 27:4

**additional** 12:23 13:5

**address** 39:25 40:2

**addresses** 39:5

**administrator** 42:10

**adolescent** 41:13

**adolescents** 39:22

**adopt** 27:3

**adopted** 40:5

**advice** 37:24

**advising** 38:19

**afternoon** 6:19

**age** 36:2,5 37:17 39:4 41:11,14, 17

**ahead** 12:24

**Albert** 5:24

**Alcock** 5:24

**amount** 34:11

**analyses** 38:15,21

**analysis** 36:21,22 37:4

**analytic** 36:23

**analyze** 36:20

**Andrew** 6:5

**animal** 31:12 32:24 35:14 36:6

**Anne** 6:7 43:1

**answering** 8:1 39:10

**antidepressants** 31:21

**anyone's** 13:13

**apologize** 10:23

**appeared** 28:3

**appearing** 5:19

**appears** 10:19 18:23 19:15 20:11

**approximately** 11:14,17

**area** 39:8

**areas** 28:20 30:21

**Ariana** 5:22

**arousal** 29:6

**article** 17:22 18:1,24 19:1,16 20:12 21:25 22:3,18 23:6,8,10,23, 25 24:13,15 25:3 40:24,25 41:1,5, 7 43:7

**articles** 19:21,23

**assessment** 39:24

**associate** 5:3

**assume** 28:12

**attorneys** 6:3,21 8:22 10:7 26:18

**atypical** 29:5

**author** 13:21 36:17

**B**

**B-I-L-A-L** 5:21

**B.P.J.** 12:1 27:6

**back** 10:13,14,17 16:17 17:1,5, 21,24 18:9,14,16 20:4,24 21:17 22:9,24 23:4,14,19 24:4,9,19,24 25:10,15 30:24 37:7

**background** 28:6

**Barta** 6:4

**basic** 40:12

**basis** 39:7

**bat** 8:24

**Bates** 5:22

**begin** 37:10

**beginning** 27:22

**behalf** 5:11 6:3

**bet** 26:1

**big** 20:19

**Bilal** 5:21

**billed** 11:19

**bit** 15:18 16:17

**blockers** 39:3 41:18

**blue** 15:18

**Board** 12:1

**body** 30:9

**boxes** 5:16

**Bradley** 6:6

**brain** 30:22 34:9,10

**break** 40:17

**broadly** 29:2

**Bulletin** 34:5

**button** 10:24

**C**

**C-A-N-T-O-R** 6:25

**call** 25:2

**called** 12:1

**Cantor** 5:8 6:12,19,24 11:8 40:23 43:4,13

**captured** 40:10

**care** 18:14 41:10 42:3

**case** 6:21 7:3 9:7,12 11:9,15,25 12:4,9 14:11,19,21 15:6,12,17 16:24 17:6 26:12,20 27:3,4 28:13, 16 32:3 35:18 39:1 41:25

**cases** 10:3 27:3,14,16

**category** 32:16

**caveat** 13:8

**change** 12:16

**changed** 7:24 13:7

**changing** 13:9

**check** 13:17 14:3

**chemical** 30:10

**child** 41:13

**children** 12:17 39:22

**Chuck** 5:24

**circuit** 32:20

**cite** 14:10

**cited** 9:22

**clear** 8:23

**clerks** 6:5

**Clinic** 41:21

**close** 17:8 22:7,22 23:12 24:2,17 25:8,23 26:3

**close-minded** 13:11

**Closer** 7:22

**cohort** 14:7 40:2,12,13

**cohorts** 9:21

**Collin** 5:22

**comment** 26:19

**comments** 42:21

**common** 35:7

**compensated** 11:8

**component** 35:8

**components** 30:6,14,16,18,20 31:6,8 32:16 33:16 34:9,17

**comprehensive** 40:7

**computer's** 21:8

**conception** 30:20

**concepts** 29:23

**concluded** 43:25

**conduct** 7:4 39:24

**conducted** 31:12,24 32:3,6,9,12, 24 33:1,15 35:9 36:6 39:12

**conducting** 7:1 40:6

**confirm** 13:10

**confirmed** 13:6

**connection** 10:21

**constantly** 10:2

**construction** 37:25

**consultant** 36:10 37:3

**consultation** 37:23

**contents** 8:25 9:2

**contribute** 30:7

**control** 32:3,9 33:19 35:18,22

**conversation** 9:3

**conversations** 8:25

**conversed** 8:21

**copy** 15:4 17:5

**correct** 12:2,6,10 16:15 17:3,12 27:20 28:7,9,11 29:15,17,20 31:9 38:18

**correction** 13:24

**corrections** 14:24

**counsel** 5:9

**count** 36:14

**country** 12:6

**couple** 32:22

**court** 8:16

**create** 17:18

**criteria** 40:3,5,11

**critical** 39:24

**cross** 12:6

**cross-sectional** 31:24 32:1 33:1 35:16 36:8,25 37:15

**curious** 33:11

**CV** 27:15,17,21,25 33:10 34:4 35:12,13 36:14

**D**

**D-E-E-N** 5:23

**data** 32:13 36:20,21

**date** 5:5

**dates** 10:1

**Davis** 6:6

**decided** 38:16

**declaration** 16:23 17:6 26:11

**Deen** 5:23

**deponent's** 5:7

**deposed** 7:17,20 12:8

**deposition** 5:3,7 7:1,4 8:11,23 9:4,8 12:12 14:19,21 15:2,5 16:11 43:8,25

**depositions** 7:24

**design** 40:12,13

**designation** 16:8

**designing** 38:22

**detail** 20:22,23

**details** 12:18,21

**detect** 40:13

**develop** 30:23

**development** 28:23 34:18

**developmental** 33:9

**diagnosed** 41:13

**diagnosis** 12:16 36:1,4 37:1,16

**differences** 29:4

**difficult** 8:16 27:12

**direct** 6:17 14:14

**direction** 13:3

**discussion** 11:7 43:15

**dissertation** 31:20

**distinguish** 19:22 42:23

**diverse** 39:22

**doctor** 6:10 29:25

**document** 14:17 15:18 16:22 17:3,8 18:10,21 19:13 20:9 21:1, 6,12,22 22:15 23:1,16,21 24:6,11, 25 25:12,17,19 26:8,13,16,22 27:21 28:1,2 37:18 38:24

**documents** 9:14

**double-check** 36:22

**draft** 26:15

**drafted** 26:13 38:8

**duly** 6:13

**dysphoria** 12:17 36:2,4 37:2,16 41:10,14

**E**

**E-TRAN** 43:19

**earlier** 19:2 40:23

**early** 33:9

**ease** 17:10

**easier** 15:23

**easiest** 16:20

**Education** 12:2

**educational** 28:6

**effects** 34:16 39:3

**emerge** 34:1

**Employment** 28:8

**end** 10:20

**endocrinology** 34:23

**entire** 30:14

**entitled** 18:12

**errata** 14:25 15:1 25:4

**errors** 15:1

**estimate** 11:18

**et al** 12:2

**evaluation** 39:25

**events** 13:18

**exact** 32:15

**EXAMINATION** 6:17

**exhibit** 11:23 14:14,15 16:14,16, 18,25 17:1,2,5,14,17,21,22,24 18:9,10,15,17,19,22 19:4,8,9,11, 14 20:2,4,5,7,10,16,24 21:1,2,4,6, 7,16,17,20,22,23 22:1,7,9,11,13, 16,22,24 23:1,2,4,12,14,16,17,19 24:4,6,7,9,19,22,24 25:8,10,12, 13,15 26:3,6 37:7 41:2 43:6,24

**exhibits** 5:1 16:5,7,10,18 17:9 26:1

**exist** 30:8

**existed** 15:14

**expanding** 12:25

**experience** 41:16

**expert** 11:19,25 27:1,6 28:22 30:2,12 34:6,12,19,23,25 36:1 39:2

**expertise** 39:7

**explain** 12:22

**expressed** 13:6

**extent** 39:5

**extra** 11:9

---

**F**

---

**fact** 8:21

**Fact-checking** 39:22

**fair** 13:5 27:6,16

**Falk** 5:13

**familiar** 18:24 19:16 20:12 21:12 22:3,18 23:8,23 24:13 25:2,3,19

**family** 19:20

**famous** 20:19

**fascinating** 33:12

**features** 33:9

**feedback** 38:9

**feel** 20:16

**feeling** 6:8

**field** 28:20 29:2,18 30:3,4 35:2,5

**figuring** 38:1

**filed** 15:12 28:1

**fill** 14:25

**filled** 12:18,21

**find** 15:11

**finding** 40:3

**fine** 7:23 8:5 43:9

**flashy** 20:20

**follow-up** 14:7 40:15

**following-up** 9:21

**form** 39:16

**forward** 30:21

**found** 13:1 41:1

**Friday** 43:19

**front** 41:3

**frozen** 10:10,11,16

**function** 31:23

**funny** 21:8

---

**G**

---

**gave** 9:8

**Gavin** 5:14

**gender** 12:17 29:3,18,22 36:1,4 37:1,16 39:21 41:10,14,21

**Gender-affirming** 18:14

**general** 28:12

**generically** 12:4

**genetic** 35:8

**genetics** 34:25 35:3,4,6

**girl** 12:5 28:17

**girls'** 28:18

**giving** 8:15

**gonads** 34:7,11,13

**good** 6:19 11:2 25:25 40:20

**goodness** 14:3 30:5,18

**Great** 10:15 11:25 14:14 16:22 17:21 18:5 22:7 39:1 40:16

**group** 40:14

**guess** 7:21 11:2,20

**guide** 36:22

**guiding** 38:12

**Gustafson** 5:2

**guys** 25:25

---

**H**

---

**H-A-L-E-E-M** 5:23

**Haleem** 5:23

**hand** 6:11

**handedness** 33:8

**head** 9:17 27:13

**headed** 13:3

**Health** 18:12 41:21

**hear** 8:4,7

**held** 5:7 11:7 43:15

**helping** 38:12

**hesitate** 13:9 25:2

**history** 28:8

**Holmes** 6:4

**home** 7:11,12

**homosexuality** 35:8

**honestly** 36:9

**hormones** 31:22

**hour** 11:12

hours 11:14

human 28:23 29:19 30:2,6,12 31:25 33:1 34:17,25 35:3,4,16 36:8,25 37:15

humans 32:1

Hypersexuality 29:16

**I**

identical 27:13

identified 31:1

identify 5:9 37:13

identity 29:3,19,22

inartfully 42:24

include 30:7

includes 29:1,3,6

inclusion 40:11

Indiana 5:4,5,13 41:22

Indiana's 26:18

Indianapolis 5:5 41:22

indicator 33:9

individual 27:18

individually 32:21

individuals 39:3

initials 41:25

injunction 7:2

instance 38:7

instances 8:21

intend 8:24 9:2

intended 42:23

interact 30:11 34:9

interactions 31:20

interacts 34:17

intercourse 29:8

interest 30:23 35:7

interests 28:25 29:1,4,5

interns 5:15,20

interpret 38:14,20

intervening 7:25

introduced 16:10

involve 8:21 27:17

involved 10:3 27:2,14 36:25 37:14 38:17,19

involvement 36:16

involves 12:4

IPS 6:8

issue 39:13 40:1,2

issues 8:6

**J**

J-A-M-E-S 6:24

James 5:8 6:4,12,24

jamescantor.org 42:13

Jamescantorphd 42:7

job 20:17

joined 5:12 6:3

joining 5:15

Julia 6:2 43:5,10

June 5:6 28:1

**K**

K-A-T-Z 5:23

Katz 5:22

Kaylee 6:5

Ken 5:13

key 34:8

kind 38:13

kinds 39:11

know 7:15,16 8:8,14,15 9:1,17 13:14 15:14 32:19 33:13 34:8 40:14

knowledge 34:11 39:9 41:20 42:3

**L**

lack 42:9

laughed 7:8

law 6:5

lawyers 9:6 14:25 15:5

layperson 28:24

lead 12:15

leave 16:19

Leaving 13:8

legal 5:15,20

list 16:7 27:13,14 28:4 39:20

listed 18:10 20:4 21:1,22 23:1,16 24:6,22 25:12 27:15,17 35:12 36:17 37:19,20

lists 22:11

literature 31:15 32:12 33:21,25 35:24 39:9,12,19

litigation 7:5 28:21

located 5:4

lonely 6:8

lose 9:25 10:4

lost 11:4

lot 10:22 20:20

**M**

M-I-C-H-A-E-L 6:25

M-O-Z-A-F-F-A-R 5:22

maintain 42:7,13,18

major 9:19 13:19 14:22

make 8:23 13:17 30:25 43:7

manage 42:15,20

March 12:8,14 13:6,16 40:24

marked 5:1 11:23 16:25 19:8 21:25 41:2 43:24

Masturbation 29:10

material 12:14 33:13

mathematics 36:12

matter 9:24 15:16

matters 20:23 36:11

media 28:3

**medical** 29:25 42:5

**medicine** 12:15

**meeting** 9:6

**Melinda** 6:4

**memory** 13:14 15:7

**Mental** 18:12

**mention** 13:22

**mentioned** 6:19 14:9 40:23

**met** 41:24

**meta-analysis** 32:13 33:21,24

**methodology** 39:10

**Michael** 6:24

**Michele** 5:2,17 43:16

**mind** 40:16

**minor** 42:1

**minors** 14:8

**minutes** 11:9 40:17

**model** 26:23

**monitoring** 41:16

**months** 7:22 9:8

**motion** 7:2

**movement** 10:12

**moving** 30:20

**Mozaffar** 5:21

**N**

**necessarily** 16:13

**nervous** 30:9,11,13,16

**net** 40:10

**neurodevelopmental** 30:19 31:5,8 32:17,23 33:16

**neuroendocrine** 30:19 31:3,10, 13,25 32:1,4,7,10,13

**neuroscience** 30:5,7

**newer** 14:2

**Nonbinary** 18:13

**note** 15:1

**notes** 9:7 13:17 14:3 40:19

**noticed** 33:10

**notification** 10:20

**number** 15:17 16:7

**O**

**oath** 8:2

**Objection** 28:14 37:6

**observational** 32:6 33:15 35:20

**occurred** 16:13

**occurring** 13:18

**offhand** 9:16 15:15 36:11,13

**office** 5:13 7:11 10:22

**official** 43:7

**Olson** 13:20,22 14:2 40:25 43:6

**one-hour** 9:6

**open** 13:8 16:19 17:10 18:8 19:4 21:16 22:22 23:12 24:2,17 41:3

**opinion** 39:2

**opinions** 12:16 13:6

**opposed** 13:7

**order** 10:5 13:18 19:22 40:7

**organizations** 40:6

**orientation** 29:22

**orientations** 29:3

**outcome** 9:20

**Outcomes** 18:12

**Ovaries** 34:21

**P**

**p.m.** 5:6 43:25

**Pactor** 5:11,20 6:18,20 10:13,15, 17,19 11:1 25:25 40:16,21 42:25 43:10,12,16,19,22

**pages** 15:17,23 21:19

**pagination** 15:22 16:2 27:23

**paper** 13:19,20,22,23 14:1,2,9,10 33:4,7 34:1,3

**papers** 12:23 13:1,2,5,15 31:18, 19 33:7,8 36:17

**paperwork** 15:9

**paraphilias** 29:12

**part** 27:21 29:19 34:10 35:4

**participate** 28:18 36:10

**participation** 37:14

**parts** 20:20 30:3,4,9 35:1,2,3

**past** 11:17,20

**patients** 41:17

**patterns** 30:8,23

**pause** 10:9

**Payne** 6:2 10:11,18 11:4 28:14 37:6 43:9,11

**Pedophilia** 29:14

**peer-reviewed** 31:15 33:4 34:1 39:15

**pending** 7:3

**people** 8:17 40:14

**period** 7:25

**Perrine** 6:5

**person** 30:23 41:11

**person's** 38:5

**personal** 41:16,20 42:3

**persons** 5:10 36:2,5 37:2,16

**Ph.d.** 6:12

**physiology** 30:2,6 34:7,13

**piece** 18:3

**plaintiff** 5:12 6:21 41:24

**pleasure** 43:14

**podcasts** 28:3

**point** 39:18 40:14

**points** 14:23

**policy** 39:23

**portion** 26:15

**portions** 26:23

**possibility** 7:6

**post** 42:9,15,20

**preliminary** 7:2

**prepare** 9:4

**present** 5:10,19 26:11

**primarily** 30:5 33:8

**primary** 30:18

**prior** 26:22 27:4

**problem** 8:10 10:19

**procedure** 15:8

**process** 38:12,17

**produce** 30:21,22 34:8

**prospective** 32:6 33:15 35:20

**provide** 12:11 14:24 37:24 38:8

**provided** 17:6 41:10,21

**providing** 39:2

**provision** 39:2

**Psychological** 34:5

**puberty** 39:3 41:17

**publication** 34:5 37:22

**publications** 28:10 37:10,13 39:18,20

**publish** 31:15

**published** 13:23,24 39:15 40:8, 24

**pull** 11:22 16:16 17:17 26:6

**purposes** 7:2 17:1

**Q**

**question** 7:15,16 8:14 35:9,10 38:2,4 39:6

**questions** 8:2,20 9:1 32:15,20 38:4,8 39:11 41:9 43:1,3,11

**quickly** 12:25

**quickly-moving** 9:25

**R**

**raise** 6:10

**randomized** 32:9 33:19 35:22

**range** 9:25

**rate** 11:12

**re-review** 19:21 36:14

**re-skimmed** 9:9

**read** 5:17 9:11 19:24 20:14 21:14 22:5,20 23:10,25 24:15 25:6,21 41:7

**ready** 20:1

**reasons** 15:24

**recall** 15:15 27:12 35:13 36:9,11, 13,24

**receive** 41:17

**Receiving** 18:13

**recent** 9:10 27:14

**recently** 7:19 28:4

**recess** 40:22

**recognize** 14:17 16:22 26:8

**reconfirmed** 13:3

**record** 5:10 6:20,23 11:6,7 17:19 43:15

**records** 42:5

**refer** 14:25 15:23

**referral** 40:14

**referred** 19:1,13 40:25

**referring** 41:5,25

**related** 31:22 41:10

**relevant** 9:9,19 27:5,18 28:21 30:3,4,15,16,21

**reliability** 38:22

**reliable** 38:4

**remember** 14:4 16:10,13 34:4 36:15

**remembering** 13:19

**remotely** 8:5,12

**repeat** 8:8 30:24

**report** 9:11,20,23 10:2 11:25 14:10 26:22,24 27:1,4,7,19

**reporter** 5:2,18 6:10 8:16 11:5 43:18,23

**reports** 9:18,19 10:1 12:24

**represented** 36:12

**representing** 8:22

**requested** 15:9

**requires** 34:10

**reread** 9:7

**research** 9:10,25 12:25 31:12 32:24 35:9,14 36:6 38:1 39:9,10, 25

**researcher** 33:14

**reserve** 7:3

**respond** 9:2

**resulted** 33:4

**results** 38:14,20

**return** 15:4

**review** 14:20 26:19 32:12 33:21, 24 35:24 38:7 39:12,15,19

**reviewed** 9:7,15,18 14:22 42:5

**reviewing** 28:2 37:18 38:24

**reviews** 40:7

**revolution** 13:12

**revolutions** 12:20

**Ricchiuto** 6:7 43:3,21

**Richardson** 5:3

**Riley** 41:21

**role** 36:20 37:2,21

**roll** 8:7

**room** 7:13

**Rose** 5:14 43:5

**roughly** 14:7,22 16:12 19:17,18

**routine** 15:8

**run** 12:5 40:10

**S**

**school's** 12:6 28:18

**science** 12:15 20:19 39:5

**scientific** 13:8 39:11

**screen** 5:14,16 10:10 28:2 37:18 38:24

Index: scroll..topic

scroll 17:14

search 40:3

section 42:22

sections 27:5

sense 13:10 34:14,15,16

separate 42:22

series 27:2

services 5:4 11:19

set 9:20 33:8 35:6 38:4,7

sex 29:4 33:14

Sexology 17:22 18:1

sexologytoday.org 42:18

sexual 28:25 29:1,3,4,5,6,8,22 30:22 31:22

sexuality 28:23,24 29:19 30:15, 17 34:18

Shaffer 6:5

sheet 15:1

short 32:20 40:17

shortly 13:24

shown 16:11

side 15:6

sign 15:4

signed 15:13,14

similar 9:8 19:23 26:22

similarly-designed 13:2

sitting 36:24

smiling 7:7 11:3 20:23 21:10

socially 14:8

softball 28:18

solely 7:1

somebody's 36:22

sort 8:7

sounds 12:10

span 21:19

speak 8:13 10:6

speaking 8:17 12:4

specific 9:18 13:14 15:7

specifically 8:11 37:24

spell 6:22

spelled 5:21,22

spent 11:14

spreading 21:10

Square 5:4

stage 7:5

stand 6:14

start 31:10

starting 30:20

state 6:3,22 10:2 12:1

statistical 36:10 37:4,23 38:12, 15,21

statistics 37:25 38:13

stay 7:7

Stevie 5:11 6:20 10:11 43:6

Stewart 5:3

sticker 43:6

strategy 36:23 37:4

studies 9:18,21 13:15 35:6,11, 14,16,18,20 36:13,18 39:25 40:2, 4,9

study 14:7 28:20 31:12,16,24 32:1,3,7,9,24 33:1,5,16,19 36:6,8, 11,25 37:15 40:12

studying 34:10

subject 9:24

subjects 31:25 33:2 35:16 36:8 37:1,15

submitted 9:11 11:25 16:23 26:11,20

subsequent 7:4

substances 30:8

substantially 10:5

substantive 12:18

Suite 5:5

summarized 9:20

surprise 10:25

sworn 6:13

system 30:10,11,13,14,16 32:13

systematic 32:12 33:21,24 35:24 39:12

systems 30:10,19,25 31:3,5,8, 10,13,25 32:2,4,7,10,17,23 33:17

T

tea-sipping 11:3

team 12:6 13:20,22 14:1 28:18

technology 8:6 11:10

tedious 17:18

Tedium 20:21

template 26:23

term 29:1,2 31:6 42:10

terms 31:25 36:16 39:1

test 37:25 38:6,15,16,22

testes 34:6

testified 6:15

testimony 12:11

testing 38:3,15,21

thing 13:1

things 21:9 29:6

thinking 13:13

thought 26:2

throw 43:6

time 5:6 7:19,25 12:24 43:1,13

times 11:3

title 14:2,5 34:4 35:13 39:21

today 8:22 9:5 13:16 17:22 18:1 40:10

Today's 5:5

toggle 16:17 17:1,24 18:19 19:11 20:7 21:4,17 22:9,13 23:4,14,19 24:4,9,24 25:10,15

toggling 17:5,21 18:9,14 20:4,24 22:24 24:19

top 9:17 15:17 16:1 27:13,22

topic 14:4,6

**Tordoff** 13:21 14:9,10 19:1

**Toronto** 7:9

**track** 9:25 10:4

**train** 20:17

**transcript** 14:18,20 15:2,5

**transcription** 15:2

**transgender** 12:5 18:13 27:17 28:17 39:21

**transitioned** 14:8

**transkids** 9:21

**treatment** 12:17 41:20

**trial** 32:9

**trials** 35:22

**truth** 6:13,14

**truthful** 12:11

**tuned** 7:7

**turn** 16:1 27:15 30:22 43:1

**turnaround** 12:19

**Twitter** 42:7

**type** 19:21 36:16

**types** 31:21

**typical** 29:4

**U**

**U.S.** 11:12,21

**Uh-oh** 21:10

**understand** 8:1,19 17:20 28:16 38:13 42:2

**understanding** 28:13

**understood** 30:25

**unlike** 20:19

**unsigned** 15:12

**unstable** 10:21

**update** 40:7

**updated** 28:5

**updates** 27:5

**updating** 10:2

**urological** 34:14

**uterus** 34:19

**V**

**Vague** 28:14

**validity** 38:21

**variety** 15:24

**version** 15:11,14 43:7

**versions** 27:18

**versus** 12:1

**Virginia** 12:1

**W**

**wait** 7:6 21:8

**website** 42:13,15,18,20

**weeks** 7:21

**West** 12:1

**word** 13:10 14:22

**work** 11:8

**worse** 26:2

**written** 18:3

**Y**

**year** 40:8

**years** 11:17,20

**yeses** 32:22

**Youths** 18:13

**Z**

**Z-H-U** 5:25

**Zhu** 5:24

**Zoom** 5:7 8:6

**Zucker** 37:20

# Exhibit B

Exhibit 16

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                    CHARLESTON DIVISION
 4
 5    _____
                                    )
 6    B.P.J. by her next friend and )
      mother, HEATHER JACKSON,       )
 7                                   )
              Plaintiff,             )
 8                                   )  No. 2:21-cv-00316
        vs.                          )
 9                                   )
      WEST VIRGINIA STATE BOARD OF  )
10    EDUCATION, HARRISON COUNTY     )
      BOARD OF EDUCATION, WEST       )
11    VIRGINIA SECONDARY SCHOOL      )
      ACTIVITIES COMMISSION, W.      )
12    CLAYTON BURCH in his official )
      capacity as State             )
13    Superintendent, DORA STUTLER,)
      in her official capacity as   )
14    Harrison County               )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,             )
                                    )
16              Defendants,          )
                                    )
17    LAINEY ARMISTEAD,              )
                                    )
18          Defendant-Intervenor.)
      _____)
19
                    VIDEOTAPED DEPOSITION OF
20                  JAMES M. CANTOR, PhD
                   Monday, March 21, 2022
21                      Volume I
22
      Reported by:
23    ALEXIS KAGAY
      CSR No. 13795
24    Job No.  5122845
25    PAGES 1 - 316
```

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2          FOR THE WESTERN DISTRICT OF WEST VIRGINIA
 3                      CHARLESTON DIVISION
 4
 5    _____
                                   )
 6    B.P.J. by her next friend and)
      mother, HEATHER JACKSON,     )
 7                                 )
                   Plaintiff,      )
 8                                 )  No. 2:21-cv-00316
         vs.                       )
 9                                 )
      WEST VIRGINIA STATE BOARD OF )
10    EDUCATION, HARRISON COUNTY   )
      BOARD OF EDUCATION, WEST     )
11    VIRGINIA SECONDARY SCHOOL    )
      ACTIVITIES COMMISSION, W.    )
12    CLAYTON BURCH in his official)
      capacity as State           )
13    Superintendent, DORA STUTLER,)
      in her official capacity as  )
14    Harrison County             )
      Superintendent, and THE STATE)
15    OF WEST VIRGINIA,            )
                                   )
16                Defendants,      )
                                   )
17    LAINEY ARMISTEAD,            )
                                   )
18          Defendant-Intervenor.)
      _____)
19
20          Videotaped deposition of JAMES M. CANTOR,
21    Volume I, taken on behalf of Plaintiff, with all
22    participants appearing remotely, beginning at 9:03 a.m.
23    and ending at 5:33 p.m. on Monday, March 21, 2022,
24    before ALEXIS KAGAY, Certified Shorthand Reporter
25    No. 13795.
```

                                                    Page 2

```
 1    APPEARANCES (Via Zoom Videoconference):

 2

 3    For West Virginia Secondary School Activities

 4    Commission:

 5        SHUMAN MCCUSKEY & SLICER

 6        BY:  ROBERTA GREEN

 7        Attorney at Law

 8        1411 Virginia Street E

 9        Suite 200

10        Charleston, West Virginia 25301-3088

11        RGreen@Shumanlaw.com

12

13    For the State of West Virginia:

14        WEST VIRGINIA ATTORNEY GENERAL

15        BY:  DAVID TRYON

16        Attorney at Law

17        112 California Avenue

18        Charleston West Virginia 25305-0220

19        681.313.4570

20        David.C.Tryon@wvago.gov

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

```
 1    APPEARANCES (Continued):

 2

 3    For West Virginia Board of Education and Superintendent

 4    Burch, Heather Hutchens as general counsel for the

 5    State Department of Education:

 6        BAILEY & WYANT, PLLC

 7        BY:  KELLY MORGAN

 8        Attorney at Law

 9        500 Virginia Street

10        Suite 600

11        Charleston, West Virginia 25301

12        KMorgan@Baileywyant.com

13

14    For Plaintiff:

15        LAMBDA LEGAL

16        BY:  SRUTI SWAMINATHAN

17        BY:  TARA BORELLI

18        BY:  MAIA ZELKIND

19        Attorneys at Law

20        120 Wall Street

21        Floor 19

22        New York, New York 10005-3919

23        SSwaminathan@lambdalegal.org

24        TBorelli@lambdalegal.org

25        MZelkind@lambdalegal.org
```

                                              Page  4

```
 1    APPEARANCES (Continued):

 2

 3   For The Plaintiff, B.P.J.:

 4       COOLEY

 5       BY:  KATHLEEN HARTNETT

 6       BY:  VALERIA M. PELET DEL TORO

 7       BY:  KATELYN KANG

 8       BY:  ANDREW BARR

 9       BY:  ELIZABETH REINHARDT

10       BY:  JULIE VEROFF

11       BY:  ZOE HOLSTEROM

12       Attorneys at Law

13       500 Boylston Street

14       14th Floor

15       Boston, Massachusetts 02116-3740

16       617.937.2305

17       Khartnett@cooley.com

18       KKang@Cooley.com

19       VPeletdeltoro@cooley.com

20       ABarr@cooley.com

21       EReinhardt@cooley.com

22       JVeroff@cooley.com

23       ZHolstrom@cooley.com

24

25
```

                                          Page 5

```
 1    APPEARANCES (Continued):

 2

 3    For the Intervenor:

 4        ALLIANCE DEFENDING FREEDOM

 5        BY:  TRAVIS C. BARHAM

 6        BY:  CATIE KELLEY

 7        BY:  HAL FRAMPTON

 8        BY:  TYSON LANGHOFER

 9        Attorneys at Law

10        1000 Hurricane Shoals Road, NE 30043

11        Tbarham@adflegal.org

12        CKelley@adflegal.org

13        HFrampton@adflegal.org

14        TLanghofer@adflegal.org

15

16    For defendants Harrison County Board of Education and

17    Superintendent Dora Stutler:

18        STEPTOE & JOHNSON PLLC

19        BY:  JEFFREY M. CROPP

20        Attorney at Law

21        400 White Oaks Boulevard

22        Bridgeport, West Virginia 26330

23        304.933.8154

24        Jeffrey.cropp@steptoe-Johnson.com

25
```

Page 6

```
 1    APPEARANCES (Continued):

 2

 3    For West Virginia Board of Education and Superintendent

 4    Burch, Heather Hutchens as general counsel for the

 5    State Department of Education:

 6        BAILEY & WYANT, PLLC

 7        BY:  KELLY MORGAN

 8        Attorney at Law

 9        500 Virginia Street

10        Suite 600

11        Charleston, West Virginia 25301

12        KMorgan@Baileywyant.com

13

14

15    For the Plaintiff:

16        AMERICAN CIVIL LIBERTIES UNION

17        BY:  JOSHUA A. BLOCK

18        125 Broad Street

19        18th Floor

20        New York, New York 10004

21        JBlock@aclu.org

22        212.549.2500

23

24

25
```

Page 7

```
 1   APPEARANCES (Continued):

 2

 3   Also Present:

 4       LINDSAY DUPHILY - VERITEXT CONCIERGE

 5

 6   Videographer:

 7       DAVE HALVORSON

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 8

```
 1                        INDEX

 2   WITNESS                              EXAMINATION

 3   JAMES M. CANTOR, PhD

 4   Volume I

 5

 6                  BY COUNSEL SWAMINATHAN        15

 7                  BY MR. BARHAM                306

 8

 9

10                       EXHIBITS

11   NUMBER              DESCRIPTION            PAGE

12   Exhibit 44   Declaration of James M. Cantor,   32

13                PhD

14

15   Exhibit 45   Declaration of James M. Cantor,   34

16                PhD

17

18   Exhibit 46   "The Kinsey Institute Interview   145

19                Series: A Conversation with

20                doctor James Cantor"

21

22   Exhibit 47   Responses to Plaintiff's First et  176

23                of Interrogatories to Defendant

24                State of West Virginia

25
```

Veritext Legal Solutions
866 299-5127

| | | |
|---|---|---|
| Exhibit 48 | Sexology Today! Article | 186 |
| Exhibit 49 | Sexology Today! Article | 190 |
| Exhibit 50 | "Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care" | 227 |
| Exhibit 51 | "Association of Gender-Affirming Hormone Therapy with Depression, Thoughts of Suicide and Attempted Suicide among Transgender and Nonbinary Youth" | 230 |
| Exhibit 52 | "Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results" | 235 |
| Exhibit 53 | "Body Dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy" | 239 |
| Exhibit 54 | "Psychological Functioning in | 243 |

Veritext Legal Solutions
866 299-5127

```
 1                         transgender adolescents before
 2                         and after gender-affirmative care
 3                         compared with cisgender general
 4                         population peers"
 5
 6     Exhibit 55    "Psychological support, puberty      247
 7                         suppression and psychosocial
 8                         functioning in adolescents with
 9                         gender dysphoria"
10
11     Exhibit 56    "Young Adult Psychological           250
12                         Outcome After Puberty Suppression
13                         and Gender Reassignment"
14
15     Exhibit 57    "Long-term Follow-up of              254
16                         Transsexual persons undergoing
17                         sex reassignment surgery: Cohort
18                         study in Sweden"
19
20     Exhibit 58    "Mental health of transgender        259
21                         children who are supported in
22                         their identities"
23
24     Exhibit 59    Florida Department of Children       261
25                         and Families v Adoption of XXG
```

Veritext Legal Solutions
866 299-5127

1    Exhibit 60   Olson 2016, Errata Issued     265

2

3    Exhibit 61   "Evaluation of anxiety and    268

4                  depression in a community sample

5                  of transgender youth"

6

7    Exhibit 62   "A Bill of Transsexual Rights" -   274

8                  JamesCantor.org

9

10   Exhibit 63   Sexology Today! Article      286

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    Monday, March 21, 2022

 2                         9:03 a.m.

 3

 4           THE VIDEOGRAPHER:  Okay.  Good morning.  We

 5      are on the record at 9:03 a.m. on March 21st, 2022.    06:03:33

 6           This is media unit 1 in the video-recorded

 7      deposition of Dr. James Cantor, in the matter of

 8      B.P.J. by Heather Jackson versus West Virginia State

 9      Board of Education, et al., filed in the U.S.

10      District Court for the Southern District of West       06:03:55

11      Virginia, in the Charleston Division.  The case

12      number is 2:21-cv-00316.

13           This deposition is being held virtually.

14           My name is Dave Halvorson.  I'm the

15      videographer here from Veritext.  And I'm here with    09:03:59

16      the court reporter, Alexis Kagay, also from

17      Veritext.

18           Counsel, can you please all identify

19      yourselves so the witness can be sworn in.

20           COUNSEL SWAMINATHAN:  Sure thing.             09:04:11

21           So this is Sruti Swaminathan with

22      Lambda Legal, and I am counsel for Plaintiff.  And

23      I'll allow my co-counsel from Lambda Legal to start

24      the introductions.

25           MS. BORELLI:  This is Tara Borelli from       09:04:24
```

```
 1    Lambda Legal, for Plaintiff.

 2         MS. HARTNETT:  Hi.  This is Kathleen Hartnett

 3    from Cooley, LLP, for Plaintiff.

 4         MR. BARR:  Good morning.  This is Andrew Barr

 5    from Cooley, for Plaintiff.                       09:04:41

 6         MS. REINHARDT:  This is Elizabeth Reinhardt

 7    with Cooley, LLP, for Plaintiff.

 8         MS. KANG:  This is Katelyn Kang from Cooley,

 9    LLP, for Plaintiff.

10         MS. PELET DEL TORO:  This is Valeria Pelet    09:04:50

11    del Toro from Cooley, for Plaintiff.

12         MR. BLOCK:  This is Josh Block from the ACLU,

13    for Plaintiff.

14         THE VIDEOGRAPHER:  Is that --

15         COUNSEL SWAMINATHAN:  I believe that's        09:05:15

16    everyone on our end.

17         THE VIDEOGRAPHER:  Okay.

18         MR. TRYON:  This is David Tryon.  I'm with

19    the West Virginia Attorney General's Office,

20    representing the State of West Virginia.          09:05:24

21         MR. BARHAM:  This is Travis Barham with

22    Alliance Defending Freedom, Counsel for Intervenors,

23    defending the deposition.

24         MR. CROPP:  This is Jeffrey Cropp on behalf

25    of defendants Harrison County Board of Education and  09:05:37
```

Page 14

```
 1      Superintendent Dora Stutler.

 2           MS. MORGAN:  This is Kelly Morgan on behalf

 3      of the West Virginia Board of Education and

 4      Superintendent Burch.

 5           MS. GREEN:  This is Roberta Green on behalf     09:05:52

 6      of West Virginia Secondary School Activity (sic)

 7      Commission.

 8           THE VIDEOGRAPHER:  Okay.  If that's every- --

 9      maybe Mr. Frampton?  Is that --

10           MR. FRAMPTON:  Sure, I'll identify myself,      09:06:10

11      although I'm not really participating.

12           Hal Frampton from Alliance Defending Freedom,

13      for the Intervenor.

14           THE VIDEOGRAPHER:  Okay.

15           Okay.  Can we please swear in the witness.      09:06:31

16           (Witness sworn.)

17           THE VIDEOGRAPHER:  Okay.  Please proceed.

18

19                     JAMES M. CANTOR, PhD,

20      having been administered an oath, was examined and

21      testified as follows:

22

23                          EXAMINATION

24      BY COUNSEL SWAMINATHAN:

25           Q   Good morning, Dr. Cantor.  Thank you again  09:06:33
```

                                                    Page 15

```
 1    for your time today.  As I said, my name is

 2    Sruti Swaminathan, and I'm an attorney with

 3    Lambda Legal.

 4         I use they/them pronouns, so if you have any

 5    need to refer to me specifically, feel free to call    09:06:43

 6    me Counsel Swaminathan or Attorney Swaminathan.

 7         I represent B.P.J., the plaintiff in this

 8    matter.  And, yeah, again, thank you for -- for

 9    bearing with me today.

10         So how are you?                                   09:06:59

11    A    I'm fine.  Thank you.

12    Q    And would you please state and spell your

13    name for the record.

14    A    Dr. James Michael Cantor, J-a-m-e-s

15    M-i-c-h-a-e-l C-a-n-t-o-r.                             09:07:12

16    Q    Thank you.

17         And, Dr. Cantor, what pronouns do you use?

18    A    He/him.

19    Q    Great.  So let me explain some ground rules

20    so that the court reporter can establish a clean       09:07:23

21    transcript today.

22         I'll ask you questions, and you must answer

23    unless your counsel instructs you otherwise.

24         Do you understand?

25    A    Yes, I do.                                        09:07:33
```

Page 16

```
 1      Q   And I will note, I might be looking above

 2   you, as you can see me, the camera is just a little

 3   bit below me, so apologies for that.

 4          Okay.  And so, again, if your counsel objects

 5   to my questions, you still need to answer my          09:07:47

 6   questions unless they specifically instruct you not

 7   to answer.

 8          Do you understand that?

 9      A   I do.

10      Q   Great.  If you don't understand my question,  09:07:53

11   please let me know.  I'm happy to try to rephrase it

12   or make it clear for you.

13          If you do answer my question, I will assume

14   that you understood.  Is that fair?

15      A   Yes.                                          09:08:06

16      Q   We can take a break whenever you need.  I

17   will try to naturally break every hour or so.

18   However, if I've asked a question or if I'm in the

19   middle of a line of questions, I'd appreciate if you

20   can provide me with an answer before we take a       09:08:17

21   break.

22          Do you understand that?

23      A   Yes.

24      Q   Great.  Let's do our best not to speak over

25   each other today.  And as you are doing right now,   09:08:26
```

Page 17

```
 1    please use verbal answers so that the court reporter
 2    can transcribe your answers accurately.
 3    Unfortunately, nodding your head or shaking your
 4    head cannot be captured by the court reporter.
 5         Do you understand that?                        09:08:42
 6     A   Yes, I do.
 7     Q   Great.  And so before we too -- get too far
 8    along today in the -- the substantive portion, I
 9    want to note for you that we're going to be talking
10    quite a bit about healthcare that's commonly used to 09:08:52
11    treat gender dysphoria for transgender people.
12         For the purposes of this deposition, when I
13    say "cisgender," I mean someone whose gender
14    identity matches the sex they were assigned at
15    birth.                                               09:09:07
16         Do you understand?
17     A   Yes, I do.
18     Q   For the purposes of this deposition, when I
19    say "transgender," I mean someone whose gender
20    identity does not match the sex they were assigned   09:09:14
21    at birth.
22         Do you understand?
23         MR. TRYON:  Objection; terminology.
24    BY COUNSEL SWAMINATHAN:
25     Q   You can answer.                                 09:09:23
```

Page 18

```
 1        A    I understand what you mean, yes.

 2        Q    Great.  So if I refer to "care" as

 3   gender-affirming care or gender-confirming care, I

 4   am referring to medical care provided to transgender

 5   people to treat gender dysphoria.                    09:09:34

 6        Do you understand?

 7        MR. TRYON:  Objection; terminology.

 8        THE WITNESS:  To clarify, so when you say

 9   "care," you mean specifically medical care?

10   BY COUNSEL SWAMINATHAN:                              09:09:46

11        Q    I mean medical care.

12        A    I understand.

13        Q    Great.  And, again, when I say "B.P.J.," I am

14   referring to the plaintiff in the case.

15        Do you understand?                              09:09:56

16        A    Yes, I do.

17        Q    Great.  So you understand that you are

18   testifying under oath today, just as if you were

19   testifying in court; correct?

20        A    Yes, I do.                                 09:10:07

21        Q    Is there anything that would prevent you from

22   testifying truthfully today?

23        A    No.

24        Q    Is there any reason you're aware of that

25   would prevent you from completely and accurately     09:10:17
```

Page 19

```
 1    answering my questions?

 2        A    No.

 3        Q    Are you taking notes during this deposition?

 4        A    I wrote down one note to remind myself that

 5    when you use the word "care," you're referring        09:10:30

 6    specifically to medical care.

 7        Q    Okay.  Have you been deposed before,

 8    Dr. Cantor?

 9        A    Yes.

10        Q    How many times?                              09:10:42

11        A    About a dozen.

12        Q    About a dozen.

13             Let's go each -- through each occurrence

14    individually, starting with the first time you were

15    deposed.                                              09:10:49

16             When was that, to your recollection?

17        A    It would have been about eight to ten years

18    ago.

19        Q    And what was the nature of the case?

20        A    What the diagnostic cutoffs are for -- for a  09:11:01

21    formal diagnosis of pedophilia or related

22    conditions.

23        Q    And what was your role in the case?

24        A    I was summarizing the science indicating that

25    sexual interest in a particular age range, 11 to      09:11:16
```

Veritext Legal Solutions
866 299-5127

```
 1    14 years old, is diagnosable as a mental illness.

 2        Q    And what course -- court was this in?

 3        A    Oh, I don't remember the city.  It was in the

 4    state of Illinois.

 5        Q    Do you, by chance, happen to remember the        09:11:36

 6    name of the case, either the plaintiff or the

 7    defendant?

 8        A    No, not offhand.

 9        Q    Okay.  How about the second time you were

10    deposed?                                                  09:11:45

11        A    The same situation.  There were about six

12    such cases in Illinois.

13        Q    And so six out of the 12 or a dozen or so

14    cases that you mentioned deal with the same subject?

15        A    Roughly, yes.                                    09:12:02

16        Q    What about the other six?

17        A    Of those, roughly three more were a similar

18    kind of question, but in New York State.  Another

19    one, also in New York, was pertaining to whether

20    BDSM would count as a mental illness, but that case    09:12:23

21    did not go through to completion.  And then the

22    remaining cases were about trans issues.

23        Q    So about how many cases were about

24    transgender issues?

25        A    I think it's two others.                         09:12:42
```

Page 21

```
 1        Q    Could you tell me more about those two
 2   specific instances of your testimony?
 3        A    One was a -- the Josephson case, and one is
 4   the Cross case.
 5        Q    And tell me about the Josephson case.        09:13:06
 6   When -- when did you provide -- or when were you
 7   deposed in that case?
 8        A    Roughly a year ago.
 9        Q    Roughly a year ago.
10             And what was your role in connection with    09:13:14
11   that deposition?
12        A    To summarize the science on gender identity
13   issues.
14        Q    Okay.  And what court was that case in?
15        A    It was in -- I -- I believe that one was     09:13:29
16   Loudoun County.
17        Q    And then the second case you mentioned was
18   the Cross case.
19        A    Correct.
20        Q    And what was the nature of that case?        09:13:39
21        A    Similar, to summarize the science on gender
22   identity issues.
23        Q    Was that also within the past year that you
24   provided --
25        A    Yes.                                         09:13:49
```

Page 22

```
 1        Q    -- that testimony?

 2        A    Yes.

 3        Q    And was that in the same court as the

 4   Josephson case or a different court?

 5        A    A different court.                          09:13:56

 6        Q    Do you remember which court that was?

 7        A    No, I don't.

 8        Q    And so we just spoke about times that you've

 9   been deposed.  In any of these cases, did it require

10   you to testify in court as well?                      09:14:07

11        A    Yes.

12        Q    In which cases were you required to testify

13   in court?

14        A    Hold on.  I take that back.  It was one of

15   the two New York cases that required me to testify     09:14:26

16   in court.

17        Q    So not either of the cases related to

18   transgender individuals?

19        A    Correct.

20        Q    Okay.  And so we just spoke about testimony  09:14:40

21   that you've given.  Have you provided expert

22   testimony in any other litigation?

23        A    No.

24        Q    This is the first case in which you've

25   provided expert testimony?                            09:14:55
```

Page 23

```
 1      A   I think I might have misunderstood your
 2   question.  In each of these cases, I was serving as
 3   an expert witness.
 4      Q   Oh, in each of these cases, you were an
 5   expert witness, not a fact witness --              09:15:07
 6      A   Correct.
 7      Q   -- correct?  Okay.
 8          But other than these cases, there are no
 9   other cases in which you've provided expert
10   testimony; right?                                  09:15:14
11      A   Correct.
12      Q   Okay.  Has anyone ever tried to exclude the
13   testimony that you've provided in a case?
14      A   The opposing counsel, but that's -- only the
15   opposing counsel.                                  09:15:33
16      Q   In how many of the 12 cases that you just
17   mentioned to me has opposing counsel tried to
18   exclude your testimony?
19      A   All of them.
20      Q   All of them?  So let's go through them.      09:15:42
21          Sorry, apologies.  I think I cut you off
22   there.
23      A   I guess I'm wondering about how you're using
24   the word "tried" to exclude.  When you say that, I
25   mean, you know, try to verify my credentials and   09:15:59
```

Page 24

```
 1    determine whether I'm qualified to comment at all,
 2    but not any extraordinary, in other words, outside
 3    of routine, ensuring that I qualify as an expert.
 4        Q   So in your mind, what -- what would you
 5    categorize as extraordinary in your verse?        09:16:22
 6        A   Anything other than the questioning that
 7    we're going through right now.
 8        Q   Okay.  And, to your knowledge, on what
 9    grounds did opposing counsel in these cases try to
10    exclude your testimony?                           09:16:31
11        A   I don't --
12            MR. BARHAM:  Objection as to form.
13            THE WITNESS:  I don't recall the details.
14    BY COUNSEL SWAMINATHAN:
15        Q   Okay.  But it is your understanding that some  09:16:41
16    form of this effort has happened in all 12 of the
17    cases that you've provided expert testimony?
18        A   Some form, yes.
19        Q   Has any testimony you provided been
20    successfully excluded in any of these 12 cases?   09:16:54
21        A   No.
22        Q   Okay.  Did any of these cases involve
23    prepubertal or adolescent transgender children?
24        A   Not specific -- children, no.
25        Q   Who did they involve in terms of transgender  09:17:13
```

Page 25

```
 1    individuals?
 2         You spoke of two cases, correct, that focused
 3    on transgender people?
 4     A    Correct.  My role was to summarize the
 5    science of those issues, not anything about a          09:17:27
 6    specific person.
 7     Q    Okay.  In terms of summarizing the science,
 8    did the science that you provided testimony on focus
 9    on prepubertal or adolescent transgender children?
10     A    It included that, but wasn't limited to         09:17:41
11    prepubertal children.
12     Q    Would you say that it was the focus of your
13    testimony?
14         MR. BARHAM:  Objection; form.
15         THE WITNESS:  I wouldn't say focus, no.          09:17:51
16    BY COUNSEL SWAMINATHAN:
17     Q    Have you ever testified regarding athletics?
18     A    No.
19     Q    Have you ever testified regarding transgender
20    or gender-dysphoric athletes?                          09:18:04
21     A    No.
22     Q    Have you ever testified regarding transgender
23    adolescents who are participating in athletics?
24         MR. BARHAM:  Objection; terminology.
25         THE WITNESS:  Not as -- not specifically, but    09:18:20
```

                                                    Page 26

```
 1    they would be included as part of my summarizing the
 2    science overall.
 3    BY COUNSEL SWAMINATHAN:
 4        Q    And how would -- or how has your summary of
 5    the science focused on transgender -- transgender        09:18:29
 6    adolescents in athletics?
 7        A    I don't think I understand the question.
 8        Q    You said that your testimony or, you know,
 9    the -- the research that you have produced in
10    connection with your testimony on the science may        09:18:45
11    encompass transgender adolescents participating in
12    athletics; is that correct?
13        A    I --
14             MR. BARHAM:    Objection; terminology.
15             THE WITNESS:   I don't recall the subject of    09:18:58
16    athletics being relevant to any of the prior cases,
17    no.
18    BY COUNSEL SWAMINATHAN:
19        Q    Okay.  So my apologies, I must have
20    misunderstood.                                           09:19:07
21             So you're saying that the science that you've
22    provided testimony on may encompass matters related
23    to transgender adolescents; is that right?
24        A    The topic was broadly the science of
25    transsexuality and everything within it.  So it         09:19:18
```

Page 27

```
 1    could include that, but it wasn't the topic relevant

 2    to any of those cases.

 3        Q    To your understanding, did it include that?

 4    Did your testimony focus on anything specific to

 5    transgender adolescents?                              09:19:33

 6        A    No, it didn't.

 7        Q    Okay.  And just to be sure --

 8             MR. BARHAM:  I'm sorry, I -- I think there

 9    may have been -- I -- I didn't catch the last word

10    of your question, so could you kingly repeat that.    09:19:45

11             COUNSEL SWAMINATHAN:  I apologize.

12             Court reporter, can you please repeat the

13    question that I just posed to Dr. Cantor?

14             (Record read.)

15             COUNSEL SWAMINATHAN:  Are you okay with that, 09:20:09

16    Counsel?

17             THE WITNESS:  It -- it included transgender

18    adolescents, but not specifically athletes.

19    BY COUNSEL SWAMINATHAN:

20        Q    Right.  I understand.  I -- I just want to    09:20:17

21    make sure your counsel is okay, has understood the

22    question.

23             MR. BARHAM:  Thank you.

24             COUNSEL SWAMINATHAN:  Great.

25    ///
```

Veritext Legal Solutions
866 299-5127

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   And, again, Dr. Cantor, you've not been

 3    retained as an expert witness in any other case that

 4    we haven't already talked about; right?

 5        A   Correct.                                  09:20:35

 6        Q   Great.  Did you prepare for this deposition

 7    today?

 8        A   Yes, I did.

 9        Q   Without disclosing any communications you may

10    have had with counsel, what did you do to prepare      09:20:47

11    for today's deposition?

12        A   Reread my notes, which I've been accumulating

13    for many years, reread individual papers that were

14    relevant and ensured that I was including anything

15    new that came out since the last time I went through   09:21:05

16    the literature.

17        Q   So who provided you with the documents that

18    you just mentioned?

19            I heard your own notes and then new articles

20    that may have come out in the -- in the past few       09:21:18

21    years on this literature.

22            And apologies, could you remind me what else

23    you said you reviewed?

24        A   It was my -- oh, and a scan of the literature

25    to see if there was anything new.                      09:21:31
```

                                                      Page 29

```
 1        Q    And so was this all research that you

 2    independently conducted, or did anyone provide you

 3    with any of the materials that you reviewed?

 4        A    All me.

 5        Q    Did you meet with your defense counsel?        09:21:43

 6        A    We met in rehearsal for today, but not over

 7    the material -- of my research of the material.

 8        Q    Who are your attorneys, by the way?

 9        A    Who are my attorneys?

10        Q    Who is your attorney today?  Who is          09:22:07

11    representing you in connection with this deposition?

12        A    Just Travis.

13        Q    Just Travis.

14             And so you said you've met with Travis once

15    in preparation for this deposition; right?           09:22:18

16        A    We met briefly yesterday, and then there was

17    a meeting on Friday to rehearse today.

18             MR. TRYON:  Counsel, I would also -- this is

19    David Tryon.  I will also note that I also represent

20    Dr. Cantor in this deposition.                       09:22:34

21             COUNSEL SWAMINATHAN:  Great.  Thank you,

22    Mr. Tryon.

23             And did you meet with Dr. Cantor at all in

24    preparation for this deposition?

25             MR. TRYON:  I'm sorry, are you asking me that 09:22:48
```

Page 30

```
 1    question?
 2          COUNSEL SWAMINATHAN:  Yes.
 3          MR. TRYON:  I think you should direct your
 4    questions to Dr. Cantor.
 5    BY COUNSEL SWAMINATHAN:                              09:22:55
 6      Q   Dr. Cantor, did you meet with Mr. Tryon in
 7    preparation for this deposition?
 8      A   Yes.  He was present, virtually, on Friday.
 9      Q   On Friday, but not yesterday?
10      A   Correct.                                       09:23:02
11      Q   So beyond the scan of research that you've
12    done in preparation for this deposition, did you
13    review any specific documents?
14      A   Yes.  The documents are noted in my report.
15      Q   What were those documents?                     09:23:17
16      A   As best as I can recall, they were the
17    declarations of Dr. Adkins, Jensen, Safer and the
18    related rebuttals.
19      Q   Did you review any documents beyond those
20    that you just listed that are not cited in your      09:23:38
21    expert report?
22      A   No.
23      Q   Did you conduct any additional research to
24    prepare for this deposition beyond what you did for
25    your expert report?                                  09:23:52
```

                                                    Page 31

```
 1        A    No.

 2        Q    Did you discuss this case with anyone other

 3   than your attorneys?

 4        A    No.

 5        Q    Did you bring anything with you today?        09:24:05

 6        A    A blank notepad, the aforementioned documents

 7   so I could refer to them on the way, and the details

 8   of the address to how to get here.

 9        Q    Did anyone get you a water bottle?

10        A    And a water bottle.                           09:24:23

11        Q    Great.  I'm glad you have that.

12             Okay.  So if you could please go into the

13   "Marked Exhibits" folder, I'm going to introduce

14   tab 2, which is a document that has been marked as

15   Exhibit 45 -- 44, apologies.                            09:24:37

16             (Exhibit 44 was marked for identification

17          by the court reporter and is attached hereto.)

18             MR. BARHAM:  Counsel, I'm in the "Marked

19   Exhibits" folder, and I'm not seeing this document.

20             COUNSEL SWAMINATHAN:  Apologies, my --        09:24:52

21   I'll -- I'll let you know when -- when it's in

22   there, and then you might need to give the -- the

23   page a little bit of a refresh.  It's -- it takes a

24   moment to load.

25             Counsel, are you able to see the document and 09:25:35
```

Page 32

```
 1    is the witness able to see the document now?

 2           MR. BARHAM:  Yes.

 3           COUNSEL SWAMINATHAN:  Great.

 4    BY COUNSEL SWAMINATHAN:

 5      Q   Dr. Cantor, why don't you take a moment to    09:25:46

 6    review what the document is.

 7      A   I'm sorry, this is a 100-page document?

 8      Q   Take a look at the first few pages to get

 9    your understanding of what it is.

10           So have you seen this document before?       09:26:15

11      A   Yes.  This is my -- the report I prepared for

12    today.

13      Q   Did you author this document?

14      A   Yes, I did.

15      Q   Did anyone else help you draft this document?  09:26:27

16      A   No.

17      Q   When was this document created?

18      A   Both -- primarily, over the course of the

19    last two years or so.

20      Q   Is there an execution date on the document?   09:26:48

21           I believe it might be on page 2.

22      A   I see a date on page 46, 31 March 2021.

23      Q   On page 6, you said?

24      A   36 (sic), I think that was.

25           And the date of execution is 22 June 2021.   09:27:14
```

Page 33

```
 1      Q   Great.  Thank you so much.

 2          And, Dr. Cantor, why was this document

 3      created?

 4      A   In preparation for today, that was the

 5      request put to me from the attorneys of West        09:27:26

 6      Virginia.

 7      Q   Thank you.

 8          And if you could please go into the "Marked

 9      Exhibits" folder, I'd like you -- I'd like to

10      introduce tab 1, which has been marked as           09:27:38

11      Exhibit 45.

12          (Exhibit 45 was marked for identification

13           by the court reporter and is attached hereto.)

14          COUNSEL SWAMINATHAN:  Counsel and Dr. Cantor,

15      let me know when you're able to -- to see that      09:28:06

16      document.

17      BY COUNSEL SWAMINATHAN:

18      Q   Do you have it up in front of you?

19      A   Yes, I do.

20      Q   Great.  Have you seen this document before?     09:28:31

21      A   Yes, I have.

22      Q   What is it?

23      A   This is the report I prepared for today.

24      Q   Did you author this document?

25      A   Yes, I did.                                      09:28:44
```

Page 34

```
 1        Q   Did anyone else help you draft this document?

 2            MR. BARHAM:  Counsel, I'm going to

 3     interrupt -- interrupt you because I'm confused

 4     why -- how this document differs from the prior one

 5     that we just reviewed.                              09:29:01

 6            COUNSEL SWAMINATHAN:  So my understanding is

 7     that this is Dr. Cantor's report executed on

 8     February 23rd, 2022, and the prior document was

 9     Dr. Cantor's expert report submitted in

10     conjunction -- in connection with the preliminary   09:29:20

11     injunction motion, dated June 22nd, 2021.

12            MR. BARHAM:  Thank you.

13     BY COUNSEL SWAMINATHAN:

14        Q   So, Dr. Cantor, when was this document

15     created?                                            09:29:34

16        A   This was executed on February 23, 2022.

17        Q   And why was this document created?

18        A   In preparation for today, at the request of

19     the attorneys.

20        Q   Great.  And if you can, can you please turn  09:29:51

21     to page 69 of this PDF.  Apologies for the long

22     scroll.

23            So what you should see on page 69 is the

24     start of Appendix 1 to your expert report.

25        A   Yes.                                         09:30:46
```

```
 1       Q    Are you there?

 2            Have you seen --

 3       A    Yes.

 4       Q    -- this document before?

 5       A    Yes, I have.                                    09:30:50

 6       Q    What is it?

 7       A    That's my CV.

 8       Q    And did you author this document?

 9       A    Yes, I did.

10       Q    Did anyone assist you in authoring this       09:30:56

11   document?

12       A    No.

13       Q    When was it created?

14       A    It's been accumulating over the course of my

15   career.                                                09:31:07

16       Q    And is there anything in this copy of your CV

17   that needs to be updated or corrected?

18       A    One second.

19       Q    Yeah, please take a moment to review.  I

20   believe there are 32 pages.  You've done a lot over     09:31:21

21   the course of your career.

22       A    Nothing to add.  It's current.

23       Q    Great.  So I want to talk to you a bit about

24   your education history.

25            So, Dr. Cantor, where did you complete your    09:31:52
```

Veritext Legal Solutions
866 299-5127

```
 1    undergraduate education?

 2        A    Rensselaer Polytechnic Institute.

 3        Q    It's commonly known as RPI; right?

 4        A    Yes, it is.

 5        Q    Did you enjoy your time at RPI?              09:32:07

 6        A    Yes.

 7        Q    What did you study?

 8        A    Interdisciplinary science, with

 9    concentrations in computer science, mathematics and

10    physics.                                             09:32:18

11        Q    And so my next set of questions pertain just

12    to your undergraduate education at RPI.

13             As a part of your formal education for your

14    undergraduate degree, did you ever take any courses

15    focused on child psychology?                        09:32:33

16        A    As an undergraduate, no.

17        Q    As an undergraduate.

18        A    No.

19        Q    How about adolescent psychology?

20        A    No.                                         09:32:42

21        Q    Did you conduct any research on those

22    subjects?

23        A    No.

24        Q    As a part of your formal education for your

25    undergraduate degree, did you ever take any courses  09:32:56
```

Page 37

```
 1    regarding transgender or gender-dysphoric people?

 2        A    No.

 3        Q    Did you ever conduct any research concerning

 4    transgender or gender-dysphoric people?

 5        A    No.                                        09:33:09

 6        Q    Did you have any other educational training

 7    related to transgender or gender-dysphoric people at

 8    RPI?

 9        A    No.

10        Q    Okay.  What did you study next?           09:33:18

11        A    After that, I did start studying psychology

12    at the graduate level.

13        Q    And where did you complete -- I see here a

14    Master's of Arts; correct?

15        A    Correct.                                   09:33:33

16        Q    Where did you complete your Master's of Arts?

17        A    Boston University.

18        Q    And so I believe you said you studied

19    psychology; is that correct?

20        A    Correct.                                   09:33:47

21        Q    So apologies for my naivety here, but as you

22    were getting your Master's of Arts, would that be a

23    major in psychology or a psychology focus?

24        A    At the graduate level, there are no majors.

25    The degree is in that subject matter specifically.   09:33:59
```

Page 38

```
 1      So it would be a Master of Arts in psychology.

 2        Q    I appreciate that clarification.  Thank you.

 3             When did you graduate?

 4        A    1992.

 5        Q    And so my next set of questions are going to      09:34:18

 6      pertain solely to your Master's education.

 7             So as part of your formal education for your

 8      Master's of Arts, did you ever take any courses

 9      focused on child psychology?

10        A    Yes.                                              09:34:31

11        Q    Can you describe those courses to me?

12        A    The course specifically was in cognitive

13      development and testing.

14        Q    And how about adolescent psychology?

15        A    It was blended in.                               09:34:45

16        Q    Okay.  And so beyond this one course in

17      cognitive development, were there any other courses

18      focused on child or adolescent psychology?

19        A    Not focused on them, no.

20        Q    Okay.  Did you conduct any research on those     09:34:58

21      subjects, specifically speaking about child and

22      adolescent psychology?

23        A    No.

24        Q    As a part of your formal education for your

25      Master's of Arts, did you ever take any courses         09:35:15
```

Page 39

```
 1    regarding transgender or gender-dysphoric people?

 2        A   No.

 3        Q   Did you ever conduct any research concerning

 4    transgender or gender-dysphoric people?

 5        A   No.                                      09:35:30

 6        Q   And so what did you study next after your

 7    time at Boston University?

 8        A   I worked for several years as a research

 9    assistant in neuropsychology and then began my

10    doctoral studies in psychology.                  09:35:50

11        Q   So how long were you a research assistant in

12    neuropsychology?

13        A   About three years.

14        Q   So you took a three-year gap between pursuing

15    your doctorate degree, after completing your      09:36:02

16    Master's of Arts?

17        A   Roughly, yes.

18        Q   And where did you spend those three years as

19    a research assistant?

20        A   I remained in Boston -- remained in Boston --  09:36:12

21    remained in Boston.

22            COUNSEL SWAMINATHAN:  I apologize.  Did

23    anyone else hear that a few times or --

24    BY COUNSEL SWAMINATHAN:

25        Q   Are you able to hear me clearly, Dr. Cantor?  09:36:25
```

Page 40

```
 1        A    I think so.

 2        Q    Okay.  Cool.  Great.  Thank you.

 3             And so where -- where in Boston did you

 4   complete that research assistant three-year

 5   position?                                          09:36:36

 6        A    It was the -- it's listed on my CV.  I don't

 7   immediately recall the formal name of the hospital.

 8        Q    Okay.  Would it be the Queen Elizabeth

 9   Hospital?

10        A    No.                                      09:36:52

11        Q    No?

12        A    It was the Boston VA, part of their

13   Memory Disorders Research Center, which predates

14   when I began recording my jobs on my CV.

15        Q    Okay.  So that -- that job is --          09:37:19

16             (Simultaneous speaking.)

17        A    Correct.  It was -- it was at the Boston VA,

18   which has a formal name that I don't recall, and I

19   was in the Memory Disorders Research Center.

20        Q    Great.  And just for -- for my clarity, it is  09:37:32

21   not listed on your CV; correct?

22        A    Correct.

23        Q    Okay.  And so you said you -- after you

24   finished your research assistant in neuropsychology,

25   three-year experience, you went on to get your       09:37:47
```

                                                  Page 41

```
 1    doctorate degree; is that right?

 2        A   Yes.

 3        Q   Again, apologies if I botch the -- the

 4    language here, but what did you focus on as a part

 5    of your doctorate degree?                          09:38:03

 6        A   Clinical psychology.

 7        Q   Clinical psychology.

 8            And where did you complete your doctorate

 9    degree?

10        A   McGill University.                          09:38:12

11        Q   So, again, my next set of questions pertain

12    solely to your time at McGill.

13            So as part of your formal education for your

14    doctorate degree in clinical psychology, did you

15    ever take any courses focused on child psychology?  09:38:28

16        A   Not courses focused on it, no.  The design of

17    the program at McGill often blended child,

18    adolescent and adult psychology together.

19        Q   I see.  Can you describe that a bit more?

20        A   For example, in learning to do testing, one  09:38:50

21    would be trained both in the standard intelligence

22    test for adults as well as the standard intelligence

23    test for children.

24        Q   Thank you.  I appreciate that.

25            And so, you know, my question pertaining to   09:39:06
```

Page 42

```
 1    adolescent psychology, it's your understanding that

 2    the courses were a blend of child, adolescent and

 3    adult psychology; correct?

 4        A   Many of them, yes.

 5        Q   Many of them.                              09:39:17

 6            And you have never specifically taken a

 7    course that focused solely on adolescent psychology

 8    at McGill; right?

 9        A   Correct.

10        Q   Okay.  Did you, as a part of your normal   09:39:28

11    education, ever take any courses regarding

12    transgender or gender-dysphoric people at McGill?

13        A   Not any courses focused on it, but there were

14    courses focused on human sexuality, which, of

15    course, included transsexuality.                   09:39:50

16        Q   Can you describe that a bit more?  Why would

17    your course on human sexuality include

18    transsexuality?

19        A   Why would it include?

20        Q   Let me rephrase it.  How did it include?   09:40:00

21        A   By summarizing the existing research at the

22    time and what was thought in the field at the time.

23        Q   And how many courses would you say you took

24    that focused on human sexuality?

25            MR. BARHAM:  Objection; terminology.       09:40:18
```

Page 43

```
 1          MR. TRYON:  Objection.  Dave Tryon speaking.

 2          THE WITNESS:  The organization -- the

 3     organization of a doctoral program wasn't around

 4     courses at all.  The primary focus of -- at the

 5     doctoral level is on performing research, learning    09:40:38

 6     how to perform research and proper research

 7     methodology in whatever field the student is

 8     pursuing.

 9          In my case, that was sexuality.  So

10     everything I did at the doctoral level was one way    09:40:49

11     or another targeted towards sexuality, even though

12     there were -- even if not as part of the formal

13     course.

14     BY COUNSEL SWAMINATHAN:

15       Q   That is very helpful.  I obviously do not       09:41:01

16     have a doctorate degree, so that's a helpful

17     explanation for me to understand how the program is

18     structured.

19          So let me ask another question.

20          How much of your research, in your study of      09:41:13

21     sexuality, concerned transgender and

22     gender-dysphoric people in particular?

23          MR. BARHAM:  Objection; terminology.

24          You can answer, if you can.

25          THE WITNESS:  It's a little hard to estimate.    09:41:34
```

Page 44

```
 1    Roughly 10 to 20 percent was specifically on

 2    trans-related issues, and in others, because trans

 3    populations were -- were included one way or

 4    another, there was a little bit of all of them.

 5    BY COUNSEL SWAMINATHAN:                          09:41:52

 6        Q   And what was the nature of that research,

 7    typically, in the 10 to 20 percent that you had just

 8    mentioned?

 9        A   Primarily brain development, cognitive

10    development, and I'm also called upon, very          09:42:04

11    frequently, to consult in the statistics and how to

12    analyze existing data.

13        Q   Okay.  Did you have any other educational

14    training at the doctorate level related to

15    transgender people?                               09:42:21

16        A   What do you mean, educational training?

17        Q   Beyond the independent research that you

18    conducted or the research that you conducted with

19    supervision at McGill, did you have any other

20    educational training, such as a practicum, related  09:42:34

21    to transgender people?

22            MR. TRYON:  Objection; form of the -- form of

23    the question.

24            THE WITNESS:  Not practicum related

25    specifically to transgender people, but I did      09:42:50
```

Page 45

```
 1    practicum related to human sexuality, which
 2    necessarily included transgender people.
 3    BY COUNSEL SWAMINATHAN:
 4       Q   Can you describe that practicum?
 5       A   I was seeing patients for -- mostly for      09:43:05
 6    one-on-one therapy, regardless of the issue that
 7    they came in with.  That can be anything from sexual
 8    dysfunctions, curiosities about their own sexual
 9    interests, and dysphoric transgender issues.
10       Q   Got it.  And you said you were seeing        09:43:20
11    patients.  How old were these patients, typically?
12       A   Young adults and up.
13       Q   And what do you understand "young adults" to
14    mean, in terms of an age?
15       A   Late teens.                                  09:43:34
16       Q   So late teens and onward you would --
17       A   Yes.
18       Q   Okay.  About how many patients do you think
19    you've seen during your time at McGill in -- in
20    these practica that you just spoke about?           09:43:52
21       A   Roughly 30.
22       Q   Okay.  Thank you.
23           And so what did you do after obtaining your
24    doctorate degree?
25       A   I continued as a postdoctoral researcher at  09:44:07
```

Veritext Legal Solutions
866 299-5127

```
 1    the University of Toronto and at the Centre for

 2    Addiction and Mental Health.

 3        Q   Is it okay with you if I refer to the

 4    Centre for Addiction and Mental Health, as CAMH?

 5        A   Yes.                                    09:44:26

 6        Q   Is it commonly known as CAMH, or am I --

 7        A   Usually they pronounce it CAMH.

 8        Q   CAMH.  I will do the same.

 9            COUNSEL SWAMINATHAN:  And, Court Reporter,

10    that is C-A-M-H when I refer to "CAMH."           09:44:38

11    BY COUNSEL SWAMINATHAN:

12        Q   Okay.  Can you describe your fellowship

13    experience at CAMH?

14        A   I started at -- there was an overlap year

15    between the doctoral studies and my postdoctoral   09:44:50

16    studies.  The final year of a Ph.D. is an internship

17    program, which is very much like an advanced

18    practicum program.

19            Within the internship, I was half-time of the

20    entire year in their Gender Identity Clinic and    09:45:05

21    half-time for a full year in their Sexual Behaviours

22    Clinic, which worked primarily with sexual

23    offenders.  I continued that work and continued the

24    related research then for the seven years after

25    receiving my doctorate, staying at the same        09:45:24
```

Page 47

```
 1    institution.
 2          The -- the projects themselves were primarily
 3    focussed on brain function and development of each
 4    of the sexual issues.
 5      Q   Got it.  And so you said during your        09:45:34
 6    internship period you had a position with the
 7    Gender Identity Clinic and then separately the
 8    Sexual Behaviours Clinic; is that correct?
 9      A   Yes.
10      Q   What responsibilities did you have during   09:45:46
11    your time in those clinics?
12      A   I was conducting one-on-one therapy with
13    individual people, pursuing or wondering if they
14    should pursue medical transition, group therapy of
15    people just living their lives as trans people and  09:46:06
16    requiring support, and among the sexual -- in the
17    SBC, in the Sexual Behaviours Clinic, with the sex
18    offenders, it was rehabilitation.
19      Q   And what qualified you to provide the
20    one-on-one therapy that you just spoke about for   09:46:25
21    individuals pursuing medical transition and group
22    therapy?  Was there any additional certificate or
23    training that you needed in order to provide this
24    therapy?
25      A   The training of those issues was -- for those  09:46:39
```

Page 48

```
 1    issues is -- it's a lot of reading and then

 2    one-on-one study with other experts who are

 3    extremely experienced with -- with trans issues.  I

 4    studied under Ray Blanchard at CAMH.

 5        Q   Did you study under anyone else besides      09:47:03

 6    Ray Blanchard?

 7        A   There were other instructors.  He ran the

 8    lab.  The other primary input to my education was a

 9    trans clin- -- she herself was a trans clinician,

10    Maxine Petersen.                                     09:47:24

11        Q   And so did either Ray Blanchard or

12    Maxine Petersen serve as a supervisor to you in each

13    of those positions?

14        A   Yes.  Both of them.

15        Q   Okay.  Did you have anyone to supervise under 09:47:35

16    you in those positions at the Gender Identity Clinic

17    and the Sexual Behaviours Clinic?

18        A   Not while I was an intern or -- not while I

19    was an intern and not while I was a postdoc.

20        Q   What did you do next, after interning at     09:47:58

21    those clinics?

22        A   After the internship and I received my

23    doctorate, then I was appointed as a postdoctoral

24    fellow at CAMH.

25        Q   So my next set of questions pertain to your  09:48:08
```

Page 49

```
 1    fellowship.
 2          So as a part of your fellowship, did your
 3    work focus on child psychology?
 4      A   Did my focus -- it didn't focus on child
 5    psychology, no.                              09:48:25
 6      Q   And apologies, can we go back one minute
 7    to -- you -- you had stated that you provided
 8    one-on-one therapy to individuals pursuing medical
 9    transition/group therapy.
10          What was the average age of those patients  09:48:37
11    that you provided the one-on-one therapy to?
12      A   Average age?
13      Q   Yeah.
14      A   Early 40s.
15      Q   What do you think was the youngest age of the  09:48:51
16    patient, to your recollection?  I understand it was
17    a bit of time ago.
18      A   Youngest would have been late teens, early
19    20s.
20      Q   Okay.  Great.  And, sorry, back to your    09:49:03
21    fellowship.  We just spoke about child psychology,
22    and you mentioned that it did not focus on child
23    psychology; correct?
24      A   Correct.
25      Q   How about adolescent psychology?         09:49:15
```

Page 50

```
 1        A    Again, it didn't focus on adolescent

 2   psychology, but most of the assessments that we were

 3   doing and the research we were doing was entire

 4   lifespan.  So, of course, childhood and adolescence

 5   is a predominant part of that, but not the focus of     09:49:34

 6   it.

 7        Q    I see.  And so, again, you'll have to educate

 8   me a bit, but as a part of your postdoctoral

 9   fellowship, do you take any courses?

10        A    No.                                           09:49:48

11        Q    No?  It's --

12        A    Oh, I should take that back.  There are no

13   courses built into the program itself, but I often

14   opted to take extra courses just to fill in extra

15   material that I needed, such as in neuroscience or      09:49:59

16   similar advanced statistics.

17        Q    So beyond neuroscience, what other courses

18   did you elect to take during your postdoctoral

19   fellowship?

20        A    Just those two deals, neuroscience and        09:50:12

21   statistics.

22        Q    And statistics.  Okay.

23             And were those, like, online courses, or were

24   they courses offered through CAMH?

25        A    They were courses through the Univer- --      09:50:22
```

Page 51

```
 1    through the University of Toronto.  CAMH is a

 2    teaching hospital of the University of Toronto.

 3       Q   Great.  And so, as part of your fellowship,

 4    did any of your work focus on transgender or

 5    gender-dysphoric adults?                        09:50:38

 6       A   Not at that time, no.

 7       Q   What about transgender or gender-dysphoric

 8    adolescents?

 9       A   Not at that time, no.

10       Q   Okay.  Have you completed any other studies?   09:50:57

11       A   Altogether, I -- oh, when you say "studies,"

12    you don't mean published studies; you mean --

13       Q   Right.  Educational pursuits of degrees and

14    things like that.

15       A   No.  That's my full formal education.       09:51:14

16       Q   And I don't mean to say that you haven't done

17    so much already.  I just wanted to make sure that

18    we've covered all of the bases.

19           And what is your current occupation right

20    now?                                             09:51:26

21       A   I'm in private practice as a clinical

22    psychologist.

23       Q   And where do you conduct your private

24    practice?

25       A   In Toronto.                               09:51:35
```

Page 52

```
 1        Q    In Toronto.  Okay.

 2             So I see on page 1 and 2 of your CV, which

 3      hopefully you still have in front of you, you list

 4      your employment history.  I would love to walk

 5      through your employment history, but if it's okay      09:51:54

 6      with you, in chronological order.  So if we can turn

 7      to page 2.

 8        A    Yes.

 9        Q    I see that you completed predoctoral

10      practicum at the Queen Elizabeth Hospital in           09:52:07

11      Montreal, Canada; is that correct?

12        A    Yes.

13        Q    And that was in the department of psychiatry?

14        A    Yes.

15        Q    And you were there from May 1994 to            09:52:16

16      December 1994; is that correct?

17        A    Yes.

18        Q    What was your title in this position?

19        A    They used a French word that I don't

20      remember.  A "stagiaire."  A -- a local Montreal,      09:52:37

21      Quebec, term.  The best English translation would be

22      trainee in psychology.

23        Q    Do you speak French?

24        A    No, I don't.

25        Q    Trainee.  Okay.  Great.                         09:52:51
```

                                                        Page 53

```
 1            Can you tell me a bit about your work in this
 2      position?
 3        A   My focus then was general psychotherapy with
 4      outpatients who would typically come in to that
 5      clinic with a series of disorders, mainly          09:53:08
 6      depressions and anxieties.
 7        Q   And did you work in this position focus on
 8      children?
 9        A   No.
10        Q   What about adolescents?                       09:53:17
11        A   Didn't focus on them, no.
12        Q   No.  So you predominantly worked with adults
13      who came in with depression and anxiety disorders?
14        A   Correct.
15        Q   Okay.  And then I see that you completed a    09:53:31
16      predoctoral practicum at the Royal Victoria Hospital
17      in Montreal; is that right?
18        A   Yes.
19        Q   And this was in the sex and couples therapy
20      unit?                                               09:53:45
21        A   That's correct.
22        Q   And you were there for a little under four
23      years.  It says September 1993 to June 1997; is that
24      right?
25        A   Correct.  I continued seeing clients there    09:53:55
```

Page 54

```
 1    over the course of my doctoral studies.

 2        Q   Got it.  Okay.

 3            So can you tell me about your work in this

 4    position and whether you had a similar French title

 5    there?                                               09:54:07

 6            What -- what was your title?

 7        A   My -- I don't remember -- I don't remember my

 8    title.

 9        Q   Okay.  No problem.

10        A   It was in English.  It's an English-speaking   09:54:19

11    hospital.  My functions there were sex therapy and

12    couples therapy, the full range of sexual disorders

13    and the range of issues that -- that interfere with

14    romantic relationships.

15        Q   Got it.  So did the majority of your work in   09:54:34

16    this position focus on adults?

17        A   Yes.

18        Q   Okay.  And in this position, did you conduct

19    any research or, you know, have any, like, work

20    experience in the field of transgender or            09:54:49

21    gender-dysphoric people?

22        A   Not specific to them, no.

23        Q   Okay.  And then I see that you were a

24    teaching assistant at McGill in the Department of

25    Psychology; is that right?                           09:55:05
```

Page 55

```
 1        A    Yes.

 2        Q    And was this during your doctorate degree as

 3   well?

 4        A    Yes.

 5        Q    Okay.  And so that was from September 1993 to    09:55:13

 6   May 1998 --

 7        A    Yes.

 8        Q    -- is that right?

 9             Okay.  Who were you a teaching assistant for?

10   Was it for a professor, or were you a general            09:55:25

11   teaching assistant for the program?

12        A    Two different professors.  One was

13   Rhonda Amsel for statistics courses, and the other

14   was Irv Binik for sexuality courses.

15        Q    Can you repeat the name of the professor who    09:55:41

16   focused on sexuality courses?

17        A    Irv, I-r-v, Binik, B-i-n-i-k.

18        Q    And so what courses within sexuality did

19   Irv Binik teach?

20        A    The name of the course itself was             09:55:58

21   Human Sexuality.

22        Q    It was called Human Sexuality.  Okay.

23             And has he taught any other courses at

24   McGill, to your knowledge, or during the time that

25   you were there?                                         09:56:07
```

Page 56

```
 1      A   I think that's the only course he taught
 2   while I was there, yes.
 3      Q   So in your role as a teaching assistant, were
 4   you required to conduct any research on transgender
 5   or gender-dysphoric people?                          09:56:28
 6      A   As a part of that course, no.
 7      Q   As a part of that course.  No?
 8      A   Correct.  Not as part of that course.
 9      Q   Okay.  And then you went on to work as a
10   clinical psychology intern, as we spoke about, at    09:56:45
11   CAMH; right?
12      A   Correct.
13          MR. BARHAM:  Counsel, we've been going about
14   an hour.  Would this be a natural time for a
15   five-minute break?                                   09:56:55
16          COUNSEL SWAMINATHAN:  Absolutely.  Let's take
17   a break, and we can come back at 10:05, if that
18   works.
19          Do you want to take a seven-minute break?
20          MR. BARHAM:  Sure.  That sounds good.         09:57:05
21          COUNSEL SWAMINATHAN:  Okay.  We can go off
22   the record.
23          THE VIDEOGRAPHER:  Yes, we are going off the
24   record at 9:57 a.m., and this is the end of Media
25   Unit No. 1.                                          09:57:12
```

                                                      Page 57

```
  1          (Recess.)

  2          THE VIDEOGRAPHER:  All right.  We are back on

  3     the record at 10:08 a.m., and this is the beginning

  4     of Media Unit No. 2.

  5          Go ahead, please.                        10:08:34

  6     BY COUNSEL SWAMINATHAN:

  7     Q    Okay.  Dr. Cantor, before the break, you

  8     testified that you had studied under two

  9     individuals, Blanchard and Petersen; is that

 10     correct?                                      10:08:46

 11     A    Yes.

 12     Q    And that's Ray Blanchard and Maxine Petersen;

 13     right?

 14     A    Yes.

 15     Q    And you mentioned that they are extremely    10:08:56

 16     knowledgeable on issues of transgender identities

 17     and gender-dysphoric people; right?

 18     A    Yes.

 19     Q    And their focus is -- they -- they focus on

 20     adults who identify as transgender or who suffer    10:09:14

 21     from gender dysphoria; right?

 22     A    Their writings and their careers have spanned

 23     the entire lifespan, but most of their work was with

 24     adults.

 25     Q    Adults.  Okay.                           10:09:31
```

Page 58

```
 1            And so we spoke about your time at the -- at

 2    CAMH as a clinical psychology intern, but then you

 3    moved to the law and mental health program, is that

 4    correct, at CAMH?

 5       A    The Sexual Behaviours Clinic is part of the      10:09:49

 6    law and mental health program.

 7       Q    Oh, okay.  So let me ask it a different way.

 8            What did you do after you were a clinical

 9    psychology intern at CAMH?

10       A    After I was an intern was when I started my      10:10:02

11    postdoctoral -- postdoctoral studies.

12       Q    And so this is when you were a psychologist

13    within the law and mental health program?

14       A    Yes.

15       Q    Okay.  Can you tell me about your work in       10:10:16

16    that position?

17       A    That's when I began my brain-based research

18    on the development of atypical human sexualities.

19       Q    And did your work in this position focus on

20    child psychology?                                        10:10:37

21       A    It's a little hard to say.  What I was

22    researching on was brain development, which begins

23    at conception, continues, of course, quite

24    dramatically over the course of gestation, continues

25    to develop over the course of childhood and            10:10:56
```

Page 59

```
 1    adolescence and ends in adulthood.

 2       Q   Got it.  So this brain development research

 3    that you did, did you focus only on brain

 4    development as it relates to atypical sexualities?

 5       A   Although the questions I was asking were        10:11:12

 6    about human sexuality, I simultaneously needed to

 7    account for all of the other possible things that

 8    were going on in the brain; and so, therefore, they

 9    became related, even though those weren't the topics

10    of my specific efforts.                               10:11:35

11       Q   Your work in this position didn't focus on

12    children and adolescents with gender dysphoria;

13    right?

14       A   It's a little tough to say.  It's tough to

15    say.  Everything I look at in a brain scan is an      10:11:54

16    accumulation of everything that happens over life,

17    very much of which happens in childhood and before

18    childhood.  So I was looking at the effects in the

19    brain of everything that happened over childhood

20    accumulated -- accumulating, but I wasn't looking     10:12:10

21    during childhood.

22       Q   It's fair to say that it didn't focus on

23    child (sic) and adolescents with gender dysphoria;

24    right?

25            MR. BARHAM:  Objection; terminology.          10:12:25

                                              Page 60
```

```
 1          THE WITNESS:  It depends on what one means by
 2     "focus."
 3     BY COUNSEL SWAMINATHAN:
 4       Q   You didn't work with children and adolescents
 5     with gender dysphoria in this position directly, did    10:12:33
 6     you?
 7       A   Not while they were children and adolescents,
 8     no.
 9       Q   Okay.  Did you conduct research specifically
10     related to children and adolescents with gender         10:12:46
11     dysphoria, or did you focus more holistically on
12     brain development from birth to adulthood?
13          MR. TRYON:  Objection; form.
14          THE WITNESS:  I didn't -- my research
15     subjects, while they were research subjects, were no    10:13:06
16     longer children, but we would often focus on events
17     that happened during childhood and adolescence.
18     BY COUNSEL SWAMINATHAN
19       Q   I see.  So what approximate -- or age -- or
20     what was the average age of the research subjects       10:13:19
21     that you worked with?
22       A   The research subjects then ran the -- the
23     gamut from 18 to simulating.
24       Q   Okay.  And, again, this research was related
25     to brain development as connected to atypical           10:13:40
```

Page 61

```
 1    sexualities, right, the research you --

 2       A   Yes.

 3       Q   -- you just mentioned?

 4           Okay.  Thank you.

 5           And then you went on to be the research    10:13:49

 6    section head at CAMH; right?

 7       A   Correct.

 8       Q   And you were the section head from

 9    December 2009 to September 2012; right?

10       A   Correct.                                   10:14:03

11       Q   Great.  What was your title beyond research

12    section head in this position?  Did you hold any

13    other titles?

14       A   Psychologist.

15       Q   Psychologist.  Okay.                       10:14:15

16           Can you tell me about your work in this

17    position?

18           Mainly what I'm trying to understand is how

19    much of your practice was research versus clinical

20    psychology.                                       10:14:30

21       A   It's -- it's tough to pull them apart at that

22    level.  I was simultaneously doing frontline

23    clinical work but also systematically recording the

24    results of that work, those of my colleagues, those

25    of my then-students in order to analyze patterns in   10:14:47
```

Page 62

```
 1      the data of what everybody was seeing.
 2          So what was done for research purposes was
 3      also done for clinical purposes and vice versa.
 4      Q    I see.  And so during your time as research
 5      section head, did any of your research involve,        10:15:04
 6      specifically, gender dysphoria or transgender
 7      medicine?
 8          MR. BARHAM:  Objection; form.
 9          THE WITNESS:  I would hesitate -- it didn't
10      focus, but was repeatedly included.  In order to do    10:15:25
11      any of the -- or in order to do research on any of
12      these topics, because they interrelate, we also --
13      at least indirectly, also include the other atypical
14      sexualities.
15      BY COUNSEL SWAMINATHAN:                                 10:15:39
16      Q    I see.  So what was your work primarily
17      focused on, though, during your time as research
18      section head?
19      A    My work, as I said, was primarily focused on
20      how atypical sexualities develop.                      10:15:52
21      Q    And in your understanding, how do they
22      develop?
23      A    Well, that could be any atypical sexuality.
24      Some -- those include pedophilia, other paraphilias,
25      transsexuality, people who call themselves            10:16:08
```

Page 63

```
 1    hypersexual.

 2         I also participated in research and the

 3    development of what I'll call ordinary -- the

 4    development of sexual orientation.

 5    Q    So would you say that your work was primarily   10:16:19

 6    focused on pedophilia and hypersexuality?

 7         MR. TRYON:  Objection; form.

 8         THE WITNESS:  Primarily, sure.

 9    BY COUNSEL SWAMINATHAN:

10    Q    And then you went on to become the head of     10:16:35

11    research at the Sexual Behaviours Clinic; right?

12    A    Yes.

13    Q    And that was from November 2010 to

14    April 2014; correct?

15    A    Yes.                                            10:16:49

16    Q    And you were still at CAMH?

17    A    Yes.

18    Q    Great.  So can you tell me about your work in

19    this position?

20    A    Only my position title changed.                10:17:03

21    Q    So your work remained the same, but you were

22    promoted to head of research?

23    A    Correct.

24    Q    What is the difference between research

25    section head and head of research?                  10:17:16
```

                                              Page 64

```
 1      A    There isn't one.  There was a reorganization
 2   of the departments.  The titles in the department
 3   were realigned to match those in other departments.
 4      Q    I see.  Thank you.
 5           And so in this position, as you continued on,    10:17:33
 6   am I correct to say that your work still focused
 7   primarily on pedophilia, hypersexuality and your
 8   work with sex offenders?  Is that correct?
 9      A    Yes.
10      Q    Okay.  And did your work, in terms of the       10:17:49
11   patients you saw, at all focus on children and
12   adolescents?
13           MR. BARHAM:  Objection; form.
14           THE WITNESS:  Not --
15           MR. TRYON:  Objection.                           10:18:06
16           THE WITNESS:  Not while they were children
17   and adolescents, but very many of the issues that we
18   were dealing with were issues that occurred during
19   childhood and adolescence.
20   BY COUNSEL SWAMINATHAN:                                  10:18:11
21      Q    I see.  But the patients themselves, at the
22   time you saw them, were not children or adolescents;
23   right?
24      A    Correct.
25      Q    Got it.  And then you were a senior scientist   10:18:20
```

Page 65

```
 1      as a part of the complex mental illness program;

 2      right?

 3          A    Correct.

 4          Q    And that was from January 2012 to May 2018?

 5          A    Correct.                                      10:18:42

 6          Q    What was your responsibility or, you know,

 7      what were you duties under the title of senior

 8      scientist?

 9          A    The duties were the same as before, but,

10      again, in the administrative structure of the          10:18:53

11      hospital, one often had dual titles.

12          Q    I see.  So when you adopted the title of

13      senior scientist, you were still the head of

14      research; is that correct?

15          A    Yes.                                           10:19:09

16          Q    So why did they give you this additional

17      title?

18          A    That was a higher rank than psychologist.

19          Q    I see.  And did your roles change at all from

20      head of research to then adopting this dual role as     10:19:23

21      senior scientist and head of research?

22          A    No.  My functions were the same.

23          Q    Did you have a change in supervision at all?

24          A    I'm not sure what you mean.

25               Whom I was supervising or whom I was           10:19:41
```

Page 66

```
 1    supervised by?

 2        Q    Apologies.  Was who you reported to in your

 3    prior role as head of research still the same person

 4    or group of people you reported to as senior

 5    scientist?                                          10:19:54

 6        A    Yes.

 7        Q    Who were those individuals?

 8        A    Oh, I don't recall his name.  He was the head

 9    of the law and mental health program.

10        Q    So the head of the law and mental health    10:20:12

11    program in the 2012 to 2018 timeframe.  Is that fair

12    to say?

13        A    Yes.

14        Q    And I take it from your slight

15    misunderstanding of my prior question that you have  10:20:29

16    supervised people in those positions as well; right?

17        A    Yes.

18        Q    And so when you were a senior scientist, who

19    did you supervise in that position?

20        A    Students whom I was training at the time.    10:20:41

21        Q    And so these are students of the University

22    of Toronto?

23        A    No.  They were usually students really coming

24    to CAMH from all over the world for their

25    internships and their training.                     10:21:02
```

Page 67

```
1        Q    I see.  Okay.

2             And so at any given time, how many students

3     would you say, on average, you supervise?

4        A    Three to five.

5        Q    Okay.  And what kind of work were those        10:21:13

6     students typically engaging in when they were under

7     your supervision?

8        A    A lot of the cognitive testing and treatment

9     with people with atypical sexualities.

10       Q    And what did -- what did their assignments     10:21:27

11    look like?  What -- what did they work on, when you

12    say that they focused on cognitive treatment and

13    atypical sexualities?

14       A    There was a great deal of -- of testing.  Our

15    object was to try to record, objectively, what other  10:21:45

16    clinicians were perceiving subjectively.

17       Q    And how did you do that?  How did you -- how

18    did your clinic test objectively?

19       A    Sometimes through document checks.  Sometimes

20    through formal testing, using standardized            10:22:03

21    instruments.

22       Q    Okay.  And so in your position as senior

23    scientist and, you know, under -- while you were

24    supervising these CAMH interns, did you ever work

25    directly with children or adolescents with gender     10:22:21
```

Page 68

```
 1   dysphoria?

 2       A    Directly, no.

 3       Q    Did your testing ever involve issues

 4   pertaining to child or adolescent psychology?

 5       A    Issues pertaining to, yes.                10:22:39

 6       Q    What would you describe those issues as?

 7       A    Events occurring during those periods of

 8   life.

 9       Q    And how would you obtain data on those

10   events?                                           10:22:52

11       A    Sometimes through interview with the patient.

12   Sometimes through review of documents.

13       Q    Got it.  And so when you say you've

14   interviewed the patients, you're interviewing them

15   as adults, and they're recounting their childhood   10:23:05

16   experiences; correct?

17       A    Yes.

18       Q    And when you say "records," who provides you

19   with the medical records of these patients?

20       A    Typically, they were provided by a court,   10:23:18

21   parole or probation officers or the patients'

22   lawyers.

23       Q    I see.  Okay.  So how -- how do these

24   patients come to you?  How do you -- or a better

25   question is, how do you find these patients that you  10:23:34
```

Page 69

```
 1    work with?
 2        A    Well, I didn't really find them at all.
 3    Typically, these would be assigned to the hospital,
 4    and then the hospital would get them to the
 5    appropriate clinic, and then I saw everybody who        10:23:48
 6    came to that clinic, or I was ultimately responsible
 7    for the research going on with everybody in that
 8    clinic.
 9        Q    I see.  So how -- or why would these patients
10    be referred to your hospital?                           10:24:00
11            MR. TRYON:  Objection.
12            THE WITNESS:  Either through --
13            MR. BARHAM:  Objection as to form.
14            THE WITNESS:  Typically, they were -- they
15    had committed a sexual offense and served their         10:24:11
16    sentence and were being released to parole and
17    probation, and so the parole and probation system
18    wanted as much information as possible in order to
19    put the person -- to help maximize the person's
20    benefit from their -- from their rehabilitation time    10:24:27
21    and from their parole and probation time.
22            Other people self-referred because they had a
23    question or concern with some issue and there was
24    nobody else with the expertise to be able to answer
25    it -- to be able to address it.                         10:24:42
```

Page 70

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    Two quick follow-up questions.

 3             So what was most typically the offense that

 4    these patients had committed when they came to your

 5    hospital?                                              10:24:51

 6             MR. TRYON:  Objection.

 7             THE WITNESS:  I would hesitate to say to the

 8    hospital.  But the ones who ended up in my clinic

 9    were there specifically for a sex-related --

10    sex-related reason.  Roughly two-thirds of those      10:25:03

11    would be related to or potentially related to a

12    sexual offense.

13    BY COUNSEL SWAMINATHAN:

14        Q    Can you describe for me what you mean by

15    "sexual offense"?  What does sexual offense           10:25:18

16    encompass?

17             MR. TRYON:  Objection.

18             And before you answer, I just -- I don't know

19    what HIPAA laws are in Canada, but I just want to

20    caution the witness to make sure that you're not      10:25:28

21    violating any confidentiality requirements of -- of

22    Canadian law.

23             COUNSEL SWAMINATHAN:  Thank you, Counsel.

24    Your objection is noted.

25    ///
```

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   You can answer, Dr. Cantor.

 3        A   I understand.

 4            Typically, these were touching of a child or

 5    child pornog- -- or child pornography possession.   10:25:42

 6        Q   Thank you.  I appreciate that.

 7            So you also said that some of these patients

 8    were self-referred; right?

 9        A   Yes.

10        Q   Approximately what percentage of your       10:25:55

11    patients were self-referred as opposed to coming to

12    you from a different -- coming to the hospital from

13    a different method?

14        A   Roughly a quarter to a third.

15        Q   I appreciate it.                            10:26:13

16            And then your position has changed again, but

17    maybe you can let me know if -- was there any

18    difference between your role as a senior scientist

19    and a senior scientist, inaugural member, as noted

20    on your resumé?                                     10:26:29

21        A   No, there was no difference.

22        Q   What -- what does it mean to be an inaugural

23    member?

24        A   It was -- it was an inaugural -- an inaugural

25    member of that now newly formed institution.  It was  10:26:45
```

Page 72

```
 1     a large donation to the hospital, which, again,

 2     triggered a another reorganization.

 3         Q   Oh, okay.  So what was the Campbell Family

 4     Mental Health Research Institute previously known an

 5     as?                                            10:27:01

 6         A   It wasn't previously known.  The Campbell

 7     family was the source of the large donation which

 8     triggered the renaming and the reorganization.

 9         Q   I see.  So it was -- it's completely separate

10     from the complex mental illness program or the    10:27:10

11     Sexual Behaviours Clinic?

12         A   I don't recall the administrative details,

13     but as I say, it was a shuffling rather than a -- it

14     was more a shuffling than anything else.

15         Q   So were the people that you worked with in    10:27:24

16     that position largely the same as previous

17     positions, in terms of your coworkers?

18         A   Yes.  Nothing from my day-to-day work

19     changed.

20         Q   Got it.  And the -- the work that you had    10:27:36

21     just described to me, that you had done in your role

22     as senior scientist, that work was the same as

23     senior scientist, inaugural member?

24         A   Correct.

25         Q   Okay.  And you were there until May 2018;    10:27:48
```

Page 73

```
 1    right?

 2       A   Yes.

 3       Q   And then finally, I think we're getting to

 4    where you are presently, which is the director of

 5    the Toronto Sexuality Centre; correct?              10:28:01

 6       A   Yes.

 7       Q   And so you are currently the director of the

 8    Toronto Sexuality Centre, but you're also conducting

 9    your own private practice; is that right?

10       A   That is my private practice.              10:28:14

11       Q   Oh, that is your private practice.  Okay.

12           And so can you tell me about your private

13    practice?  Approximately how many patients do you

14    have as a part of your private practice?

15       A   Roughly 50, currently.              10:28:28

16       Q   So you have about 50 patients.  Does this

17    fluctuate a lot, or is it typically around 50?

18       A   I do my best to keep the number pretty

19    constant.

20       Q   Okay.  And why is that?              10:28:47

21       A   Oh, for the -- for the workload.

22       Q   Got it.  And so you've been in your private

23    practice for about five years now; is that right?

24       A   Yes.

25       Q   When you first started your private practice,   10:29:01
```

Page 74

```
 1    approximately how many patients did you have?
 2       A   I want to say zero, and then I worked it up
 3    from there.
 4       Q   And how are patients typically finding you or
 5    coming to you for -- for your treatment?          10:29:20
 6       A   Generally from routine advertising.  Perhaps
 7    a quarter of them are referred specifically from
 8    other clinicians who feel that they're not qualified
 9    to deal with, whatever sexual issues, will send
10    their client to me.                               10:29:38
11       Q   You said "routine advertising."  What does
12    routine advertising for your practice look like?
13       A   An ad in Psychology Today and websites.
14       Q   Any social media?
15       A   No.                                        10:29:53
16       Q   And you said sometimes other clinicians refer
17    patients to you because they are unable to meet the
18    needs of what the patient is looking for; right?
19       A   Correct.
20       Q   And so what would you describe your specialty 10:30:05
21    to be that these other clinicians don't possess?
22       A   Human sexuality, which is left out of most
23    mental health training programs altogether.
24       Q   And I know we've spoken about this briefly
25    before, but what all do you understand to fall under 10:30:24
```

Page 75

```
 1    human sexuality again?
 2        A    Sexual functioning, sexual attraction --
 3    sexual functioning and sexual attraction patterns.
 4        Q    And so of your 50 patients, approximately --
 5    you know, what's the average age of your 50          10:30:40
 6    patients?
 7        A    Average?  30 to 35.
 8        Q    How old is your youngest patient, without
 9    disclosing any HIPAA violative information?
10        A    Youngest would be, I think, early 20s.      10:30:57
11        Q    Early 20s.  And how about the oldest?
12        A    Oldest would be late 60s.
13        Q    So as your role as director, is it -- am I
14    correct that it's solely just your private practice,
15    not your research?  There's no -- no more research    10:31:18
16    component of this position?
17        A    Not paid.
18        Q    So at the Toronto Sexuality Centre, you're
19    praid -- you're paid for the work that you do in
20    conjunction with your private practice; right?        10:31:36
21        A    Correct.
22        Q    And any other research you do, there's no
23    payment from this entity for that research; right?
24        A    Correct.
25        Q    Okay.  So in any of these positions that     10:31:47
```

Page 76

```
 1    we've spoken about, have you provided care directly

 2    to transgender people?

 3        A    I'm sorry, would you ask that again?

 4        Q    Sure.  So in any of these positions, have you

 5    provided care to transgender people?            10:32:03

 6            MR. BARHAM:  Objection; form.

 7            THE WITNESS:  Yes.

 8    BY COUNSEL SWAMINATHAN:

 9        Q    Which positions have you provided care to

10    transgender people?                             10:32:15

11        A    Right now, asking as to the Toronto Sexuality

12    Centre?

13        Q    Any others?

14        A    I -- I don't have any other clinical

15    positions.  I'm -- again, I'm checking your      10:32:28

16    question.

17            When you asked me about my experiences with

18    trans people, you mean the -- my clinical

19    experiences within the Toronto Sexuality Centre?

20        Q    Exactly.  And I'm just trying to ensure that  10:32:43

21    I haven't missed any other practices that, you know,

22    you may have had with respect to, you know,

23    providing direct care to -- to transgender people.

24            So I understand your answer to be the Toronto

25    Sexuality Centre; is that correct?              10:32:57
```

Page 77

```
 1        A    Yes, I -- I -- that includes trans people and
 2     people with transitions.
 3        Q    Okay.  And, again, none of this care was
 4     provided to transgender prepubertal kids; right?
 5        A    Correct.                                      10:33:15
 6        Q    And none of this care was provided to
 7     transgender adolescents; right?
 8        A    Some would be adolescents.  I -- I see
 9     clients at ages 16 and up.
10        Q    16 and up.                                    10:33:32
11             And you said your youngest client at the
12     moment is in their early 20s, but you have seen
13     clients who have been under the age of 18; is that
14     right?
15        A    Yes.                                          10:33:45
16        Q    How many transgender people under the age of
17     18 have you provided care to?
18        A    Six to eight.
19        Q    Okay.
20        A    While they were in that age.                  10:33:58
21        Q    Got it.  And what about under the age 16,
22     have you ever provided care to any transgender
23     adolescent or prepubertal kid under the age of 16?
24        A    No.
25        Q    Okay.  Did any of the care that you provided  10:34:11
```

Veritext Legal Solutions
866 299-5127

```
 1    to transgender and gender-dysphoric people involve
 2    prescribing puberty-delaying treatment?
 3        A    No.  I'm not licensed for providing medical
 4    care.
 5        Q    And so you're not licensed to provide -- or,    10:34:31
 6    sorry, prescribe hormone therapy; right?
 7        A    That is correct.
 8        Q    Okay.  So your care primarily involved
 9    counseling; right?
10        A    Yes.                                             10:34:44
11        Q    So with respect to any employment that you've
12    held, have you ever been subject to discipline by
13    your employer?
14        A    No.
15        Q    No?  And you've spent a significant portion     10:34:55
16    of your career at CAMH; right?
17        A    Yes.
18        Q    Okay.  How have you gotten along with your
19    colleagues over the span of -- it looks like over
20    20 -- 20 years?  22 years?  How have you gotten       10:35:15
21    along with your colleagues there?
22        A    In general, very well.
23        Q    And apologies, just one -- one clarification.
24            So you said that you're not licensed to
25    prescribe puberty-delaying treatment or cross-sex     10:35:29
```

Page 79

1    hormones; right?

2        A    Correct.

3        Q    Are you qualified to refer patients to

4    providers who are licensed to provide that care?

5        A    I'm not -- the question doesn't quite make          10:35:49

6    sense to me.

7        Q    Great.  I'm -- I'm happy to rephrase.

8             Have you ever provided a referral for one of

9    your patients to obtain puberty-delaying treatment

10   or cross-sex hormones from, let's say, an                    10:36:03

11   endocrinologist?

12       A    It's tough to say.  Again, the Canadian

13   medical system doesn't work quite the same way as

14   the American way does.  A letter from me would

15   generally be sufficient for a medical provider who           10:36:27

16   is looking for a licensed mental healthcare provider

17   to say that a person is mentally healthy and ready

18   to engage in a medical treatment, but we don't send

19   the referral -- but -- but in the U.S., I understand

20   there are certain legal ramifications how that               10:36:53

21   referral happens, which isn't necessarily relevant

22   to where I am.

23       Q    I see.  So you would provide a letter to

24   another mental health provider who works with a

25   patient, who would then be able to provide a                 10:37:05

                                                        Page 80

```
 1    referral to the medical doctor to prescribe these

 2    treatments; right?

 3        A    No.    I would be that other mental health

 4    provider.

 5        Q    So you would receive a letter from another      10:37:18

 6    practitioner and then that -- you would be the

 7    decision-maker as to whether the person is ready for

 8    a referral to a medical doctor to receive these

 9    treatments; is that correct?

10        A    No.    Usually, I would be the initiator.  I    10:37:35

11    mean, a -- a -- any given patient might come to me

12    through another provider, but that doesn't require

13    anything -- anything formal or anything in writing.

14            If the request or the -- if what is

15    appropriate to the case is that the person does go     10:37:52

16    on for medical treatment, then I would write a

17    letter indicating that patient's preparedness for

18    that medical treatment.

19        Q    I see.  And so how often have you written

20    such a letter?  How -- how many times, to your        10:38:03

21    approximate recollection?

22        A    Two, three dozen.

23        Q    Two, three dozen.

24            And do you typically write these letters for

25    those who are above the age of 16?                     10:38:17
```

Page 81

```
 1        A    Yes.

 2        Q    Have you ever written a letter for a patient

 3   of yours who was under the age of 16 to receive

 4   puberty-delaying treatment or hormone therapy?

 5        A    No.                                        10:38:33

 6        Q    Has any patient under the age of 16 come to

 7   you with that request?

 8        A    I don't see patients under 16.

 9        Q    How about under 18?  Has any patient between

10   the ages of 16 and 18 come to you with a request     10:38:46

11   seeking puberty-delaying treatment or, sorry, at

12   that point cross-sex hormones?

13        A    I haven't had such a request, no.

14        Q    Okay.  Sorry, we were just speaking about

15   your colleagues at CAMH, and I was asking you, you   10:39:00

16   know, how have you gotten along with your colleagues

17   there, and you said fine; is that correct?

18        A    Generally, quite well, yes.

19        Q    Generally, quite well.

20             Did you ever have any disagreements with   10:39:11

21   other employees of CAMH?

22        A    Yes.

23        Q    What kinds of disagreements have you had?

24             MR. BARHAM:  I'm going to object and advise

25   not to disclose any confidential information.        10:39:31
```

Page 82

```
 1          THE WITNESS:  Generally, these were, you

 2    know, minor administrative disagreements about how

 3    something should be done or -- or efficiency.

 4          The largest disagreement I had was not

 5    related to gender -- to gender issues at all, but it   10:39:51

 6    ultimately was what motivated my leaving the

 7    hospital.

 8    BY COUNSEL SWAMINATHAN:

 9      Q   It was not related to issues of gender

10    dysphoria or related to transgender people?          10:40:04

11      A   Correct.

12      Q   And it caused you to leave the hospital.

13          And was that in 2018?

14      A   Yes.

15      Q   Okay.  So you've never had any issue come up   10:40:18

16    relating to the topic of transgender people; right?

17      A   When you now say "never had any issue come

18    up," we're -- we're still talking in which -- in

19    which context?

20      Q   Apologies.  Let me -- let me clarify.          10:40:38

21          So you said that there was a disagreement in

22    2018 that caused you to leave CAMH; right?

23      A   I wouldn't say that there was a disagreement

24    in 2018.  It took me several years to -- to get

25    to -- to get to that point, but that certainly --     10:40:54
```

                                                Page 83

```
 1    but that was the formal date of when -- when I left

 2    CAMH.

 3        Q    I understand.

 4             What was that disagreement?

 5        A    It had become very apparent to me that the      10:41:05

 6    psychiatric staff was misusing hospital time for

 7    their own private practices, and I was ultimately

 8    unable to change that from happening in a

 9    substantial way.  I thought it was grossly unethical

10    and no longer wanted any part of a clinic that would   10:41:24

11    -- that would allow that.

12        Q    And were these psychiatric staff individuals

13    that you supervised?

14        A    No.

15        Q    No?  And to your knowledge, if -- if you      10:41:34

16    know, how were they misusing hospital time?

17        A    They were seeing private patients and using

18    hospital resources for those private patients.

19        Q    And would those patients be coming to the

20    hospital, or would these be virtual sessions?          10:41:51

21        A    Coming to the hospital.

22        Q    Yeah, I'm just trying to get a better

23    understanding of whether, you know, these

24    psychiatric staff were seeing these patients and the

25    patients were not registered in the hospital           10:42:06
```

Page 84

```
 1    records.

 2         Is -- is that what happened?

 3     A    The --

 4         MR. BARHAM:  I'm going to object and caution

 5    you about resealing confidential information.       10:42:16

 6         COUNSEL SWAMINATHAN:  Objection noted.  Thank

 7    you.

 8         THE WITNESS:  That's not how the system

 9    exactly was set up.  Because of the nature of the

10    laboratory, it was permitted to see nonhospital     10:42:35

11    patients, but hour by hour and patient by patient,

12    they were encroaching on hours that should have been

13    reserved for hospital patients, but hospital

14    patients were getting displaced for the private

15    patients.                                           10:42:49

16     Q    And how, exactly, did this -- this misuse of

17    time lead you to your decision to leave the hospital

18    entirely?

19     A    It became apparent -- it became apparent that

20    some money resources had been bled away from the    10:43:12

21    clinic that there were no -- at one time, the -- the

22    regular patients who were regularly getting referred

23    ceased being referred.  The referral sources

24    realized that the delays got so long, they didn't

25    bother referring anybody anymore, and if there are   10:43:27
```

Page 85

```
 1    no people, then -- if there are no referrals,

 2    there's no clinic.  If there's no clinic, there's no

 3    research.

 4         I was able to correct it for a time, but I

 5    was unable to get the hospital to change its policy    10:43:40

 6    to make it permanent.

 7    Q    I see.  And so your disagreement with how the

 8    hospital handled that situation is what caused you

 9    to leave; right?

10    A    Yes.                                              10:43:53

11    Q    And prior to that, I think you testified that

12    you've had no other disagreements during your time

13    at CAMH with respect to topics concerning

14    transgender people; right?

15         MR. TRYON:  Objection; form.                      10:44:12

16         THE WITNESS:  Correct.

17    BY COUNSEL SWAMINATHAN:

18    Q    You've never disagreed with any employee as

19    to what proper care for transgender individuals

20    should be?                                             10:44:19

21         MR. TRYON:  Objection.

22         THE WITNESS:  Not that I recall, no.

23    BY COUNSEL SWAMINATHAN:

24    Q    Okay.  So let's move to page 3 of your CV, if

25    you still have that up in front of you.                10:44:33
```

Page 86

```
 1       A    Yes.

 2       Q    Great.  Can you take a moment to review?

 3            I -- I believe pages 3 through 7 list

 4     publications that you have authored and coauthored;

 5     right?                                              10:44:57

 6       A    Yes.

 7       Q    Okay.  Approximately how long have you been

 8     authoring publications?

 9       A    You said three pages?  I'm counting five.

10       Q    3 through 7, sorry.  3, 4, 5, 6 --          10:45:11

11       A    Oh, pages 3 through 7?

12       Q    Yes, yes.

13       A    I understand.

14            Yes, I'm sorry, what was your question again?

15       Q    Approximately how long have you been        10:45:23

16     authoring publications?

17       A    Oh, almost 30 years.

18       Q    Almost 30 years.

19            And what topics do you predominantly write

20     about?                                             10:45:33

21       A    Human sexuality and atypical sexualities.

22       Q    And within human sexuality and atypical

23     sexuality, what subjects do you primarily focus on?

24       A    Sexual orientation, paraphilias and gender

25     identity.                                          10:45:51
```

Page 87

```
 1        Q    And you have 64 articles listed here under
 2    "Publications"; right?
 3        A    That's -- yes.
 4        Q    When did you start writing and researching
 5    about paraphilias?                              10:46:06
 6        A    Specifically about the paraphilias, soon
 7    after I arrived at CAMH.
 8        Q    Okay.  So that would be around 1998, '99
 9    timeframe?
10        A    Roughly, yes.                          10:46:21
11        Q    Okay.  And how many of these publications
12    focus on transgender and gender-dysphoric people?
13        A    I have listed them on my CV.  I'd have to
14    count.  It's roughly a half dozen.
15        Q    Why don't we go through these pages together.  10:46:39
16             So your first publication titled "Transgender
17    and gender diverse children and adolescents:
18    Fact-checking of AAP policy," authored by J. Cantor
19    in 2020; is that correct?
20        A    Yes.                                   10:46:58
21        Q    And you would say that publication pertains
22    to issues of transgender and gender dysphoria in
23    people; right?
24        A    Yes.
25        Q    Great.  I'm looking down the list now.  10:47:08
```

Page 88

```
 1          Is there anything else on page 3, any other
 2   publication listed on page 3 that deals specifically
 3   with transgender individuals or individuals
 4   diagnosed with gender dysphoria?
 5     A    No.                                    10:47:29
 6     Q    Okay.  Let's go to page 4.  Can we go through
 7   this same exercise?
 8          Is this there any publication on this page
 9   that relates specifically to transgender individuals
10   or individuals with gender dysphoria?          10:47:52
11     A    Only indirectly, number 26, Fazio and Cantor.
12     Q    What do you mean by "indirectly"?
13     A    One of the ways -- left-handedness is more
14   common among people who are trans or gay, for that
15   matter, than -- than not.                      10:48:18
16     Q    And that's the only -- that's the only way
17   that this article is connected to issues concerning
18   people who are transgender and gender dysphoric;
19   right?
20     A    Yes.                                    10:48:33
21     Q    Okay.  Great.  Let's go to page 5 of your
22   list of publications.
23     A    Yes.
24     Q    Can we go through that same exercise?
25          I can see that number 30 concerns paraphilia,  10:48:43
```

Page 89

1    gender dysphoria and hypersexuality, so I assume

2    that article relates to transgender or

3    gender-dysphoric people in some regard; right?

4        A   Yes.

5        Q   Is there any other article on that page that      10:48:57

6    relates to what we're speaking about?

7        A   That particular one, that's a -- the relevant

8    chapter in the Oxford Textbook of Psychopathology.

9    I just finished writing the new version of that, but

10   it's not yet in my CV.  The book hasn't come out      10:49:17

11   yet.

12       Q   Okay.  Great.  So just number 30; right?

13           And then can we --

14       A   Hang on.  I'm going through the rest of the

15   list.                                                 10:49:32

16       Q   Oh, apologies.

17       A   Again, indirectly, number 37, Cantor, 2012,

18   "Is homosexuality a paraphilia?"  Again, gender

19   identity factors indirectly, in answering that

20   question.                                             10:49:48

21       Q   So, again, your testimony is that 37

22   indirectly focuses on transgender people and gender

23   identity disorders as related to homosexuality as a

24   paraphilia; is that right?

25       A   The evidence -- exactly as the -- the title      10:50:03

                                                          Page 90

```
 1    states, reviewing the evidence and the arguments

 2    that have been posed for each side.

 3       Q   So how does this article specifically address

 4    issues of transgender people and gender dysphoria

 5    individuals?                                        10:50:21

 6       A   There is a specific paraphilia called

 7    "autogynephilia" which is strongly related to the

 8    motivator -- which is strongly -- which is one of

 9    the strongest motivatives for adults who want to

10    transition, specifically from male to female.        10:50:36

11       Q   So --

12       A   Whether they --

13       Q   Apologies.  Continue.

14       A   Whether they consider themselves heterosexual

15    or homosexual is often rooted at what their stage of   10:50:45

16    transition is.  So it makes the question of

17    whether -- sexual orientations of paraphilia a

18    little more complicated.

19       Q   Got it.  And as you just testified,

20    autogynephilia applies to adults; right?             10:51:00

21       A   That's not exactly it, no.  Usually in a

22    clinic, autogynephilia is the primary motivator

23    behind most -- most people who start becoming gender

24    dysphoric in adulthood, but that doesn't mean it's

25    limited to adulthood.                                10:51:21
```

                                                    Page 91

```
 1        Q    Got it.   Are there any other articles on this
 2     page that relate to transgender --
 3        A    Yes.
 4        Q    -- or gender dysphoria?
 5        A    Yes.   Number 40, which is the then prior        10:51:33
 6     version of that chapter for the Oxford Textbook of
 7     Psychopathology, but the chapter was retitled, so
 8     the phrase "gender identity" doesn't appear in the
 9     title in that -- in that title.   Or it doesn't
10     appear in the title in that version.                    10:51:50
11        Q    So this chapter titled "Sexual disorders"
12     encompasses information about transgender identities
13     and gender dysphoria; is that right?
14        A    Yes.
15        Q    Okay.   Anything else on this page?             10:51:59
16        A    No.
17        Q    Okay.   We're almost done with this exercise.
18             Page 6.   Are there any articles on page 6 of
19     your CV that focus --
20        A    Yes.   Number 53, Zucker, et al.                10:52:26
21        Q    Okay.   "The Recalled Childhood Gender
22     Identity/Gender Role Questionnaire:   Psychometric
23     properties."
24             So this publication focuses on issues
25     pertaining to transgender and gender-dysphoric         10:52:42
```

Page 92

```
 1    individuals; right?

 2        A    Children specifically, yes.

 3        Q    Children specifically.  Okay.

 4             Anything else on this page?

 5        A    No.                                    10:52:51

 6        Q    And the last page, page 7, are there any

 7    articles on this page that pertain to transgender

 8    individuals or gender-dysphoric individuals?

 9        A    No.

10        Q    Great.  So you've identified six articles for    10:53:15

11    me, and, if you don't mind, I'd like to go through

12    those six articles in a little bit more depth.  So

13    if you could turn back to page 3.

14             Would it be fair to describe your work that

15    you've done in connection with these articles as     10:53:40

16    research?

17        A    Broadly speaking, in different contexts,

18    people use the word "research" different ways.

19        Q    I don't want to misrepresent your work, so

20    how -- how would you describe what goes into the     10:53:52

21    publication of these articles?  Would you call it

22    research or study?

23             Is "study" a more appropriate word?

24        A    Again, these mean different things in

25    science, and we would use different words in         10:54:11
```

Page 93

```
 1    different contexts.

 2         Usually when I use the word "research," we're

 3    talking about actually collecting original data,

 4    analyzing patterns and then reporting the results of

 5    those analyses.                                      10:54:24

 6       Q   Okay.

 7       A   In science, of course, when there are many

 8    such -- many such observations reported, we then go

 9    through and read -- read those, accumulate those and

10    find patterns in those sets of observations.         10:54:34

11         So some people would call that research;

12    others, not.  There also exists people who just

13    refer -- review all of the research and summarize it

14    all into one.  That also would legitimately be

15    called research.                                     10:54:51

16       Q   Okay.  So why don't we go through these and

17    you can correct me if I'm mischaracterizing

18    anything.

19         But article 1, to me, seems like a review; is

20    that correct?                                        10:55:02

21       A   That would be fair to say.  In -- as I say,

22    some people would call that research.

23       Q   Okay.  So why did you author this article?

24       A   When the AAP first published its paper, it

25    very obviously, to me, contained glaring error after  10:55:24
```

Page 94

```
 1    glaring error.  It repeatedly said whatever original
 2    studies made such a claim.  I was well aware of that
 3    original study and knew that it made no such claim.
 4         At that time, especially, there were
 5    relatively few people who knew any of the research     10:55:43
 6    on gender identity, so I simply conducted a
 7    fact-check of all the claims that were made by the
 8    AAP.
 9    Q   So this article doesn't include any original
10    research of yours; right?                              10:55:54
11    A   I did not collect data for it.
12    Q   Okay.  Who requested that you write this
13    article?
14    A   No one.
15    Q   No one?                                            10:56:06
16         So it was your decision to fact-check the AAP
17    policy; right?
18    A   Yes.
19    Q   It wasn't at the request of any other entity?
20    A   Correct.                                           10:56:16
21    Q   Okay.  And let's go on to number 26, which I
22    believe is the next publication, on page 4.
23    A   Yes.
24    Q   So this is an article that you authored along
25    with Fazio; is that correct?                           10:56:38
```

Page 95

```
 1      A    Yes.

 2      Q    Who is Fazio?

 3      A    She was a graduate student who was studying

 4   under me for her internship and then --

 5      Q    Got it.                              10:56:47

 6      A    -- and then post-doc.

 7           MR. TRYON:  Pardon me, Counsel, which number

 8   are we on?

 9           COUNSEL SWAMINATHAN:  Apologies.  We are on

10   page 4 of Dr. Cantor's CV and Article No. 26.    10:56:54

11           MR. TRYON:  Thank you.

12           COUNSEL SWAMINATHAN:  No worries.

13   BY COUNSEL SWAMINATHAN:

14      Q    Okay.  And so this is the article that you

15   mentioned tangentially related to transgender people  10:57:05

16   and gender identity disorders because of the

17   left-handed association; is that correct?

18      A    Yes.

19      Q    Okay.  And did you author this article out of

20   your own volition, or were you requested by a      10:57:26

21   certain entity to -- to research this issue?

22      A    Neither.  It was Fazio's initially.

23      Q    Okay.  And so you were supervising Fazio's

24   research; is that correct?

25      A    This portion of it, yes.             10:57:41
```

Page 96

```
 1       Q    Okay.  Great.

 2            And can we go to number 30 now, which is at

 3       the top of page 5 of your CV?

 4       A    Yes.

 5       Q    You mention that there is a new version of      10:57:58

 6       this Oxford textbook that is in the works right now;

 7       right?

 8       A    Yes.

 9       Q    And in this current version, you wrote this

10       chapter with Sutton, K. S.; is that right?              10:58:14

11       A    Yes.

12       Q    Who is Sutton?

13       A    He was a postdoctoral fellow of mine at the

14       time.

15       Q    I see.  And you coauthored this article in      10:58:27

16       2014; is that right?

17       A    That's the year it came out.  I don't

18       remember the date when we submitted the manuscript.

19       Q    Okay.  A quick clarifying question.

20            Is there a reason that your name is first in    10:58:42

21       this article and Sutton's is second, but in the

22       prior article we were looking at, Fazio's name was

23       first and your name was second?

24       A    Just reflecting proportion of -- of effort

25       into it.  As I say, I -- with Fazio, I was           10:59:00
```

Page 97

```
 1     participating only in a particular portion.  And

 2     with Sutton, I was the primary author and Sutton

 3     added in other details.

 4        Q   Got it.  Okay.

 5            And so, can you remind me again, how exactly    10:59:12

 6     does this article relate to transgender people or

 7     people with gender dysphoria?

 8        A   A section of that chapter is specifically

 9     about transgenderism.

10        Q   What is that chapter focused on?                10:59:24

11        A   I'm sorry, I'm no longer sure that we're

12     talking about the same chapter.  I'm talking about

13     the chapter with Sutton.

14        Q   What -- what -- you mentioned that a portion

15     of the chapter focuses on transgender identities;      10:59:41

16     right?

17        A   Yes.

18        Q   I'm asking you to describe that portion a

19     little bit more for me.

20        A   Oh.  In that portion, we reviewed what, until   10:59:52

21     then, was known about gender -- gender identity,

22     gender dysphoria and transsexualism in children and

23     adults.

24        Q   And this was independent research that you

25     and Sutton conducted?                                  11:00:04
```

Page 98

```
 1       A    It was a review, as I said, of what was

 2   already known about those topics at that time.

 3       Q    Got it.  And were there any findings that you

 4   presented that were separate from what data was

 5   already existing in this review that you mentioned?    11:00:22

 6   Was there any new finding that came out of this

 7   article?

 8       A    Not an empirical finding.  When we saw

 9   patterns in the research or comparisons between

10   different kinds of atypical sexualities and so on,     11:00:39

11   we would -- we would add those, but the focus of the

12   chapter and the purpose of the textbook was to

13   convey to readers what was already established in

14   the science.

15       Q    And -- and I assume this chapter was reviewed  11:00:51

16   by others; right?

17       A    Yes.  That particular book, the Oxford

18   Textbook of Psychopathology, is one of the best

19   known such texts in the world.

20       Q    Assume that it's a peer-reviewed text; right?  11:01:06

21       A    I would hesitate to call it peer reviewed.

22   It's not peer reviewed in the way that journal

23   articles are peer reviewed.  In journal articles,

24   it's initiated by the author, sent into the journal

25   and the journal can either publish or not publish    11:01:25
```

Page 99

```
 1    it.

 2        Q    Uh-huh.

 3        A    Book chapters are by invitation.  The book

 4    editors then select topic experts and -- and invite

 5    them to submit a chapter for the book.              11:01:38

 6        Q    Got it.

 7        A    That chapter gets peer reviewed in the way

 8    that it's sent to other topic experts for -- for

 9    feedback, but it's not reviewed in the same should

10    we consider this at all, I don't know anything about  11:01:49

11    this topic and then need an expert to tell me, which

12    would happen in the journal peer review system.

13        Q    Understood.  So you were invited to author

14    this chapter by Blaney and Millon; is that correct?

15        A    Correct.                                   11:02:02

16        Q    Okay.  And when did they extend this

17    invitation to you?  Because previously when I said

18    that, you know, it was published in 2014, you

19    mentioned that the work that has been put into it

20    was ongoing prior to 2014.                          11:02:17

21             So when -- when did they approach you about

22    authoring this chapter?

23        A    I don't recall exactly.  It would have been

24    about a year and a half to two years ahead of time.

25        Q    Okay.  Great.                              11:02:29
```

                                                  Page 100

```
 1          And then you mentioned number 37, article 37,

 2     is related to transgender identities and gender

 3     dysphoria as related to autogynephilia; is that

 4     correct?

 5       A    The -- yes, the nexus between the topics is     11:02:42

 6     autogynephilia.  In order to answer the questions

 7     that I had set for myself requires that people know

 8     each chunks of that literature.

 9       Q    Got it.  Okay.

10          And article 40, you also mention that the        11:03:03

11     title is "Sexual disorders," but that's only because

12     it's a previous version of the title that did not

13     include issues of gender identity; is that correct?

14       A    Yes.

15       Q    And the textbook actually includes             11:03:17

16     information pertinent to transgender individuals and

17     gender identity disorders; is that right?

18       A    Correct.  In the years after that, it

19     became -- it became more and more uncontested

20     whether gender identity should automatically be      11:03:36

21     called a -- a disorder at all.  So by parsing out

22     the title, we removed the word "disorder"

23     altogether.

24       Q    I see.  And this -- this came out in 2009; is

25     that right?                                           11:03:52
```

                                                Page 101

```
 1       A    Correct.
 2       Q    And then the last one you mentioned was on
 3   page 6 of 32 of your CV, and it's Article No. 53,
 4   the Zucker article.  And you mentioned that this
 5   article focuses on children with gender identity      11:04:05
 6   disorders; is that right?
 7       A    Yes.
 8       Q    Can you tell me more about this -- and
 9   however you call it, a study or research that went
10   into this article?                                    11:04:29
11       A    I provided primarily statistical input into
12   the article.  The topic on it was how to find the
13   most objective and reliable way to ask about events
14   in childhood and how cross-gender they were.
15       Q    So what do you mean by "statistical input"?  11:04:49
16       A    Because I have a substantial background in
17   statistics, I'm often asked to -- to add to the
18   statistical analyses that -- or to double-check the
19   statistical analyses that any researcher is doing.
20       Q    So is this Zucker article a compilation of   11:05:06
21   original research?
22       A    It is an original piece of research, yes.
23       Q    It is an original piece of research.
24            And your contribution to the article was to
25   ensure that the statistical analysis was sound; is    11:05:19
```

                                                    Page 102

```
 1    that correct?
 2        A   I don't think it's fair to limit my
 3    contribution to that, but that was my predominant
 4    role.
 5        Q   Fair to say it was your predominant        11:05:31
 6    contribution; right?
 7        A   Yes.
 8            COUNSEL SWAMINATHAN:  I just want to check in
 9    because I think it's been about an hour.  So I was
10    wondering if you need a break.  Or, Counsel Travis,   11:05:40
11    if -- if you want to take another short five-minute
12    break.
13            THE WITNESS:  I'm okay.
14            COUNSEL SWAMINATHAN:  You're okay --
15            MR. BARHAM:  I'm fine with continuing.        11:05:47
16            COUNSEL SWAMINATHAN:  Okay.  Sounds good.
17    BY COUNSEL SWAMINATHAN:
18        Q   So of these six publications that we just
19    talked about, none of these publications focus on
20    transgender people in athletics; right?              11:06:02
21        A   Correct.
22        Q   Do any of these publications relate to the
23    issues in this case?
24            MR. TRYON:  Objection.
25            THE WITNESS:  Do they relate?  I -- I'm      11:06:22
```

Page 103

```
 1    not -- I'm not sure I know how to answer that

 2    question.

 3    BY COUNSEL SWAMINATHAN:

 4        Q    Sure.  Let me ask a better question.

 5            What is your understanding of what this case     11:06:33

 6    is about?

 7        A    Well, there's what the case is about and

 8    there's what I've been asked to contribute --

 9        Q    Sure.  My question is, what is your

10    understanding of what this case is about?            11:06:43

11        A    Is whether it's fair and appropriate for

12    biological males to participate in -- on biological

13    female teams.

14        Q    And do any of these publications inform your

15    opinion on the issues that you just identified?       11:07:03

16        A    I --

17            MR. BARHAM:  Objection; form.

18            THE WITNESS:  I would hesitate to say

19    "inform" because several of my publications in turn

20    reflect what's in the rest of the empirical          11:07:21

21    literature, and it's the entire empirical literature

22    that informs my opinion.  It can't really be

23    separated.  But none -- none of my opinion about

24    this case developed from my publications.  Rather,

25    my publications and my opinion both come from the     11:07:40
```

Page 104

```
 1    sum of the scientific literature.

 2    BY COUNSEL SWAMINATHAN:

 3        Q   I appreciate that explanation.  Thank you.

 4            Let's go on to the next section of your CV.

 5            So on, let's see, page 8, you have a list of    11:07:55

 6    letters and commentaries that you have authored and

 7    coauthored; right?

 8        A   Yes.

 9        Q   Approximately how long have you been offering

10    letters and commentaries?                                11:08:18

11        A   Roughly 20 years.

12        Q   And what topics do you predominantly comment

13    on?

14        A   Atypical sexuality in humans.

15        Q   When did you start commenting on atypical       11:08:32

16    sexualities?

17        A   The first publication on it was in 2000.

18        Q   And is that the -- Publication No. 14 that

19    was listed -- that's listed here on page 8?

20        A   Yes, it is.                                     11:08:56

21        Q   And do any of these publications focus on

22    transgender people or people with gender dysphoria?

23        A   Yes.

24        Q   Which ones?

25        A   Numbers 6, 9, 10, 11.  And I don't recall if   11:09:11
```

Page 105

```
 1    number 12 did, but I think not.

 2        Q   Okay.  So we're working with number 6, 9, 10

 3    and 11, right, under "Letters and Commentaries"?

 4        A   Yes.

 5        Q   And Letter No. -- or Letter or Commentary      11:09:59

 6    No. 6, this is a comment that you wrote in response

 7    to Italiano's 2012 comment on an article that you

 8    had written in 2011; is that right?

 9        A   Yes.

10        Q   Does this comment have anything to do with     11:10:20

11    transgender children and adolescents playing sports?

12        A   No.

13        Q   Let's turn to number 9, which is -- is this a

14    letter, or is this commentary?

15        A   A letter.                                       11:10:44

16        Q   A letter.

17        A   The difference -- there really -- it's a

18    general standard whether they say "commentary" or

19    "letter."  There's no rigorous or systematic

20    difference between the terms.                           11:10:54

21        Q   Got it.  Thank you.

22            And so this was in 2011, entitled "New MRI

23    studies support the Blanchard typology of

24    male-to-female transsexualism."

25            Did I read that accurately?                     11:11:03
```

Page 106

```
 1        A    I'm sorry, say that again.

 2        Q    The -- it's titled "New MRI studies support

 3   the Blanchard typology of male-to-female

 4   transsexualism."

 5             Did I read that accurately?              11:11:16

 6        A    Yes.

 7        Q    Okay.  And did this letter have anything to

 8   do with transgender children or adolescents playing

 9   sports?

10        A    No.                                      11:11:34

11        Q    No?  Let's look at number 10.  This is --

12   this is authored by Zucker, Bradley, Own-Anderson,

13   Kibblewhite and yourself; is that correct?

14        A    Yes.

15        Q    And it's titled "Is gender identity disorder   11:11:51

16   in adolescents coming out of the closet?"; correct?

17        A    Yes.

18        Q    Can you tell me a bit about this letter or

19   commentary?  Why was it written?

20        A    So we were observing, in those days -- we're  11:12:14

21   now going back almost 15 years -- seeing the

22   beginnings of the great increase in the number of

23   adolescents presenting to clinics expressing gender

24   dysphoria.

25        Q    Okay.  And is this a piece of original   11:12:30
```

Page 107

```
 1    research, or is this a review of existing research?

 2        A   Original research.

 3        Q   Who funded this research?

 4        A   It wasn't funded in a direct way.  It

 5    required no -- it required no funding.  It wasn't        11:12:54

 6    the kind of a study that required hiring new people

 7    or equipment.

 8        Q   I see.  So there was no grant application

 9    process or something similar associated with this

10    publication; right?                                      11:13:07

11        A   Correct.

12        Q   How did the authors of this study, including

13    yourself, come together to conduct this research?

14        A   They were already colleagues at CAMH.

15        Q   Got it.  So these are all employees of CAMH?   11:13:25

16        A   At that time, yes.

17        Q   Were any of these authors students or --

18    sorry, fellows?

19        A   I don't recall if Kibblewhite was.  They may

20    have been.                                               11:13:47

21        Q   Okay.  And you said that this study was not

22    directly funded.  Was it indirectly funded in any

23    way?

24        A   It would be reasonable to say that the

25    hospital's salary support of the staff was an            11:14:00
```

                                                        Page 108

```
 1    indirect funding, but it wasn't related to any --
 2    any one particular study at all.
 3        Q   Got it.  And just to clarify, this is a study
 4    that you-all came together to carry out on -- on
 5    your own, not at the request of anyone?              11:14:17
 6        A   Correct.
 7        Q   Okay.  And is this study related to
 8    transgender children or adolescents participating in
 9    athletics specifically?
10        A   No.                                           11:14:30
11        Q   Okay.  And then you said, finally, number 11
12    under "Letters and Commentaries."  It's a review, in
13    2003, of the book The Man Who Would Be Queen by
14    J. Michael Bailey.  Did I read that accurate?
15        A   Yes.                                          11:14:52
16        Q   What is The Man Who Would Be Queen?
17        A   It was a book by J. Michael Bailey, published
18    at the time, describing for the lay public gender
19    identity and transsexualism in children -- well, in
20    children and adults.                                 11:15:10
21        Q   Did the book focus on children or adults?
22        A   I don't think it's fair to say it focused on
23    either.  It spanned a lifetime.
24        Q   Understood.  I'm just trying to understand
25    because it says "The Man Who Would Be Queen,"        11:15:26
```

Page 109

```
 1      instead of "The Boy."  So I was just wondering how
 2      old the protagonist of this book is, to your
 3      recollection.
 4          A    There wasn't a single protagonist.  There
 5      were multiple protagonists.                          11:15:38
 6          Q    What was the average age of the multiple
 7      protagonists in this book?
 8          A    Oh, I don't recall, and I'm not sure that
 9      that's meaningful.  That is, in the book, Bailey was
10      describing the phenomena of transsexuality and       11:16:00
11      gender dysphoria and then used individual cases and
12      describes people in order to -- in order to help,
13      you know, color the -- the issue for -- for the
14      audience, but it wasn't -- it wasn't of a number of
15      people by which one could calculate an average.  He  11:16:20
16      described a couple of children, and he described a
17      couple of adults, and he tried to -- did his best to
18      describe people who were transitioning in each
19      direction.
20          Q    I understand.  I'm -- sorry.  I was just     11:16:30
21      trying to clarify whether this was book was similar
22      to, you know, the clinical work that you do, where
23      you speak to adults or people over the age of 16
24      and, you know, retroactively gain their childhood --
25      gain knowledge of their childhood experiences or if  11:16:47
```

Page 110

```
 1    this book, the individual cases that you mentioned,

 2    were actually children versus adults.

 3          And you say it's a mix of both; right?

 4    A   It includes cases of both.

 5    Q   Yeah.  Okay.  That -- that's all I was          11:17:01

 6    wondering.  Thank -- thank you.

 7          And so why did you review this book?

 8    A   For the same reason I -- I -- for the same

 9    reason that I wrote the AAP study.  The book was

10    fascinating, well written, very informative,          11:17:19

11    useful -- and useful to society, but also very

12    controversial.  So I thought it would be useful, as

13    one of the few people qualified to -- to do so, to

14    compare the book with -- with the actual research at

15    the time.                                             11:17:37

16    Q   Did anyone request you to write this review?

17    A   No.

18    Q   Did you speak to Michael Bailey while writing

19    this review?

20    A   I don't recall.  I had already met him before   11:17:47

21    I wrote the review.  I don't recall contacting him

22    at all while I was writing.

23    Q   And so to your recollection and speaking

24    about it more generally, this book has to do with

25    the full age range of transgender identities, and,   11:18:20
```

                                                    Page 111

```
 1    in your testimony, it does not focus solely on adult

 2    transitioners; right?

 3       A   It's not limited -- it's not at all limited

 4    to adults.

 5       Q   It's not at all limited to adults, but more       11:18:33

 6    generally, it speaks to adults as opposed to

 7    children?

 8           MR. TRYON:  Objection; form.

 9           THE WITNESS:  I hesitate to say that it

10    speaks to either one any more than the other.          11:18:45

11    BY COUNSEL SWAMINATHAN:

12       Q   Okay.  That's fair.

13           And then at the bottom of the page and then

14    the next page, you have a list of your publications,

15    specifically your editorials, and that is your CV       11:18:59

16    page 8 and 9.

17       A   Yes.

18       Q   Okay.  And so approximately how long have you

19    been authoring editorials?

20       A   About 20 years.                                  11:19:18

21       Q   20 years.  And what topics do you

22    predominantly write on in terms of your editorial

23    publications?

24       A   Primarily on the editorial process itself.

25    I'm on the editorial board for the Archives of          11:19:32
```

                                                    Page 112

```
 1      Sexual Behavior, and I serve as editor in chief for

 2      the journal Sexual Abuse.

 3          So it's routine for editors and editorial

 4      board members to comment on the structure and

 5      recurrences within the journal itself.              11:19:47

 6      Q   When did you start sitting on the board, the

 7      editor -- as -- as the editor in chief of the

 8      journal Sexual Abuse?

 9      A   It's on my CV.  I don't recall the year.

10      Q   Approximately how long do you remember           11:20:03

11      sitting on the board for or sitting in that

12      position?

13      A   Roughly 15 to 20 years.

14      Q   Okay.  And so you have ten publications

15      listed here under "Editorials"; is that right?       11:20:18

16      A   Yes.

17      Q   And from my view of the ten editorials, is it

18      fair to say that you predominantly comment on sexual

19      abuse?

20      A   I wasn't -- no, I wasn't commenting on sexual    11:20:35

21      abuse itself.  I was commenting on the journal

22      entitled Sexual Abuse.

23      Q   Okay.  So when you're commenting on the

24      journal entitled Sexual Abuse, what is the nature of

25      this commentary?                                     11:20:52
```

Veritext Legal Solutions
866 299-5127

```
 1      A    Number of publications, people coming and

 2   leaving the editorial board, my plans for the

 3   journal for the future.  We weren't talking about

 4   the topic within the journal.  We were talking about

 5   the journal as the topic.                    11:21:05

 6      Q    I see.  Okay.  So these are -- these are

 7   comments on kind of the -- the structure or the

 8   future of the journal itself, not specific

 9   substantive reviews of the articles contained within

10   these journals; is that right?               11:21:21

11      A    Yes.

12      Q    Okay.  And then on page 10 of your CV, you've

13   listed your funding history; is that right?

14      A    Yes.

15      Q    And so these two pages list the funding that  11:21:38

16   you've been the recipient of over the course of your

17   career; right?

18      A    Yes.

19      Q    Is this a comprehensive list of the grants

20   you've received?                             11:21:54

21      A    Yes.

22      Q    And you were a co-investigator for four out

23   of the seven times that you received funding for a

24   study; right?

25      A    Just checking.                       11:22:08
```

                                             Page 114

```
 1        Q    No problem.

 2        A    Yes, that's correct.

 3        Q    And you were a principal investigator, then,

 4   for three out of the seven times you received

 5   funding for a study; correct?                    11:22:26

 6        A    Yes.

 7        Q    Were any of these seven awards of funds

 8   related to the study or treatment of gender

 9   dysphoria for transgender people?

10        A    Yes.                                    11:22:40

11        Q    Can you point me to which ones, please?

12        A    The first one, "Brain function and

13   connectomics following sex hormone treatment in

14   adolescents experience gender dysphoria."

15        Q    Uh-huh.                                 11:22:54

16        A    And Effects of hormone treatment on brain

17   development:  A magnetic resonance imaging of --

18   study of adolescents with gender dysphoria.

19        Q    Great.  Thank you.

20             I would love to talk about those two studies  11:23:19

21   a bit further.  So if we could start with the first

22   one, which I understand to believe was granted in

23   July of 2018.

24             So I see that it says $650,000 and -- sorry,

25   $650,250, and then it has a forward slash, 5 years.  11:23:36
```

Page 115

```
  1            So is that the amount of funds that were

  2     awarded over a period of five years?

  3        A   Yes, that's correct.

  4        Q   Not each year; right?  It's a totality of the

  5     funds received over five years?                      11:23:51

  6        A   Correct.

  7        Q   Okay.  And when it says "July, 2018," does it

  8     mean that you -- like, the funds started coming in

  9     in July 2018 and continue on to, presumably,

 10     July 2023; is that correct?                          11:24:07

 11        A   June 2023, but yes.

 12        Q   Okay.  June 2023.

 13            And so can you describe the study to me?

 14        A   The study itself is to take brain scans of

 15     kids throughout the process of -- throughout their    11:24:28

 16     process of transitions.

 17        Q   Okay.  And how did you discover this

 18     opportunity?

 19        A   I had worked, at least indirectly, with some

 20     of these authors before.  It's -- they're -- they --  11:24:41

 21     they're running the study, but, of course, they

 22     needed somebody with a background in brain imaging,

 23     in statistics and in human sexuality, including

 24     gender identity.

 25        Q   So who are Doug VanderLaan and              11:24:58
```

Page 116

1      Meng-Chuan Lai?

2         A    They now are two sex researcher

3      neuroscientists specializing in child gender

4      identity.

5         Q    They specialize in child gender identity      11:25:12

6      disorders; is that right?

7         A    Yes.

8         Q    What about Megha Mallar Chakravarty, Nancy

9      Lobaugh, M. Palmert and Skorska?

10          Apologies if I mispronounced any of those.     11:25:25

11        A    No problem.

12          They're other statisticians and

13     neuroscientists involved in the data collection for

14     MRI research.

15        Q    Are those folks also focused on child gender    11:25:38

16     dysphoria identities?

17        A    No.

18        Q    No?  Okay.

19          And who applied for the funding for this

20     study?                                                11:25:56

21        A    Dr. VanderLaan.

22        Q    VanderLaan.

23          And are you aware of what papers were

24     submitted in connection with that application?

25        A    I don't understand the question.  Papers     11:26:07

                                                    Page 117

```
 1    submitted for an application?

 2       Q   I assume that to apply for a grant, there's

 3    some sort of application process; is that correct?

 4       A   Yes.

 5       Q   Were you involved in that application          11:26:19

 6    process, or was that solely done by Doug VanderLaan?

 7       A   I was involved in relevant parts of it.

 8       Q   What was your involvement?

 9       A   To review, check and add to the sections on

10    statistics, neuro- -- and neuroimaging research          11:26:38

11    methods.

12       Q   Got it.  Okay.

13           And I assume the study is still ongoing;

14    right?

15       A   Yes, it is.                                      11:26:48

16       Q   It is.

17           And you don't have any findings to report

18    right now; right?

19       A   No, not yet.

20       Q   Okay.  And just to check in -- or is this       11:26:59

21    study at all related to the participation of

22    transgender children and adolescents in athletics

23    specifically?

24       A   It's not a topic of the study.

25       Q   Okay.  And it looks like you said there was     11:27:17
```

Page 118

```
 1      another study where the principal investigator,

 2      Doug VanderLaan, and co-investigators, Bain, Cantor

 3      Chakravarty, Chavez, Lobaugh and Zucker, bas- -- or

 4      the date is September 2015.  That's the other study

 5      that you mentioned is relevant to transgender and        11:27:39

 6      gender-dysphoric individuals; right?

 7          A   It's a grant, not a study.

 8          Q   Sorry, grant.  Apologies.

 9              Can you tell me about that grant?

10          A   It was very similar to the first one.  In       11:27:51

11      fact -- well, the one we first discussed, even

12      though it, chronologically, is first.  The

13      chronologically first one bled into or ran into or

14      became the second one, which is continuing the

15      first.                                                   11:28:08

16          Q   I see.  So were there independent results

17      that were obtained from -- from this research, or

18      did that research continue on into the grant that we

19      just spoke about?

20          A   That research is continuing on into the         11:28:24

21      current one.

22          Q   Great.  And so it looks like it's the same

23      agency that awarded both grants; right?

24          A   Correct.

25          Q   And this time, they provided you $952,955,      11:28:37
```

                                                    Page 119

```
  1    again, over the course of five years, starting from

  2    September 2015; is that right?

  3           MR. TRYON:  Objection; form of the question.

  4           THE WITNESS:  Yes.

  5    BY COUNSEL SWAMINATHAN:                         11:29:01

  6       Q   So am I correct that your team of

  7    investigators applied for a second grant to continue

  8    the research that they were doing as a part of this

  9    initial awarding?

 10       A   Correct.                                 11:29:12

 11       Q   Is there a reason that they gave you less

 12    money the second time?

 13       A   Less was needed.

 14       Q   Less was needed?

 15       A   Yes.                                     11:29:20

 16       Q   Why was less needed the second time around?

 17       A   Changes in staff and then -- and student

 18    needs, just the size of the lab that needed to be --

 19    needed to be supported.

 20           Also, in the second stage of the study, there  11:29:35

 21    are now ongoing participants who require brain

 22    scanning at regular intervals, which is unlike the

 23    earlier part of the study where it was a much wider

 24    range of people getting scanned.

 25       Q   I see.  And, again, did this first stage of  11:29:49
```

Page 120

```
 1    the study involve the participation of transgender

 2    children or adolescents in athletics?

 3        A    The -- the way you phrased your question is a

 4    little funny.  The -- the topic of the study wasn't

 5    focused on it, but I would not be at all surprised      11:30:08

 6    if some of the participants in the study were in

 7    turn involved in athletics.

 8        Q    Do you anticipate reporting specifically on

 9    athletic performance of transgender athletes in

10    these studies?                                          11:30:27

11        A    I don't anticipate reporting on that, no.

12        Q    No?  And you don't know for sure that these

13    study participants may or may not be athletes as

14    well; right?

15        A    Correct.                                       11:30:39

16        Q    Okay.

17            COUNSEL SWAMINATHAN:  Okay.  How about we

18    take a five-minute break.

19            MR. BARHAM:  Sounds good.

20            COUNSEL SWAMINATHAN:  Can we go off the         11:30:51

21    record?

22            THE VIDEOGRAPHER:  Yes.  We are going off the

23    record at 11:31 a.m., and this is the end of Media

24    Unit No. 2.

25            (Recess.)                                       11:47:06
```

Page 121

```
 1           THE VIDEOGRAPHER:  All right.  We are back on

 2      the record at 11:47 a.m., and this is the beginning

 3      of Media Unit No. 3.

 4           Go ahead, please.

 5      BY COUNSEL SWAMINATHAN:                           11:47:15

 6           Q    Okay.  So, Dr. Cantor, can you please turn to

 7      page 16 of your CV.

 8           A    I'm there.

 9           Q    Awesome.  So page 16 through 18, I

10      understand, lists your paper presentations and       11:47:39

11      symposia; is that correct?

12           A    Yes.

13           Q    What topics do you predominantly present on?

14           A    The same topics that -- that I research on,

15      atypical human sexuality.                            11:47:56

16           Q    And when did you start presenting on atypical

17      human sexuality?

18           A    In the 1990s, I believe it was.  Roughly

19      30 years.

20           Q    And it looks like you have 38 presentations  11:48:09

21      listed here; right?

22           A    Yes.

23           Q    We're going to go through a similar exercise.

24           Would you please look at page 16 and tell me

25      whether any of these paper presentations and        11:48:28
```

                                                    Page 122

```
 1    symposia focus on transgendered people or

 2    gender-dysphoric people.

 3        A    Yes.  Number 1.  And that's the only one on

 4    this page.

 5        Q    Great.  And then can we do that same exercise    11:48:59

 6    for page 17 of 32, please, which are 14 through 25.

 7        A    Number 23 and number 25.

 8        Q    Great.  And then the last page, on page 18,

 9    please.

10        A    None on that page.                               11:50:33

11        Q    Great.  So if we can turn back to page 16 and

12    look at the first presentation that you have listed.

13            So I understand it's a presentation given by

14    yourself in April 2020, and it's titled "I'd rather

15    have a trans kid than a dead kid: Critical              11:50:51

16    assessment of reported rates of suicidality in trans

17    kids."

18            Did I read that correctly?

19        A    Yes.

20        Q    And this was presented at the annual meeting    11:51:01

21    of the Society for the Sex Therapy and Research;

22    right?

23        A    Yes.

24        Q    And I assume it was online due to COVID?

25        A    That's correct.                                 11:51:12
```

Page 123

```
 1       Q    Okay.  Who were you asked to present at this

 2   annual meeting by?

 3            MR. BARHAM:  Objection; form.

 4            MR. TRYON:  Objection; vague.

 5            THE WITNESS:  I wasn't -- I wasn't asked.      11:51:28

 6   BY COUNSEL SWAMINATHAN:

 7       Q    You weren't asked?

 8       A    Correct.  I submitted a proposal to -- to

 9   present, and it was accepted.

10       Q    When was it accepted?                         11:51:33

11       A    Oh, I don't remember the date.  In general,

12   they were four to six months ahead of the date of

13   the conference itself.

14       Q    Got it.  And what did you have to submit in

15   order to vie for a spot to present at this annual      11:51:47

16   meeting?

17       A    A form and a, roughly, one-paragraph summary.

18       Q    And to the best of your recollection, what

19   did you say in that one-paragraph summary?

20       A    Roughly the same material that's contained in  11:52:03

21   my report.

22       Q    Can you give me a brief summary of what you

23   mean by that?

24       A    That very many people exaggerate the amount

25   of suicide and suicidality that occur- -- that's      11:52:14
```

                                                    Page 124

```
 1    reported amongst trans populations.
 2       Q   Got it.  And were you paid to give that
 3    presentation?
 4       A   No.
 5       Q   No?  And you said this presentation focuses    11:52:30
 6    on transgender children and adolescents or some
 7    other population?
 8       A   Transgender children and adolescents.
 9       Q   Does this -- did the presentation you give at
10    all focus on transgender children and adolescents     11:52:45
11    participating in athletics?
12       A   No.
13       Q   No?  Okay.
14           Then you told me that number 23 also focuses
15    on transgender people and gender-dysphoric people;    11:52:58
16    right?
17           It's a presentation from August 2003.  And I
18    take it where you're the only person listed in the
19    front, you are the only presenter; is that right?
20       A   Yes.                                           11:53:16
21       Q   Okay.  And so this presentation was titled
22    "Sex reassignment on demand: The clinician's
23    dilemma."  And this paper was presented at the 111th
24    annual meeting of the American Psychological
25    Association in Toronto, Canada; is that correct?      11:53:34
```

Veritext Legal Solutions
866 299-5127

```
 1       A    Yes.

 2       Q    So was this an American Psychological

 3    Association annual meeting in Canada?

 4       A    Yes.

 5       Q    Do they typically have their annual meetings    11:53:49

 6    in Canada?

 7       A    Oddly, more -- more frequently than you would

 8    think.  A -- Toronto is a very popular city for --

 9    for the APA.

10       Q    Interesting.  Okay.                             11:54:00

11            And so you testified that in the previous

12    presentation that we spoke about, you submitted a

13    form requesting to present at that meeting.

14            Did you do the same for this annual meeting?

15       A    I don't remember the exact process anymore,    11:54:15

16    but it was roughly the same.

17       Q    So you requested your -- your participation

18    in this meeting as opposed to someone reaching out

19    to you, asking you to present at this meeting;

20    right?                                                  11:54:29

21       A    Correct.

22       Q    Okay.  And what were you presenting on?

23       A    I was presenting on my experiences, now

24    having had the first several years of my experience

25    working with people, in turn working with their       11:54:45
```

Page 126

```
 1    gender identities.
 2       Q   So you were presenting on your own
 3    experience; right?
 4       A   I was couching everything in my experience,
 5    but it was meant to be a tutorial to help other      11:55:03
 6    clinicians who were preparing to do the same thing.
 7       Q   Did you present any data at this annual
 8    meeting?
 9       A   No, I did not.
10       Q   No?  Did you present any original research of  11:55:15
11    yours at this annual meeting?
12       A   No, I did not.
13       Q   Okay.  And at this meeting, did any portion
14    of your presentation focus on transgender children
15    or adolescents?                                       11:55:32
16       A   No.
17       Q   Okay.  25, I believe you said, was the -- the
18    last one that focuses on transgender identities and
19    people with gender dysphoria; right?
20       A   That sounds right, yes.                        11:55:55
21       Q   Okay.  And so this was a presentation given
22    in 2002, August 2002.  And, again, you were a sole
23    presenter here.  And your presentation -- or your --
24    title of your paper that was presented at the 110th
25    annual meeting of the American Psychological          11:56:18
```

Page 127

```
 1    Association, this time in Chicago, was titled

 2    "Gender role in autogynephilic transsexuals: The

 3    more things change..."; is that correct?  Did I read

 4    that correctly?

 5       A   Yes.                                        11:56:38

 6       Q   Is there anything after that ellipses that

 7    was just left out because of lack of space, or is

 8    that --

 9       A   No.  The ellipses were part of the title.

10       Q   Part of the tile.  Okay.                    11:56:46

11          And did you submit a similar form to present

12    at the 110th annual meeting of the -- are you okay

13    if I call it the APA?  Is that an acronym you're

14    familiar with?

15       A   I'm familiar with it.  I'm fine in this     11:56:59

16    context.  My single hesitation is that it's easy to

17    confuse the American Psychological Association with

18    the American Psychiatric Association since both get

19    abbreviated APA.

20       Q   I will go through the process of saying the  11:57:15

21    whole term.

22          So for the 110th annual meeting of the

23    American Psychological Association, were you asked

24    to present at this meeting, or did you submit a

25    form, similar to the 111th?                         11:57:30
```

                                                    Page 128

```
 1        A    I submitted an application to present.

 2        Q    Okay.  And I assume that application was

 3   accepted?

 4        A    Yes.

 5        Q    Were you paid to give that presentation?      11:57:43

 6        A    No.

 7        Q    No?  And can you tell me a bit about the

 8   substance of that presentation?

 9        A    Yes.  I was presenting to the audience the

10   existence of autogynephilia, which most people,         11:58:04

11   especially then, were very unfamiliar with.

12        Q    So you said most people were unfamiliar with

13   it then.

14             Do you know of anyone else who was as

15   familiar or similarly familiar with autogynephilia,     11:58:21

16   at the time, as you were?

17        A    Yes.

18        Q    Any prominent researches come to mind?  Would

19   you be able to -- to name a few?

20        A    Certainly.  Even the names that have been      11:58:37

21   mentioned already, J. Michael Bailey, Ray Blanchard

22   and Maxine Petersen.

23        Q    Any others come to mind?

24        A    Again, it's a large literature.  Many people

25   have published on it.  The largest other name that       11:58:51
```

                                                    Page 129

1    quickly comes to mind is Anne Lawrence.  Again,

2    herself an openly trans woman.

3        Q    And, again, you said that at the time,

4    though, it wasn't a very well-known subject for most

5    people at this conference?                          11:59:09

6        A    Correct.

7        Q    And, again, this presentation did not focus

8    on transgender children and adolescents with gender

9    dysphoria; right?

10       A    Correct.                                    11:59:26

11       Q    And it didn't focus on transgender children

12   and adolescents participating in athletics, did it?

13       A    Correct, it did not.

14       Q    Okay.  And then if you could turn to page 25

15   of your CV.  I think it's PDF page 93.               11:59:48

16       A    Yes.

17       Q    I understand that this is a list of teaching

18   and training, and so I assume that to mean that you

19   were the supervisor of these students or fellows

20   listed on this page; right?                          12:00:14

21       A    Correct.

22       Q    Is this a comprehensive list, in addition to

23   the back, which says -- on page 26, which continues

24   the list at CAMH clinical supervision, doctoral- and

25   masters-level practice, do these two pages cover     12:00:29

                                        Page 130

```
 1    your teaching and training experience?

 2        A   Yes.

 3        Q   Okay.  So did you ever provide educational

 4    training to the individuals that you supervised

 5    related to transgender people?              12:00:43

 6        A   One second.  I'm just running through them in

 7    my head.

 8        Q   No problem.

 9        A   Some of the students had some trans clients

10    or a gender dysphoria-related question over the    12:01:21

11    course of a specific case, but none -- and some of

12    my students were co-supervised by other supervisors

13    who took the lead role, specifically in their

14    gender -- in cases that they did have with gender

15    dysphoria, but I myself didn't do the primary    12:01:41

16    supervision of a case specifically about gender

17    dysphoria.

18        Q   Got it.  So you did not specifically take the

19    lead role in supervising them on issues of gender

20    dysphoria; right?                           12:01:56

21        A   Correct.

22        Q   Okay.  Did your supervision of these students

23    ever involve providing care to transgender adults?

24        A   Yes.

25        Q   Can you tell me about that?         12:02:17
```

Page 131

```
 1        A    Again, some of the -- although some of the

 2    clients weren't in to talk about trans issues

 3    themselves, some of them happened to have been

 4    trans. So it was related, but not a primary focus of

 5    the treatment.                                    12:02:33

 6        Q    Got it.  So it was not a primary focus of the

 7    treatment, but their identities might have been

 8    relevant to transgender issues and gender dysphoria;

 9    is that correct?

10        A    Yes, that's correct.                     12:02:44

11        Q    Okay.  Did your supervision ever involve

12    research around puberty-delaying treatment

13    prescribed to transgender children?

14        A    No.

15        Q    What about transgender adolescents?       12:02:59

16        A    No.

17        Q    Did your supervision ever involve research

18    around prescribing hormones to transgender adults?

19        A    No.

20        Q    Did your supervision ever involve research  12:03:14

21    and -- sorry, strike that.

22             Did your supervision ever involve prescribing

23    hormones to transgender adults?

24        A    No.

25        Q    Okay.  We're finally through your resumé,   12:03:33
```

Page 132

```
 1    which may provide some sense of relief, and I want

 2    to talk more about your involvement in this case.

 3         So how did you first learn about this case?

 4    A    I was contacted by the lawyers, who informed

 5    me.                                          12:03:58

 6    Q    Who were those lawyers?

 7    A    The ADF team.  I don't -- oh, no, no, no.

 8    I'm sorry.  No, I was contacted by the attorney

 9    general's office in West Virginia, who -- who told

10    me about the case and asked if I would be willing to   12:04:19

11    participate.

12    Q    And when did that contact occur?

13    A    I don't recall exactly.  Roughly six months

14    ago.

15    Q    Okay.  And had you worked with anyone from   12:04:31

16    the AG office of West Virginia before?

17    A    Before this --

18         MR. BARHAM:  Objection; form.

19    BY COUNSEL SWAMINATHAN:

20    Q    I'm sorry, before --                      12:04:47

21    A    No, I hadn't.

22    Q    Had you spoken to anyone at the AG's office

23    of West Virginia before this case?

24    A    No.

25    Q    Okay.  And why did you agree to serve as an   12:04:55
```

Page 133

```
 1    expert in this case?

 2          MR. TRYON:  Objection to the extent that it

 3    calls for any attorney-client information.

 4          You can answer to the extent you do not

 5    reveal any communications with your attorneys.      12:05:11

 6          COUNSEL SWAMINATHAN:  Objection noted.

 7          Thank you, Counsel.

 8          THE WITNESS:  I felt interested and

 9    qualified.

10    BY COUNSEL SWAMINATHAN:                             12:05:21

11       Q    Okay.  And, again, you said that you were

12    first reached out to by the AG's office of

13    West Virginia.

14          When did you hear from ADF, again?

15          MR. BARHAM:  Objection.  To the extent that  12:05:32

16    it calls for any communication between the witness

17    and legal staff, I'm going to instruct him not to

18    answer so as to preserve the attorney-client

19    privilege.

20          COUNSEL SWAMINATHAN:  Sure.  I'm -- I'm not   12:05:50

21    asking the witness to disclose any attorney-client

22    communications.  I'm simply asking him when he was

23    first contacted by any member of the Alliance

24    Defending Freedom team.

25          MR. BARHAM:  You can answer.                  12:06:07
```

                                              Page 134

```
 1        THE WITNESS:  A few months after I was

 2    contacted by the West Virginia AG's office.

 3    BY COUNSEL SWAMINATHAN:

 4        Q    So that would put you at about three months

 5    ago, right, since you said it was about six months     12:06:14

 6    ago that you were contacted by the West Virginia

 7    AG's office?

 8        A    That's roughly correct.

 9        Q    Roughly correct.  Okay.

10             And who reached out to you?                    12:06:31

11        A    Oh, I don't remember who from the team.  I

12    believe it was Roger Brooks.

13        Q    Okay.  And, again, I am not seeking any

14    communications you had with counsel, but I just

15    wanted to know the timing of that.                     12:06:43

16             And so you said you agreed to serve as an

17    expert in the case, as you were interested and

18    qualified; correct?

19        A    Yes.

20        Q    What is your understanding of why you were    12:06:56

21    qualified to serve as an expert in this case?

22        A    Because I have a very substantial background

23    in the relevant subject matter and science.

24        Q    And can you describe your interest more, in

25    this case?                                             12:07:15
```

Page 135

```
 1        A   My interest is indeed in the science and in

 2    any opportunity that I have to provide that science

 3    so it can be used for public policy.

 4        Q   Got it.  Okay.

 5            And so you said the AG's office reached out    12:07:31

 6    to you about six months ago, but if you remember,

 7    the document that we reviewed, which is marked

 8    Exhibit 44, which is the declaration that you

 9    submitted in conjunction with the preliminary

10    injunction motion, that motion was dated -- or      12:07:49

11    sorry, that declaration was dated June 22nd, 2021;

12    right?

13        A   Yes, that's the date.

14        Q   So if the AG's office of West Virginia

15    contacted you about six months ago, which is about   12:08:08

16    October, who contacted you in connection with

17    drafting this declaration in June of 2021?

18        A   Again, I believe the person I was contacted

19    by was Roger Brooks.

20        Q   So during the period of June 2021, you had   12:08:46

21    only spoken to Roger Brooks, not anyone at the AG's

22    office of West Virginia; right?

23            MR. TRYON:  Objection.

24            THE WITNESS:  I think --

25            MR. BARHAM:  Object -- objection as to form.   12:09:08
```

Page 136

```
 1              THE WITNESS:  Unless I misunderstood your

 2     question, the original question was contacted for

 3     this case.  I had received contact from the ADF team

 4     regarding prior cases.  And the other exhibit is

 5     from a deposition I gave in a prior case that was      12:09:25

 6     then reused for this case.

 7              So the date of the prior document I prepared

 8     is dated for -- from the prior case rather than when

 9     I was contacted for this case.

10              COUNSEL SWAMINATHAN:  Court reporter, can you  12:09:46

11     please read back my original question?

12              THE REPORTER:  Yes.  So the last one was

13              "Q  So during the period of June 2021..."

14              Is that the question you want read back?

15              COUNSEL SWAMINATHAN:  Actually, I think it's   12:08:48

16     either the question before that -- it's the one

17     pertaining to when he was first contacted about this

18     case.

19              (Record read.)

20     BY COUNSEL SWAMINATHAN:                                12:10:28

21       Q   And, Dr. Cantor, you testified that, you

22     know, this was an expert report in connection with

23     another case, but I presume someone contacted you

24     about the declaration that you submitted on

25     June 22nd, 2021, in this case, which has your         12:10:36
```

                                                    Page 137

```
 1    signature on the second page of the PDF; right?
 2       A    It has my signature, yes.
 3            The AG in West Virginia already had a copy of
 4    my prior report and asked me if it would be okay for
 5    them to use that, to which I agreed.            12:10:55
 6       Q    Yeah.  So who contacted you and asked you
 7    whether it was agreeable for them to use this prior
 8    expert report?
 9       A    The AG's office.
10       Q    And when did that contact happen?        12:11:09
11       A    That's what was about six months ago.
12       Q    How could that possibly be about six months
13    ago if it was executed with your signature on
14    June 22nd, 2021?
15       A    Oh, now I'm seeing it -- okay.  Now I got it.  12:11:21
16            So it would have been older than six months
17    ago.  As I said, it was really only -- only rough,
18    my estimation of the time.
19       Q    Got it.  And so -- I appreciate that.
20            And so this report was not tailored to this    12:11:42
21    case at all?
22       A    The prior case?  The --
23       Q    I apologize.  I can be more clear.
24            So this report that was attached to the
25    declaration of the June 22nd, 2021, executed         12:11:59
```

Page 138

```
 1    document was not changed at all when used in this
 2    case; am I right?
 3        A    The submission to -- to the prior case wasn't
 4    changed at all when it was submitted for use in this
 5    case, and then I updated it for -- to submit a            12:12:21
 6    report specific to this case.
 7        Q    Right.  I'm just trying to understand that
 8    this expert report that was attached to the
 9    declaration on June 22nd, 2021, was not changed at
10    all from its prior use in the Allan Josephson case;      12:12:38
11    is that right?
12        A    Correct.
13        Q    Okay.  Thank you.
14             And so you testified earlier that your main
15    area of expertise is studying atypical sexual           12:12:53
16    patterns -- or atypical sexualities and paraphilias;
17    right?
18        A    Yes.
19        Q    What is your understanding of a paraphilia?
20        A    Oh, goodness.  The term "paraphilia" is used   12:13:10
21    different ways by different people in different
22    contexts.  Most broadly it refers to the highly
23    atypical sexual interest that dominate a person's
24    life and interact with or prevent them from having
25    a -- an otherwise typical sexual life.                  12:13:34
```

Page 139

```
 1        Q    So do you view being transgender as a

 2   paraphilia?

 3        A    No.

 4        Q    No.  Okay.

 5             And how much time do you spend researching    12:13:53

 6   paraphilias?

 7        A    Oh, currently?

 8        Q    Currently, yes.

 9        A    About half my time.

10        Q    Okay.  And you said that you also focus on    12:14:15

11   atypical sexualities.  And would that include

12   hypersexuality?  Is that an atypical sexuality?

13        A    Yes.

14        Q    What is hypersexuality?

15        A    Generally, these are people who are trying to  12:14:31

16   reduce their sexual behaviors in one way or another.

17             There is no formal definition.

18        Q    And how much time do you spend researching

19   hypersexuality?

20        A    These days, roughly 10 percent.            12:14:47

21        Q    Okay.  And I think you mentioned that you

22   also spend time researching sex addiction; is that

23   correct?

24        A    Yes.

25        Q    What is sex addiction?                     12:15:03
```

Veritext Legal Solutions
866 299-5127

```
 1      A    "Sex addiction" is a popular term.  It's
 2   essentially a synonym for hypersexuality.
 3      Q    Oh, okay.  So would you say that you spend
 4   about 10 percent of your time, in that same 10
 5   percent that we spoke about for hypersexuality,      12:15:21
 6   researching sex addiction?
 7      A    Yes.
 8      Q    Okay.  And I understand that you also
 9   research pedophilia; correct?
10      A    Yes.                                         12:15:31
11      Q    What do you understand pedophilia to be?
12      A    The sexual attraction to children.  The
13   formal diagnosis is more rigid.
14      Q    Apologies, I -- the formal diagnosis is what?
15      A    More rigid.                                  12:15:50
16      Q    More rigid.
17           What -- what is the formal diagnosis?
18      A    The formal diagnosis of pedophilic disorder
19   is somebody who's sexually attracted to prepubescent
20   children more than they are attracted to adults.     12:16:02
21      Q    Thank you.
22           And so how much time do you spend researching
23   pedophilic disorders?
24      A    Currently, roughly 10 to 20 percent.
25      Q    Okay.  And so we were speaking earlier about  12:16:21
```

Page 141

```
 1    autogynephilia, and I just want to get a clear

 2    understanding.

 3          So is autogynephilia a paraphilia?

 4    A    Yes, it is.

 5    Q    Why is it a paraphilia?                    12:16:33

 6    A    It's a highly atypical sexual interest

 7    pattern that can interfere or interact with a

 8    person's usual sexual life.

 9    Q    Okay.  But being transgender is not a

10    paraphilia; right?                              12:16:51

11          MR. BARHAM:  Objection.

12          THE WITNESS:  Correct.

13    BY COUNSEL SWAMINATHAN:

14    Q    Okay.  So we've got about, I think, 80

15    percent of your time covered now with -- with what  12:17:02

16    we've spoken about, about what your research focuses

17    on.

18          What does the other 20 percent focus on?

19    A    I wouldn't add the percentages quite so

20    easily because these topics overlap so much.  For  12:17:18

21    example, a person with -- with autogynephilia, but

22    doesn't want to be autogynephilic, might refer to

23    themselves as a sexual addict because they feel like

24    that they're addicted to the related pornography.

25          So which way it gets classified depends on  12:17:39
```

Page 142

```
 1    what classification system a person -- a person is

 2    using.

 3       Q   And so you testified earlier that

 4    autogynephilia is a paraphilia, but being

 5    transgender is not a paraphilia.                    12:17:56

 6          Why is a transgender identity not a

 7    paraphilia?

 8       A   More than one thing can motivate a person to

 9    want to live as the other sex.  Autogynephilia is

10    only one of them.                                    12:18:14

11       Q   So being transgender is not a paraphilia

12    because there are multiple -- multiple reasons for

13    why an individual can identify as transgender; is

14    that right?

15       A   Yes, that's correct.                          12:18:30

16       Q   Okay.  And what are the other reasons behind

17    autogynephilia that go into that?

18       A   The other primary one that's been identified

19    is sexual orientation, homosexuality.

20       Q   So homosexuality is, in your mind, a          12:18:47

21    contributing factor to someone identifying as

22    transgender?

23       A   It can motivate a person to feel gender

24    dysphoric, yes.

25       Q   What do you mean by "motivate"?               12:19:01
```

                                                  Page 143

```
 1       A   Be the source of the desire to change.

 2       Q   Is there anything else that comes to mind

 3   when you said that there are multiple contributing

 4   factors that prevent -- or that in your mind do not

 5   categorize transgender -- diagnoses of gender         12:19:23

 6   dysphoria as paraphilias?

 7           We mentioned autogynephilia, and we mentioned

 8   homosexuality.  Are there any others?

 9       A   The remaining predominant one I would

10   describe, as I described them in my report,           12:19:39

11   individuals, typically young, who mistake the

12   emotions that they're having to be gender dysphoria

13   when they're actually motivated by something else,

14   for example, a desire not to be associated with the

15   sex that they would be biologically associated with.  12:19:58

16       Q   And so beyond what you just described, what

17   other emotions are these young individuals feeling

18   that would make them want to be the other sex?

19       A   That's a subject of ongoing -- ongoing

20   investigation.  We have some educated guesses, but I  12:20:18

21   can't say that the question has been entirely --

22   entirely answered.

23       Q   And so similar to autogynephilia or

24   homosexuality, is there a term to describe these --

25   the experiences of these young individuals who        12:20:35
```

Page 144

```
 1    mistake emotions that they are having for gender
 2    dysphoria?
 3        A    I can't think of a widespread term, no.
 4        Q    Is there any term that you use for it, to
 5    describe that phenomenon?                          12:20:52
 6        A    No, I don't think so.
 7        Q    Okay.  So is it your testimony that anyone
 8    who is transgender is transgender either due to
 9    autogynephilia, homosexuality or a mistake they've
10    made as a -- as a younger individual and the         12:21:13
11    emotions that they are misconstruing as
12    gender-dysphoric feelings?  Is that your
13    understanding?
14        A    That's the best summary we have of the -- of
15    the existing research, yes.                          12:21:27
16        Q    Okay.  When did you become interested in sex
17    research?
18        A    Oh, I think I was probably always interested
19    in sex research, and then I just found a way to make
20    a living at it.                                      12:21:45
21        Q    Okay.  So I'm going to introduce tab 4, which
22    will be marked as Exhibit 46.  And it will take one
23    minute to show up, so please give the system a
24    second.
25            (Exhibit 46 was marked for identification    12:21:59
```

                                                    Page 145

```
 1             by the court reporter and is attached hereto.)
 2             COUNSEL SWAMINATHAN:  And, Travis, we can
 3       break after this -- after this exhibit.
 4       BY COUNSEL SWAMINATHAN:
 5          Q   Can you see it there, Dr. Cantor?        12:22:16
 6          A   Not yet.  Ooh.  Oh, yeah.
 7          Q   Great.  Okay.
 8             And so this is an -- my -- my understanding
 9       of this document is that the Kinsey Institute, which
10       is associated with Indiana University, has an        12:22:35
11       interview series, and they had a conversation with
12       Dr. James Cantor, which I presume is you, in this
13       context; is that true?
14          A   Yes, it is.
15          Q   Do you remember this interview?        12:22:49
16          A   I can't say that I remember it specifically.
17       I give a lot of interviews.  But I remember its
18       author, Justin Lehmiller, and I remember, roughly,
19       the -- the kind of interview.  But as I say, I can't
20       take this specific interview out of the many that I        12:23:08
21       do.
22          Q   That's fair.
23             I would love to give you just a -- a moment
24       to review, if you want to reflesh -- refresh your
25       recollection.        12:23:20
```

Page 146

```
 1            And I believe the question on the first page,
 2     by Lehmiller, is (as read):
 3            "As a sex researcher, one of the
 4            most common questions you get asked
 5            is how you got into this line of              12:23:48
 6            work in the first place.  So let's
 7            start there—what is it that drew you
 8            to this field of study?  What's the
 9            story behind how you became a sex
10            researcher?"                                  12:24:01
11            Did I read that correctly?
12      A    Yes.
13      Q    And when you answered, it says (as read):
14            "Cantor: I think it was mostly dumb
15            luck."                                        12:24:12
16            Did I read that correctly?
17      A    Yes.
18      Q    What do you mean when you say that it was
19     mostly dumb luck that you got into the sex
20     researcher line of work?                             12:24:24
21      A    I was referring, at that point, specifically
22     to the people who were my supervisors when I started
23     my clinical internship.  It's because they had a --
24     it's because they were doing active sex research and
25     the atypical sexualities that I got exposed to it    12:24:43
```

Page 147

```
 1      with the depth that I did, with, you know -- with

 2      experts as well known as -- as they were.

 3           I didn't pick that internship site because of

 4      the research that was going on there.  I went for a

 5      relatively usual clinical experience where I thought    12:25:00

 6      my clinical experience with the trans patients would

 7      be the most relevant to my career.

 8           And it's just because the other half of my

 9      exposure was with sex offenders and sex offender

10      research that I realized that there was an              12:25:17

11      opportunity there for me to think and research more

12      broadly than I was -- than I had planned.

13      Q    And you said you have done a number of these

14      interviews, correct, over the course of your career?

15      A    Yes.                                               12:25:32

16      Q    And, you know, you strive to give accurate

17      information in these interviews to the questions

18      you're asked; right?

19      A    Yes.

20      Q    Yes.  Okay.                                        12:25:42

21           Can you turn to the next page, please?  I

22      think it's page 2 of the document.

23           And Lehmiller asks you what your primary area

24      of research and what methods do you typically use to

25      answer your research questions.                         12:25:59
```

```
 1              Lehmiller asks you this question right after
 2      the first paragraph at the top.
 3              And your response is, quote, (as read):
 4              "My primary research opportunities
 5              have involved studying sex                    12:26:11
 6              offenders, mostly pedophiles and
 7              persons with other atypical
 8              sexualities whose behaviours led
 9              them into the legal system."
10              Did I read that correctly?                    12:26:23
11      A    Yes.
12      Q    And would it be fair for me to say that most
13      of the patients that you work with are those who
14      have had contact with the legal system?
15      A    Depending on how you count them.                12:26:32
16      Q    Can you tell me a bit more about that?  I
17      think I'm -- I'm trying to understand.  Because you
18      mentioned you have about 50 patients in your private
19      practice at any given point in time.  Of those --
20      A    Right.                                           12:26:51
21      Q    -- patients, are -- are they mostly folks who
22      have had some contact with the legal system?
23      A    No, they are not.  And that's why, as I say,
24      it's difficult to be able to count this way.
25              When I was doing research on sex offenders at   12:27:04
```

Page 149

```
 1        CAMH, my clinical contact was largely limited to

 2        roughly an hour or two per person, focused very

 3        specifically on history-taking and very specifically

 4        on the elements that would be useful in getting that

 5        person into the right kind of a treatment program.    12:27:24

 6             So those people count in very many thousands

 7        because it's an hour or two per person.

 8        Q   Got it.

 9        A   Actual ongoing treatment with a psychotherapy

10        patient is an hour with that person per week, going   12:27:36

11        on for many months.

12        Q   So --

13        A   So just counting number of people is

14        incomparable unless you're counting the number of

15        people in a comparable situation.                     12:27:48

16        Q   Totally understood.

17             So the distinction there is that the

18        population that you worked with at CAMH is different

19        than the population that you're currently working

20        with in your private practice; is that right?         12:27:56

21        A   Correct.

22        Q   Okay.  And is it accurate to say that your

23        primary research opportunities have involved

24        studying sex offenders?

25        A   That would be fair, yes.                           12:28:06
```

Page 150

1     Q   So how many of your current patients, without

2    violating any HIPAA laws, have been adjudicated as

3    sex offenders?

4     A   Current patients?

5     Q   Yes.                        12:28:25

6     A   None.

7     Q   None?  And how many, approximately, if you

8    can give me a percentage, of the patients that you

9    saw at CAMH have been adjudicated as sex offenders?

10     A   80 percent --                12:28:38

11     Q   80 --

12     A   -- ish.

13     Q   Okay.

14     COUNSEL SWAMINATHAN:  So this might be a good

15    place for us to break, for you to get lunch.    12:28:45

16     If we can go off the record.

17     THE VIDEOGRAPHER:  Yep.  We are going off the

18    record at 12:28 p.m., and this is the end of Media

19    Unit No. 3.

20     (Recess.)                      01:20:01

21     THE VIDEOGRAPHER:  All right.  We are back on

22    the record at 1:20 p.m., and this is the beginning

23    of Media Unit No. 4.

24     Go ahead, please.

25    ///

Veritext Legal Solutions
866 299-5127

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    So, Dr. Cantor, I understand you just had

 3    your lunch break.  Did you have any conversations

 4    with your counsel during the lunch break?

 5        A    Not about the case, no.                    01:20:19

 6        Q    They -- to clarify, they weren't about the

 7    substance of the deposition; right?

 8        A    Correct.

 9        Q    Great.  So earlier this morning, you

10    testified that in preparing for this deposition, you  01:20:30

11    did a review to find updates in the literature; is

12    that correct?

13        A    Yes.

14        Q    When did you complete this review?

15        A    Oh, I would hesitate to say that I ever    01:20:41

16    completed it or ever would complete it.  I'm, you

17    know, often scouring the literature, and I'm often

18    made aware of new papers as they come out, and I

19    keep a list to go -- to go back through them.

20        Q    Understood.  I -- I think --              01:20:58

21        A    So --

22        Q    -- a better question then is, when did you

23    conduct your review in preparation for this

24    deposition?

25        A    Right up through, let's say, a few weeks  01:21:03
```

                                                    Page 152

```
 1    before I submitted the final version.  I don't
 2    remember the exact date.
 3        Q   Got it.  And did you indeed find any updates
 4    in the literature that you thought to include in
 5    your updated report?                              01:21:23
 6        A   I don't recall specifically.  As I say, I
 7    keep a reading pile and a reading list, and every
 8    time I need to produce a document, I go through it
 9    and -- and update it.  I can't say that I have a
10    specific recollection of the size of that pile     01:21:38
11    before this specific report.
12        Q   Got it.  So would you be able to give me a
13    more general understanding of whether there was new
14    literature that you reviewed in connection with
15    drafting your second report?                       01:21:50
16        A   Yes, there -- there was a -- it had -- yes,
17    there's been a pretty substantial increase relative
18    to the very slow rate at which this literature
19    was -- was growing.  So there was a substantial
20    amount published in 2020 and 2021 that -- that I   01:22:11
21    needed to -- to include and -- that I needed to
22    include.
23        Q   And sitting here right now, you just can't
24    remember the names of the specific articles or
25    literature ; right?                                01:22:25
```

                                                    Page 153

```
 1      A    No, I can't.  Generally, I do it
 2   chronologically.
 3      Q    Okay.  I'm going to ask you a bit about the
 4   individual plaintiff in this case.
 5           So do you know who B.P.J. is?                01:22:33
 6      A    Only in theory.  I've never met the person.
 7   I couldn't -- and, of course, I have no direct
 8   contact with the -- with the client themself.
 9      Q    And you've never spoken to anyone in her
10   family either; right?                                 01:22:51
11      A    Correct.
12      Q    You've personally not spoken to anyone at her
13   school; right?
14      A    Correct.
15      Q    Have you reviewed any of B.P.J.'s medical    01:22:59
16   records?
17      A    If I have, I'm not recalling.  In general, I
18   go through a medical record to take note of
19   anything, you know, specific of relevance.  If I did
20   in this, I would have made such a note, and I don't   01:23:19
21   recall doing so.
22      Q    So it's your testimony today that you -- you
23   have not reviewed any of B.P.J.'s medical records;
24   right?
25      A    Yes.                                          01:23:30
```

Page 154

```
 1        Q    Okay.  Did you read B.P.J.'s declaration in
 2   this case?
 3        A    Not that I recall, no.
 4        Q    You read the intervenor's declaration in this
 5   case; right?                                       01:23:46
 6        A    The interview?
 7        Q    The intervenor.  My apologies.
 8        A    I'm sorry, who is this?
 9        Q    Lainey Armistead, the intervenor in this
10   case.                                              01:23:57
11        A    I'm -- did I see a copy of that?
12        Q    I'm just trying to get an understanding of
13   whether you read her declaration or not.
14             If you -- what might be helpful is if you
15   turn to Exhibit 45, which is your expert report that  01:24:10
16   you prepared in 2022, and on page 4 of that expert
17   report -- I'll -- I'll wait for you to -- to get
18   there so we can review.
19        A    Oh, yes.
20        Q    So fair to say number 9 on page 4 of your   01:24:40
21   expert report says (as read):
22             "To prepare the expert report, I
23             reviewed the following resources
24             related to this litigation."
25             And A is H.B. 3293.                      01:24:48
```

                                                    Page 155

```
 1            B, the amended complaint in this litigation.

 2            C, Ms. Armistead's declaration.

 3            Do you see that?

 4      A    Yes, I do.

 5      Q    Why did you read the intervenor's              01:25:00

 6    declaration?

 7      A    I was provided each of those documents in the

 8    beginning.  I reviewed the documents to see if

 9    there's anything -- if there's anything relevant.

10    There wasn't anything relevant that I could -- that  01:25:09

11    I anticipated being in the report, so, of course, I

12    concentrated on the materials that were relevant.

13      Q    Got it.  And is there any reason that you

14    were not provided the plaintiff's declaration in

15    this case, to your knowledge?                        01:25:24

16      A    I -- I couldn't say why I -- I have no idea

17    why I wouldn't have been given something.  I -- no,

18    I have no idea why I wouldn't have been supplied

19    with a -- with a copy.

20      Q    That's fair.  Okay.                           01:25:38

21            So we're going to continue with Exhibit 45,

22    which is your report, and can you please turn to

23    page 3, which is just the page before the one you

24    were on.

25            Can you please take a moment to review this  01:25:51
```

                                                    Page 156

```
 1    page and let me know when you're ready.

 2        A    Okay.

 3        Q    So the last paragraph on the page reads,

 4    quote, (as read):

 5            "In addition, I have been asked to          01:26:28

 6            provide an expert opinion on how

 7            relevant professional organizations

 8            have addressed these questions and

 9            whether any of them have taken any

10            meritorious position that would           01:26:37

11            undermine West Virginia's Protect

12            Women's Sport Act (H.B. 3293)

13            ('Act').  As I explain in detail in

14            this report, it is my opinion that

15            Plaintiffs' expert reports display a      01:26:49

16            wide variety of flaws that call

17            their conclusions into question and

18            that no professional organization

19            has articulated a meritorious

20            position that calls into question       01:26:59

21            the basis for the Act."

22            Did I read that correctly?

23        A    Yes.

24        Q    So with respect to the Act, your role in this

25    case is to review the opinions of various        01:27:09
```

Page 157

```
 1    professional organizations and determine if they

 2    have taken any meritorious positions that would

 3    undermine the Act; right?

 4        A    That included that, yes.

 5        Q    Are you offering any positions in support of      01:27:21

 6    the Act?

 7        A    I don't think I can be said to be offering

 8    any opinions in support or against the Act so much

 9    as providing the information that's in the science,

10    and then the political and legal process need to            01:27:43

11    integrate it into policy in the way that they do,

12    but I'm not making any specific recommendation about

13    any specific act.

14        Q    So it's fair to say that you're not offering

15    any positions in support of H.B. 3293; right?               01:27:57

16            MR. TRYON:  Objection to form.

17        A    Not in support of it.  I can only say what

18    elements of it are consistent or inconsistent with

19    the existing science.

20    BY COUNSEL SWAMINATHAN:                                     01:28:13

21        Q    And are those opinions of whether they are

22    consistent or inconsistent included in your report?

23        A    Yes.

24        Q    So is your main role here today to show that

25    the organizations have not, in your view, undermined        01:28:26
```

Page 158

1    the Act?

2      A  I'm sorry, say that again.

3      Q  Is your role in providing your expert

4    testimony to show that the professional

5    organizations have not, in your view, undermined the   01:28:38

6    Act?

7          MR. BARHAM:  Objection to form.

8          THE WITNESS:  Is my position -- I'm sorry,

9    one more time.

10   BY COUNSEL SWAMINATHAN:                    01:28:52

11     Q  No problem.  I want to make this as clear as

12   possible for you.

13       I'm just trying to understand that your role

14   is to show that no professional organization has

15   articulated a meritorious position that calls into   01:29:02

16   question the basis for the Act; right?

17         MR. TRYON:  Objection.

18         MR. BARHAM:  Objection to form.

19         THE WITNESS:  I -- I don't think I can say

20   that that is my purpose, although I'm aware of the   01:29:13

21   legal context in which the questions are being asked

22   of me.  But I'm not -- being asked of me.  But --

23   but my only opinions are -- can be about -- can only

24   be about what is or is not supported by the science.

25   Where it goes from there is up to the -- it's up to   01:29:31

                                    Page 159

```
 1    others.
 2    BY COUNSEL SWAMINATHAN:
 3        Q    Understood.  So rather than your purpose,
 4    just one, you know, objective that you achieved via
 5    drafting this report is to opine on whether any          01:29:44
 6    professional organization has articulated a
 7    meritorious position that calls into question the
 8    basis for the Act; right?
 9            MR. TRYON:  Objection.
10            THE WITNESS:  If I'm understanding properly       01:29:57
11    the way you're asking the question, it's am I only
12    going to give opinions one side versus the other,
13    which is not correct.  My role has been to assess
14    altogether the role of the science regardless of
15    which way those facts fall, not to cite the facts        01:30:16
16    merely on one side of the argument.
17    BY COUNSEL SWAMINATHAN:
18        Q    Right.  And so you spoke about the science.
19            So how do you believe that the Act is
20    supported by the science that you're referring to?       01:30:27
21            MR. BARHAM:  Objection as to form.
22            THE WITNESS:  That question -- that question
23    goes outside what I was -- what I've been asked to
24    do.  I was -- I'm not and did not include in my
25    report the science specific to athletic performance.     01:30:56
```

Page 160

```
 1    As my report contains, it is an overview and --
 2    describing the science of gender identity in
 3    general, which, of course, will get adopted into the
 4    question, but I am not offering an opinion on the
 5    amount, for example, by which being born male might      01:31:19
 6    serve as an athletic advantage relative to other
 7    females.  I was not asked that question, and that
 8    question is not in my report, but that's the part
 9    that's most pertinent to the -- to the long
10    question.                                                01:31:32
11    BY COUNSEL SWAMINATHAN:
12       Q   So how is the science that you discuss in the
13    report relevant to the Act?
14          MR. BARHAM:  Objection to the scope and form.
15          THE WITNESS:  In order for any government to       01:31:54
16    institute policies that best integrate the science
17    into whatever they do, they need to know that
18    science.  The same for Courts.  So in order to
19    balance whatever a Court perceives as the relevant
20    issues, they need that information before them to        01:32:10
21    make the -- to make any decision.
22    BY COUNSEL SWAMINATHAN:
23       Q   But you're not a lawmaker; correct?
24       A   Correct.
25       Q   And you're not offering an expert opinion         01:32:23
```

Page 161

```
1    regarding whether science supports the Act; right?

2       A   I wasn't asked to review the part of the

3    science that is most directly involved in the Act,

4    that is to say, specifically differences in athletic

5    performance between the genders -- sexes, I should      01:32:45

6    say.

7       Q   But it's fire say that you're not offering an

8    expert opinion regarding whether science supports

9    the Act; right?

10          MR. TRYON:  Objection.                            01:32:54

11          THE WITNESS:  I -- the questions, as posed to

12   me and as phrased in my report, are neither to

13   support nor to detract from the law but merely

14   summarize the science and indicate parts of overlap

15   and parts of contradiction.  None of it is in -- is   01:33:21

16   in -- is a means to accomplish any specific end.

17   BY COUNSEL SWAMINATHAN:

18      Q   Dr. Cantor, I think my question might be a

19   yes-or-no question.  I am just asking, you know,

20   whether you believe that you're offering testimony    01:33:36

21   today and in connection with your report as to

22   whether science supports this act.

23          I understand that earlier you said you were

24   not offering an opinion on whether -- on -- on

25   either side, whether to support or not support        01:33:53
```

Page 162

```
 1    the Act.

 2          So I think my question might be a yes-or-no

 3    question.

 4     A   I don't think it is a yes-or-no question.

 5    Science is, you know, complicated.  There are --        01:34:03

 6    this issue is complicated.  And it's quite feasible

 7    that, you know, pieces of science will support some

 8    aspects and not others.

 9     Q   Okay.  So, again, if you can clarify, what in

10    your report is relevant to the Act?  What testimony     01:34:19

11    that you've offered in your report is relevant to

12    the Act?

13     A   All of it.

14     Q   How is all of what you offer relevant to

15    the Act?                                                01:34:32

16     A   In a decision made to affect trans people,

17    one needs to be, as much as possible, aware of the

18    science of trans people.

19     Q   Okay.  And so it's your testimony that all of

20    the opinions that you offer in your report are          01:34:54

21    opinions related to H.B. 3293; is that correct?

22     A   Yes.

23     Q   Okay.  And you agree that the Act is a

24    decision that's made to affect trans people;

25    correct?                                                01:35:17
```

Page 163

```
 1        A   I'm not a lawyer, but --

 2            MR. TRYON:  Objection.

 3            THE WITNESS:  I'm not a lawyer myself, but I

 4    think that's fair for me to say, yes.

 5    BY COUNSEL SWAMINATHAN:                              01:35:25

 6        Q   Okay.  And what is your understanding of

 7    H.B. 3293?

 8        A   That it requires people who were born male to

 9    play -- it forbids people who were born male from

10    playing on female teams.                            01:35:36

11        Q   And have you read the text of the Act?

12        A   Yes, I have.

13        Q   You've read it from top to bottom?

14        A   From what I believe to be the top and what I

15    believe to be the bottom, yes.                      01:35:49

16        Q   Okay.  So what is your understanding of what

17    the, quote, basis for the Act is?

18            MR. BARHAM:  Objection as to form and the

19    scope.

20            THE WITNESS:  To ask for the basis of the Act  01:36:14

21    I think is to ask what is on the minds of the

22    political system and the politicians who created it,

23    which, of course, I can't know.

24    BY COUNSEL SWAMINATHAN:

25        Q   I'm -- I'm definitely not asking you to read    01:36:27
```

Page 164

```
 1     into the minds of the politicians.
 2          I'm -- I'm going to read again the last
 3     sentence on page 3 of your expert report that says
 4     (as read):
 5          "As I explain in detail in this          01:36:36
 6          report, it is my opinion that
 7          Plaintiffs' expert reports display a
 8          wide variety of flaws that call
 9          their conclusions into question and
10          that no professional organization        01:36:46
11          has articulated a meritorious
12          position that calls into question
13          the basis for the Act."
14          So I am simply asking you what your
15     understanding of the basis for the Act is.       01:37:01
16      A    That the Act was necessary to improve the
17     lives of the students on these teams.
18      Q    Can you be more specific about "the students
19     on these teams"?  What do you mean by that?
20      A    To balance the rights, needs and privileges  01:38:00
21     of each of the groups.
22      Q    Who are the groups that we're speaking about?
23      A    The people on the teams, the -- the
24     competitors, the trans students and then their,
25     typically, non-trans teammates.                  01:38:13
```

Page 165

```
 1        Q   And which teams are we specifically talking

 2   about?

 3        A   I wasn't -- I wasn't talking about any

 4   particular sport, but this -- this would be any

 5   sex-segregated teams.                                01:38:28

 6        Q   Okay.  And how did you develop the

 7   understanding that you just shared with me?

 8        A   I take it on general principles as the

 9   purpose behind any law is to improve the situation

10   for the citizens relevant to it.                     01:38:48

11        Q   And how does this act impact the live --

12   lives of trans students?

13        A   I have no direct knowledge of that kind of

14   impact outside of what's reported in the science,

15   and I'm not aware of there being any objective signs 01:39:05

16   measuring such an outcome.

17        COUNSEL SWAMINATHAN:  Court Reporter, can you

18   please read back Dr. Cantor's answer before this

19   one?

20        (Recess.)                                       01:39:16

21   BY COUNSEL SWAMINATHAN:

22        Q   So, Dr. Cantor, do you think that the Act

23   improves the lives of trans students?

24        A   There's no way for me to know that without

25   data, and we don't have any.                         01:39:43
```

Veritext Legal Solutions
866 299-5127

```
 1        Q   Do you have data on how it improves the lives
 2    of non-transgender students?
 3        A   No.  The topic hasn't been studied.
 4        Q   So your report discusses prepubertal kids;
 5    right?                                               01:40:05
 6        A   In part, yes.
 7        Q   A portion of your report discusses
 8    prepubertal kids; right?
 9        A   Yes.
10        Q   That discussion does not pertain to the     01:40:13
11    population affected by H.B. 3293; correct?
12            MR. BARHAM:  Objection; form, scope and
13    terminology.
14            MR. TRYON:  Objection.
15            THE WITNESS:  No, that's not correct.        01:40:27
16    BY COUNSEL SWAMINATHAN:
17        Q   How does your discussion about prepubertal
18    kids pertain to the population affected by H.B.
19    3293?
20        A   The prepubertal kids become pubertal kids,   01:40:37
21    then become adolescents, even though they are
22    participating in these teams.  For example, in
23    teenagehood, they still are members of -- they are
24    still a member of the demographic group where they
25    were.  So they would still represent a phenomenon of  01:40:52
```

Page 167

```
 1    child-onset gender dysphoria even after they cease
 2    to be a child.
 3        Q   What is your understanding of who is impacted
 4    by H.B. 3293?
 5        A   Participant- -- everyone who participates and    01:41:11
 6    follows in the -- the relevant sports.
 7        Q   And you said that prepubertal kids -- your --
 8    your discussion on prepubertal kids pertains to the
 9    population affected by H.B. 3293 because prepubertal
10    kids become pubertal kids who become adolescents;       01:41:28
11    right?
12        A   Correct.  The classifications are according
13    to when the -- the dysphoria starts, not where it
14    currently is.
15        Q   So is it your opinion that adolescents are      01:41:40
16    still prepubertal kids?
17        A   No, they are not.
18        Q   Your report discusses adult-onset gender
19    dysphoria; right?
20        A   Yes, it does.                                   01:41:58
21        Q   That discussion also does not pertain to the
22    population affected by H.B. 3293; right?
23        A   That is not correct.
24        Q   Can you explain to me how adult-onset gender
25    dysphoria pertains to the population affected by        01:42:15
```

                                              Page 168

```
 1    H.B. 3293?

 2       A   That's now a different question.  You're now

 3    asking me about adult onset rather than adult trans

 4    people who may or may not have been dysphoric

 5    earlier.                                          01:42:29

 6       Q   Can you explain that difference to me?

 7       A   The -- the science demonstrates over and over

 8    again that the age -- the age of development at

 9    which one starts to feel highly dysphoric allows us

10    to predict the -- predict many other phenomena and  01:42:46

11    the life trajectory that the person is on.

12          If a person is adult onset, which not always,

13    but in most of the literature is midlife, 30s and

14    40s, this would be past the student athletics age,

15    but if the person has -- but that's different from  01:43:06

16    people who had childhood-onset dysphoria, continue

17    to have that dysphoria and then eventually become

18    adults.

19       Q   What studies are you talking about when you

20    just mentioned that there are studies with data that 01:43:23

21    show over and over?

22       A   The -- the -- the studies that show over and

23    over -- which specific point?

24       Q   Well, you just -- you tell me.  You -- you

25    were just talking about studies that show that      01:43:42
```

Page 169

```
 1    adult-onset gender -- the differences between
 2    adult-onset gender dysphoria and gender dysphoria in
 3    adults; right?
 4        A    Right.
 5        Q    I'm -- I'm just trying to understand what       01:43:54
 6    studies you were relying on when you just gave me
 7    that explanation of the differences.
 8        A    Oh.  There are many dozen such studies,
 9    including those cited in my report.  These are the
10    studies that demonstrate that it's the adult onset,    01:44:08
11    not the childhood onset which experience, for
12    example, autogynephilia.
13        Q    So you say there are dozens, and I absolutely
14    do not expect you to recant every study cited in
15    your report, but can you name a few studies that       01:44:23
16    you're referring to?
17        A    I can't recite their titles.  The original
18    author who started most of those were Ray Blanchard,
19    and then many others have continued, such as
20    Anne Lawrence, who I mentioned earlier.                01:44:40
21        Q    And you've cited -- cited these studies in
22    your report; is that correct?
23        A    I don't recall exactly which of those studies
24    that I mentioned, but in the section on adult-onset
25    gender dysphoria, I provide the appropriate topic --   01:44:54
```

```
 1    provide the appropriate summary, with references.

 2       Q    Okay.  And the discussion of adult-onset

 3    gender dysphoria is not relevant to the Act;

 4    correct?

 5           MR. BARHAM:  Objection; asked and answered.    01:45:11

 6           MR. TRYON:  Objection.

 7           THE WITNESS:  It -- no, it -- it is

 8    relevant -- no, it is relevant.

 9    BY COUNSEL SWAMINATHAN:

10       Q    I'm sorry, I don't think I heard an answer as   01:45:25

11    to why it is relevant.

12       A    Oh, I'm sorry.  It's relevant in order to

13    help understand, especially with so much

14    misinformation being circulated today, which facts

15    apply to which group.                                  01:45:42

16       Q    Which groups are you speaking about?

17       A    Which onset -- which age -- which type of

18    onset of gender dysphoria we're talking about.

19       Q    And --

20       A    But --                                         01:45:56

21       Q    I'm sorry, go -- I apologize for cutting you

22    off.

23       A    Adult-onset gender-dysphoric individuals who

24    come in and are otherwise mentally healthy are shown

25    to do very, very well after transition.  But one       01:46:10
```

                                                    Page 171

```
 1     needs to know that phenomenon is limited to the
 2     adult onset type so as to not misapply it to the
 3     childhood onset types.
 4          So even though the law would not directly
 5     pertain to the behaviors of the adult onset type,      01:46:22
 6     one needs to understand the functioning of the adult
 7     onset type so as not to confuse the information
 8     about it with information about the childhood onset
 9     type.
10     Q   But we agree that the Act does not apply to        01:46:35
11     the adults that we're speaking about; right?
12          MR. TRYON:  Objection.
13          THE WITNESS:  As I -- as I've just -- as I
14     just explained, it's not relevant in a direct way,
15     but in order to understand the information about       01:46:49
16     childhood onset, one requires information about
17     adult onset with which to contrast it.
18     BY COUNSEL SWAMINATHAN:
19     Q    Okay.  And your report also discusses people
20     with the female sex assigned at birth?                 01:47:02
21     A    Yes.
22          MR. TRYON:  Objection; terminology.
23     BY COUNSEL SWAMINATHAN:
24     Q    That discussion also does not pertain to the
25     population affected by H.B. 3293; right?              01:47:17
```

                                          Page 172

```
 1            MR. TRYON:  Objection.

 2            MR. BARHAM:  Objection; form, scope,

 3     terminology.

 4            THE WITNESS:  No, that is not correct either.

 5     BY COUNSEL SWAMINATHAN:                          01:47:25

 6       Q   So how does -- how does your report's

 7     discussion about people with a female sex assigned

 8     at birth pertain to the population effected by H.B.

 9     3293?

10            MR. BARHAM:  Objection; terminology.        01:47:36

11            THE WITNESS:  For the same reason.  There's a

12     great deal of information being offered -- being

13     offered which pertains only to a certain subtype of

14     gender dysphoria, and in order to make sure that

15     like goes with like, one needs to understand all of  01:47:51

16     them so information about one kind of transition

17     doesn't get confused with other kinds of transition.

18     BY COUNSEL SWAMINATHAN:

19       Q   Is it fair for me to say that H.B. 3293 does

20     not determine whether a person with the female sex   01:48:07

21     assigned at birth can play on any specific sports

22     team; correct?

23            MR. BARHAM:  Objection --

24            MR. TRYON:  Objection.

25            MR. BARHAM:  -- form, scope and terminology.   01:48:20
```

Page 173

```
 1              THE WITNESS:  As I read the law, it doesn't
 2      alter directly or doesn't affect the -- the
 3      behaviors available for -- it is a one-way ban,
 4      not -- it bans people born as male to play on female
 5      teams, but not people born female to play on male        01:48:40
 6      teams, is my understanding of the law.
 7      BY COUNSEL SWAMINATHAN:
 8         Q   Got it.  And are you offering an expert
 9      opinion on whether transgender girls and women
10      should be allowed to play on sports teams consistent    01:48:52
11      with their gender identity?
12         A   I'm not -- not offering such an opinion of my
13      own.  I'm just evaluating what's been circulating
14      relative to the existing science.
15         Q   So would you agree that H.B. 3293 is a           01:49:03
16      one-way ban?
17              MR. TRYON:  Objection.
18              MR. BARHAM:  Objection; form and scope.
19              THE WITNESS:  Again, I'm not a lawyer.  I'm
20      not aware of a technical definition for one way, but    01:49:19
21      it certainly seems to fit that.
22      BY COUNSEL SWAMINATHAN:
23         Q   So the population of people affected are not
24      people with adult-onset gender dysphoria; right?  We
25      agree -- we discussed that; right?                      01:49:33
```

Page 174

```
 1            MR. TRYON:  Objection.
 2            THE WITNESS:  The law doesn't pertain to
 3     their behavior specifically, correct.
 4     BY COUNSEL SWAMINATHAN:
 5        Q   And are you offering an opinion on whether an   01:49:40
 6     11-year-old transgender girl who has been on puberty
 7     blockers since Tanner stage II should be allowed to
 8     play on the girls' cross-country team consistent
 9     with her gender identity?
10        A   I'm not offering a specific opinion like       01:49:54
11     that, no.
12        Q   Okay.  Are you opining that H.B. 3293 is
13     justified because it discourages children and
14     adolescents from being on a pathway toward life as a
15     transgender person?                                   01:50:12
16            MR. TRYON:  Objection.
17            THE WITNESS:  No, that -- no, I'm not.
18     BY COUNSEL SWAMINATHAN:
19        Q   Do you believe that H.B. 3293 discourages
20     children and adolescents from being on a pathway     01:50:22
21     toward life as a transgender person?
22            MR. BARHAM:  Objection.
23            MR. TRYON:  Objection.
24            THE WITNESS:  There's no way for me to know
25     that.                                                 01:50:33
```

Page 175

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   What is your understanding of the impact

 3    on -- of H.B. 3293 on the decision to transition for

 4    children and adolescents suffering from gender

 5    dysphoria?                                        01:50:46

 6        A   I'm not aware of that ever having been

 7    studied.

 8            COUNSEL SWAMINATHAN:  Okay.  I'm going to

 9    introduce tab 5, which has been marked as

10    Exhibit 47.                                       01:51:00

11            (Exhibit 47 was marked for identification

12         by the court reporter and is attached hereto.)

13    BY COUNSEL SWAMINATHAN:

14        Q   Again, it takes a moment to refresh and load,

15    so please let me know when you have it.           01:51:32

16        A   I have it.

17        Q   Great.  And have you seen this document

18    before, Dr. Cantor?

19        A   It's not looking familiar to me, no.

20        Q   It's not looking familiar to you.         01:52:03

21            You did not help author this document, then,

22    I understand; right?

23        A   No.

24        Q   Okay.  I will represent to you that these are

25    the State of West Virginia's responses to plaintiff  01:52:19
```

                                                      Page 176

```
 1      B.P.J.'s first set of interrogatories, dated

 2      November 23rd, 2021.

 3           I'm going to be focusing on page 9 of the

 4      document, if you are able to turn to page 9.

 5      A    One moment.                                    01:52:40

 6      Q    No problem.  Take your time.

 7      A    Got it.

 8      Q    Great.  And so Interrogatory No. 6, which is

 9      at the top of the document, asks the State to

10      "Identify all governmental interests that YOU" --   01:52:56

11      the State of West Virginia -- "believe are advanced

12      by H.B. 3293."

13           Do you see that?

14      A    Yes, I do.

15      Q    And the state, in its response, says (as       01:53:08

16      read):

17           "Without waiver of any objections,

18           the State asserts the following

19           interests, primarily and in general,

20           which are advanced by the Protection          01:53:19

21           of Women's Sports Act."

22           And there are three items listed under there.

23      The first is "To protect Women's Sports."  The

24      second, "To follow Title IX."  And the third, "To

25      protect women's safety in female athletic sports."  01:53:33
```

Page 177

```
 1            Do you see that?
 2      A    Yes, I do.
 3      Q    Okay.  So are you offering an expert opinion
 4   with respect to whether H.B. 3293 serves the
 5   interest of protecting women's sports?              01:53:46
 6      A    I haven't been asked that, no.
 7      Q    Okay.  And are you offering an opinion with
 8   respect to whether H.B. 3293 serves the interest of
 9   following Title IX?
10      A    I haven't been asked that, no.              01:54:03
11      Q    Okay.  And are you offering an opinion with
12   respect to whether H.B. 3293 serves the interest of
13   protecting women's safety in female athletic sports?
14      A    I have not been asked that, no.
15      Q    And are you aware that H.B. 3293 applies to  01:54:20
16   college athletes as well?
17      A    Yes.
18      Q    Do you have any opinions on whether H.B. 3293
19   should apply to college athletes?
20      A    I have no opinion in any direction.         01:54:33
21      Q    Okay.  So it's -- it's fair to say that you
22   don't have an opinion on -- on that issue; right?
23      A    Yes.
24      Q    Okay.  So I want to talk a bit about your
25   experience with the treatment of gender dysphoria.  01:54:56
```

                                              Page 178

```
 1           I understand earlier that you testified that
 2      you're not an endocrinologist; right?
 3      A    Yes.
 4      Q    And you personally have not diagnosed any
 5      child or adolescent with gender dysphoria; right?    01:55:05
 6      A    Correct.
 7      Q    And you personally have never treated any
 8      child or adolescent for gender dysphoria; right?
 9      A    Correct.
10      Q    Okay.  And you don't provide psychotherapy    01:55:18
11      counseling to children or adolescents with gender
12      dysphoria; right?
13      A    Age 16 or above, I do.  Under age 16, I do
14      not.
15      Q    And so it was your testimony earlier that you  01:55:38
16      see about six to eight patients age 16 to 18;
17      correct?
18      A    Roughly, yes.
19      Q    Roughly.  And so roughly, of those six to
20      eight patients, how many of those patients come to    01:55:49
21      you suffering from gender dysphoria?
22      A    Those -- those people come to me -- I'm
23      sorry, could you ask that again?
24      Q    Sure.  I -- I must have phrased it poorly.
25           So of the six to eight patients that you see,   01:56:11
```

Page 179

```
 1    on average, who are ages 16 to 18, how many of them

 2    have a gender dysphoria diagnosis?

 3       A   I don't recall if they came in already with

 4    such a diagnosis or at least I don't recall how many

 5    would have had -- would have already been assigned     01:56:46

 6    such a diagnosis by another clinician before they

 7    got to me.

 8       Q   Would you be able to share with me roughly

 9    how many of them identify as transgender or gender

10    dysphoric?                                             01:57:01

11       A   When they come to me, they're not sure of

12    what their identity is.  That's often among their

13    questions.

14       Q   Okay.  And what professional training or

15    expertise do you possess to provide psychotherapy     01:57:14

16    counseling to those adolescents who come to you

17    questioning whether they have gender dysphoria or

18    not?

19       A   Do you mean my licensing or education?

20       Q   Your licensing.                                01:57:30

21       A   My licensing is as a clinical psychologist,

22    registered in Ontario, specifically for adults and

23    adolescents age 16 and up.

24       Q   Okay.  And so that licensing does not

25    pertain -- or allow you to provide psychotherapy      01:57:41
```

Page 180

```
 1    counseling to anyone under the age of 16; correct?
 2        A    Correct.
 3        Q    Okay.  Are you familiar with the term
 4    "affirmation on demand"?
 5        A    Yes.                                        01:57:56
 6        Q    What does that term mean?
 7        A    It refers to permitting a person to engage in
 8    whatever available methods to acknowledge or to
 9    medically induce their transition with no other --
10    with no evaluation or supervision.                  01:58:15
11        Q    Has any patient ever come to you asking for
12    affirmation on demand?
13        A    No.
14        Q    What is your basis for saying that providers
15    are providing affirmation on demand to children and   01:58:31
16    adolescents with gender dysphoria?
17        A    Through several venues.  I get that
18    information from parents, from people, you know, in
19    society who e-mail me asking for help.  There's a
20    large number of media reports of it happening        01:58:49
21    throughout the world, U.S., Canada and Europe.  And
22    there's now been -- there are now several
23    governmental entities, mostly in Europe, are now
24    beginning more formal investiga- -- investigations
25    of it.                                               01:59:05
```

Page 181

```
 1      Q    Okay.  So let me see if I understand this

 2    correctly.

 3          You said parents, people who e-mail you, news

 4    sources and information put out by government

 5    entities, most commonly in Europe; is that correct?     01:59:17

 6    Those are the sources from which you've heard that

 7    providers are providing affirmation on demand?

 8      A    That question sounds slightly different to

 9    me.

10          There's affirmation on demand as an idea.        01:59:36

11      Q    Uh-huh.

12      A    And then there are the actual processes that

13    clinics are doing in which they're providing

14    affirmation without sufficient evaluation.  So it's

15    starting to approach affirmation on demand, which      01:59:51

16    would be the name for the most extreme version.

17      Q    I see.  And so have you spoken to providers

18    who claim to provide affirmation on demand to

19    children and adolescents with gender dysphoria?

20      A    No.  The people who are -- seem to be           02:00:11

21    providing it deny that that's what they're doing.

22      Q    Have you -- are you personally aware of any

23    providers who fail to conduct the sufficient

24    evaluation that you just mentioned that teeters on

25    the edge of affirmation on demand?                     02:00:25
```

                                                 Page 182

```
 1       A   I'm not clear on what you mean by "personally

 2   aware" beyond the way that I already described how I

 3   become aware of it.

 4       Q   I think I'm just trying to understand more

 5   how that you know for certain providers are          02:00:46

 6   providing affirmation on demand.

 7       A   Again, that -- that seems to be the question

 8   you asked before, where it's a series of different

 9   kinds of sources.

10       Q   But none of those sources are actual         02:01:00

11   providers who provide this care; right?

12       A   Again, as I said already, most of the people

13   who seem to be providing something that would

14   reasonably be called that deny that that's what

15   they're doing.                                       02:01:16

16       Q   Has anyone at your hospital, to your

17   knowledge, provided affirmation on demand?

18       A   When you say my hospital, I assume you mean

19   my former affiliation at CAMH.

20       Q   Yes.  Apologies.                             02:01:33

21       Has anyone, to your knowledge, at CAMH

22   provided affirmation on demand?

23       A   No.  The clinic there is known for being

24   cautious.

25       Q   So you've not talked to any other providers  02:01:48
```

Page 183

```
 1   who have claimed to provide affirmation on demand;

 2   right?

 3       A   Correct.  The people who seem to be providing

 4   it deny that that's what they're providing.

 5       Q   Okay.  And your only evidence that              02:02:03

 6   affirmation on demand is being provided is from

 7   parents, from people and society directly e-mailing

 8   you, from news sources and from the government

 9   entity releases that you spoke about earlier; right?

10       A   Correct.                                        02:02:19

11       Q   Okay.  Have you read any studies that show

12   that providers are providing affirmation on demand

13   to children and adolescents with gender dysphoria?

14       A   No.  No, I'm not.  As I say, the -- the

15   providers don't acknowledge that that's what they're   02:02:38

16   doing to begin with, leaving little opportunity to

17   study it at all.

18       Q   Okay.  What do you understand desistance to

19   mean in the context of gender dysphoria?

20       A   Different people use the words in slightly      02:02:53

21   different ways or with different cutoffs, but in

22   general, they -- they refer to a person realizing

23   that they weren't actually trans after all.

24       Q   So you said different people have maybe

25   different definitions.                                  02:03:08
```

Page 184

```
 1              What is your definition of desistance?
 2       A    I don't think I can really say that I have a
 3   definition so much as I do my best to understand
 4   what the person taking to me or the document that
 5   I'm reading, what they meant by it and then going      02:03:25
 6   with, you know, whatever meaning it is that -- that
 7   they meant.
 8       Q    I guess I'm trying to understand.
 9              So in your professional practice, what
10   different variations of understanding of the word      02:03:43
11   "desistance" have you encountered?
12       A    Generally, they would differ according to how
13   far along the transition process the person was to
14   begin with.  A person suspecting that they might be
15   trans and then figuring out that they're not is very   02:03:59
16   different from a person who transitions, socially
17   changed a name and then changed it back, which is
18   still again very different from somebody who has
19   taken hormones or gone through surgery and then
20   regrets that.                                           02:04:14
21       Q    Okay.  You spoke about regret.
22              What do you understand regret to mean in the
23   context of desistance?
24       A    Wishes that they had never gone through
25   transition to begin with.                              02:04:24
```

Page 185

```
 1        Q    Okay.  And are you aware of any studies

 2    tracking desistance in adolescents with gender

 3    dysphoria?

 4        A    I'm aware of studies that have included it

 5    inside of a larger study of the phenomenon -- of      02:04:41

 6    trans adolescents in general.  There have -- I've

 7    seen that there exists now a small handful of

 8    studies trying to survey those kids.  I haven't

 9    studied them yet in any depth, however.

10        Q    Okay.  Would you know the names of any of    02:05:06

11    these small handful of studies you just mentioned?

12        A    Not offhand, no.

13        Q    Would you know any of the authors of these

14    studies or the people who are in the process of

15    collecting this data?                                 02:05:21

16        A    Not offhand, no.

17        Q    Okay.  And are any of these studies cited in

18    your report?

19        A    No, they are not.

20        Q    Okay.  So I'm going to introduce tab 7, which  02:05:29

21    is going to be marked as Exhibit 48.  Give me one

22    moment for it to show up on your end.

23             Are you --

24             (Exhibit 48 was marked for identification

25             by the court reporter and is attached hereto.)  02:06:07
```

Veritext Legal Solutions
866 299-5127

```
 1            THE WITNESS:  Yes.

 2      BY COUNSEL SWAMINATHAN

 3         Q    Great.  Do you recognize this blog post,

 4      Dr. Cantor?

 5         A    Yes, I do.                              02:06:16

 6         Q    So this is a blog post entitled "Do trans

 7      kids stay trans when they grow up?"

 8              You authored this post in Sexology Today!;

 9      correct?

10         A    Correct.                                02:06:29

11         Q    And you wrote this in 2016.  It says

12      January 11th, 2016; correct?

13         A    That's right.

14         Q    Okay.  And so I want to turn your attention

15      to the -- the second paragraph of -- the top of the   02:06:43

16      page.  You write (as read):

17              "Only very few trans- kids still

18              want to transition by the time they

19              are adults.  Instead, they generally

20              turn out to be regular gay or           02:06:57

21              lesbian folks."

22              Did I read that accurately?

23         A    Yes.

24         Q    What does "regular gay or lesbian folks"

25      mean?                                           02:07:08
```

                                                    Page 187

```
 1       A    No other sexual interest phenomena that would

 2    better account or better describe what they're

 3    interested -- what they're interested in.

 4       Q    What are non-regular gay or lesbian folks,

 5    then?                                                02:07:24

 6       A    For example, somebody with a -- with a

 7    paraphilia or with a fetish that makes the

 8    determination of their sexual orientation a bit

 9    moot.

10       Q    What does that mean, to make it a bit moot?  02:07:36

11       A    That their sexual interest pattern doesn't

12    follow along what most people are generally familiar

13    with in -- in discussing attraction to men or

14    attraction to women.

15       Q    Okay.  So if a child's gender dysphoria were 02:07:53

16    to persist and they continued to want to transition

17    by the time they are adults, what are they, in your

18    view?

19       A    If -- they would most -- they would be in the

20    running to qualify -- the emotion they would be      02:08:11

21    describing would be gender dysphoria.  Whether they

22    qualify for the diagnosis depends on -- would

23    require a more fulsome assessment.

24       Q    Would they be irregular, in your mind?

25       A    They would be atypical in that it is         02:08:25
```

Page 188

```
 1    statistically a rarer phenomenon than cisgender is.

 2       Q   I heard you say, just a few seconds ago, they

 3    would be in the running for, and then you kind of

 4    cut off, I thought.

 5          What did you mean to say when you said they       02:08:44

 6    would be in the running for?  Would they be in the

 7    running for being transgender?

 8       A   Yes, that would be possible, but I can't make

 9    that kind of conclusion without the person

10    undergoing, as I say, a more fulsome assessment,        02:08:57

11    looking for other possible motivators for why they

12    might feel gender dysphoria.

13       Q   So what do you -- let's see.

14          Are you aware that gender identity and sexual

15    orientation are distinct concepts?                      02:09:12

16       A   Yes.

17       Q   Yes?  Are you aware that someone can be

18    transgender and gay?

19       A   Yes, although the particular phrases become a

20    little bit more complicated when a person is            02:09:24

21    changing sex and you're trying to say what they're

22    attracted to relative to the sex they are.

23       Q   And is it equally as complicated for the

24    understanding that someone can be transgender and a

25    lesbian?                                                02:09:43
```

```
 1        A   Is it complicated?  Yes.

 2        Q   Is it more complicated than someone being

 3    transgender and gay?

 4        A   No.  This is the same complication.

 5        Q   The same complication.  Okay.                02:09:56

 6            Dr. Cantor, do you believe that social

 7    transition for gender-dysphoric adolescents after

 8    age 12 is appropriate?

 9        A   That's an empirical question -- that's an

10    empirical question, and the science unde- -- is       02:10:17

11    still somewhat undecided about it.

12        Q   I'm just asking for your opinion, though.

13            Do you believe that social transition for

14    gender-dysphoric adolescents after age 12 is

15    appropriate?                                          02:10:35

16        A   It's not possible to have an opinion outside

17    of the science.

18            COUNSEL SWAMINATHAN:  Okay.  I'm going to

19    introduce tab 23, which is now going to be marked as

20    Exhibit 49.                                           02:10:49

21            (Exhibit 49 was marked for identification

22         by the court reporter and is attached hereto.)

23            THE WITNESS:  I see it.

24    BY COUNSEL SWAMINATHAN:

25        Q   Great.  And if you can turn to the second     02:11:15
```

                                                    Page 190

```
 1    page of this article, which is an article titled

 2    "When is a 'TERF'" --

 3          COUNSEL SWAMINATHAN:  For the court reporter,

 4    that's T-E-R-F.

 5    BY COUNSEL SWAMINATHAN:                          02:11:26

 6      Q   -- "not a 'TERF'?" authored on July 20- --

 7    July 8th, 2020.

 8          And this is an article written by you, right,

 9    Dr. Cantor?

10      A   Yes, it is.                               02:11:36

11      Q   And if you turn to page 2, you'll see, around

12    the middle of the page, the -- the third paragraph

13    that begins with (as read):

14          "I support age 12, not for any

15           ideological reason, but because that    02:11:51

16           is what the (current) evidence

17           supports: The majority of

18           prepubescent kids cease to feel

19           trans during puberty, but the

20           majority of kids who continue to       02:12:04

21           feel trans after puberty rarely

22           cease."

23          Do you see that?

24      A   Yes, I do.

25      Q   So is it fair to say that you support social  02:12:09
```

Page 191

```
1    transition for gender-dysphoric adolescents at age

2    12?

3        A    No.

4        Q    No?  So this article is authored in July of

5    2020.                                              02:12:29

6            So has your opinion changed from July 2020 --

7    July 2020 to now?

8        A    Science has changed, and as I say, my opinion

9    just follows the science.

10       Q    How has the science changed?              02:12:42

11       A    The -- several of the papers that were being

12   circulated in the late 2019s have turned out to be

13   wrong.  Some were retracted.  Some were reanalyzed,

14   and it was shown that their results were not correct

15   to begin with.  And it was recognized that those     02:13:02

16   studies which did seem to be indicating an

17   improvement over -- over transition, such kids were

18   receiving psychotherapy in addition to receiving

19   medical transition.

20           Once that was recognized, we could no longer  02:13:15

21   conclude that it was any -- the medical

22   transition -- that it was the medical transition or

23   any other transition being the source of the benefit

24   rather than the psychotherapy itself.

25           So once the evidence supporting earlier      02:13:28
```

Page 192

```
  1     transition evaporated, then one's opinion of that

  2     science has to change with it.

  3        Q   So you mentioned studies that have been

  4     changed or retracted.  What studies are you talking

  5     about?                                          02:13:42

  6        A   It's a series of -- a series of studies, all

  7     of which have been -- are cited in my report.

  8        Q   Can you name a few of those studies?

  9        A   I'm better with names if I could have my

 10     report in front of me at the same time.          02:13:56

 11          MR. BARHAM:  The latest report is Exhibit 45;

 12     is that correct?

 13          COUNSEL SWAMINATHAN:  That is correct.

 14          THE WITNESS:  Bränström and Pachankis 2019

 15     became retracted.                               02:14:53

 16     BY COUNSEL SWAMINATHAN:

 17        Q   Any others?

 18        A   Olson, et al., was demonstrated to be

 19     incorrect.

 20          The Costa study, although it came out         02:15:37

 21     earlier, it then became better known once the other

 22     studies started -- after the other studies started

 23     showing that they were in error.

 24        Q   And you're talking about the Costa 2015; is

 25     that correct?                                   02:16:00
```

Page 193

```
 1       A    Yes.

 2       Q    Okay.

 3       A    So those are the --

 4       Q    Okay.  Thank you, Dr. --

 5       A    Those are the ones -- okay.                02:16:06

 6       Q    So, Dr. Cantor, what is the Dutch protocol?

 7       A    The Dutch protocol started outside of Canada.

 8  The largest clinic for children's gender dysphoria

 9  was in the Netherlands.  They also took a

10  conservative method, like -- like the clinics in      02:16:26

11  Canada, where children who were otherwise qualified

12  would be allowed to begin taking puberty blockers at

13  age 14 and then cross-sex hormones at age 16.

14       Q    And the Dutch protocol allowed for a social

15  transition after age 12; right?                       02:16:46

16       A    It was during adolescence.  I don't recall

17  the specific age.

18       Q    Let me turn your attention to a page in your

19  report that might help you reflect (sic) your

20  recollection.                                          02:17:02

21          So if you could turn to page 19 of your

22  report.

23       A    One moment.

24       Q    No problem.

25          And at the top of the page, it says that "The   02:17:23
```

Veritext Legal Solutions
866 299-5127

```
 1    components of the Dutch Approach are: no social

 2    transition at all considered before age 12..." which

 3    they describe as the watchful waiting period.

 4        A    Correct.

 5        Q    So is it fair to say that the Dutch protocol    02:17:36

 6    allows for social transition after age 12?

 7        A    Allows for it?  Yes.

 8        Q    So is it your opinion as you testify today

 9    that you disagree with the Dutch protocol with

10    respect to the age at which it allows for social      02:17:53

11    transition?

12        A    There were some pieces missing in that.

13             As I said, the Dutch protocol, at the time,

14    was developed on the data that was available at that

15    time.  Both have changed -- well, the Dutch           02:18:15

16    protocol, as we call it, hasn't changed, but the

17    clinics themselves have -- are now becoming more

18    conservative, as the original version of the Dutch

19    protocol has not been as well replicated.

20             But instead of clinics raising their         02:18:29

21    standards, like is happening throughout Europe,

22    clinics in the U.S. who are receiving reports are

23    lowering their standards.

24        Q    I see.  And so if you look at page 18 of your

25    report, just the page before, and you look at         02:18:42
```

                                              Page 195

```
 1    paragraph 46, in the last sentence of your

 2    paragraph, you state, quote, (as read):

 3         "Internationally, the Dutch Approach

 4         is currently the most widely

 5         accepted and utilized method for        02:18:54

 6         treatment of children who present

 7         with gender dysphoria."

 8         End quote.

 9         Do you agree with that statement?

10    A    Yes, that would -- that would still be fair   02:19:02

11    to say.

12    Q    Okay.  Dr. Cantor, what puberty-blocking

13    drugs are you aware of?

14    A    Oh, I couldn't tell them to you by name so

15    much as by function.                           02:19:20

16    Q    What are you aware of about the function of

17    puberty-blocking treatment?

18    A    Well, there are a series of signals in the

19    brain that indicate to different parts of the brain

20    and different parts of the body when to -- that they   02:19:34

21    should be maturing.  The puberty blocker stops --

22    stops that cycle.

23    Q    And, again, you are not an expert in the

24    different types of prescription drugs that are used

25    as puberty-blocking agents; right?               02:19:50
```

                                                  Page 196

```
 1        A   That is correct.

 2        Q   Okay.  You have never obtained informed

 3   consent to provide puberty blockers; right?

 4        A   Correct.

 5        Q   And you've never had a patient sign an          02:20:03

 6   informed consent form relating to puberty blockers;

 7   right?

 8        A   Correct.

 9        Q   You personally have no experience with

10   monitoring patients who are undergoing                   02:20:15

11   puberty-blocking treatment; right?

12        A   Correct.

13        Q   You don't know what type of monitoring is

14   typically done or not done for those patients;

15   right?                                                   02:20:28

16        A   That's part of medical practice.

17        Q   That's not your practice; right?

18        A   Correct.

19        Q   Okay.  Dr. Cantor, you know what cross-sex

20   hormones are; correct?                                   02:20:46

21        A   Yes.

22        Q   For transgender women, estrogen is the

23   hormone that's typically prescribed; correct?

24            MR. BARHAM:  Objection as to terminology.

25            THE WITNESS:  Yes.                              02:20:55
```

                                                          Page 197

```
 1    BY COUNSEL SWAMINATHAN:
 2        Q    And for transgender men, testosterone is the
 3    hormone that's typically prescribed; correct?
 4             MR. BARHAM:  Objection; terminology.
 5             THE WITNESS:  Correct.                      02:21:07
 6    BY COUNSEL SWAMINATHAN:
 7        Q    Have you ever obtained informed consent to
 8    provide cross-sex hormones to anyone?
 9        A    No.
10        Q    You've never had a patient sign an informed   02:21:15
11    consent form relating to cross-sex hormones; right?
12        A    Correct.
13        Q    Okay.  Have you advised patients about
14    potential risks and benefits of cross-sex hormones?
15        A    No, I have not.                              02:21:33
16        Q    Okay.  Aside from the literature you have
17    reviewed, you personally don't know what doctors
18    tell their patients about cross-sex hormones; right?
19             MR. BARHAM:  Objection as to form and scope.
20             THE WITNESS:  That's not entirely true.  For  02:21:55
21    example, people who have detransitioned or people
22    who have transitioned, when it's relevant, you know,
23    will discuss with me conversations that they've had
24    with their physicians.
25    ///
```

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   Okay.  So your knowledge of what doctors tell

 3    their patients about cross-sex hormones comes from

 4    what your patients who have detransitioned have told

 5    you; is that fair?                                   02:22:17

 6       A   In part.  The other sources are the sources

 7    that I mentioned earlier, e-mails and other contacts

 8    from -- from family members, requests for -- for

 9    consultation, media -- and media outlets.

10       Q   Got it.  Thank you.  Okay.                    02:22:34

11           Did you review --

12           COUNSEL SWAMINATHAN:  Actually, I just want

13    to check in.  You're -- are you okay to keep going?

14    But it has been about an hour and ten minutes.  If

15    you need a break, that's totally fine.               02:22:44

16           THE WITNESS:  I'm good.

17           COUNSEL SWAMINATHAN:  You're good?  Okay.

18    BY COUNSEL SWAMINATHAN:

19       Q   Did you review the 2017 Endocrine Society

20    guidelines in full before forming your opinions in   02:22:56

21    this case?

22       A   Yes, I have.

23       Q   You have?  You've read them from top to

24    bottom as well?

25       A   Yes, I have.                                  02:23:04
```

Page 199

```
 1       Q    When's the last time you've done that?

 2       A    Oh.  Last week.

 3       Q    Last week.  And are you aware that the

 4   Endocrine Society guidelines recommend treating

 5   gender-dysphoric and gender-incongruent adolescents    02:23:18

 6   who have entered puberty at Tanner stage II by

 7   suppression with gonadotropin-releasing hormone

 8   agonists?

 9       A    I'm aware that that's in that document, yes.

10       Q    Okay.  And if we can take a look back -- I --   02:23:30

11   I assume you still have your report pulled up.  If

12   you can take a look at page 3 of your report.

13       A    I'm there.

14       Q    And you look at paragraph 8, subset (e), you

15   state that (as read):                                   02:23:59

16            "Affirmation of a transgender

17            identity in minors who suffer from

18            early-onset or adolescent-onset

19            gender dysphoria is not an accepted

20            'standard of care.'"                           02:24:10

21            Which is in quotes.

22            Is that correct?

23       A    That's correct.

24       Q    So this opinion conflicts with the

25   Endocrine Society recommendations; right?              02:24:20
```

Page 200

```
 1        A    Yes, it does.

 2        Q    And you yourself are not a part of the

 3   Endocrine Society; right?

 4        A    That is correct.

 5        Q    You've never advised the Endocrine Society in   02:24:31

 6   any capacity; right?

 7        A    That is correct.

 8        Q    You personally were not involved with the

 9   development of the original Endocrine Society

10   guidelines back in 2009; right?                           02:24:47

11        A    Correct.

12        Q    You were not involved with the development of

13   the updated guidelines in 2017; right?

14        A    Correct.

15        Q    Do you know what kind of scientific            02:24:59

16   literature review the Endocrine Society conducted in

17   developing the 2017 updates?

18        A    I'm not aware of its details, no.

19        Q    Are you aware of what kind of outside experts

20   the Endocrine Society may have consulted in              02:25:16

21   developing the 2017 updates?

22        A    I'm aware that they had such people whom they

23   requested, yes.

24        Q    Are you aware of any of these people by name?

25        A    The only one I know by name is from his        02:25:32
```

Page 201

```
 1    involvement in this case, Dr. Jensen.
 2       Q   Okay.  And you don't hold yourself out as an
 3    expert in how the Endocrine Society developed the
 4    original 2009 guidelines for treatment of gender
 5    dysphoria; right?                                    02:25:50
 6       A   It's a little hard to imagine such a question
 7    being used to determine whether a person can be
 8    called an expert on -- on anything.  That's a very
 9    narrow topic.  However, there has been systematic
10    evaluation of the Endocrine Society's guidelines.    02:26:08
11       Q   I guess my question is that you don't hold
12    yourself out personally as an expert in how the
13    Endocrine Society developed the original 2009
14    guidelines; right?
15       A   Yes, that would be true.                      02:26:23
16       Q   Okay.  And the same -- you don't hold
17    yourself out as an expert in how the
18    Endocrine Society developed the 2017 updates; right?
19       A   That, again, would, I think, be true.
20       Q   Okay.  You know what the WPATH is, right, the 02:26:40
21    World Professional Association for Transgender
22    Health?
23       A   Yes, I am.
24       Q   Sorry, yes, you do or yes, you --
25       A   Yes, I am aware.                              02:26:54
```

Page 202

```
 1        Q    Oh, okay.  Do you know that WPATH

 2   publishes standards of care for the health of

 3   transgender people?

 4        A    Yes, I'm aware.

 5        Q    Are you aware that WPATH has been publishing   02:27:07

 6   these standards since 1979?

 7        A    Yes, I am.

 8        Q    Okay.  To your knowledge, what is the latest

 9   standard of care available from WPATH?

10        A    They're in the middle of revising them now.    02:27:21

11   I don't remember the year of the current -- current

12   version, but --

13        Q    Do you know the number of the current

14   version?

15        A    No.  I don't recall.                           02:27:33

16        Q    Do you know when the most recent version was

17   published?

18        A    Not without looking it up.  I don't remember

19   the year, no.

20        Q    So in your report, you express some opinions   02:27:47

21   about the WPATH Standards of Care; right?

22        A    Correct.

23        Q    Before you wrote this report, did you sit

24   down and review the WPATH Standards of Care?

25        A    Yes.  Yes, I did.                              02:28:00
```

                                                      Page 203

```
 1        Q    When did you review them?

 2        A    That was now three or four years ago.

 3        Q    And have you reviewed all of the articles

 4   cited in the "References" section of the WPATH

 5   Standards of Care?                                    02:28:27

 6        A    I haven't looked through the reference list

 7   to see how many of them I would have read, no.

 8        Q    So you haven't reviewed the reference list;

 9   right?

10        A    Well, I haven't reviewed the reference list  02:28:37

11   to see how many of those references I happened to

12   know, no.

13        Q    Okay.  And you yourself are not a part of the

14   WPATH; right?

15        A    Correct.                                     02:28:48

16        Q    Have you ever been a member of WPATH?

17        A    No.

18        Q    Have you ever advised the WPATH in any

19   capacity?

20        A    No.                                          02:29:01

21        Q    Okay.  You personally have not been involved

22   with the development of WPATH Standards of Care,

23   Version 7; right?

24        A    Correct.

25        Q    Okay.  Do you know that WPATH is currently   02:29:13
```

Page 204

```
 1    working on Version 8 of their standards of care?

 2        A   Yes, I am.

 3        Q   You personally have not been involved in the

 4    development of WPATH Standards of Care, Version 8;

 5    right?                                              02:29:29

 6        A   Correct.

 7        Q   And you don't hold yourself out as an expert

 8    in how Version 8 is currently being developed;

 9    right?

10        A   Again, I hesitate to say that that is a      02:29:40

11    subject in which there exists expertise.  It's

12    within my topic of expertise, but I wouldn't say

13    that I am an expert in that topic specifically.

14        Q   Okay.  And in this particular case, you're

15    not offering any expert opinions on how Version 8 of  02:29:59

16    the WPATH Standards of Care are currently being

17    developed; right?

18        A   Correct.  The comments in my report included

19    evaluation of Version 7.

20        Q   Okay.  So, Dr. Cantor, I would love for you  02:30:16

21    to turn to page 16 of your expert report.

22        A   Got it.

23        Q   Great.  If you could just have that open.

24            So do you agree that the number and

25    percentage of prepubertal kids with gender dysphoria  02:30:40
```

Page 205

```
 1   who do not go on to identify as transgender is

 2   currently unknown?

 3       A   No, I don't think that's exactly fair to say.

 4   What --

 5       Q   So -- what do you base your opinion --          02:31:11

 6           MR. BARHAM:  I'd ask that -- I'd ask that you

 7   allow him to finish his answer before answer- --

 8   asking the next question.

 9           COUNSEL SWAMINATHAN:  Apologies, Counsel.

10   BY COUNSEL SWAMINATHAN:                                 02:31:20

11       Q   Please finish your answer, Dr. Cantor.

12       A   There have been 11 studies, and all of them

13   show that the large majority cease to want to

14   transition by puberty, but the exact number changes

15   study by study.  So I can't say that the number is    02:31:31

16   known, in that we haven't found the same number

17   coming up over and over again, but it would be

18   unfair to say that, you know, the entire range of

19   possible numbers are equally possible.  They're not.

20   The studies have consistently even, even             02:31:46

21   unanimously, said that it was the large majority

22   desist, but we still can't give a -- a specific

23   number better than a range.

24       Q   So you agree that the number and percentage

25   of prepubertal kids with gender dysphoria who do not  02:32:03
```

                                                    Page 206

```
1    go on to identify as transgender is currently

2    unknown; right?

3         MR. BARHAM:  Objection; asked and answered.

4         MR. TRYON:  Objection.

5         THE WITNESS:  Again, I can't say that there    02:32:12

6    is a specific number, but the range is unanimously,

7    in every single study, the large majority.

8    BY COUNSEL SWAMINATHAN:

9         Q    And which studies are you referring to?

10        A    There were 11, and they were the -- the 11    02:32:29

11   studies listed on my blog, which you posted.

12        Q    I think I have maybe shown you two blog posts

13   now.  Was it tab 40 -- sorry -- Exhibit 48?  Is that

14   the one you're referring to?

15        A    I don't remember the tab number, but only one   02:32:45

16   of those two had a list of studies, and the other

17   was, you know, just text from me.

18        Q    Okay.  Do you agree that the number and

19   percentage of adolescents with gender dysphoria who

20   do not go on to identify as transgender is currently   02:33:00

21   unknown?

22        A    That is much less known, correct.

23        Q    Okay.  And I take it you are not offering any

24   expert opinions on what number or percentage of

25   adolescents with gender dysphoria do not go on to    02:33:16
```

Page 207

```
 1    identify as transgender; right?

 2        A   I don't -- no, I'm not off- -- I'm not

 3    offering such a percentage, no.  We have -- we don't

 4    have the kind of prospective systematic studies to

 5    give us a better idea of the range.  Instead, we      02:33:37

 6    have studies which retrospectively try to ask

 7    questions from these people, but those studies don't

 8    give us an estimate of how many people have already

 9    desisted and, therefore, never took the

10    questionnaire to begin with.                          02:33:53

11        Q   Okay.  And, Dr. Cantor, you agree that no

12    study supports the withholding of gender-affirming

13    treatment after the onset of puberty; right?

14            MR. BARHAM:  Objection as to terminology.

15            THE WITNESS:  Could you ask that again,       02:34:11

16    please?

17    BY COUNSEL SWAMINATHAN:

18        Q   Sure.  You agree that no study supports the

19    withholding of gender-affirming treatment after the

20    onset of puberty; right?                              02:34:19

21        A   That no study supports the withholding.

22            MR. BARHAM:  Objection --

23            THE WITNESS:  That's --

24            MR. BARHAM:  Objection as to terminology.

25            THE WITNESS:  That's true in only a very      02:34:37
```

Page 208

```
 1    vacuous way in that that's not how science, never
 2    mind medical science, is conducted.  In science, we
 3    begin with the null hypothesis.  Everything starts
 4    with a null hypothesis.  The onus of proof belongs
 5    to the person saying that doing something will do        02:35:12
 6    something.  It's not possible to prove a null
 7    hypothesis.  We start with it and wait for proof
 8    that doing something has whatever intended effect.
 9         All of that is to say it's not possible to
10    conduct a study that would prove what happens when      02:35:30
11    you do nothing.  We start with that point.
12    BY COUNSEL SWAMINATHAN:
13      Q    So what is the basis for your opinion that
14    it's not possible to prove what the effects of,
15    quote, doing nothing are?                                02:35:46
16      A    That's a fundamental tenet of science.
17    That's what I call the -- as I said, that's called
18    the null hypothesis.  It's a basic functioning of
19    the scientific process.
20      Q    And so there's -- I'm right, though, that         02:35:58
21    there's no study that has tracked what you call as
22    doing nothing in adolescents who are suffering from
23    gender dysphoria; right?
24         MR. TRYON:  Objection.
25         THE WITNESS:  Correct, there is no such             02:36:17
```

Page 209

```
 1    study.

 2    BY COUNSEL SWAMINATHAN:

 3        Q    Okay.  You recognize that your theory of

 4    withholding social transition to see if prepubertal

 5    kids with gender dysphoria desist is an outlier in      02:36:27

 6    the scientific community?

 7           MR. BARHAM:  Objection as to form and

 8    terminology.

 9           THE WITNESS:  No, I would not say that at

10    all.                                                    02:36:41

11    BY COUNSEL SWAMINATHAN:

12        Q    What do you base your -- that answer on?

13        A    I'm in regular contact with a -- with very,

14    very many scientists in my field, and they generally

15    agree with me.  It's -- and they generally agree       02:36:51

16    with -- agree with me.  It's the outliers who tend

17    to speak most often, loudest and most publicly.  So

18    the public mind is very, very different from the

19    collection of scientists.

20        Q    So you said very, very many people agree with  02:37:08

21    you.  How many people are you talking about?

22        A    Oh.  Several scores.  I -- of the ones I

23    interact with, close to a hundred.

24        Q    Can you define score for me?

25        A    20.                                            02:37:34
```

                                                    Page 210

```
 1        Q    So several scores.  Would you say 40 to 60 is
 2    an accurate capture of how many people you spoke to?
 3        A    Probably closer to a hundred.
 4        Q    Okay.  And who are these hundred people?  I'm
 5    not asking you to identify all 100 by name, but who,     02:37:54
 6    generally, are they?
 7        A    Sex researchers and sex therapists.
 8        Q    Okay.  So beyond the conversations that you
 9    had with these scores of individuals, do you have
10    any other basis for believing that practitioners        02:38:15
11    support withholding social transition in prepubertal
12    patients with gender disorder?
13              MR. BARHAM:  Objection as to form and
14    terminology.
15              THE WITNESS:  No.  That's my primary source.   02:38:33
16    BY COUNSEL SWAMINATHAN:
17        Q    And do any of those hundred or so individuals
18    actually treat transgender patients?
19        A    Yes.  None of them does it as a specific
20    specialty, but very many of them, of the clinicians     02:38:55
21    among them, have or have had trans clients among
22    their patient base.
23        Q    Okay.  Can you please turn to page 18 of your
24    report --
25              COUNSEL SWAMINATHAN:  And, actually, I think   02:39:26
```

Page 211

```
 1    this might be a good time for a five-minute break.
 2    I think we've been going for about an hour and
 3    20 minutes now.
 4           Can we go off the record?
 5           THE VIDEOGRAPHER:  Yep.  We are going off the     02:39:34
 6    record and -- at, let's see, 2:39 p.m., and this is
 7    the end of Media Unit No. 4.
 8           (Recess.)
 9           THE VIDEOGRAPHER:  All right.  We are back on
10    the record at 2:53 p.m., and this is the beginning    02:53:07
11    of Media Unit No. 5.
12           Go ahead, please.
13    BY COUNSEL SWAMINATHAN:
14       Q   Dr. Cantor, can you please turn to page 12 of
15    your expert report, which is Exhibit 45.             02:53:16
16       A   Got it.
17       Q   Okay.  So paragraph 29, on page 12, you state
18    (as read):
19           "For example, there exist only very
20           few cases of transition regret among         02:53:48
21           adult transitioners, whereas the
22           research has unanimously shown that
23           the majority of children with gender
24           dysphoria desist—that is, cease to
25           experience such dysphoria by or              02:54:01
```

Page 212

```
 1            during puberty."
 2        Did I read that correctly?
 3    A   Yes.
 4    Q   What is your basis for this assertion?
 5    A   The 11 studies that were also cited in my      02:54:16
 6  blog.
 7    Q   Is there a reason you didn't cite any of
 8  those studies here, in your report?
 9    A   I didn't include --
10    Q   I just mean in this paragraph, on this page,   02:54:35
11  is there a reason there's no footnotes --
12    A   Oh, in that paragraph, on that page?  No.
13  Only because there was an introductory paragraph,
14  you know, before the rest of the document.
15    Q   And those 11 studies are the -- the same       02:54:52
16  studies that you mentioned before that you said were
17  on your blog?
18    A   Correct.
19    Q   Okay.  And on page 18 of your expert report,
20  on -- in paragraph 45 of page 18, you state (as        02:55:10
21  read):
22        "Because only a minority of gender
23        dysphoric children persist in
24        feeling gender dysphoric in the
25        first place, 'transition-on-demand'      02:55:25
```

Page 213

```
 1              increases the proba-" --

 2          I assume you mean "probability."  It says

 3      "probably" here.

 4      A    Oh, goodness.  That's right.

 5      Q    That's right?  Okay.                    02:55:33

 6          (As read):

 7          -- "increases the probability of

 8          unnecessary transition and

 9          unnecessary medical risks."

10          Is that fair, as it's read?              02:55:42

11      A    Yes.

12      Q    Okay.  What's your basis for this opinion?

13      A    I want to say mathematics.

14      Q    What do you mean by that?

15      A    The -- if only few people regretted       02:56:01

16      transition, then transitioning everybody would be

17      the wrong decision for only few people.  If most

18      people cease to want to transition eventually, then

19      transitioning all of them would be making a much

20      larger number of errors.                    02:56:23

21      Q    What do you mean by "transitioning all of

22      them"?

23      A    If the people were given transition on

24      demand.

25      Q    So what do you understand the term        02:56:33
```

Page 214

```
 1     "transition on demand" to mean?

 2       A    That we give the person -- we recognize

 3     whatever element of that person as soon as they make

 4     that request.

 5       Q    So I just want to make sure I understand.        02:56:49

 6            You are saying that your opinion for -- or

 7     your basis for stating that a minority of

 8     gender-dysphoric children persist is based in math;

 9     is that correct?

10       A    No.  I'm saying that the -- the conclusion       02:57:00

11     that we will have more errors and make more mistakes

12     if we don't consider that statistic.  That's math.

13       Q    I guess I'm understanding what -- or trying

14     to understand, what is the basis for that statistic,

15     that only a minority of gender-dysphoric children      02:57:17

16     persist?

17       A    Those 11 studies, which were summarized --

18     which were summarized in my blog, together with the

19     number -- the exact numbers of people who continue

20     to want to transition after puberty and those which    02:57:33

21     ceased to.

22            These people only came into the clinics when

23     they started expressing their gender dysphoria.  If

24     they were transitioned after that first appointment,

25     because we didn't yet know which ones were going to     02:57:48
```

Page 215

```
 1    persist and which ones were going to desist, then we

 2    would only know that if we transi- -- transitioned

 3    all of them that first day, most of those would end

 4    up being a mistake because we know that most of

 5    those will -- will have ceased to want to transition    02:58:06

 6    by puberty.

 7        Q    And is the reason that you don't state --

 8    sorry, strike that.

 9         To your knowledge, are people being

10    transitioned on the first day?                          02:58:20

11        A    Those are the reports that we referred to

12    earlier that there are becoming more and more cases

13    getting reported to me or to the -- or via their

14    families or in the media.  Or, as I say, now that

15    there are investigations going on in other             02:58:40

16    countries, that's what they're continuing to find.

17        Q    Okay.

18        A    Transition on demand is the most extreme

19    version of it, but -- but the difference is whether

20    -- the meaningful part is whether these people are     02:58:51

21    being transitioned before a meaningful assessment

22    and a meaningful attempt to -- to estimate who might

23    persist, who might not, or if we're even capable of

24    doing that with enough precision to be risking the

25    kind of medical risks that come into play.             02:59:09
```

                                                    Page 216

```
 1        Q    Okay.  And so, again, you have no direct

 2    knowledge of this, but the reports you refer to are

 3    the parental anecdotes that are communicated to you,

 4    the e-mails that you receive, the government

 5    entities putting out information and the news          02:59:26

 6    sources that you just mentioned; right?

 7        A    We're saying that people are being

 8    transitioned on demand, yes.

 9        Q    Yes.

10        A    And when I say media reports, those are no    02:59:36

11    longer, necessarily, individual cases.  These are

12    also administrators in schools and so on who are

13    indicating what the policies are in that school or

14    parents talking about policies in the -- in social

15    groups and so on.  So these are people not going to    02:59:54

16    clinics at all; they're merely being socially

17    transitioned by -- you know, within their social

18    groups.

19        Q    Can you tell me more about those media

20    reports?                                               03:00:04

21             You know, you -- you mentioned an example of

22    a school.  Can you give me a more detail about that

23    particular report from a school?

24        A    No.  I haven't recorded -- I don't recall

25    particulars.                                           03:00:17
```

                                                    Page 217

```
1      Q   Of any of the media reports that you're
2   referencing, you don't recall particulars?
3      A   Not -- not at this time, no.  Those, I
4   haven't been accumulating.
5      Q   Okay.  Can you please turn to page 27 of your   03:00:27
6   report?
7      A   Got it.
8      Q   Great.  And so if you look at paragraph 69,
9   you state the following, quote, (as read):
10         "...a child experiencing depression         03:00:48
11         from social isolation might develop
12         hope—" --
13      A   I'm sorry, where did you say you were?
14      Q   Oh, apologies.  It's the end of page 26, top
15   of page 27.  It's the sentence beginning "For          03:01:03
16   example."
17      A   Got it.
18      Q   Apologies.  So let me read that again.
19         So you state, quote, (as read):
20         "For example, a child experiencing          03:01:13
21         depression from social isolation
22         might develop hope—and the
23         unrealistic expectation—that
24         transition will help them fit in,
25         this time as and with the other          03:01:27
```

                                              Page 218

```
 1              sex."
 2          Did I read that accurately?
 3      A   Yes.
 4      Q   So what is the basis of this opinion?
 5          MR. TRYON:  This is Dave Tryon.          03:01:37
 6      I'm just going to object that this is one
 7      sentence out of an entire paragraph.
 8          COUNSEL SWAMINATHAN:  Your objection is
 9      noted, Counsel.
10  BY COUNSEL SWAMINATHAN:                          03:01:50
11      Q   Dr. Cantor, you can answer.
12      A   It's an explanation -- I offer it as a
13      possible explanation which accounts for all of the
14      existing observations.
15      Q   Are you aware of any study that shows that a  03:01:59
16      child experiencing depression from social isolation
17      might develop hope and the unrealistic expectation
18      that transition will help them fit in?
19      A   No.  That particular hypothesis hasn't
20      been -- hasn't been tested.                  03:02:17
21      Q   Have you spoken to anyone about this
22      hypothesis?
23      A   Oh.  Yes, relatively and commonly.
24      Q   Okay.  Can you please turn to page 53 of your
25      expert report?                               03:02:35
```

Page 219

```
 1      A   Yes.

 2      Q   Great.  And so do you see that it's titled

 3   "References" at the top of the page?

 4      A   Yes.

 5      Q   Great.  And so pages 53 to 61 of your report    03:02:56

 6   includes a list of articles that you cite to in your

 7   report, and I've done my best to count them, but

 8   there are 106 articles cited in your report.

 9         Do you see that?

10      A   I didn't count them either, but that sounds    03:03:18

11   about right.

12      Q   Okay.  How did you find these articles?

13      A   Oh.  I've been accumulating these articles

14   throughout my career, starting with my education and

15   the classic -- and the classic articles with them,    03:03:33

16   and then I read new ones as they come out and get

17   discussed within my field.

18      Q   So you found every single one of these

19   articles in your references list.  Is that accurate?

20      A   Yes.  Yes.  Yes, it is.                         03:03:47

21      Q   None of these articles were provided to you

22   by some other source?

23      A   Oh.  I can't recall if there was a particular

24   e-mail from a colleague who told me, have you seen

25   this or that article.  I would -- I can't remember    03:04:03
```

Page 220

```
 1    specifics, but I would not be at all surprised if I

 2    received one of these articles as a manuscript, as a

 3    peer reviewer, before even it was published.

 4          Also, very commonly in science, it's a

 5    scientist spending many, many years releasing study   03:04:22

 6    after study, and before the study comes out, there

 7    are poster conferences and conference presentations.

 8    So I'm aware that they are coming even before --

 9    long before they come in print.

10          So there are those indirect methods that --     03:04:34

11    that are possible.

12       Q    But no one sent you any of these articles in

13    connection with your preparation of this report;

14    right?

15       A    No.  Yes, that is correct, no one has.         03:04:45

16       Q    Okay.  So you said you accumulated this list

17    of articles over the course of your career; right?

18       A    Yes.

19       Q    You've known about the existence of many of

20    these articles well before agreeing to serve as an     03:05:02

21    expert in this case; right?

22       A    Most of them, yes.

23       Q    Most of them.

24          So when did you begin your research for

25    drafting the expert report, version 2022?              03:05:13
```

Page 221

```
 1        A    It would have been within a few days after I

 2    first received the -- the request to participate at

 3    all.

 4        Q    Okay.  And so have you read every article

 5    included in this list?                              03:05:36

 6        A    Yes, I have, with the caveat that some of

 7    them are standard reference texts where only certain

 8    portions of the text are relevant.

 9        Q    Okay.  And so when you were looking for

10    articles to include in your report, had you already  03:05:53

11    formed an opinion about whether transgender women

12    and girls have an athletic advantage over cisgender

13    women?

14           MR. BARHAM:  Objection as to scope and

15    terminology.                                        03:06:05

16           THE WITNESS:  I was already very, very well

17    aware of the state of the literature before I

18    received any notice of this particular case than

19    when I -- so it was on the basis of the knowledge of

20    the literature that I already had that gave me, you  03:06:36

21    know, some idea of what the liter- -- literature had

22    and then my searching for any other articles,

23    including articles that weren't relevant or weren't

24    part of this particular question that I continued to

25    accumulate, and I found nothing that changed my mind 03:06:59
```

Page 222

```
 1    as I was doing research for this case.

 2    BY COUNSEL SWAMINATHAN:

 3        Q   So prior to this case, what -- what was and,

 4    I guess, in your testimony now, continues to be your

 5    opinion on whether transgender women and girls have    03:07:18

 6    an athletic advantage over cisgender women?

 7        A   I wasn't --

 8            MR. BARHAM:  Objection as to scope.

 9            THE WITNESS:  I wasn't asked that question as

10    part of this report.                                   03:07:28

11    BY COUNSEL SWAMINATHAN:

12        Q   Do you have any opinion on that question

13    outside of, you know, your involvement in this case?

14        A   Only my other knowledge -- my other knowledge

15    of the studies that had been done on male and female   03:07:46

16    child performance.

17        Q   Do any of these 106 or so articles relate to

18    athletic performance?

19        A   No.  I wasn't asked to summarize that part of

20    the literature.                                        03:08:02

21        Q   Okay.  And just to be clear, do you think

22    this list of articles is comprehensive of the

23    existing research on transgender children and

24    adolescents?

25        A   I would say comprehensive in scope and topic,  03:08:15
```

Page 223

```
 1    that is, the range of -- of the facts that are

 2    listed -- listed in it, but, again, I wasn't asked

 3    to do it specifically on athleticism.

 4       Q   Leaving aside athleticism, do you think this

 5    list of articles accurately captures the most        03:08:35

 6    reputable studies on transgender children and

 7    adolescents?

 8       A   Yes, I think that --

 9           MR. TRYON:  Objection.

10       A   I think that would be fair to say, yes.       03:08:47

11    BY COUNSEL SWAMINATHAN:

12       Q   Okay.  Do you think these are articles that

13    you have not included in this list that may present

14    data that is contrary to your report?

15       A   No, there isn't.                               03:08:58

16       Q   Okay.  Do you think there are articles that

17    you have not included in this list that may reach

18    conclusions that are contrary to your report?

19       A   There exists such conclusions, and they've

20    been published.  I would have to check to see to     03:09:21

21    what extent those are merely opinions in -- in

22    letters and commentaries, for example, opposed to

23    derived from -- derived as conclusions from specific

24    data.

25       Q   So your testimony is that there may be some   03:09:40
```

Page 224

```
 1    studies that reach conclusions that are contrary to

 2    your report?

 3          MR. BARHAM:  Objection as to form and scope.

 4          THE WITNESS:  No.  The opposite.  It's -- I'm

 5    not aware of any studies that are based on data that    03:09:50

 6    contradict these, although people may have expressed

 7    contradictory opinions.

 8    BY COUNSEL SWAMINATHAN:

 9      Q   Via letter and commentary; is that correct?

10      A   Correct.                                          03:10:01

11      Q   Okay.  Great.

12          Can you please turn to page 24 of the same

13    exhibit, so continuing with your report.

14      A   Got it.

15      Q   Great.  And so the heading above paragraph 62    03:10:22

16    of your report -- it starts with the letter "c" --

17    says, quote, (as read):

18          "Studies by other clinicians in

19          other countries have failed to

20          reliably replicate the positive             03:10:39

21          components of the results reported

22          by the Dutch clinicians in de Vries

23          et al. 2011."

24          COUNSEL SWAMINATHAN:  And for the court

25    reporter, that's D-E, space, capital V-R-I-E-S.        03:10:49
```

Page 225

```
 1     BY COUNSEL SWAMINATHAN:

 2         Q    Do you see that?

 3         A    Oh, you're talking to me?

 4             Yes, I do.

 5         Q    I'm sorry.  Yes.                      03:10:59

 6             What did you mean by this?

 7         A    Exactly what it says.  There was initially

 8     some research demonstrating improvement among these

 9     kids after transition, but when other countries and

10     other facilities tried to do it, they were unable to  03:11:17

11     replicate those results.  They were not finding

12     improvement.

13         Q    So what are the positive components of the

14     results reported by the Dutch clinicians in

15     de Vries, et al., 2011?                        03:11:33

16         A    They reported some improvements in some

17     psychological parameters and social function.

18         Q    Any other positive components?

19         A    I would have to reread the original to see if

20     that's an exhaustive list, but they were essentially  03:11:46

21     all of those.

22         Q    Are you aware that there are additional

23     scientific peer-reviewed studies showing the

24     positive effects of gender-affirming care?

25         A    Yes, there are.                       03:12:00
```

Page 226

```
 1        Q   Okay.  So are you aware of the 2022 Tordoff,
 2   et al., study titled "Mental Health Outcomes in
 3   Transgender and Nonbinary Youths Receiving
 4   Gender-Affirming Care"?
 5        A   Yes, I am.                              03:12:17
 6            COUNSEL SWAMINATHAN:  Okay.  I'm going to
 7   introduce tab 8, which has been marked as
 8   Exhibit 50.
 9            (Exhibit 50 was marked for identification
10        by the court reporter and is attached hereto.)  03:12:45
11   BY COUNSEL SWAMINATHAN:
12        Q   Let me know when you're able to see it,
13   Dr. Cantor.
14        A   I am.
15        Q   Okay.  Great.                          03:12:54
16            And you can see at the top that this study
17   was conducted by Diana Tordoff, Jonathon Wanta,
18   Arin Collin, Cesalie Stepney, David Inwards-Breland,
19   and Kim Ahrens; is that correct?
20        A   Yes, that's what I see.                03:13:13
21        Q   Are you familiar with any of these people?
22        A   No, I'm not.
23        Q   You don't have any personal connections to
24   any of these people; right?
25        A   Correct.                               03:13:26
```

Page 227

```
 1       Q    Okay.  Do you agree that the Journal of

 2   American Medical Association is a highly respected

 3   publication?

 4       A    That's not this journal.

 5       Q    Oh, apologies.  The JAMA Network.          03:13:39

 6            Do you agree that the JAMA Network is a

 7   highly respected entity?

 8       A    No, it is not.  It's relying on the fame of

 9   JAMA itself.

10       Q    It's relying on the fame of what?  I        03:13:55

11   apologize.

12       A    JAMA, the Journal of the American Medical

13   Association.  This is an online offshoot of that.

14       Q    Okay.  And you don't know whether these

15   researchers are highly respected researchers in the  03:14:04

16   field, right, because you don't know who they are?

17       A    Correct.

18       Q    Okay.  Do you know whether this particular

19   study is a peer-reviewed publication?

20       A    To the best of my knowledge, it is.         03:14:19

21       Q    Okay.  Are you aware that this study found

22   that gender-affirming care was associated with

23   60 percent lower odds of moderate or severe

24   depression and 73 percent lower odds of suicidality

25   over a 12-month follow-up?                           03:14:37
```

                                                    Page 228

1      A   Not in the way that you said you were going

2  to use the meaning of the word "care," no.

3      Q   So what -- what did you understand this study

4  to find in the way that you would identify care?

5      A   Well, these kids were -- were receiving    03:14:53

6  medical care, and 65 percent of them were also

7  receiving psychotherapy at the same time.

8      Q   So for purposes of the question I'm asking

9  you, can you understand gender-affirming care to

10  include psychotherapy and medical care?  Is that    03:15:09

11  fair?

12      A   For the purpose of this question?  Sure.

13         MR. BARHAM:  Objection to terminology.

14  BY COUNSEL SWAMINATHAN:

15      Q   Let me repeat my question, then.    03:15:16

16         Are you aware that this study found that

17  gender-affirming care, both psychotherapy and

18  medical care, was associated with 60 percent lower

19  odds of moderate or severe depression and 73 percent

20  lower odds of suicidality over a 12-month follow-up?   03:15:29

21      A   I'm aware that that was their conclusion,

22  yes.

23      Q   Okay.  And at the time you authored your

24  report, were you aware of those studies?

25      A   No.  It had not yet come out.    03:15:43

```
 1        Q   Okay.  And are you aware of the 2021 Green,
 2   et al., study titled "Association of
 3   Gender-Affirming Hormone Therapy With Depression,
 4   Thoughts of Suicide, and Attempted Suicide Among
 5   Transgender and Nonbinary Youth"?               03:16:01
 6        A   Yes, I am.
 7        Q   Great.
 8            COUNSEL SWAMINATHAN:  I'm going to introduce
 9   tab 9, which is going to be marked as Exhibit 51.
10            It should pop up on your screen shortly.   03:16:19
11            (Exhibit 51 was marked for identification
12         by the court reporter and is attached hereto.)
13   BY COUNSEL SWAMINATHAN:
14        Q   And as you pull that up, Dr. Cantor, I just
15   want to confirm, did you identify the Tordoff study   03:16:37
16   as a part of your continued update to the literature
17   that you were doing before sitting for this
18   deposition?
19        A   Well, as I say, that -- that study only just
20   came out.  It -- it wasn't available when I         03:16:58
21   submitted my study.  And then I became notified of
22   its existence, you know, when it did -- first came
23   out, but my -- but my -- I shouldn't have said
24   "study."  Report.  I'm sorry.  But my report was
25   already submitted when it did come out.  So --      03:17:12
```

                                          Page 230

```
 1        Q    I -- I --

 2        A    -- had my report been due in six months, it

 3    would have been edited.

 4        Q    I understand that.  I just meant in the

 5    review that you said you did in preparing for this      03:17:21

 6    deposition, was this one of the studies that you had

 7    reviewed prior to sitting for this deposition?

 8        A    The Green study?

 9        Q    The Tordoff study.

10        A    Oh, the -- the Tordoff study?                   03:17:33

11             Again, didn't exist when I prepared.

12        Q    Okay.  So it's -- it didn't exist in the past

13    few weeks?

14        A    The --

15        Q    Tordoff study.                                  03:17:43

16        A    When you said in preparation, do you mean for

17    sitting here physically today, or do you mean for my

18    submitted report?

19        Q    I mean for sitting here physically today.

20        A    For sitting here physically today, I did -- I   03:17:54

21    did review Tordoff, yes.

22        Q    Got it.  Okay.  Thank you.

23             And now we can turn our attention to the 2021

24    Green study, and as you can see, the authors of this

25    study are Amy Green, Jonah DeChants, Myeshia Price       03:18:13
```

Page 231

```
 1    and Carrie Davis.

 2         Do you see that?

 3    A   Yes, I do.

 4    Q   Are you familiar with any of these

 5    individuals?                                    03:18:27

 6    A   Not meaningfully.  Myeshia Price, I think I

 7    had a three e-mail exchange with a few years ago.

 8    Nothing substantive or relevant to today's case.

 9    Q   Your e-mails did not pertain to transgender

10    people or gender dysphoria at all?                03:18:47

11    A   They did pertain to transgender individuals,

12    not athleticism, not today's case, but I couldn't --

13    I don't recall what aspects of gender dysphoria the

14    discussion was.

15    Q   Do you remember if the discussion was focused  03:19:05

16    on adults suffering from gender dysphoria?

17    A   I don't recall.

18    Q   Okay.  That's fair.

19         And so do you see that the study was

20    published -- or accepted on October 28, 2021?  And  03:19:19

21    do you agree that the Journal of Adolescent Health

22    is a highly respected publication?

23    A   Yes, to the best of my knowledge.

24    Q   Is it a peer-reviewed publication?

25    A   So far as I know.                              03:19:36
```

                                              Page 232

```
 1        Q   So are you aware that this study found that
 2   access to gender-affirming hormones during
 3   adolescence was associated with lower odds of recent
 4   depression and having attempted suicide in the past
 5   year?                                            03:19:55
 6        A   In a retrospective survey, I'm aware of that,
 7   yes.
 8        Q   Yes.  At the time you authored your report,
 9   were you aware of this study?
10        A   Yes, I was.                             03:20:02
11        Q   Did you cite this study in your report?
12        A   No, I did not.
13        Q   Why didn't you cite this Green 2021 study in
14   your report?
15        A   It's not -- it's not methodologically sound  03:20:16
16   enough.  This was a retrospective instead of a
17   prospective study.  Retrospective studies are not
18   able to come to the kind of conclusions that -- that
19   are not -- retrospective studies are only able to
20   produce correlations.  We cannot, from a            03:20:38
21   correlation, say anything about causality.
22        Q   Do you cite any retrospective studies in your
23   report?
24        A   I would have to go through and check.
25        Q   Off the top of your head, can you think of   03:20:59
```

Page 233

```
 1    any retrospective studies you may have cited in your
 2    report?
 3        A   I can't think of one offhand, no.
 4        Q   Were any of the 11 studies that you mentioned
 5    that support your theory of desistance retrospective   03:21:17
 6    studies?
 7        A   No.  It was -- specifically was of
 8    prospective studies.
 9        Q   Okay.  And so it's your testimony that none
10    of the studies that you've cited in your report are    03:21:31
11    retrospective; right?
12            MR. BARHAM:  Objection as to form and
13    terminology.
14            THE WITNESS:  No.  I just can't recall
15    offhand if any were.                                   03:21:41
16    BY COUNSEL SWAMINATHAN:
17        Q   So there may be some retrospective studies
18    that you rely on in drafting your report?
19            MR. TRYON:  Objection.
20            THE WITNESS:  Yes.  But not from making a       03:21:51
21    causal conclusion.
22    BY COUNSEL SWAMINATHAN:
23        Q   Okay.  And are you aware of the 2012 Achille,
24    et al., study titled "Longitudinal impact of
25    gender-affirming endocrine intervention on the         03:22:06
```

Page 234

```
 1    mental health and well-being of transgender youths"?

 2        A   Yes, I am.  It's cited in my report.

 3        Q   Great.  Would --

 4            COUNSEL SWAMINATHAN:  I'm going to introduce

 5    tab 10, which I believe now marks Exhibit 52.        03:22:21

 6            (Exhibit 52 was marked for identification

 7             by the court reporter and is attached hereto.)

 8    BY COUNSEL SWAMINATHAN:

 9        Q   And let me know when you're able to see it,

10    Dr. Cantor.                                         03:22:52

11        A   Yes, I can see.

12        Q   Okay.  Great.

13            So this study is published in the

14    International Journal of Pediatric Endocrinology;

15    correct?                                            03:23:14

16        A   Yes, it is.

17        Q   And is -- the authors are Chris- --

18    Christal Achille -- I apologize if I'm

19    mispronouncing that -- Tenille Taggart, Nicholas

20    Eaton, Jennifer Osipoff, Kimberly Tafuri, Andrew    03:23:15

21    Lane and Thomas Wilson.

22            Do you see that?

23        A   Yes, I do.

24        Q   Are you familiar with any of these

25    individuals?                                        03:23:37
```

Page 235

```
 1        A    No, I'm not.

 2        Q    Okay.  And it looks like this study was

 3   conducted in 2020, at some point.  I don't see the

 4   date on it.

 5             But is it fair to say that it was -- it came    03:23:54

 6   out in 2020?

 7        A    The -- the study was conducted between 2013

 8   and 2018.

 9        Q    But the results were published, apologies, in

10   2020?                                                     03:24:08

11        A    It came out in print in 2020.

12        Q    Okay.  And have you read this study before?

13        A    Yes, I have.

14        Q    And are you aware that is study found that

15   endocrine intervention was associated with decreased     03:24:23

16   depression and suicidal ideation and improved

17   quality of life for transgender youth?

18        A    I'm aware that that's what the paper said,

19   yes.

20        Q    And at the time you authored your report,      03:24:33

21   were you aware of this study?

22        A    Yes, I was.

23        Q    And you cite this study in your report;

24   right?

25        A    Correct.                                        03:24:43
```

                                                    Page 236

```
 1      Q   Why didn't you cite this particular

 2   conclusion drawn from the study, that the endocrine

 3   intervention was associated with decreased

 4   depression and suicidal ideation and improved

 5   quality of life for transgender youth?          03:25:00

 6      A   Because the improvements are also plausibly

 7   attributed -- attributable to the psychotherapy that

 8   the clients were -- that the patients were getting.

 9      Q   But, Dr. Cantor, isn't it true that no study,

10   including the Dutch study, had a control group of   03:25:17

11   people who received solely therapy, but no blockers

12   or hormones?

13      A   That is not correct.

14      Q   Which -- can you tell me what study has a

15   control group of people who received therapy, but no  03:25:29

16   blockers and hormones?

17      A   Costa, et al., 2015.

18      Q   Can you spell that for the court reporter?

19      A   C-O-S-T-A --

20      Q   Uh-huh.                                    03:25:37

21      A   -- et al.

22      Q   2015?

23      A   Yes.

24      Q   Am I accurate in saying that the Dutch

25   protocol did not have a control group of people who  03:25:49
```

Page 237

```
 1   received therapy, but no blockers and hormones?

 2       A   That is correct.

 3       Q   And so would you agree that this Achille

 4   study is similarly situated to the Dutch protocol,

 5   in terms of what -- in terms of the two                 03:26:07

 6   interventions, both psychotherapy and hormone

 7   treatment, occurring at the same time?  Is that fair

 8   to say?

 9       A   No, it's not.  The research method being used

10   is not related to the clinical method being used.       03:26:23

11   The research method is how one analyzes what's been

12   doing clinically.

13       Q   Okay.  So you mentioned that Costa, et al.,

14   2015, does have a control group.  Are there any

15   other studies that you can think of?                    03:26:40

16       A   No, not offhand.

17       Q   Okay.  And are you aware of the 2020 Kuper,

18   et al., study titled "Body Dissatisfaction and

19   Mental Health Outcomes of Youth on Gender-Affirming

20   Hormone Therapy"?                                       03:27:04

21       A   I believe that one's in my report also.

22           Can I refer to it just a second?

23       Q   Absolutely.

24           COUNSEL SWAMINATHAN:  I will introduce it as

25   tab 11, which is Exhibit 53.                            03:27:16
```

Page 238

```
 1              (Exhibit 53 was marked for identification

 2         by the court reporter and is attached hereto.)

 3         THE WITNESS:  Oh, no, I meant my report.

 4    BY COUNSEL SWAMINATHAN:

 5      Q   Oh, sure.  Feel free to reference your        03:27:20

 6    report.

 7         Do you see Exhibit 53, in the share?

 8         MR. BARHAM:  Counsel, the witness is still

 9    looking at his expert report, I see.

10         COUNSEL SWAMINATHAN:  Oh, apologies.  I'm      03:28:08

11    unable to see his hands by the --

12         MR. BARHAM:  It's okay.

13         THE WITNESS:  All right.  Got it.  Okay.

14    Ready.  Yes, Kuper.

15    BY COUNSEL SWAMINATHAN:                             03:28:19

16      Q   No problem.

17         So, again -- so this study is conducted by

18    Laura Kuper, Sunita Stewart, Stephanie Preston,

19    May Lau and Ximena Lopez.

20         Do you see that?                               03:28:33

21      A   One second.  We need to switch windows.

22      Q   No problem.

23      A   Yes, I have it.

24      Q   Okay.  Are you familiar with any of those

25    individuals?                                        03:29:00
```

Page 239

```
 1        A    No, I am not.

 2        Q    And so this study was downloaded from the

 3   American Academy of Pediatrics; is that correct?

 4             You can see that --

 5        A    It was published in the journal Pediatrics    03:29:25

 6   which is owned by the American Association of

 7   Pediatrics.

 8        Q    Yes, apologies.

 9             I was just pointing towards the bottom of the

10   page where it says this particular article was         03:29:35

11   downloaded from www.aappublications.org/news, and it

12   was accepted for publication on December 6, 2019.

13             Do you see that?

14        A    Yes, I do.

15        Q    Okay.  Is this a peer-reviewed publication?   03:29:55

16        A    Yes, it is.

17        Q    Okay.  And are you aware that the results of

18   this study show that hormone therapy for youth is

19   associated with reducing body dissatisfaction and

20   modest improvements in mental health?                   03:30:09

21        A    That's not what I would call the whole truth.

22        Q    What would you call the whole truth?

23        A    That this group of patients were -- were

24   given many, many different mental health factors.

25   The majority of those showed no differences, but the    03:30:30
```

                                                Page 240

```
 1    report and the media reports about this are only

 2    talking about the positive ones, despite that there

 3    was no difference -- that there was generally no

 4    difference.

 5        Q   You said that this study has faced media        03:30:42

 6    criticisms.  Is that fair?

 7        A   Media attention, I would say.

 8        Q   Media attention.

 9            What outlets of media have reported that

10    there were no positive results from this study?       03:30:57

11        A   I didn't say that there were media reports

12    saying no positive results.  The reverse.  The media

13    had been reporting only the positive results.

14        Q   So there were positive results as a result of

15    this study; right?                                     03:31:14

16            MR. TRYON:  Objection.

17            THE WITNESS:  Some of the measures indicated

18    positive results, but when one -- when one runs

19    many, many, many statistical tests, some of them

20    will always look like they're positive.                03:31:26

21    BY COUNSEL SWAMINATHAN:

22        Q   I see.  But it's fair to say that there were

23    positive results reported from the study; right?

24        A   No, I'm not sure that is fair to say.  As I

25    say, it's a statistical property that if you roll      03:31:42
```

Page 241

```
 1    the dice enough times, you will eventually get snake

 2    eyes.  If you only report the snake eyes and fail to

 3    report everything else, it's not fair to say that

 4    you actually caused snake eyes.

 5       Q   Dr. Cantor, so it's your testimony today that    03:31:58

 6    there are no positive results from this Kuper 2020,

 7    et al., study?

 8           MR. BARHAM:  Objection as to form.

 9           THE WITNESS:  No, that's not my testimony

10    either.                                                 03:32:10

11    BY COUNSEL SWAMINATHAN:

12       Q   So your testimony is what, that there -- you

13    just --

14       A   The positive results they found are easily

15    attributable to a statistical fluke or game plan        03:32:19

16    rather than an actual reflection of changes in the

17    actual age and groups.

18       Q   Okay.  So that method also applies to studies

19    showing negative reports; right?

20       A   The principle applies to -- no, it does not.     03:32:38

21    The problem of false positives only applies to

22    positive results.

23       Q    Interesting.  So it then isn't true for the

24    negative results of other studies, but it only

25    applies to the false positives.  Is that your           03:32:59
```

Page 242

```
 1    testimony?

 2       A   Not exactly.  I think we're using the word

 3    "negative" in different ways.

 4       Q   Okay.

 5       A   In statistics, the word "negative" means we      03:33:11

 6    didn't find anything.  Everything stays flat.

 7    Everything remains exactly where it was.

 8           I'm wondering if you're using the word

 9    "negative" to mean unfortunate or deleterious.

10       Q   No, I think -- I think I -- I understand       03:33:25

11    your -- the way you've been using "negative," so --

12       A   Okay.  In statistics, it is indeed true that

13    the methods used to find positive results are

14    different from the ones that we use for analyzing

15    negative results.  They are not equal.              03:33:38

16       Q   Okay.  And are you aware of the 2020

17    van der Miesen, et al., study titled "Psychological

18    Functioning in Transgender Adolescents Before and

19    After Gender-Affirmative Care Compared With

20    Cisgender General Population Peers"?                03:33:58

21       A   Yes, I am.  It also is in my report.

22           COUNSEL SWAMINATHAN:  I'm going to introduce

23    tab 12, which will be Exhibit 54.

24           (Exhibit 54 was marked for identification

25           by the court reporter and is attached hereto.)  03:34:06
```

Page 243

```
 1            THE WITNESS:  Hang on.  If I can just refer
 2    to my report again for the van der Miesen section.
 3    BY COUNSEL SWAMINATHAN:
 4        Q    No problem.  I can speed it up for you and
 5    say that you have cited this report on page 25 and      03:34:19
 6    26.
 7        A    Perfect.  Thank you.
 8        Q    No problem.
 9            Just a -- one more question regarding the --
10    the statistics we were just talking about.  So --      03:34:37
11        A    One second.
12            Okay.  I'm ready.
13        Q    Is your -- is it your understanding that data
14    can be skewed or explained by alternate causation in
15    all of these studies?                                   03:34:59
16        A    I don't think you're using the word "skew"
17    the way we use it in statistics.
18            Can you phrase the question a different way?
19        Q    Sure.  Isn't it possible that data can be
20    represented or explained by alternative causation in    03:35:19
21    all of these studies?
22            MR. TRYON:  Objection; form of the question.
23            THE WITNESS:  I don't know what you mean by
24    alternative causality, was it, you said?
25    ///
```

Page 244

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    Yeah, of -- you know, you said earlier that,

 3    you know, there -- there are alternate reasons for

 4    why some studies -- some of the results of certain

 5    studies may be misrepresented in how the results are    03:35:46

 6    presented; right?

 7        A    Some people will cherry-pick which results

 8    they report, yes.

 9        Q    Right.  And so are you saying that, you know,

10    if you roll the dice enough times, you can get          03:36:02

11    results that you want and that's what some of these

12    researches have done?

13        A    Yes, that's true.

14        Q    Yeah.  And isn't that true that that's a

15    possibility for all studies?                            03:36:20

16        A    Yes, it is.

17             MR. TRYON:  Objection.

18    BY COUNSEL SWAMINATHAN:

19        Q    Okay.

20        A    Yes, it is.  And in figuring out what the       03:36:26

21    probability of that happening is for any particular

22    study is itself an important branch of statistics.

23        Q    And so I think you have Exhibit 54 up, is

24    that correct, the van der Miesen study?

25        A    Yes.                                            03:36:49
```

Page 245

```
  1        Q   Great.  So this study was conducted -- or it

  2    looks like it was a team of van der Miesen,

  3    Steensma, de Vries, Bos and Popma, is that correct,

  4    as the -- the authors of this study?

  5        A   Yes, it is.                              03:37:13

  6        Q   Okay.  And do you know any of these folks?

  7        A   No.  I've never met anybody.

  8        Q   Okay.  And so this study was published in

  9    2020 in the Journal of Adolescent Health; is that

 10    right?                                           03:37:27

 11        A   Yes, it is.

 12        Q   And are you aware that the results of this

 13    study showed fewer emotional and behavioral problems

 14    after puberty suppression and similar or fewer

 15    problems compared to same-age cisgender peers?     03:37:38

 16        A   Yes, I am.

 17        Q   Okay.  And at the time you authored your

 18    report, were you aware of this study?

 19        A   Yes, I was.  It's referenced in it.

 20        Q   Did you reference this finding in your      03:37:56

 21    report?

 22        A   I -- I referenced the finding and also

 23    then -- the people in this clinic also received

 24    psychotherapy along with their medical care.

 25        Q   Similar to the Dutch study; right?         03:38:10
```

                                                    Page 246

```
 1        A    This is one of the Dutch studies.

 2        Q    This is a later version; correct?

 3        A    That's right.

 4        Q    2020.

 5             And are you -- actually, we -- we just spoke    03:38:24

 6   about the 2015 Costa, et al., article; right?  So I

 7   assume you are familiar with "Psychological Support,

 8   Puberty Suppression and Psychosocial Functioning in

 9   Adolescents with Gender Dysphoria"?

10        A    That is correct.                                03:38:40

11        Q    Okay.

12             COUNSEL SWAMINATHAN:  I'm going to introduce

13   tab 13, which will be marked as Exhibit 55.

14             (Exhibit 55 was marked for identification

15              by the court reporter and is attached hereto.)  03:38:44

16   BY COUNSEL SWAMINATHAN:

17        Q    And I'll represent to you that you do cite

18   this study as well in your report, on page 22, if --

19   if you would like to reference that, but I won't be

20   referring to your report in asking my questions.        03:39:11

21             MR. BARHAM:  Do you want the report?

22             THE WITNESS:  No.  I'm fine with this.

23             I see it.

24   BY COUNSEL SWAMINATHAN:

25        Q    Great.  And so let's look at the authors of    03:39:21
```

Page 247

```
 1    this study.  It's Rosalia Costa, Michael Dunsford,
 2    Elin Skagerberg, Victoria Holt, Polly Carmichael and
 3    Marco Colizzi.
 4         Do you see that?
 5    A   Yes, I do.                                    03:39:40
 6    Q   Do you know any of these folks?
 7    A   No, I don't.
 8    Q   Okay.  And this study was published in the
 9    Journal of Sexual Medicine; is that correct?
10    A   Yes, it is.                                   03:39:48
11    Q   Do you agree that the Journal of Sexual
12    Medicine is a highly respected publication?
13    A   No, I don't.
14    Q   Why do you disagree?
15    A   I had interactions with not the current       03:40:08
16    editor, but the prior editor of the journal.
17    Together with reviews and instructions to peer
18    reviewers, he asked specifically that authors
19    increase the number of papers citing that particular
20    journal and manuscripts sent to that journal which   03:40:28
21    would elevate that journal's -- it's called an
22    impact factor.  The number of citations to studies
23    in it is a measure of how important the journal is.
24         So the prior editor was trying to gain the
25    system.  So at that point, I refused any further    03:40:45
```

Page 248

```
 1    contact with the -- with the journal itself or that

 2    editor.

 3            As I said, there's a new editor.  I have had

 4    some contact with -- with the new editor, who no

 5    longer participates in that policy, but I remain      03:40:52

 6    rather skeptical of the journal itself.

 7       Q   Have you ever submitted any of your studies

 8    to be published in the Journal of Sexual Medicine?

 9       A   I don't recall.  If I did, it would have been

10    one soon after the journal started.                  03:41:18

11       Q   Okay.  And is this Journal of Sexual Medicine

12    a peer-reviewed publication?

13       A   Yes, it is.

14       Q   And are you aware that the results of this

15    study found increased psychological function after   03:41:36

16    six months of puberty suppression in adolescents

17    with gender dysphoria?

18       A   I'm aware that that's what it reported.

19       Q   Did you include that finding in your report?

20       A   Yes, I did, together with the caveat that     03:41:51

21    becau- -- that they were also receiving mental

22    healthcare at the same time.

23            This -- this paper didn't have a medical

24    care -- medical care only.

25       Q   Okay.  And are you aware of the 2014          03:42:07
```

Page 249

1    de Vries, et al., study titled "Young Adult

2    Psychological Outcome After Puberty Suppression and

3    Gender Reassignment"?

4        A    Yes, I am.

5            COUNSEL SWAMINATHAN:   I'm going to introduce      03:42:25

6    tab 14, which will be marked as Exhibit 56.

7            (Exhibit 56 was marked for identification

8            by the court reporter and is attached hereto.)

9            THE WITNESS:   I have it.

10   BY COUNSEL SWAMINATHAN:                                    03:42:50

11       Q    Great.   And so let's look at the authors.

12   There's Annelou de Vries, Jenifer McGuire,

13   Thomas Steensma, Eva Wagenaar, Theo Doreleijers and

14   Peggy Cohen-Kettenis.

15           Do you see that?                                   03:43:11

16       A    Yes, I do.

17       Q    Are you familiar with any of these folks?

18       A    By reputation only.

19       Q    Who are you familiar with by reputation?

20       A    De Vries, because of the number of studies        03:43:21

21   that -- that they've been involved with, and

22   Dr. Cohen-Kettenis with her -- through her

23   association with Dr. Zucker.

24       Q    Have you met either de Vries or

25   Cohen-Kettenis before?                                    03:43:36

                                              Page 250

```
1        A    No, I have not.

2        Q    Have you communicated with them via e-mail?

3        A    No, I have not.

4        Q    Or by phone?

5        A    No.                                        03:43:45

6        Q    Okay.  And so this study was accepted for

7   publication on July 7th, 2014, and it's published in

8   the Pediatrics journal that we just referred to

9   earlier.

10            Are you aware that this study followed a   03:44:02

11  cohort of transgender young people in the

12  Netherlands, from puberty suppression through

13  surgical treatment?

14       A    Yes, I am.

15       Q    And, in fact, these are some of the same   03:44:12

16  authors who wrote the Dutch study that you

17  described, in great length, in your report; right?

18       A    This is indeed the Dutch team, and it was on

19  the basis of these results that they began forming

20  what we're now calling the Dutch model.          03:44:30

21       Q    And are you aware that this study found that

22  the cohort had global functioning that was

23  equivalent to the Dutch population?

24       A    Yes, I am.

25       Q    And you included this study in your report;  03:44:44
```

Page 251

```
 1    right?

 2        A   Yes, I did.

 3        Q   And did you take similar issue with the fact

 4    that this study did not have a control of folks who

 5    received psychotherapy only?                          03:44:57

 6        A   The issue wasn't that it lacked a group of

 7    psychotherapy only; the problem is that the study

 8    had no method of separating how much of its result

 9    was due to psychotherapy versus due to medical

10    intervention.                                         03:45:27

11        Q   And that's typically done using a control

12    group, though; right?

13        A   That's one of the ways to do that, yes.

14        Q   What are some of the other ways to do that?

15        A   It's an advanced statistical technique called 03:45:38

16    "allocation of variance," essentially.

17        Q   Okay.

18        A   Or there's a better term.  I'll get it.

19    "Covariance analysis."

20        Q   Covariance analysis.                          03:45:57

21            And so is it fair to say that the positive

22    findings of the Dutch study have indeed been

23    replicated?

24        A   No, not meaningfully.

25        Q   What is the difference between having been    03:46:19
```

Page 252

```
 1    replicated and having been replicated meaningfully?
 2      A    Other studies that have attempted to
 3    replicate it have changed parts of the protocol in
 4    one way or another or changed the ways that they
 5    measure the outcomes in order to make direct         03:46:40
 6    comparison difficult.
 7      Q    So the de -- de Vries, as you pronounced it,
 8    2014 study, in your opinion, did not replicate the
 9    positive findings of the Dutch study?
10      A    De Vries, 2014, is the Dutch study.           03:46:57
11      Q    This is -- so I believe we're talking about
12    several Dutch studies at this -- at this point.
13           So you had testified earlier that, I believe,
14    the Dutch study was replicated in 2020 as well; is
15    that correct?                                         03:47:21
16      A    Are you referring to the van der Miesen
17    study?
18      Q    I am, yes.
19      A    No.  The van der Miesen 2020 study, from the
20    Dutch group, would not be fairly called a            03:47:46
21    replication of their own 2011 and 2014 studies.
22      Q    So why isn't it a fair replication?
23      A    It's a different patient sample approaching
24    the clinics now than in the years when -- when the
25    first studies came out.                               03:48:08
```

Page 253

```
 1       Q    What would you say the primary difference in

 2    the patiel -- patient sample is?

 3       A    The psychological profiles, their ages, their

 4    sex ratios.

 5       Q    Any other differences?                      03:48:22

 6       A    Those are the major ones.

 7       Q    Okay.

 8            COUNSEL SWAMINATHAN:  So I'm going to

 9    introduce tab 15, which has been marked as

10    Exhibit 57.                                          03:48:37

11            (Exhibit 57 was marked for identification

12            by the court reporter and is attached hereto.)

13    BY COUNSEL SWAMINATHAN:

14       Q    Let me know when you're able to access it,

15    please.                                              03:49:24

16       A    Yes, I have it now.

17       Q    Great.  And so this is the 2011 Dhejne study;

18    correct?

19       A    It's Swedish.

20       Q    How would you pronounce that?               03:49:39

21       A    Oh, oh, oh, you mean the -- the author's

22    name.  I'm sorry.  You said "Dane," and my brain

23    registered Danish.

24       Q    No.

25       A    Actually, I don't know how to pronounce this  03:49:49
```

Page 254

```
1      author's name.

2          Q    I've heard "Dhejne" for "Dhejne," so I'm

3      going to go with "Dhejne" today.

4              But do you see that this study was conducted

5      by Cecilia Dhejne, Paul Lichtenstein, Marcus Boman,    03:50:01

6      Anna Johansson, Niklas Långström and Mikael Landén?

7              Do you see that?

8          A    Yes.

9          Q    And it's titled "Long-Term Follow-Up of

10     Transsexual Persons Undergoing Sex Reassignment         03:50:13

11     Surgery: Cohort Study in Sweden."

12             Did I read that correctly?

13         A    Yes.

14         Q    You cite this study in your report; correct?

15         A    Yes, I believe I do.  Let me just refer to my   03:50:26

16     own report with context.

17             Do you have the page number offhand.

18         Q    I do.  It's page 5 of your report.

19         A    Thank you.

20             Yes, ready.                                      03:51:10

21         Q    So one of the points for which you cite this

22     study is to say that Swedish patients who underwent

23     gender-affirming firming surgery had a 19.1 times

24     greater suicide rate than the control group; right?

25         A    Yes.                                            03:51:30
```

Page 255

1    Q   Okay.  Beyond the Dhejne study, are you aware

2    of any other authority for that claim?

3    A   Not offhand, no.

4    Q   Okay.  And who is the control group for the

5    Dhejne study?                                    03:51:45

6    A   The Danish population, average.

7    Q   And you understand that the control group

8    consisted of patients without gender dysphoria;

9    right?

10    A   Yes.                                        03:51:58

11    Q   Okay.  So what this Dhejne study compared was

12    the suicide rate for patients who underwent

13    gender-affirming surgery against the general Swedish

14    population; right?

15    A   Correct.                                    03:52:12

16    Q   Okay.  And the suicide rate for patients who

17    underwent gender-affirming surgery was not compared

18    against patients who were transgender, but had no

19    access to medical care; right?

20    A   Correct.                                    03:52:27

21    Q   Okay.  So no one in the control group was

22    transgender; right?

23    A   There's no way to say that.  I would hesitate

24    to call the remain- -- the demographics of the

25    remaining population a control group.  They didn't   03:52:42

                                              Page 256

```
 1    exactly participate at all except via government

 2    statistic.

 3        Q   And they were ten randomly selected control

 4    persons who were matched by sex and birth year;

 5    right?                                              03:52:57

 6        A   I would have to recheck the original study

 7    for the details, but that sounds about correct.

 8        Q   Okay.  You know that there are studies that

 9    find that patients with gender dysphoria who don't

10    undergo gender-affirming surgery have a higher risk   03:53:08

11    of suicide compared to the general population.  Are

12    you aware of that?

13        A   Yes, I am.

14        Q   Okay.  If you could please turn to page 7 of

15    this study.                                          03:53:22

16        A   Yes.

17        Q   And the font size is quite small, but if you

18    look at the left side of the page and the third full

19    paragraph in that left column, it starts with "For

20    the purpose of evaluating."                          03:53:45

21            Can you take a moment to read that paragraph,

22    please?

23        A   Yes.

24        Q   So the authors recognize that persons with

25    gender dysphoria before sex reassignment may differ   03:54:26
```

Page 257

```
 1    from control patients who do not have gender

 2    dysphoria; right?

 3        A    I'm sorry, say that again.

 4        Q    Sure.  The authors of this study recognize

 5    that people with gender dysphoria before sex          03:54:39

 6    reassignment may differ from control patients who do

 7    not have gender dysphoria; right?

 8        A    That is correct.

 9        Q    They say "In other words" -- this is a quote

10    directly from the study (as read):                    03:54:55

11            "In other words, the results should

12            not be interpreted such as sex

13            reassignment per se increases

14            morbidity and mortality."

15            Do you see that?                               03:55:05

16        A    Yes, I do.

17        Q    You agree that this study does not support

18    the conclusion that sex reassignment by itself

19    increases the risk of suicide; right?

20        A    That would be a bizarre conclusion, correct.  03:55:19

21        Q    Okay.  And this study does not support the

22    conclusion that sex reassignment by itself increases

23    risk of other morbidities; right?

24        A    I'm sorry, ask that again.

25        Q    Sure.  This study does not support the       03:55:36
```

                                                    Page 258

```
 1    conclusion that sex reassignment by itself increases

 2    risks of other morbidities; right?

 3        A    By itself, no.

 4        Q    Okay.  And the authors even go on to say

 5    "Things might have been even worse without sex        03:55:54

 6    reassignment."

 7            Do you see that?

 8        A    Yes, I do.

 9        Q    Okay.

10            COUNSEL SWAMINATHAN:  And I'm going to        03:56:05

11    introduce tab 16, which has been marked as

12    Exhibit 58.

13            (Exhibit 58 was marked for identification

14         by the court reporter and is attached hereto.)

15            THE WITNESS:  I have it.                      03:56:40

16    BY COUNSEL SWAMINATHAN:

17        Q    Great.  And so I believe we referenced this

18    study earlier in our conversation.  This is a study

19    titled "Mental Health of Transgender Children Who

20    Are Supported in Their Identities," and the authors   03:56:52

21    are Kristina Olson, Lily Durwood, Madeleine DeMeules

22    and Katie McLaughlin.

23            Do you see that?

24        A    Yes, I do.

25        Q    Are you familiar with any of these authors?  03:57:02
```

Page 259

```
 1        A    No, I am not.

 2        Q    Do you recognize this study?

 3        A    By title, I do.  For content, I need to check

 4    my report again.

 5        Q    Okay.  I'll represent to you that you do cite   03:57:18

 6    this study in your report, and if helpful, I can

 7    point you to the paragraph number.  It's

 8    paragraph --

 9        A    Okay.

10        Q    -- paragraph 15 of your report.  And I'll get   03:57:32

11    the page number for you.  Pages 5 to 6 of your

12    report.

13        A    Hold on.

14             Yeah, I have it.

15        Q    Great.  And so in paragraph 15 of your          03:57:59

16    report, you state, quote, (as read):

17             "Olson's report turned out to be

18             incorrect.  The Olson data were

19             reanalyzed and after correcting for

20             statistical errors in the original          03:58:08

21             analysis, the data instead showed

22             that the gender dysphoric children

23             under Olson's care did, in fact,

24             exhibit significantly lower mental

25             health."                                    03:58:20
```

```
 1              And the cite you have for -- for that

 2      statement is "Schumm & Crawford, 2020: Schumm, et

 3      al., 2019."

 4              Did I read that accurately?

 5          A   Yes, that's correct.                        03:58:34

 6          Q   Okay.  And so is it your understanding that

 7      the Olson data was reanalyzed by Schumm and

 8      Crawford?

 9          A   Yes.

10          Q   Have you independently conducted your own   03:58:47

11      statistical analysis of the Olson data?

12          A   No, I have not.

13          Q   Okay.  Have you asked any other

14      statistician's opinion on whether Olson's

15      statistical analysis was wrong?                     03:59:02

16          A   No, I have not.

17          Q   Okay.  Do you know if Schumm's statistical

18      analysis has ever been questioned in a court of law?

19          A   Not that I know of, no.

20          Q   Okay.                                       03:59:19

21              COUNSEL SWAMINATHAN:  So I'm going to

22      introduce tab 17, which will be marked as

23      Exhibit 59.

24              (Exhibit 59 was marked for identification

25              by the court reporter and is attached hereto.)  04:00:02
```

                                                    Page 261

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   Let me know when you're able to see it.

 3        A   I can see it.

 4        Q   Great.  And so I'll represent to you that

 5    this is a copy of an opinion from the District Court   04:00:11

 6    of Appeal of Florida, Third District, and the title

 7    of the case is Florida Department of Children and

 8    Families, Appellant, versus Adoption of -- in re

 9    Matter of Adoption of X.X.G. and N.R.G., Appellees.

10        Do you see that?                                   04:00:29

11        A   Yes, I do.

12        Q   Are you familiar with this case?

13        A   No, I am not.

14        Q   You don't know what it's about; right?

15        A   Correct.                                       04:00:44

16        Q   Okay.  I'll represent to you that in this

17    case, Dr. Schumm conducted a methodological analysis

18    of the works of psychologists on homosexual

19    parenting.  So this is a case about the adoption of

20    children by a gay parent.  And I'll -- I'll make       04:00:57

21    that representation to you, but also please feel

22    free to review the document in further detail, if

23    you -- if you need to.  But if not, I would like to

24    turn your attention to pages 7 and 8 of the PDF.

25    Start on page 7:                                       04:01:12
```

```
1        A    I'm there.

2        Q    Great.  And so if you could read from "We

3    consider first the Department's experts."  If you

4    could read that paragraph and let me know when you

5    are done.                                            04:01:46

6        A    Just the one paragraph on that page?

7        Q    Yes.  Just on that page.  I just want you to

8    have the understanding that Dr. Schumm was one of

9    the department's witnesses in this case.

10            And then if you turn to the next page,       04:02:06

11   page 8.  If you can read the paragraph -- it's a

12   lengthy paragraph -- on the left-hand side of the

13   page, along with the final paragraph at the bottom,

14   and let me know when you're finished with that, that

15   would be great.                                       04:02:26

16       A    Okay.

17       Q    Okay.  And so what you just read, it states

18   the following (as read):

19            "Dr. Schumm admitted that he applies

20            statistical standards that depart           04:03:34

21            from conventions in the field.  In

22            fact, Dr. Cochran and Dr. Lamb

23            testified that Dr. Schumm's

24            statistical re-analysis contained a

25            number of fundamental errors.              04:03:43
```

Page 263

```
 1          Dr. Schumm ultimately concluded that

 2          based on his re-analysis of the

 3          data, there are statistically

 4          significant differences between

 5          children of gay and lesbian parents        04:03:54

 6          as compared to children of

 7          heterosexual parents.  Dr. Schumm

 8          understands that much of the

 9          scientific community disagrees with

10          his conclusions and concedes to the        04:04:01

11          possibility that some gay parents

12          may be beneficial to some children."

13          Did I read this correctly?

14     A    Yes, as best I can see.

15     Q    Had you previously been aware that Dr. Schumm   04:04:12

16     admitted in a court of law that he applies

17     statistical standards that depart from conventions

18     in the field?

19     A    I'm sorry, is that what I read?

20     Q    You can see it says "Dr. Schumm admitted that   04:04:27

21     he applies statistical standards that depart from

22     conventions in the field," in the middle of page 8.

23     A    Yes, I see it.

24     Q    If you had known this information, would that

25     have affected your thinking about whether Schumm was   04:04:45
```

Page 264

```
 1    a reliable source for the reanalysis of the Olson

 2    data?

 3        A    No, I don't think so.

 4        Q    Why not?

 5        A    Because of the lack of the response from the    04:04:59

 6    original team that he commented on.

 7        Q    What do you mean by that?

 8        A    Olson never replied to Schumm's correction,

 9    and Schumm's correction, in this instance, was

10    published, unlike what's being described in the case    04:05:15

11    you just put before me.

12        Q    And are you aware that there was a correction

13    issued for the 2016 Olson article?

14        A    Yes, I am.

15             COUNSEL SWAMINATHAN:   I'm going to introduce    04:05:28

16    tab 18, which will be marked as Exhibit 60.

17             (Exhibit 60 was marked for identification

18         by the court reporter and is attached hereto.)

19    BY COUNSEL SWAMINATHAN:

20        Q    Let me know when you have the document up.    04:05:58

21        A    I do.

22        Q    Okay.  So I'm going to represent to you that

23    this is an errata of the Olson 2016 "Mental Health

24    of Transgender Children Who Are Supported in Their

25    Identities," and this errata was published in    04:06:08
```

Page 265

```
 1    August 2018, as you can see at the bottom of the

 2    page.

 3        A   Yes.

 4        Q   So if you read the second paragraph on that

 5    page, the only correcting to the article was a           04:06:26

 6    missing comma, not any changes to the statistics in

 7    the Olson analysis; correct?

 8        A   Correct.

 9        Q   And I'm going to ask you to look back at what

10    was previously marked as Exhibit 44 -- sorry --         04:06:38

11    Exhibit 45, which is your report, again, and if you

12    could please turn to page 6.

13        A   Yes.

14        Q   In paragraph 16 of your report, on page 6,

15    you state, quote, (as read):                            04:07:09

16            "I conducted an electronic search of

17            the research literature to identify

18            any responses from the Olson team

19            regarding the Schumm and Crawford

20            re-analysis of the Olson data and         04:07:20

21            was not able to locate any.  I

22            contacted Professor Schumm by email

23            on August 22, 2021 to verify that

24            conclusion, to which he wrote there

25            has been:  'No response [from            04:07:34
```

Page 266

```
 1          Olson].'"

 2          End quote.

 3          Did I read that correctly?

 4      A   Yes.

 5      Q   Did you ever reach out directly to          04:07:41

 6   Kristina Olson regarding the results of this study?

 7      A   No, I did not.

 8      Q   Why not?

 9      A   It wasn't pertinent to my analysis.  Had she

10   had a response, it should have been published.      04:07:58

11      Q   Did you ever reach out to anyone else on the

12   Olson team regarding the results of this study?

13      A   No, I did not.

14      Q   Okay.  Are you aware of the 2021 Gibson,

15   et al., study titled "Evaluation of Anxiety and     04:08:12

16   Depression in a Community Sample of Transgender

17   Youth"?

18      A   Not by title.  Did I cite that one?

19      Q   I don't believe you have included this study

20   in your report.                                     04:08:30

21      A   Okay.

22      Q   But as you said, you may have discovered it

23   in your further research, but I will show it to you

24   so that we are on the same page of what we're

25   talking about.                                      04:08:42
```

Page 267

```
 1          COUNSEL SWAMINATHAN:  So I'm going to

 2     introduce tab 19, which will be marked as

 3     Exhibit 61.

 4          (Exhibit 61 was marked for identification

 5          by the court reporter and is attached hereto.)  04:08:53

 6     BY COUNSEL SWAMINATHAN:

 7      Q    Also, while we're waiting for that exhibit to

 8     load, is there any reason that you felt the need to

 9     reach out to Professor Schumm, but not

10     Kristina Olson, with respect to the Olson study?     04:09:03

11      A    Only that given my known reputation, given

12     that -- the great polarization in the field, I

13     didn't anticipate a cordial or appropriate response

14     from Olson.  It didn't seem to be -- there didn't

15     seem to be a point to me.                            04:09:30

16      Q    What is your known reputation that you

17     referred to in the field?

18      A    I'm known as highly critical of a lot of the

19     claims that people are making.

20      Q    And is that what leads to what you refer to   04:09:41

21     as the great polarization?

22      A    Leads to, no.  I think it's an element of.

23      Q    What are the other elements?

24      A    Well, that the same thing happens to anybody

25     who says anything critical about anybody's thinking  04:09:56
```

Page 268

| | |
|---|---|
| 1 | on either side of such questions. |
| 2 | Q   How do you know that? |
| 3 | A   I'm frequently a target of it.  I'm |
| 4 | frequently in contact with other targets of it.  It |
| 5 | has become one of the most frequently discussed       04:10:19 |
| 6 | issues, not -- in the media and among academics. |
| 7 | Q   So what evidence do you have that you are |
| 8 | frequently a target of this -- you know, the |
| 9 | polarization that you speak of? |
| 10 | A   On social media, the way that my views are       04:10:31 |
| 11 | misrepresented in -- I wouldn't say mainstream |
| 12 | media, but in minority media, I'm frequently |
| 13 | misrepresented in -- in -- in similar ways. |
| 14 | Q   Okay.  And so please let me know if Exhibit |
| 15 | 61 has entered your file share.       04:10:56 |
| 16 | A   Yes, I see it. |
| 17 | Q   Okay.  Great. |
| 18 | So this is a study conducted by Gibson -- |
| 19 | Dominic Gibson, Jessica Glazier and Kristina Olson. |
| 20 | Do you see that?       04:11:17 |
| 21 | A   Yes, I do. |
| 22 | Q   And this was a 2021 study. |
| 23 | Do you see that? |
| 24 | At the bottom of the page, you can -- |
| 25 | A   Yes, I do.       04:11:31 |

Page 269

```
 1      Q   Great.  And so do you see that Kristina Olson

 2   is an author -- one of the authors of this study?

 3      A   Yes, I see.

 4      Q   And you told me that you had not seen this

 5   study before; correct?                            04:11:48

 6      A   Correct.

 7      Q   So I want to give you a second to review the

 8   introduction and perhaps the -- the first page, as

 9   much --

10      A   Okay.  Give me a moment.                   04:12:10

11      Q   Absolutely.

12      A   Yes.

13      Q   Great.  So as you can see, this study has a

14   bigger sample size than the 2016 Olson study;

15   correct?                                          04:14:12

16      A   Yes.

17      Q   And you said you were not aware of this more

18   recent study at the time you authored your report;

19   right?

20      A   I would hesitate to say that I was unaware  04:14:18

21   entirely, but at least when I was going through the

22   literature, it did not fit what I thought was

23   relevant, so I passed it by.

24      Q   Why didn't you think this study was relevant?

25      A   Oh, I thought -- as I said, I imagine in the 04:14:36
```

Page 270

```
 1    mindset then, I still didn't see how it was

 2    relevant -- still don't see exactly how it was

 3    relevant or would add anything above the studies I

 4    already cited.

 5       Q   So it's your testimony that the study didn't    04:14:45

 6    add any new findings or new opinions to the studies

 7    that you had already relied on in offering your

 8    report; right?

 9       A   I would have to read it in full in order to

10    be able to say that for sure.  When you asked had I    04:14:59

11    seen it before, I can't say whether I actually said

12    (sic) it before and rejected it or if I, in fact,

13    hadn't seen it before, for whatever reason.

14       Q   And, Dr. Cantor, do you agree that

15    transgender or gender-dysphoric youth experience       04:15:19

16    significantly higher levels of anxiety and

17    depression than their cisgender peers?

18       A   That's what the science seems to indicate,

19    yes.

20       Q   So if you look at page 3 of this study,        04:15:32

21    understanding that you have not had the time to

22    fully review it, at the top of the page, the

23    paragraph starting "Nonetheless," this study found

24    that many socially transitioned transgender or

25    gender-dysphoric youth experienced levels of anxiety   04:15:56
```

Veritext Legal Solutions
866 299-5127

```
 1    and depression in the normative range and equal to

 2    or only slightly higher than their sibling --

 3    siblings and cisgender peers.

 4         Do you see that?

 5    A    Yes, I do.                                    04:16:09

 6    Q    So are you aware of any studies showing that

 7    the existence of a Y chromosome provides an athletic

 8    advantage if a person does not go through endogenous

 9    male puberty?

10         MR. BARHAM:  Objection as to form and scope.  04:16:25

11         MR. TRYON:  Objection.

12         THE WITNESS:  I'm sorry, could you say that

13    again?

14    BY COUNSEL SWAMINATHAN:

15    Q    Sure.  Are you aware of any studies showing   04:16:32

16    that the existence of a Y chromosome in an -- in an

17    individual provides an athletic advantage if a

18    person does not go through endogenous male puberty?

19         MR. TRYON:  Objection.

20         THE WITNESS:  I have seen such studies, but   04:16:58

21    because that question was outside of the scope of

22    what was -- of the questions posed to me, I didn't

23    study them closely.

24    BY COUNSEL SWAMINATHAN:

25    Q    Can you name some of those studies that       04:17:08
```

Page 272

```
 1   you've seen?

 2       A    No, not offhand.

 3       Q    Okay.  Are you aware of any studies showing

 4   that the existence of genitalia associated with the

 5   male sex assigned at birth provides an athletic        04:17:22

 6   advantage?

 7           MR. BARHAM:  Objection as to form, scope and

 8   terminology.

 9           MR. TRYON:  Same objection.

10           THE WITNESS:  The studies that I saw didn't     04:17:33

11   break down sex into the various components or

12   evidence that indicates sex.

13   BY COUNSEL SWAMINATHAN:

14       Q    So it fair to say that you haven't seen a

15   study showing that the existence of genitalia          04:17:44

16   associated with the male sex assigned at birth

17   specifically provides an athletic advantage?

18       A    No --

19           MR. TRYON:  Same objection.

20           THE WITNESS:  No, that's not exactly the same   04:17:56

21   thing.  The studies typically compare boys versus

22   girls.  They didn't compare any of the components

23   that led them to know or believe that the boys were

24   boys and the girls were girls.  They divided boys

25   and girls, but they didn't analyze differences         04:18:10
```

                                                   Page 273

```
 1    specifically according to chromosomes or genitalia.

 2    BY COUNSEL SWAMINATHAN:

 3       Q   Can you recall the names of any of those

 4    studies that you're referring to?

 5       A   No.  I didn't study them as closely since      04:18:21

 6    they weren't part of the questions posed to me.

 7       Q   Okay.

 8          COUNSEL SWAMINATHAN:  I'm going to show you

 9    tab 21, which will be marked as Exhibit 62.

10          (Exhibit 62 was marked for identification      04:18:32

11             by the court reporter and is attached hereto.)

12          THE WITNESS:  I hit the wrong button.

13          MR. BARHAM:  Is this a good break time?

14          COUNSEL SWAMINATHAN:  Sure.

15          Do you need a break, Dr. Cantor?               04:19:22

16          Can we go off the record?

17          No problem.

18          THE VIDEOGRAPHER:  Yes.  We are going off the

19    record at 4:19 p.m., and this is the end of Media

20    Unit No. 5.                                          04:19:32

21          (Recess.)

22          THE VIDEOGRAPHER:  Okay.  We are back on the

23    record, 4:31 p.m., and this is the beginning of

24    Media Unit No. 6.

25          Go ahead, please.                              04:31:03
```

Page 274

```
 1              COUNSEL SWAMINATHAN:  Great.

 2     BY COUNSEL SWAMINATHAN:

 3         Q   So, Dr. Cantor, I believe just before the

 4     break I was introducing tab 21, which is marked as

 5     Exhibit 62, into the Exhibit Share.  Please let me      04:31:10

 6     know if you've been able to access it.

 7         A   Yes, I can see it.

 8         Q   Great.  And have you seen this one page

 9     before?

10         A   Yes.  I wrote it.                               04:31:43

11         Q   Okay.  And so JamesCantor.org is your

12     website; right?

13         A   Yes, it is.

14         Q   Great.  And why did you include this bill of

15     transsexual rights on your website?                    04:31:54

16         A   Typically addressing the other pole of this

17     highly polarized debate.

18         Q   So the first bill of rights states that

19     "People who are transsexual have the right to

20     respect."                                              04:32:10

21             Do you agree with this statement?

22         A   Yes, I do.

23         Q   Great.  And under the statement, it reads (as

24     read):

25             "As societies and institutions                 04:32:22
```

Page 275

```
 1          become increasingly aware of their

 2          transsexual members and

 3          participants, they become

 4          increasingly confronted by the needs

 5          to assimilate and accommodate what        04:32:30

 6          they used to ignore.  Taking on

 7          these tasks from a position of basic

 8          respect will go a long way in

 9          establishing inclusive policies and

10          healthy environments."                    04:32:41

11          Did I read that accurately?

12     A    Yes.

13     Q    What inclusive policies are you referring to

14   here on your website?

15     A    I wasn't referring to any particular policy.   04:32:53

16     Q    So when you say "Taking on these tasks from a

17   position of basic respect will go a long way in

18   establishing inclusive policies," what did you mean

19   inclusive -- what did you mean when you wrote

20   "inclusive policies"?                             04:33:11

21     A    Policies that would help transsexuals feel

22   included in the rest of society.

23     Q    Got it.  And what did you understand -- or

24   what do you understand the phrase "healthy

25   environments" to mean?                            04:33:22
```

                                                      Page 276

```
 1       A   I wasn't trying to make a -- I wasn't trying
 2   to be specific, certainly not when I wrote this,
 3   which, I think, now was more than ten years ago.  I
 4   was referring in general to how caustic environments
 5   were -- were becoming for everybody in those days.    04:33:41
 6          Unfortunately, environments have become all
 7   the more, as they say, polarized.
 8       Q   Do you still agree with this statement as it
 9   reads on your website?
10       A   I -- I agree with the statement, but, of       04:33:52
11   course, we're in a very different context now.
12   Society, I mean, is in a very different context now.
13       Q   What's different about the context now as
14   compared to when you authored this portion of your
15   website?                                               04:34:14
16       A   Oh, goodness.  Most of the child transition
17   issues have now become mainstream issues, and people
18   are making extreme statements and cherry-picking and
19   overstating the reality on both sides.
20       Q   So I pulled this document, as you can see at   04:34:34
21   the corner of the page, on March 17th, 2022, at
22   7:14 a.m.  I was up early that day.
23          Is there a reason that you haven't updated
24   your website in the last ten years?
25       A   Oh, I just became involved in other projects.  04:34:52
```

Page 277

```
 1      It also became easier to communicate with the public

 2      in other venues.  Again, ten years ago, we barely

 3      had any -- we barely had any social media.  I'm not

 4      even sure we had Twitter then.  So now there are

 5      just other venues by which to communicate these      04:35:11

 6      types of ideas.

 7          Q   Got it.  Okay.

 8              And so the second bill of rights states (as

 9    read):

10              "People considering transition have         04:35:18

11              the right to be free from undue

12              pressure to transition -- to

13              de-transition, or not to transition.

14              Do you agree that people considering

15    transition have the right to be free from undue       04:35:28

16    pressure to not transition?

17          A   Yes.

18          Q   And under this statement, it reads (as read):

19              "Some aspects of transition, such as

20              medical interventions, affect only          04:35:44

21              the person undergoing the process,

22              and some aspects of transition

23              directly affect other people in

24              their lives.  People considering and

25              undergoing transition have the right        04:35:55
```

Page 278

```
 1           to make their choices on the basis
 2           of these only, and not for any
 3           political, religious, or societal
 4           statement that it might be perceived
 5           to be making."                          04:36:06
 6           Did I read that correctly?
 7      A    Yes.
 8      Q    Do you agree that medical interventions and
 9   transitioning affect only the person undergoing the
10   process?                                        04:36:17
11      A    That would depend on the medical intervention
12   itself.  That's not a -- medical interventions
13   aren't one thing.
14      Q    Got it.  So it's a -- as your words say,
15   "Some aspects of transition, such as medical       04:36:34
16   interventions, affect only the person undergoing the
17   process..."
18           What did you mean by that?
19      A    I was allowing for the possibility, such as,
20   for example, cosmetic -- purely cosmetic changes are  04:36:46
21   for the person themselves, but someone who is going
22   to be -- replace wearing false breasts with breast
23   implants, to the outside world, it will look the
24   same, but it will feel very different to the person.
25      Q    So apologies, you said that medical         04:37:03
```

Page 279

```
 1    intervention such as cosmetic changes?  So is -- is

 2    a cosmetic change like wearing a, you know, fake

 3    breast-augmenting device a medical intervention?

 4       A   I didn't mean to and still don't mean to be

 5    that precise so much as to point out to readers        04:37:21

 6    that -- that there exists interventions which may

 7    have absolutely nothing to do with -- with anybody

 8    other than the transsexual person themselves.  I

 9    didn't mean to try to enumerate or express an

10    opinion about any particular one of them.              04:37:40

11       Q   But you agree that those interventions can be

12    medical, correct, as --

13       A   Yes.

14       Q   Okay.  And you then go on to state that (as

15    read):                                                 04:37:47

16          "People considering and undergoing

17           transition have the right to make

18           their choices on the basis of these

19           only, and not for any political,

20           religious, or societal statement..."            04:38:00

21          Do you agree that it should be the

22    transgender person's choice whether to go through

23    medical treatment?

24       A   Phrase that again, please.

25       Q   Do you agree that it should be the              04:38:16
```

Page 280

```
 1    transgender or gender-dysphoric person's choice

 2    whether or not to go through medical treatment?

 3        A    Broadly speaking, yes.  There can, however,

 4    and there do legitimately -- there will legitimately

 5    exist exceptions to that.                          04:38:39

 6        Q    Okay.  But broadly speaking, yes?

 7        A    In general, it is that person to -- it's up

 8    to that person to decide whether to do it.  But, of

 9    course, if there's a medical reason not to do it

10    that the person is ignoring, it is indeed up to the   04:38:48

11    actual medical staff to ensure that those procedures

12    are not engaged in, even if it is the wishes of the

13    patient.

14        Q    Okay.  And if you turn to the next page,

15    page 2 of 3 of your bill of transsexual rights,       04:39:05

16    number 5 states (as read):

17            "People in the process of transition

18            have the right to health care that

19            respects the gender in which they

20            live, including to be addressed by          04:39:14

21            pronouns and other language that

22            acknowledges that gender."

23            Did I read that correctly?

24        A    I'm sorry, which number are you reading from?

25        Q    Number 5.                                 04:39:34
```

Page 281

```
 1       A    Ah.

 2            MR. TRYON:  Counsel, I'm going to object to

 3    questions, continued questions, on this.  It's

 4    outside the scope.

 5            COUNSEL SWAMINATHAN:  Thank you, Counsel.      04:39:43

 6    Your objection is noted.

 7            THE WITNESS:  I'm sorry, I just reread it.

 8            And, I'm sorry, what was your question again?

 9    BY COUNSEL SWAMINATHAN:

10       Q    I hadn't asked one yet, but I will --          04:39:54

11       A    Oh.

12       Q    -- ask it now.

13            Do you agree that people in the process of

14    transition have the right to be addressed by

15    pronouns and other language that acknowledges the     04:39:59

16    gender in which they live?

17            MR. BARHAM:  Objection as to form and scope.

18            THE WITNESS:  In the context in which I wrote

19    it, yes.  In today's context, where -- where the

20    right is -- "exaggerated" isn't the right word, but   04:40:26

21    being abused or used for disingenuous purposes would

22    be a reasonable limit to that which really did not

23    meaningfully exist when I first -- first wrote this.

24    BY COUNSEL SWAMINATHAN:

25       Q    So do you agree, generally, that people in    04:40:47
```

Page 282

```
 1    the process of transition have the right to be

 2    addressed by pronouns and other language that

 3    acknowledges the gender in which they live, aside

 4    from these ulterior instances that you just

 5    referenced?                                          04:41:03

 6         MR. BARHAM:  Objection as to form and scope.

 7         MR. TRYON:  Same objection.

 8         THE WITNESS:  Again, in general, yes.  But

 9    transition -- the word "transition" and the process

10    of transition now is used and meant very differently  04:41:17

11    from how it was a decade ago.

12    BY COUNSEL SWAMINATHAN:

13    Q   How is it used differently?

14    A   It's used more broadly, it's used

15    prematurely, and it's used by people who are         04:41:29

16    completely outside any healthcare context.

17    Q   Is it always used more broadly and more

18    prematurely now?

19    A   I don't really understand the question.

20    Q   Is it always the case that the language that    04:41:51

21    you're taking issue with today is due to the fact

22    that it's being used prematurely in individuals who

23    are gender dysphoric?

24         MR. TRYON:  Objection to the form.

25         THE WITNESS:  I'm sorry, I'm still not quite    04:42:09
```

Veritext Legal Solutions
866 299-5127

```
 1    understanding the question.
 2            COUNSEL SWAMINATHAN:  Court Reporter, can you
 3    please read back Dr. Cantor's answer before, where
 4    he expresses the understanding issue?
 5            (Record read.)
 6            THE REPORTER:  The one before that, do you
 7    want me to --
 8            COUNSEL SWAMINATHAN:  That's good.
 9            THE REPORTER:  Okay.
10    BY COUNSEL SWAMINATHAN:
11        Q    So, Dr. Cantor, I was just saying, do you
12    believe that it's always the case that the word is
13    used more broadly and more prematurely?
14        A    There are people who still use it properly,
15    yes.                                          04:42:58
16        Q    Okay.  So you were a member of the Society
17    for the Scientific Study of Sexuality; correct?
18        A    Yes, that's correct.
19        Q    What is the purpose of the society?
20        A    Their stated purpose is to forward and     04:43:15
21    promote the conduct and dissemination of sex
22    research.
23        Q    How did you get involved in that society?
24        A    Oh, I joined when I was a student, as, in
25    those days, it was -- it was a well-known large   04:43:36
```

Page 284

```
 1    organization, and it had -- it was relatively easy

 2    to get into.  One, essentially, could get into it

 3    just by signing up.

 4       Q   Were there any fees associated with the

 5    society?                                            04:43:51

 6       A   Yes, there were.

 7       Q   Were they annual membership fees?

 8       A   Yes, they were.

 9       Q   Are you able to give me an approximation of

10    what those fees were to be a member of the society?  04:44:02

11       A   I don't really recall.  They weren't

12    substantial.  And, of course, for students, even

13    lower, when I first joined.

14       Q   And how long have you been a member of this

15    society?                                            04:44:21

16       A   I would have to look it up.  It was roughly

17    15 to 20 years before I resigned.

18       Q   Okay.  And what did your membership involve?

19       A   Oh, at that point, really just membership and

20    discussions going -- well, actually, technically,   04:44:49

21    too, I suppose.  One was participation, largely in

22    their -- in their Listserv discussions with -- with

23    other sex researchers.  And the other, I was on the

24    editorial board of their journal, the Journal of Sex

25    Research.                                           04:45:07
```

                                                       Page 285

```
 1      Q   And so am I understanding it correctly that
 2   you had to be a member in order to access the
 3   Listserv for the Society for the Scientific Study of
 4   Sexuality?
 5      A   Yes, the Listserv was meant for members.        04:45:16
 6      Q   Okay.  And you said that you resigned from
 7   the society; is that correct?
 8      A   That is correct.
 9      Q   When did you resign?
10      A   I would have to look up the date.  It was      04:45:29
11   roughly two or three years ago now.
12      Q   Okay.
13          COUNSEL SWAMINATHAN:  I'm going to introduce
14   tab 22, which has been marked as Exhibit 30 -- or
15   63.                                                    04:45:59
16          (Exhibit 63 was marked for identification
17           by the court reporter and is attached hereto.)
18   BY COUNSEL SWAMINATHAN:
19      Q   Please let me know when you're able to see
20   it.                                                    04:46:01
21      A   Got it.
22      Q   Great.  And so this is a blog post in
23   Sexology Today!; correct?
24      A   Yes, it is.
25      Q   And remind me again, what -- what is          04:46:34
```

Page 286

```
 1    Sexology Today!?

 2        A    It's my blog.

 3        Q    It's your blog.  Okay.

 4             And this blog post was published on

 5    August 10th, 2020; correct?                        04:46:45

 6        A    Yes, that's correct.

 7        Q    And I'm not going to assume, but since it's

 8    your blog, I assume you authored this blog post;

 9    right?

10        A    Yes.                                       04:46:59

11        Q    Okay.  And so I see here that you had a

12    27-year association with the Society for the

13    Scientific Study of Sexuality.

14             Does that ring a bell?

15        A    Yes.  Longer than I remember.             04:47:09

16        Q    And I see here that the society had removed

17    you from the online forum; is that right?

18        A    That's right.

19        Q    It says (as read):

20             "I then received an unsigned email        04:47:24

21             informing me that I had been

22             suspended from the listserv."

23             Did I read that correctly?

24        A    I'm not seeing that line, but it sounds

25    familiar.                                          04:47:34
```

Page 287

```
 1        Q    Apologies.  It's toward the middle of the
 2   page.  I think the fourth paragraph down.
 3        A    Yes.
 4        Q    Okay.  Why were you removed from -- or why
 5   were you suspended from the Listserv?              04:47:49
 6        A    That's a good question.  There's the reason
 7   they gave me, and there's the reason that everybody
 8   suspects, but nobody will say out loud.
 9        Q    Can you describe that a bit more?
10        A    They believe -- or they told me that what I   04:48:05
11   said they deemed to be disrespect- -- disrespectful.
12        Q    What did you say that they deemed to be
13   disrespectful?
14        A    I sincerely don't remember.
15        Q    Did -- to your recollection, did what you    04:48:30
16   said -- did what you say deal with issues relating
17   to transgender people or gender-dysphoric people?
18        A    Yes.  We were debating something about the
19   science or findings that were reported in the
20   science and whether it matched up with whatever it   04:48:51
21   was somebody else was saying.  That led to a -- and
22   that led to a debate.  I don't remember without, you
23   know, going back through my old e-mails exactly what
24   it -- what it was.
25        Q    Got it.  Can you turn to the next page of the  04:49:06
```

Page 288

```
 1    exhibit, please?

 2        A    Got it.

 3        Q    Okay.  And there's a footnote 1 at the bottom

 4    of the page.  Can you please review that footnote?

 5        A    Yes.                                    04:49:29

 6        Q    So this is an e-mail that you received from

 7    the board of directors?

 8        A    Yes, it is.

 9        Q    Is the paragraph under the first sentence,

10    the one beginning with "Nasty, discourteous, unkind,   04:49:43

11    uncivil, attacking, inappropriate, unprofessional,

12    harassing, threatening, hateful, racist, sexist,

13    homophobic, erotophobic, derogatory, or

14    objectionable remarks or jokes that might be

15    offensive to other people, abusive, defamatory,      04:50:01

16    libelous, pornographic, obscene, invasive of

17    another's privacy, or otherwise torturous or un- --

18    torturous or unlawful messages will NOT be deemed

19    appropriate.  Courtesy is highly valued" -- is what

20    I just read one of the Listserv's guidelines?        04:50:21

21        A    Yes, I believe it is.

22        Q    And did the Society for the Scientific Study

23    of Sexuality believe that you violated one of these

24    guidelines?

25        A    There's no way to know what the society     04:50:32
```

Page 289

```
 1    thought.  The board of directors voted that I did,
 2    but the enormous debate and the other resignations
 3    from the society at the -- at the same time
 4    suggested that was not the opinion of the society;
 5    it was just -- whichever relevant members of the          04:50:51
 6    board.
 7       Q   Does this e-mail reflesh -- refresh your
 8    recollection of what opinion you expressed that
 9    caused them to suspend your membership from the
10    Listserv?                                                 04:51:07
11       A   No, it doesn't.  I didn't express -- I never
12    expressed anything on that Listserv that I hadn't
13    expressed in many other venues, including with other
14    professionals, with other sex researchers.
15       Q   And so can you please look at the next page,       04:51:20
16    at footnote 3?
17           And I believe footnote 3 spans three pages,
18    from 3 of 9 to 5 of 9, of the exhibit.
19           And this looks like it's an e-mail from you
20    to the Society of Scientific Study of Sexuality           04:51:47
21    members dated July 20th, 2020, at 4:48 p.m.; is that
22    correct?
23       A   That time is correct.  But, no, I did not
24    write that.
25       Q   This is not your e-mail?                           04:52:02
```

Page 290

```
 1        A    Footnote -- in footnote 3, no, it is not.

 2        Q    Whose e-mail is this?

 3        A    Zoe Peterson, then-president of quad S.

 4        Q    Okay.  And --

 5        A    I believe she signed it at -- yes, that's her   04:52:16

 6   signature at the bottom of it.

 7        Q    Great.  And so this e-mail was written by

 8   Zoe Peterson in response to your resignation from

 9   the society and your suspension from the Listserv?

10        A    I hesitate to say what she wrote -- I           04:52:33

11   hesitate to say that she wrote it in response to me.

12   I think she wrote it in response to the enormous

13   discussion on the list that happened, saying that

14   the society disagreed with what the board did in

15   banning me from the Listserv.                             04:52:50

16        Q    I see.  Okay.

17             And so this e-mail did go out after you were

18   banned from the Listserv; right?

19        A    Correct.  Some of the other members continued

20   to forward to me relevant e-mails about the debate       04:53:00

21   that was going on which I then couldn't see.

22        Q    Okay.  And if you look at page 4 of the

23   exhibit, at the bottom of the page.

24        A    Yes.

25        Q    There's a paragraph starting with "Finally,     04:53:17
```

Veritext Legal Solutions
866 299-5127

```
 1    and most importantly, to our transgender,
 2    non-binary, and gender nonconforming members who
 3    raised this issue and who have expressed that they
 4    have felt -- they have long felt hurt, disrespected,
 5    marginalized, and unprotected on our listserv and        04:53:33
 6    within our organization, I hear you and I thank you
 7    for sharing your experiences and reactions with such
 8    honesty and courage."
 9         Do you see that?
10    A    Yes, I do.                                           04:53:46
11    Q    Do you know why Zoe Peterson included that in
12    her e-mail?
13    A    I assume that she was trying to demonstrate
14    that people who were resigning should stop resigning
15    and that she was on what she considered to be the        04:54:02
16    politically correct avenue.
17    Q    So when she says "Finally, and most
18    importantly, to our transgender, non-binary, and
19    gender nonconforming members who raised this issue,"
20    what issue is she talking about?                          04:54:19
21    A    That's a very good question.
22    Q    Do you know the answer to that question?
23    A    No, I don't.
24    Q    Do you have any understanding that may inform
25    what the issue that she is referring to may be?          04:54:34
```

Veritext Legal Solutions
866 299-5127

```
 1      A   No.  My experience is that people are
 2   misrepresenting issues and exaggerating them in
 3   order to come out with whatever political outcome
 4   they want.  It is exactly because this is so vague
 5   that I can't come to any other conclusion but that   04:54:51
 6   this is another one of those.
 7      Q   So is it your testimony that this response
 8   from Zoe Peterson was not in reaction to your
 9   suspension from the Listserv?
10      A   That's not exactly --                          04:55:11
11         MR. BARHAM:  Objection as to form.
12         THE WITNESS:  That's not exactly true either.
13   We had a long chain of events, each leading to the
14   next, leading to the next, leading to the next.  So
15   there's an association, but not a direct             04:55:27
16   association.  And I have no reason to think that she
17   was writing to me.  And she's a politician,
18   president of the organization.  I also can't easily
19   discount that she's writing it for purely political
20   purposes and the content -- I -- I -- I can't know   04:55:41
21   how much she genuinely believes the content.
22   BY COUNSEL SWAMINATHAN:
23      Q   So can you tell me more generally what the
24   chain of issues was about?
25      A   No.  I honestly can't recall.  I'm in many,   04:55:55
```

Page 293

```
 1    many debates on many, many different Listservs over

 2    the years, and I can't any longer recall which

 3    particular issue sparked this particular debate.

 4        Q   And you said that Zoe Peterson is a

 5    politician because she's the president of the          04:56:13

 6    Society for the Scientific Study of Sexuality.  Why

 7    did you --

 8        A   She --

 9        Q   -- say that?

10        A   She's writing as a politician, in her         04:56:15

11    political capacity.

12        Q   What is her political capacity as president

13    for the Society for the Scientific Study of

14    Sexuality?

15        A   I don't understand that question outside       04:56:33

16    of -- you answered it exactly within the question.

17        Q   I guess I'm just trying to understand what

18    makes Zoe Peterson a politician beyond her title as

19    president of the society.

20        A   That she is in charge of ensuring that the     04:56:45

21    board of directors has sufficient respect in order

22    to run the organization.  They were losing an

23    enormous amount of respect over their treatment of

24    me, and she was trying to shore up what she could.

25        Q   How did you know that they were losing an      04:57:01
```

Page 294

```
 1    enormous amount of respect as a result of your ban
 2    from the Listserv and your resignation?
 3        A   Oh, dozens and dozens and dozens of people
 4    were e-mailing me directly immediately afterwards.
 5    They were saying things to the list.  Even though I    04:57:17
 6    couldn't see the list, they were cc'ing me on their
 7    responses so I could see it as they were sending it,
 8    as people --
 9        Q   You said --
10        A   -- people who resigned.                         04:57:26
11        Q   Apologies, I interrupted your answer.  Please
12    continue.
13        A   As people were resigning from the
14    organization, they were e-mailing me to let me know
15    that they were resigning from the organization.         04:57:36
16        Q   You say dozens and dozens and dozens, does
17    that mean about 36 people?
18        A   Oh, again, I couldn't count.  Somewhere on
19    the order of under 50 would -- seems about -- feels
20    about right.                                            04:57:51
21        Q   Did any members disagree with you in the
22    Society for the Scientific Study of Sexuality?
23        A   That I recall, three or four people who were
24    post- -- if that many -- who were posting during the
25    debate itself.                                          04:58:13
```

Page 295

```
 1        Q   Do you remember the names of those

 2    individuals?

 3        A   No, I don't.

 4        Q   And how many members were are the society, in

 5    total?                                              04:58:23

 6        A   That's a good question.  Only a relatively

 7    small number of members are on the Listserv, only a

 8    small number of those who are on the Listserv ever

 9    participate in the Listserv, but I don't know the

10    numbers of each of those categories.                04:58:40

11        Q   How many members would you say actively

12    participate on the Listserv?

13        A   I'd guess about a hundred.

14        Q   Okay.  And so of those hundred, you say only

15    three or four of them would agree with your          04:59:02

16    retracted access to the Listserv; is that correct?

17        A   Well, no.

18            MR. TRYON:  Objection.

19            THE WITNESS:  We weren't disagreeing over my

20    access to the Listserv; we were disagreeing over     04:59:18

21    whatever scientific issue it was that we were

22    disagreeing over.

23    BY COUNSEL SWAMINATHAN:

24        Q   Were there folks who were in support of your

25    resignation and your removal from the Listserv?      04:59:29
```

                                              Page 296

```
1      A   The only ones I heard about were the people

2   that Zoe Peterson referred to.  I never knew their

3   names.  I don't know who reported me to whom, under

4   what circumstances, the number of people.

5      Q   Okay.  And so if we -- so sitting here today,    04:59:53

6   you're -- you're not aware of what the issue was

7   that caused?

8      A   I don't recall, no.

9      Q   Okay.  And remind me again -- so you said

10  Sexology Today! is your blog; right?                    05:00:08

11     A   That's correct.

12     Q   Do you control all the content of

13  Sexology Today!?

14     A   Yes, I do.  Except sometimes people post

15  comments.                                               05:00:23

16     Q   So the actual blog posts are all your

17  writing, but the comments came from other people; is

18  that correct?

19     A   Yes, that's correct.

20     Q   Okay.  About how many blog posts have you      05:00:34

21  offered on Sexology Today!?

22     A   Oh, 20ish, maybe.

23     Q   And when did you start your website?

24     A   Maybe 15 years ago.

25     Q   And so why did you feel the need to write      05:00:56
```

Page 297

```
 1    this open letter of resignation from the Society for
 2    the Scientific Study of Sexuality on your blog post?
 3       A   Oh, because they were failing at their -- at
 4    their own mission.  I was promoting science.  Again,
 5    I don't remember which particular issue within it,        05:01:14
 6    but it was science -- it was what was being shown in
 7    the science despite whether anybody else liked what
 8    was being shown in the science.  By blocking me and
 9    what I was saying, they were blocking the progress
10    of science -- of science itself and the purpose of       05:01:31
11    the organization.
12       Q   And I understand that you can't remember the
13    incident that led to your resignation and your
14    banning from the Listserv, but do you believe that
15    you made any statements that would have been             05:01:45
16    perceived as offensive to any members of the
17    society?
18       A   I can't automatically collapse together what
19    is offensive and what is called offensive.  I
20    sincerely don't believe and I don't think that any       05:02:09
21    objective observer would label anything that I had
22    ever said as offensive, but that's very different
23    from whether somebody would call it offensive in
24    order to keep me from saying it because they didn't
25    like its implications.                                   05:02:24
```

Page 298

```
 1        Q   I understand.  So it's possible that they

 2    either didn't like your implications of what you

 3    said or they were actually taking offense with what

 4    you had said; is that correct?  Those -- those are

 5    two plausible reactions?                              05:02:38

 6        MR. TRYON:  Objection to the form of the

 7    question.

 8        THE WITNESS:  Yes, both of those are at least

 9    theoretically possible.

10    BY COUNSEL SWAMINATHAN:                               05:02:51

11        Q   Okay.  And so, you know, we were talking

12    earlier about what you understand gender-affirming

13    care to mean versus how I use the phrase.

14        So it your opinion that the word "transition"

15    can only be applied in the healthcare setting?       05:03:08

16        A   It depends on the context.  It is relatively

17    recent that social transition has come to be called

18    transition at all.  So if one is reading older

19    posts, older papers, older words, "transition"

20    usually would refer to somebody who has embarked in  05:03:31

21    a recognized program and is going through steps.

22    When -- people use the word "transition" today much,

23    much more broadly.

24        Q   Okay.  And so as you sit here today, is it

25    your understanding that the words -- the word        05:03:51
```

Page 299

```
 1     "transition" should only be applied in the

 2     healthcare setting?

 3            MR. TRYON:  Objection.

 4            MR. BARHAM:  Objection --

 5            MR. TRYON:  Objection.                    05:04:02

 6            MR. BARHAM:  Objection as to form.

 7            THE WITNESS:  I can't say that I have any

 8     opinion about how it should be used.  The only

 9     important criterion to me is that a term, any term,

10     is used consistently and concretely and            05:04:18

11     objectively -- and as objectively as possible.

12            If "transition" is going to continue to mean

13     something very, very broad, then we are, once again,

14     going to need a term to refer to the more specific

15     situations, as long as we're involved in those      05:04:40

16     specific situations.

17     BY COUNSEL SWAMINATHAN:

18       Q   And, Dr. Cantor, what is your understanding

19     of a competitive sport?

20            MR. BARHAM:  Objection as to form and scope.  05:04:54

21            MR. TRYON:  I also object.

22            THE WITNESS:  I would have to say that I

23     really have no understanding of "competitive sport"

24     other than a layperson's.

25     ///
```

Page 300

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q   Do you have any understanding of what a

 3    physical advantage is in a sport?

 4            MR. TRYON:  Objection.

 5            MR. BARHAM:  Objection to form and scope.    05:05:19

 6            THE WITNESS:  Again, I know the particular

 7    terms in the same way that any -- that the lay

 8    public would, but when questions -- when questions

 9    are posed or an issue is -- arises where there is a

10    quantitative or numeric answer to it, I now have a   05:05:35

11    level of expertise for analyzing those statistics

12    for answering the question that other people don't.

13    BY COUNSEL SWAMINATHAN:

14        Q   Has anyone ever posed that question to you

15    before me today?                                    05:05:50

16        A   Not in a formal context, no.

17        Q   Would you be able to tell me what your

18    understanding is of a physical advantage in a

19    competitive sport, as you sit here today?

20            MR. TRYON:  Objection; scope and form.      05:06:05

21            MR. BARHAM:  Same.

22            THE WITNESS:  Too var- -- any variable that

23    has a causal relationship with the outcome of how

24    that sport is -- is evaluated.

25    ///
```

Page 301

```
 1    BY COUNSEL SWAMINATHAN:

 2        Q    And do you agree that there are some

 3    competitive sports teams where physical size is an

 4    advantage?

 5        A    That would certainly seem so, yes.        05:06:29

 6        Q    Okay.

 7            COUNSEL SWAMINATHAN:   I'm going to introduce

 8    tab 23, which will -- which was previously marked as

 9    Exhibit 49.  And the article is another blog post

10    from Sexology Today! titled "When is a 'TERF' not a   05:06:54

11    TERF?"

12            THE WITNESS:  Got it.

13    BY COUNSEL SWAMINATHAN:

14        Q    Great.  And you authored this article in

15    July of 2020; correct?                           05:07:14

16        A    Correct.

17        Q    And in this article, you write -- and I'll

18    turn your attention to the middle of the post.  It

19    says (as read):

20            "I must first challenge the              05:07:27

21            ironically binary premise that

22            'exclusion' is all or none.  It's

23            only in the current climate of

24            extremism that no moderate views get

25            discussed.  Here is a range of some      05:07:40
```

Page 302

```
 1          areas in which sex/gender require

 2          protection:"

 3          And you list employment, housing, public

 4     accommodation, with ellipses, locker rooms/showers,

 5     with nudity, and in parentheses, sauna, hottub,          05:07:57

 6     ellipses, close parentheses, locker room/washrooms,

 7     sex segregated.  And the final item you list is

 8     competitive sports team, where physical size is an

 9     advantage.

10          Did I read that correctly?                          05:08:18

11     A    Yes.

12     Q    Great.  And so in this blog post, you say

13     that sex/gender require protection in competitive

14     sports teams where physical size is an advantage; is

15     that correct?                                            05:08:39

16     A    I offered it as more of an example of -- of

17     an extreme on a range, but it's hard to think of

18     something that would be even more extreme than that,

19     yes.

20     Q    Is it your belief that cross-country is a           05:08:48

21     sport where physical size is an advantage?

22          MR. TRYON:  Objection; scope.

23          THE WITNESS:  I don't know.  I would have

24     to -- I haven't read that part of the literature.

25     ///
```

Page 303

```
 1    BY COUNSEL SWAMINATHAN:

 2       Q   Have you seen any evidence that shows that

 3    physical sides provide -- physical size provides an

 4    advantage in cross-country?

 5            MR. TRYON:  Objection; scope.              05:09:15

 6            MR. BARHAM:  Objection.

 7            THE WITNESS:  No, I haven't read those

 8    studies.

 9    BY COUNSEL SWAMINATHAN:

10       Q   Okay.  Sitting here today, do you have any   05:09:19

11    opinion whether or not the plaintiff in this case,

12    B.P.J., should be allowed to run on the girls'

13    cross-country team?

14            MR. BARHAM:  Objection as to scope and form.

15            MR. TRYON:  Same objection.              05:09:36

16            THE WITNESS:  I have no opinion in the actual

17    outcome.

18            COUNSEL SWAMINATHAN:  Okay.  I think this is

19    a good point for a break.  I'm just going to confer

20    with my co-counsel and see if we have anything else   05:09:44

21    left to discuss with Dr. Cantor.

22            But does regrouping at 5:120 work -- sorry --

23    5:20 work for everyone, a ten-minute break?

24            MR. BARHAM:  Sure.

25            COUNSEL SWAMINATHAN:  Go off the record.    05:10:00
```

Page 304

```
1          THE VIDEOGRAPHER:  Yep.  We're going off the

2    record.  The time is 5:10 p.m., and this is the end

3    of Media Unit No. 6.

4          (Recess.)

5          THE VIDEOGRAPHER:  All right.  We are back on   05:26:05

6    the record at 5:26 p.m., and this is the beginning

7    of Media Unit No. 7.

8          Go ahead, please.

9    BY COUNSEL SWAMINATHAN:

10   Q   Dr. Cantor, I'm going to ask you to take a       05:26:15

11   look back at your 2022 expert report, page 3.

12   A   I'm sorry, what page again?

13   Q   Page 3.

14   A   Got it.

15   Q   Great.  And before we conclude today, I just     05:26:41

16   to confirm that you are offering no opinions beyond

17   the principal opinions that you on this page of the

18   report and the paragraph at the bottom of the page.

19   Is that accurate?

20   A   Yes, it is.                                       05:26:56

21   Q   Great.

22       COUNSEL SWAMINATHAN:  Thank you so much for

23   your time, Dr. Cantor.

24       I have no further questions right now.  I'll

25   tender the witness, but reserve my right to ask      05:27:03
```

Veritext Legal Solutions
866 299-5127

```
 1   questions should defense counsel ask questions.

 2        So thank you so much.

 3

 4                    EXAMINATION

 5   BY MR. BARHAM:                                05:27:07

 6     Q   I do have a few quick questions for you,

 7   Dr. Cantor.

 8        I want to refer to your expert report and

 9   page 32 of your CV.  Unfortunately, I don't know

10   which page that is in the deck.                05:27:30

11        THE WITNESS:  It's the last page of it, is

12   it?

13   BY MR. BARHAM:

14     Q   Correct.

15     A   Goodness, next life, I get a shorter career.  05:27:57

16        Here we go.

17     Q   Earlier today, when we were discussing your

18   expert testimony, were you referring -- did you have

19   this page in front of you at the time?

20     A   No, I did not.                          05:28:10

21     Q   On here, there is a 2019 case in probate and

22   family court, a custody hearing in Boston,

23   Massachusetts.

24        Do you see that line on page 32?

25     A   Yes, I do.                              05:28:27
```

```
 1       Q    Could you describe the general issue

 2    involving your expert testimony in that case?

 3       A    Yes.  Two women, a lesbian couple, were

 4    divorcing.  They had joint custody of their child

 5    whom they were fighting over.  The child had gender    05:28:38

 6    dysphoria.  Now it's a female.  One parent believed

 7    that the child should transition; the other parent

 8    did not.

 9       Q    Earlier today, we were also discussing the

10    instances in which you have provided care for          05:28:57

11    transgender individuals.

12            Is it the case that you have only provided

13    care for transgender individuals in your current

14    clinic?

15       A    No.  I was also providing care while I was at   05:29:15

16    CAMH.

17            COUNSEL SWAMINATHAN:  Can I just interrupt

18    you for one quick second, Dr. Cantor?

19            Travis, I'm having trouble hearing you.

20            MR. BARHAM:  Oh, I apologize.                   05:29:26

21            COUNSEL SWAMINATHAN:  If you could get closer

22    to the mic, I would greatly appreciate that.

23            And sorry, again, to disrupt.

24            MR. BARHAM:  Court Reporter -- is the court

25    reporter having similar issues, or have we been able
```

Page 307

```
 1    to get all those questions into the transcript?

 2           THE REPORTER:  I've been able to get them

 3    all.  It is a little bit difficult to hear you,

 4    though.

 5           MR. BARHAM:  I apologize.  I slid too far

 6    over to my binder.

 7           THE REPORTER:  Thank you.

 8           MR. BARHAM:  I will address that.

 9           THE REPORTER:  Thank you.

10    BY MR. BARHAM:                               05:29:46

11       Q   Dr. Cantor, we also were earlier discussing

12    the different types of gender dysphoria, adult

13    onset, adolescent onset and childhood onset.

14           If we're dealing with -- if you're confronted

15    with an individual in, say, his early -- his or her   05:30:04

16    early 20s who is experiencing gender dysphoria,

17    which category would that individual likely fall

18    into?  What -- what categories would be possible?

19       A   Both categories are possible.  Early 20s, the

20    adult onset would be more likely, but we can't be    05:30:31

21    quite as sure today as we could, say, 10, 15 years

22    ago.  But they're -- until relatively recently, the

23    children who came in were children, prepubescent,

24    and the adults who came in were generally

25    middle-aged.  We didn't get anybody coming in during  05:30:47
```

Page 308

```
 1    their teens or 20s.  And so the nicknames for

 2    these -- for these two groups simply became child

 3    onset and adult onset.

 4         As years have gone on and more people started

 5    presenting, there's now a little bit more overlap in    05:31:02

 6    between.

 7         So when age can't be used in order to provide

 8    very obvious categorization -- if somebody comes in

 9    clinically, we would start ask -- asking other

10    questions that -- that would tell us what group they    05:31:16

11    belong to, such as their sexual interest patterns,

12    whether they were attracted to men, women, both and

13    so on.

14    Q    And when you said a moment ago that both

15    categories would be possible, what are the two          05:31:31

16    categories that you had in mind?

17    A    It's possible that the --

18         COUNSEL SWAMINATHAN:  Objection to the form.

19         THE WITNESS:  It's possible that the person

20    would be an adult-onset case, but coming into a         05:31:40

21    clinic relatively early, especially now that trans

22    issues are talked about so much more.  Or as a

23    childhood-onset case who didn't come in for the

24    medical or other -- other care until atypically

25    late.                                                   05:31:57
```

                                                    Page 309

```
 1          MR. BARHAM:  All right.  I believe those are

 2      all the questions I need to ask.

 3          Mr. Tryon, do you need to supplement?

 4          MR. TRYON:  Maybe I could ask just one

 5      question, Mr. -- Dr. Cantor.                    05:32:13

 6

 7                      EXAMINATION

 8      BY MR. TRYON:

 9       Q   So in the event that you were to determine

10      that someone in that age category, who was a college  05:32:18

11      student, were suffering from adult-onset dysphoria,

12      would then adult-onset dysphoria become relevant in

13      connection with the statute which we have in place

14      here, which we are discussing here?

15          COUNSEL SWAMINATHAN:  Objection to form.   05:32:41

16          THE WITNESS:  Yes, it would become relevant.

17          MR. TRYON:  I have no other questions.

18          MS. DUPHILY:  Should we go off the record?

19          COUNSEL SWAMINATHAN:  Sounds great.

20          THE VIDEOGRAPHER:  All right.               05:33:02

21          MR. BARHAM:  Does this conclude the

22      deposition, or are we taking a break?

23          THE VIDEOGRAPHER:  This --

24          COUNSEL SWAMINATHAN:  It concludes our

25      questioning from plaintiff's side.              05:33:06
```

Page 310

```
 1              THE VIDEOGRAPHER:  Everybody's had a chance;

 2      otherwise, we'll --

 3              MS. GREEN:  Actually -- this is Roberta Green

 4      on behalf of WVSSAC, and I would just like to note

 5      for the record that we have no questions.        05:33:17

 6              THE VIDEOGRAPHER:  Okay.

 7              MR. CROPP:  This is Jeffrey Cropp for the

 8      Harrison County Board of Education and Dora Stutler.

 9      We have no questions.

10              THE VIDEOGRAPHER:  Okay.                 05:33:24

11              MS. MORGAN:  This is Kelly Morgan on behalf

12      of the West Virginia Board of Education and

13      Superintendent Burch.  I don't have any questions.

14              Thank you.

15              THE VIDEOGRAPHER:  Okay.  I think that's   05:33:40

16      everyone now.  So with -- with that, I will take us

17      off the record.

18              Okay.  We are off the record at 5:33 p.m.,

19      and this ends today's testimony given by Dr. Cantor.

20              The total number of media used was seven and  05:33:54

21      will be retained by Veritext Legal Solutions.

22                      (TIME NOTED:  5:33 p.m.)

23

24

25
```

Veritext Legal Solutions
866 299-5127

I, JAMES M. CANTOR, do hereby declare under penalty of perjury that I have read the foregoing transcript; that I have made any corrections as appear noted, in ink, initialed by me, or attached hereto; that my testimony as contained herein, as corrected, is true and correct.

EXECUTED this _____ day of _____, 20_____, at _____, _____.
                    (City)                    (State)




_____
              JAMES M. CANTOR
               VOLUME I








                                        Page 312

1

2

3          I, the undersigned, a Certified Shorthand

4     Reporter of the State of California, do hereby

5     certify:

6             That the foregoing proceedings were taken

7     before me at the time and place herein set forth;

8     that any witnesses in the foregoing proceedings,

9     prior to testifying, were placed under oath; that a

10    record of the proceedings was made by me using

11    machine shorthand which was thereafter transcribed

12    under my direction; further, that the foregoing is

13    an accurate transcription thereof.

14            I further certify that I am neither

15    financially interested in the action nor a relative

16    or employee of any attorney of any of the parties.

17            IN WITNESS WHEREOF, I have this date

18    subscribed my name.

19            Dated: MARCH 28, 2022

20

21

22

23

24

          ALEXIS KAGAY

25        CSR NO. 13795

                                        Page 313

```
 1    TRAVIS C. BARHAM, ESQ.

 2    tbarham@adflegal.org

 3                                    MARCH 28, 2022

 4    RE: BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

 5    MARCH 21, 2022, JAMES M. CANTOR, JOB NO. 5122845

 6    The above-referenced transcript has been

 7    completed by Veritext Legal Solutions and

 8    review of the transcript is being handled as follows:

 9    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Contact Veritext

10       to schedule a time to review the original transcript at

11       a Veritext office.

12    __ Per CA State Code (CCP 2025.520 (a)-(e)) - Locked .PDF

13       Transcript - The witness should review the transcript and

14       make any necessary corrections on the errata pages included

15       below, notating the page and line number of the corrections.

16       The witness should then sign and date the errata and penalty

17       of perjury pages and return the completed pages to all

18       appearing counsel within the period of time determined at

19       the deposition or provided by the Code of Civil Procedure.

20    __ Waiving the CA Code of Civil Procedure per Stipulation of

21       Counsel - Original transcript to be released for signature

22       as determined at the deposition.

23    __ Signature Waived - Reading & Signature was waived at the

24       time of the deposition.

25
```

Page 314

```
 1    _X_ Federal R&S Requested (FRCP 30(e)(1)(B)) - Locked .PDF

 2       Transcript - The witness should review the transcript and

 3       make any necessary corrections on the errata pages included

 4       below, notating the page and line number of the corrections.

 5       The witness should then sign and date the errata and penalty

 6       of perjury pages and return the completed pages to all

 7       appearing counsel within the period of time determined at

 8       the deposition or provided by the Federal Rules.

 9    __ Federal R&S Not Requested - Reading & Signature was not

10       requested before the completion of the deposition.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 315

```
1    BPJ V. WEST VIRGINIA STATE BOARD OF EDUCATION

2    JAMES M. CANTOR (#5122845)

3                E R R A T A   S H E E T

4    PAGE_____ LINE_____ CHANGE_____

5    _____

6    REASON_____

7    PAGE_____ LINE_____ CHANGE_____

8    _____

9    REASON_____

10   PAGE_____ LINE_____ CHANGE_____

11   _____

12   REASON_____

13   PAGE_____ LINE_____ CHANGE_____

14   _____

15   REASON_____

16   PAGE_____ LINE_____ CHANGE_____

17   _____

18   REASON_____

19   PAGE_____ LINE_____ CHANGE_____

20   _____

21   REASON_____

22

23   _____     _____

24   WITNESS                                 Date

25
```

Page 316

[& - 2022]

| & | 11:47 122:2 | 265:16 | 2013 236:7 |
|---|---|---|---|

**&** 3:5 4:6 6:18 7:6
261:2 314:23
315:9

**0**

**00316** 1:8 2:8
13:12
**02116-3740** 5:15

**1**

**1** 1:25 13:6 34:10
35:24 53:2 57:25
94:19 123:3 289:3
315:1
**10** 45:1,7 105:25
106:2 107:11
114:12 140:20
141:4,4,24 235:5
308:21
**100** 33:7 211:5
**1000** 6:10
**10004** 7:20
**10005-3919** 4:22
**106** 220:8 223:17
**10:05** 57:17
**10:08** 58:3
**10th** 287:5
**11** 20:25 105:25
106:3 109:11
175:6 206:12
207:10,10 213:5
213:15 215:17
234:4 238:25
**110th** 127:24
128:12,22
**111th** 125:23
128:25
**112** 3:17
**11776** 313:24
**11:31** 121:23

**11th** 187:12
**12** 21:13 24:16
25:16,20 106:1
190:8,14 191:14
192:2 194:15
195:2,6 212:14,17
228:25 229:20
243:23
**120** 4:20
**125** 7:18
**12:28** 151:18
**13** 247:13
**13795** 1:23 2:25
313:25
**14** 21:1 105:18
123:6 194:13
250:6
**1411** 3:8
**145** 9:18
**14th** 5:14
**15** 9:6 107:21
113:13 254:9
260:10,15 285:17
297:24 308:21
**16** 78:9,10,21,23
81:25 82:3,6,8,10
110:23 122:7,9,24
123:11 179:13,13
179:16 180:1,23
181:1 194:13
205:21 259:11
266:14
**17** 123:6 261:22
**176** 9:22
**17th** 277:21
**18** 61:23 78:13,17
82:9,10 122:9
123:8 179:16
180:1 195:24
211:23 213:19,20

**186** 10:1
**18th** 7:19
**19** 4:21 194:21
268:2
**19.1** 255:23
**190** 10:3
**1979** 203:6
**1990s** 122:18
**1992** 39:4
**1993** 54:23 56:5
**1994** 53:15,16
**1997** 54:23
**1998** 56:6 88:8
**1:20** 151:22

**2**

**2** 32:14 33:21 53:2
53:7 58:4 121:24
148:22 191:11
281:15
**20** 45:1,7 79:20,20
105:11 112:20,21
113:13 141:24
142:18 191:6
210:25 212:3
285:17 312:12
**200** 3:9
**2000** 105:17
**2002** 127:22,22
**2003** 109:13
125:17
**2009** 62:9 101:24
201:10 202:4,13
**2010** 64:13
**2011** 106:8,22
225:23 226:15
253:21 254:17
**2012** 62:9 66:4
67:11 90:17 106:7
234:23

**2014** 64:14 97:16
100:18,20 249:25
251:7 253:8,10,21
**2015** 119:4 120:2
193:24 237:17,22
238:14 247:6
**2016** 12:1 187:11
187:12 265:13,23
270:14
**2017** 199:19
201:13,17,21
202:18
**2018** 66:4 67:11
73:25 83:13,22,24
115:23 116:7,9
236:8 266:1
**2019** 193:14
240:12 261:3
306:21
**2019s** 192:12
**2020** 88:19 123:14
153:20 191:7
192:5,6,7 236:3,6
236:10,11 238:17
242:6 243:16
246:9 247:4
253:14,19 261:2
287:5 290:21
302:15
**2021** 33:22,25
35:11 136:11,17
136:20 137:13,25
138:14,25 139:9
153:20 177:2
230:1 231:23
232:20 233:13
266:23 267:14
269:22
**2022** 1:20 2:23
13:1,5 35:8,16

Page 1

[2022 - 6]

155:16 221:25
227:1 277:21
305:11 313:19
314:3,5
**2023** 116:10,11,12
**2025.520** 314:9,12
**20ish** 297:22
**20s** 50:19 76:10,11
78:12 308:16,19
309:1
**20th** 290:21
**21** 1:20 2:23 13:1
274:9 275:4 314:5
**212.549.2500** 7:22
**21st** 13:5
**22** 33:25 79:20
247:18 266:23
286:14
**227** 10:5
**22nd** 35:11 136:11
137:25 138:14,25
139:9
**23** 35:16 123:7
125:14 190:19
302:8
**230** 10:9
**235** 10:15
**239** 10:21
**23rd** 35:8 177:2
**24** 225:12
**243** 10:25
**247** 11:6
**25** 123:6,7 127:17
130:14 244:5
**250** 11:11
**25301** 4:11 7:11
**25301-3088** 3:10
**25305-0220** 3:18
**254** 11:15
**259** 11:20

**26** 89:11 95:21
96:10 130:23
218:14 244:6
**261** 11:24
**26330** 6:22
**265** 12:1
**268** 12:3
**27** 218:5,15 287:12
**274** 12:7
**28** 232:20 313:19
314:3
**286** 12:10
**29** 212:17
**2:21** 1:8 2:8 13:12
**2:39** 212:6
**2:53** 212:10

**3**

**3** 86:24 87:3,10,10
87:11 89:1,2
93:13 122:3
151:19 156:23
165:3 200:12
271:20 281:15
290:16,17,18
291:1 305:11,13
**30** 46:21 76:7
87:17,18 89:25
90:12 97:2 122:19
286:14 315:1
**30043** 6:10
**304.933.8154** 6:23
**306** 9:7
**30s** 169:13
**31** 33:22
**316** 1:25
**32** 9:12 36:20
102:3 123:6 306:9
306:24
**3293** 155:25
157:12 158:15
163:21 164:7

167:11,19 168:4,9
168:22 169:1
172:25 173:9,19
174:15 175:12,19
176:3 177:12
178:4,8,12,15,18
**34** 9:15
**35** 76:7
**36** 33:24 295:17
**37** 90:17,21 101:1
101:1
**38** 122:20

**4**

**4** 87:10 89:6 95:22
96:10 145:21
151:23 155:16,20
212:7 291:22
**40** 92:5 101:10
207:13 211:1
**400** 6:21
**40s** 50:14 169:14
**44** 9:12 32:15,16
136:8 266:10
**45** 9:15 32:15
34:11,12 155:15
156:21 193:11
212:15 213:20
266:11
**46** 9:18 33:22
145:22,25 196:1
**47** 9:22 176:10,11
**48** 10:1 186:21,24
207:13
**49** 10:3 190:20,21
302:9
**4:19** 274:19
**4:31** 274:23
**4:48** 290:21

**5**

**5** 87:10 89:21 97:3
115:25 176:9
212:11 255:18
260:11 274:20
281:16,25 290:18
**50** 10:5 74:15,16
74:17 76:4,5
149:18 227:8,9
295:19
**500** 4:9 5:13 7:9
**51** 10:9 230:9,11
**5122845** 1:24
314:5 316:2
**52** 10:15 235:5,6
**53** 10:21 92:20
102:3 219:24
220:5 238:25
239:1,7
**54** 10:25 243:23,24
245:23
**55** 11:6 247:13,14
**56** 11:11 250:6,7
**57** 11:15 254:10,11
**58** 11:20 259:12,13
**59** 11:24 261:23,24
**5:10** 305:2
**5:120** 304:22
**5:20** 304:23
**5:26** 305:6
**5:33** 2:23 311:18
311:22

**6**

**6** 33:23 87:10
92:18,18 102:3
105:25 106:2,6
177:8 240:12
260:11 266:12,14
274:24 305:3

Page 2

[60 - addressed]

| | | | |
|---|---|---|---|
| **60** 12:1 211:1<br>228:23 229:18<br>265:16,17<br>**600** 4:10 7:10<br>**60s** 76:12<br>**61** 12:3 220:5<br>268:3,4 269:15<br>**617.937.2305** 5:16<br>**62** 12:7 225:15<br>274:9,10 275:5<br>**63** 12:10 286:15,16<br>**64** 88:1<br>**65** 229:6<br>**650,000** 115:24<br>**650,250** 115:25<br>**681.313.4570** 3:19<br>**69** 35:21,23 218:8 | **93** 130:15<br>**952,955** 119:25<br>**99** 88:8<br>**9:03** 2:22 13:2,5<br>**9:57** 57:24 | 275:6 286:2<br>296:16,20<br>**accommodate**<br>276:5<br>**accommodation**<br>303:4<br>**accomplish** 162:16<br>**account** 60:7<br>188:2<br>**accounts** 219:13<br>**accumulate** 94:9<br>222:25<br>**accumulated**<br>60:20 221:16<br>**accumulating**<br>29:12 36:14 60:20<br>218:4 220:13<br>**accumulation**<br>60:16 | **act** 157:12,13,21<br>157:24 158:3,6,8<br>158:13 159:1,6,16<br>160:8,19 161:13<br>162:1,3,9,22 163:1<br>163:10,12,15,23<br>164:11,17,20<br>165:13,15,16<br>166:11,22 171:3<br>172:10 177:21<br>**action** 313:15<br>**active** 147:24<br>**actively** 296:11<br>**activities** 1:11<br>2:11 3:3<br>**activity** 15:6 |

| | |
|---|---|
| **7** | **a** |

| | | | |
|---|---|---|---|
| **7** 87:3,10,11 93:6<br>186:20 204:23<br>205:19 257:14<br>262:24,25 305:7<br>**73** 228:24 229:19<br>**7:14** 277:22<br>**7th** 251:7 | **a.m.** 2:22 13:2,5<br>57:24 58:3 121:23<br>122:2 277:22<br>**aap** 88:18 94:24<br>95:8,16 111:9<br>**abarr** 5:20<br>**abbreviated**<br>128:19 | **accurate** 109:14<br>148:16 150:22<br>211:2 220:19<br>237:24 305:19<br>313:13<br>**accurately** 18:2<br>19:25 106:25<br>107:5 187:22<br>219:2 224:5 261:4<br>276:11 | **actual** 111:14<br>150:9 182:12<br>183:10 242:16,17<br>281:11 297:16<br>304:16<br>**ad** 75:13<br>**add** 36:22 99:11<br>102:17 118:9<br>142:19 271:3,6 |

| | |
|---|---|
| **8** | |

| | | | |
|---|---|---|---|
| **8** 105:5,19 112:16<br>200:14 205:1,4,8<br>205:15 227:7<br>262:24 263:11<br>264:22<br>**80** 142:14 151:10<br>151:11<br>**8th** 191:7 | **able** 32:25 33:1<br>34:15 40:25 70:24<br>70:25 80:25 86:4<br>129:19 149:24<br>153:12 177:4<br>180:8 227:12<br>233:18,19 235:9<br>254:14 262:2<br>266:21 271:10<br>275:6 285:9<br>286:19 301:17<br>307:25 308:2<br>**absolutely** 57:16<br>170:13 238:23<br>270:11 280:7<br>**abuse** 113:2,8,19<br>113:21,22,24<br>**abused** 282:21<br>**abusive** 289:15 | **achieved** 160:4<br>**achille** 234:23<br>235:18 238:3<br>**acknowledge**<br>181:8 184:15<br>**acknowledges**<br>281:22 282:15<br>283:3 | **added** 98:3<br>**addict** 142:23<br>**addicted** 142:24<br>**addiction** 47:2,4<br>140:22,25 141:1,6<br>**addition** 130:22<br>157:5 192:18<br>**additional** 31:23<br>48:22 66:16<br>226:22<br>**address** 32:8<br>70:25 91:3 308:8 |

| | |
|---|---|
| **9** | |

| | | | |
|---|---|---|---|
| **9** 105:25 106:2,13<br>112:16 155:20<br>177:3,4 230:9<br>290:18,18 | **academics** 269:6<br>**academy** 240:3<br>**accepted** 124:9,10<br>129:3 196:5<br>200:19 232:20<br>240:12 251:6<br>**access** 233:2<br>254:14 256:19 | **aclu** 14:12<br>**aclu.org** 7:21<br>**acronym** 128:13 | **addressed** 157:8<br>281:20 282:14<br>283:2 |

[addressing - agreed]

| | | | |
|---|---|---|---|
| **addressing** 275:16 | 179:11 180:16,23 | 272:8,17 273:6,17 | 169:8,8,14 171:17 |
| **adf** 133:7 134:14 | 181:16 182:19 | 301:3,18 302:4 | 179:13,13,16 |
| 137:3 | 184:13 186:2,6 | 303:9,14,21 304:4 | 180:23 181:1 |
| **adflegal.org** 6:11 | 190:7,14 192:1 | **advertising** 75:6 | 190:8,14 191:14 |
| 6:12,13,14 314:2 | 200:5 207:19,25 | 75:11,12 | 192:1 194:13,13 |
| **adjudicated** 151:2 | 209:22 223:24 | **advise** 82:24 | 194:15,17 195:2,6 |
| 151:9 | 224:7 243:18 | **advised** 198:13 | 195:10 242:17 |
| **adkins** 31:17 | 247:9 249:16 | 201:5 204:18 | 246:15 309:7 |
| **administered** | **adopted** 66:12 | **affect** 163:16,24 | 310:10 |
| 15:20 | 161:3 | 174:2 278:20,23 | **aged** 308:25 |
| **administrative** | **adopting** 66:20 | 279:9,16 | **agency** 119:23 |
| 66:10 73:12 83:2 | **adoption** 11:25 | **affiliation** 183:19 | **agents** 196:25 |
| **administrators** | 262:8,9,19 | **affirmation** 181:4 | **ages** 78:9 82:10 |
| 217:12 | **adult** 11:11 42:18 | 181:12,15 182:7 | 180:1 254:3 |
| **admitted** 263:19 | 43:3 112:1 168:18 | 182:10,14,15,18 | **ago** 20:18 22:8,9 |
| 264:16,20 | 168:24 169:3,3,12 | 182:25 183:6,17 | 50:17 133:14 |
| **adolescence** 51:4 | 170:1,2,10,24 | 183:22 184:1,6,12 | 135:5,6 136:6,15 |
| 60:1 61:17 65:19 | 171:2,23 172:2,5,6 | 200:16 | 138:11,13,17 |
| 194:16 233:3 | 172:17 174:24 | **affirmative** 11:2 | 189:2 204:2 232:7 |
| **adolescent** 25:23 | 212:21 250:1 | 243:19 | 277:3 278:2 |
| 26:9 37:19 39:14 | 308:12,20 309:3 | **affirming** 10:7,9 | 283:11 286:11 |
| 39:18,22 42:18 | 309:20 310:11,12 | 10:16,23 19:3 | 297:24 308:22 |
| 43:1,2,7 50:25 | **adulthood** 60:1 | 208:12,19 226:24 | 309:14 |
| 51:1 69:4 78:23 | 61:12 91:24,25 | 227:4 228:22 | **agonists** 200:8 |
| 179:5,8 200:18 | **adults** 42:22 46:12 | 229:9,17 230:3 | **agree** 133:25 |
| 232:21 246:9 | 46:13 52:5 54:12 | 233:2 234:25 | 163:23 172:10 |
| 308:13 | 55:16 58:20,24,25 | 238:19 255:23 | 174:15,25 196:9 |
| **adolescents** 11:1,8 | 69:15 91:9,20 | 256:13,17 257:10 | 205:24 206:24 |
| 26:23 27:6,11,23 | 98:23 109:20,21 | 299:12 | 207:18 208:11,18 |
| 28:5,18 52:8 | 110:17,23 111:2 | **aforementioned** | 210:15,15,16,20 |
| 54:10 60:12,23 | 112:4,5,6 131:23 | 32:6 | 228:1,6 232:21 |
| 61:4,7,10 65:12,17 | 132:18,23 141:20 | **ag** 133:16 138:3 | 238:3 248:11 |
| 65:22 68:25 78:7 | 169:18 170:3 | **ag's** 133:22 134:12 | 258:17 271:14 |
| 78:8 88:17 106:11 | 172:11 180:22 | 135:2,7 136:5,14 | 275:21 277:8,10 |
| 107:8,16,23 109:8 | 187:19 188:17 | 136:21 138:9 | 278:14 279:8 |
| 115:14,18 118:22 | 232:16 308:24 | **age** 20:25 46:14 | 280:11,21,25 |
| 121:2 125:6,8,10 | **advanced** 47:17 | 50:10,12,15 61:19 | 282:13,25 296:15 |
| 127:15 130:8,12 | 51:16 177:11,20 | 61:20 76:5 78:13 | 302:2 |
| 132:15 167:21 | 252:15 | 78:16,20,21,23 | **agreeable** 138:7 |
| 168:10,15 175:14 | **advantage** 161:6 | 81:25 82:3,6 | **agreed** 135:16 |
| 175:20 176:4 | 222:12 223:6 | 110:6,23 111:25 | 138:5 |

[agreeing - approaching]

| | | | |
|---|---|---|---|
| **agreeing** 221:20 | 126:2 127:25 | 171:10 206:7,7,11 | 171:21 228:11 |
| **ah** 282:1 | 128:17,18,23 | 210:12 219:11 | 235:18 307:20 |
| **ahead** 58:5 100:24 | 228:2,12 240:3,6 | 284:3 292:22 | 308:5 |
| 122:4 124:12 | **amount** 116:1 | 295:11 301:10 | **apparent** 84:5 |
| 151:24 212:12 | 124:24 153:20 | **answered** 144:22 | 85:19,19 |
| 274:25 305:8 | 161:5 294:23 | 147:13 171:5 | **appeal** 262:6 |
| **ahrens** 227:19 | 295:1 | 207:3 294:16 | **appear** 92:8,10 |
| **al** 13:9 92:20 | **amsel** 56:13 | **answering** 20:1 | 312:8 |
| 193:18 225:23 | **amy** 231:25 | 90:19 301:12 | **appearances** 3:1 |
| 226:15 227:2 | **analyses** 94:5 | **answers** 18:1,2 | 4:1 5:1 6:1 7:1 8:1 |
| 230:2 234:24 | 102:18,19 | **anticipate** 121:8 | **appearing** 2:22 |
| 237:17,21 238:13 | **analysis** 102:25 | 121:11 268:13 | 314:18 315:7 |
| 238:18 242:7 | 252:19,20 260:21 | **anticipated** 156:11 | **appellant** 262:8 |
| 243:17 247:6 | 261:11,15,18 | **anxieties** 54:6 | **appellees** 262:9 |
| 250:1 261:3 | 262:17 263:24 | **anxiety** 12:3 54:13 | **appendix** 35:24 |
| 267:15 | 264:2 266:7,20 | 267:15 271:16,25 | **application** 108:8 |
| **alexis** 1:23 2:24 | 267:9 | **anybody** 85:25 | 117:24 118:1,3,5 |
| 13:16 313:24 | **analyze** 45:12 | 246:7 268:24 | 129:1,2 |
| **allan** 139:10 | 62:25 273:25 | 280:7 298:7 | **applied** 117:19 |
| **alliance** 6:4 14:22 | **analyzes** 238:11 | 308:25 | 120:7 299:15 |
| 15:12 134:23 | **analyzing** 94:4 | **anybody's** 268:25 | 300:1 |
| **allocation** 252:16 | 243:14 301:11 | **anymore** 85:25 | **applies** 91:20 |
| **allow** 13:23 84:11 | **anderson** 107:12 | 126:15 | 178:15 242:18,20 |
| 180:25 206:7 | **andrew** 5:8 14:4 | **apa** 126:9 128:13 | 242:21,25 263:19 |
| **allowed** 174:10 | 235:20 | 128:19 | 264:16,21 |
| 175:7 194:12,14 | **anecdotes** 217:3 | **apart** 62:21 | **apply** 118:2 |
| 304:12 | **anna** 255:6 | **apologies** 17:3 | 171:15 172:10 |
| **allowing** 279:19 | **anne** 130:1 170:20 | 24:21 27:19 29:22 | 178:19 |
| **allows** 169:9 195:6 | **annelou** 250:12 | 32:15,20 35:21 | **appointed** 49:23 |
| 195:7,10 | **annual** 123:20 | 38:21 42:3 50:6 | **appointment** |
| **alter** 174:2 | 124:2,15 125:24 | 67:2 79:23 83:20 | 215:24 |
| **alternate** 244:14 | 126:3,5,14 127:7 | 90:16 91:13 96:9 | **appreciate** 17:19 |
| 245:3 | 127:11,25 128:12 | 117:10 119:8 | 39:2 42:24 72:6 |
| **alternative** 244:20 | 128:22 285:7 | 141:14 155:7 | 72:15 105:3 |
| 244:24 | **another's** 289:17 | 183:20 206:9 | 138:19 307:22 |
| **altogether** 52:11 | **answer** 16:22 17:5 | 218:14,18 228:5 | **approach** 100:21 |
| 75:23 101:23 | 17:7,13,20 18:25 | 236:9 239:10 | 182:15 195:1 |
| 160:14 | 44:24 70:24 71:18 | 240:8 279:25 | 196:3 |
| **amended** 156:1 | 72:2 77:24 101:6 | 288:1 295:11 | **approaching** |
| **american** 7:16 | 104:1 134:4,18,25 | **apologize** 28:11 | 253:23 |
| 80:14 125:24 | 148:25 166:18 | 40:22 138:23 | |

Veritext Legal Solutions
866 299-5127

[appropriate - attorney]

**appropriate** 70:5
81:15 93:23
104:11 170:25
171:1 190:8,15
268:13 289:19
**approximate**
61:19 81:21
**approximately**
72:10 74:13 75:1
76:4 87:7,15
105:9 112:18
113:10 151:7
**approximation**
285:9
**april** 64:14 123:14
**archives** 112:25
**area** 139:15
148:23
**areas** 303:1
**argument** 160:16
**arguments** 91:1
**arin** 227:18
**arises** 301:9
**armistead** 1:17
2:17 155:9
**armistead's** 156:2
**arrived** 88:7
**article** 10:1,3
12:10 89:17 90:2
90:5 91:3 94:19
94:23 95:9,13,24
96:10,14,19 97:15
97:21,22 98:6
99:7 101:1,10
102:3,4,5,10,12,20
102:24 106:7
191:1,1,8 192:4
220:25 222:4
240:10 247:6
265:13 266:5
302:9,14,17

**articles** 29:19 88:1
92:1,18 93:7,10,12
93:15,21 99:23,23
114:9 153:24
204:3 220:6,8,12
220:13,15,19,21
221:2,12,17,20
222:10,22,23
223:17,22 224:5
224:12,16
**articulated** 157:19
159:15 160:6
165:11
**arts** 38:14,16,22
39:1,8,25 40:16
**aside** 198:16 224:4
283:3
**asked** 17:18 77:17
102:17 104:8
124:1,5,7 128:23
133:10 138:4,6
147:4 148:18
157:5 159:21,22
160:23 161:7
162:2 171:5 178:6
178:10,14 183:8
207:3 223:9,19
224:2 248:18
261:13 271:10
282:10
**asking** 30:25 60:5
77:11 82:15 98:18
126:19 134:21,22
160:11 162:19
164:25 165:14
169:3 181:11,19
190:12 206:8
211:5 229:8
247:20 309:9
**asks** 148:23 149:1
177:9

**aspects** 163:8
232:13 278:19,22
279:15
**assertion** 213:4
**asserts** 177:18
**assess** 160:13
**assessment** 123:16
188:23 189:10
216:21
**assessments** 51:2
**assigned** 18:14,20
70:3 172:20 173:7
173:21 180:5
273:5,16
**assignments** 68:10
**assimilate** 276:5
**assist** 36:10
**assistant** 40:9,11
40:19 41:4,24
55:24 56:9,11
57:3
**associated** 108:9
144:14,15 146:10
228:22 229:18
233:3 236:15
237:3 240:19
273:4,16 285:4
**association** 10:9
96:17 125:25
126:3 128:1,17,18
128:23 202:21
228:2,13 230:2
240:6 250:23
287:12 293:15,16
**assume** 17:13 90:1
99:15,20 118:2,13
123:24 129:2
130:18 183:18
200:11 214:2
247:7 287:7,8
292:13

**athletes** 26:20
28:18 121:9,13
178:16,19
**athletic** 121:9
160:25 161:6
162:4 177:25
178:13 222:12
223:6,18 272:7,17
273:5,17
**athleticism** 224:3
224:4 232:12
**athletics** 26:17,23
27:6,12,16 103:20
109:9 118:22
121:2,7 125:11
130:12 169:14
**attached** 32:17
34:13 138:24
139:8 146:1
176:12 186:25
190:22 227:10
230:12 235:7
239:2 243:25
247:15 250:8
254:12 259:14
261:25 265:18
268:5 274:11
286:17 312:8
**attacking** 289:11
**attempt** 216:22
**attempted** 10:11
230:4 233:4 253:2
**attention** 187:14
194:18 231:23
241:7,8 262:24
302:18
**attorney** 3:7,14,16
4:8 6:20 7:8 14:19
16:2,6 30:10
133:8 134:3,18,21
313:16

Page 6

[attorneys - barham]

**attorneys** 4:19
5:12 6:9 30:8,9
32:3 34:5 35:19
134:5
**attracted** 141:19
141:20 189:22
309:12
**attraction** 76:2,3
141:12 188:13,14
**attributable** 237:7
242:15
**attributed** 237:7
**atypical** 59:18
60:4 61:25 63:13
63:20,23 68:9,13
87:21,22 99:10
105:14,15 122:15
122:16 139:15,16
139:23 140:11,12
142:6 147:25
149:7 188:25
**atypically** 309:24
**audience** 110:14
129:9
**augmenting** 280:3
**august** 125:17
127:22 266:1,23
287:5
**author** 33:13
34:24 36:8 94:23
96:19 98:2 99:24
100:13 146:18
170:18 176:21
270:2
**author's** 254:21
255:1
**authored** 87:4
88:18 95:24 105:6
107:12 187:8
191:6 192:4
229:23 233:8

236:20 246:17
270:18 277:14
287:8 302:14
**authoring** 36:10
87:8,16 100:22
112:19
**authority** 256:2
**authors** 108:12,17
116:20 186:13
231:24 235:17
246:4 247:25
248:18 250:11
251:16 257:24
258:4 259:4,20,25
270:2
**autogynephilia**
91:7,20,22 101:3,6
129:10,15 142:1,3
142:21 143:4,9,17
144:7,23 145:9
170:12
**autogynephilic**
128:2 142:22
**automatically**
101:20 298:18
**available** 174:3
181:8 195:14
203:9 230:20
**avenue** 3:17
292:16
**average** 50:10,12
61:20 68:3 76:5,7
110:6,15 180:1
256:6
**awarded** 116:2
119:23
**awarding** 120:9
**awards** 115:7
**aware** 19:24 95:2
117:23 152:18
159:20 163:17

166:15 174:20
176:6 178:15
182:22 183:2,3
186:1,4 189:14,17
196:13,16 200:3,9
201:18,19,22,24
202:25 203:4,5
219:15 221:8
222:17 225:5
226:22 227:1
228:21 229:16,21
229:24 230:1
233:1,6,9 234:23
236:14,18,21
238:17 240:17
243:16 246:12,18
249:14,18,25
251:10,21 256:1
257:12 264:15
265:12 267:14
270:17 272:6,15
273:3 276:1 297:6
**awesome** 122:9

**b**

**b** 56:17 156:1
315:1
**b.p.j.** 1:6 2:6 5:3
13:8 16:7 19:13
154:5 304:12
**b.p.j.'s** 154:15,23
155:1 177:1
**back** 23:14 50:6
50:20 51:12 57:17
58:2 93:13 107:21
122:1 123:11
130:23 137:11,14
151:21 152:19
166:18 185:17
200:10 201:10
212:9 266:9
274:22 284:3

288:23 305:5,11
**background**
102:16 116:22
135:22
**bailey** 4:6 7:6
109:14,17 110:9
111:18 129:21
**baileywyant.com**
4:12 7:12
**bain** 119:2
**balance** 161:19
165:20
**ban** 174:3,16
295:1
**banned** 291:18
**banning** 291:15
298:14
**bans** 174:4
**barely** 278:2,3
**barham** 6:5 9:7
14:21,21 25:12
26:14,24 27:14
28:8,23 32:18
33:2 35:2,12
43:25 44:23 57:13
57:20 60:25 63:8
65:13 70:13 77:6
82:24 85:4 103:15
104:17 121:19
124:3 133:18
134:15,25 136:25
142:11 159:7,18
160:21 161:14
164:18 167:12
171:5 173:2,10,23
173:25 174:18
175:22 193:11
197:24 198:4,19
206:6 207:3
208:14,22,24
210:7 211:13

Page 7

[barham - board]

222:14 223:8
225:3 229:13
234:12 239:8,12
242:8 247:21
272:10 273:7
274:13 282:17
283:6 293:11
300:4,6,20 301:5
301:21 304:6,14
304:24 306:5,13
307:20,24 308:5,8
308:10 310:1,21
314:1
**barr** 5:8 14:4,4
**bas** 119:3
**base** 206:5 210:12
211:22
**based** 59:17 215:8
225:5 264:2
**bases** 52:18
**basic** 209:18 276:7
276:17
**basis** 157:21
159:16 160:8
164:17,20 165:13
165:15 181:14
209:13 211:10
213:4 214:12
215:7,14 219:4
222:19 251:19
279:1 280:18
**bdsm** 21:20
**bearing** 16:9
**becau** 249:21
**becoming** 91:23
195:17 216:12
277:5
**began** 40:9 41:14
59:17 251:19
**beginning** 2:22
58:3 122:2 151:22

156:8 181:24
212:10 218:15
274:23 289:10
305:6
**beginnings** 107:22
**begins** 59:22
191:13
**behalf** 2:21 14:24
15:2,5 311:4,11
**behavior** 113:1
175:3
**behavioral** 246:13
**behaviors** 140:16
172:5 174:3
**behaviours** 47:21
48:8,17 49:17
59:5 64:11 73:11
149:8
**belief** 303:20
**believe** 14:15
22:15 33:21 36:20
38:18 87:3 95:22
115:22 122:18
127:17 135:12
136:18 147:1
160:19 162:20
164:14,15 175:19
177:11 190:6,13
235:5 238:21
253:11,13 255:15
259:17 267:19
273:23 275:3
284:12 288:10
289:21,23 290:17
291:5 298:14,20
310:1
**believed** 307:6
**believes** 293:21
**believing** 211:10
**bell** 287:14

**belong** 309:11
**belongs** 209:4
**beneficial** 264:12
**benefit** 70:20
192:23
**benefits** 198:14
**best** 17:24 31:16
53:21 74:18 99:18
110:17 124:18
145:14 161:16
185:3 220:7
228:20 232:23
264:14
**better** 69:24 84:22
104:4 152:22
188:2,2 193:9,21
206:23 208:5
252:18
**beyond** 31:11,19
31:24 39:16 45:17
51:17 62:11
144:16 183:2
211:8 256:1
294:18 305:16
**bigger** 270:14
**bill** 12:7 275:14,18
278:8 281:15
**binary** 292:2,18
302:21
**binder** 308:6
**binik** 56:14,17,19
**biological** 104:12
104:12
**biologically**
144:15
**birth** 18:15,21
61:12 172:20
173:8,21 257:4
273:5,16
**bit** 17:3 18:10
32:23 36:23 42:19

43:16 45:4 50:17
51:8 54:1 93:12
98:19 107:18
115:21 129:7
149:16 154:3
178:24 188:8,10
189:20 288:9
308:3 309:5
**bizarre** 258:20
**blanchard** 49:4,6
49:11 58:9,12
106:23 107:3
129:21 170:18
**blaney** 100:14
**blank** 32:6
**bled** 85:20 119:13
**blend** 43:2
**blended** 39:15
42:17
**block** 7:17 14:12
14:12
**blocker** 196:21
**blockers** 175:7
194:12 197:3,6
237:11,16 238:1
**blocking** 196:12
196:17,25 197:11
298:8,9
**blog** 187:3,6
207:11,12 213:6
213:17 215:18
286:22 287:2,3,4,8
287:8 297:10,16
297:20 298:2
302:9 303:12
**board** 1:9,10 2:9
2:10 4:3 6:16 7:3
13:9 14:25 15:3
112:25 113:4,6,11
114:2 285:24
289:7 290:1,6

[board - care]

| | | | |
|---|---|---|---|
| 291:14 294:21<br>311:8,12 314:4<br>316:1<br>**body** 10:21 196:20<br>238:18 240:19<br>**boman** 255:5<br>**book** 90:10 99:17<br>100:3,3,5 109:13<br>109:17,21 110:2,7<br>110:9,21 111:1,7,9<br>111:14,24<br>**borelli** 4:17 13:25<br>13:25<br>**born** 161:5 164:8<br>164:9 174:4,5<br>**bos** 246:3<br>**boston** 5:15 38:17<br>40:7,20,20,21 41:3<br>41:12,17 306:22<br>**botch** 42:3<br>**bother** 85:25<br>**bottle** 32:9,10<br>**bottom** 112:13<br>164:13,15 199:24<br>240:9 263:13<br>266:1 269:24<br>289:3 291:6,23<br>305:18<br>**boulevard** 6:21<br>**boy** 110:1<br>**boylston** 5:13<br>**boys** 273:21,23,24<br>273:24<br>**bpj** 314:4 316:1<br>**bradley** 107:12<br>**brain** 45:9 48:3<br>59:17,22 60:2,3,8<br>60:15,19 61:12,25<br>115:12,16 116:14<br>116:22 120:21<br>196:19,19 254:22 | **branch** 245:22<br>**break** 17:16,17,21<br>57:15,17,19 58:7<br>103:10,12 121:18<br>146:3 151:15<br>152:3,4 199:15<br>212:1 273:11<br>274:13,15 275:4<br>304:19,23 310:22<br>**breast** 279:22<br>280:3<br>**breasts** 279:22<br>**breland** 227:18<br>**bridgeport** 6:22<br>**brief** 124:22<br>**briefly** 30:16<br>75:24<br>**bring** 32:5<br>**broad** 7:18 300:13<br>**broadly** 27:24<br>93:17 139:22<br>148:12 281:3,6<br>283:14,17 284:13<br>299:23<br>**brooks** 135:12<br>136:19,21<br>**bränström** 193:14<br>**built** 51:13<br>**burch** 1:12 2:12<br>4:4 7:4 15:4<br>311:13<br>**button** 274:12<br>**c**<br>**c** 6:5 16:15,15<br>47:10 156:2<br>225:16 237:19<br>314:1<br>**ca** 314:9,12,20<br>**calculate** 110:15<br>**california** 3:17<br>313:4 | **call** 16:5 63:25<br>64:3 93:21 94:11<br>94:22 99:21 102:9<br>128:13 157:16<br>165:8 195:16<br>209:17,21 240:21<br>240:22 256:24<br>298:23<br>**called** 45:10 56:22<br>91:6 94:15 101:21<br>183:14 202:8<br>209:17 248:21<br>252:15 253:20<br>298:19 299:17<br>**calling** 251:20<br>**calls** 134:3,16<br>157:20 159:15<br>160:7 165:12<br>**camera** 17:2<br>**camh** 47:4,6,7,8<br>47:10,13 49:4,24<br>51:24 52:1 57:11<br>59:2,4,9 62:6<br>64:16 67:24 68:24<br>79:16 82:15,21<br>83:22 84:2 86:13<br>88:7 108:14,15<br>130:24 150:1,18<br>151:9 183:19,21<br>307:16<br>**campbell** 73:3,6<br>**canada** 53:11<br>71:19 125:25<br>126:3,6 181:21<br>194:7,11<br>**canadian** 71:22<br>80:12<br>**cantor** 1:20 2:20<br>9:3,12,15,20 13:7<br>15:19,25 16:14,17<br>20:8 28:13 29:2 | 30:20,23 31:4,6<br>33:5 34:2,14<br>35:14 36:25 40:25<br>58:7 72:2 88:18<br>89:11 90:17 119:2<br>122:6 137:21<br>146:5,12 147:14<br>152:2 162:18<br>166:22 176:18<br>187:4 190:6 191:9<br>194:6 196:12<br>197:19 205:20<br>206:11 208:11<br>212:14 219:11<br>227:13 230:14<br>235:10 237:9<br>242:5 271:14<br>274:15 275:3<br>284:11 300:18<br>304:21 305:10,23<br>306:7 307:18<br>308:11 310:5<br>311:19 312:5,16<br>314:5 316:2<br>**cantor's** 35:7,9<br>96:10 166:18<br>284:3<br>**capable** 216:23<br>**capacity** 1:12,13<br>2:12,13 201:6<br>204:19 294:11,12<br>**capital** 225:25<br>**capture** 211:2<br>**captured** 18:4<br>**captures** 224:5<br>**care** 10:7 11:2<br>19:2,3,3,4,9,9,11<br>20:5,6 77:1,5,9,23<br>78:3,6,17,22,25<br>79:4,8 80:4 86:19<br>131:23 183:11 |

[care - childhood]

200:20 203:2,9,21
203:24 204:5,22
205:1,4,16 226:24
227:4 228:22
229:2,4,6,9,10,17
229:18 243:19
246:24 249:24,24
256:19 260:23
281:18 299:13
307:10,13,15
309:24
**career** 36:15,21
79:16 114:17
148:7,14 220:14
221:17 306:15
**careers** 58:22
**carmichael** 248:2
**carrie** 232:1
**carry** 109:4
**case** 13:11 19:14
20:19,23 21:6,20
22:3,4,5,7,14,17
22:18,20 23:4,24
24:13 29:3 32:2
44:9 81:15 103:23
104:5,7,10,24
131:11,16 133:2,3
133:10,23 134:1
135:17,21,25
137:3,5,6,8,9,18
137:23,25 138:21
138:22 139:2,3,5,6
139:10 152:5
154:4 155:2,5,10
156:15 157:25
199:21 202:1
205:14 221:21
222:18 223:1,3,13
232:8,12 262:7,12
262:17,19 263:9
265:10 283:20

284:12 304:11
306:21 307:2,12
309:20,23
**cases** 21:12,14,22
21:23 23:9,12,15
23:17 24:2,4,8,9
24:16 25:9,17,20
25:22 26:2 27:16
28:2 110:11 111:1
111:4 131:14
137:4 212:20
216:12 217:11
**catch** 28:9
**categories** 296:10
308:18,19 309:15
309:16
**categorization**
309:8
**categorize** 25:5
144:5
**category** 308:17
310:10
**catie** 6:6
**causal** 234:21
301:23
**causality** 233:21
244:24
**causation** 244:14
244:20
**caused** 83:12,22
86:8 242:4 290:9
297:7
**caustic** 277:4
**caution** 71:20 85:4
**cautious** 183:24
**caveat** 222:6
249:20
**cc'ing** 295:6
**ccp** 314:9,12
**cease** 168:1 191:18
191:22 206:13

212:24 214:18
**ceased** 85:23
215:21 216:5
**cecilia** 255:5
**center** 41:13,19
**centre** 47:1,4 74:5
74:8 76:18 77:12
77:19,25
**certain** 80:20
96:21 173:13
183:5 222:7 245:4
**certainly** 83:25
129:20 174:21
277:2 302:5
**certificate** 48:22
**certified** 2:24
313:3
**certify** 313:5,14
**cesalie** 227:18
**chain** 293:13,24
**chakravarty**
117:8 119:3
**challenge** 302:20
**chance** 21:5 311:1
**change** 66:19,23
84:8 86:5 128:3
144:1 193:2 280:2
316:4,7,10,13,16
316:19
**changed** 64:20
72:16 73:19 139:1
139:4,9 185:17,17
192:6,8,10 193:4
195:15,16 222:25
253:3,4
**changes** 120:17
206:14 242:16
266:6 279:20
280:1
**changing** 189:21

**chapter** 90:8 92:6
92:7,11 97:10
98:8,10,12,13,15
99:12,15 100:5,7
100:14,22
**chapters** 100:3
**charge** 294:20
**charleston** 1:3 2:3
3:10,18 4:11 7:11
13:11
**chavez** 119:3
**check** 95:7,16
102:18 103:8
118:9,20 199:13
224:20 233:24
260:3
**checking** 77:15
88:18 114:25
**checks** 68:19
**cherry** 245:7
277:18
**chicago** 128:1
**chief** 113:1,7
**child** 37:15 39:9
39:18,21 42:15,17
43:2 50:3,4,21,22
59:20 60:23 69:4
72:4,5,5 117:3,5
117:15 168:1,2
179:5,8 218:10,20
219:16 223:16
277:16 307:4,5,7
309:2
**child's** 188:15
**childhood** 51:4
59:25 60:17,18,19
60:21 61:17 65:19
69:15 92:21
102:14 110:24,25
169:16 170:11
172:3,8,16 308:13

[childhood - collection]

309:23
**children** 11:21,24
25:23,24 26:9,11
42:23 54:8 60:12
61:4,7,10,16 65:11
65:16,22 68:25
88:17 93:2,3
98:22 102:5
106:11 107:8
109:8,19,20,21
110:16 111:2
112:7 118:22
121:2 125:6,8,10
127:14 130:8,11
132:13 141:12,20
175:13,20 176:4
179:11 181:15
182:19 184:13
194:11 196:6
212:23 213:23
215:8,15 223:23
224:6 259:19
260:22 262:7,20
264:5,6,12 265:24
308:23,23
**children's** 194:8
**choice** 280:22
281:1
**choices** 279:1
280:18
**chris** 235:17
**christal** 235:18
**chromosome**
272:7,16
**chromosomes**
274:1
**chronological** 53:6
**chronologically**
119:12,13 154:2
**chuan** 117:1

**chunks** 101:8
**circulated** 171:14
192:12
**circulating** 174:13
**circumstances**
297:4
**cisgender** 11:3
18:13 189:1
222:12 223:6
243:20 246:15
271:17 272:3
**citations** 248:22
**cite** 160:15 213:7
220:6 233:11,13
233:22 236:23
237:1 247:17
255:14,21 260:5
261:1 267:18
**cited** 31:20 170:9
170:14,21,21
186:17 193:7
204:4 213:5 220:8
234:1,10 235:2
244:5 271:4
**citing** 248:19
**citizens** 166:10
**city** 21:3 126:8
312:12
**civil** 7:16 314:19
314:20
**ckelley** 6:12
**claim** 95:2,3
182:18 256:2
**claimed** 184:1
**claims** 95:7 268:19
**clarification** 39:2
79:23
**clarify** 19:8 83:20
109:3 110:21
152:6 163:9

**clarifying** 97:19
**clarity** 41:20
**classic** 220:15,15
**classification**
143:1
**classifications**
168:12
**classified** 142:25
**clayton** 1:12 2:12
**clean** 16:20
**clear** 17:12 138:23
142:1 159:11
183:1 223:21
**clearly** 40:25
**client** 75:10 78:11
134:3,18,21 154:8
**clients** 54:25 78:9
78:13 131:9 132:2
211:21 237:8
**climate** 302:23
**clin** 49:9
**clinic** 47:20,22
48:7,8,17 49:16,17
54:5 59:5 64:11
68:18 70:5,6,8
71:8 73:11 84:10
85:21 86:2,2
91:22 183:23
194:8 246:23
307:14 309:21
**clinical** 42:6,7,14
52:21 57:10 59:2
59:8 62:19,23
63:3 77:14,18
110:22 130:24
147:23 148:5,6
150:1 180:21
238:10
**clinically** 238:12
309:9

**clinician** 49:9
180:6
**clinician's** 125:22
**clinicians** 68:16
75:8,16,21 127:6
211:20 225:18,22
226:14
**clinics** 48:11 49:21
107:23 182:13
194:10 195:17,20
195:22 215:22
217:16 253:24
**close** 210:23 303:6
**closely** 272:23
274:5
**closer** 211:3
307:21
**closet** 107:16
**coauthored** 87:4
97:15 105:7
**cochran** 263:22
**code** 314:9,12,19
314:20
**cognitive** 39:12,17
45:9 68:8,12
**cohen** 250:14,22
250:25
**cohort** 11:17
251:11,22 255:11
**colizzi** 248:3
**collapse** 298:18
**colleague** 220:24
**colleagues** 62:24
79:19,21 82:15,16
108:14
**collect** 95:11
**collecting** 94:3
186:15
**collection** 117:13
210:19

[college - confidentiality]

college  178:16,19
  310:10
collin  227:18
color  110:13
column  257:19
come  29:20 54:4
  57:17 69:24 81:11
  82:6,10 83:15,17
  90:10 104:25
  108:13 129:18,23
  152:18 171:24
  179:20,22 180:11
  180:16 181:11
  216:25 220:16
  221:9 229:25
  230:25 233:18
  293:3,5 299:17
  309:23
comes  130:1 144:2
  199:3 221:6 309:8
coming  67:23
  72:11,12 75:5
  84:19,21 107:16
  114:1 116:8
  206:17 221:8
  308:25 309:20
comma  266:6
comment  25:1
  105:12 106:6,7,10
  113:4,18
commentaries
  105:6,10 106:3
  109:12 224:22
commentary
  106:5,14,18
  107:19 113:25
  225:9
commented  265:6
commenting
  105:15 113:20,21
  113:23

comments  114:7
  205:18 297:15,17
commission  1:11
  2:11 3:4 15:7
committed  70:15
  71:4
common  89:14
  147:4
commonly  18:10
  37:3 47:6 182:5
  219:23 221:4
communicate
  278:1,5
communicated
  217:3 251:2
communication
  134:16
communications
  29:9 134:5,22
  135:14
community  12:4
  210:6 264:9
  267:16
comparable
  150:15
compare  111:14
  273:21,22
compared  11:3
  243:19 246:15
  256:11,17 257:11
  264:6 277:14
comparison  253:6
comparisons  99:9
competitive
  300:19,23 301:19
  302:3 303:8,13
competitors
  165:24
compilation
  102:20

complaint  156:1
complete  36:25
  38:13,16 41:4
  42:8 152:14,16
completed  52:10
  53:9 54:15 152:16
  314:7,17 315:6
completely  19:25
  73:9 283:16
completing  40:15
completion  21:21
  315:10
complex  66:1
  73:10
complicated  91:18
  163:5,6 189:20,23
  190:1,2
complication
  190:4,5
component  76:16
components  195:1
  225:21 226:13,18
  273:11,22
comprehensive
  114:19 130:22
  223:22,25
computer  37:9
concedes  264:10
concentrated
  156:12
concentrations
  37:9
conception  59:23
concepts  189:15
concern  70:23
concerned  44:21
concerning  38:3
  40:3 86:13 89:17
concerns  89:25
concierge  8:4

conclude  192:21
  305:15 310:21
concluded  264:1
concludes  310:24
conclusion  189:9
  215:10 229:21
  234:21 237:2
  258:18,20,22
  259:1 266:24
  293:5
conclusions
  157:17 165:9
  224:18,19,23
  225:1 233:18
  264:10
concretely  300:10
conditions  20:22
conduct  31:23
  37:21 38:3 39:20
  40:3 52:23 55:18
  57:4 61:9 108:13
  152:23 182:23
  209:10 284:21
conducted  30:2
  45:18,18 95:6
  98:25 201:16
  209:2 227:17
  236:3,7 239:17
  246:1 255:4
  261:10 262:17
  266:16 269:18
conducting  48:12
  74:8
confer  304:19
conference  124:13
  130:5 221:7
conferences  221:7
confidential  82:25
  85:5
confidentiality
  71:21

[confirm - correct]

| | | | |
|---|---|---|---|
| **confirm** 230:15 305:16 | **consistently** 206:20 300:10 | **continued** 4:1 5:1 6:1 7:1 8:1 46:25 | **convey** 99:13 **cool** 41:2 |
| **confirming** 19:3 | **constant** 74:19 | 47:23,23 54:25 | **cooley** 5:4 14:3,5,7 |
| **conflicts** 200:24 | **consult** 45:11 | 65:5 170:19 | 14:8,11 |
| **confronted** 276:4 308:14 | **consultation** 199:9 **consulted** 201:20 | 188:16 222:24 230:16 282:3 | **cooley.com** 5:17 5:18,19,20,21,22 |
| **confuse** 128:17 172:7 | **contact** 133:12 137:3 138:10 | 291:19 **continues** 59:23 | 5:23 **copy** 36:16 138:3 |
| **confused** 35:3 173:17 | 149:14,22 150:1 154:8 210:13 | 59:24 130:23 223:4 | 155:11 156:19 262:5 |
| **conjunction** 35:10 76:20 136:9 | 249:1,4 269:4 314:9 | **continuing** 103:15 119:14,20 216:16 | **cordial** 268:13 **corner** 277:21 |
| **connected** 61:25 89:17 | **contacted** 133:4,8 134:23 135:2,6 | 225:13 **contradict** 225:6 | **correct** 19:19 22:19 23:19 24:6 |
| **connection** 22:10 27:10 30:11 35:10 | 136:15,16,18 137:2,9,17,23 | **contradiction** 162:15 | 24:7,11 26:2,4 27:12 29:5 31:10 |
| 93:15 117:24 136:16 137:22 | 138:6 266:22 **contacting** 111:21 | **contradictory** 225:7 | 38:14,15,19,20 41:17,21,22 43:3,9 |
| 153:14 162:21 221:13 310:13 | **contacts** 199:7 **contained** 94:25 | **contrary** 224:14 224:18 225:1 | 48:8 50:23,24 53:11,16 54:14,21 |
| **connections** 227:23 | 114:9 124:20 263:24 312:9 | **contrast** 172:17 **contribute** 104:8 | 54:25 57:8,12 58:10 59:4 62:7 |
| **connectomics** 115:13 | **contains** 161:1 **content** 260:3 | **contributing** 143:21 144:3 | 62:10 64:14,23 65:6,8,24 66:3,5 |
| **consent** 197:3,6 198:7,11 | 293:20,21 297:12 **context** 83:19 | **contribution** 102:24 103:3,6 | 66:14 69:16 73:24 74:5 75:19 76:14 |
| **conservative** 194:10 195:18 | 128:16 146:13 159:21 184:19 | **control** 237:10,15 237:25 238:14 | 76:21,24 77:25 78:5 79:7 80:2 |
| **consider** 91:14 100:10 215:12 | 185:23 255:16 277:11,12,13 | 252:4,11 255:24 256:4,7,21,25 | 81:9 82:17 83:11 86:4,16 88:19 |
| 263:3 | 282:18,19 283:16 299:16 301:16 | 257:3 258:1,6 297:12 | 94:17,20 95:20,25 96:17,24 100:14 |
| **considered** 195:2 292:15 | **contexts** 93:17 94:1 139:22 | **controversial** 111:12 | 100:15 101:4,13 101:18 102:1 |
| **considering** 278:10,14,24 | **continue** 91:13 116:9 119:18 | **conventions** 263:21 264:17,22 | 103:1,21 107:13 107:16 108:11 |
| 280:16 | 120:7 156:21 | **conversation** 9:19 | 109:6 115:2,5 |
| **consisted** 256:8 | 169:16 191:20 | 146:11 259:18 | 116:3,6,10 118:3 |
| **consistent** 158:18 158:22 174:10 | 215:19 295:12 300:12 | **conversations** 152:3 198:23 | 119:24 120:6,10 121:15 122:11 |
| 175:8 | | 211:8 | 123:25 124:8 |

Veritext Legal Solutions
866 299-5127

[correct - couple]

| | | | |
|---|---|---|---|
| 125:25 126:21 | 286:23 287:5,6 | 30:5,18,21 31:2,5 | 230:8,13 234:16 |
| 128:3 130:6,10,13 | 290:22,23 291:19 | 32:18,20,25 33:3,4 | 234:22 235:4,8 |
| 130:21 131:21 | 292:16 296:16 | 34:14,14,17 35:2,6 | 238:24 239:4,8,10 |
| 132:9,10 135:8,9 | 297:11,18,19 | 35:13 40:22,24 | 239:15 241:21 |
| 135:18 139:12 | 299:4 302:15,16 | 44:14 45:5 46:3 | 242:11 243:22 |
| 140:23 141:9 | 303:15 306:14 | 47:9,11 57:13,16 | 244:3 245:1,18 |
| 142:12 143:15 | 312:10 | 57:21 58:6 61:3 | 247:12,16,24 |
| 148:14 150:21 | **corrected** 36:17 | 61:18 63:15 64:9 | 250:5,10 254:8,13 |
| 152:8,12 154:11 | 312:10 | 65:20 71:1,13,23 | 259:10,16 261:21 |
| 154:14 160:13 | **correcting** 260:19 | 71:23 72:1 77:8 | 262:1 265:15,19 |
| 161:23,24 163:21 | 266:5 | 83:8 85:6 86:17 | 268:1,6 272:14,24 |
| 163:25 167:11,15 | **correction** 265:8,9 | 86:23 96:7,9,12,13 | 273:13 274:2,8,14 |
| 168:12,23 170:22 | 265:12 | 103:8,10,14,16,17 | 275:1,2 282:2,5,5 |
| 171:4 173:4,22 | **corrections** 312:7 | 104:3 105:2 | 282:9,24 283:12 |
| 175:3 179:6,9,17 | 314:14,15 315:3,4 | 112:11 120:5 | 284:2,8,10 286:13 |
| 181:1,2 182:5 | **correctly** 123:18 | 121:17,20 122:5 | 286:18 293:22 |
| 184:3,10 187:9,10 | 128:4 147:11,16 | 124:6 133:19 | 296:23 299:10 |
| 187:12 192:14 | 149:10 157:22 | 134:6,7,10,20 | 300:17 301:1,13 |
| 193:12,13,25 | 182:2 213:2 | 135:3,14 137:10 | 302:1,7,13 304:1,9 |
| 195:4 197:1,4,8,12 | 255:12 264:13 | 137:15,20 142:13 | 304:18,20,25 |
| 197:18,20,23 | 267:3 279:6 | 146:2,4 151:14 | 305:9,22 306:1 |
| 198:3,5,12 200:22 | 281:23 286:1 | 152:1,4 158:20 | 307:17,21 309:18 |
| 200:23 201:4,7,11 | 287:23 303:10 | 159:10 160:2,17 | 310:15,19,24 |
| 201:14 203:22 | **correlation** 233:21 | 161:11,22 162:17 | 314:18,21 315:7 |
| 204:15,24 205:6 | **correlations** | 164:5,24 166:17 | **counseling** 79:9 |
| 205:18 207:22 | 233:20 | 166:21 167:16 | 179:11 180:16 |
| 209:25 213:18 | **cosmetic** 279:20 | 171:9 172:18,23 | 181:1 |
| 215:9 221:15 | 279:20 280:1,2 | 173:5,18 174:7,22 | **count** 21:20 88:14 |
| 225:9,10 227:19 | **costa** 193:20,24 | 175:4,18 176:1,8 | 149:15,24 150:6 |
| 227:25 228:17 | 237:17 238:13 | 176:13 187:2 | 220:7,10 295:18 |
| 235:15 236:25 | 247:6 248:1 | 190:18,24 191:3,5 | **counting** 87:9 |
| 237:13 238:2 | **couching** 127:4 | 193:13,16 198:1,6 | 150:13,14 |
| 240:3 245:24 | **counsel** 4:4 7:4 9:6 | 199:1,12,17,18 | **countries** 216:16 |
| 246:3 247:2,10 | 13:18,20,22,23 | 206:9,9,10 207:8 | 225:19 226:9 |
| 248:9 253:15 | 14:15,22 15:24 | 208:17 209:12 | **country** 175:8 |
| 254:18 255:14 | 16:6,23 17:4 | 210:2,11 211:16 | 303:20 304:4,13 |
| 256:15,20 257:7 | 18:24 19:10 24:14 | 211:25 212:13 | **county** 1:10,14 |
| 258:8,20 261:5 | 24:15,17 25:9,14 | 219:8,9,10 223:2 | 2:10,14 6:16 |
| 262:15 266:7,8 | 26:16 27:3,18 | 223:11 224:11 | 14:25 22:16 311:8 |
| 270:5,6,15 280:12 | 28:11,15,16,19,21 | 225:8,24 226:1 | **couple** 110:16,17 |
| 284:17,18 286:7,8 | 28:24 29:1,10 | 227:6,11 229:14 | 307:3 |

[couples - decision]

**couples** 54:19
55:12
**courage** 292:8
**course** 21:2 33:18
36:14,21 39:12,16
43:7,15,17 44:13
51:4 55:1 56:20
57:1,6,7,8 59:23
59:24,25 94:7
114:16 116:21
120:1 131:11
148:14 154:7
156:11 161:3
164:23 221:17
277:11 281:9
285:12
**courses** 37:14,25
39:8,11,17,25
42:15,16 43:2,11
43:13,14,23 44:4
51:9,13,14,17,23
51:24,25 56:13,14
56:16,18,23
**court** 1:1 2:1
13:10,16 16:20
18:1,4 19:19 21:2
22:14 23:3,4,5,6
23:10,13,16 28:12
32:17 34:13 47:9
69:20 137:10
146:1 161:19
166:17 176:12
186:25 190:22
191:3 225:24
227:10 230:12
235:7 237:18
239:2 243:25
247:15 250:8
254:12 259:14
261:18,25 262:5
264:16 265:18

268:5 274:11
284:2 286:17
306:22 307:24,24
**courtesy** 289:19
**courts** 161:18
**covariance** 252:19
252:20
**cover** 130:25
**covered** 52:18
142:15
**covid** 123:24
**coworkers** 73:17
**crawford** 261:2,8
266:19
**created** 33:17 34:3
35:15,17 36:13
164:22
**credentials** 24:25
**criterion** 300:9
**critical** 123:15
268:18,25
**criticisms** 241:6
**cropp** 6:19 14:24
14:24 311:7,7
**cross** 22:4,18
79:25 80:10 82:12
102:14 175:8
194:13 197:19
198:8,11,14,18
199:3 303:20
304:4,13
**csr** 1:23 313:25
**curiosities** 46:8
**current** 36:22
52:19 97:9 119:21
151:1,4 191:16
203:11,11,13
248:15 302:23
307:13
**currently** 74:7,15
140:7,8 141:24

150:19 168:14
196:4 204:25
205:8,16 206:2
207:1,20
**custody** 306:22
307:4
**cut** 24:21 189:4
**cutoffs** 20:20
184:21
**cutting** 171:21
**cv** 1:8 2:8 13:12
36:7,16 41:6,14,21
53:2 86:24 88:13
90:10 92:19 96:10
97:3 102:3 105:4
112:15 113:9
114:12 122:7
130:15 306:9
**cycle** 196:22

**d**

**d** 225:25
**dane** 254:22
**danish** 254:23
256:6
**data** 45:12 63:1
69:9 94:3 95:11
99:4 117:13 127:7
166:25 167:1
169:20 186:15
195:14 224:14,24
225:5 244:13,19
260:18,21 261:7
261:11 264:3
265:2 266:20
**date** 33:20,22,25
84:1 97:18 119:4
124:11,12 136:13
137:7 153:2 236:4
286:10 313:17
314:16 315:5
316:24

**dated** 35:11
136:10,11 137:8
177:1 290:21
313:19
**dave** 8:7 13:14
44:1 219:5
**david** 3:15 14:18
30:19 227:18
**david.c.tryon** 3:20
**davis** 232:1
**day** 73:18,18
216:3,10 277:22
312:11
**days** 107:20
140:20 222:1
277:5 284:25
**de** 225:22 226:15
246:3 250:1,12,20
250:24 253:7,7,10
278:13
**dead** 123:15
**deal** 21:14 68:14
75:9 173:12
288:16
**dealing** 65:18
308:14
**deals** 51:20 89:2
**debate** 275:17
288:22 290:2
291:20 294:3
295:25
**debates** 294:1
**debating** 288:18
**decade** 283:11
**december** 53:16
62:9 240:12
**dechants** 231:25
**decide** 281:8
**decision** 81:7
85:17 95:16
161:21 163:16,24

[decision - development]

176:3 214:17
**deck** 306:10
**declaration** 9:12
9:15 136:8,11,17
137:24 138:25
139:9 155:1,4,13
156:2,6,14
**declarations** 31:17
**declare** 312:5
**decreased** 236:15
237:3
**deemed** 288:11,12
289:18
**defamatory**
289:15
**defendant** 1:18
2:18 9:23 21:7
**defendants** 1:16
2:16 6:16 14:25
**defending** 6:4
14:22,23 15:12
134:24
**defense** 30:5 306:1
**define** 210:24
**definitely** 164:25
**definition** 140:17
174:20 185:1,3
**definitions** 184:25
**degree** 37:14,25
38:25 40:15 42:1
42:5,9,14 44:16
46:24 56:2
**degrees** 52:13
**del** 5:6 14:10,11
**delaying** 79:2,25
80:9 82:4,11
132:12
**delays** 85:24
**deleterious** 243:9
**demand** 125:22
181:4,12,15 182:7

182:10,15,18,25
183:6,17,22 184:1
184:6,12 213:25
214:24 215:1
216:18 217:8
**demeules** 259:21
**demographic**
167:24
**demographics**
256:24
**demonstrate**
170:10 292:13
**demonstrated**
193:18
**demonstrates**
169:7
**demonstrating**
226:8
**deny** 182:21
183:14 184:4
**depart** 263:20
264:17,21
**department** 4:5
7:5 11:24 53:13
55:24 65:2 262:7
**department's**
263:3,9
**departments** 65:2
65:3
**depend** 279:11
**depending** 149:15
**depends** 61:1
142:25 188:22
299:16
**deposed** 20:7,15
21:10 22:7 23:9
**deposition** 1:19
2:20 13:7,13
14:23 18:12,18
20:3 22:11 29:6
29:11 30:11,15,20

30:24 31:7,12,24
137:5 152:7,10,24
230:18 231:6,7
310:22 314:19,22
314:24 315:8,10
**depression** 10:10
12:4 54:13 218:10
218:21 219:16
228:24 229:19
230:3 233:4
236:16 237:4
267:16 271:17
272:1
**depressions** 54:6
**depth** 93:12 148:1
186:9
**der** 243:17 244:2
245:24 246:2
253:16,19
**derived** 224:23,23
**derogatory** 289:13
**describe** 39:11
42:19 43:16 46:4
47:12 69:6 71:14
75:20 93:14,20
98:18 110:18
116:13 135:24
144:10,24 145:5
188:2 195:3 288:9
307:1
**described** 73:21
110:16,16 144:10
144:16 183:2
251:17 265:10
**describes** 110:12
**describing** 109:18
110:10 161:2
188:21
**description** 9:11
**design** 42:16

**desire** 144:1,14
**desist** 206:22
210:5 212:24
216:1
**desistance** 184:18
185:1,11,23 186:2
234:5
**desisted** 208:9
**despite** 241:2
298:7
**detail** 157:13
165:5 217:22
262:22
**details** 25:13 32:7
73:12 98:3 201:18
257:7
**determination**
188:8
**determine** 25:1
158:1 173:20
202:7 310:9
**determined**
314:18,22 315:7
**detract** 162:13
**detransitioned**
198:21 199:4
**develop** 59:25
63:20,22 166:6
218:11,22 219:17
**developed** 104:24
195:14 202:3,13
202:18 205:8,17
**developing** 201:17
201:21
**development**
39:13,17 45:9,10
48:3 59:18,22
60:2,4 61:12,25
64:3,4 115:17
169:8 201:9,12
204:22 205:4

Page 16

**[device - document]**

**device** 280:3
**dhejne** 254:17
  255:2,2,3,5 256:1
  256:5,11
**diagnosable** 21:1
**diagnosed** 89:4
  179:4
**diagnoses** 144:5
**diagnosis** 20:21
  141:13,14,17,18
  180:2,4,6 188:22
**diagnostic** 20:20
**diana** 227:17
**dice** 242:1 245:10
**differ** 185:12
  257:25 258:6
**difference** 64:24
  72:18,21 106:17
  106:20 169:6
  216:19 241:3,4
  252:25 254:1
**differences** 162:4
  170:1,7 240:25
  254:5 264:4
  273:25
**different** 23:4,5
  56:12 59:7 72:12
  72:13 93:17,18,24
  93:25 94:1 99:10
  139:21,21,21
  150:18 169:2,15
  182:8 183:8
  184:20,21,21,24
  184:25 185:10,16
  185:18 196:19,20
  196:24 210:18
  240:24 243:3,14
  244:18 253:23
  277:11,12,13
  279:24 294:1
  298:22 308:12

**differently** 283:10
  283:13
**differs** 35:4
**difficult** 149:24
  253:6 308:3
**dilemma** 125:23
**direct** 31:3 77:23
  108:4 154:7
  166:13 172:14
  217:1 253:5
  293:15
**direction** 110:19
  178:20 313:12
**directly** 61:5
  68:25 69:2 77:1
  108:22 162:3
  172:4 174:2 184:7
  258:10 267:5
  278:23 295:4
**director** 74:4,7
  76:13
**directors** 289:7
  290:1 294:21
**disagree** 195:9
  248:14 295:21
**disagreed** 86:18
  291:14
**disagreeing**
  296:19,20,22
**disagreement** 83:4
  83:21,23 84:4
  86:7
**disagreements**
  82:20,23 83:2
  86:12
**disagrees** 264:9
**discipline** 79:12
**disclose** 82:25
  134:21
**disclosing** 29:9
  76:9

**discount** 293:19
**discourages**
  175:13,19
**discourteous**
  289:10
**discover** 116:17
**discovered** 267:22
**discuss** 32:2
  161:12 198:23
  304:21
**discussed** 119:11
  174:25 220:17
  269:5 302:25
**discusses** 167:4,7
  168:18 172:19
**discussing** 188:13
  306:17 307:9
  308:11 310:14
**discussion** 167:10
  167:17 168:8,21
  171:2 172:24
  173:7 232:14,15
  291:13
**discussions** 285:20
  285:22
**disingenuous**
  282:21
**disorder** 101:21
  101:22 107:15
  141:18 211:12
**disorders** 41:13,19
  54:5,13 55:12
  90:23 92:11 96:16
  101:11,17 102:6
  117:6 141:23
**displaced** 85:14
**display** 157:15
  165:7
**disrespect** 288:11
**disrespected** 292:4

**disrespectful**
  288:11,13
**disrupt** 307:23
**dissatisfaction**
  10:21 238:18
  240:19
**dissemination**
  284:21
**distinct** 189:15
**distinction** 150:17
**district** 1:1,2 2:1,2
  13:10,10 262:5,6
**diverse** 88:17
**divided** 273:24
**division** 1:3 2:3
  13:11
**divorcing** 307:4
**doc** 96:6
**doctor** 9:20 81:1,8
**doctoral** 40:10
  44:3,5,10 47:15
  55:1 130:24
**doctorate** 40:15
  42:1,5,8,14 44:16
  45:14 46:24 47:25
  49:23 56:2
**doctors** 198:17
  199:2
**document** 32:14
  32:19,25 33:1,6,7
  33:10,13,15,17,20
  34:2,16,20,24 35:1
  35:4,8,14,17 36:4
  36:8,11 68:19
  136:7 137:7 139:1
  146:9 148:22
  153:8 176:17,21
  177:4,9 185:4
  200:9 213:14
  262:22 265:20
  277:20

[documents - early]

**documents** 29:17
31:13,14,15,19
32:6 69:12 156:7
156:8
**doing** 17:25 51:3,3
62:22 102:19
120:8 147:24
149:25 154:21
182:13,21 183:15
184:16 209:5,8,15
209:22 216:24
223:1 230:17
238:12
**dominate** 139:23
**dominic** 269:19
**donation** 73:1,7
**dora** 1:13 2:13
6:17 15:1 311:8
**doreleijers** 250:13
**double** 102:18
**doug** 116:25 118:6
119:2
**downloaded** 240:2
240:11
**dozen** 20:11,12
21:13 81:22,23
88:14 170:8
**dozens** 170:13
295:3,3,3,16,16,16
**dr** 13:7 15:25
16:14,17 20:8
28:13 29:2 30:20
30:23 31:4,6,17
33:5 34:2,14 35:7
35:9,14 36:25
40:25 58:7 72:2
96:10 117:21
122:6 137:21
146:5,12 152:2
162:18 166:18,22
176:18 187:4

190:6 191:9 194:4
194:6 196:12
197:19 202:1
205:20 206:11
208:11 212:14
219:11 227:13
230:14 235:10
237:9 242:5
250:22,23 262:17
263:8,19,22,22,23
264:1,7,15,20
271:14 274:15
275:3 284:3,11
300:18 304:21
305:10,23 306:7
307:18 308:11
310:5 311:19
**draft** 33:15 35:1
**drafting** 136:17
153:15 160:5
221:25 234:18
**dramatically**
59:24
**drawn** 237:2
**drew** 147:7
**drugs** 196:13,24
**dual** 66:11,20
**due** 123:24 145:8
231:2 252:9,9
283:21
**dumb** 147:14,19
**dunsford** 248:1
**duphily** 8:4
310:18
**durwood** 259:21
**dutch** 194:6,7,14
195:1,5,9,13,15,18
196:3 225:22
226:14 237:10,24
238:4 246:25
247:1 251:16,18

251:20,23 252:22
253:9,10,12,14,20
**duties** 66:7,9
**dysfunctions** 46:8
**dysphoria** 11:9
18:11 19:5 58:21
60:12,23 61:5,11
63:6 69:1 83:10
88:22 89:4,10
90:1 91:4 92:4,13
98:7,22 101:3
105:22 107:24
110:11 115:9,14
115:18 117:16
127:19 130:9
131:10,15,17,20
132:8 144:6,12
145:2 168:1,13,19
168:25 169:16,17
170:2,2,25 171:3
171:18 173:14
174:24 176:5
178:25 179:5,8,12
179:21 180:2,17
181:16 182:19
184:13,19 186:3
188:15,21 189:12
194:8 196:7
200:19 202:5
205:25 206:25
207:19,25 209:23
210:5 212:24,25
215:23 232:10,13
232:16 247:9
249:17 256:8
257:9,25 258:2,5,7
307:6 308:12,16
310:11,12
**dysphoric** 26:20
38:1,4,7 40:1,4
43:12 44:22 46:9

52:5,7 55:21 57:5
58:17 79:1 88:12
89:18 90:3 91:24
92:25 93:8 119:6
123:2 125:15
143:24 145:12
169:4,9 171:23
180:10 190:7,14
192:1 200:5
213:23,24 215:8
215:15 260:22
271:15,25 281:1
283:23 288:17

| e |
|---|

**e** 3:8 16:14,15
181:19 182:3
184:7 191:4 199:7
200:14 217:4
220:24 225:25,25
232:7,9 251:2
288:23 289:6
290:7,19,25 291:2
291:7,17,20
292:12 295:4,14
314:9,12 315:1
316:3,3,3
**earlier** 120:23
139:14 141:25
143:3 152:9
162:23 169:5
170:20 179:1,15
184:9 192:25
193:21 199:7
216:12 245:2
251:9 253:13
259:18 299:12
306:17 307:9
308:11
**early** 50:14,18
76:10,11 78:12
200:18 277:22

Veritext Legal Solutions
866 299-5127

[early - establishing]

| | | | |
|---|---|---|---|
| 308:15,16,19 | efforts 60:10 | encompass 27:11 | entirely 85:18 |
| 309:21 | eight 20:17 78:18 | 27:22 71:16 | 144:21,22 198:20 |
| easier 278:1 | 179:16,20,25 | encompasses | 270:21 |
| easily 142:20 | either 21:6 23:17 | 92:12 | entities 181:23 |
| 242:14 293:18 | 49:11 70:12 99:25 | encountered | 182:5 217:5 |
| easy 128:16 285:1 | 109:23 112:10 | 185:11 | entitled 106:22 |
| eaton 235:20 | 137:16 145:8 | encroaching 85:12 | 113:22,24 187:6 |
| edge 182:25 | 154:10 162:25 | ended 71:8 | entity 76:23 95:19 |
| edited 231:3 | 173:4 220:10 | endocrine 10:16 | 96:21 184:9 228:7 |
| editor 113:1,7,7 | 242:10 250:24 | 199:19 200:4,25 | enumerate 280:9 |
| 248:16,16,24 | 269:1 293:12 | 201:3,5,9,16,20 | environments |
| 249:2,3,4 | 299:2 | 202:3,10,13,18 | 276:10,25 277:4,6 |
| editorial 112:22 | elect 51:18 | 234:25 236:15 | equal 243:15 |
| 112:24,25 113:3 | electronic 266:16 | 237:2 | 272:1 |
| 114:2 285:24 | element 215:3 | endocrinologist | equally 189:23 |
| editorials 112:15 | 268:22 | 80:11 179:2 | 206:19 |
| 112:19 113:15,17 | elements 150:4 | endocrinology | equipment 108:7 |
| editors 100:4 | 158:18 268:23 | 235:14 | equivalent 251:23 |
| 113:3 | elevate 248:21 | endogenous 272:8 | ereinhardt 5:21 |
| educate 51:7 | elin 248:2 | 272:18 | erotophobic |
| educated 144:20 | elizabeth 5:9 14:6 | ends 60:1 311:19 | 289:13 |
| education 1:10,10 | 41:8 53:10 | engage 80:18 | errata 12:1 265:23 |
| 2:10,10 4:3,5 6:16 | ellipses 128:6,9 | 181:7 | 265:25 314:14,16 |
| 7:3,5 13:9 14:25 | 303:4,6 | engaged 281:12 | 315:3,5 |
| 15:3 36:24 37:1 | email 266:22 | engaging 68:6 | error 94:25 95:1 |
| 37:12,13,24 39:6,7 | 287:20 | english 53:21 | 193:23 |
| 39:24 42:13 43:11 | embarked 299:20 | 55:10,10 | errors 214:20 |
| 49:8 52:15 180:19 | emotion 188:20 | enjoy 37:5 | 215:11 260:20 |
| 220:14 311:8,12 | emotional 246:13 | enormous 290:2 | 263:25 |
| 314:4 316:1 | emotions 144:12 | 291:12 294:23 | especially 95:4 |
| educational 38:6 | 144:17 145:1,11 | 295:1 | 129:11 171:13 |
| 45:13,16,20 52:13 | empirical 99:8 | ensure 77:20 | 309:21 |
| 131:3 | 104:20,21 190:9 | 102:25 281:11 | esq 314:1 |
| effect 209:8 | 190:10 | ensured 29:14 | essentially 141:2 |
| effected 173:8 | employee 86:18 | ensuring 25:3 | 226:20 252:16 |
| effects 60:18 | 313:16 | 294:20 | 285:2 |
| 115:16 209:14 | employees 82:21 | entered 200:6 | establish 16:20 |
| 226:24 | 108:15 | 269:15 | established 99:13 |
| efficiency 83:3 | employer 79:13 | entire 47:20 51:3 | establishing 276:9 |
| effort 25:16 97:24 | employment 53:4 | 58:23 104:21 | 276:18 |
| | 53:5 79:11 303:3 | 206:18 219:7 | |

[estimate - expertise]

| | | | |
|---|---|---|---|
| **estimate** 44:25 208:8 216:22 | **exactly** 77:20 85:9 85:16 90:25 91:21 | 10:21,25 11:6,11 11:15,20,24 12:1,3 | **expect** 170:14 **expectation** |
| **estimation** 138:18 | 98:5 100:23 | 12:7,10 32:15,16 | 218:23 219:17 |
| **estrogen** 197:22 | 133:13 170:23 | 34:11,12 136:8 | **experience** 41:25 |
| **et** 9:22 13:9 92:20 | 206:3 226:7 243:2 | 137:4 145:22,25 | 47:13 55:20 |
| 193:18 225:23 | 243:7 257:1 271:2 | 146:3 155:15 | 115:14 126:24 |
| 226:15 227:2 | 273:20 288:23 | 156:21 176:10,11 | 127:3,4 131:1 |
| 230:2 234:24 | 293:4,10,12 | 186:21,24 190:20 | 148:5,6 170:11 |
| 237:17,21 238:13 | 294:16 | 190:21 193:11 | 178:25 197:9 |
| 238:18 242:7 | **exaggerate** 124:24 | 207:13 212:15 | 212:25 271:15 |
| 243:17 247:6 | **exaggerated** | 225:13 227:8,9 | 293:1 |
| 250:1 261:2 | 282:20 | 230:9,11 235:5,6 | **experienced** 49:3 |
| 267:15 | **exaggerating** | 238:25 239:1,7 | 271:25 |
| **europe** 181:21,23 | 293:2 | 243:23,24 245:23 | **experiences** 69:16 |
| 182:5 195:21 | **examination** 9:2 | 247:13,14 250:6,7 | 77:17,19 110:25 |
| **eva** 250:13 | 15:23 306:4 310:7 | 254:10,11 259:12 | 126:23 144:25 |
| **evaluated** 301:24 | **examined** 15:20 | 259:13 260:24 | 292:7 |
| **evaluating** 174:13 | **example** 42:20 | 261:23,24 265:16 | **experiencing** |
| 257:20 | 142:21 144:14 | 265:17 266:10,11 | 218:10,20 219:16 |
| **evaluation** 12:3 | 161:5 167:22 | 268:3,4,7 269:14 | 308:16 |
| 181:10 182:14,24 | 170:12 188:6 | 274:9,10 275:5,5 | **expert** 23:21,25 |
| 202:10 205:19 | 198:21 212:19 | 286:14,16 289:1 | 24:3,5,9 25:3,17 |
| 267:15 | 217:21 218:16,20 | 290:18 291:23 | 29:3 31:21,25 |
| **evaporated** 193:1 | 224:22 279:20 | 302:9 | 35:9,24 100:11 |
| **event** 310:9 | 303:16 | **exhibits** 9:10 | 134:1 135:17,21 |
| **events** 61:16 69:7 | **exceptions** 281:5 | 32:13,19 34:9 | 137:22 138:8 |
| 69:10 102:13 | **exchange** 232:7 | **exist** 212:19 | 139:8 155:15,16 |
| 293:13 | **exclude** 24:12,18 | 231:11,12 281:5 | 155:21,22 157:6 |
| **eventually** 169:17 | 24:24 25:10 | 282:23 | 157:15 159:3 |
| 214:18 242:1 | **excluded** 25:20 | **existence** 129:10 | 161:25 162:8 |
| **everybody** 63:1 | **exclusion** 302:22 | 221:19 230:22 | 165:3,7 174:8 |
| 70:5,7 214:16 | **executed** 35:7,16 | 272:7,16 273:4,15 | 178:3 196:23 |
| 277:5 288:7 | 138:13,25 312:11 | **existing** 43:21 | 202:3,8,12,17 |
| **everybody's** 311:1 | **execution** 33:20 | 45:12 99:5 108:1 | 205:7,13,15,21 |
| **evidence** 90:25 | 33:25 | 145:15 158:19 | 207:24 212:15 |
| 91:1 184:5 191:16 | **exercise** 89:7,24 | 174:14 219:14 | 213:19 219:25 |
| 192:25 269:7 | 92:17 122:23 | 223:23 | 221:21,25 239:9 |
| 273:12 304:2 | 123:5 | **exists** 94:12 186:7 | 305:11 306:8,18 |
| **exact** 126:15 153:2 | **exhaustive** 226:20 | 205:11 224:19 | 307:2 |
| 206:14 215:19 | **exhibit** 9:12,15,18 | 280:6 | **expertise** 70:24 |
| | 9:22 10:1,3,5,9,15 | | 139:15 180:15 |

[expertise - fine]

205:11,12 301:11
**experts** 49:2 100:4
  100:8 148:2
  201:19 263:3
**explain** 16:19
  157:13 165:5
  168:24 169:6
**explained** 172:14
  244:14,20
**explanation** 44:17
  105:3 170:7
  219:12,13
**exposed** 147:25
**exposure** 148:9
**express** 203:20
  280:9 290:11
**expressed** 225:6
  290:8,12,13 292:3
**expresses** 284:4
**expressing** 107:23
  215:23
**extend** 100:16
**extent** 134:2,4,15
  224:21
**extra** 51:14,14
**extraordinary**
  25:2,5
**extreme** 182:16
  216:18 277:18
  303:17,18
**extremely** 49:3
  58:15
**extremism** 302:24
**eyes** 242:2,2,4

**f**

**f** 191:4
**faced** 241:5
**facilities** 226:10
**fact** 24:5 88:18
  95:7,16 119:11
  251:15 252:3

260:23 263:22
  271:12 283:21
**factor** 143:21
  248:22
**factors** 90:19
  144:4 240:24
**facts** 160:15,15
  171:14 224:1
**fail** 182:23 242:2
**failed** 225:19
**failing** 298:3
**fair** 17:14 60:22
  67:11 93:14 94:21
  103:2,5 104:11
  109:22 112:12
  113:18 146:22
  149:12 150:25
  155:20 156:20
  158:14 164:4
  173:19 178:21
  191:25 195:5
  196:10 199:5
  206:3 214:10
  224:10 229:11
  232:18 236:5
  238:7 241:6,22,24
  242:3 252:21
  253:22 273:14
**fairly** 253:20
**fake** 280:2
**fall** 75:25 160:15
  308:17
**false** 242:21,25
  279:22
**fame** 228:8,10
**familiar** 128:14,15
  129:15,15 176:19
  176:20 181:3
  188:12 227:21
  232:4 235:24
  239:24 247:7

250:17,19 259:25
  262:12 287:25
**families** 11:25
  216:14 262:8
**family** 73:3,7
  154:10 199:8
  306:22
**far** 18:7 185:13
  232:25 308:5
**fascinating** 111:10
**fazio** 89:11 95:25
  96:2 97:25
**fazio's** 96:22,23
  97:22
**feasible** 163:6
**february** 35:8,16
**federal** 315:1,8,9
**feedback** 100:9
**feel** 16:5 75:8
  142:23 143:23
  169:9 189:12
  191:18,21 239:5
  262:21 276:21
  279:24 297:25
**feeling** 144:17
  213:24
**feelings** 145:12
**feels** 295:19
**fees** 285:4,7,10
**fellow** 49:24 97:13
**fellows** 108:18
  130:19
**fellowship** 47:12
  50:1,2,21 51:9,19
  52:3
**felt** 134:8 268:8
  292:4,4
**female** 91:10
  104:13 106:24
  107:3 164:10
  172:20 173:7,20

174:4,5 177:25
  178:13 223:15
  307:6
**females** 161:7
**fetish** 188:7
**fewer** 246:13,14
**field** 43:22 44:7
  55:20 147:8
  210:14 220:17
  228:16 263:21
  264:18,22 268:12
  268:17
**fighting** 307:5
**figuring** 185:15
  245:20
**file** 269:15
**filed** 13:9
**fill** 51:14
**final** 47:16 153:1
  263:13 303:7
**finally** 74:3 109:11
  132:25 291:25
  292:17
**financially** 313:15
**find** 69:25 70:2
  94:10 102:12
  152:11 153:3
  216:16 220:12
  229:4 243:6,13
  257:9
**finding** 75:4 99:6
  99:8 226:11
  246:20,22 249:19
**findings** 99:3
  118:17 252:22
  253:9 271:6
  288:19
**fine** 16:11 82:17
  103:15 128:15
  199:15 247:22

Page 21

[finish - full]

| | | | |
|---|---|---|---|
| **finish** 206:7,11 | 58:19 59:19 60:3 | **follows** 15:21 | **former** 183:19 |
| **finished** 41:24 | 60:11,22 61:2,11 | 168:6 192:9 314:8 | **forming** 199:20 |
| 90:9 263:14 | 61:16 63:10 65:11 | **font** 257:17 | 251:19 |
| **fire** 162:7 | 87:23 88:12 92:19 | **footnote** 289:3,4 | **forth** 313:7 |
| **firming** 255:23 | 99:11 103:19 | 290:16,17 291:1,1 | **forum** 287:17 |
| **first** 9:22 20:14 | 105:21 109:21 | **footnotes** 213:11 | **forward** 115:25 |
| 23:24 33:8 74:25 | 112:1 123:1 | **forbids** 164:9 | 284:20 291:20 |
| 88:16 94:24 97:20 | 125:10 127:14 | **foregoing** 312:6 | **found** 145:19 |
| 97:23 105:17 | 130:7,11 132:4,6 | 313:6,8,12 | 206:16 220:18 |
| 115:12,21 119:10 | 140:10 142:18 | **form** 25:12,16,18 | 222:25 228:21 |
| 119:11,12,13,15 | **focused** 26:2 27:5 | 26:14 45:22,22 | 229:16 233:1 |
| 120:25 123:12 | 37:15 39:9,18,19 | 61:13 63:8 64:7 | 236:14 242:14 |
| 126:24 133:3 | 42:15,16 43:7,13 | 65:13 70:13 77:6 | 249:15 251:21 |
| 134:12,23 137:17 | 43:14,24 56:16 | 86:15 104:17 | 271:23 |
| 147:1,6 149:2 | 63:17,19 64:6 | 112:8 120:3 124:3 | **four** 54:22 114:22 |
| 177:1,23 213:25 | 65:6 68:12 98:10 | 124:17 126:13 | 124:12 204:2 |
| 215:24 216:3,10 | 109:22 117:15 | 128:11,25 133:18 | 295:23 296:15 |
| 222:2 230:22 | 121:5 150:2 | 136:25 158:16 | **fourth** 288:2 |
| 253:25 263:3 | 232:15 | 159:7,18 160:21 | **frampton** 6:7 15:9 |
| 270:8 275:18 | **focuses** 90:22 | 161:14 164:18 | 15:10,12 |
| 282:23,23 285:13 | 92:24 98:15 102:5 | 167:12 173:2,25 | **frcp** 315:1 |
| 289:9 302:20 | 125:5,14 127:18 | 174:18 197:6 | **free** 16:5 239:5 |
| **fit** 174:21 218:24 | 142:16 | 198:11,19 210:7 | 262:22 278:11,15 |
| 219:18 270:22 | **focusing** 177:3 | 211:13 225:3 | **freedom** 6:4 14:22 |
| **five** 57:15 68:4 | **focussed** 48:3 | 234:12 242:8 | 15:12 134:24 |
| 74:23 87:9 103:11 | **folder** 32:13,19 | 244:22 272:10 | **french** 53:19,23 |
| 116:2,5 120:1 | 34:9 | 273:7 282:17 | 55:4 |
| 121:18 212:1 | **folks** 117:15 | 283:6,24 293:11 | **frequently** 45:11 |
| **flat** 243:6 | 149:21 187:21,24 | 299:6 300:6,20 | 126:7 269:3,4,5,8 |
| **flaws** 157:16 165:8 | 188:4 246:6 248:6 | 301:5,20 304:14 | 269:12 |
| **floor** 4:21 5:14 | 250:17 252:4 | 309:18 310:15 | **friday** 30:17 31:8 |
| 7:19 | 296:24 | **formal** 20:21 | 31:9 |
| **florida** 11:24 | **follow** 11:15 71:2 | 37:13,24 39:7,24 | **friend** 1:6 2:6 |
| 262:6,7 | 177:24 188:12 | 41:7,18 42:13 | **front** 34:18 53:3 |
| **fluctuate** 74:17 | 228:25 229:20 | 44:12 52:15 68:20 | 86:25 125:19 |
| **fluke** 242:15 | 255:9 | 81:13 84:1 140:17 | 193:10 306:19 |
| **focus** 26:8,12,15 | **followed** 251:10 | 141:13,14,17,18 | **frontline** 62:22 |
| 28:4 38:23 42:4 | **following** 115:13 | 181:24 301:16 | **full** 47:21 52:15 |
| 44:4 50:3,4,4,22 | 155:23 177:18 | **formed** 72:25 | 55:12 111:25 |
| 51:1,5 52:4 54:3,7 | 178:9 218:9 | 222:11 | 199:20 257:18 |
| 54:11 55:16 58:19 | 263:18 | | 271:9 |

[fully - go]

| fully 271:22 | 19:5 22:12,21 | 205:25 206:25 | 188:12 210:14,15 |
|---|---|---|---|
| fulsome 188:23 | 26:20 38:1,4,7 | 207:19,25 208:12 | 211:6 241:3 |
| 189:10 | 40:1,4 43:12 | 208:19 209:23 | 282:25 293:23 |
| function 48:3 | 44:22 47:20 48:7 | 210:5 211:12 | 308:24 |

**fully** 271:22
**fulsome** 188:23
  189:10
**function** 48:3
  115:12 196:15,16
  226:17 249:15
**functioning** 10:25
  11:8 76:2,3 172:6
  209:18 243:18
  247:8 251:22
**functions** 55:11
  66:22
**fundamental**
  209:16 263:25
**funded** 108:3,4,22
  108:22
**funding** 108:5
  109:1 114:13,15
  114:23 115:5
  117:19
**funds** 115:7 116:1
  116:5,8
**funny** 121:4
**further** 115:21
  248:25 262:22
  267:23 305:24
  313:12,14
**future** 114:3,8

**g**

**gain** 110:24,25
  248:24
**game** 242:15
**gamut** 61:23
**gap** 40:14
**gay** 89:14 187:20
  187:24 188:4
  189:18 190:3
  262:20 264:5,11
**gender** 10:7,9,16
  10:23 11:2,9,13
  18:11,13,19 19:3,3

19:5 22:12,21
26:20 38:1,4,7
40:1,4 43:12
44:22 47:20 48:7
49:16 52:5,7
55:21 57:5 58:17
58:21 60:12,23
61:5,10 63:6
68:25 79:1 83:5,5
83:9 87:24 88:12
88:17,22 89:4,10
89:18 90:1,3,18,22
91:4,23 92:4,8,13
92:21,22,25 93:8
95:6 96:16 98:7
98:21,21,22 101:2
101:13,17,20
102:5,14 105:22
107:15,23 109:18
110:11 115:8,14
115:18 116:24
117:3,5,15 119:6
123:2 125:15
127:1,19 128:2
130:8 131:10,14
131:14,16,19
132:8 143:23
144:5,12 145:1,12
161:2 168:1,18,24
170:1,2,2,25 171:3
171:18,23 173:14
174:11,24 175:9
176:4 178:25
179:5,8,11,21
180:2,9,17 181:16
182:19 184:13,19
186:2 188:15,21
189:12,14 190:7
190:14 192:1
194:8 196:7 200:5
200:5,19 202:4

205:25 206:25
207:19,25 208:12
208:19 209:23
210:5 211:12
212:23 213:22,24
215:8,15,23
226:24 227:4
228:22 229:9,17
230:3 232:10,13
232:16 233:2
234:25 238:19
243:19 247:9
249:17 250:3
255:23 256:8,13
256:17 257:9,10
257:25 258:1,5,7
260:22 271:15,25
281:1,19,22
282:16 283:3,23
288:17 292:2,19
299:12 303:1,13
307:5 308:12,16
**genders** 162:5
**general** 3:14 4:4
  7:4 11:3 54:3
  56:10 79:22
  106:18 124:11
  153:13 154:17
  161:3 166:8
  177:19 184:22
  186:6 243:20
  256:13 257:11
  277:4 281:7 283:8
  307:1
**general's** 14:19
  133:9
**generally** 75:6
  80:15 82:18,19
  83:1 111:24 112:6
  140:15 154:1
  185:12 187:19

188:12 210:14,15
211:6 241:3
282:25 293:23
308:24
**genitalia** 273:4,15
  274:1
**genuinely** 293:21
**gestation** 59:24
**getting** 38:22 74:3
  85:14,22 120:24
  150:4 216:13
  237:8
**gibson** 267:14
  269:18,19
**girl** 175:6
**girls** 174:9 175:8
  222:12 223:5
  273:22,24,24,25
  304:12
**give** 32:22 66:16
  124:22 125:2,9
  129:5 145:23
  146:17,23 148:16
  151:8 153:12
  160:12 186:21
  206:22 208:5,8
  215:2 217:22
  270:7,10 285:9
**given** 23:21 68:2
  81:11 123:13
  127:21 149:19
  156:17 214:23
  240:24 268:11,11
  311:19
**glad** 32:11
**glaring** 94:25 95:1
**glazier** 269:19
**global** 251:22
**go** 20:13 21:21
  24:20 32:12 34:8
  50:6 57:21 58:5

81:15 88:15 89:6
89:6,21,24 93:11
94:8,16 95:21
97:2 105:4 121:20
122:4,23 128:20
143:17 151:16,24
152:19,19 153:8
154:18 171:21
206:1 207:1,20,25
212:4,12 233:24
255:3 259:4 272:8
272:18 274:16,25
276:8,17 280:14
280:22 281:2
291:17 304:25
305:8 306:16
310:18
**goes** 93:20 159:25
160:23 173:15
**going** 18:9 25:7
32:13 35:2 39:5
57:13,23 60:8
70:7 82:24 85:4
90:14 107:21
121:22 122:23
134:17 145:21
148:4 150:10
151:17 154:3
156:21 160:12
165:2 176:8 177:3
185:5 186:20,21
190:18,19 199:13
212:2,5 215:25
216:1,15 217:15
219:6 227:6 229:1
230:8,9 235:4
243:22 247:12
250:5 254:8 255:3
259:10 261:21
265:15,22 266:9
268:1 270:21

274:8,18 279:21
282:2 285:20
286:13 287:7
288:23 291:21
299:21 300:12,14
302:7 304:19
305:1,10
**gonadotropin**
200:7
**good** 13:4 14:4
15:25 57:20
103:16 121:19
151:14 199:16,17
212:1 274:13
284:8 288:6
292:21 296:6
304:19
**goodness** 139:20
214:4 277:16
306:15
**gotten** 79:18,20
82:16
**government**
161:15 182:4
184:8 217:4 257:1
**governmental**
177:10 181:23
**graduate** 38:12,24
39:3 96:3
**grant** 108:8 118:2
119:7,8,9,18 120:7
**granted** 115:22
**grants** 114:19
119:23
**great** 16:19 17:10
17:24 18:7 19:2
19:13,17 28:24
29:6 30:21 32:11
33:3 34:1,20
35:20 36:23 41:2
41:20 50:20 52:3

53:25 62:11 64:18
68:14 80:7 87:2
88:25 89:21 90:12
93:10 97:1 100:25
107:22 115:19
119:22 123:5,8,11
146:7 152:9
173:12 176:17
177:8 187:3
190:25 205:23
218:8 220:2,5
225:11,15 227:15
230:7 235:3,12
246:1 247:25
250:11 251:17
254:17 259:17
260:15 262:4
263:2,15 268:12
268:21 269:17
270:1,13 275:1,8
275:14,23 286:22
291:7 302:14
303:12 305:15,21
310:19
**greater** 255:24
**greatly** 307:22
**green** 3:6 15:5,5
230:1 231:8,24,25
233:13 311:3,3
**grossly** 84:9
**ground** 16:19
**grounds** 25:9
**group** 48:14,21
50:9 67:4 167:24
171:15 237:10,15
237:25 238:14
240:23 252:6,12
253:20 255:24
256:4,7,21,25
309:10

**groups** 165:21,22
171:16 217:15,18
242:17 309:2
**grow** 187:7
**growing** 153:19
**guess** 24:23 185:8
202:11 215:13
223:4 294:17
296:13
**guesses** 144:20
**guidelines** 199:20
200:4 201:10,13
202:4,10,14
289:20,24

| h |
| --- |

**h** 16:15 47:10
316:3
**h.b.** 155:25 157:12
158:15 163:21
164:7 167:11,18
168:4,9,22 169:1
172:25 173:8,19
174:15 175:12,19
176:3 177:12
178:4,8,12,15,18
**hal** 6:7 15:12
**half** 47:19,21
88:14 100:24
140:9 148:8
**halvorson** 8:7
13:14
**hand** 263:12
**handed** 96:17
**handedness** 89:13
**handful** 186:7,11
**handled** 86:8
314:8
**hands** 239:11
**hang** 90:14 244:1
**happen** 21:5
100:12 138:10

[happened - hypersexual]

| | | | |
|---|---|---|---|
| **happened** 25:16 60:19 61:17 85:2 132:3 204:11 291:13 | **healthy** 80:17 171:24 276:10,24 **hear** 40:23,25 134:14 292:6 308:3 | **hframpton** 6:13 **hi** 14:2 **higher** 66:18 257:10 271:16 272:2 | **hormones** 80:1,10 82:12 132:18,23 185:19 194:13 197:20 198:8,11 198:14,18 199:3 |
| **happening** 84:8 181:20 195:21 245:21 | **heard** 29:19 171:10 182:6 189:2 255:2 297:1 | **highly** 139:22 142:6 169:9 228:2 228:7,15 232:22 | 233:2 237:12,16 238:1 **hospital** 41:7,9 |
| **happens** 60:16,17 80:21 209:10 268:24 | **hearing** 306:22 307:19 | 248:12 268:18 275:17 289:19 | 52:2 53:10 54:16 55:11 66:11 70:3 70:4,10 71:5,8 |
| **happy** 17:11 80:7 **harassing** 289:12 | **heather** 1:6 2:6 4:4 7:4 13:8 | **hipaa** 71:19 76:9 151:2 | 72:12 73:1 83:7 83:12 84:6,16,18 |
| **hard** 44:25 59:21 202:6 303:17 | **held** 13:13 79:12 **help** 33:15 35:1 | **hiring** 108:6 **history** 36:24 53:4 | 84:20,21,25 85:13 85:13,17 86:5,8 |
| **harrison** 1:10,14 2:10,14 6:16 | 70:19 110:12 127:5 171:13 | 53:5 114:13 150:3 **hit** 274:12 | 183:16,18 **hospital's** 108:25 |
| 14:25 311:8 **hartnett** 5:5 14:2,2 | 176:21 181:19 194:19 218:24 | **hold** 23:14 62:12 202:2,11,16 205:7 | **hottub** 303:5 **hour** 17:17 57:14 |
| **hateful** 289:12 **head** 18:3,4 62:6,8 | 219:18 276:21 **helpful** 44:15,16 | 260:13 **holistically** 61:11 | 85:11,11 103:9 150:2,7,10 199:14 |
| 62:12 63:5,18 64:10,22,25,25 | 155:14 260:6 **hereto** 32:17 34:13 | **holsterom** 5:11 **holt** 248:2 | 212:2 **hours** 85:12 |
| 66:13,20,21 67:3,8 67:10 131:7 | 146:1 176:12 186:25 190:22 | **homophobic** 289:13 | **housing** 303:3 **huh** 100:2 115:15 |
| 233:25 **heading** 225:15 | 227:10 230:12 235:7 239:2 | **homosexual** 91:15 262:18 | 182:11 237:20 **human** 43:14,17 |
| **health** 10:5,17,22 11:20 47:2,4 59:3 | 243:25 247:15 250:8 254:12 | **homosexuality** 90:18,23 143:19 | 43:24 46:1 56:21 56:22 59:18 60:6 |
| 59:6,13 67:9,10 73:4 75:23 80:24 | 259:14 261:25 265:18 268:5 | 143:20 144:8,24 145:9 | 75:22 76:1 87:21 87:22 116:23 |
| 81:3 202:22 203:2 227:2 232:21 | 274:11 286:17 312:9 | **honestly** 293:25 **honesty** 292:8 | 122:15,17 **humans** 105:14 |
| 235:1 238:19 240:20,24 246:9 | **hesitate** 63:9 71:7 99:21 104:18 | **hope** 218:12,22 219:17 | **hundred** 210:23 211:3,4,17 296:13 |
| 259:19 260:25 265:23 281:18 | 112:9 152:15 205:10 256:23 | **hopefully** 53:3 **hormone** 10:10,23 | 296:14 **hurricane** 6:10 |
| **healthcare** 18:10 80:16 249:22 | 270:20 291:10,11 **hesitation** 128:16 | 79:6 82:4 115:13 115:16 197:23 | **hurt** 292:4 **hutchens** 4:4 7:4 |
| 283:16 299:15 300:2 | **heterosexual** 91:14 264:7 | 198:3 200:7 230:3 238:6,20 240:18 | **hypersexual** 64:1 |

[hypersexuality - individuals]

**hypersexuality**
64:6 65:7 90:1
140:12,14,19
141:2,5
**hypothesis** 209:3,4
209:7,18 219:19
219:22

**i**

**idea** 156:16,18
182:10 208:5
222:21
**ideas** 278:6
**ideation** 236:16
237:4
**identification**
32:16 34:12
145:25 176:11
186:24 190:21
227:9 230:11
235:6 239:1
243:24 247:14
250:7 254:11
259:13 261:24
265:17 268:4
274:10 286:16
**identified** 93:10
104:15 143:18
**identify** 13:18
15:10 58:20
143:13 177:10
180:9 206:1 207:1
207:20 208:1
211:5 229:4
230:15 266:17
**identifying** 143:21
**identities** 11:22
58:16 92:12 98:15
101:2 111:25
117:16 127:1,18
132:7 259:20
265:25

**identity** 18:14,20
22:12,22 47:20
48:7 49:16 87:25
90:19,23 92:8,22
95:6 96:16 98:21
101:13,17,20
102:5 107:15
109:19 116:24
117:4,5 143:6
161:2 174:11
175:9 180:12
189:14 200:17
**ideological** 191:15
**ignore** 276:6
**ignoring** 281:10
**ii** 175:7 200:6
**illinois** 21:4,12
**illness** 21:1,20
66:1 73:10
**imagine** 202:6
270:25
**imaging** 115:17
116:22
**immediately** 41:7
295:4
**impact** 10:15
166:11,14 176:2
234:24 248:22
**impacted** 168:3
**implants** 279:23
**implications**
298:25 299:2
**important** 245:22
248:23 300:9
**importantly** 292:1
292:18
**improve** 165:16
166:9
**improved** 236:16
237:4

**improvement**
192:17 226:8,12
**improvements**
226:16 237:6
240:20
**improves** 166:23
167:1
**inappropriate**
289:11
**inaugural** 72:19
72:22,24,24 73:23
**incident** 298:13
**include** 28:1,3
43:17,19,20 63:13
63:24 95:9 101:13
140:11 153:4,21
153:22 160:24
213:9 222:10
229:10 249:19
275:14
**included** 26:10
27:1 28:17 43:15
45:3 46:2 63:10
158:4,22 186:4
205:18 222:5
224:13,17 251:25
267:19 276:22
292:11 314:14
315:3
**includes** 78:1
101:15 111:4
220:6
**including** 29:14
108:12 116:23
170:9 222:23
237:10 281:20
290:13
**inclusive** 276:9,13
276:18,19,20
**incomparable**
150:14

**incongruent** 200:5
**inconsistent**
158:18,22
**incorrect** 193:19
260:18
**increase** 107:22
153:17 248:19
**increased** 249:15
**increases** 214:1,7
258:13,19,22
259:1
**increasingly** 276:1
276:4
**independent** 45:17
98:24 119:16
**independently**
30:2 261:10
**index** 9:1
**indiana** 146:10
**indicate** 162:14
196:19 271:18
**indicated** 241:17
**indicates** 273:12
**indicating** 20:24
81:17 192:16
217:13
**indirect** 109:1
221:10
**indirectly** 63:13
89:11,12 90:17,19
90:22 108:22
116:19
**individual** 29:13
48:13 110:11
111:1 143:13
145:10 154:4
217:11 272:17
308:15,17
**individually** 20:14
**individuals** 23:18
26:1 48:21 50:8

[individuals - involve]

58:9 67:7 84:12
86:19 89:3,3,9,10
91:5 93:1,8,8
101:16 119:6
131:4 144:11,17
144:25 171:23
211:9,17 232:5,11
235:25 239:25
283:22 296:2
307:11,13
**induce** 181:9
**inform** 104:14,19
292:24
**information** 70:18
76:9 82:25 85:5
92:12 101:16
134:3 148:17
158:9 161:20
172:7,8,15,16
173:12,16 181:18
182:4 217:5
264:24
**informative**
111:10
**informed** 133:4
197:2,6 198:7,10
**informing** 287:21
**informs** 104:22
**initial** 120:9
**initialed** 312:8
**initially** 96:22
226:7
**initiated** 99:24
**initiator** 81:10
**injunction** 35:11
136:10
**ink** 312:8
**input** 49:8 102:11
102:15
**inside** 186:5

**instance** 265:9
**instances** 22:2
283:4 307:10
**institute** 9:18 37:2
73:4 146:9 161:16
**institution** 48:1
72:25
**institutions** 275:25
**instruct** 17:6
134:17
**instructions**
248:17
**instructors** 49:7
**instructs** 16:23
**instruments** 68:21
**integrate** 158:11
161:16
**intelligence** 42:21
42:22
**intended** 209:8
**interact** 139:24
142:7 210:23
**interactions**
248:15
**interdisciplinary**
37:8
**interest** 20:25
135:24 136:1
139:23 142:6
178:5,8,12 188:1
188:11 309:11
**interested** 134:8
135:17 145:16,18
188:3,3 313:15
**interesting** 126:10
242:23
**interests** 46:9
177:10,19
**interfere** 55:13
142:7

**intern** 49:18,19
57:10 59:2,9,10
**international**
235:14
**internationally**
196:3
**interning** 49:20
**interns** 68:24
**internship** 47:16
47:19 48:6 49:22
96:4 147:23 148:3
**internships** 67:25
**interpreted**
258:12
**interrelate** 63:12
**interrogatories**
9:23 177:1
**interrogatory**
177:8
**interrupt** 35:3,3
307:17
**interrupted**
295:11
**intervals** 120:22
**intervenor** 1:18
2:18 6:3 15:13
155:7,9
**intervenor's** 155:4
156:5
**intervenors** 14:22
**intervention** 10:17
234:25 236:15
237:3 252:10
279:11 280:1,3
**interventions**
238:6 278:20
279:8,12,16 280:6
280:11
**interview** 9:18
69:11 146:11,15
146:19,20 155:6

**interviewed** 69:14
**interviewing**
69:14
**interviews** 146:17
148:14,17
**introduce** 32:13
34:10 145:21
176:9 186:20
190:19 227:7
230:8 235:4
238:24 243:22
247:12 250:5
254:9 259:11
261:22 265:15
268:2 286:13
302:7
**introducing** 275:4
**introduction**
270:8
**introductions**
13:24
**introductory**
213:13
**invasive** 289:16
**investiga** 181:24
**investigation**
144:20
**investigations**
181:24 216:15
**investigator**
114:22 115:3
119:1
**investigators**
119:2 120:7
**invitation** 100:3
100:17
**invite** 100:4
**invited** 100:13
**involve** 25:22,25
63:5 69:3 79:1
121:1 131:23

Page 27

132:11,17,20,22
285:18
**involved** 79:8
117:13 118:5,7
121:7 149:5
150:23 162:3
201:8,12 204:21
205:3 250:21
277:25 284:23
300:15
**involvement** 118:8
133:2 202:1
223:13
**involving** 307:2
**inwards** 227:18
**ironically** 302:21
**irregular** 188:24
**irv** 56:14,17,19
**ish** 151:12
**isolation** 218:11
218:21 219:16
**issue** 46:6 70:23
83:15,17 96:21
110:13 163:6
178:22 252:3,6
283:21 284:4
292:3,19,20,25
294:3 296:21
297:6 298:5 301:9
307:1
**issued** 12:1 265:13
**issues** 21:22,24
22:13,22 26:5
45:2 46:9 48:4,25
49:1,3 55:13
58:16 65:17,18
69:3,5,6 75:9 83:5
83:9 88:22 89:17
91:4 92:24 101:13
103:23 104:15
131:19 132:2,8

161:20 269:6
277:17,17 288:16
293:2,24 307:25
309:22
**italiano's** 106:7
**item** 303:7
**items** 177:22
**ix** 177:24 178:9

**j**

**j** 16:14 88:18
109:14,17 129:21
**jackson** 1:6 2:6
13:8
**jama** 228:5,6,9,12
**james** 1:20 2:20
9:3,12,15,20 13:7
15:19 16:14
146:12 312:5,16
314:5 316:2
**jamescantor.org**
12:8 275:11
**january** 66:4
187:12
**jblock** 7:21
**jeffrey** 6:19 14:24
311:7
**jeffrey.cropp** 6:24
**jenifer** 250:12
**jennifer** 235:20
**jensen** 31:17 202:1
**jessica** 269:19
**job** 1:24 41:15
314:5
**jobs** 41:14
**johansson** 255:6
**johnson** 6:18
**johnson.com** 6:24
**joined** 284:24
285:13
**joint** 307:4

**jokes** 289:14
**jonah** 231:25
**jonathon** 227:17
**josephson** 22:3,5
23:4 139:10
**josh** 14:12
**joshua** 7:17
**journal** 99:22,23
99:24,25 100:12
113:2,5,8,21,24
114:3,4,5,8 228:1
228:4,12 232:21
235:14 240:5
246:9 248:9,11,16
248:20,20,23
249:1,6,8,10,11
251:8 285:24,24
**journal's** 248:21
**journals** 114:10
**julie** 5:10
**july** 115:23 116:7
116:9,10 191:6,7
192:4,6,7 251:7
290:21 302:15
**june** 33:25 35:11
54:23 116:11,12
136:11,17,20
137:13,25 138:14
138:25 139:9
**justified** 175:13
**justin** 146:18
**jveroff** 5:22

**k**

**k** 56:17 97:10
**kagay** 1:23 2:24
13:16 313:24
**kang** 5:7 14:8,8
**katelyn** 5:7 14:8
**kathleen** 5:5 14:2
**katie** 259:22

**keep** 74:18 152:19
153:7 199:13
298:24
**kelley** 6:6
**kelly** 4:7 7:7 15:2
311:11
**kettenis** 250:14,22
250:25
**khartnett** 5:17
**kibblewhite**
107:13 108:19
**kid** 78:23 123:15
123:15
**kids** 78:4 116:15
123:17 167:4,8,18
167:20,20 168:7,8
168:10,10,16
186:8 187:7,17
191:18,20 192:17
205:25 206:25
210:5 226:9 229:5
**kim** 227:19
**kimberly** 235:20
**kind** 21:18 68:5
108:6 114:7
146:19 150:5
166:13 173:16
189:3,9 201:15,19
208:4 216:25
233:18
**kinds** 82:23 99:10
173:17 183:9
**kingly** 28:10
**kinsey** 9:18 146:9
**kkang** 5:18
**kmorgan** 4:12
7:12
**knew** 95:3,5 297:2
**know** 17:11 24:25
27:8 32:21 34:15
42:25 55:19 66:6

68:23 71:18 72:17
75:24 76:5 77:21
77:22 82:16 83:2
84:16,23 100:10
100:18 101:7
104:1 110:13,22
110:24 121:12
129:14 135:15
137:22 148:1,16
152:17 154:5,19
157:1 160:4
161:17 162:19
163:5,7 164:23
166:24 172:1
175:24 176:15
181:18 183:5
185:6 186:10,13
197:13,19 198:17
198:22 201:15,25
202:20 203:1,13
203:16 204:12,25
206:18 207:17
213:14 215:25
216:2,4 217:17,21
222:21 223:13
227:12 228:14,16
228:18 230:22
232:25 235:9
244:23 245:2,3,9
246:6 248:6
254:14,25 257:8
261:17,19 262:2
262:14 263:4,14
265:20 269:2,8,14
273:23 275:6
280:2 286:19
288:23 289:25
292:11,22 293:20
294:25 295:14
296:9 297:3
299:11 301:6

303:23 306:9
**knowledge** 25:8
56:24 84:15
110:25 156:15
166:13 183:17,21
199:2 203:8 216:9
217:2 222:19
223:14,14 228:20
232:23
**knowledgeable**
58:16
**known** 37:3 47:6
73:4,6 98:21 99:2
99:19 130:4 148:2
183:23 193:21
206:16 207:22
221:19 264:24
268:11,16,18
284:25
**kristina** 259:21
267:6 268:10
269:19 270:1
**kuper** 238:17
239:14,18 242:6

**l**

**l** 16:15
**lab** 49:8 120:18
**label** 298:21
**laboratory** 85:10
**lack** 128:7 265:5
**lacked** 252:6
**lai** 117:1
**lainey** 1:17 2:17
155:9
**lamb** 263:22
**lambda** 4:15 13:22
13:23 14:1 16:3
**lambdalegal.org**
4:23,24,25
**landén** 255:6

**lane** 235:21
**langhofer** 6:8
**language** 42:4
281:21 282:15
283:2,20
**large** 73:1,7
129:24 181:20
206:13,21 207:7
284:25
**largely** 73:16
150:1 285:21
**larger** 186:5
214:20
**largest** 83:4
129:25 194:8
**late** 46:15,16
50:18 76:12
192:12 309:25
**latest** 193:11
203:8
**lau** 239:19
**laura** 239:18
**law** 3:7,16 4:8,19
5:12 6:9,20 7:8
59:3,6,13 67:9,10
71:22 162:13
166:9 172:4 174:1
174:6 175:2
261:18 264:16
**lawmaker** 161:23
**lawrence** 130:1
170:20
**laws** 71:19 151:2
**lawyer** 164:1,3
174:19
**lawyers** 69:22
133:4,6
**lay** 109:18 301:7
**layperson's**
300:24

**lead** 85:17 131:13
131:19
**leading** 293:13,14
293:14
**leads** 268:20,22
**learn** 133:3
**learning** 42:20
44:5
**leave** 83:12,22
85:17 86:9
**leaving** 83:6 114:2
184:16 224:4
**led** 149:8 273:23
288:21,22 298:13
**left** 75:22 84:1
89:13 96:17 128:7
257:18,19 263:12
304:21
**legal** 4:15 13:22,23
14:1 16:3 80:20
134:17 149:9,14
149:22 158:10
159:21 311:21
314:7
**legitimately** 94:14
281:4,4
**lehmiller** 146:18
147:2 148:23
149:1
**length** 251:17
**lengthy** 263:12
**lesbian** 187:21,24
188:4 189:25
264:5 307:3
**letter** 80:14,23
81:5,17,20 82:2
106:5,5,14,15,16
106:19 107:7,18
225:9,16 298:1
**letters** 81:24 105:6
105:10 106:3

**[letters - machine]**

109:12 224:22
**level** 38:12,24 44:5
  44:10 45:14 62:22
  130:25 301:11
**levels** 271:16,25
**libelous** 289:16
**liberties** 7:16
**licensed** 79:3,5,24
  80:4,16
**licensing** 180:19
  180:20,21,24
**lichtenstein** 255:5
**life** 60:16 69:8
  139:24,25 142:8
  169:11 175:14,21
  236:17 237:5
  306:15
**lifespan** 51:4
  58:23
**lifetime** 109:23
**liked** 298:7
**lily** 259:21
**limit** 103:2 282:22
**limited** 26:10
  91:25 112:3,3,5
  150:1 172:1
**lindsay** 8:4
**line** 17:19 147:5
  147:20 287:24
  306:24 314:15
  315:4 316:4,7,10
  316:13,16,19
**list** 53:3 87:3
  88:25 89:22 90:15
  105:5 112:14
  114:15,19 130:17
  130:22,24 152:19
  153:7 204:6,8,10
  207:16 220:6,19
  221:16 222:5
  223:22 224:5,13

224:17 226:20
  291:13 295:5,6
  303:3,7
**listed** 31:20 41:6
  41:21 88:1,13
  89:2 105:19,19
  113:15 114:13
  122:21 123:12
  125:18 130:20
  177:22 207:11
  224:2,2
**lists** 122:10
**listserv** 285:22
  286:3,5 287:22
  288:5 290:10,12
  291:9,15,18 292:5
  293:9 295:2 296:7
  296:8,9,12,16,20
  296:25 298:14
**listserv's** 289:20
**listservs** 294:1
**liter** 222:21
**literature** 29:16
  29:21,24 101:8
  104:21,21 105:1
  129:24 152:11,17
  153:4,14,18,25
  169:13 198:16
  201:16 222:17,20
  222:21 223:20
  230:16 266:17
  270:22 303:24
**litigation** 23:22
  155:24 156:1
**little** 17:2 32:23
  44:25 45:4 54:22
  59:21 60:14 91:18
  93:12 98:19 121:4
  184:16 189:20
  202:6 308:3 309:5

**live** 143:9 166:11
  281:20 282:16
  283:3
**lives** 48:15 165:17
  166:12,23 167:1
  278:24
**living** 48:15
  145:20
**llp** 14:3,7,9
**load** 32:24 176:14
  268:8
**lobaugh** 117:9
  119:3
**local** 53:20
**locate** 266:21
**locked** 314:12
  315:1
**locker** 303:4,6
**long** 11:15 35:21
  40:11 85:24 87:7
  87:15 105:9
  112:18 113:10
  161:9 221:9 255:9
  276:8,17 285:14
  292:4 293:13
  300:15
**longer** 61:16 84:10
  98:11 192:20
  217:11 249:5
  287:15 294:2
**longitudinal** 10:15
  234:24
**look** 33:8 60:15
  68:11 75:12
  107:11 122:24
  123:12 195:24,25
  200:10,12,14
  218:8 241:20
  247:25 250:11
  257:18 266:9
  271:20 279:23

285:16 286:10
  290:15 291:22
  305:11
**looked** 204:6
**looking** 17:1 60:18
  60:20 75:18 80:16
  88:25 97:22
  176:19,20 189:11
  203:18 222:9
  239:9
**looks** 79:19 118:25
  119:22 122:20
  236:2 246:2
  290:19
**lopez** 239:19
**losing** 294:22,25
**lot** 36:20 49:1 68:8
  74:17 146:17
  268:18
**loud** 288:8
**loudest** 210:17
**loudoun** 22:16
**love** 53:4 115:20
  146:23 205:20
**lower** 228:23,24
  229:18,20 233:3
  260:24 285:13
**lowering** 195:23
**luck** 147:15,19
**lunch** 151:15
  152:3,4
**långström** 255:6

**m**

**m** 1:20 2:20 5:6
  6:19 9:3,12,15
  15:19 16:14,15
  47:10 117:9 312:5
  312:16 314:5
  316:2
**machine** 313:11

Page 30

madeleine 259:21
magnetic 115:17
maia 4:18
mail 181:19 182:3
  220:24 232:7
  251:2 289:6 290:7
  290:19,25 291:2,7
  291:17 292:12
mailing 184:7
  295:4,14
mails 199:7 217:4
  232:9 288:23
  291:20
main 139:14
  158:24
mainstream
  269:11 277:17
major 38:23 254:6
majority 55:15
  191:17,20 206:13
  206:21 207:7
  212:23 240:25
majors 38:24
maker 81:7
making 158:12
  214:19 234:20
  268:19 277:18
  279:5
male 91:10 106:24
  107:3 161:5 164:8
  164:9 174:4,5
  223:15 272:9,18
  273:5,16
males 104:12
mallar 117:8
man 109:13,16,25
manuscript 97:18
  221:2
manuscripts
  248:20

march 1:20 2:23
  13:1,5 33:22
  277:21 313:19
  314:3,5
marco 248:3
marcus 255:5
marginalized
  292:5
marked 32:13,14
  32:16,18 34:8,10
  34:12 136:7
  145:22,25 176:9
  176:11 186:21,24
  190:19,21 227:7,9
  230:9,11 235:6
  239:1 243:24
  247:13,14 250:6,7
  254:9,11 259:11
  259:13 261:22,24
  265:16,17 266:10
  268:2,4 274:9,10
  275:4 286:14,16
  302:8
marks 235:5
massachusetts
  5:15 306:23
master 39:1
master's 38:14,16
  38:22 39:6,8,25
  40:16
masters 130:25
match 18:20 65:3
matched 257:4
  288:20
matches 18:14
material 30:7,7
  51:15 124:20
materials 30:3
  156:12
math 215:8,12

mathematics 37:9
  214:13
matter 13:7 16:8
  38:25 89:15
  135:23 262:9
matters 27:22
maturing 196:21
maximize 70:19
maxine 49:10,12
  58:12 129:22
mccuskey 3:5
mcgill 42:10,12,17
  43:8,12 45:19
  46:19 55:24 56:24
mcguire 250:12
mclaughlin 259:22
mean 18:13,19
  19:1,9,11 24:25
  45:16 46:14 52:12
  52:12,16 66:24
  71:14 72:22 77:18
  81:11 89:12 91:24
  93:24 102:15
  116:8 124:23
  130:18 143:25
  147:18 165:19
  180:19 181:6
  183:1,18 184:19
  185:22 187:25
  188:10 189:5
  213:10 214:2,14
  214:21 215:1
  226:6 231:16,17
  231:19 243:9
  244:23 254:21
  265:7 276:18,19
  276:25 277:12
  279:18 280:4,4,9
  295:17 299:13
  300:12

meaning 185:6
  229:2
meaningful 110:9
  216:20,21,22
meaningfully
  232:6 252:24
  253:1 282:23
means 61:1 162:16
  243:5
meant 127:5 185:5
  185:7 231:4 239:3
  283:10 286:5
measure 248:23
  253:5
measures 241:17
measuring 166:16
media 13:6 57:24
  58:4 75:14 121:23
  122:3 151:18,23
  181:20 199:9,9
  212:7,11 216:14
  217:10,19 218:1
  241:1,5,7,8,9,11
  241:12 269:6,10
  269:12,12 274:19
  274:24 278:3
  305:3,7 311:20
medical 19:4,9,11
  20:6 48:14,21
  50:8 69:19 79:3
  80:13,15,18 81:1,8
  81:16,18 154:15
  154:18,23 192:10
  192:21,22 197:16
  209:2 214:9
  216:25 228:2,12
  229:6,10,18
  246:24 249:23,24
  252:9 256:19
  278:20 279:8,11
  279:12,15,25

Veritext Legal Solutions
866 299-5127

[medical - money]

| | | | |
|---|---|---|---|
| 280:3,12,23 281:2 | 265:23 | 221:10 243:13 | **misinformation** |
| 281:9,11 309:24 | **mentally** 80:17 | **mic** 307:22 | 171:14 |
| **medically** 181:9 | 171:24 | **michael** 16:14 | **mispronounced** |
| **medicine** 63:7 | **mention** 97:5 | 109:14,17 111:18 | 117:10 |
| 248:9,12 249:8,11 | 101:10 | 129:21 248:1 | **mispronouncing** |
| **meet** 30:5,23 31:6 | **mentioned** 21:14 | **middle** 17:19 | 235:19 |
| 75:17 | 22:17 24:17 29:18 | 191:12 203:10 | **misrepresent** |
| **meeting** 30:17 | 45:8 50:22 58:15 | 264:22 288:1 | 93:19 |
| 123:20 124:2,16 | 62:3 96:15 98:14 | 302:18 308:25 | **misrepresented** |
| 125:24 126:3,13 | 99:5 100:19 101:1 | **midlife** 169:13 | 245:5 269:11,13 |
| 126:14,18,19 | 102:2,4 111:1 | **miesen** 243:17 | **misrepresenting** |
| 127:8,11,13,25 | 119:5 129:21 | 244:2 245:24 | 293:2 |
| 128:12,22,24 | 140:21 144:7,7 | 246:2 253:16,19 | **missed** 77:21 |
| **meetings** 126:5 | 149:18 169:20 | **mikael** 255:6 | **missing** 195:12 |
| **megha** 117:8 | 170:20,24 182:24 | **millon** 100:14 | 266:6 |
| **member** 72:19,23 | 186:11 193:3 | **mind** 25:4 93:11 | **mission** 298:4 |
| 72:25 73:23 | 199:7 213:16 | 129:18,23 130:1 | **mistake** 144:11 |
| 134:23 167:24 | 217:6,21 234:4 | 143:20 144:2,4 | 145:1,9 216:4 |
| 204:16 284:16 | 238:13 | 188:24 209:2 | **mistakes** 215:11 |
| 285:10,14 286:2 | **merely** 160:16 | 210:18 222:25 | **misunderstanding** |
| **members** 113:4 | 162:13 217:16 | 309:16 | 67:15 |
| 167:23 199:8 | 224:21 | **minds** 164:21 | **misunderstood** |
| 276:2 286:5 290:5 | **meritorious** | 165:1 | 24:1 27:20 137:1 |
| 290:21 291:19 | 157:10,19 158:2 | **mindset** 271:1 | **misuse** 85:16 |
| 292:2,19 295:21 | 159:15 160:7 | **mine** 97:13 | **misusing** 84:6,16 |
| 296:4,7,11 298:16 | 165:11 | **minor** 83:2 | **mix** 111:3 |
| **membership** | **messages** 289:18 | **minority** 213:22 | **model** 251:20 |
| 285:7,18,19 290:9 | **met** 30:6,14,16 | 215:7,15 269:12 | **moderate** 228:23 |
| **memory** 41:13,19 | 111:20 154:6 | **minors** 200:17 | 229:19 302:24 |
| **men** 188:13 198:2 | 246:7 250:24 | **minute** 50:6 57:15 | **modest** 240:20 |
| 309:12 | **method** 72:13 | 57:19 103:11 | **moment** 32:24 |
| **meng** 117:1 | 194:10 196:5 | 121:18 145:23 | 33:5 36:19 78:12 |
| **mental** 10:5,17,21 | 238:9,10,11 | 212:1 304:23 | 87:2 146:23 |
| 11:20 21:1,20 | 242:18 252:8 | **minutes** 199:14 | 156:25 176:14 |
| 47:2,4 59:3,6,13 | **methodological** | 212:3 | 177:5 186:22 |
| 66:1 67:9,10 73:4 | 262:17 | **misapply** 172:2 | 194:23 257:21 |
| 73:10 75:23 80:16 | **methodologically** | **mischaracterizing** | 270:10 309:14 |
| 80:24 81:3 227:2 | 233:15 | 94:17 | **monday** 1:20 2:23 |
| 235:1 238:19 | **methodology** 44:7 | **misconstruing** | 13:1 |
| 240:20,24 249:21 | **methods** 118:11 | 145:11 | **money** 85:20 |
| 259:19 260:24 | 148:24 181:8 | | 120:12 |

**[monitoring - number]**

**monitoring** 197:10 197:13
**month** 228:25 229:20
**months** 124:12 133:13 135:1,4,5 136:6,15 138:11 138:12,16 150:11 231:2 249:16
**montreal** 53:11,20 54:17
**moot** 188:9,10
**morbidities** 258:23 259:2
**morbidity** 258:14
**morgan** 4:7 7:7 15:2,2 311:11,11
**morning** 13:4 14:4 15:25 152:9
**mortality** 258:14
**mother** 1:6 2:6
**motion** 35:11 136:10,10
**motivate** 143:8,23 143:25
**motivated** 83:6 144:13
**motivatives** 91:9
**motivator** 91:8,22
**motivators** 189:11
**move** 86:24
**moved** 59:3
**mri** 106:22 107:2 117:14
**multiple** 110:5,6 143:12,12 144:3
**myeshia** 231:25 232:6
**mzelkind** 4:25

**n**

**n** 16:15 56:17
**n.r.g.** 262:9
**naivety** 38:21
**name** 13:14 16:1 16:13 21:6 41:7 41:18 56:15,20 67:8 97:20,22,23 129:19,25 170:15 182:16 185:17 193:8 196:14 201:24,25 211:5 254:22 255:1 272:25 313:18
**names** 129:20 153:24 186:10 193:9 274:3 296:1 297:3
**nancy** 117:8
**narrow** 202:9
**nasty** 289:10
**natural** 57:14
**naturally** 17:17
**nature** 20:19 22:20 45:6 85:9 113:24
**ne** 6:10
**necessarily** 46:2 80:21 217:11
**necessary** 165:16 314:14 315:3
**need** 16:5 17:5,16 32:22 100:11 103:10 153:8 158:10 161:17,20 199:15 239:21 260:3 262:23 268:8 274:15 297:25 300:14 310:2,3

**needed** 48:23 51:15 60:6 116:22 120:13,14,16,18 120:19 153:21,21
**needs** 36:17 75:18 120:18 163:17 165:20 172:1,6 173:15 276:4
**negative** 242:19 242:24 243:3,5,9 243:11,15
**neither** 96:22 162:12 313:14
**netherlands** 194:9 251:12
**network** 228:5,6
**neuro** 118:10
**neuroimaging** 118:10
**neuropsychology** 40:9,12 41:24
**neuroscience** 51:15,17,20
**neuroscientists** 117:3,13
**never** 43:6 83:15 83:17 86:18 154:6 154:9 179:7 185:24 197:2,5 198:10 201:5 208:9 209:1 246:7 265:8 290:11 297:2
**new** 4:22,22 7:20 7:20 21:18,19 23:15 29:15,19,25 90:9 97:5 99:6 106:22 107:2 108:6 152:18 153:13 220:16 249:3,4 271:6,6

**newly** 72:25
**news** 182:3 184:8 217:5 240:11
**nexus** 101:5
**nicholas** 235:19
**nicknames** 309:1
**niklas** 255:6
**nodding** 18:3
**non** 165:25 167:2 188:4 292:2,18
**nonbinary** 10:6,13 227:3 230:5
**nonconforming** 292:2,19
**nonhospital** 85:10
**normal** 43:10
**normative** 272:1
**notating** 314:15 315:4
**note** 17:1 18:9 20:4 30:19 154:18 154:20 311:4
**noted** 31:14 71:24 72:19 85:6 134:6 219:9 282:6 311:22 312:8
**notepad** 32:6
**notes** 20:3 29:12 29:19
**notice** 222:18
**notified** 230:21
**november** 64:13 177:2
**nudity** 303:5
**null** 209:3,4,6,18
**number** 9:11 13:12 74:18 89:11 89:25 90:12,17 92:5,20 95:21 96:7 97:2 101:1 106:1,2,13 107:11

Page 33

107:22 109:11
110:14 114:1
123:3,7,7 125:14
148:13 150:13,14
155:20 181:20
203:13 205:24
206:14,15,16,23
206:24 207:6,15
207:18,24 214:20
215:19 248:19,22
250:20 255:17
260:7,11 263:25
281:16,24,25
296:7,8 297:4
311:20 314:15
315:4
**numbers** 105:25
206:19 215:19
296:10
**numeric** 301:10

**o**

**o** 16:15 237:19
**oaks** 6:21
**oath** 15:20 19:18
313:9
**object** 68:15 82:24
85:4 136:25 219:6
282:2 300:21
**objection** 18:23
19:7 25:12 26:14
26:24 27:14 43:25
44:1,23 45:22
60:25 61:13 63:8
64:7 65:13,15
70:11,13 71:6,17
71:24 77:6 85:6
86:15,21 103:24
104:17 112:8
120:3 124:3,4
133:18 134:2,6,15
136:23,25 142:11

158:16 159:7,17
159:18 160:9,21
161:14 162:10
164:2,18 167:12
167:14 171:5,6
172:12,22 173:1,2
173:10,23,24
174:17,18 175:1
175:16,22,23
197:24 198:4,19
207:3,4 208:14,22
208:24 209:24
210:7 211:13
219:8 222:14
223:8 224:9 225:3
229:13 234:12,19
241:16 242:8
244:22 245:17
272:10,11,19
273:7,9,19 282:6
282:17 283:6,7,24
293:11 296:18
299:6 300:3,4,5,6
300:20 301:4,5,20
303:22 304:5,6,14
304:15 309:18
310:15
**objectionable**
289:14
**objections** 177:17
**objective** 102:13
160:4 166:15
298:21
**objectively** 68:15
68:18 300:11,11
**objects** 17:4
**obscene** 289:16
**observations** 94:8
94:10 219:14
**observer** 298:21

**observing** 107:20
**obtain** 69:9 80:9
**obtained** 119:17
197:2 198:7
**obtaining** 46:23
**obvious** 309:8
**obviously** 44:15
94:25
**occupation** 52:19
**occur** 124:25
133:12
**occurred** 65:18
**occurrence** 20:13
**occurring** 69:7
238:7
**october** 136:16
232:20
**oddly** 126:7
**odds** 228:23,24
229:19,20 233:3
**offender** 148:9
**offenders** 47:23
48:18 65:8 148:9
149:6,25 150:24
151:3,9
**offense** 70:15 71:3
71:12,15,15 299:3
**offensive** 289:15
298:16,19,19,22
298:23
**offer** 163:14,20
219:12
**offered** 51:24
163:11 173:12,13
297:21 303:16
**offering** 105:9
158:5,7,14 161:4
161:25 162:7,20
162:24 174:8,12
175:5,10 178:3,7
178:11 205:15

207:23 208:3
271:7 305:16
**offhand** 21:8
186:12,16 234:3
234:15 238:16
255:17 256:3
273:2
**office** 14:19 133:9
133:16,22 134:12
135:2,7 136:5,14
136:22 138:9
314:11
**officers** 69:21
**official** 1:12,13
2:12,13
**offshoot** 228:13
**oh** 21:3 24:4 29:24
51:12 52:11 59:7
67:8 73:3 74:11
74:21 87:11,17
90:16 98:20 110:8
124:11 133:7
135:11 138:15
139:20 140:7
141:3 145:18
146:6 152:15
155:19 170:8
171:12 196:14
200:2 203:1
210:22 213:12
214:4 218:14
219:23 220:13,23
226:3 228:5
231:10 239:3,5,10
254:21,21,21
270:25 277:16,25
282:11 284:24
285:19 295:3,18
297:22 298:3
307:20

Veritext Legal Solutions
866 299-5127

[okay - opinion]

| | | | |
|---|---|---|---|
| **okay** 13:4 14:17 | 130:14 131:3,22 | 231:12,22 232:18 | 268:14 269:19 |
| 15:8,14,15,17 17:4 | 132:11,25 133:15 | 234:9,23 235:12 | 270:1,14 |
| 20:7 21:9 22:14 | 133:25 134:11 | 236:2,12 238:13 | **olson's** 260:17,23 |
| 23:20 24:7,12 | 135:9,13 136:4 | 238:17 239:12,13 | 261:14 |
| 25:8,15,22 26:7 | 138:4,15 139:13 | 239:24 240:15,17 | **once** 30:14 192:20 |
| 27:19 28:7,15,21 | 140:4,10,21 141:3 | 242:18 243:4,12 | 192:25 193:21 |
| 32:12 38:10 39:16 | 141:8,25 142:9,14 | 243:16 244:12 | 300:13 |
| 39:20 41:2,8,15,23 | 143:16 145:7,16 | 245:19 246:6,8,17 | **one's** 193:1 238:21 |
| 43:10 45:13 46:18 | 145:21 146:7 | 247:11 248:8 | **ones** 71:8 105:24 |
| 46:22 47:3,12 | 148:20 150:22 | 249:11,25 251:6 | 115:11 194:5 |
| 49:15 50:20 51:22 | 151:13 154:3 | 252:17 254:7 | 210:22 215:25 |
| 52:10 53:1,5,25 | 155:1 156:20 | 256:1,4,11,16,21 | 216:1 220:16 |
| 54:15 55:2,9,18,23 | 157:2 163:9,19,23 | 257:8,14 258:21 | 241:2 243:14 |
| 56:5,9,22 57:9,21 | 164:6,16 166:6 | 259:4,9 260:5,9 | 254:6 297:1 |
| 58:7,25 59:7,15 | 171:2 172:19 | 261:6,13,17,20 | **ongoing** 100:20 |
| 61:9,24 62:4,15 | 175:12 176:8,24 | 262:16 263:16,17 | 118:13 120:21 |
| 65:10 68:1,5,22 | 178:3,7,11,21,24 | 265:22 267:14,21 | 144:19,19 150:9 |
| 69:23 73:3,25 | 179:10 180:14,24 | 269:14,17 270:10 | **online** 51:23 |
| 74:11,20 76:25 | 181:3 182:1 184:5 | 273:3 274:7,22 | 123:24 228:13 |
| 78:3,19,25 79:8,18 | 184:11,18 185:21 | 275:11 278:7 | 287:17 |
| 82:14 83:15 86:24 | 186:1,10,17,20 | 280:14 281:6,14 | **onset** 168:1,18,24 |
| 87:7 88:8,11 89:6 | 187:14 188:15 | 284:9,16 285:18 | 169:3,12,16 170:1 |
| 89:21 90:12 92:15 | 190:5,18 194:2,4,5 | 286:6,12 287:3,11 | 170:2,10,11,24 |
| 92:17,21 93:3 | 196:12 197:2,19 | 288:4 289:3 291:4 | 171:2,17,18,23 |
| 94:6,16,23 95:12 | 198:13,16 199:2 | 291:16,22 296:14 | 172:2,3,5,7,8,16 |
| 95:21 96:14,19,23 | 199:10,13,17 | 297:5,9,20 299:11 | 172:17 174:24 |
| 97:1,19 98:4 | 200:10 202:2,16 | 299:24 302:6 | 200:18,18 208:13 |
| 100:16,25 101:9 | 202:20 203:1,8 | 304:10,18 311:6 | 208:20 308:13,13 |
| 103:13,14,16 | 204:13,21,25 | 311:10,15,18 | 308:13,20 309:3,3 |
| 106:2 107:7,25 | 205:14,20 207:18 | **old** 21:1 46:11 | 309:20,23 310:11 |
| 108:21 109:7,11 | 207:23 208:11 | 76:8 110:2 175:6 | 310:12 |
| 111:5 112:12,18 | 210:3 211:4,8,23 | 288:23 | **ontario** 180:22 |
| 113:14,23 114:6 | 212:17 213:19 | **older** 138:16 | **onus** 209:4 |
| 114:12 116:7,12 | 214:5,12 216:17 | 299:18,19,19 | **onward** 46:16 |
| 116:17 117:18 | 217:1 218:5 | **oldest** 76:11,12 | **ooh** 146:6 |
| 118:12,20,25 | 219:24 220:12 | **olson** 12:1 193:18 | **open** 205:23 298:1 |
| 121:16,17 122:6 | 221:16 222:4,9 | 259:21 260:18 | **openly** 130:2 |
| 124:1 125:13,21 | 223:21 224:12,16 | 261:7,11 265:1,8 | **opine** 160:5 |
| 126:10,22 127:13 | 225:11 227:1,6,15 | 265:13,23 266:7 | **opining** 175:12 |
| 127:17,21 128:10 | 228:1,14,18,21 | 266:18,20 267:1,6 | **opinion** 104:15,22 |
| 128:12 129:2 | 229:23 230:1 | 267:12 268:10,10 | 104:23,25 157:6 |

Veritext Legal Solutions
866 299-5127

[opinion - paper]

157:14 161:4,25
162:8,24 165:6
168:15 174:9,12
175:5,10 178:3,7
178:11,20,22
190:12,16 192:6,8
193:1 195:8
200:24 206:5
209:13 214:12
215:6 219:4
222:11 223:5,12
253:8 261:14
262:5 280:10
290:4,8 299:14
300:8 304:11,16
**opinions** 157:25
158:8,21 159:23
160:12 163:20,21
178:18 199:20
203:20 205:15
207:24 224:21
225:7 271:6
305:16,17
**opportunities**
149:4 150:23
**opportunity**
116:18 136:2
148:11 184:16
**opposed** 72:11
112:6 126:18
224:22
**opposing** 24:14,15
24:17 25:9
**opposite** 225:4
**opted** 51:14
**order** 48:23 53:6
62:25 63:10,11
70:18 101:6
110:12,12 124:15
161:15,18 171:12
172:15 173:14

253:5 271:9 286:2
293:3 294:21
295:19 298:24
309:7
**ordinary** 64:3
**organization** 44:2
44:3 157:18
159:14 160:6
165:10 285:1
292:6 293:18
294:22 295:14,15
298:11
**organizations**
157:7 158:1,25
159:5
**orientation** 64:4
87:24 143:19
188:8 189:15
**orientations** 91:17
**original** 94:3 95:1
95:3,9 102:21,22
102:23 107:25
108:2 127:10
137:2,11 170:17
195:18 201:9
202:4,13 226:19
257:6 260:20
265:6 314:10,21
**osipoff** 235:20
**outcome** 11:12
166:16 250:2
293:3 301:23
304:17
**outcomes** 10:5,22
227:2 238:19
253:5
**outlets** 199:9
241:9
**outlier** 210:5
**outliers** 210:16

**outpatients** 54:4
**outside** 25:2
160:23 166:14
190:16 194:7
201:19 223:13
272:21 279:23
282:4 283:16
294:15
**overall** 27:2
**overlap** 47:14
142:20 162:14
309:5
**overstating** 277:19
**overview** 161:1
**owned** 240:6
**oxford** 90:8 92:6
97:6 99:17

**p**

**p.m.** 2:23 151:18
151:22 212:6,10
274:19,23 290:21
305:2,6 311:18,22
**pachankis** 193:14
**page** 9:11 32:23
33:7,21,22,23
35:21,23 53:2,7
86:24 89:1,2,6,8
89:21 90:5 92:2
92:15,18,18 93:4,6
93:6,7,13 95:22
96:10 97:3 102:3
105:5,19 112:13
112:14,16 114:12
122:7,9,24 123:4,6
123:8,8,10,11
130:14,15,20,23
138:1 147:1
148:21,22 155:16
155:20 156:23,23
157:1,3 165:3
177:3,4 187:16

191:1,11,12
194:18,21,25
195:24,25 200:12
205:21 211:23
212:14,17 213:10
213:12,19,20
218:5,14,15
219:24 220:3
225:12 240:10
244:5 247:18
255:17,18 257:14
257:18 260:11
262:25 263:6,7,10
263:11,13 264:22
266:2,5,12,14
267:24 269:24
270:8 271:20,22
275:8 277:21
281:14,15 288:2
288:25 289:4
290:15 291:22,23
305:11,12,13,17
305:18 306:9,10
306:11,19,24
314:15 315:4
316:4,7,10,13,16
316:19
**pages** 1:25 33:8
36:20 87:3,9,11
88:15 114:15
130:25 220:5
260:11 262:24
290:17 314:14,17
314:17 315:3,6,6
**paid** 76:17,19
125:2 129:5
**palmert** 117:9
**paper** 94:24
122:10,25 125:23
127:24 236:18
249:23

[papers - people]

**papers** 29:13 117:23,25 152:18 192:11 248:19 299:19
**paragraph** 124:17 124:19 149:2 157:3 187:15 191:12 196:1,2 200:14 212:17 213:10,12,13,20 218:8 219:7 225:15 257:19,21 260:7,8,10,15 263:4,6,11,12,13 266:4,14 271:23 288:2 289:9 291:25 305:18
**parameters** 226:17
**paraphilia** 89:25 90:18,24 91:6,17 139:19,20 140:2 142:3,5,10 143:4,5 143:7,11 188:7
**paraphilias** 63:24 87:24 88:5,6 139:16 140:6 144:6
**pardon** 96:7
**parent** 262:20 307:6,7
**parental** 217:3
**parentheses** 303:5 303:6
**parenting** 262:19
**parents** 181:18 182:3 184:7 217:14 264:5,7,11
**parole** 69:21 70:16 70:17,21

**parsing** 101:21
**part** 27:1 37:13,24 39:7,24 41:12 42:4,13 43:10 44:12 50:2 51:5,8 52:3 57:6,7,8 59:5 66:1 74:14 84:10 120:8,23 128:9,10 161:8 162:2 167:6 197:16 199:6 201:2 204:13 216:20 222:24 223:10,19 230:16 274:6 303:24
**participant** 168:5
**participants** 2:22 120:21 121:6,13 276:3
**participate** 104:12 133:11 222:2 257:1 296:9,12
**participated** 64:2
**participates** 168:5 249:5
**participating** 15:11 26:23 27:11 98:1 109:8 125:11 130:12 167:22
**participation** 118:21 121:1 126:17 285:21
**particular** 20:25 44:22 90:7 98:1 99:17 109:2 166:4 189:19 205:14 217:23 219:19 220:23 222:18,24 228:18 237:1 240:10 245:21 248:19 276:15 280:10 294:3,3

298:5 301:6
**particulars** 217:25 218:2
**parties** 313:16
**parts** 118:7 162:14 162:15 196:19,20 253:3
**passed** 270:23
**pathway** 175:14 175:20
**patiel** 254:2
**patient** 50:16 69:11 75:18 76:8 80:25 81:11 82:2 82:6,9 85:11,11 150:10 181:11 197:5 198:10 211:22 253:23 254:2 281:13
**patient's** 81:17
**patients** 46:5,11 46:11,18 50:10 65:11,21 69:14,19 69:21,24,25 70:9 71:4 72:7,11 74:13,16 75:1,4,17 76:4,6 80:3,9 82:8 84:17,18,19,24,25 85:11,13,14,15,22 148:6 149:13,18 149:21 151:1,4,8 179:16,20,20,25 197:10,14 198:13 198:18 199:3,4 211:12,18 237:8 240:23 255:22 256:8,12,16,18 257:9 258:1,6
**pattern** 142:7 188:11

**patterns** 62:25 76:3 94:4,10 99:9 139:16 309:11
**paul** 255:5
**payment** 76:23
**pdf** 35:21 130:15 138:1 262:24 314:12 315:1
**pediatric** 235:14
**pediatrics** 240:3,5 240:7 251:8
**pedophiles** 149:6
**pedophilia** 20:21 63:24 64:6 65:7 141:9,11
**pedophilic** 141:18 141:23
**peer** 99:20,21,22 99:23 100:7,12 221:3 226:23 228:19 232:24 240:15 248:17 249:12
**peers** 11:4 243:20 246:15 271:17 272:3
**peggy** 250:14
**pelet** 5:6 14:10,10
**penalty** 312:6 314:16 315:5
**people** 18:11 19:5 26:3 38:1,4,7 40:1 40:4 43:12 44:22 45:15,21,25 46:2 48:13,15,15 55:21 57:5 58:17 63:25 67:4,16 68:9 70:22 73:15 77:2 77:5,10,18,23 78:1 78:2,16 79:1 83:10,16 86:1,14

[people - plaintiff]

| | | | |
|---|---|---|---|
| 88:12,23 89:14,18 | 292:14 293:1 | 81:15 125:18 | **petersen** 49:10,12 |
| 90:3,22 91:4,23 | 295:3,8,10,13,17 | 136:18 142:21 | 58:9,12 129:22 |
| 93:18 94:11,12,22 | 295:23 297:1,4,14 | 143:1,1,8,23 150:2 | **peterson** 291:3,8 |
| 95:5 96:15 98:6,7 | 297:17 299:22 | 150:5,7,10 154:6 | 292:11 293:8 |
| 101:7 103:20 | 301:12 309:4 | 169:11,12,15 | 294:4,18 297:2 |
| 105:22,22 108:6 | **perceived** 279:4 | 173:20 175:15,21 | **ph.d.** 47:16 |
| 110:12,15,18,23 | 298:16 | 181:7 184:22 | **phd** 1:20 9:3,13,16 |
| 111:13 114:1 | **perceives** 161:19 | 185:4,13,14,16 | 15:19 |
| 115:9 120:24 | **perceiving** 68:16 | 189:9,20 202:7 | **phenomena** |
| 123:1,2 124:24 | **percent** 45:1,7 | 209:5 215:2,3 | 110:10 169:10 |
| 125:15,15 126:25 | 140:20 141:4,5,24 | 272:8,18 278:21 | 188:1 |
| 127:19 129:10,12 | 142:15,18 151:10 | 279:9,16,21,24 | **phenomenon** |
| 129:24 130:5 | 228:23,24 229:6 | 280:8 281:7,8,10 | 145:5 167:25 |
| 131:5 139:21 | 229:18,19 | 309:19 | 172:1 186:5 189:1 |
| 140:15 147:22 | **percentage** 72:10 | **person's** 70:19 | **phone** 251:4 |
| 150:6,13,15 | 151:8 205:25 | 139:23 142:8 | **phrase** 92:8 |
| 163:16,18,24 | 206:24 207:19,24 | 280:22 281:1 | 244:18 276:24 |
| 164:8,9 165:23 | 208:3 | **personal** 227:23 | 280:24 299:13 |
| 169:4,16 172:19 | **percentages** | **personally** 154:12 | **phrased** 121:3 |
| 173:7 174:4,5,23 | 142:19 | 179:4,7 182:22 | 162:12 179:24 |
| 174:24 179:22 | **perfect** 244:7 | 183:1 197:9 | **phrases** 189:19 |
| 181:18 182:3,20 | **perform** 44:6 | 198:17 201:8 | **physical** 301:3,18 |
| 183:12 184:3,7,20 | **performance** | 202:12 204:21 | 302:3 303:8,14,21 |
| 184:24 186:14 | 121:9 160:25 | 205:3 | 304:3,3 |
| 188:12 198:21,21 | 162:5 223:16,18 | **persons** 11:16 | **physically** 231:17 |
| 201:22,24 203:3 | **performing** 44:5 | 149:7 255:10 | 231:19,20 |
| 208:7,8 210:20,21 | **period** 48:6 116:2 | 257:4,24 | **physicians** 198:24 |
| 211:2,4 214:15,17 | 136:20 137:13 | **pertain** 37:11 39:6 | **physics** 37:10 |
| 214:18,23 215:19 | 195:3 314:18 | 42:11 49:25 93:7 | **pick** 148:3 245:7 |
| 215:22 216:9,20 | 315:7 | 167:10,18 168:21 | **picking** 277:18 |
| 217:7,15 225:6 | **periods** 69:7 | 172:5,24 173:8 | **piece** 102:22,23 |
| 227:21,24 232:10 | **perjury** 312:6 | 175:2 180:25 | 107:25 |
| 237:11,15,25 | 314:17 315:6 | 232:9,11 | **pieces** 163:7 |
| 245:7 246:23 | **permanent** 86:6 | **pertaining** 21:19 | 195:12 |
| 251:11 258:5 | **permitted** 85:10 | 42:25 69:4,5 | **pile** 153:7,10 |
| 268:19 275:19 | **permitting** 181:7 | 92:25 137:17 | **place** 147:6 151:15 |
| 277:17 278:10,14 | **persist** 188:16 | **pertains** 88:21 | 213:25 310:13 |
| 278:23,24 280:16 | 213:23 215:8,16 | 168:8,25 173:13 | 313:7 |
| 281:17 282:13,25 | 216:1,23 | **pertinent** 101:16 | **placed** 313:9 |
| 283:15 284:14 | **person** 26:6 67:3 | 161:9 267:9 | **plaintiff** 1:7 2:7,21 |
| 288:17,17 289:15 | 70:19 80:17 81:7 | | 4:14 5:3 7:15 |

Page 38

[plaintiff - practice]

13:22 14:1,3,5,7,9
14:11,13 16:7
19:14 21:6 154:4
176:25 304:11
**plaintiff's** 9:22
156:14 310:25
**plaintiffs** 157:15
165:7
**plan** 242:15
**planned** 148:12
**plans** 114:2
**plausible** 299:5
**plausibly** 237:6
**play** 164:9 173:21
174:4,5,10 175:8
216:25
**playing** 106:11
107:8 164:10
**please** 13:18 15:15
15:17 16:12 17:11
18:1 28:12 32:12
34:8 35:20 36:19
58:5 115:11 122:4
122:6,24 123:6,9
137:11 145:23
148:21 151:24
156:22,25 166:18
176:15 206:11
208:16 211:23
212:12,14 218:5
219:24 225:12
254:15 257:14,22
262:21 266:12
269:14 274:25
275:5 280:24
284:3 286:19
289:1,4 290:15
295:11 305:8
**pllc** 4:6 6:18 7:6
**point** 82:12 83:25
115:11 147:21

149:19 169:23
209:11 236:3
248:25 253:12
260:7 268:15
280:5 285:19
304:19
**pointing** 240:9
**points** 255:21
**polarization**
268:12,21 269:9
**polarized** 275:17
277:7
**pole** 275:16
**policies** 161:16
217:13,14 276:9
276:13,18,20,21
**policy** 86:5 88:18
95:17 136:3
158:11 249:5
276:15
**political** 158:10
164:22 279:3
280:19 293:3,19
294:11,12
**politically** 292:16
**politician** 293:17
294:5,10,18
**politicians** 164:22
165:1
**polly** 248:2
**polytechnic** 37:2
**poorly** 179:24
**pop** 230:10
**popma** 246:3
**popular** 126:8
141:1
**population** 11:4
125:7 150:18,19
167:11,18 168:9
168:22,25 172:25
173:8 174:23

243:20 251:23
256:6,14,25
257:11
**populations** 45:3
125:1
**pornog** 72:5
**pornographic**
289:16
**pornography** 72:5
142:24
**portion** 18:8 79:15
96:25 98:1,14,18
98:20 127:13
167:7 277:14
**portions** 222:8
**posed** 28:13 91:2
162:11 272:22
274:6 301:9,14
**position** 41:5 48:6
53:18 54:2,7 55:4
55:16,18 59:16,19
60:11 61:5 62:12
62:17 64:19,20
65:5 67:19 68:22
72:16 73:16 76:16
113:12 157:10,20
159:8,15 160:7
165:12 276:7,17
**positions** 49:13,16
67:16 73:17 76:25
77:4,9,15 158:2,5
158:15
**positive** 225:20
226:13,18,24
241:2,10,12,13,14
241:18,20,23
242:6,14,22
243:13 252:21
253:9
**positives** 242:21
242:25

**possess** 75:21
180:15
**possession** 72:5
**possibility** 245:15
264:11 279:19
**possible** 60:7
70:18 159:12
163:17 189:8,11
190:16 206:19,19
209:6,9,14 219:13
221:11 244:19
299:1,9 300:11
308:18,19 309:15
309:17,19
**possibly** 138:12
**post** 96:6 187:3,6
187:8 286:22
287:4,8 295:24
297:14 298:2
302:9,18 303:12
**postdoc** 49:19
**postdoctoral**
46:25 47:15 49:23
51:8,18 59:11,11
97:13
**posted** 207:11
**poster** 221:7
**posting** 295:24
**posts** 207:12
297:16,20 299:19
**potential** 198:14
**potentially** 71:11
**practica** 46:20
**practice** 52:21,24
62:19 74:9,10,11
74:13,14,23,25
75:12 76:14,20
130:25 149:19
150:20 185:9
197:16,17

Page 39

[practices - process]

practices 77:21
84:7
practicum 45:20
45:24 46:1,4
47:18 53:10 54:16
practitioner 81:6
practitioners
211:10
praid 76:19
precise 280:5
precision 216:24
predates 41:13
predict 169:10,10
predoctoral 53:9
54:16
predominant 51:5
103:3,5 144:9
predominantly
54:12 87:19
105:12 112:22
113:18 122:13
preliminary 10:19
35:10 136:9
prematurely
283:15,18,22
284:13
premise 302:21
preparation 30:15
30:24 31:7,12
34:4 35:18 152:23
221:13 231:16
prepare 29:6,10
31:24 155:22
prepared 33:11
34:23 137:7
155:16 231:11
preparedness
81:17
preparing 127:6
152:10 231:5

prepubertal 25:23
26:9,11 78:4,23
167:4,8,17,20
168:7,8,9,16
205:25 206:25
210:4 211:11
prepubescent
141:19 191:18
308:23
prescribe 79:6,25
81:1
prescribed 132:13
197:23 198:3
prescribing 79:2
132:18,22
prescription
196:24
present 8:3 31:8
122:13 124:1,9,15
126:13,19 127:7
127:10 128:11,24
129:1 196:6
224:13
presentation
123:12,13 125:3,5
125:9,17,21
126:12 127:14,21
127:23 129:5,8
130:7
presentations
122:10,20,25
221:7
presented 99:4
123:20 125:23
127:24 245:6
presenter 125:19
127:23
presenting 107:23
122:16 126:22,23
127:2 129:9 309:5

presently 74:4
preserve 134:18
president 291:3
293:18 294:5,12
294:19
pressure 278:12
278:16
preston 239:18
presumably 116:9
presume 137:23
146:12
pretty 74:18
153:17
prevent 19:21,25
139:24 144:4
previous 73:16
101:12 126:11
previously 73:4,6
100:17 264:15
266:10 302:8
price 231:25 232:6
primarily 33:18
45:9 47:22 48:2
63:16,19 64:5,8
65:7 79:8 87:23
102:11 112:24
177:19
primary 44:4 49:8
91:22 98:2 131:15
132:4,6 143:18
148:23 149:4
150:23 211:15
254:1
principal 115:3
119:1 305:17
principle 242:20
principles 166:8
print 221:9 236:11
prior 27:16 35:4,8
67:3,15 86:11
92:5 97:22 100:20

137:4,5,7,8 138:4
138:7,22 139:3,10
223:3 231:7
248:16,24 313:9
privacy 289:17
private 52:21,23
74:9,10,11,12,14
74:22,25 76:14,20
84:7,17,18 85:14
149:18 150:20
privilege 134:19
privileges 165:20
proba 214:1
probability 214:2
214:7 245:21
probably 145:18
211:3 214:3
probate 306:21
probation 69:21
70:17,17,21
problem 55:9
115:1 117:11
131:8 159:11
177:6 194:24
239:16,22 242:21
244:4,8 252:7
274:17
problems 246:13
246:15
procedure 314:19
314:20
procedures 281:11
proceed 15:17
proceedings 313:6
313:8,10
process 108:9
112:24 116:15,16
118:3,6 126:15
128:20 158:10
185:13 186:14
209:19 278:21

Page 40

[process - publication]

| | | | |
|---|---|---|---|
| 279:10,17 281:17 282:13 283:1,9 | **properties** 92:23 | 220:21 307:10,12 314:19 315:8 | 69:4 75:13 |
| **processes** 182:12 | **property** 241:25 | **provider** 80:15,16 | **psychometric** 92:22 |
| **produce** 153:8 233:20 | **proportion** 97:24 | 80:24 81:4,12 | **psychopathology** 90:8 92:7 99:18 |
| **produced** 27:9 | **proposal** 124:8 | **providers** 80:4 | **psychosocial** 11:7 |
| **professional** 157:7 157:18 158:1 159:4,14 160:6 165:10 180:14 185:9 202:21 | **prospective** 208:4 233:17 234:8 | 181:14 182:7,17 182:23 183:5,11 183:25 184:12,15 | 247:8 |
| | **protagonist** 110:2 110:4 | **provides** 69:18 272:7,17 273:5,17 304:3 | **psychotherapy** 54:3 150:9 179:10 180:15,25 192:18 192:24 229:7,10 229:17 237:7 238:6 246:24 252:5,7,9 |
| | **protagonists** 110:5 110:7 | **providing** 77:23 79:3 131:23 158:9 159:3 181:15 182:7,13,21 183:6 183:13 184:3,4,12 307:15 | |
| **professionals** 290:14 | **protect** 157:11 177:23,25 | | |
| **professor** 56:10,15 266:22 268:9 | **protecting** 178:5 178:13 | | **pubertal** 167:20 168:10 |
| **professors** 56:12 | **protection** 177:20 303:2,13 | **psychiatric** 84:6 84:12,24 128:18 | **puberty** 11:6,12 79:2,25 80:9 82:4 82:11 132:12 175:6 191:19,21 194:12 196:12,17 196:21,25 197:3,6 197:11 200:6 206:14 208:13,20 213:1 215:20 216:6 246:14 247:8 249:16 250:2 251:12 272:9,18 |
| **profiles** 254:3 | **protocol** 194:6,7 194:14 195:5,9,13 195:16,19 237:25 238:4 253:3 | **psychiatry** 53:13 | |
| **program** 42:17 44:3,17 47:17,18 51:13 56:11 59:3 59:6,13 66:1 67:9 67:11 73:10 150:5 299:21 | | **psychological** 10:25 11:6,11 125:24 126:2 127:25 128:17,23 226:17 243:17 247:7 249:15 250:2 254:3 | |
| | **prove** 209:6,10,14 | | |
| | **provide** 17:20 22:6 30:2 48:19 48:23 79:5 80:4 80:23,25 131:3 133:1 136:2 157:6 170:25 171:1 179:10 180:15,25 182:18 183:11 184:1 197:3 198:8 304:3 309:7 | | |
| **programs** 75:23 | | **psychologist** 52:22 59:12 62:14,15 66:18 180:21 | |
| **progress** 298:9 | | | **public** 109:18 136:3 210:18 278:1 301:8 303:3 |
| **projects** 48:2 277:25 | | | |
| **prominent** 129:18 | | **psychologists** 262:18 | |
| **promote** 284:21 | | | |
| **promoted** 64:22 | | **psychology** 37:15 37:19 38:11,19,23 38:23 39:1,9,14,18 39:22 40:10 42:6 42:7,14,15,18 43:1 43:3,7 50:3,5,21 50:23,25 51:2 53:22 55:25 57:10 59:2,9,20 62:20 | **publication** 88:16 88:21 89:2,8 92:24 93:21 95:22 105:17,18 108:10 228:3,19 232:22 232:24 240:12,15 248:12 249:12 251:7 |
| **promoting** 298:4 | **provided** 19:4 22:24 23:21,25 24:9,13 25:17,19 26:8 27:22 29:17 50:7,11 69:20 77:1,5,9 78:4,6,17 78:22,25 80:8 102:11 119:25 156:7,14 183:17 183:22 184:6 | | |
| **pronounce** 47:7 254:20,25 | | | |
| **pronounced** 253:7 | | | |
| **pronouns** 16:4,17 281:21 282:15 283:2 | | | |
| **proof** 209:4,7 | | | |
| **proper** 44:6 86:19 | | | |
| **properly** 160:10 284:14 | | | |

**[publications - reactions]**

| publications 87:4 | 182:4 265:11 | 229:15 244:9,18 | 267:2 |
|---|---|---|---|
| 87:8,16 88:2,11 | **putting** 217:5 | 244:22 272:21 | **quotes** 200:21 |

**publications** 87:4
87:8,16 88:2,11
89:22 103:18,19
103:22 104:14,19
104:24,25 105:21
112:14,23 113:14
114:1
**publicly** 210:17
**publish** 99:25,25
**published** 52:12
94:24 100:18
109:17 129:25
153:20 203:17
221:3 224:20
232:20 235:13
236:9 240:5 246:8
248:8 249:8 251:7
265:10,25 267:10
287:4
**publishes** 203:2
**publishing** 203:5
**pull** 62:21 230:14
**pulled** 200:11
277:20
**purely** 279:20
293:19
**purpose** 99:12
159:20 160:3
166:9 229:12
257:20 284:19,20
298:10
**purposes** 18:12,18
63:2,3 229:8
282:21 293:20
**pursue** 48:14
**pursuing** 40:14
44:8 48:13,21
50:8
**pursuits** 52:13
**put** 34:5 70:19
100:19 135:4

182:4 265:11
**putting** 217:5

**q**

**quad** 291:3
**qualified** 25:1
48:19 75:8 80:3
111:13 134:9
135:18,21 194:11
**qualify** 25:3
188:20,22
**quality** 236:17
237:5
**quantitative**
301:10
**quarter** 72:14
75:7
**quebec** 53:21
**queen** 41:8 53:10
109:13,16,25
**question** 17:10,13
17:18 21:18 24:2
27:7 28:10,13,22
31:1 42:25 44:19
45:23 67:15 69:25
70:23 77:16 80:5
87:14 90:20 91:16
97:19 104:2,4,9
117:25 120:3
121:3 131:10
137:2,2,11,14,16
144:21 147:1
149:1 152:22
157:17,20 159:16
160:7,11,22,22
161:4,7,8,10
162:18,19 163:2,3
163:4 165:9,12
169:2 182:8 183:7
190:9,10 202:6,11
206:8 222:24
223:9,12 229:8,12

229:15 244:9,18
244:22 272:21
282:8 283:19
284:1 288:6
292:21,22 294:15
294:16 296:6
299:7 301:12,14
310:5
**questioned** 261:18
**questioning** 25:6
180:17 310:25
**questionnaire**
92:22 208:10
**questions** 16:22
17:5,6,19 20:1
31:4 37:11 39:5
42:11 49:25 60:5
71:2 101:6 147:4
148:17,25 157:8
159:21 162:11
180:13 208:7
247:20 269:1
272:22 274:6
282:3,3 301:8,8
305:24 306:1,1,6
308:1 309:10
310:2,17 311:5,9
311:13
**quick** 71:2 97:19
306:6 307:18
**quickly** 130:1
**quite** 18:10 59:23
80:5,13 82:18,19
142:19 163:6
257:17 283:25
308:21
**quote** 149:3 157:4
164:17 196:2,8
209:15 218:9,19
225:17 258:9
260:16 266:15

267:2
**quotes** 200:21

**r**

**r** 16:15 56:17
191:4 225:25
316:3,3
**r&s** 315:1,9
**racist** 289:12
**raised** 292:3,19
**raising** 195:20
**ramifications**
80:20
**ran** 49:7 61:22
119:13
**randomly** 257:3
**range** 20:25 55:12
55:13 111:25
120:24 206:18,23
207:6 208:5 224:1
272:1 302:25
303:17
**rank** 66:18
**rarely** 191:21
**rarer** 189:1
**rate** 153:18 255:24
256:12,16
**rates** 123:16
**ratios** 254:4
**ray** 49:4,6,11
58:12 129:21
170:18
**reach** 224:17
225:1 267:5,11
268:9
**reached** 134:12
135:10 136:5
**reaching** 126:18
**reaction** 293:8
**reactions** 292:7
299:5

Veritext Legal Solutions
866 299-5127

[read - refer]

**read** 28:14 94:9,9
106:25 107:5
109:14 123:18
128:3 137:11,14
137:19 147:2,11
147:13,16 149:3
149:10 155:1,4,13
155:21 156:5
157:4,22 164:11
164:13,25 165:2,4
166:18 174:1
177:16 184:11
187:16,22 191:13
196:2 199:23
200:15 204:7
212:18 213:2,21
214:6,10 218:9,18
218:19 219:2
220:16 222:4
225:17 236:12
255:12 257:21
258:10 260:16
261:4 263:2,4,11
263:17,18 264:13
264:19 266:4,15
267:3 271:9
275:24 276:11
278:9,18 279:6
280:15 281:16,23
284:3,5 287:19,23
289:20 302:19
303:10,24 304:7
312:6
**readers** 99:13
280:5
**reading** 49:1
153:7,7 185:5
281:24 299:18
314:23 315:9
**reads** 157:3
275:23 277:9

278:18
**ready** 80:17 81:7
157:1 239:14
244:12 255:20
**realigned** 65:3
**reality** 277:19
**realized** 85:24
148:10
**realizing** 184:22
**really** 15:11 67:23
70:2 104:22
106:17 138:17
185:2 282:22
283:19 285:11,19
300:23
**reanalysis** 265:1
**reanalyzed** 192:13
260:19 261:7
**reason** 19:24
71:10 97:20 111:8
111:9 120:11
156:13 173:11
191:15 213:7,11
216:7 268:8
271:13 277:23
281:9 288:6,7
293:16 316:6,9,12
316:15,18,21
**reasonable** 108:24
282:22
**reasonably** 183:14
**reasons** 143:12,16
245:3
**reassignment**
11:13,17 125:22
250:3 255:10
257:25 258:6,13
258:18,22 259:1,6
**rebuttals** 31:18
**recall** 25:13 27:15
31:16 41:7,18

67:8 73:12 86:22
100:23 105:25
108:19 110:8
111:20,21 113:9
133:13 153:6
154:21 155:3
170:23 180:3,4
194:16 203:15
217:24 218:2
220:23 232:13,17
234:14 249:9
274:3 285:11
293:25 294:2
295:23 297:8
**recalled** 92:21
**recalling** 154:17
**recant** 170:14
**receive** 81:5,8 82:3
217:4
**received** 49:22
114:20,23 115:4
116:5 137:3 221:2
222:2,18 237:11
237:15 238:1
246:23 252:5
287:20 289:6
**receiving** 10:7
47:25 192:18,18
195:22 227:3
229:5,7 249:21
**recess** 58:1 121:25
151:20 166:20
212:8 274:21
305:4
**recheck** 257:6
**recipient** 114:16
**recite** 170:17
**recognize** 187:3
210:3 215:2
257:24 258:4
260:2

**recognized** 192:15
192:20 299:21
**recollection** 20:16
50:16 81:21 110:3
111:23 124:18
146:25 153:10
194:20 288:15
290:8
**recommend** 200:4
**recommendation**
158:12
**recommendations**
200:25
**record** 13:5 16:13
28:14 57:22,24
58:3 68:15 121:21
121:23 122:2
137:19 151:16,18
151:22 154:18
212:4,6,10 274:16
274:19,23 284:5
304:25 305:2,6
310:18 311:5,17
311:18 313:10
**recorded** 13:6
217:24
**recording** 41:14
62:23
**records** 69:18,19
85:1 154:16,23
**recounting** 69:15
**recurrences** 113:5
**reduce** 140:16
**reducing** 240:19
**refer** 16:5 19:2
32:7 47:3,10
75:16 80:3 94:13
142:22 184:22
217:2 238:22
244:1 255:15
268:20 299:20

Page 43

[refer - rephrase]

300:14 306:8
**reference** 204:6,8
204:10 222:7
239:5 246:20
247:19
**referenced** 246:19
246:22 259:17
283:5 314:6
**references** 171:1
204:4,11 220:3,19
**referencing** 218:2
**referral** 80:8,19
80:21 81:1,8
85:23
**referrals** 86:1
**referred** 70:10,22
72:8,11 75:7
85:22,23 216:11
251:8 268:17
297:2
**referring** 19:4,14
20:5 85:25 147:21
160:20 170:16
207:9,14 247:20
253:16 274:4
276:13,15 277:4
292:25 306:18
**refers** 139:22
181:7
**reflect** 104:20
194:19
**reflecting** 97:24
**reflection** 242:16
**reflesh** 146:24
290:7
**refresh** 32:23
146:24 176:14
290:7
**refused** 248:25
**regard** 90:3

**regarding** 26:17
26:19,22 38:1
40:1 43:11 137:4
162:1,8 244:9
266:19 267:6,12
**regardless** 46:6
160:14
**registered** 84:25
180:22 254:23
**regret** 185:21,22
212:20
**regrets** 185:20
**regretted** 214:15
**regrouping** 304:22
**regular** 85:22
120:22 187:20,24
188:4 210:13
**regularly** 85:22
**rehabilitation**
48:18 70:20
**rehearsal** 30:6
**rehearse** 30:17
**reinhardt** 5:9 14:6
14:6
**rejected** 271:12
**relate** 92:2 98:6
103:22,25 223:17
**related** 20:21
23:17 27:22 31:18
38:7 45:2,14,20,24
46:1 47:24 60:9
61:10,24 71:9,10
71:11,11 83:5,9,10
90:23 91:7 96:15
101:2,3 109:1,7
115:8 118:21
131:5,10 132:4
142:24 155:24
163:21 238:10
**relates** 60:4 89:9
90:2,6

**relating** 83:16
197:6 198:11
288:16
**relationship**
301:23
**relationships**
55:14
**relative** 153:17
161:6 174:14
189:22 313:15
**relatively** 95:5
148:5 219:23
285:1 296:6
299:16 308:22
309:21
**released** 70:16
314:21
**releases** 184:9
**releasing** 200:7
221:5
**relevance** 154:19
**relevant** 27:16
28:1 29:14 80:21
90:7 118:7 119:5
132:8 135:23
148:7 156:9,10,12
157:7 161:13,19
163:10,11,14
166:10 168:6
171:3,8,8,11,12
172:14 198:22
222:8,23 232:8
270:23,24 271:2,3
290:5 291:20
310:12,16
**reliable** 102:13
265:1
**reliably** 225:20
**relied** 271:7
**relief** 133:1

**religious** 279:3
280:20
**rely** 234:18
**relying** 170:6
228:8,10
**remain** 249:5
256:24
**remained** 40:20
40:20,21 64:21
**remaining** 21:22
144:9 256:25
**remains** 243:7
**remarks** 289:14
**remember** 21:3,5
23:6 53:20 55:7,7
97:18 113:10
124:11 126:15
135:11 136:6
146:15,16,17,18
153:2,24 203:11
203:18 207:15
220:25 232:15
287:15 288:14,22
296:1 298:5,12
**remind** 20:4 29:22
98:5 286:25 297:9
**remotely** 2:22
**removal** 296:25
**removed** 101:22
287:16 288:4
**renaming** 73:8
**rensselaer** 37:2
**reorganization**
65:1 73:2,8
**repeat** 28:10,12
56:15 229:15
**repeatedly** 63:10
95:1
**rephrase** 17:11
43:20 80:7

Veritext Legal Solutions
866 299-5127

[replace - researchers]

| | | | |
|---|---|---|---|
| **replace** 279:22 | 242:2,3 243:21 | 217:2,10,20 218:1 | 37:21 38:3 39:20 |
| **replicate** 225:20 | 244:2,5 245:8 | 241:1,11 242:19 | 40:3,8,11,19 41:4 |
| 226:11 253:3,8 | 246:18,21 247:18 | **represent** 16:7 | 41:13,19,24 43:21 |
| **replicated** 195:19 | 247:20,21 249:19 | 30:19 167:25 | 44:5,6,6,20 45:6 |
| 252:23 253:1,1,14 | 251:17,25 255:14 | 176:24 247:17 | 45:17,18 47:24 |
| **replication** 253:21 | 255:16,18 260:4,6 | 260:5 262:4,16 | 51:3 55:19 57:4 |
| 253:22 | 260:10,12,16,17 | 265:22 | 59:17 60:2 61:9 |
| **replied** 265:8 | 266:11,14 267:20 | **representation** | 61:14,15,20,22,24 |
| **report** 31:14,21,25 | 270:18 271:8 | 262:21 | 62:1,5,11,19 63:2 |
| 33:11 34:23 35:7 | 305:11,18 306:8 | **represented** | 63:4,5,11,17 64:2 |
| 35:9,24 118:17 | **report's** 173:6 | 244:20 | 64:11,22,24,25 |
| 124:21 137:22 | **reported** 1:22 67:2 | **representing** | 66:14,20,21 67:3 |
| 138:4,8,20,24 | 67:4 94:8 123:16 | 14:20 30:11 | 70:7 73:4 76:15 |
| 139:6,8 144:10 | 125:1 166:14 | **reputable** 224:6 | 76:15,22,23 86:3 |
| 153:5,11,15 | 216:13 225:21 | **reputation** 250:18 | 93:16,18,22 94:2 |
| 155:15,17,21,22 | 226:14,16 241:9 | 250:19 268:11,16 | 94:11,13,15,22 |
| 156:11,22 157:14 | 241:23 249:18 | **request** 34:5 35:18 | 95:5,10 96:21,24 |
| 158:22 160:5,25 | 288:19 297:3 | 81:14 82:7,10,13 | 98:24 99:9 102:9 |
| 161:1,8,13 162:12 | **reporter** 2:24 | 95:19 109:5 | 102:21,22,23 |
| 162:21 163:10,11 | 13:16 16:20 18:1 | 111:16 215:4 | 108:1,1,2,3,13 |
| 163:20 165:3,6 | 18:4 28:12 32:17 | 222:2 | 111:14 117:14 |
| 167:4,7 168:18 | 34:13 47:9 137:10 | **requested** 95:12 | 118:10 119:17,18 |
| 170:9,15,22 | 137:12 146:1 | 96:20 126:17 | 119:20 120:8 |
| 172:19 186:18 | 166:17 176:12 | 201:12 315:1,9,10 | 122:14 123:21 |
| 193:7,10,11 | 186:25 190:22 | **requesting** 126:13 | 127:10 132:12,17 |
| 194:19,22 195:25 | 191:3 225:25 | **requests** 199:8 | 132:20 141:9 |
| 200:11,12 203:20 | 227:10 230:12 | **require** 23:9 81:12 | 142:16 145:15,17 |
| 203:23 205:18,21 | 235:7 237:18 | 120:21 188:23 | 145:19 147:24 |
| 211:24 212:15 | 239:2 243:25 | 303:1,13 | 148:4,10,11,24,25 |
| 213:8,19 217:23 | 247:15 250:8 | **required** 23:12,15 | 149:4,25 150:23 |
| 218:6 219:25 | 254:12 259:14 | 57:4 108:5,5,6 | 212:22 221:24 |
| 220:5,7,8 221:13 | 261:25 265:18 | **requirements** | 223:1,23 226:8 |
| 221:25 222:10 | 268:5 274:11 | 71:21 | 238:9,11 266:17 |
| 223:10 224:14,18 | 284:2,6,9 286:17 | **requires** 101:7 | 267:23 284:22 |
| 225:2,13,16 | 307:24,25 308:2,7 | 164:8 172:16 | 285:25 |
| 229:24 230:24,24 | 308:9 313:4 | **requiring** 48:16 | **researcher** 46:25 |
| 231:2,18 233:8,11 | **reporting** 94:4 | **reread** 29:12,13 | 102:19 117:2 |
| 233:14,23 234:2 | 121:8,11 241:13 | 226:19 282:7 | 147:3,10,20 |
| 234:10,18 235:2 | **reports** 157:15 | **resealing** 85:5 | **researchers** 211:7 |
| 236:20,23 238:21 | 165:7 181:20 | **research** 27:9 30:1 | 228:15,15 285:23 |
| 239:3,6,9 241:1 | 195:22 216:11 | 30:7 31:11,23 | 290:14 |

Page 45

[researches - right]

| | | | |
|---|---|---|---|
| **researches** 129:18 245:12 | **responsible** 70:6 **rest** 90:14 104:20 213:14 276:22 | 118:9 146:24 152:11,14,23 155:18 156:25 | 80:1 81:2 83:16 83:22 86:9,14 87:5 88:2,23 |
| **researching** 59:22 88:4 140:5,18,22 141:6,22 | **result** 241:14 252:8 295:1 | 157:25 162:2 199:11,19 201:16 203:24 204:1 | 89:19 90:3,12,24 91:20 92:13 93:1 95:10,17 97:6,7,10 |
| **reserve** 305:25 | **results** 10:19 62:24 94:4 119:16 192:14 225:21 | 231:5,21 262:22 270:7 271:22 | 97:16 98:16 99:16 99:20 101:17,25 |
| **reserved** 85:13 **resign** 286:9 | 226:11,14 236:9 240:17 241:10,12 | 289:4 314:8,10,13 315:2 | 102:6 103:6,20 105:7 106:3,8 |
| **resignation** 291:8 295:2 296:25 298:1,13 | 241:13,14,18,23 242:6,14,22,24 | **reviewed** 29:23 30:3 35:5 98:20 | 108:10 111:3 112:2 113:15 |
| **resignations** 290:2 | 243:13,15 245:4,5 245:7,11 246:12 | 99:15,20,21,22,23 100:7,9 136:7 | 114:10,13,17,24 116:4 117:6 |
| **resigned** 285:17 286:6 295:10 | 249:14 251:19 258:11 267:6,12 | 153:14 154:15,23 155:23 156:8 | 118:14,18,18 119:6,23 120:2 |
| **resigning** 292:14 292:14 295:13,15 | **resumé** 72:20 132:25 | 198:17 204:3,8,10 226:23 228:19 | 121:14 122:1,21 123:22 125:16,19 |
| **resonance** 115:17 | **retained** 29:3 311:21 | 231:7 232:24 240:15 249:12 | 126:20 127:3,19 127:20 130:9,20 |
| **resources** 84:18 85:20 155:23 | **retitled** 92:7 **retracted** 192:13 | **reviewer** 221:3 **reviewers** 248:18 | 131:20 135:5 136:12,22 138:1 |
| **respect** 77:22 79:11 86:13 157:24 178:4,8,12 | 193:4,15 296:16 **retroactively** 110:24 | **reviewing** 91:1 **reviews** 114:9 248:17 | 139:2,7,11,17 142:10 143:14 148:18 149:1,20 |
| 195:10 268:10 275:20 276:8,17 294:21,23 295:1 | **retrospective** 233:6,16,17,19,22 234:1,5,11,17 | **revising** 203:10 **rgreen** 3:11 **rhonda** 56:13 | 150:5,20 151:21 152:7,25 153:23 153:25 154:10,13 |
| **respected** 228:2,7 228:15 232:22 248:12 | **retrospectively** 208:6 | **right** 17:25 24:10 25:7 27:23 28:20 | 154:24 155:5 158:3,15 159:16 |
| **respects** 281:19 **response** 106:6 | **return** 314:17 315:6 | 29:4 30:15 37:3 42:1 43:8 52:13 | 160:8,18 162:1,9 167:5,8 168:11,19 |
| 149:3 177:15 265:5 266:25 267:10 268:13 | **reused** 137:6 **reveal** 134:5 **reverse** 241:12 | 52:19 54:17,24 55:25 56:8 57:11 58:2,13,17,21 | 168:22 170:3,4 172:11,25 174:24 174:25 176:22 |
| 291:8,11,12 293:7 **responses** 9:22 | **review** 31:13,19 33:6 36:19 69:12 | 60:13,24 62:1,6,9 64:11 65:23 66:2 | 178:22 179:2,5,8 179:12 183:11 |
| 176:25 266:18 295:7 | 87:2 94:13,19 99:1,5 100:12 | 67:16 72:8 74:1,9 74:23 75:18 76:20 | 184:2,9 187:13 191:8 194:15 |
| **responsibilities** 48:10 | 108:1 109:12 111:7,16,19,21 | 76:23 77:11 78:4 78:7,14 79:6,9,16 | 196:25 197:3,7,11 197:15,17 198:11 |
| **responsibility** 66:6 | | | |

Veritext Legal Solutions
866 299-5127

[right - scientists]

| | | | |
|---|---|---|---|
| 198:18 200:25 201:3,6,10,13 202:5,14,18,20 203:21 204:9,14 204:23 205:5,9,17 207:2 208:1,13,20 209:20,23 212:9 214:4,5 217:6 220:11 221:14,17 221:21 227:24 228:16 234:11 236:24 239:13 241:15,23 242:19 245:6,9 246:10,25 247:3,6 251:17 252:1,12 255:24 256:9,14,19,22 257:5 258:2,7,19 258:23 259:2 262:14 270:19 271:8 275:12,19 278:11,15,25 280:17 281:18 282:14,20,20 283:1 287:9,17,18 291:18 295:20 297:10 305:5,24 305:25 310:1,20 **rights** 12:7 165:20 275:15,18 278:8 281:15 **rigid** 141:13,15,16 **rigorous** 106:19 **ring** 287:14 **risk** 257:10 258:19 258:23 **risking** 216:24 **risks** 198:14 214:9 216:25 259:2 **road** 6:10 | **roberta** 3:6 15:5 311:3 **roger** 135:12 136:19,21 **role** 20:23 22:10 26:4 57:3 66:20 67:3 72:18 73:21 76:13 92:22 103:4 128:2 131:13,19 157:24 158:24 159:3,13 160:13 160:14 **roles** 66:19 **roll** 241:25 245:10 **romantic** 55:14 **room** 303:6 **rooms** 303:4 **rooted** 91:15 **rosalia** 248:1 **rough** 138:17 **roughly** 21:15,17 22:8,9 40:17 45:1 46:21 71:10 72:14 74:15 88:10,14 105:11 113:13 122:18 124:17,20 126:16 133:13 135:8,9 140:20 141:24 146:18 150:2 179:18,19 179:19 180:8 285:16 286:11 **routine** 25:3 75:6 75:11,12 113:3 **royal** 54:16 **rpi** 37:3,5,12 38:8 **rules** 16:19 315:8 **run** 294:22 304:12 **running** 116:21 131:6 188:20 189:3,6,7 | **runs** 241:18 **s** **s** 16:14 97:10 225:25 237:19 291:3 316:3 **safer** 31:17 **safety** 177:25 178:13 **salary** 108:25 **sample** 12:4 253:23 254:2 267:16 270:14 **sauna** 303:5 **saw** 65:11,22 70:5 99:8 151:9 273:10 **saying** 27:21 128:20 181:14 209:5 215:6,10 217:7 237:24 241:12 245:9 284:11 288:21 291:13 295:5 298:9,24 **says** 54:23 109:25 115:24 116:7 130:23 147:13 155:21 165:3 177:15 187:11 194:25 214:2 225:17 226:7 240:10 264:20 268:25 287:19 292:17 302:19 **sbc** 48:17 **scan** 29:24 31:11 60:15 **scanned** 120:24 **scanning** 120:22 **scans** 116:14 **schedule** 314:10 | **school** 1:11 2:11 3:3 15:6 154:13 217:13,22,23 **schools** 217:12 **schumm** 261:2,2,7 262:17 263:8,19 264:1,7,15,20,25 266:19,22 268:9 **schumm's** 261:17 263:23 265:8,9 **science** 20:24 22:12,21 26:5,7,8 27:2,5,10,21,24 37:8,9 93:25 94:7 99:14 135:23 136:1,2 158:9,19 159:24 160:14,18 160:20,25 161:2 161:12,16,18 162:1,3,8,14,22 163:5,7,18 166:14 169:7 174:14 190:10,17 192:8,9 192:10 193:2 209:1,2,2,16 221:4 271:18 288:19,20 298:4,6,7,8,10,10 **scientific** 105:1 201:15 209:19 210:6 226:23 264:9 284:17 286:3 287:13 289:22 290:20 294:6,13 295:22 296:21 298:2 **scientist** 65:25 66:8,13,21 67:5,18 68:23 72:18,19 73:22,23 221:5 **scientists** 210:14 210:19 |

[scope - sexist]

| | | | |
|---|---|---|---|
| **scope** 161:14 164:19 167:12 173:2,25 174:18 198:19 222:14 223:8,25 225:3 272:10,21 273:7 282:4,17 283:6 300:20 301:5,20 303:22 304:5,14 | 54:15 55:23 61:19 63:4,16 65:4,21 66:12,19 68:1 69:23 70:9 73:9 78:8 80:23 81:19 82:8 85:10 86:7 89:25 97:15 101:24 105:5 108:8 114:6 | 138:15 287:24 **seeking** 82:11 135:13 **seen** 33:10 34:20 36:2 46:19 78:12 176:17 186:7 220:24 270:4 271:11,13 272:20 273:1,14 275:8 304:2 | **served** 70:15 **serves** 178:4,8,12 **serving** 24:2 **sessions** 84:20 **set** 37:11 39:5 42:11 49:25 85:9 101:7 177:1 313:7 **sets** 94:10 **setting** 299:15 300:2 |
| **score** 210:24 **scores** 210:22 211:1,9 **scouring** 152:17 **screen** 230:10 **scroll** 35:22 **se** 258:13 **search** 266:16 **searching** 222:22 **second** 21:9 22:17 36:18 97:21,23 119:14 120:7,12 120:16,20 131:6 138:1 145:24 153:15 177:24 187:15 190:25 238:22 239:21 244:11 266:4 270:7 278:8 307:18 | 115:24 119:16 120:25 146:5 155:11 156:3,8 177:13 178:1 179:16,25 182:1 182:17 189:13 190:23 191:11,23 195:24 204:7,11 210:4 212:6 220:2 220:9 224:20 226:2,19 227:12 227:16,20 231:24 232:2,19 235:9,11 235:22 236:3 239:7,9,11,20 240:4,13 241:22 247:23 248:4 250:15 255:4,7 258:15 259:7,23 262:2,3,10 264:14 | **segregated** 166:5 303:7 **select** 100:4 **selected** 257:3 **self** 70:22 72:8,11 **send** 75:9 80:18 **sending** 295:7 **senior** 65:25 66:7 66:13,21 67:4,18 68:22 72:18,19 73:22,23 **sense** 80:6 133:1 **sent** 99:24 100:8 221:12 248:20 **sentence** 70:16 165:3 196:1 218:15 219:7 289:9 | **seven** 47:24 57:19 114:23 115:4,7 311:20 **severe** 228:23 229:19 **sex** 11:17 18:14,20 48:17 54:19 55:11 65:8 71:9,10 79:25 80:10 82:12 115:13 117:2 123:21 125:22 140:22,25 141:1,6 143:9 144:15,18 145:16,19 147:3,9 147:19,24 148:9,9 149:5,25 150:24 151:3,9 166:5 172:20 173:7,20 |
| **secondary** 1:11 2:11 3:3 15:6 **seconds** 189:2 **section** 62:6,8,12 63:5,18 64:25 98:8 105:4 170:24 204:4 244:2 **sections** 118:9 **see** 17:2 29:25 32:25 33:1,22 34:15 35:23 38:13 42:19 51:7 53:2,9 | 264:20,23 266:1 269:16,20,23 270:1,3,13 271:1,2 272:4 275:7 277:20 286:19 287:11,16 291:16 291:21 292:9 295:6,7 304:20 306:24 **seeing** 32:19 46:5 46:10 54:25 63:1 84:17,24 107:21 | **separate** 73:9 99:4 **separated** 104:23 **separately** 48:7 **separating** 252:8 **september** 54:23 56:5 62:9 119:4 120:2 **series** 9:19 54:5 146:11 183:8 193:6,6 196:18 **serve** 49:12 113:1 133:25 135:16,21 161:6 221:20 | 189:21,22 194:13 197:19 198:8,11 198:14,18 199:3 211:7,7 219:1 254:4 255:10 257:4,25 258:5,12 258:18,22 259:1,5 273:5,11,12,16 284:21 285:23,24 290:14 303:1,7,13 **sexes** 162:5 **sexist** 289:12 |

Page 48

[sexology - social]

**sexology** 10:1,3
12:10 187:8
286:23 287:1
297:10,13,21
302:10
**sexual** 20:25 46:7
46:8 47:21,22
48:4,8,16,17 49:17
55:12 59:5 64:4
64:11 70:15 71:12
71:15,15 73:11
75:9 76:2,2,3,3
87:24 91:17 92:11
101:11 113:1,2,8
113:18,20,22,24
139:15,23,25
140:16 141:12
142:6,8,23 143:19
188:1,8,11 189:14
248:9,11 249:8,11
309:11
**sexualities** 59:18
60:4 62:1 63:14
63:20 68:9,13
87:21 99:10
105:16 139:16
140:11 147:25
149:8
**sexuality** 43:14,17
43:24 44:9,11,21
46:1 56:14,16,18
56:21,22 60:6
63:23 74:5,8
75:22 76:1,18
77:11,19,25 87:21
87:22,23 105:14
116:23 122:15,17
140:12 284:17
286:4 287:13
289:23 290:20
294:6,14 295:22

298:2
**sexually** 141:19
**shaking** 18:3
**share** 180:8 239:7
269:15 275:5
**shared** 166:7
**sharing** 292:7
**shoals** 6:10
**shore** 294:24
**short** 103:11
**shorter** 306:15
**shorthand** 2:24
313:3,11
**shortly** 230:10
**show** 145:23
158:24 159:4,14
169:21,22,25
184:11 186:22
206:13 240:18
267:23 274:8
**showed** 240:25
246:13 260:21
**showers** 303:4
**showing** 193:23
226:23 242:19
272:6,15 273:3,15
**shown** 171:24
192:14 207:12
212:22 298:6,8
**shows** 219:15
304:2
**shuffling** 73:13,14
**shuman** 3:5
**shumanlaw.com**
3:11
**sibling** 272:2
**siblings** 272:3
**sic** 15:6 33:24
60:23 194:19
271:12

**side** 91:2 160:12
160:16 162:25
257:18 263:12
269:1 310:25
**sides** 277:19 304:3
**sign** 197:5 198:10
314:16 315:5
**signals** 196:18
**signature** 138:1,2
138:13 291:6
313:24 314:21,23
314:23 315:9
**signed** 291:5
**significant** 79:15
264:4
**significantly**
260:24 271:16
**signing** 285:3
**signs** 166:15
**similar** 21:17
22:21 51:16 55:4
108:9 110:21
119:10 122:23
128:11,25 144:23
246:14,25 252:3
269:13 307:25
**similarly** 129:15
238:4
**simply** 95:6
134:22 165:14
309:2
**simulating** 61:23
**simultaneous**
41:16
**simultaneously**
60:6 62:22
**sincerely** 288:14
298:20
**single** 110:4
128:16 207:7
220:18

**sit** 203:23 299:24
301:19
**site** 148:3
**sitting** 113:6,11,11
153:23 230:17
231:7,17,19,20
297:5 304:10
**situated** 238:4
**situation** 21:11
86:8 150:15 166:9
**situations** 300:15
300:16
**six** 21:11,13,16
78:18 93:10,12
103:18 124:12
133:13 135:5
136:6,15 138:11
138:12,16 179:16
179:19,25 231:2
249:16
**size** 120:18 153:10
257:17 270:14
302:3 303:8,14,21
304:3
**skagerberg** 248:2
**skeptical** 249:6
**skew** 244:16
**skewed** 244:14
**skorska** 117:9
**slash** 115:25
**slicer** 3:5
**slid** 308:5
**slight** 67:14
**slightly** 182:8
184:20 272:2
**slow** 153:18
**small** 186:7,11
257:17 296:7,8
**snake** 242:1,2,4
**social** 75:14 190:6
190:13 191:25

Page 49

[social - staff]

| | | | |
|---|---|---|---|
| 194:14 195:1,6,10 | **sorry** 24:21 28:8 | **spans** 290:17 | 147:21 150:3,3 |
| 210:4 211:11 | 30:25 33:7 50:20 | **sparked** 294:3 | 153:6 162:4 166:1 |
| 217:14,17 218:11 | 77:3 79:6 82:11 | **speak** 17:24 53:23 | 175:3 180:22 |
| 218:21 219:16 | 82:14 87:10,14 | 110:23 111:18 | 205:13 224:3 |
| 226:17 269:10 | 98:11 107:1 | 210:17 269:9 | 234:7 248:18 |
| 278:3 299:17 | 108:18 110:20 | **speaking** 39:21 | 273:17 274:1 |
| **socially** 185:16 | 115:24 119:8 | 41:16 44:1 55:10 | **specifics** 221:1 |
| 217:16 271:24 | 132:21 133:8,20 | 82:14 90:6 93:17 | **speed** 244:4 |
| **societal** 279:3 | 136:11 155:8 | 111:23 141:25 | **spell** 16:12 237:18 |
| 280:20 | 159:2,8 171:10,12 | 165:22 171:16 | **spend** 40:18 140:5 |
| **societies** 275:25 | 171:21 179:23 | 172:11 281:3,6 | 140:18,22 141:3 |
| **society** 111:11 | 202:24 207:13 | **speaks** 112:6,10 | 141:22 |
| 123:21 181:19 | 216:8 218:13 | **specialize** 117:5 | **spending** 221:5 |
| 184:7 199:19 | 226:5 230:24 | **specializing** 117:3 | **spent** 79:15 |
| 200:4,25 201:3,5,9 | 254:22 258:3,24 | **specialty** 75:20 | **spoke** 23:8,20 26:2 |
| 201:16,20 202:3 | 264:19 266:10 | 211:20 | 46:20 48:20 50:21 |
| 202:13,18 276:22 | 272:12 281:24 | **specific** 22:2 25:24 | 57:10 59:1 119:19 |
| 277:12 284:16,19 | 282:7,8 283:25 | 26:6 28:4 31:13 | 126:12 141:5 |
| 284:23 285:5,10 | 304:22 305:12 | 55:22 60:10 91:6 | 160:18 184:9 |
| 285:15 286:3,7 | 307:23 | 114:8 131:11 | 185:21 211:2 |
| 287:12,16 289:22 | **sort** 118:3 | 139:6 146:20 | 247:5 |
| 289:25 290:3,4,20 | **sound** 102:25 | 153:10,11,24 | **spoken** 75:24 77:1 |
| 291:9,14 294:6,13 | 233:15 | 154:19 158:12,13 | 133:22 136:21 |
| 294:19 295:22 | **sounds** 57:20 | 160:25 162:16 | 142:16 154:9,12 |
| 296:4 298:1,17 | 103:16 121:19 | 165:18 169:23 | 182:17 219:21 |
| **society's** 202:10 | 127:20 182:8 | 173:21 175:10 | **sport** 157:12 166:4 |
| **sole** 127:22 | 220:10 257:7 | 194:17 206:22 | 300:19,23 301:3 |
| **solely** 39:6 42:12 | 287:24 310:19 | 207:6 211:19 | 301:19,24 303:21 |
| 43:7 76:14 112:1 | **source** 73:7 144:1 | 224:23 277:2 | **sports** 106:11 |
| 118:6 237:11 | 192:23 211:15 | 300:14,16 | 107:9 168:6 |
| **solutions** 311:21 | 220:22 265:1 | **specifically** 16:5 | 173:21 174:10 |
| 314:7 | **sources** 85:23 | 17:6 19:9 20:6 | 177:21,23,25 |
| **somebody** 116:22 | 182:4,6 183:9,10 | 26:25 28:18 38:25 | 178:5,13 302:3 |
| 141:19 185:18 | 184:8 199:6,6 | 39:12,21 43:6 | 303:8,14 |
| 188:6 288:21 | 217:6 | 45:1,25 61:9 63:6 | **spot** 124:15 |
| 298:23 299:20 | **southern** 13:10 | 71:9 75:7 88:6 | **sruti** 4:16 13:21 |
| 309:8 | **space** 128:7 | 89:2,9 91:3,10 | 16:2 |
| **somewhat** 190:11 | 225:25 | 93:2,3 98:8 109:9 | **sswaminathan** |
| **soon** 88:6 215:3 | **span** 79:19 | 112:15 118:23 | 4:23 |
| 249:10 | **spanned** 58:22 | 121:8 131:13,16 | **staff** 84:6,12,24 |
| | 109:23 | 131:18 146:16 | 108:25 120:17 |

134:17 281:11
**stage** 91:15 120:20
120:25 175:7
200:6
**stagiaire** 53:20
**standard** 42:21,22
106:18 200:20
203:9 222:7
**standardized**
68:20
**standards** 195:21
195:23 203:2,6,21
203:24 204:5,22
205:1,4,16 263:20
264:17,21
**start** 13:23 35:24
38:11 88:4 91:23
105:15 113:6
115:21 122:16
147:7 209:7,11
262:25 297:23
309:9
**started** 47:14
59:10 74:25 116:8
147:22 170:18
193:22,22 194:7
215:23 249:10
309:4
**starting** 20:14
120:1 182:15
220:14 271:23
291:25
**starts** 168:13
169:9 209:3
225:16 257:19
**state** 1:9,12,14 2:9
2:12,14 3:13 4:5
7:5 9:24 13:8
14:20 16:12 21:4
21:18 176:25
177:9,11,15,18

196:2 200:15
212:17 213:20
216:7 218:9,19
222:17 260:16
266:15 280:14
312:12 313:4
314:4,9,12 316:1
**stated** 50:7 284:20
**statement** 196:9
261:2 275:21,23
277:8,10 278:18
279:4 280:20
**statements** 277:18
298:15
**states** 1:1 2:1 91:1
263:17 275:18
278:8 281:16
**stating** 215:7
**statistic** 215:12,14
257:2
**statistical** 102:11
102:15,18,19,25
241:19,25 242:15
252:15 260:20
261:11,15,17
263:20,24 264:17
264:21
**statistically** 189:1
264:3
**statistician's**
261:14
**statisticians**
117:12
**statistics** 45:11
51:16,21,22 56:13
102:17 116:23
118:10 243:5,12
244:10,17 245:22
266:6 301:11
**statute** 310:13

**stay** 187:7
**staying** 47:25
**stays** 243:6
**steensma** 246:3
250:13
**stephanie** 239:18
**stepney** 227:18
**steps** 299:21
**steptoe** 6:18,24
**stewart** 239:18
**stipulation** 314:20
**stop** 292:14
**stops** 196:21,22
**story** 147:9
**street** 3:8 4:9,20
5:13 7:9,18
**strike** 132:21
216:8
**strive** 148:16
**strongest** 91:9
**strongly** 91:7,8
**structure** 66:10
113:4 114:7
**structured** 44:18
**student** 44:7 96:3
120:17 169:14
284:24 310:11
**students** 62:25
67:20,21,23 68:2,6
108:17 130:19
131:9,12,22
165:17,18,24
166:12,23 167:2
285:12
**studied** 38:18 49:4
58:8 167:3 176:7
186:9
**studies** 40:10
47:15,16 52:10,11
52:12 55:1 59:11
95:2 106:23 107:2

115:20 121:10
169:19,20,22,25
170:6,8,10,15,21
170:23 184:11
186:1,4,8,11,14,17
192:16 193:3,4,6,8
193:22,22 206:12
206:20 207:9,11
207:16 208:4,6,7
213:5,8,15,16
215:17 223:15
224:6 225:1,5,18
226:23 229:24
231:6 233:17,19
233:22 234:1,4,6,8
234:10,17 238:15
242:18,24 244:15
244:21 245:4,5,15
247:1 248:22
249:7 250:20
253:2,12,21,25
257:8 271:3,6
272:6,15,20,25
273:3,10,21 274:4
304:8
**study** 11:18 37:7
38:10 40:6 44:20
49:2,5 93:22,23
95:3 102:9 108:6
108:12,21 109:2,3
109:7 111:9
114:24 115:5,8,18
116:13,14,21
117:20 118:13,21
118:24 119:1,4,7
120:20,23 121:1,4
121:6,13 147:8
170:14 184:17
186:5 193:20
206:15,15 207:7
208:12,18,21

[study - sure]

209:10,21 210:1
219:15 221:5,6,6
227:2,16 228:19
228:21 229:3,16
230:2,15,19,21,24
231:8,9,10,15,24
231:25 232:19
233:1,9,11,13,17
234:24 235:13
236:2,7,12,14,21
236:23 237:2,9,10
237:14 238:4,18
239:17 240:2,18
241:5,10,15,23
242:7 243:17
245:22,24 246:1,4
246:8,13,18,25
247:18 248:1,8
249:15 250:1
251:6,10,16,21,25
252:4,7,22 253:8,9
253:10,14,17,19
254:17 255:4,11
255:14,22 256:1,5
256:11 257:6,15
258:4,10,17,21,25
259:18,18 260:2,6
267:6,12,15,19
268:10 269:18,22
270:2,5,13,14,18
270:24 271:5,20
271:23 272:23
273:15 274:5
284:17 286:3
287:13 289:22
290:20 294:6,13
295:22 298:2
**studying** 38:11
96:3 139:15 149:5
150:24

**stutler** 1:13 2:13
6:17 15:1 311:8
**subject** 21:14
27:15 38:25 79:12
130:4 135:23
144:19 205:11
**subjectively** 68:16
**subjects** 37:22
39:21 61:15,15,20
61:22 87:23
**submission** 139:3
**submit** 100:5
124:14 128:11,24
139:5
**submitted** 35:9
97:18 117:24
118:1 124:8
126:12 129:1
136:9 137:24
139:4 153:1
230:21,25 231:18
249:7
**subscribed** 313:18
**subset** 200:14
**substance** 129:8
152:7
**substantial** 84:9
102:16 135:22
153:17,19 285:12
**substantive** 18:8
114:9 232:8
**subtype** 173:13
**successfully** 25:20
**suffer** 58:20
200:17
**suffering** 176:4
179:21 209:22
232:16 310:11
**sufficient** 80:15
182:14,23 294:21

**suggested** 290:4
**suicidal** 236:16
237:4
**suicidality** 123:16
124:25 228:24
229:20
**suicide** 10:11,12
124:25 230:4,4
233:4 255:24
256:12,16 257:11
258:19
**suite** 3:9 4:10 7:10
**sum** 105:1
**summarize** 22:12
22:21 26:4 94:13
162:14 223:19
**summarized**
215:17,18
**summarizing**
20:24 26:7 27:1
43:21
**summary** 27:4
124:17,19,22
145:14 171:1
**sunita** 239:18
**superintendent**
1:13,14 2:13,14
4:3 6:17 7:3 15:1
15:4 311:13
**supervise** 49:15
67:19 68:3
**supervised** 67:1
67:16 84:13 131:4
131:12
**supervising** 66:25
68:24 96:23
131:19
**supervision** 45:19
66:23 68:7 130:24
131:16,22 132:11
132:17,20,22

181:10
**supervisor** 49:12
130:19
**supervisors**
131:12 147:22
**supplement** 310:3
**supplied** 156:18
**support** 11:6
48:16 106:23
107:2 108:25
158:5,8,15,17
162:13,25,25
163:7 191:14,25
211:11 234:5
247:7 258:17,21
258:25 296:24
**supported** 11:21
120:19 159:24
160:20 259:20
265:24
**supporting** 192:25
**supports** 162:1,8
162:22 191:17
208:12,18,21
**suppose** 285:21
**suppression** 11:7
11:12 200:7
246:14 247:8
249:16 250:2
251:12
**sure** 13:20 15:10
28:7,21 52:17
57:20 64:8 66:24
71:20 77:4 98:11
104:1,4,9 110:8
121:12 134:20
173:14 179:24
180:11 208:18
215:5 229:12
239:5 241:24
244:19 258:4,25

[sure - tara]

| | | | |
|---|---|---|---|
| 271:10 272:15 | 105:2 112:11 | 286:13,18 293:22 | **tafuri** 235:20 |
| 274:14 278:4 | 120:5 121:17,20 | 296:23 299:10 | **taggart** 235:19 |
| 304:24 308:21 | 122:5 124:6 | 300:17 301:1,13 | **tailored** 138:20 |
| **surgery** 11:17 | 133:19 134:6,10 | 302:1,7,13 304:1,9 | **take** 17:16,20 |
| 185:19 255:11,23 | 134:20 135:3 | 304:18,25 305:9 | 23:14 33:5,8 |
| 256:13,17 257:10 | 137:10,15,20 | 305:22 307:17,21 | 36:19 37:14,25 |
| **surgical** 251:13 | 142:13 146:2,4 | 309:18 310:15,19 | 39:8,25 42:15 |
| **surprised** 121:5 | 151:14 152:1 | 310:24 | 43:11 51:9,12,14 |
| 221:1 | 158:20 159:10 | **swear** 15:15 | 51:18 57:16,19 |
| **survey** 186:8 | 160:2,17 161:11 | **sweden** 11:18 | 67:14 87:2 103:11 |
| 233:6 | 161:22 162:17 | 255:11 | 116:14 121:18 |
| **suspecting** 185:14 | 164:5,24 166:17 | **swedish** 254:19 | 125:18 131:18 |
| **suspects** 288:8 | 166:21 167:16 | 255:22 256:13 | 145:22 146:20 |
| **suspend** 290:9 | 171:9 172:18,23 | **switch** 239:21 | 154:18 156:25 |
| **suspended** 287:22 | 173:5,18 174:7,22 | **sworn** 13:19 15:16 | 166:8 177:6 |
| 288:5 | 175:4,18 176:1,8 | **symposia** 122:11 | 200:10,12 207:23 |
| **suspension** 291:9 | 176:13 187:2 | 123:1 | 252:3 257:21 |
| 293:9 | 190:18,24 191:3,5 | **synonym** 141:2 | 305:10 311:16 |
| **sutton** 97:10,12 | 193:13,16 198:1,6 | **system** 70:17 | **taken** 2:21 43:6 |
| 98:2,2,13,25 | 199:1,12,17,18 | 80:13 85:8 100:12 | 157:9 158:2 |
| **sutton's** 97:21 | 206:9,10 207:8 | 143:1 145:23 | 185:19 313:6 |
| **swaminathan** 4:16 | 208:17 209:12 | 149:9,14,22 | **takes** 32:23 176:14 |
| 9:6 13:20,21 | 210:2,11 211:16 | 164:22 248:25 | **talk** 36:23 115:20 |
| 14:15 15:24 16:2 | 211:25 212:13 | **systematic** 106:19 | 132:2 133:2 |
| 16:6,6 18:24 | 219:8,10 223:2,11 | 202:9 208:4 | 178:24 |
| 19:10 25:14 26:16 | 224:11 225:8,24 | **systematically** | **talked** 29:4 103:19 |
| 27:3,18 28:11,15 | 226:1 227:6,11 | 62:23 | 183:25 309:22 |
| 28:19,24 29:1 | 229:14 230:8,13 | | **talking** 18:9 83:18 |
| 30:21 31:2,5 | 234:16,22 235:4,8 | **t** | 94:3 98:12,12 |
| 32:20 33:3,4 | 238:24 239:4,10 | **t** 16:15 191:4 | 114:3,4 166:1,3 |
| 34:14,17 35:6,13 | 239:15 241:21 | 237:19 316:3,3 | 169:19,25 171:18 |
| 40:22,24 44:14 | 242:11 243:22 | **tab** 32:14 34:10 | 193:4,24 210:21 |
| 45:5 46:3 47:9,11 | 244:3 245:1,18 | 145:21 176:9 | 217:14 226:3 |
| 57:16,21 58:6 | 247:12,16,24 | 186:20 190:19 | 241:2 244:10 |
| 61:3,18 63:15 | 250:5,10 254:8,13 | 207:13,15 227:7 | 253:11 267:25 |
| 64:9 65:20 71:1 | 259:10,16 261:21 | 230:9 235:5 | 292:20 299:11 |
| 71:13,23 72:1 | 262:1 265:15,19 | 238:25 243:23 | **tangentially** 96:15 |
| 77:8 83:8 85:6 | 268:1,6 272:14,24 | 247:13 250:6 | **tanner** 175:7 |
| 86:17,23 96:9,12 | 273:13 274:2,8,14 | 254:9 259:11 | 200:6 |
| 96:13 103:8,14,16 | 275:1,2 282:5,9,24 | 261:22 265:16 | **tara** 4:17 13:25 |
| 103:17 104:3 | 283:12 284:2,8,10 | 268:2 274:9 275:4 | |
| | | 286:14 302:8 | |

Veritext Legal Solutions
866 299-5127

[target - think]

| | | | |
|---|---|---|---|
| **target** 269:3,8 | 198:18 199:2 | 152:10 179:1 | 194:4 199:10 |
| **targeted** 44:11 | 217:19 237:14 | 253:13 263:23 | 231:22 244:7 |
| **targets** 269:4 | 293:23 301:17 | **testify** 23:10,12,15 | 255:19 282:5 |
| **tasks** 276:7,16 | 309:10 | 195:8 | 292:6 305:22 |
| **taught** 56:23 57:1 | **ten** 20:17 113:14 | **testifying** 19:18,19 | 306:2 308:7,9 |
| **tbarham** 6:11 | 113:17 199:14 | 19:22 313:9 | 311:14 |
| 314:2 | 257:3 277:3,24 | **testimony** 22:2 | **themself** 154:8 |
| **tborelli** 4:24 | 278:2 304:23 | 23:1,20,22,25 | **theo** 250:13 |
| **teach** 56:19 | **tend** 210:16 | 24:10,13,18 25:10 | **theoretically** |
| **teaching** 52:2 | **tender** 305:25 | 25:17,19 26:8,13 | 299:9 |
| 55:24 56:9,11 | **tenet** 209:16 | 27:8,10,22 28:4 | **theory** 154:6 |
| 57:3 130:17 131:1 | **tenille** 235:19 | 90:21 112:1 145:7 | 210:3 234:5 |
| **team** 120:6 133:7 | **terf** 191:2,6 | 154:22 159:4 | **therapists** 211:7 |
| 134:24 135:11 | 302:10,11 | 162:20 163:10,19 | **therapy** 10:10,23 |
| 137:3 173:22 | **term** 11:15 53:21 | 179:15 223:4 | 46:6 48:12,14,20 |
| 175:8 246:2 | 128:21 139:20 | 224:25 234:9 | 48:22,24 50:8,9,11 |
| 251:18 265:6 | 141:1 144:24 | 242:5,9,12 243:1 | 54:19 55:11,12 |
| 266:18 267:12 | 145:3,4 181:3,6 | 271:5 293:7 | 79:6 82:4 123:21 |
| 303:8 304:13 | 214:25 252:18 | 306:18 307:2 | 230:3 237:11,15 |
| **teammates** 165:25 | 255:9 300:9,9,14 | 311:19 312:9 | 238:1,20 240:18 |
| **teams** 104:13 | **terminology** 18:23 | **testing** 39:13 | **thereof** 313:13 |
| 164:10 165:17,19 | 19:7 26:24 27:14 | 42:20 68:8,14,20 | **thing** 13:20 127:6 |
| 165:23 166:1,5 | 43:25 44:23 60:25 | 69:3 | 143:8 268:24 |
| 167:22 174:5,6,10 | 167:13 172:22 | **testosterone** 198:2 | 273:21 279:13 |
| 302:3 303:14 | 173:3,10,25 | **tests** 241:19 | **things** 52:14 60:7 |
| **technical** 174:20 | 197:24 198:4 | **text** 99:20 164:11 | 93:24 128:3 259:5 |
| **technically** 285:20 | 208:14,24 210:8 | 207:17 222:8 | 295:5 |
| **technique** 252:15 | 211:14 222:15 | **textbook** 90:8 92:6 | **think** 21:25 24:1 |
| **teenagehood** | 229:13 234:13 | 97:6 99:12,18 | 24:21 27:7 28:8 |
| 167:23 | 273:8 | 101:15 | 31:3 33:24 41:1 |
| **teens** 46:15,16 | **terms** 25:25 26:7 | **texts** 99:19 222:7 | 46:18 50:15 57:1 |
| 50:18 309:1 | 46:14 65:10 73:17 | **thank** 15:25 16:8 | 74:3 76:10 86:11 |
| **teeters** 182:24 | 106:20 112:22 | 16:11,16 28:23 | 103:2,9 106:1 |
| **tell** 22:1,5 54:1 | 238:5,5 301:7 | 30:21 34:1,7 | 109:22 126:8 |
| 55:3 59:15 62:16 | **test** 42:22,23 68:18 | 35:12 39:2 41:2 | 130:15 136:24 |
| 64:18 74:12 | **tested** 219:20 | 42:24 46:22 62:4 | 137:15 140:21 |
| 100:11 102:8 | **testified** 15:21 | 65:4 71:23 72:6 | 142:14 145:3,6,18 |
| 107:18 119:9 | 26:17,19,22 58:8 | 85:6 96:11 105:3 | 147:14 148:11,22 |
| 122:24 129:7 | 86:11 91:19 | 106:21 111:6,6 | 149:17 152:20 |
| 131:25 149:16 | 126:11 137:21 | 115:19 134:7 | 158:7 159:19 |
| 169:24 196:14 | 139:14 143:3 | 139:13 141:21 | 162:18 163:2,4 |

[think - tough]

| | | | |
|---|---|---|---|
| 164:4,21 166:22 171:10 183:4 185:2 202:19 206:3 207:12 211:25 212:2 223:21 224:4,8,10 224:12,16 232:6 233:25 234:3 238:15 243:2,10 243:10 244:16 245:23 265:3 268:22 270:24 277:3 288:2 291:12 293:16 298:20 303:17 304:18 311:15 | tile 128:10 time 16:1 20:14 21:9 29:15 37:5 40:7 42:12 43:22 43:22 46:19 47:19 47:21 48:11 50:17 52:6,9 56:24 57:14 59:1 63:4 63:17 65:22 67:20 68:2 70:20,21 84:6,16 85:17,21 86:4,12 95:4 97:14 99:2 100:24 108:16 109:18 111:15 119:25 120:12,16 128:1 | timing 135:15 title 53:18 55:4,6,8 62:11 64:20 66:7 66:12,17 90:25 92:9,9,10 101:11 101:12,22 127:24 128:9 177:24 178:9 260:3 262:6 267:18 294:18 titled 88:16 92:11 107:2,15 123:14 125:21 128:1 191:1 220:2 227:2 230:2 234:24 238:18 243:17 250:1 255:9 | 311:19 told 125:14 133:9 199:4 220:24 270:4 288:10 top 97:3 149:2 164:13,14 177:9 187:15 194:25 199:23 218:14 220:3 227:16 233:25 271:22 topic 27:24 28:1 83:16 100:4,8,11 102:12 114:4,5 118:24 121:4 167:3 170:25 |

| | | | |
|---|---|---|---|
| thinking 264:25 268:25 | 129:16 130:3 138:18 140:5,9,18 | 259:19 267:15 302:10 | 202:9 205:12,13 223:25 |
| third 72:14 177:24 191:12 257:18 262:6 | 140:22 141:4,22 142:15 149:19 153:8 159:9 177:6 | titles 62:13 65:2 66:11 170:17 | topics 60:9 63:12 86:13 87:19 99:2 101:5 105:12 |
| thirds 71:10 | 187:18 188:17 | tlanghofer 6:14 | 112:21 122:13,14 |
| thomas 235:21 250:13 | 193:10 195:13,15 200:1 212:1 218:3 | today 10:1,3 12:10 16:1,9,21 17:25 | 142:20 |
| thought 43:22 84:9 111:12 148:5 153:4 189:4 270:22,25 290:1 | 218:25 229:7,23 233:8 236:20 238:7 246:17 249:22 270:18 271:21 274:13 | 18:8 19:18,22 29:7 30:6,10,17 32:5 33:12 34:4 34:23 35:18 75:13 154:22 158:24 162:21 171:14 | tordoff 227:1,17 230:15 231:9,10 231:15,21 toro 5:6 14:10,11 toronto 47:1 52:1 52:2,25 53:1 67:22 74:5,8 |
| thoughts 10:11 230:4 | 290:3,23 305:2,23 306:19 311:22 | 187:8 195:8 231:17,19,20 | 76:18 77:11,19,24 125:25 126:8 |
| thousands 150:6 | 313:7 314:10,18 | 242:5 255:3 | torturous 289:17 |
| threatening 289:12 | 314:24 315:7 | 283:21 286:23 287:1 297:5,10,13 | 289:18 total 296:5 311:20 |
| three 21:17 40:13 40:14,18 41:4,25 68:4 81:22,23 87:9 115:4 135:4 177:22 204:2 232:7 286:11 290:17 295:23 296:15 | timeframe 67:11 88:9 times 20:10 23:8 40:23 81:20 114:23 115:4 242:1 245:10 255:23 | 297:21 299:22,24 301:15,19 302:10 304:10 305:15 306:17 307:9 308:21 today's 29:11 232:8,12 282:19 | totality 116:4 totally 150:16 199:15 touching 72:4 tough 60:14,14 62:21 80:12 |

[tracked - true]

**tracked** 209:21
**tracking** 186:2
**trained** 42:21
**trainee** 53:22,25
**training** 38:6
  45:14,16,20 48:23
  48:25 67:20,25
  75:23 130:18
  131:1,4 180:14
**trajectory** 169:11
**trans** 21:22 45:2,2
  48:15 49:3,9,9
  77:18 78:1 89:14
  123:15,16 125:1
  130:2 131:9 132:2
  132:4 148:6
  163:16,18,24
  165:24,25 166:12
  166:23 169:3
  184:23 185:15
  186:6 187:6,7,17
  191:19,21 211:21
  309:21
**transcribe** 18:2
**transcribed**
  313:11
**transcript** 16:21
  308:1 312:7 314:6
  314:8,10,13,13,21
  315:2,2
**transcription**
  313:13
**transgender** 10:6
  10:12,18 11:1,20
  12:5 18:11,19
  19:4 21:24 23:18
  25:23,25 26:3,9,19
  26:22 27:5,5,11,23
  28:5,17 38:1,4,7
  40:1,4 43:12
  44:21 45:15,21,25

46:2,9 52:4,7
55:20 57:4 58:16
58:20 63:6 77:2,5
77:10,23 78:4,7,16
78:22 79:1 83:10
83:16 86:14,19
88:12,16,22 89:3,9
89:18 90:2,22
91:4 92:2,12,25
93:7 96:15 98:6
98:15 101:2,16
103:20 105:22
106:11 107:8
109:8 111:25
115:9 118:22
119:5 121:1,9
125:6,8,10,15
127:14,18 130:8
130:11 131:5,23
132:8,13,15,18,23
140:1 142:9 143:5
143:6,11,13,22
144:5 145:8,8
167:2 174:9 175:6
175:15,21 180:9
189:7,18,24 190:3
197:22 198:2
200:16 202:21
203:3 206:1 207:1
207:20 208:1
211:18 222:11
223:5,23 224:6
227:3 230:5 232:9
232:11 235:1
236:17 237:5
243:18 251:11
256:18,22 259:19
265:24 267:16
271:15,24 280:22
281:1 288:17
292:1,18 307:11

307:13
**transgendered**
  123:1
**transgenderism**
  98:9
**transi** 216:2
**transition** 48:14
  48:21 50:9 91:10
  91:16 171:25
  173:16,17 176:3
  181:9 185:13,25
  187:18 188:16
  190:7,13 192:1,17
  192:19,22,22,23
  193:1 194:15
  195:2,6,11 206:14
  210:4 211:11
  212:20 213:25
  214:8,16,18,23
  215:1,20 216:5,18
  218:24 219:18
  226:9 277:16
  278:10,12,13,13
  278:15,16,19,22
  278:25 279:15
  280:17 281:17
  282:14 283:1,9,9
  283:10 299:14,17
  299:18,19,22
  300:1,12 307:7
**transitioned**
  198:22 215:24
  216:2,10,21 217:8
  217:17 271:24
**transitioners**
  112:2 212:21
**transitioning**
  110:18 214:16,19
  214:21 279:9
**transitions** 78:2
  116:16 185:16

**translation** 53:21
**transsexual** 11:16
  12:7 255:10
  275:15,19 276:2
  280:8 281:15
**transsexualism**
  98:22 106:24
  107:4 109:19
**transsexuality**
  27:25 43:15,18
  63:25 110:10
**transsexuals**
  128:2 276:21
**travis** 6:5 14:21
  30:12,13,14
  103:10 146:2
  307:19 314:1
**treat** 18:11 19:5
  211:18
**treated** 179:7
**treating** 200:4
**treatment** 68:8,12
  75:5 79:2,25 80:9
  80:18 81:16,18
  82:4,11 115:8,13
  115:16 132:5,7,12
  150:5,9 178:25
  196:6,17 197:11
  202:4 208:13,19
  238:7 251:13
  280:23 281:2
  294:23
**treatments** 81:2,9
**tried** 24:12,17,24
  110:17 226:10
**triggered** 73:2,8
**trouble** 307:19
**true** 146:13
  198:20 202:15,19
  208:25 237:9
  242:23 243:12

Veritext Legal Solutions
866 299-5127

[true - understanding]

245:13,14 293:12
312:10
**truth** 240:21,22
**truthfully** 19:22
**try** 17:11,17 24:25
25:9 68:15 208:6
280:9
**trying** 62:18 77:20
84:22 109:24
110:21 139:7
140:15 149:17
155:12 159:13
170:5 183:4 185:8
186:8 189:21
215:13 248:24
277:1,1 292:13
294:17,24
**tryon** 3:15 14:18
14:18 18:23 19:7
30:18,19,22,25
31:3,6 44:1,1
45:22 61:13 64:7
65:15 70:11 71:6
71:17 86:15,21
96:7,11 103:24
112:8 120:3 124:4
134:2 136:23
158:16 159:17
160:9 162:10
164:2 167:14
171:6 172:12,22
173:1,24 174:17
175:1,16,23 207:4
209:24 219:5,5
224:9 234:19
241:16 244:22
245:17 272:11,19
273:9,19 282:2
283:7,24 296:18
299:6 300:3,5,21
301:4,20 303:22

304:5,15 310:3,4,8
310:17
**turn** 35:20 53:6
93:13 104:19
106:13 121:7
122:6 123:11
126:25 130:14
148:21 155:15
156:22 177:4
187:14,20 190:25
191:11 194:18,21
205:21 211:23
212:14 218:5
219:24 225:12
231:23 257:14
262:24 263:10
266:12 281:14
288:25 302:18
**turned** 192:12
260:17
**tutorial** 127:5
**twitter** 278:4
**two** 21:25 22:1
23:15 26:2 33:19
51:20 56:12 58:8
71:2,10 81:22,23
100:24 114:15
115:20 117:2
130:25 150:2,7
207:12,16 238:5
286:11 299:5
307:3 309:2,15
**type** 171:17 172:2
172:5,7,9 197:13
**types** 172:3 196:24
278:6 308:12
**typical** 139:25
**typically** 45:7
46:11 54:4 68:6
69:20 70:3,14
71:3 72:4 74:17

75:4 81:24 126:5
144:11 148:24
165:25 197:14,23
198:3 252:11
273:21 275:16
**typology** 106:23
107:3
**tyson** 6:8

**u**

**u.s.** 13:9 80:19
181:21 195:22
**uh** 100:2 115:15
182:11 237:20
**ulterior** 283:4
**ultimately** 70:6
83:6 84:7 264:1
**un** 289:17
**unable** 75:17 84:8
86:5 226:10
239:11
**unanimously**
206:21 207:6
212:22
**unaware** 270:20
**uncivil** 289:11
**uncontested**
101:19
**unde** 190:10
**undecided** 190:11
**undergo** 257:10
**undergoing** 11:16
189:10 197:10
255:10 278:21,25
279:9,16 280:16
**undergraduate**
37:1,12,14,16,17
37:25
**undermine** 157:11
158:3
**undermined**
158:25 159:5

**undersigned** 313:3
**understand** 16:24
17:8,10,22 18:5,16
18:22 19:1,6,12,15
19:17 27:7 28:20
44:17 46:13 50:16
62:18 72:3 75:25
77:24 80:19 84:3
87:13 109:24
110:20 115:22
117:25 122:10
123:13 130:17
139:7 141:8,11
149:17 152:2
159:13 162:23
170:5 171:13
172:6,15 173:15
176:22 179:1
182:1 183:4
184:18 185:3,8,22
214:25 215:5,14
229:3,9 231:4
243:10 256:7
276:23,24 283:19
294:15,17 298:12
299:1,12
**understanding**
25:15 28:3 33:9
35:6 43:1 63:21
84:23 104:5,10
135:20 139:19
142:2 145:13
146:8 153:13
155:12 160:10
164:6,16 165:15
166:7 168:3 174:6
176:2 185:10
189:24 215:13
244:13 261:6
263:8 271:21
284:1,4 286:1

Page 57

292:24 299:25 300:18,23 301:2 301:18
**understands** 264:8
**understood** 17:14 28:21 100:13 109:24 150:16 152:20 160:3
**underwent** 255:22 256:12,17
**undue** 278:11,15
**unethical** 84:9
**unfair** 206:18
**unfamiliar** 129:11 129:12
**unfortunate** 243:9
**unfortunately** 18:3 277:6 306:9
**union** 7:16
**unit** 13:6 54:20 57:25 58:4 121:24 122:3 151:19,23 212:7,11 274:20 274:24 305:3,7
**united** 1:1 2:1
**univer** 51:25
**university** 38:17 40:7 42:10 47:1 52:1,2 67:21 146:10
**unkind** 289:10
**unknown** 206:2 207:2,21
**unlawful** 289:18
**unnecessary** 214:8 214:9
**unprofessional** 289:11
**unprotected** 292:5
**unrealistic** 218:23 219:17

**unsigned** 287:20
**update** 153:9 230:16
**updated** 36:17 139:5 153:5 201:13 277:23
**updates** 152:11 153:3 201:17,21 202:18
**use** 16:4,17 18:1 20:5 93:18,25 94:2 138:5,7 139:4,10 145:4 148:24 184:20 229:2 243:14 244:17 284:14 299:13,22
**useful** 111:11,11 111:12 150:4
**usual** 142:8 148:5
**usually** 47:7 67:23 81:10 91:21 94:2 299:20
**utilized** 196:5

**v**

**v** 11:25 56:11 225:25 314:4 316:1
**va** 41:12,17
**vacuous** 209:1
**vague** 124:4 293:4
**valeria** 5:6 14:10
**valued** 289:19
**van** 243:17 244:2 245:24 246:2 253:16,19
**vanderlaan** 116:25 117:21,22 118:6 119:2
**var** 301:22

**variable** 301:22
**variance** 252:16
**variations** 185:10
**variety** 157:16 165:8
**various** 157:25 273:11
**venues** 181:17 278:2,5 290:13
**verbal** 18:1
**verify** 24:25 266:23
**veritext** 8:4 13:15 13:17 311:21 314:7,9,11
**veroff** 5:10
**versa** 63:3
**verse** 25:5
**version** 90:9 92:6 92:10 97:5,9 101:12 153:1 182:16 195:18 203:12,14,16 204:23 205:1,4,8 205:15,19 216:19 221:25 247:2
**versus** 13:8 62:19 111:2 160:12 252:9 262:8 273:21 299:13
**vice** 63:3
**victoria** 54:16 248:2
**video** 13:6
**videoconference** 3:1
**videographer** 8:6 13:4,15 14:14,17 15:8,14,17 57:23 58:2 121:22 122:1 151:17,21 212:5,9

274:18,22 305:1,5 310:20,23 311:1,6 311:10,15
**videotaped** 1:19 2:20
**vie** 124:15
**view** 113:17 140:1 158:25 159:5 188:18
**views** 269:10 302:24
**violated** 289:23
**violating** 71:21 151:2
**violative** 76:9
**virginia** 1:2,9,11 1:15 2:2,9,11,15 3:3,8,10,13,14,18 4:3,9,11 6:22 7:3 7:9,11 9:24 13:8 13:11 14:19,20 15:3,6 34:6 133:9 133:16,23 134:13 135:2,6 136:14,22 138:3 177:11 311:12 314:4 316:1
**virginia's** 157:11 176:25
**virtual** 84:20
**virtually** 13:13 31:8
**volition** 96:20
**volume** 1:21 2:21 9:4 312:17
**voted** 290:1
**vpeletdeltoro** 5:19
**vries** 225:22 226:15 246:3 250:1,12,20,24 253:7,10

Page 58

**[vs - word]**

| | | | |
|---|---|---|---|
| **vs** 1:8 2:8 | 149:24 158:11 | 316:1 | 199:16 207:5 |
| **w** | 160:11,15 166:24 | **western** 1:2 2:2 | 208:15,23,25 |
| **w** 1:11 2:11 | 172:14 174:3,16 | **when's** 200:1 | 209:25 210:9 |
| **wagenaar** 250:13 | 174:20 175:24 | **whereof** 313:17 | 211:15 222:16 |
| **wait** 155:17 209:7 | 183:2 209:1 229:1 | **whichever** 290:5 | 223:9 225:4 |
| **waiting** 195:3 | 229:4 243:11 | **white** 6:21 | 234:14,20 239:3,8 |
| 268:7 | 244:17,18 253:4 | **wide** 157:16 165:8 | 239:13 241:17 |
| **waived** 314:23,23 | 256:23 269:10 | **widely** 196:4 | 242:9 244:1,23 |
| **waiver** 177:17 | 276:8,17 289:25 | **wider** 120:23 | 247:22 250:9 |
| **waiving** 314:20 | 301:7 | **widespread** 145:3 | 259:15 272:12,20 |
| **walk** 53:4 | **ways** 89:13 93:18 | **willing** 133:10 | 273:10,20 274:12 |
| **wall** 4:20 | 139:21 184:21 | **wilson** 235:21 | 282:7,18 283:8,25 |
| **want** 18:9 28:20 | 243:3 252:13,14 | **windows** 239:21 | 293:12 296:19 |
| 36:23 57:19 71:19 | 253:4 269:13 | **wishes** 185:24 | 299:8 300:7,22 |
| 75:2 91:9 93:19 | **we've** 52:18 57:13 | 281:12 | 301:6,22 302:12 |
| 103:8,11 133:1 | 75:24 77:1 142:14 | **withholding** | 303:23 304:7,16 |
| 137:14 142:1,22 | 142:16 212:2 | 208:12,19,21 | 305:25 306:11 |
| 143:9 144:18 | **wearing** 279:22 | 210:4 211:11 | 309:19 310:16 |
| 146:24 159:11 | 280:2 | **witness** 9:2 13:19 | 313:17 314:13,16 |
| 178:24 187:14,18 | **website** 275:12,15 | 15:15,16 19:8 | 315:2,5 316:24 |
| 188:16 199:12 | 276:14 277:9,15 | 24:3,5,5 25:13 | **witnesses** 263:9 |
| 206:13 214:13,18 | 277:24 297:23 | 26:15,25 27:15 | 313:8 |
| 215:5,20 216:5 | **websites** 75:13 | 28:17 29:3 33:1 | **woman** 130:2 |
| 230:15 245:11 | **week** 150:10 200:2 | 44:2,25 45:24 | **women** 174:9 |
| 247:21 263:7 | 200:3 | 61:1,14 63:9 64:8 | 188:14 197:22 |
| 270:7 284:7 293:4 | **weeks** 152:25 | 65:14,16 70:12,14 | 222:11,13 223:5,6 |
| 306:8 | 231:13 | 71:7,20 77:7 83:1 | 307:3 309:12 |
| **wanta** 227:17 | **went** 29:15 41:25 | 85:8 86:16,22 | **women's** 157:12 |
| **wanted** 52:17 | 57:9 62:5 64:10 | 103:13,25 104:18 | 177:21,23,25 |
| 70:18 84:10 | 102:9 148:4 | 112:9 120:4 124:5 | 178:5,13 |
| 135:15 | **west** 1:2,9,10,15 | 134:8,16,21 135:1 | **wondering** 24:23 |
| **washrooms** 303:6 | 2:2,9,10,15 3:3,10 | 136:24 137:1 | 48:13 103:10 |
| **watchful** 195:3 | 3:13,14,18 4:3,11 | 142:12 159:8,19 | 110:1 111:6 243:8 |
| **water** 32:9,10 | 6:22 7:3,11 9:24 | 160:10,22 161:15 | **word** 20:5 24:24 |
| **way** 30:8 32:7 | 13:8,10 14:19,20 | 162:11 164:3,20 | 28:9 53:19 93:18 |
| 44:10 45:3 59:7 | 15:3,6 34:5 133:9 | 167:15 171:7 | 93:23 94:2 101:22 |
| 80:13,14 84:9 | 133:16,23 134:13 | 172:13 173:4,11 | 185:10 229:2 |
| 89:16 99:22 100:7 | 135:2,6 136:14,22 | 174:1,19 175:2,17 | 243:2,5,8 244:16 |
| 102:13 108:4,23 | 138:3 157:11 | 175:24 187:1 | 282:20 283:9 |
| 121:3 140:16 | 176:25 177:11 | 190:23 193:14 | 284:12 299:14,22 |
| 142:25 145:19 | 311:12 314:4 | 197:25 198:5,20 | 299:25 |

[words - zucker]

**words** 25:2 93:25
184:20 258:9,11
279:14 299:19,25
**work** 47:23 50:3
52:4 54:1,7 55:3
55:15,19 57:9
58:23 59:15,19
60:11 61:4 62:16
62:23,24 63:16,19
64:5,18,21 65:6,8
65:10 68:5,11,24
70:1 73:18,20,22
76:19 80:13 93:14
93:19 100:19
110:22 147:6,20
149:13 304:22,23
**worked** 40:8 47:22
54:12 61:21 73:15
75:2 116:19
133:15 150:18
**working** 106:2
126:25,25 150:19
205:1
**workload** 74:21
**works** 57:18 80:24
97:6 262:18
**world** 67:24 99:19
181:21 202:21
279:23
**worries** 96:12
**worse** 259:5
**wpath** 202:20
203:1,5,9,21,24
204:4,14,16,18,22
204:25 205:4,16
**write** 81:16,24
87:19 95:12
111:16 112:22
187:16 290:24
297:25 302:17

**writing** 81:13 88:4
90:9 111:18,22
293:17,19 294:10
297:17
**writings** 58:22
**written** 81:19 82:2
106:8 107:19
111:10 191:8
291:7
**wrong** 192:13
214:17 261:15
274:12
**wrote** 20:4 97:9
106:6 111:9,21
187:11 203:23
251:16 266:24
275:10 276:19
277:2 282:18,23
291:10,11,12
**wvago.gov** 3:20
**wvssac** 311:4
**www.aappublic...**
240:11
**wyant** 4:6 7:6

**x**

**x** 315:1
**x.x.g.** 262:9
**ximena** 239:19
**xxg** 11:25

**y**

**y** 272:7,16
**yeah** 16:8 36:19
50:13 84:22 111:5
138:6 146:6 245:2
245:14 260:14
**year** 22:8,9,23
40:14 41:4,25
47:14,16,20,21
97:17 100:24
113:9 116:4 175:6

203:11,19 233:5
257:4 287:12
**years** 20:17 21:1
29:13,21 33:19
40:8,13,18 47:24
54:23 74:23 79:20
79:20 83:24 87:17
87:18 100:24
101:18 105:11
107:21 112:20,21
113:13 115:25
116:2,5 120:1
122:19 126:24
204:2 221:5 232:7
253:24 277:3,24
278:2 285:17
286:11 294:2
297:24 308:21
309:4
**yep** 151:17 212:5
305:1
**yesterday** 30:16
31:9
**york** 4:22,22 7:20
7:20 21:18,19
23:15
**young** 11:11 46:12
46:13 144:11,17
144:25 250:1
251:11
**younger** 145:10
**youngest** 50:15,18
76:8,10 78:11
**youth** 10:13,22
12:5 230:5 236:17
237:5 238:19
240:18 267:17
271:15,25
**youths** 10:6,19
227:3 235:1

**z**

**zelkind** 4:18
**zero** 75:2
**zholstrom** 5:23
**zoe** 5:11 291:3,8
292:11 293:8
294:4,18 297:2
**zoom** 3:1
**zucker** 92:20
102:4,20 107:12
119:3 250:23

Veritext Legal Solutions
866 299-5127

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.

# EXHIBIT 9

Exhibit 17

*A.M. v. Indianapolis Public Schools, et al.*

**Case 1:22-cv-01075-JMS-DLP**

# EXPERT REPORT OF JAMES M. CANTOR, PhD

# TABLE OF CONTENTS

I.     Background & Credentials..................................................................................1

II.    Fact-Check of Assertions of Plaintiff Expert Declaration ................................3

III.   Fact-Check of Assertions of Plaintiff Expert Deposition..............................11

IV.   The Science (Executive Summary) ...............................................................14

V.    The Science of Gender Dysphoria and Transsexualism ...............................15

      A. Adult-Onset Gender Dysphoria...............................................................15

           1.  Outcome Studies of Transition in Adult-Onset Gender Dysphoria ...............16

           2.  Mental Health Issues in Adult-Onset Gender Dysphoria ..............................17

      B. Childhood Onset (Pre-Puberty) Gender Dysphoria..................................18

           1.  Follow-up Studies Show Most Children Desist by Puberty............................18

           2.  "Watchful Waiting" and "The Dutch Protocol" ...................................................21

           3.  Follow-Up Studies of Puberty Blockers and Cross-Sex Hormones ................22

                a.  Four studies found no mental health improvement...................................23

                b.  Five studies confounded psychotherapy and medical treatment .............25

                c.  Two studies showed no superiority of medical intervention above psychotherapy ......................................................................................27

                d.  Conclusions.............................................................................................27

           4.  Social transition may increase persistence/decrease desistance....................28

            5.  Mental Health Issues in Childhood-Onset Gender Dysphoria.......................29

      C. Adolescent-Onset Gender Dysphoria .......................................................31

           1.  Features of Adolescent-Onset Gender Dysphoria .........................................31

           2.  Social Transition and Puberty Blockers with Adolescent Onset....................32

           3.  Mental Illness in Adolescent-Onset Gender Dysphoria..................................32

VI.   Other Scientific Claims Assessed .................................................................35

      A. Suicide and Suicidality ............................................................................35

      B. Conversion Therapy .................................................................................39

      C. Assessing Demands for Social Transition and Affirmation-Only or Affirmation-on-Demand Treatment in Pre-Pubertal Children. ...............39

      D. Assessing the "Minority Stress Hypothesis" ...........................................41

VII.  International Health Care Consensus.............................................................42

1. United Kingdom ................................................................................................ 43

2. Finland ............................................................................................................... 44

3. Sweden ............................................................................................................... 45

4. France ................................................................................................................ 46

5. Australia ............................................................................................................ 47

VIII.  Assessing Statements from Professional Associations .................................... 47

1. World Professional Association for Transgender Health (WPATH) .............. 48

2. Endocrine Society (ES) .................................................................................... 50

3. Pediatric Endocrine Society and Endocrine Society (ES/PES) ....................... 51

4. American Academy of Child & Adolescent Psychiatry (AACAP) .................. 52

5. American College of Obstetricians & Gynecologists (ACOG) ........................ 53

6. American College of Physicians (ACP) ........................................................... 54

7. American Academy of Pediatrics (AAP) ......................................................... 56

8. The ESPE-LWPES GnRH Analogs Consensus Conference Group ................. 57

**REFERENCES** ............................................................................................................... 58

**APPENDICES** ............................................................................................................... 69

## I.    Background & Credentials

1.    I am a neuroscientist and sex researcher, with an internationally recognized record studying the development of human sexuality and atypical sexualities. I am the author of over 50 peer-reviewed articles in my field, spanning the development of sexual orientation, gender identity, hypersexuality, and atypical sexualities collectively referred to as *paraphilias*. I am the author of the past three editions of the gender identity and atypical sexualities chapter of the *Oxford Textbook of Psychopathology*. These works are now routinely cited in the field and are included in numerous other textbooks of sex research. These publications span the biological and non-biological development of human sexuality, the classification of sexual interest patterns, the assessment and treatment of atypical sexualities, and the application of statistics and research methodology in sex research.

2.    Over my academic career, my posts have included Senior Scientist and Psychologist at the Centre for Addiction and Mental Health (CAMH), Head of Research for CAMH's Sexual Behaviour Clinic, Associate Professor of Psychiatry on the University of Toronto Faculty of Medicine, and Editor-in-Chief of the peer reviewed journal, *Sexual Abuse*. That journal is one of the top-impact, peer-reviewed journals in sexual behavior science and is the official journal of the Association for the Treatment of Sexual Abusers. In that appointment, I was charged to be the final arbiter for impartially deciding which contributions from other scientists in my field merited publication. I believe that appointment indicates not only my extensive experience evaluating scientific claims and methods, but also the faith put in me by the other scientists in my field. I have also served on the Editorial Boards of the *Journal of Sex Research*, the *Archives of Sexual Behavior*, and *Journal of Sexual Aggression*. I am currently the Director of the Toronto Sexuality Centre in Canada. Thus, although I cannot speak for other scientists, I regularly interact with and am routinely exposed to the views and opinions of most of the scientists active in our field

today, within the United States and throughout the world.

3.      For my education and training, I received my Bachelor of Science degree from Rensselaer Polytechnic Institute, where I studied mathematics, physics, and computer science. I received my Master of Arts degree in psychology from Boston University, where I studied neuropsychology. I earned my Doctoral degree in psychology from McGill University, which included successfully defending my doctoral dissertation studying the effects of psychiatric medication and neurochemical changes on sexual behavior, and included a clinical internship assessing and treating people with a wide range of sexual and gender identity issues.

4.      I began providing clinical services to people with gender dysphoria in 1998. I trained under Dr. Ray Blanchard of CAMH and have participated in the assessment and treatment of over one hundred individuals at various stages of considering and enacting both transition and detransition, including its legal, social, and medical (both cross-hormonal and surgical) aspects. My clinical experience includes the assessment and treatment of several thousand individuals experiencing other atypical sexuality issues. I am regularly called upon to provide objective assessment of the science of human sexuality by the courts (prosecution and defense), professional media, and mental health care providers.

5.      I have served as an expert witness in 12 cases in the past four years. These are listed on my *curriculum vitae*, attached here as Appendix 1.

6.      A substantial proportion of the existing research on gender dysphoria comes from two clinics, one in Canada and one in the Netherlands. The CAMH gender clinic (previously, Clarke Institute of Psychiatry) was in operation for several decades, and its research was directed by Dr. Kenneth Zucker. I was employed by CAMH between 1998 and 2018. Although I was a member of the hospital's adult forensic program, I remained in regular contact with members of the CAMH child psychiatry program (of which Dr. Zucker was a member), and we collaborated on multiple research

2

projects.

7.      For my work in this case, I am being compensated at the hourly rate of $400 per hour. My compensation does not change based on the conclusions and opinions that I provide here or later in this case or on the outcome of this lawsuit.

## II.    Fact-Check of Assertions of Plaintiff Expert Declaration

8.      I have reviewed the declaration submitted by Dr. Fortenberry, comparing its claims with the contents of the peer-reviewed research literature and evaluating it according to the scientific and statistical standards of the fields of clinical science and sex research. The Fortenberry declaration failed to provide in-line citations with its assertations, obscuring the sources of its claims and masking which claims have no source at all. Exhibit B of the declaration was a list of 36 publications which Dr. Fortenberry indicated was the literature upon which he relied for his opinions. As detailed in the following sections, that list represents only a small and misrepresentative selection of the relevant published research literature, which, when described in full, supports entirely different conclusions. The opinions offered by Dr. Fortenberry do not reflect the contents of the relevant scientific literature, and his analysis fails to employ the established scientific methods for reviewing, analyzing, or interpreting research.

9.      That the entries in Exhibit B are all peer-reviewed studies is untrue. The list includes multiple editorials, committee work-products, and self-published reports from advocacy groups, which do not undergo peer review: Bocking (2016); Flores, *et al.* (2016); Hembree, *et al.* (2017); James, *et al.* (2016); Reisner *et al.* (2015); Reynolds *et al.* (2021); WPATH (2011). During Dr. Fortenberry's deposition, it became apparent that this was not merely carelessness, but that Dr. Fortenberry is unaware of the scholarly publishing process: Letters, opinions, perspective, etc., are selected by journals' editors handling many issues for basic relevance; they do not undergo the blind peer review process from topic experts, as articles do. *The New England*

*Journal of Medicine* is no exception.  Its procedures for both kinds of publication are available online:

https://www.nejm.org/media-center/publication-process

https://www.nejm.org/author-center/letters-to-the-editor

Dr. Fortenberry's comments suggest he believes that "peer review" follows from a journal's reputation and perceived prestige rather than its procedures.

10.    The list also includes three publications authored by Dr. Fortenberry himself, none of which bears any relation to the present case: Fortenberry (2013) provides a scholarly review of sexuality during puberty and adolescents, but includes no mention of transgender issues.  Hickey, *et al.* (2015) and Mullins, *et al.* (2015) regard the human papillomavirus vaccine and the vaginal microbiota of adolescent girls, neither including any mention of transgender issues.

11.    That the entries in Exhibit B are all accepted by persons in the relevant field is also untrue.  As detailed within its own section of the present report, this research literature has been evaluated by the health care departments of several national governments, including Sweden[1] and the U.K.,[2] with each finding the research to be of very low quality, receiving the lowest quality ratings available.  That there exists enormous controversy and disagreement among experts is itself the topic of major media coverage, including the New York Times' *The Battle Over Gender Therapy: More teenagers than ever are seeking transitions, but the medical community that treats them is deeply divided about why — and what to do to help them.*[3] No matter one's views on these issues, they cannot be resolved when their very existence

---

[1]    Swedish Agency for Health Technology Assessment and Assessment of Social Services, 2019.
[2]    U.K. National Health Service (NHS), 2021.
[3]    Bazelon, E. (2022, June 15). *The Battle Over Gender Therapy: More teenagers than ever are seeking transitions, but the medical community that treats them is deeply divided about why — and what to do to help them.* New York Times. Retrieved from https://www.nytimes.com/2022/06/15/magazine/gender-therapy.html

is denied.

12.     Fortenberry Exhibit B includes entries whose findings have been shown to be statistical errors, such as from the TransYouth Project of the Olson research team: After they were reported, the Olson data were subjected to re-analysis and, after correcting for the errors in the original analyses, the data instead showed that the gender dysphoric children under Olson's care exhibited significantly *lower* mental health.[4]   I conducted an electronic search of the research literature to identify any responses from the Olson team regarding the Schumm and Crawford re-analysis of the Olson data and was not able to locate any. I contacted Professor Schumm by email on August 22, 2021 to verify that conclusion, to which he wrote there has been: "No response [from Olson]."

13.     Altogether missing from the Fortenberry report is the great majority of the relevant published research.  There have been a total of eleven follow-up studies of pre-pubescent children, and of these, Fortenberry's Exhibit B included none. In contrast with Dr. Fortenberry's conclusions (and as detailed in their own section herein), these eleven studies all came to the same conclusion: The majority of gender dysphoric children cease to feel dysphoric by puberty.

14.     There have also been eleven follow-up studies of pubescent/adolescent children using puberty-blocking medication or cross-sex hormone treatment.   Of these, Fortenberry Exhibit B included two (de Vries, *et al.,* 2014; van der Miesen, *et al.,* 2020).  As detailed in their own section to follow: Of the eleven studies, four showed a lack of mental health benefit.[5]  Five studies provided psychotherapy along with medical interventions, making it unknowable whether the medical or non-medical treatment were responsible for changes.[6]  The two remaining studies were

---

[4]     Schumm & Crawford, 2020; Schumm, *et al.,* 2019.
[5]     Carmichael, *et al.,* 2021; Hisle-Gorman, *et al.,* 2021; Kaltiala, *et al.,* 2020; Kuper, *et al.,* 2020.
[6]     Allen, *et al.,* 2019; de Vries, *et al.,* 2011, 2014; Tordoff, *et al.,* 2022; van der Miesen, *et al.,* 2020.

able to compare medical with non-medical aspects of treatment, and neither found a statistically significant advantage to medical interventions beyond psychotherapy.[7] (The two studies included by Fortenberry were among the five that combined medical with non-medical treatments.)

15. The Fortenberry declaration is also inaccurate regarding the science on the causes of gender identity (Fortenberry, paragraph 12). Despite Dr. Fortenberry's claim that his opinions follow from the publications he listed, those works instead agree with the analyses and conclusions I myself published in this research literature: Exhibit B includes Guillamon, *et al.* (2016), which says: "Following this line of thought, Cantor (2011, 2012, but also see Italiano, 2012) has recently suggested that Blanchard's predictions have been fulfilled in two independent structural neuroimaging studies….*Cantor seems to be right".[8]* Where Fortenberry claims a generic mix of biological and non-biological influences, the consensus of the scientists (including me) is that childhood onset gender dysphoria is neuroanatomically related to homosexuality, whereas adult-onset gender dysphoria represents an entirely distinct phenomenon that seems similar only superficially. The science regarding these is summarized herein. I note Dr. Fortenberry denied there being an association between gender identity and homosexuality, during his deposition (Fortenberry deposition, page 116). It is exactly this body of neuroscience, of which Dr. Fortenberry is apparently unaware, that objectively demonstrates the existence of exactly that association.

16. Dr. Fortenberry claimed "Gender dysphoria can be diagnosed very early on in a child's life" (Fortenberry declaration, paragraph 21). In the present context, that statement is highly misleading: When combined with the (false) belief that gender identity is unchanging, asserting that diagnoses can be made so early suggests that

---

[7]    Achille, *et al.*, 2020; Costa, *et al.,* 2015.
[8]    *c.f.,* Cantor, 2011; Cantor, 2012; Guillamon, *et al.,* p. 1634, italics added; Italiano, 2012.

medical decisions could therefore also be made that early; however, and as detailed in its own section of this report, all 11 out of the 11 existing follow-up studies of boys and girls diagnosed in childhood showed that the children ceased to feel gender dysphoric by puberty. If it were possible to predict which children would go on to become desisters versus persisters, then care providers would be able to direct young children into the most appropriate developmental path. Despite the several attempts to do so, however, researchers have been unable to make such predictions accurately. As summarized in its own section to follow as well, there is a statistical tendency of more highly dysphoric children being more likely to persist, but the difference is not strong enough to be clinically meaningful.

17.    In the June-17 supplement he submitted, Dr. Fortenberry added that the specific study serving as the source of his claim about early diagnosis was Zaliznyak, *et al.* (2020). The conclusion Dr. Fortenberry derived from this study represents another violation of scientific principles: This survey of *adults* whose gender dysphoria persisted cannot inform us about people whose gender dysphoria *desisted* and (by definition) were *not* included in the survey. Surveys of only the persisters cannot tell us how many desisters there were, not surveyed at all.

18.    The Fortenberry report frankly misrepresented the research basis justifying the procedures of his clinic. There exist three widely circulated sets of standards of care for the medical management of gender dysphoria: the Dutch Protocol, the WPATH standards, and the Endocrine Society standards. Of these, only the Dutch Protocol (which includes concurrent psychotherapy) has been associated with improvements in mental health. Failures of improvement are repeatedly reported from clinics employing the WPATH standards[9] or Endocrine Society standards.[10] Whereas the Fortenberry declaration indicates that his clinic follows

---

[9]    Achille, *et al.,* 2020; Carmichael, *et al.,* 2021; Costa, *et al.,* 2015.
[10]    Achille, *et al.,* 2020; Kuper, *et al.,* 2020.

WPATH standards (Fortenberry, paragraph 23), the declaration cites *none* of the WPATH studies, instead listing *only* the studies that used the more successful Dutch Protocol, specifically: de Vries, *et al.* (2014), Steensma, *et al.* (2013), and van der Miesen, *et al.* (2020).

19.   It is not at all clear on what basis Dr. Fortenberry asserts gender identity to be a well-established concept, either in medicine or elsewhere (Fortenberry, paragraph 11). Despite the public popularity of the term, in science, there is no such thing as an "inner sense." To be a scientifically viable concept, it must be *falsifiable*. That is, to be scientifically valid at all, there must exist (even if only in theory) a means to demonstrate that the hypothesis or concept is false; however, because a person can always continue to report a subjective experience despite any and all objective evidence, it is not possible to falsify someone's inner sense, even in theory. The very purpose of science is to replace unfalsifiable, subjective claims with objective observation and measurement. Gender identity is unlike emotions, which are associated with physiological changes such as heartrate and brain activity. Gender identity is unlike sexual orientation, which is associated with objectively ascertained evidence, including brain anatomy. Gender Dysphoria is unlike disorders of sexual development (DSD's, also called "intersex conditions"), again in that DSDs are objectively detectable with physical measures, whereas gender identity is not. DSDs include, for example, genetic disorders which prevent a person's body from responding to testosterone, a disease called Androgen Insensitivity Syndrome.[11] Still more unlike gender identity, the physical nature of such disorders allows many of them to be detected before birth, whereas gender identity has no such feature.

20.   Throughout his analyses, Dr. Fortenberry repeatedly violated another scientific principle, often known to the public as "Correlation doesn't imply

---

[11]   E.g., Vilain, 2006.

8

causation." There do not exist any studies employing the research methodology necessary to draw causal conclusions, yet the Fortenberry declaration repeatedly asserted exactly that belief. His comments did not merely slip into using causal language when there was no evidence of causality; rather, he indicated his medical decision-making was based on his belief that he knows what is causing what, despite that it is not possible to know exactly that. Examples include:

- "…is an essential component" (para 27)
- "…is an essential aspect" (para 28)
- "…have long-term influences" (para 29)
- "The effect of puberty-blocking…" (para 31, header)
- "puberty blockers mitigate…" (para 35)
- "without the support of puberty blockers…" (para 35)

21. Despite any confident language, there exist no such studies to support causal conclusions, and the Fortenberry report lacks any mention or consideration, never mind the ruling out, of the multiple alternatives. The primary alternative explanation—indeed the superior explanation—is that the great majority of youth labelling themselves transgender do so to seek escape from the challenges and expectations they associate with being a member of their biological sex.

22. In place of any systematic or representative summary of the peer reviewed literature, Dr. Fortenberry's declaration offers the benefit of his personal experience providing medical services to this population, relying on what science refers to as anecdotal evidence. That is, although reporting experience with 700 such patients (which would represent one of the largest such samples ever collected), Dr. Fortenberry has never published and did not report engaging in any scientific, statistical, or other systematic analysis that would rule out potential biases to yield generalizable knowledge. In clinical science, expert opinion (in the clinical sense rather than the legal sense) represents only the lowest form of scientific evidence:

Figure: Pyramid of standards of evidence

Source: OpenMD, 2021.  Retrieved from https://openmd.com/guide/levels-of-evidence

23.     The advantages of accumulated personal experience is its low cost and potential utility when there do not exist systematic studies of the unique combination of variables represented by some cases.  The disadvantages are that it is the most subject to human biases, such as recall bias and confirmation bias, as well as to sampling biases including both self-selection biases (who decides to come into the clinic in the first place) and any variables which led to dropping out of the clinic, leaving clinicians no capacity for determining why.

24.     If there did not already exist multiple studies systematically studying cohorts of minors undergoing puberty-blocking or cross-sex hormone treatment, then expert opinion relying on anecdotal evidence might represent the only option available.  That is not the current situation, however: Rather than engage in the scientifically valid research method of accepting higher order evidence over lower

10

order evidence (expert opinion), the Fortenberry report retained only the lowest.

25.     In sum, the Fortenberry report failed to provide the court with a comprehensive or representative summary of the relevant science and failed to engage in the scientific methods relevant to evaluating research.  Dr. Fortenberry's conclusion contradicts what the existing research evidence and scientific method show.

### III.     Fact-check of Assertions of Plaintiff Expert Deposition

26.     I have reviewed the testimony from Dr. Fortenberry's deposition of 13 June 2022 (rough draft transcript) and the supplement to that deposition he submitted on 17 June 2022.   Dr. Fortenberry indicated he did not endeavor to assemble comprehensive lists of the studies.   The following sections of the present report provide exactly those comprehensive lists.   Cited also are the comprehensive lists published by other expert authors or by national health care bodies, as such comprehensive evaluation represents the appropriate standard in clinical science, and it would not be possible for the court to come to informed decisions without them.

27.     In his deposition, Dr. Fortenberry was asked, "Do you think of any differences between the Dutch  protocol and the WPATH guidelines?" responding "No, I think they're pretty parallel."   Dr. Fortenberry is incorrect: A central difference between these is their starting ages.   The Dutch Protocol imposes an age 12 minimum, and their research sample had an average age of 14.75 years when beginning  puberty-blockers.[12]  The WPATH guidelines, however, permit such interventions to begin at the very start of puberty, explicitly acknowledging that this can often be as early as age 9.[13]

28.     The available clinical guidelines for treating children with gender dysphoria repeatedly emphasize the need to assess and treat any other mental health

---

[12]   DeVries, *et al.,* 2011, Table 1.
[13]   WPATH, 2011, at 18.

issues before undergoing transition.  Dr. Fortenberry's description of his clinic's procedures for assessing such issues was extremely limited, however.  He described them as "a variety of screening tests for depression and anxiety, some standardized scales related to the intensity of the gender dysphoria, the experience of discrimination related to gender." Such an assessment would be able to identity someone who expresses certainty about their gender status and feels victimized, but missing from the assessment procedures (described both here and in his written declaration) were screening tests for any of the other mental health issues pertinent to patients' care.

29.    This error in decision-making is called *confirmation bias:* One cannot examine a question by looking for the evidence for only one possibility.  One needs simultaneously to rule out the other possibilities.  In clinical practice, this is what distinguishes "diagnosis" from "*differential* diagnosis."  As summarized in their sections to follow, there are other mental health issues which are easily mistaken to represent cases of gender dysphoria, but their presence cannot be detected or treated or ruled out when they are left out of the assessment.

30.    When asked at his deposition what evidence indicated improvements in the potential suicidality of patients, he noted two studies: Russell, *et al.* (2018) and Toomey, *et al.* (2018). Both references represent a repetition of Dr. Fortenberry's mistaking or misrepresenting correlation as cause. Both of these studies represent retrospective surveys and do not show that youth receiving medical treatment develop better mental health: Rather, they show that the children with superior mental health are permitted to go on to receive medical transition services.  It is because retrospective surveys such as Russell, *et al.* and Toomey, *et al.* are unable to distinguish between these situations that their results are superseded by more advanced studies.  A comprehensive summary of the full scientific literature on suicidality appears in its own section to follow.

12

31.     In his supplement of 17-June-2022, Dr. Fortenberry added that three other studies regarding transgender youth suicidality, Aitken, *et al.* (2016), Perez-Brumer, *et al.* (2017), and Green, *et al.* (2022).  None of these three studies shows medical treatment to reduce suicidality; indeed, none of these three studies are treatment studies at all.  Rather, they are additional retrospective surveys repeating the finding that youth who claim to be transgender also express more mental health issues than youth who do not claim gender dysphoria.  It is the existence of these elevated rates of mental health issues that supports psychotherapy as the first resort.

32.     Dr. Fortenberry denied the existence of adult onset gender dysphoria, "For me to be a bit less skeptical, I would need to see some data, and I'm not aware of any."  The evidence demonstrating the validity of adult-onset gender dysphoria and that adult-onset and childhood-onset gender dysphoria represent a distinct phenomena comprises a large and mature scientific literature.  A summary of that peer reviewed science follows.

33.     Throughout his deposition, Dr. Fortenberry's responses repeatedly depended on the same study: Olson, *et al.,* which is soon to be published in print.  Fortenberry acknowledged that Olson, *et al.* found that socially transitioned children are unlikely to persist, opposite to non-transitioned children, but repeatedly denied the possibility that social transition was what caused the change.  In ignoring the possibility of causality, Dr. Fortenberry makes the reverse error as before: One cannot rule out causality from correlational data, such as these, any more than one can assume causality from them.  Dr. Fortenberry appears to assume versus reject causality as is convenient to his argument, rather than apply the same principles of science across all analyses.

34.     Dr. Fortenberry similarly referred to a preliminary study, Costa, *et al.* (2015), indicating he accept it to be evidence of the superiority of medical over psychotherapeutic treatment.  First, that description misrepresents the contents of

13

Costa, *et al.,* whose results were not statistically significant. Secondly, Costa was a preliminary report and its results have been superseded by the final report of that research group, showing there no improvements among transitioners after all. That report, Carmichael, *et al.* (2021), as well as Costa, *et al.* (2015) are both summarized, together with the comprehensive list of all outcomes studies of medical transition in the following.

## IV. The Science (Executive Summary)

- The scientific research literature has long and consistently demonstrated that there is more than one distinct phenomenon that can lead to gender dysphoria. These different phenomena are distinguished by differing epidemiological and demographic patterns, unique psychological and behavioral profiles, and differing responses to treatment options. Many misunderstandings follow from mis-attributing information about one of these types to another.

- For adults with gender dysphoria, studies show that those who are otherwise mentally healthy and undergo thorough (1−2 year) assessments supervised by clinics engaged in gate-keeping roles typically adjust well to life as the opposite sex.

- For pre-pubescent children with gender dysphoria, there have been exactly 11 outcomes studies. All 11 reported the majority of children to cease to feel dysphoric by puberty. They typically report being gay or lesbian instead.

- For pubescent and adolescent age minors using puberty blockers or cross-sex hormones, there have been (also) 11 follow-up studies: In four, mental health failed to improve and even deteriorated on several variables. In five, some mental health variables improved, but because psychotherapy and medical interventions were provided together, it cannot be known which treatment caused what changes. The two remaining studies employed methods that did permit psychotherapy effects to be distinguished from medical effects, and neither found medical intervention to be superior to psychotherapy-only. These studies are often misrepresented as support for medicalization by ignoring the concurrent psychotherapy.

- Psychological research importantly distinguishes completed suicide—which occurs primarily among biological males and involves the intent to die—from suicidal ideation, gestures, and attempts—which occur primarily among biological females and represent psychological distress and cries for help. The evidence is minimally consistent with transphobia being the predominant cause of suicidality. The evidence is very strongly consistent with the hypothesis that other mental health issues, such as Borderline Personality

14

Disorder (BPD), cause suicidality and unstable identities, including gender identity confusion.

- The international consensus of public health care agencies is that there is insufficient evidence to support medicalized transition of minors. Although initially supportive, Sweden, Finland, France, Australia, and the United Kingdom have issued increasingly restrictive statements and policies, now prioritizing psychotherapy as the treatment of choice, including Sweden's outright ban on medical transition of minors.

- Some American medical and professional associations have issued statements regarding the medical transition for minors, but none has done so on the basis of any systematic review of the research, as have other nations' health care services.

## V.    Science of Gender Dysphoria and Transsexualism

35.    One of the most widespread public misunderstandings about transsexualism and people with gender dysphoria is that all cases of gender dysphoria represent the same phenomenon; however, the clinical science has long and consistently demonstrated that gender dysphoric children (cases of *early-onset* gender dysphoria) do not represent the same phenomenon as adult gender dysphoria (cases of *late-onset* gender dysphoria),[14] merely attending clinics at younger ages. That is, gender dysphoric children are not simply younger versions of gender dysphoric adults. They differ in every known regard, from sexual interest patterns, to responses to treatments. A third presentation has recently become increasingly observed among people presenting to gender clinics: These cases appear to have an onset in adolescence in the absence of any childhood history of gender dysphoria. Such cases have been called adolescent-onset or "rapid-onset" gender dysphoria (ROGD). Very many public misunderstandings and expert misstatements come from misattributing evidence or personal experience from one of these types to another.

### A. Adult-Onset Gender Dysphoria

36.    People with adult-onset gender dysphoria typically attend clinics requesting transition services in mid-adulthood, usually in their 30s or 40s. Such

---

[14]    Blanchard, 1985.

individuals are nearly exclusively biological males.[15] They typically report being sexually attracted to women and sometimes to both men and women. Some cases profess asexuality, but very few indicate having a primary sexual interest in men.[16] Cases of adult-onset gender dysphoria are typically associated with a sexual interest pattern (medically, a *paraphilia*) involving themselves in female form.[17]

### 1. Outcome Studies of Transition in Adult-Onset Gender Dysphoria

37.    Clinical research facilities studying gender dysphoria have repeatedly reported low rates of regret (less than 3%) among adult-onset patients who underwent complete transition (*i.e.*, social, plus hormonal, plus surgical transition). This has been widely reported by clinics in Canada,[18] Sweden,[19] and the Netherlands.[20]

38.    Importantly, each of the Canadian, Swedish, and Dutch clinics for adults with gender dysphoria all performed "gate-keeping" procedures, disqualifying from medical services people with mental health or other contraindications. One would not expect the same results to emerge in the absence of such gate-keeping or when gate-keepers apply only minimal standards or cursory assessment.

39.    An important caution applies to interpreting these results: The side-effect of removing these people from the samples of transitioners is that if a researcher compared the average mental health of individuals coming into the clinic with the average mental health of individuals going through medical transition, then the post-transition group would appear to show a substantial improvement, even though transition had *no effect at all*: The removal of people with poorer mental health created the statistical illusion of improvement among the remaining people.

---

[15]    Blanchard, 1990, 1991.
[16]    Blanchard, 1988.
[17]    Blanchard 1989a, 1989b, 1991.
[18]    Blanchard, *et al.*, 1989.
[19]    Dhejneberg, *et al.*, 2014.
[20]    Wiepjes, *et al.*, 2018.

### 2. Mental Health Issues in Adult-Onset Gender Dysphoria

40.    The research evidence on mental health issues in gender dysphoria indicates it to be different between adult-onset versus adolescent-onset versus prepubescent-onset types. The co-occurrence of mental illness with gender dysphoria in adults is widely recognized and widely documented.[21] A research team in 2016 published a comprehensive and systematic review of all studies examining rates of mental health issues in transgender adults.[22] There were 38 studies in total. The review indicated that many studies were methodologically weak, but nonetheless demonstrated (1) that rates of mental health issues among people are highly elevated both before *and after* transition, (2) but that rates were less elevated among those who completed transition. Analyses were not conducted in a way so as to compare the elevation in mental health issues observed among people newly attending clinics to improvement after transition. Also, several studies showed more than 40% of patients to become "lost to follow-up." With attrition rates that high, it is unclear to what extent the information from the remaining participants would accurately reflect the whole population. The very high rate of "lost to follow-up" leaves open the possibility of considerably more negative results overall.

41.    The long-standing and consistent finding that gender dysphoric adults continue to show high rates of mental health issues after transition indicates a critical point: To the extent that gender dysphoric children resemble adults, we should not expect mental health to improve as a result of transition—that is, transition does not appear to be what causes mental health improvement. Rather, mental health issues should be resolved before any transition, as has been noted in multiple standards of care documents, as detailed in their own section of this report.

---

[21]    *See, e.g.*, Hepp, *et al.*, 2005.
[22]    Dhejne, *et al.*, 2016.

## B. Childhood Onset (Pre-Puberty) Gender Dysphoria

### 1. Follow-up Studies Show Most Children Desist by Puberty

42.    Prepubescent children (and their parents) have been approaching mental health professionals for help with their unhappiness with their sex and belief they would be happier living as the other for many decades. The large majority of childhood onset cases of gender dysphoria occur in biological males, with clinics reporting 2–6 biological male children to each female.[23]

43.    In total, there have been 11 outcomes studies of these children, listed in Appendix 2. In sum, despite coming from a variety of countries, conducted by a variety of labs, using a variety of methods, all spanning four decades, every study without exception has come to the identical conclusion: Among prepubescent children who feel gender dysphoric, the majority cease to want to be the other gender over the course of puberty—ranging from 61–88% desistance across the large, prospective studies. Such cases are often referred to as "desisters," whereas children who continue to feel gender dysphoric are often called "persisters."

44.    Notably, in most cases, these children were receiving professional psychosocial support across the study period aimed, not at affirming cross-gender identification, but at resolving stressors and issues potentially interfering with desistance. While beneficial to these children and their families, the inclusion of therapy in the study protocol represents a complication for the interpretation of the results: It is not possible to know to what extent the outcomes were influenced by the psychosocial support or would have emerged regardless. In science, this is referred to as a confound.[24]

45.    While the absolute number of those who present as prepubescent children with gender dysphoria and "persist" through adolescence is very small in relation to the total population, persistence in some subjects was observed in each of these

---

[23]    Cohen-Kettenis, *et al.*, 2003; Steensma, *et al.*, 2018; Wood, *et al.*, 2013.
[24]    Skelly *et al.*, 2012.

studies. Thus, a clinician cannot take either outcome for granted.

46.    It is because of this long-established and unanimous research finding of desistance being probable but not inevitable, that the "watchful waiting" method became the standard approach for assisting gender dysphoric children. The balance of potential risks to potential benefits is very different for groups likely to desist versus groups unlikely to desist: If a child is very likely to persist, then taking on the risks of medical transition might be more worthwhile than if that child is very likely to desist in transgender feelings.

47.    The consistent observation of high rates of desistance among pre-pubertal children who present with gender dysphoria demonstrates a pivotally important— yet often overlooked—feature: because gender dysphoria so often desists on its own, clinical researchers cannot assume that therapeutic intervention cannot facilitate or speed desistance for at least some patients. That is, gender identity is not the same as sexual orientation, and it cannot be assumed that gender identity is as unchangeable as is sexual orientation. Such is an empirical question, and there has not yet been any such study.

48.    It is also important to note that research has not yet identified any reliable procedure for discerning which children who present with gender dysphoria will persist, as against the majority who will desist, absent transition and "affirmation." Such a method would be valuable, as the more accurately that potential persisters can be distinguished from desisters, the better the risks and benefits of options can be weighted. Such "risk prediction" and "test construction" are standard components of applied statistics in the behavioral sciences. Multiple research teams have reported that, on average, groups of persisters are somewhat more gender non-conforming than desisters, but not so different as to usefully predict the course of a particular child.[25]

---

[25]  Singh, *et al.* (2021); Steensma *et al.*, 2013.

49.     In contrast, one research team (the aforementioned Olson group) claimed the opposite, asserting that they developed a method of distinguishing persisters from desisters, using a single composite score representing a combination of children's "peer preference, toy preference, clothing preference, gender similarity, and gender identity."[26] They reported a statistical association (mathematically equivalent to a correlation) between that composite score and the probability of persistence. As they indicated, "Our model predicted that a child with a gender-nonconformity score of .50 would have roughly a .30 probability . . . of socially transitioning. By contrast, a child with gender-nonconformity score of .75 would have roughly a .48 probability."[27] Although the Olson team declared that "social transitions may be predictable from gender identification and preferences,"[28] their actual results suggest the opposite: The gender-nonconforming group who went on to transition (socially) had a mean composite score of .73 (which is less than .75), and the gender-nonconforming group who did not transition had a mean composite score of .61, also less than .75.[29] Both of those are lower than the value of .75, so both of those would be more likely than not to desist, rather than to proceed to transition. That is, Olson's model does not distinguish likely from unlikely to transition; rather, it distinguishes unlikely from even less likely to transition.

50.     Although it remains possible for some future discovery to yield a method to identify with sufficient accuracy which gender dysphoric children will persist, there does not exist such a method at the present time. Moreover, in the absence of long-term follow-up, it cannot be known what proportions come to regret having transitioned and then *de*transition. Because only a minority of gender dysphoric children persist in feeling gender dysphoric in the first place, "transition-on-demand"

---

[26]   Rae, *et al.*, 2019, at 671.
[27]   Rae, *et al.*, 2019, at 673.
[28]   Rae, *et al.*, 2019, at 669.
[29]   Rae, *et al.*, 2019, Supplemental Material at 6, Table S1, bottom line.

increases the probability of unnecessary transition and unnecessary medical risks.

### 2. "Watchful Waiting" and "The Dutch Protocol"

51.    It was this state of the science—that the majority of prepubescent children will desist in their feelings of gender dysphoria and that we lack an accurate method of identifying which children will persist—that led to the development of a clinical approach, The Dutch Protocol,[30] including its "Watchful Waiting" period. Internationally, the Dutch Protocol remains the most empirically supported protocol for the treatment of children with gender dysphoria.

52.    The purpose of the protocol was to compromise the conflicting needs among: clients' initial wishes upon assessment, the long-established and repeated observation that those wishes will change in the majority of (but not in all) childhood cases, and that cosmetic aspects of medical transition are perceived to be better when they occur earlier rather than later.

53.    The Dutch Protocol was developed over many years by the Netherlands' child gender identity clinic, incorporating the accumulating findings from their own research as well as those reported by other clinics working with gender dysphoric children. They summarized and explicated the approach in their peer-reviewed report, *Clinical management of gender dysphoria in children and adolescents: The Dutch Approach*.[31] The components of the Dutch Approach are:

- no social transition at all considered before age 12 (watchful waiting period),
- no puberty blockers considered before age 12,
- cross-sex hormones considered only after age 16, and
- resolution of mental health issues before any transition.

54.    For youth under age 12, "the general recommendation is watchful waiting and carefully observing how gender dysphoria develops in the first stages of puberty."[32]

---

[30]    Delemarre-van de Waal & Cohen-Kettenis (2006).
[31]    de Vries & Cohen-Kettenis, 2012
[32]    de Vries & Cohen-Kettenis, 2012, at 301.

55.     The age cut-offs of the Dutch Approach were not based on any research demonstrating their superiority over other potential age cut-off's. Rather, they were chosen to correspond to the ages of consent to medical procedures under Dutch law. Nevertheless, whatever the original rationale, the data from this clinic simply contain no information about the safety or efficacy of employing these measures at younger ages.

56.     The authors of the Dutch Approach repeatedly and consistently emphasize the need for extensive mental health assessment, including clinical interviews, formal psychological testing with validated psychometric instruments, and multiple sessions with the child and the child's parents.

57.     Within the Dutch approach, there is no social transition before age twelve. That is, social affirmation of the new gender may not begin until age 12—as desistance is less likely to occur past that age. "Watchful Waiting" refers to a child's developmental period up to that age. Watchful waiting does not mean do nothing but passively observe the child. Rather, such children and families typically present with substantial distress involving both gender and non-gender issues, and it is during the watchful waiting period that a child (and other family members as appropriate) would undergo therapy, resolving other issues which may be exacerbating psychological stress or dysphoria. As noted by the Dutch clinic, "[T]he adolescents in this study received extensive family or other social support . . . [and they] were all regularly seen by one of the clinic's psychologists or psychiatrists."[33] One is actively treating the person, while carefully "watching" the dysphoria.

### 3. Follow-Up Studies of Puberty Blockers and Cross-Sex Hormones

58.     Very many strong claims have appeared in the media and on social media asserting that transition results in improved mental health or, contradictorily, in decreased mental health. In the highly politicized context of gender and transgender

---

[33]   de Vries, *et al.*, 2011, at 2280-2281.

research, many outlets have cited only the findings which appear to support one side, withholding contrary evidence. It total, there have been 11 prospective outcomes studies following up gender dysphoric children undergoing medically induced suppression of puberty or cross-sex hormone treatment. Four studies failed to find evidence of improvement in mental health functioning at all, and some groups deteriorated on some variables.[34] Five studies successfully identified evidence of improvement, but because patients received psychotherapy along with medical services, which of those treatments caused the improvement is unknowable.[35] In the remaining two studies, both psychotherapy and medical interventions were provided, but the studies were designed in such a way as to allow the effects of psychotherapy to be separated from the effects of the puberty-blocking medications.[36] As detailed in the following, neither identified benefits of medication over psychotherapy alone.

### a. Four studies found no mental health improvement

59.　Carmichael, *et al.* (2021) recently released its findings from the Tavistock and Portman clinic in the U.K.[37] Study participants were ages 12–15 (Tanner stage 3 for natal males, Tanner stage 2 for natal females) and were repeatedly tested before beginning puberty-blocking medications and then every six months thereafter. Cases exhibiting serious mental illnesses (*e.g.*, psychosis, bipolar disorder, anorexia nervosa, severe body-dysmorphic disorder unrelated to gender dysphoria) were excluded. Relative to the time point before beginning puberty suppression, there were *no* significant changes in any psychological measure, from either the patients' or their parents' perspective.

60.　In Kuper, *et al.* (2020), a multidisciplinary team from Dallas published a prospective follow-up study which included 25 youths as they began puberty

---

[34]　Carmichael, *et al.*, 2021; Hisle-Gorman, *et al.*, 2021; Kaltiala, *et al.,* 2020; Kuper, *et al.*, 2020.
[35]　de Vries, *et al.,* 2011; Tordoff, *et al.,* 2022; van der Miesen, *et al.,* 2020.
[36]　Achille, *et al.*, 2020; Costa, *et al.,* 2015.
[37]　Carmichael, *et al.*, 2021.

suppression.[38] (The other 123 study participants were undergoing cross-sex hormone treatment.) Interventions were administered according to practice guidelines from the Endocrine Society.[39] Their analyses found *no statistically significant changes* in the group undergoing puberty suppression on any of the nine measures of wellbeing measured, spanning tests of body satisfaction, depressive symptoms, or anxiety symptoms.[40] Notably, whereas the Dutch Protocol includes age 12 as a minimum for puberty suppression treatment, this team provided such treatment beginning at age 9.8 years (full range: 9.8–14.9 years).[41]

61.     Hisle-Gorman, *et al.* (2021) analyzed military families' healthcare data to compare 963 transgender and gender-diverse youth before versus after hormonal treatment, with their non-gender dysphoric siblings as controls. The study participants included youth undergoing puberty-blocking as well as those undergoing cross-sex hormone treatment, but these subgroups did not differ from each other. Study participants had a mean age of 18 years when beginning the study, but their initial clinical contacts and diagnoses occurred at a mean age of 10 years. According to the study, "mental health care visits overall did not significantly change following gender-affirming pharmaceutical care,"[42] yet, "psychotropic medication use *increased,*"[43] indicating *deteriorating* mental health.

62.     Kaltiala et al. (2020) similarly reported that after cross-sex hormone treatment, "Those who had psychiatric treatment needs or problems in school, peer relationships and managing everyday matters outside of home continued to have problems during real-life."[44] They concluded, "Medical gender reassignment is not enough to improve functioning and relieve psychiatric comorbidities among

---

[38]   Kuper, *et al.*, 2020, at 5.
[39]   Kuper, *et al.*, 2020, at 3, referring to Hembree, *et al.*, 2017.
[40]   Kuper, *et al.*, 2020, at Table 2.
[41]   Kuper, *et al.*, 2020, at 4.
[42]   Hisle-Gorman, et al., 2021, at 1448.
[43]   Hisle-Gorman, et al., 2021, at 1448, emphasis added.
[44]   Kaltiala et al., 2020, at 213.

adolescents with gender dysphoria. Appropriate interventions are warranted for psychiatric comorbidities and problems in adolescent development."[45]

### b. Five studies confounded psychotherapy and medical treatment

63.     The initial enthusiasm for medical blocking of puberty followed largely from early reports from the Dutch clinical research team suggesting at least some mental health improvement.[46] It was when subsequent research studies failed to replicate those successes that it became apparent that the successes were due, not to the medical interventions, but to the psychotherapy that accompanied such interventions in most clinics, including the Dutch clinic.

64.     The Dutch clinical research team followed up a cohort of youth  at their clinic undergoing puberty suppression[47] and later cross-hormone treatment and surgical sex reassignment.[48] The youth improved on several variables upon follow-up as compared to pre-suppression measurement, including depressive symptoms and general functioning. No changes were detected in feelings of anxiety or anger or in gender dysphoria as a result of puberty suppression; however, natal females using puberty suppression suffered *increased* body dissatisfaction both with their secondary sex characteristics and with nonsexual characteristics.[49]

65.     As the report authors noted, while it is possible that the improvement on some variables was due to the puberty-blockers, it is also possible that the improvement was due to the mental health support, and it is possible that the improvement occurred only on its own with natural maturation. So any conclusion that puberty blockers improved the mental health of the treated children is not justified by the data. Because this study did not include a control group (another

---

[45]   Kaltiala et al., 2020, at 213.
[46]   de Vries, *et al.,* 2011; de Vries, *et al.,* 2014
[47]   de Vries, *et al.*, 2011.
[48]   de Vries, *et al.,* 2014.
[49]   Biggs, 2020.

group of adolescents matching the first group, but *not* receiving medical or social support), these possibilities cannot be distinguished from each other. The authors of the study were explicit in noting this themselves: "All these factors may have contributed to the psychological well-being of these gender dysphoric adolescents."[50]

66.　In a 2020 update, the Dutch clinic reported continuing to find improvement in transgender adolescents' psychological functioning, reaching age-typical levels, "after the start of specialized transgender care involving puberty suppression."[51] Unfortunately, because the transgender care method of that clinic involves both psychosocial support and puberty suppression, it again cannot be known which of those (or their combination) is driving the improvement. Also, the authors indicate that the changing demographic and other features among gender dysphoric youth might have caused the treated group to differ from the control group in unknown ways. As the study authors noted again, "The present study can, therefore, not provide evidence about the direct benefits of puberty suppression over time and long-term mental health outcomes."[52]

67.　Allen, *et al.* (2019) reported on a sample of 47 youth, ages 13–20, undergoing cross-sex hormone treatment. They reported observing increases in measures of well-being and decreases in measures of suicidality; however, as the authors also noted, "whether a patient is actively receiving psychotherapy" may have been a confounding variable.[53]

68.　Tordoff, *et al.* (2022) reported on a sample of youth, ages 13–20 years, treated with either puberty blockers or cross-sex hormones. There were improvements in mental health functioning; however, 62.5% of the sample was again receiving mental health therapy.[54]

---

[50]　de Vries, *et al.* 2011, at 2281.
[51]　van der Miesen, *et al.*, 2020, at 699.
[52]　van der Miesen, *et al.*, 2020, at 703.
[53]　Allen, *et al.*, 2019.
[54]　Tordoff, et al., 2022, Table 1.

### c. Two studies showed no superiority of medical intervention above psychotherapy

69.  Costa, *et al.* (2015) reported on preliminary outcomes from the Tavistock and Portman NHS Foundation Trust clinic in the UK. They compared the psychological functioning of one group of youth receiving psychological support with a second group receiving both psychological support as well as puberty blocking medication. Both groups improved in psychological functioning over the course of the study, but no statistically significant differences between the groups was detected at any point.[55] This clinical team subsequently released its final report, finding that neither group actually experienced significant improvement,[56] making moot any discussion of the source any improvement.

70.  Achille, *et al.* (2020) at Stony Brook Children's Hospital in New York treated a sample of 95 youth with gender dysphoria, providing follow-up data on 50 of them. (The report did not indicate how these 50 were selected from the 95.) As well as receiving puberty blocking medications, "Most subjects were followed by mental health professionals. Those that were not were encouraged to see a mental health professional."[57] The puberty blockers themselves "were introduced in accordance with the Endocrine Society and the WPATH guidelines."[58] Upon follow-up, some incremental improvements were noted; however, after statistically adjusting for psychiatric medication and engagement in counselling, "*most predictors did not reach statistical significance.*"[59] That is, puberty blockers did not improve mental health any more than did mental health care on its own.

### d. Conclusions

71.  The authors of the original Dutch studies were careful not to overstate the implications of their results, "We *cautiously* conclude that puberty suppression *may*

---

[55]  Costa, *et al.*, 2015, at 2212 Table 2.
[56]  Carmichael, et al., 2021.
[57]  Achille, *et al.*, 2020, at 2.
[58]  Achille, *et al.*, 2020, at 2.
[59]  Achille, *et al.*, 2020, at 3 (italics added).

*be* a valuable *element* in clinical management of adolescent gender dysphoria."[60] Nonetheless, many other clinics and clinicians intrepidly proceeded on the basis of only the perceived positives, broadened the range of people beyond those represented in the research findings, and removed the protections applied in the procedures that led to those outcomes. Many clinics and individual clinicians have reduced the minimum age for transition to 10 instead of 12. While the Dutch Protocol involves interdisciplinary teams of clinicians, many clinics now rely on a single assessor, in some cases one without adequate professional training in childhood and adolescent mental health. Comprehensive, longitudinal assessments (*e.g.*, 1 to 2 *years*[61]) became approvals after one or two assessment sessions. Validated, objective measures of youths' psychological functioning were replaced with clinicians' subjective (and first) opinions, often reflecting only the clients' own self-report. Systematic recordings of outcomes, so as to allow for detection and correction of clinical deficiencies, were eliminated.

72.     Notably, Dr. Thomas Steensma, central researcher of the Dutch clinic, has decried other clinics for "blindly adopting our research" despite the indications that those results may not actually apply: "We don't know whether studies we have done in the past are still applicable to today. Many more children are registering, and also a different type."[62] Steensma opined that "every doctor or psychologist who is involved in transgender care should feel the obligation to do a good pre- and post-test." But few if any are doing so.

### 4.  Social transition may increase persistence/decrease desistance

73.     In addition to these, another study followed-up children, ages 3–12 (average of 8), who had already made a complete, binary (rather than intermediate) social

---

[60]   de Vries, *et al.* 2011, at 2282, italics added.
[61]   de Vries, *et al.*, 2011.
[62]   Tetelepta, 2021.

transition, including a change of pronouns.[63] (Olson et al., in press).  The study did not employ DSM-5 diagnoses, as "Many parents in this study did not believe that such diagnoses were either ethical or useful and some children did not experience the required distress criterion."[64] Rather, children were classified according to their pronoun preference.  In contrast with the studies of non-transitioned children, only few (7.3%) in the Olson sample desisted (7.3%, which Olson et al. called "retransitioned").[65] Although the Olson team did not discuss it, their finding matches the Zucker hypothesis that social transition itself represents an active intervention, such that social transition causes the persistence (or, conversely, that social transition prevents desistance, such as by withholding from the child opportunities to develop confidence as members of their biological sex).[66]

### 5.  Mental Health Issues in Childhood-Onset Gender Dysphoria

74.    As shown by the outcomes studies, there is little evidence that transition improves the mental well-being of children. As shown repeatedly by clinical guidelines from multiple professional associations, mental health issues are expected or required to be resolved *before* undergoing transition. The reasoning behind these conclusions is that children may be expressing gender dysphoria, not because they are experiencing what gender dysphoric adults report, but because they mistake what their experiences indicate or to what they might lead. For example, a child experiencing depression from social isolation might develop the hope—and the unrealistic expectation—that transition will help them fit in, this time as and with the other sex.

75.    If a child undergoes transition, discovering only then that their mental health or social situations will not in fact change, the medical risks and side-effects

---

[63]    Olson, *et al.,* in press.
[64]    Olson, *et al.,* in press.
[65]    Olson, *et al.,* in press.
[66]    Singh, *et al.,* 2021; Zucker, 2018, 2020.

(such as sterilization) will have been borne for no reason. If, however, a child resolves the mental health issues first, with the gender dysphoria resolving with it (which the research literature shows to be the case in the large majority), then the child need not undergo transition at all, but retains the opportunity to do so later.

76.     Elevated rates of multiple mental health issues among gender dysphoric children are reported throughout the research literature. A formal analysis of children (ages 4–11) undergoing assessment at the Dutch child gender clinic showed 52% fulfilled criteria for a formal DSM diagnosis.[67] A comparison of the children attending the Canadian versus Dutch child gender dysphoria clinic showed only few differences between them, but a large proportion in both groups were diagnosable with clinically significant mental health issues. Results of standard assessment instruments (Child Behavior Check List, or CBCL) demonstrated that the average score was in the clinical rather than healthy range, among children in both clinics.[68] When expressed as percentages, among 6–11-year-olds, 61.7% of the Canadian and 62.1% of the Dutch sample were in the clinical range.

77.     A systematic, comprehensive review of all studies of Autism Spectrum Disorders (ASDs) and Attention-Deficit Hyperactivity Disorder (ADHD) among children diagnosed with gender dysphoria was recently conducted. It was able to identify a total of 22 studies examining the prevalence of ASD or ADHD I youth with gender dysphoria. Studies reviewing medical records of children and adolescents referred to gender clinics showed 5–26% to have been diagnosed with ASD.[69] Moreover, those authors gave specific caution on the "considerable overlap between symptoms of ASD and symptoms of gender variance, exemplified by the subthreshold group which may display symptoms which could be interpreted as either ASD or gender variance. Overlap between symptoms of ASD and symptoms of GD may well

---

[67]   Wallien, *et al.*, 2007.
[68]   Cohen-Kettenis, *et al.*, 2003, at 46.
[69]   Thrower, *et al.*, 2020.

30

confound results."[70] The rate of ADHD among children with GD was 8.3–11%. Conversely, in data from children (ages 6–18) with Autism Spectrum Disorders (ASDs) show they are more than seven times more likely to have parent-reported "gender variance."[71]

### C. Adolescent-Onset Gender Dysphoria

#### 1. Features of Adolescent-Onset Gender Dysphoria

78.     In the social media age, a third profile has recently begun to present clinically or socially, characteristics distinct from the two previously identified profiles.[72] Unlike adult-onset or childhood-onset gender dysphoria, this group is predominately biologically female. This group typically presents in adolescence, but lacks the history of cross-gender behavior in childhood like the childhood-onset cases have. It is that feature which led to the term Rapid Onset Gender Dysphoria (ROGD).[73] The majority of cases appear to occur within clusters of peers and in association with increased social media use[74] and especially among people with autism or other neurodevelopmental or mental health issues.[75]

79.     It cannot be easily determined whether the self-reported gender dysphoria is a result of other underlying issues or if those mental health issues are the result of the stresses of being a sexual minority, as some writers are quick to assume.[76] (The science of the *Minority Stress Hypothesis* appears in its own section.) Importantly, and unlike other presentations of gender dysphoria, people with rapid-onset gender dysphoria often (47.2%) experienced *declines* rather than improvements in mental health when they publicly acknowledged their gender status.[77] Although long-term outcomes have not yet been reported, these distinctions demonstrate that one cannot

---

[70] Thrower, *et al.*, 2020, at 703.
[71] Janssen, *et al.*, 2016.
[72] Kaltiala-Heino, *et al.*, 2015; Littman, 2018.
[73] Littman, 2018.
[74] Littman, 2018.
[75] Kaltiala-Heino, *et al.*, 2015; Littman, 2018; Warrier, *et al.*, 2020.
[76] Boivin, *et al.*, 2020.
[77] Biggs, 2020; Littman, 2018.

apply findings from the other types of gender dysphoria to this type. That is, in the absence of evidence, researchers cannot assume that the pattern found in childhood-onset or adult-onset gender dysphoria also applies to adolescent-onset gender dysphoria. The multiple differences already observed between these groups argue against predicting that features present in one type would generalize to be present in all types of gender dysphoria.

### 2. Social Transition and Puberty Blockers with Adolescent Onset

80.     There do not yet exist prospective outcomes studies either for social transition or for medical interventions for people whose gender dysphoria began in adolescence. That is, instead of taking a sample of individuals and following them forward over time (thus permitting researchers to account for people dropping out of the study, people misremembering the order of events, etc.), all studies have thus far been *retrospective*. It is not possible for such studies to identify what factors caused what outcomes. No study has yet been organized in such a way as to allow for an analysis of the adolescent-onset group, as distinct from childhood-onset or adult-onset cases. Many of the newer clinics (not the original clinics which systematically tracked and reported on their cases' results) fail to distinguish between people who had childhood-onset gender dysphoria and have aged into adolescence versus people whose onset was not until adolescence. (Analogously, there are reports failing to distinguish people who had adolescent-onset gender dysphoria and aged into adulthood from adult-onset gender dysphoria.) Studies selecting groups according to their current age instead of their ages of onset produces confounded results, representing unclear mixes according to how many of each type of case wound up in the final sample.

### 3. Mental Illness in Adolescent-Onset Gender Dysphoria

81.     In 2019, a Special Section appeared in the *Archives of Sexual Behavior* titled, "Clinical Approaches to Adolescents with Gender Dysphoria." It included this

32

brief yet thorough summary of rates of mental health issues among adolescents expressing gender dysphoria, by Dr. Aron Janssen of the Department of Child and Adolescent Psychiatry of New York University:[78] The literature varies in the range of percentages of adolescents with co-occurring disorders. The range for depressive symptoms ranges was 6–42%,[79] with suicide attempts ranging 10 to 45%.[80] Self-injurious thoughts and behaviors range 14–39%.[81] Anxiety disorders and disruptive behavior difficulties including Attention Deficit/Hyperactivity Disorder are also prevalent.[82] Gender dysphoria also overlaps with Autism Spectrum Disorder.[83]

82.    Of particular concern in the context of adolescent onset gender dysphoria is Borderline Personality Disorder (BPD; diagnostic criteria to follow). It is increasingly hypothesized that very many cases appearing to be adolescent-onset gender dysphoria actually represent cases of BPD.[84] That is, some people may be misinterpreting their experiencing of the broader "identity disturbance" of symptom Criterion 3 to represent a gender identity issue specifically. Like adolescent-onset gender dysphoria, BPD begins to manifest in adolescence, is three times more common in biological females than males, and occurs in 2–3% of the population, rather than 1-in-5,000 people. (Thus, if even only a portion of people with BPD experienced an identity disturbance that focused on gender identity and were mistaken for transgender, they could easily overwhelm the number of genuine cases of gender dysphoria.)

83.    DSM-5-TR Diagnostic Criteria for Borderline Personality Disorder:

A pervasive pattern of instability of interpersonal relationships, self-image, and affects, and marked impulsivity beginning by early adulthood and present in a variety of contexts, as indicated by five (or

---

[78] Janssen, *et al.*, 2019.
[79] Holt, *et al.*, 2016; Skagerberg, *et al.*, 2013; Wallien, *et al.*, 2007.
[80] Reisner, *et al.*, 2015.
[81] Holt, *et al.*, 2016; Skagerberg, *et al.*, 2013.
[82] de Vries, *et al.*, 2011; Mustanski, *et al.*, 2010; Wallien, *et al.*, 2007.
[83] de Vries, *et al.*, 2010; Jacobs, *et al.*, 2014; Janssen, *et al.*, 2016; May, *et al.*, 2016; Strang, *et al.*, 2014, 2016.
[84] *E.g.*, Anzani, *et al.*, 2020; Zucker, 2019.

more) of the following:

1. Frantic efforts to avoid real or imagined abandonment. (Note: Do not include suicidal or self-mutilating behaviour covered in Criterion 5.)

2. A pattern of unstable and intense interpersonal relationship characterized by alternating between extremes of idealization and devaluation.

3. *Identity disturbance: markedly and persistently unstable self-image or sense of self.*

4. Impulsivity in at least two areas that are potentially self-damaging (e.g., spending, sex, substance abuse, reckless driving, binge eating). (Note: Do not include suicidal or self-mutilating behavior covered in Criterion 5.)

5. *Recurrent suicidal behaviour, gestures, or threats, or self-mutilating behavior.*

6. Affective instability due to a marked reactivity of mood (e.g., intense episodic dysphoria, irritability, or anxiety usually lasting a few hours and only rarely more than a few days).

7. Chronic feelings of emptiness.

8. Inappropriate, intense anger or difficulty controlling anger (e.g., frequent displays of temper, constant anger, recurrent physical fights).

9. Transient, stress-related paranoid ideation or severe dissociative symptoms.

(Italics added.)

84. Mistaking cases of BPD for cases of Gender Dysphoria may prevent such youth from receiving the correct mental health services for their condition, and a primary cause for concern is symptom Criterion 5: Recurrent suicidality. (The research on suicide and suicidality are detailed in their own section herein.) Regarding the provision of mental health care, the distinction between these conditions is crucial: A person with BPD going undiagnosed will not receive the appropriate treatments (the currently most effective of which is Dialectical Behavior Therapy). A person with a cross-gender identity would be expected to feel relief from medical transition, but someone with BPD would not: The problem was not about *gender* identity, but about having an *unstable* identity. Moreover, after a failure of medical transition to provide relief, one would predict for these people increased levels of hopelessness and increased risk of suicidality.

85.     Regarding research, there have now been several attempts to document rates of suicidality among gender dysphoric adolescents. The scientific concern presented by BPD is that it poses a potential confound: Samples of gender dysphoric adolescents could appear to have elevated rates of suicidality, not because of the gender dysphoria (or transphobia in society), but because of the number of people with BPD in the sample.

## VI.     Other Scientific Claims Assessed

### A. Suicide and Suicidality

86.     Social media increasingly circulate demands for transition accompanied by hyperbolic warnings of suicide should there be delay or obstacle. Claims accompany admissions that "I'd rather have a trans daughter than a dead son," and such threats are treated as the justification for referring to affirming gender transitions as 'life-saving' or 'medically necessary'. Such claims convey only grossly misleading misrepresentations of the research literature, however, deploying terms for their shock value rather than accuracy, and exploiting common public misperceptions about suicide. Indeed, suicide prevention research and public health campaigns repeatedly warn against circulating such exaggerations, due to the risk of copy-cat behavior they encourage.[85]

87.     Despite that the media treat them as near synonyms, suicide and suicidality are distinct phenomena. They represent different behaviors with different motivations, with different mental health issues, and with different clinical needs. *Suicide* refers to completed suicides and the sincere intent to die. It is substantially associated with impulsivity, using more lethal means, and being a biological male.[86] *Suicidality* refers to parasuicidal behaviors, including suicidal ideation, threats, and gestures. These typically represent cries for help rather than an intent to die and are

---

[85]   Gould & Lake, 2013.
[86]   Freeman, *et al.,* 2017.

35

more common among biological females. Suicidal threats can indicate any of many problems or represent emotional blackmail, as typified by "If you leave me, I will kill myself." Professing suicidality is also used for attention-seeking or for the support or sympathy it evokes from others, denoting distress much more frequently than an intent to die.

88.     Notwithstanding public misconceptions about the frequency of suicide and related behaviors, the highest rates of suicide are among middle-aged and elderly men in high income countries.[87] Biological males are at three times greater risk of death by suicide than are biological females, whereas suicidal ideation, plans, and attempts are three times more common among biological females.[88] In contrast with completed suicides, the frequency of suicidal ideation, plans, and attempts is highest during adolescence and young adulthood, with reported ideation rates spanning 12.1–33%.[89] Relative to other countries, Americans report elevated rates of each of suicidal ideation (15.6%), plans (5.4%), and attempts (5.0%).[90] Suicide attempts occur up to 30 times more frequently than completed suicides.[91] The rate of completed suicides in the U.S. population is 14.5 per 100,000 people.[92] The widely discrepant numbers representing completed suicides versus transient suicidal ideation has left those statistics open to substantial abuse in the media and social media. Despite public media guidelines urging "Avoid dramatic headlines and strong terms such as 'suicide epidemic',"[93] that is exactly what mainstream outlets have done.[94]

89.     There is substantial research associating sexual orientation with

---

[87]   Turecki & Brent, 2016
[88]   Klonsky et al., 2016; Turecki & Brent, 2016
[89]   Borges e a., 2010; Nock et al., 2008
[90]   Klonsky, et al., 2016.
[91]   Bachman, 2018.
[92]   World Health Organization, 2022.
[93]   Samaritans, 2020.
[94]   E.g., MSNBC, 2015, *Trans youth and suicide: An epidemic.*

suicidality, but much less so with completed suicide.[95] More specifically, there is some evidence suggesting gay adult men are more likely to die by suicide than are heterosexual men, but there is less evidence of an analogous pattern among lesbian women. Regarding suicidality, surveys of self-identified LGB Americans repeatedly report rates of suicidal ideation and suicide attempts 2–7 times higher than their heterosexual counterparts.   Because of this association of suicidality with sexual orientation, one must apply caution in interpreting findings allegedly about gender identity: Because of the overlap between people who self-identify as non-heterosexual and as non-cis-gendered, correlations detected between suicidality and gender dysphoria may instead reflect (be confounded by) homosexuality. Indeed, other authors have made explicit their surprise that so many studies, purportedly of gender identity, entirely omitted measurement or consideration of sexual orientation, creating the situation where features that seem to be associated with gender identity instead reflect the sexual orientation of the members of the sample.[96]

90.    Among post-transition transsexuals, completed suicide rates are elevated, but are nonetheless rare.[97] Regarding suicidality, there have been three recent, systematic reviews of the research literature.[98] All three included specific methods to minimize any potential effects of bias in selecting findings from within the research literature. Compiling the results of 108 articles reported from 64 research projects, Adams and Vincent (2019) found an overall average rate of 46.55% for suicidal ideation (ranging 18.18%–95.5%) and an overall average rate of 27.19% for suicidal attempts (ranging 8.57%–52.4%). These findings confirmed those reported by McNeil, *et al.* (2017), whose review of 30 articles revealed a range of 37%–83% for suicidal ideation and 9.8%–43% for suicidal attempts. Thus, on the one hand, these ranges

---

[95]  Haas, *et al.,* 2011.
[96]  McNeil, *et al.* (2017)
[97]  Wiepjes, *et al.,* 2020.
[98]  Adams & Vincent, 2019; Marshall, *et al.,* 2016; McNeil, *et al.* (2017).

are greater than those reported for the mainstream population—They instead approximate the rates reported among sexual orientation minorities. On the other hand, with measures so lacking in reliability that they produce every result from 'rare' to 'almost everyone', it is unclear which, if any of them, represents a valid conclusion.

91.    McNeil *et al.* (2017) observed also the research to reveal rates of suicidal ideation and suicidal attempts to be related—not to transition status—but to the social support received: The studies reviewed showed support to decrease suicidality, but transition not to. Indeed, in some situations, social support was associated with *increased* suicide attempts, suggesting the reported suicidality may represent attempts to evoke more support.[99]

92.    Marshall et al. (2016) identified and examined 31 studies, again finding rates of suicidal ideation and suicide attempts to be elevated,  particularly among biological females, indicating that suicidality patterns correspond to biological sex rather than self-identified gender.[100]

93.    Despite that mental health issues, including suicidality, are repeatedly required by clinical standards of care to be resolved before transition, threats of suicide are instead oftentimes used as the very justification for labelling transition a 'medical necessity'. However plausible it might seem that failing to affirm transition causes suicidality, the epidemiological evidence indicates that hypothesis to be incorrect: Suicide rates remains elevated even after complete transition, as shown by a comprehensive review of 17 studies of suicidality in gender dysphoria.[101]

94.    The scientific study of suicide is inextricably linked to that of mental illness, and Borderline Personality Disorder is repeatedly documented to be greatly elevated

---

[99]    Bauer, *et al.*, 2015; Canetto, et al., 2021.
[100]   Marshall, et al., 2016.
[101]   McNeil, *et al.,* 2017.

among sexual minorities[102].

## B. Conversion Therapy

95.     Activists and social media increasingly, but erroneously, apply the term "conversion therapy" moving farther and farther from what the research has reported. "Conversion therapy" (or "reparative therapy" and other names) was the attempt to change a person's sexual orientation; however, with the public more frequently accustomed to "LGB" being expanded to "LGBTQ+", the claims relevant only to sexual orientation are being misapplied to gender identity. The research has repeatedly demonstrated that once one explicitly acknowledges being gay or lesbian, one is only very rarely mistaken. That is entirely unlike gender identity, wherein the great majority of children who declare cross-gender identity cease to do so by puberty, as already shown unanimously by all follow-up studies. As the field grows increasingly polarized, any therapy failing to provide affirmation-on-demand is mislabeled "conversion therapy."[103] Indeed, even actions of non-therapists, unrelated to any therapy, have been (mis-)labelled conversion therapy, including the prohibition of biological males competing on female teams.[104]

### C. Assessing Demands for Social Transition and Affirmation-Only or Affirmation-on-Demand Treatment in Pre-Pubertal Children.

96.     Colloquially, affirmation refers broadly to any actions that treat the person as belonging to a new gender. In different contexts, that could apply to social actions (use of a new name and pronouns), legal actions (changes to birth certificates), or medical actions (hormonal and surgical interventions). That is, social transition, legal transition, and medical transition (and subparts thereof) need not, and rarely do, occur at the same time. In practice, there are cases in which a child has socially only partially transitioned, such as presenting as one gender at home and another at

---

[102]   Reuter, *et al.,* 2016; Rodriguez-Seiljas, *et al.,* 2021; Zanarni, *et al.,* 2021.
[103]   D'Angelo, *et al.,* 2021.
[104]   Turban, 2021, March 16.

school or presenting as one gender with one custodial parent and another gender with the other parent.

97. Referring to "affirmation" as a treatment approach is ambiguous: Although often used in public discourse to take advantage of the positive connotations of the term, it obfuscates what exactly is being affirmed. This often leads to confusion, such as quoting a study of the benefits and risks of social affirmation in a discussion of medical affirmation, where the appearance of the isolated word "affirmation" refers to entirely different actions.

98. It is also an error to divide treatment approaches into affirmative versus non-affirmative. As noted already, the widely adopted Dutch Approach (and the guidelines of the multiple professional associations based on it) cannot be said to be either: It is a staged set of interventions, wherein social transition (and puberty blocking) may not begin until age 12 and cross-sex hormonal and other medical interventions, later.

99. Formal clinical approaches to helping children expressing gender dysphoria employ a gate-keeper model, with decision trees to help clinicians decide when and if the potential benefits of affirmation of the new gender would outweigh the potential risks of doing so. Because the gate-keepers and decision-trees generally include the possibility of affirmation in at least some cases, it is misleading to refer to any one approach as "the affirmation approach." The most extreme decision-tree would be accurately called affirmation-*on-demand,* involving little or no opportunity for children to explore at all whether the distress they feel is due to some other, less obvious, factor, whereas more moderate gate-keeping would endorse transition only in select situations, when the likelihood of regretting transition is minimized.

100. Many outcomes studies have been published examining the results of gate-keeper models, but no such studies have been published regarding affirmation-on-demand with children. Although there have been claims that affirmation-on-demand

40

causes mental health or other improvement, these have been the result only of "retrospective" rather than "prospective" studies. That is, such studies did not take a sample of children and follow them up over time, to see how many dropped out altogether, how many transitioned successfully, and how many transitioned and regretted it or detransitioned. Rather, such studies took a sample of successfully transitioned adults and asked them retrospective questions about their past. In such studies, it is not possible to know how many other people dropped out or regretted transition, and it is not possible to infer causality from any of the correlations detected, despite authors implying and inferring causality.

### D. Assessing the "Minority Stress Hypothesis"

101.   The elevated levels of mental health problems among lesbian, gay, and bisexual populations is a well-documented phenomenon, and the idea that it is caused by living within a socially hostile environment is called the *Minority Stress Hypothesis*.[105] The association is not entirely straight-forward, however. For example, although lesbian, gay, and bisexual populations are more vulnerable to suicide ideation overall, the evidence specifically on adult lesbian and bisexual women is unclear. Meyer did not include transgender populations in originating the hypothesis, and it remains a legitimate question to what extent and in what ways it might apply to gender identity.

102.   Minority stress is associated, in large part, with being a visible minority. There is little evidence that transgender populations show the patterns suggested by the hypothesis. For example, the minority stress hypothesis would predict differences according to how visibly a person is discernable as a member of the minority, which often changes greatly upon transition. Biological males who are very effeminate stand out throughout childhood, but in some cases can successfully blend in as adult females; whereas the adult-onset transitioners blend in very much as heterosexual

---

[105]   Meyer, 2003.

cis-gendered males during their youth and begin visibly to stand out in adulthood, only for the first time.

103.   Also suggesting minority stress cannot be the full story is that the mental health symptoms associated with minority stress do not entirely correspond with those associated with gender dysphoria. The primary symptoms associated with minority stress are depressive symptoms, substance use, and suicidal ideation.[106] The symptoms associated with gender dysphoria indeed include depressive symptoms and suicidal ideation, but also include anxiety symptoms, Autism Spectrum Disorders, and personality disorders.

104.   A primary criterion for readiness for transition used by the clinics demonstrating successful transition is the absence or resolution of other mental health concerns, such as suicidality. In the popular media, however, indications of mental health concerns are instead often dismissed as an expectable result caused by Sexual Minority Stress (SMS). It is generally implied that such symptoms will resolve upon transition and integration into an affirming environment.

## VII.   International Health Care Consensus

105.   As detailed in the following, Westernized countries other than the U.S. have followed a remarkably similar pattern of policy development: The health care systems of these countries responded to the demands of transgender advocates by facilitating transition-on-demand, which was followed by the identification of the failure of those efforts to improve the mental health of an exponentially increasing number of youth, and, currently, by the reversal of initial policy, now endorsing psychotherapy as the treatment of choice, with medical interventions representing a method of last resort, if permitted at all.  These range from medical advisories to outright bans on the medical transition of minors.

---

[106]   Meyer, 2003.

## 1. United Kingdom

106.   The National Health Service (NHS) of the United Kingdom centralizes gender counselling and transitioning services in a single clinic, the Gender Identity Development Service (GIDS) of the Tavistock and Portman NHS Foundation Trust. Between 2008 and 2018, the number of referrals to the clinic had increased by a factor of 40, leading to a government inquiry into the causes[107]. The GIDS was repeatedly accused of over-diagnosing and permitting transition in cases despite indicators against patient transition, including by 35 members of the GIDS staff, who resigned by 2019[108].

107.   The NHS appointed Dr. Hilary Cass, former President of the Royal College of Paediatrics and Child Health, to conduct an independent review[109]. That review included a systematic consolidation of all the research evidence, following established procedures for preventing selective citation favouring or down-playing any one conclusion[110]. The review's results were unambiguous: "The critical outcomes for decision making are the impact on gender dysphoria, mental health and quality of life. The quality of evidence for these outcomes was assessed as very low"[111], again using established procedures for assessing clinical research evidence (called GRADE). The review also assessed as "very low" the quality of evidence regarding "body image, psychosocial impact, engagement with health care services, impact on extent of an satisfaction with surgery and stopping treatment"[112]. The report concluded that of the existing research, "The studies included in this evidence review are all small, uncontrolled observational studies, which are subject to bias and confounding….They suggest little change with GnRH analogues [puberty blockers] from baseline to follow-up"[113].

[107]   Marsh, 2020; Rayner, 2018.
[108]   BBC, 2021; Donnelly, 2019.
[109]   National Health Service, 2020, Sept. 22.
[110]   U.K. National Health Service (NHS), 2021.
[111]   U.K. National Health Service (NHS), 2021, p. 4.
[112]   U.K. National Health Service (NHS), 2021, p. 5.
[113]   U.K. National Health Service (NHS), 2021, p. 13.

## 2. Finland

108.    In Finland, the assessments of mental health and preparedness of minors for transition services are centralized by law into two research clinics, Helsinki University Central Hospital and Tampere University Hospital. The eligibility of minors began in 2011. In 2019, Finnish researchers published an analysis of the outcomes of adolescents diagnosed with transsexualism and receiving cross-sex hormone treatment[114]. That study showed that despite the purpose of medical transition to improve mental health: "Medical gender reassignment is not enough to improve functioning and relieve psychiatric comorbidities among adolescents with gender dysphoria. Appropriate interventions are warranted for psychiatric comorbidities and problems in adolescent development"[115]. The patients who were functioning well after transition were those who were already functioning well before transition, and those who were functioning poorly, continued to function poorly after transition.

109.    Consistent with the evidence, Finland's health care service (Council for Choices in Health Care in Finland—COHERE) thus ended the surgical transition of minors, ruling in 2020 that "Surgical treatments are not part of the treatment methods for dysphoria caused by gender-related conflicts in minors" (COHERE, 2020). The review of the research concluded that "[N]o conclusions can be drawn on the stability of gender identity during the period of disorder caused by a psychiatric illness with symptoms that hamper development." COHERE also greatly restricted access to puberty-blocking and other hormonal treatments, indicating they "may be considered if the need for it continues *after* the other psychiatric symptoms have ceased and adolescent development is progressing normally"[116]. The council was explicit in noting the lack of research needed for decision-making, "There is also a

---

[114]  Kaltiala et al., 2020.
[115]  Kaltiala et al., 2020, p. 213.
[116]  Council for Choices in Health Care in Finland, 2020; italics added.

44

need for more information on the *disadvantages* of procedures and on people who regret them"[117].

### 3. Sweden

110.   Sweden's national health care policy regarding trans issues has developed quite similarly to that of the UK. Already in place 20 years ago, Swedish health care policy permitted otherwise eligible minors to receive puberty-blockers beginning at age 14 and cross-sex hormones at age 16.) At that time, only small numbers of minors sought medical transition services. An explosion of referrals ensued in 2013–2014. Sweden's Board of Health and Welfare reported that, in 2018, the number of diagnoses of gender dysphoria was 15 times higher than 2008 among girls ages 13–17.

111.   Sweden has long been very accepting with regard to sexual and gender diversity. In 2018, a law was proposed to lower the age of eligibility for surgical care from age 18 to 15, remove the requirement for parental consent, and lower legal change of gender to age 12. A series of cases of regret and suicide were reported in the Swedish media, leading to questions of mental health professionals failing to consider. In 2019, the Swedish Agency for Health Technology Assessment and Assessment of Social Services (SBU) therefore conducted its own comprehensive review of the research[118]. Like the UK, the Swedish investigation employed methods to ensure the encapsulation of the all the relevant evidence[119].

112.   The SBU report came to the same conclusions as the UK commission. From 2022 forward, the Swedish National Board or Health and Welfare therefore "recommends restraint when it comes to hormone treatment…Based on the results that have emerged, the National Board of Health and Welfare's overall conclusion is that the risks of anti-puberty and sex-confirming hormone treatment for those under

---

[117]   Council for Choices in Health Care in Finland, 2020; italics added.
[118]   Orange, 2020, Feb 22.
[119]   Swedish Agency for Health Technology Assessment and Assessment of Social Services, 2019.

18 currently outweigh the possible benefits for the group as a whole"[120]. Neither puberty blockers nor cross-sex hormones would be provided under age 16, and patients ages 16–18 would receive such treatments only within research settings (clinical trials monitored by the appropriate Swedish research ethics board).

### 4. France

113.    In 2022, the Académie Nationale de Médecine of France issued a strongly worded statement, citing the Swedish ban on hormone treatments. "[A] great medical caution must be taken in children and adolescents, given the vulnerability, particularly psychological, of this population and the many undesirable effects, and even serious complications, that some of the available therapies can cause…such as impact on growth, bone fragility, risk of sterility, emotional and intellectual consequences and, for girls, symptoms reminiscent of menopause"[121]. For hormones, the Académie concluded "the greatest reserve is required in their use," and for surgical treatments, "[T]heir irreversible nature must be emphasized." The Académie did not outright ban medical interventions, but warned "the risk of over-diagnosis is real, as shown by the increasing number of transgender young adults wishing to "detransition". Rather than medical interventions, it advised health care providers "to extend as much as possible the psychological support phase." The Académie reviewed and emphasized the evidence indicating the very large and very sudden increase in youth requesting medical transition. It attributed the change, not to society now being more accepting of sexual diversity, but to social media, "underlining the addictive character of excessive consultation of social networks which is both harmful to the psychological development of young people and responsible, for a very important part, of the growing sense of gender incongruence."

---

[120]    Swedish National Board of Health and Welfare, 2022.
[121]    Académie Nationale de Médecine, 2022, Feb. 25.

### 5. Australia

114.    In Australia, from 2004 to 2017, court approval was required before starting hormone treatment.  The end of that policy was followed by a jump to the opposite extreme: The subsequent Australian standards of care were explicit in indicating "decision making should be driven by the child or adolescent wherever possible; this applies to options regarding not only medical intervention but also social transition",[122] emphasizing that "Social transition should be led by the child."[123] Notably, these guidelines were based, not on the research literature, but on expert consensus.[124]  In 2019, however, the Royal Australian and New Zealand College of Psychiatrists withdrew its support for those guidelines, issuing a position statement prioritizing psychotherapy. In an interview with Medscape, the president of the National Association of Practising Psychiatrists in Australia said that exploration of a patients reasons for identifying as transgender is essential, and "There may be other reasons for doing it and we need to look for those, identify them and treat them. This needs to be done before initiating hormones and changing the whole physical nature of the child."[125]

## VIII.  Assessing Statements from Professional Associations

115.    In stark contrast with the consensus of the international health bodies endorsing evidence-based medicine, some U.S. medical associations instead continue to endorse medical intervention for children.  The value of such endorsement should not be either over or under-estimated.  The general public typically infers from such support that it followed from the association having conducted a scholarly review of the scientific evidence, ideally using standardized research methods to isolate biases and favors any specific results.  Yet, whereas European public health services have

---

[122] Telfer, *et al.,* 2018, p. 133.
[123] Telfer, *et al.,* 2018, p. 134.
[124] Telfer, *et al.,* 2018, p. 132.
[125] *Medscape,* 2021, Oct. 7.

47

engaged in exactly these comprehensive and transparent methods[126] (e.g., CASS/NICE in Appendix 4), the American professional associations have not.

116. With the broad exception of the AAP, the professional associations' statements repeatedly noted instead that:

- Desistance of gender dysphoria occurs in the majority of prepubescent children.
- Mental health issues need to be assessed as potentially contributing factors and need to be addressed before transition.
- Puberty-blocking medication is an experimental, not a routine, treatment.
- Social transition is not generally recommended until after puberty.

Although some other associations have published broad statements of moral support for sexual minorities and against discrimination, they did not include any specific standards or guidelines regarding medical- or transition-related care.

### 1. World Professional Association for Transgender Health (WPATH)

117. The WPATH standards as they relate to prepubescent children begin with the acknowledgement of the known rates of desistance among gender dysphoric children:

> [I]n follow-up studies of prepubertal children (mainly boys) who were referred to clinics for assessment of gender dysphoria, the dysphoria persisted into adulthood for only 6–23% of children (Cohen-Kettenis, 2001; Zucker & Bradley, 1995). Boys in these studies were more likely to identify as gay in adulthood than as transgender (Green, 1987; Money & Russo, 1979; Zucker & Bradley, 1995; Zuger, 1984). Newer studies, also including girls, showed a 12–27% persistence rate of gender dysphoria into adulthood (Drummond, Bradley, Peterson-Badali, & Zucker, 2008; Wallien & Cohen-Kettenis, 2008).[127]

118. That is, "In most children, gender dysphoria will disappear before, or early in, puberty."[128]

119. Although WPATH does not refer to puberty blocking medications as "experimental," the document indicates the non-routine, or at least inconsistent

---

[126] U.K. National Health Service (NHS), 2021.
[127] Coleman, *et al.*, 2012, at 172.
[128] Coleman, *et al.*, 2012, at 173.

availability of the treatment:

> Among adolescents who are referred to gender identity clinics, the number considered eligible for early medical treatment—starting with GnRH analogues to suppress puberty in the first Tanner stages—differs among countries and centers. Not all clinics offer puberty suppression. If such treatment is offered, the pubertal stage at which adolescents are allowed to start varies from Tanner stage 2 to stage 4 (Delemarre-van de Waal & Cohen-Kettenis, 2006; Zucker et al., [2012]).[129]

120.   WPATH neither endorses nor proscribes social transitions before puberty, instead recognizing the diversity among families' decisions:

> Social transitions in early childhood do occur within some families with early success. This is a controversial issue, and divergent views are held by health professionals. The current evidence base is insufficient to predict the long-term outcomes of completing a gender role transition during early childhood.[130]

121.   It does caution, however, "Relevant in this respect are the previously described relatively low persistence rates of childhood gender dysphoria."[131]

122.   The WPATH standards have been subjected to standardized evaluation, the Appraisal of Guidelines for Research and Evaluation ("AGREE II") method, as part of an appraisal of all published Clinical Practice Guidelines (CPGs) regarding sex and gender minority healthcare.[132] Utilizing community stakeholders to set domain priorities for the evaluation, the assessment concluded that the guidelines regarding HIV and its prevention were of high quality, but that "[t]ransition-related CPGs tended to lack methodological rigour and rely on patchier, lower-quality primary research."[133] The WPATH guidelines were not recommended for use. Indeed, the WPATH guidelines received unanimous ratings of "Do not recommend."[134]

123.   Finally, it should be noted that WPATH is in stark opposition to international standards: Public healthcare systems throughout the world have instead been ending the practice of medical transition of minors, responding to the

---

[129]   Coleman, *et al.*, 2012, at 173.
[130]   Coleman, *et al.*, 2012, at 176.
[131]   Coleman, *et al.*, 2012, at 176 (quoting Drummond, *et al.*, 2008; Wallien & Cohen-Kettenis, 2008).
[132]   Dahlen, *et al.*, 2021.
[133]   Dahlen, *et al.*, 2021, at 6.
[134]   Dahlen, *et al.*, 2021, at 7.

increasingly recognized risks associated with hormonal interventions and the now clear lack of evidence that medical transition was benefitting most children, as opposed to the mental health counseling accompanying transition.

### 2. Endocrine Society (ES)

124.   The 150,000-member Endocrine Society appointed a nine-member task force, plus a methodologist and a medical writer, who commissioned two systematic reviews of the research literature and, in 2017, published an update of their 2009 recommendations, based on the best available evidence identified. The guideline was co-sponsored by the American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Paediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society (PES), and the World Professional Association for Transgender Health (WPATH).

125.   The document acknowledged the frequency of desistance among gender dysphoric children:

> Prospective follow-up studies show that childhood GD/gender incongruence does not invariably persist into adolescence and adulthood (so-called "desisters"). Combining all outcome studies to date, the GD/gender incongruence of a minority of prepubertal children appears to persist in adolescence. . . . In adolescence, a significant number of these desisters identify as homosexual or bisexual.[135]

126.   The statement similarly acknowledges inability to predict desistance or persistence, "With current knowledge, we cannot predict the psychosexual outcome for any specific child."[136]

127.   Although outside their area of professional expertise, mental health issues were also addressed by the Endocrine Society, repeating the need to handle such issues before engaging in transition, "In cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing

---

[135]   Hembree, *et al.*, 2017, at 3876.
[136]   Hembree, *et al.*, 2017, at 3876.

these other issues."[137] This ordering—to address mental health issues before embarking on transition—avoids relying on the unproven belief that transition will solve such issues.

128.   The Endocrine Society did not endorse any affirmation-only approach. The guidelines were neutral with regard to social transitions before puberty, instead advising that such decisions be made only under clinical supervision: "We advise that decisions regarding the social transition of prepubertal youth are made with the assistance of a mental health professional or similarly experienced professional."[138]

129.   The Endocrine Society guidelines make explicit that, after gathering information from adolescent clients seeking medical interventions and their parents, the clinician "provides correct information to prevent unrealistically high expectations [and] assesses whether medical interventions may result in unfavorable psychological and social outcomes."[139]

### 3. Pediatric Endocrine Society and Endocrine Society (ES/PES)

130.   In 2020, the 1500-member Pediatric Endocrine Society partnered with the Endocrine Society to create and endorse a brief, two-page position statement.[140] Although strongly worded, the document provided no specific guidelines, instead deferring to the Endocrine Society guidelines.[141]

131.   It is not clear to what extent this endorsement is meaningful, however. According to the PES, the Endocrine Society "recommendations include evidence that treatment of gender dysphoria/gender incongruence is medically necessary and should be covered by insurance."[142] However, the Endocrine Society makes neither statement. Although the two-page PES document mentioned insurance coverage four

---

[137]   Hembree, *et al*., 2017, at 3877.
[138]   Hembree, *et al*., 2017, at 3872.
[139]   Hembree, *et al*., 2017, at 3877.
[140]   PES, online; Pediatric Endocrine Society & Endocrine Society, Dec. 2020.
[141]   Pediatric Endocrine Society & Endocrine Society, Dec. 2020, at 1; Hembree, *et al*., 2017.
[142]   Pediatric Endocrine Society & Endocrine Society, Dec. 2020, at 1.

times, the only mention of health insurance by the Endocrine Society was: "If GnRH analog treatment is not available (insurance denial, prohibitive cost, or other reasons), postpubertal, transgender female adolescents may be treated with an antiandrogen that directly suppresses androgen synthesis or action."[143] Despite the PES asserting it as "medically necessary," the Endocrine Society stopped short of that. Its only use of that phrase was instead limiting: "We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically necessary and would benefit the patient's overall health and/or well-being."[144]

### 4. American Academy of Child & Adolescent Psychiatry (AACAP)

132.    The 2012 statement of the American Academy of Child & Adolescent Psychiatry (AACAP) is not an affirmation-only policy. It notes:

> Just as family rejection is associated with problems such as depression, suicidality, and substance abuse in gay youth, the proposed benefits of treatment to eliminate gender discordance in youth must be carefully weighed against such possible deleterious effects. . . . In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood, or at least until the wish to change sex is unequivocal, consistent, and made with appropriate consent.[145]

133.    The AACAP's language repeats the description of the use of puberty blockers only as an exception: "For situations in which deferral of sex reassignment decisions until adulthood is *not clinically feasible*, one approach that has been described in case series is sex hormone suppression under endocrinological management with psychiatric consultation using gonadotropin-releasing hormone analogues."[146]

134.    The AACAP statement acknowledges the long-term outcomes literature for gender dysphoric children: "In follow-up studies of prepubertal boys with gender

---

143    Hembree, *et al.* 2017, at 3883.
144    Hembree, *et al.*, 2017 at 3872, 3894.
145    Adelson & AACAP, 2012, at 969.
146    Adelson & AACAP, 2012, at 969 (italics added).

discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood,"[147] adding that "[c]linicians should be aware of current evidence on the natural course of gender discordance and associated psychopathology in children and adolescents in choosing the treatment goals and modality."[148]

135.    The policy similarly includes a provision for resolving mental health issues: "Gender reassignment services are available in conjunction with mental health services focusing on exploration of gender identity, cross-sex treatment wishes, counseling during such treatment if any, and *treatment of associated mental health problems*."[149] The document also includes minority stress issues and the need to deal with mental health aspects of minority status (*e.g.*, bullying).[150]

136.    Rather than endorse social transition for prepubertal children, the AACAP indicates: "There is similarly no data at present from controlled studies to guide clinical decisions regarding the risks and benefits of sending gender discordant children to school in their desired gender. Such decisions must be made based on clinical judgment, bearing in mind the potential risks and benefits of doing so."[151]

### 5. American College of Obstetricians & Gynecologists (ACOG)

137.    The American College of Obstetricians & Gynecologists (ACOG) published a "Committee Opinion" expressing recommendations in 2017. The statement indicates it was developed by the ACOG's Committee on Adolescent Health Care, but does not indicate participation based on professional expertise or a systematic method of objectively assessing the existing research. It includes the disclaimer: "This document reflects emerging clinical and scientific advances as of the date issued and is subject to change. The information should not be construed as dictating an

---

[147]   Adelson & AACAP, 2012, at 963.
[148]   Adelson & AACAP, 2012, at 968.
[149]   Adelson & AACAP, 2012, at 970 (italics added).
[150]   Adelson & AACAP, 2012, at 969.
[151]   Adelson & AACAP, 2012, at 969.

exclusive course of treatment or procedure to be followed."[152]

138.    Prepubertal children do not typically have clinical contact with gynecologists, and the ACOG recommendations include that the client additionally have a primary health care provider.[153]

139.    The ACOG statement cites the statements made by other medical associations—European Society for Pediatric Endocrinology (ESPE), PES, and the Endocrine Society—and by WPATH.[154] It does not cite any professional association of *mental* health care providers, however. The ACOG recommendations repeat the previously mentioned eligibility/readiness criteria of having no mental illness that would hamper diagnosis and no medical contraindications to treatment. It notes: "*Before* any treatment is undertaken, the patient must display eligibility and readiness (Table 1), meaning that the adolescent has been evaluated by a mental health professional, has no contraindications to therapy, and displays an understanding of the risks involved."[155]

140.    The "Eligibility and Readiness Criteria" also include, "Diagnosis established for gender dysphoria, transgender, transsexualism."[156] This standard, requiring a formal diagnosis, forestalls affirmation-on-demand because self-declared self-identification is not sufficient for DSM diagnosis.

141.    ACOG's remaining recommendations pertain only to post-transition, medically oriented concerns. Pre-pubertal social transition is not mentioned in the document, and the outcomes studies of gender dysphoric (prepubescent) children are not cited.

### 6. American College of Physicians (ACP)

142.    The American College of Physicians published a position paper broadly

---

[152]    ACOG, 2017, at 1.
[153]    ACOG, 2017, at 1.
[154]    ACOG, 2017, at 1, 3.
[155]    ACOG, 2017, at 1, 3 (citing the Endocrine Society guidelines) (italics added).
[156]    ACOG, 2017, at 3 Table 1.

54

expressing support for the treatment of LGBT patients and their families, including nondiscrimination, antiharassment, and defining "family" by emotional rather than biological or legal relationships in visitation policies, and the inclusion of transgender health care services in public and private health benefit plans.[157]

143.   ACP did not provide guidelines or standards for child or adult gender transitions. The policy paper opposed attempting "reparative therapy;" however, the paper confabulated sexual orientation with gender identity in doing so. That is, on the one hand, ACP explicitly recognized that "[s]exual orientation and gender identity are inherently different."[158] It based this statement on the fact that "the American Psychological Association conducted a literature review of 83 studies on the efficacy of efforts to change *sexual orientation*."[159] The APA's document, entitled "Report of the American Psychological Task Force on appropriate therapeutic responses to *sexual orientation*" does not include or reference research on gender identity.[160] Despite citing no research about transgenderism, the ACP nonetheless included in its statement: "Available research does not support the use of reparative therapy as an effective method in the treatment of LGB*T* persons."[161] That is, the inclusion of "T" with "LGB" is based on something other than the existing evidence.

144.   There is another statement,[162] which was funded by ACP and published in the Annals of Internal Medicine under its "*In the Clinic*" feature, noting that "'In the Clinic' does not necessarily represent official ACP clinical policy."[163] The document discusses medical transition procedures for adults rather than for children, except to note that "[n]o medical intervention is indicated for prepubescent youth,"[164] that a "mental health provider can assist the child and family with identifying an

---

[157]   Daniel & Butkus, 2015a, 2015b.
[158]   Daniel & Butkus, 2015b, at 2.
[159]   Daniel & Butkus, 2015b, at 8 (italics added).
[160]   APA, 2009 (italics added).
[161]   Daniel & Butkus, 2015b, at 8 (italics added).
[162]   Safer & Tangpricha, 2019.
[163]   Safer & Tangpricha, 2019, at ITC1.
[164]   Safer & Tangpricha, 2019, at ITC9.

appropriate time for a social transition,"[165] and that the "child should be assessed and managed for coexisting mood disorders during this period because risk for suicide is higher than in their cisgender peers."[166]

### 7. American Academy of Pediatrics (AAP)

145.    The policy of the American Academy of Pediatrics (AAP) is unique among the major medical associations in being the only one to endorse an affirmation-on-demand policy, including social transition before puberty without any watchful waiting period. Although changes in recommendations can obviously be appropriate in response to new research evidence, the AAP provided none. Rather, the research studies AAP cited in support of its policy simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing watchful waiting.[167] Moreover, of all the outcomes research published, the AAP policy cited *one*, and that without mentioning the outcome data it contained.[168].

146.    Immediately following the publication of the AAP policy, I conducted a point-by-point fact-check of the claims it asserted and the references it cited in support. I submitted that to the *Journal of Sex & Marital Therapy*, a well-known research journal of my field, where it underwent blind peer review and was published. I append that article as part of this report. *See* Appendix 3. A great deal of published attention ensued; however, the AAP has yet to respond to the errors I demonstrated its policy contained. Writing for *The Economist* about the use of puberty blockers, Helen Joyce asked AAP directly, "Has the AAP responded to Dr Cantor? If not, have you any response now?" The AAP Media Relations Manager, Lisa Black, responded: "We do not have anyone available for comment."

---

[165]    Safer & Tangpricha, 2019, at ITC9.
[166]    Safer & Tangpricha, 2019, at ITC9.
[167]    Cantor, 2020.
[168]    Cantor, 2020, at 1.

### 8. The ESPE-LWPES GnRH Analogs Consensus Conference Group

147.   Included in the interest of completeness, there was also a collaborative report in 2009, between the European Society for Pediatric Endocrinology (ESPE) and the Lawson Wilkins Pediatric Endocrine Society (LWPES).[169] Thirty experts were convened, evenly divided between North American and European labs and evenly divided male/female, who comprehensively rated the research literature on gonadotropin-release hormone analogs in children.

148.   The effort concluded that "[u]se of gonadotropin-releasing hormone analogs for conditions other than central precocious puberty requires additional investigation and cannot be suggested routinely."[170] However, gender dysphoria was not explicitly mentioned as one of those other conditions. Such additional investigations have still not appeared in the research literature, and the need for them continues to be expressed by these same professional bodies.

Executed on this 17th day of June 2022.

James M. Cantor, Ph.D.

---

[169]  Carel et al., 2009.
[170]  Carel et al. 2009, at 752.

57

## REFERENCES

Académie Nationale de Médecine. (2022, Feb. 25). Medicine and gender transidentity in children and adolescents. Retrieved from https://www.academie-medecine.fr/la-medecine-face-a-la-transidentite-de-genre-chez-les-enfants-et-les-adolescents/?lang=en

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. *International Journal of Pediatric Endocrinology.* doi: 10.1186/s13633-020-00078-2

Adams, N. J., & Vincent, B. (2019). Suicidal thoughts and behaviors among transgender adults in relation to education, ethnicity, and income: A systematic review. *Transgender Health, 4,* 226–246.

Adelson, S. L., & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues. (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*, 957–974.

Allen, L. R., Watson, L. B., Egan, A. M., & Moser, C. N. (2019). Well-being and suicidality among transgender youth after gender-affirming hormones. *Clinical Practice in Pediatric Psychology, 7,* 302-311.

American College of Obstetricians and Gynecologists. (2017). Care for transgender Adolescents. Committee Opinion No. 685. Retrieved from www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2017/01/care-for-transgender-adolescents

American Psychiatric Association. (2022). *Diagnostic and statistical manual for mental disorders, fifth edition, text revision (DSM-5-TR).* Washington, DC: Author.

American Psychological Association, Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. Retrieved from http://www. apa.org/pi/lgbc/publications/therapeutic-resp.html

Anzani, A., De Panfilis, C., Scandurra, C., & Prunas, A. (2020). Personality disorders and personality profiles in a sample of transgender individuals requesting gender-affirming treatments. *International Journal of Environmental Research and Public Health, 17,* 1521. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7084367/

Bachmann, S. (2018). Epidemiology of suicide and the psychiatric perspective. International *Journal of Environmental Research and Public Health, 15,* 1425.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. *BMC Public Health*, 15,

525.

BBC News. (2021, Sept. 5). NHS child gender identity clinic whistleblower wins tribunal. *British Broadcasting Company*. Retrieved from https://www.bbc.com/news/uk-58453250

Biggs, M. (2019). A letter to the editor regarding the original article by Costa et al: Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine, 16,* 2043.

Biggs, M. (2020). Gender dysphoria and psychological functioning in adolescents treated with GnRHa: Comparing Dutch and English prospective studies. *Archives of Sexual Behavior*, 49, 2231–2236.

Blanchard, R. (1985). Typology of male-to-female transsexualism. *Archives of Sexual Behavior*, 14, 247–261.

Blanchard, R. (1988). Nonhomosexual gender dysphoria. *The Journal of Sex Research*, 24, 188–193.

Blanchard, R. (1989a). The classification and labeling of nonhomosexual gender dysphorias. *Archives of Sexual Behavior*, 18, 315–334.

Blanchard, R. (1989b). The concept of autogynephilia and the typology of male gender dysphoria. *Journal of Nervous and Mental Disease*, 177, 616–623.

Blanchard, R. (1990). Gender identity disorders in adult women. In R. Blanchard & B. W. Steiner (Eds.), *Clinical management of gender identity disorders in children and adults* (pp. 77–91). Washington, DC: American Psychiatric Press.

Blanchard, R. (1991). Clinical observations and systematic studies of autogynephilia. *Journal of Sex and Marital Therapy*, 17, 235–251.

Blanchard, R., Steiner, B. W., Clemmensen, L. H., & Dickey, R. (1989). Prediction of regrets in postoperative transsexuals. *Canadian Journal of Psychiatry*, 34, 43–45.

Boivin, L., Notredame, C.-E., Jardri, R., & Medjkane, F. (2020). Supporting parents of transgender adolescents: Yes, but how? *Archives of Sexual Behavior*, 49, 81–83.

Borges, G., Nock, M. K., Haro Abad, J. M., Hwang, I., Sampson, N. A., Alonso, J., Helena Andrade, L....Kessler, R. C. (2010) Twelve-month prevalence of and risk factors for suicide attempts in the World Health Organization World Mental Health Surveys. *Journal of Clinical Psychiatry, 71,* 1617–1628.

Bränström, R., & Pachankis, J. E. (2019). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. *American Journal of Psychiatry, 177,* 727–734.

Canetto, S. S., Antonelli, P., Ciccotti, A., Dettore, D., & Lamis, D. A. (2021). Suicidal as normal: A lesbian, gay, and bisexual youth script? *Crisis, 42,* 292–300.

Cantor, J. M. (2011). New MRI studies support the Blanchard typology of male-to-

female transsexualism. *Archives of Sexual Behavior, 40*, 863–864.

Cantor, J. M. (2012). Reply to Italiano's (2012) comment on Cantor (2011). *Archives of Sexual Behavior, 41,* 1081–1082.

Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy*, 46, 307–313.

Carel, J. C., Eugster, E. A., Rogol, A., Ghizzoni, L., Palmert, M. R.; ESPE-LWPES GnRH Analogs Consensus Conference Group, Antoniazzi, F., Berenbaum, S., Bourguignon, J. P., Chrousos, G. P., Coste, J., Deal, S., de Vries, L., Foster, C., Heger, S., Holland, J., Jahnukainen, K., Juul, A., Kaplowitz, P., Lahlou, N., Lee, M. M., Lee, P., Merke, D. P., Neely, E. K., Oostdijk, W., Phillip, M., Rosenfield, R. L., Shulman, D., Styne, D., Tauber, M., Wit, J. M. (2009). Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*, 123, e752–e762.

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLosONE, 16,* e0243894.

Cohen-Kettenis, P. T. (2001). Gender identity disorder in DSM? *Journal of the American Academy of Child & Adolescent Psychiatry, 40,* 391–391.

Cohen-Kettenis, P. T., Owen, A., Kaijser, V. G., Bradley, S. J., & Zucker, K. J. (2003). Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: A cross-national, cross-clinic comparative analysis. *Journal of Abnormal Child Psychology*, 31, 41–53.

Cohen, J., Cohen, P., West, S. G. Cohen, J., Cohen, P., West, S. G., & Aiken, L. S. (2003). *Applied multiple regression/correlation analysis for the behavioral sciences (3rd ed.).* Mahwah, NJ: Lawrence Erlbaum Associates.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W. J., Monstrey, S., Adler, R. K., Brown, G. R., Devor, A. H., Ehrbar, R., Ettner, R., Eyler, E., Garofalo, R., Karasic, D. H., Lev, A. I., Mayer, G., Meyer-Bahlburg, H., Hall, B. P., Pfaefflin, F., Rachlin, K., Robinson, B., Schechter, L. S., Tangpricha, V., van Trotsenburg, M., Vitale, A., Winter, S., Whittle, S., Wylie, K. R., & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13, 165–232.

Costa, R., Dunsford, M., Skagerberg, E., Holt V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine, 12,* 2206–2214.

Council for Choices in Health Care in Finland (COHERE). (2020, June 16). Medical treatment methods for dysphoria associated with variations in gender identity in minors—Recommendation. [Translated] Retrieved from https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-

b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474

Dahlen, S., Connolly, D., Arif, I., Hyder Junejo, M., Bewley, S., & Meads, C. (2021). *International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. BMJ Open, 11,* e048943.

D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior, 50,* 7–16.

Daniel, H., & Butkus, R. (2015a). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163,* 135–137.

Daniel, H., & Butkus, R. (2015b). Appendix: Lesbian, gay, bisexual, and transgender health disparities: A policy position paper from the American College of Physicians. *Annals of Internal Medicine, 163,* [unpaginated].

de Vries, A. L. C. & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch Approach. *Journal of Homosexuality, 59,* 301–320.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics, 134,* 1–9.

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *Journal of Sexual Medicine, 8,* 2276–2283.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry, 52,* 1195–1202.

de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer- Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders*, *40,* 930–936.

Delemarre-van de Waal, H. A., & Cohen- Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology, 155* (suppl 1), S131–S137.

Dhejne, C., Van Vlerken, R., Geylens, G., & Arcelus, J. (2016). Mental health and gender dysphoria: A review of the literature. *International Review of Psychiatry*, *28,* 44–57.

Dhejneberg, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: Prevalence, incidence, and regrets. *Archives of Sexual Behavior, 43,* 1535–1545.

Donnelly, L. (2019, Dec. 12). Children's transgender clinic hit by 35 resignations in three years as psychologists warn of gender dysphoria 'over-diagnoses'. *The

*Telegraph*. Retrieved from https://www.telegraph.co.uk/news/2019/12/12/childrens-transgender-clinic-hit-35-resignations-three-years/?WT.mc_id=tmg_share_em

Drummond, K. D., Bradley, S. J., Peterson-Badali, M., & Zucker, K. J. (2008). A follow up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry, 56,* 116–123.

Finland Ministry of Social Affairs and Health, Council for Choices in Health Care. (2020, June 11). *Medical treatment methods for dysphoria associated with variations in gender identity in minors—Recommendation.* Retrieved from https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474

Finland Ministry of Social Affairs and Health, Council for Choices in Health Care. (2020, June 16). *Medical treatments for gender dysphoria that reduces functional capacity in transgender people—Recommendation.* Retrieved from https://palveluvalikoima.fi/documents/1237350/22895838/Summary+transgender.pdf/2cc3f053-2e34-39ce-4e21-becd685b3044/Summary+transgender.pdf?t=1592318543000

Freeman, A., Mergl, R., Kohls, E., Székely, A., Gusmao, R., Arensman, E., Koburger, N., Hegerl, U., & Rummel-Kluge, C. (2017). A cross-national study on gender differences in suicide intent. *BMC Psychiatry, 17,* 234.

Gould, M. S., & Lake, A. M. (2013, Feb. 6). II.4 *The contagion of suicidal behavior.* Forum on Global Violence Prevention, Board on Global Health; Institute of Medicine; National Research Council. Contagion of Violence: Workshop Summary. National Academies Press: Washington, DC. Retrieved from https://www.ncbi.nlm.nih.gov/books/NBK207262/

Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press.

Guillamon, A., Junque, C., & Gómez-Gil, E. (2016). A review of the status of brain structure research in transsexualism. *Archives of Sexual Behavior, 45,* 1615–1648.

Haas, A. P., Eliason, M., Mays, V. M., Mathy, R. M., Cochran, S. D., D'Augelli, A. R., Silverman, M. M., Fisher, P. W., Hughes, T., Rosario, M., Russell, S. T., Malley, E., Reed, J., Litts, D. A., Haller, E., Sell, R. L., Remafedi, G., Bradford, J., Beautrais, A. L., Brown, G. K., … Clayton, P. J. (2011). Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: Review and recommendations. *Journal of homosexuality*, *58,* 10–51.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, T. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/ gender-incongruent persons: An Endocrine Society clinical practice guideline. *Journal of Clinical*

*Endocrinology & Metabolism, 102,* 3869–3903.

Hepp, U., Kraemer, B., Schnyder, U., Miller, N., & Delsignore, A. (2005). Psychiatric comorbidity in gender identity disorder. *Journal of Psychosomatic Research, 58,* 259–261.

Hisle-Gorman, E., Schvey, N. A., Adirim, T. A., Rayne, A. K., Susi, A., Roberts, T. A., & Klein, D. A. (2021). Mental healthcare utilization of transgender youth before and after affirming treatment. *The Journal of Sexual Medicine, 18,* 1444–1454.

Holt, V., Skagerberg, E., & Dunsford, M. (2016). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry, 21*, 108–118.

Italiano, M. (2012). Comment on Cantor (2011). *Archives of Sexual Behavior, 41,* 1079.

Jacobs, L. A., Rachlin, K., Erickson-Schroth, L., & Janssen, A. (2014). Gender dysphoria and co-occurring autism spectrum disorders: Review, case examples, and treatment considerations. *LGBT Health, 1,* 277–282.

Janssen, A., Busa, S., Wernick, J. (2019). The complexities of treatment planning for transgender youth with co-occurring severe mental illness: A literature review and case study. *Archives of Sexual Behavior, 48*, 2003–2009.

Janssen, A., Huang, H., & Duncan, C. (2016). Gender variance among youth with autism spectrum disorders: A retrospective chart review. *Transgender Health, 1*, 63–68.

Kalin, N. H. (2020). Reassessing mental health treatment utilization reduction in transgender individuals after gender-affirming surgeries: A comment by the Editor on the process. *American Journal of Psychiatry, 177,* 765.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health, 9*, 9.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry, 74,* 213–219.

Kaltiala, R., Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry, 74,* 213–219.

Klonsky, E. D., May, A. M., Saffer, B. Y. (2016). Suicide, suicide attempts, and suicidal ideation. *Annual Review of Clinical Psychology, 12,* 307–330.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender- affirming hormone therapy. *Pediatrics, 145,* e20193006.

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a raid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330.

Marsh, S. (2020, Sept. 20). NHS to hold review into gender identity services for children and young people. *The Guardian.* Retrieved from https://www.theguardian.com/society/2020/sep/22/nhs-to-hold-review-into-gender-identity-services-for-children-and-young-people

Marshall, E., Claes, L. L., Bouman, W. P., Witcomb, G. L., & Arcelus, J. (2016). Non-suicidal self-injury and suicidality in trans people: A systematic review of the literature. *International Review of Psychiatry, 28,* 58–69.

May, T., Pang, K., & Williams, K. J. (2016). Gender variance in children and adolescents with autism spectrum disorder from the National Database for Autism Research. *International Journal of Transgenderism, 18*, 7–15.

McCall, B. (2021, October 7). Psychiatrists shift stance on gender dysphoria, recommend therapy. *Medscape Psychiatry.* Retrieved from www.medscape.com/viewarticle/960390?src=soc_tw_share

McNeil, J., Ellis, S. J., & Eccles, F. J. R. (2017). Suicide in trans populations: A systematic review of prevalence and correlates. *Psychology of Sexual Orientation and Gender Diversity, 4,* 341–353.

*Medscape.* (2021, Oct. 7). Psychiatrists Shift Stance on Gender Dysphoria—Recommend Therapy. Retrieved from https://www.medscape.com/viewarticle/960390?src=soc_tw_share

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*, 674–697.

Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role in childhood: Longitudinal follow-up. *Journal of Pediatric Psychology, 4*, 29–41.

MSNBC. (2015, Jan. 5). *Trans youth and suicide: An epidemic.* Retrieved from https://www.msnbc.com/ronan-farrow/watch/trans-youth-and-suicide-an-epidemic-380294211712

Mustanski, B. S., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *American Journal of Public Health, 100*, 2426–2432.

Nainggolan, L. (2021, May 12). Hormonal Tx of youth with gender dysphoria stops in Sweden. Medscape Psychiatry. Retrieved from www.medscape.com/viewarticle/950964?src=soc_tw_share

National Health Service (NHS). (2020, Sept. 22). NHS announces independent review into gender identity services for children and young people. United Kingdom. Retrieved from https://www.england.nhs.uk/2020/09/nhs-announces-independent-review-into-gender-identity-services-for-children-and-young-people/

Nock, M. K., Borges, G., Bromet, E. J., Alonso, J., Angermeyer, M., Beautrais, A....Williams, D. (2008). Cross-national prevalence and risk factors for suicidal ideation, plans and attempts. *British Journal of Psychiatry, 192,* 98–105.

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137*, e20153223.

Orange, R. (2020, Feb 22). Teenage transgender row splits Sweden as dysphoria diagnoses soar by 1,500%: New health report and TV debates highlight backlash against gender reassignment. *The Guardian.* Retrieved from https://www.theguardian.com/society/2020/feb/22/ssweden-teenage-transgender-row-dysphoria-diagnoses-soar

Pediatric Endocrine Society & Endocrine Society. (2020, December 15). *Transgender health.* Retrieved from www.endocrine.org/advocacy/position-statements/transgender-health.

Pediatric Endocrine Society. (Online). About PES. Retrieved from https://pedsendo.org/about-pes/

Rae, J. R., Gülgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science, 30*, 669–681.

Rafferty, J., AAP Committee on psychosocial aspects of child and family health, AAP Committee on adolescence, AAP Section on lesbian, gay, bisexual, and transgender health and wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics, 142*(4), e20182162

Rayner, G. (2018, Sept. 16). Minister orders inquiry into 4000 percent rise in children wanting to change sex. *The Telegraph.* Retrieved from https://www.telegraph.co.uk/politics/2018/09/16/minister-orders-inquiry-4000-per-cent-rise-children-wanting/

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56*, 274–279.

Reuter, T. R., Sharp, C., Kalpakci, A. H., Choi, H. J., & Temple, J. R. (2016). Sexual orientation and Borderline Personality Disorder features in a community sample of adolescents. *Journal of Personality Disorders, 30,* 694–707.

Rodriguez-Seijas, C., Morgan, T. A., & Zimmerman, M. (2021). A population-based examination of criterion-level disparities in the diagnosis of Borderline Personality Disorder among sexual minority adults. *Assessment, 28,* 1097–1109.

Royal Australian & New Zealand College of Psychiatrists. (2021, August). *Recognising and addressing the mental health needs of people experiencing Gender Dysphoria/Gender Incongruence* [Position Statement 103]. Retrieved from https://www.ranzcp.org/news-policy/policy-and-advocacy/position-statements/gender-dysphoria

Safer, J. D., Tangpricha, V. (2019). In the clinic: Care of the transgender patient. *Annals of Internal Medicine, 171*(1), ITC1–ITC6.

Samaritans. (2020). *Media guidelines for reporting suicide.* Ewell, Surrey, UK. Retrieved from https://media.samaritans.org/documents/Media_Guidelines_FINAL_v2_TABa8C6.pdf

Schumm, W. R., & Crawford, D. W. (2020). Is research on transgender children what it seems? Comments on recent research on transgender children with high levels of parental support. *The Linacre Quarterly, 87,* 9–24.

Schumm, W. R., Crawford, D. W., Fawver, M. M., Gray, N. K., Niess, Z. M., & Wagner, A. D. (2019). Statistical errors in major journals: Two case studies used in a basic statistics class to assess understanding of applied statistics. *Psychology and Education—An Interdisciplinary Journal, 56,* 35–42.

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A follow-up study of boys with gender identity disorder. *Frontiers in Psychiatry, 12,* 632784.

Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism, 14,* 86–92.

Skelly, A. C., Dettori, J. R., & Brodt, E. D. (2012). Assessing bias: The importance of considering confounding. *Evidence-based Spine-Care Journal, 3,* 9–12.

Steensma, T. D., Cohen-Kettenis, P. T., & Zucker, K. J. (2018). Evidence for a change in the sex ratio of children referred for gender dysphoria: Data from the Center of Expertise on Gender Dysphoria in Amsterdam (1988–2016). *Journal of Sex & Marital Therapy, 44,* 713–715.

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590.

Strang, J. F., Kenworthy, L., Dominska, A., Sokoloff, J., Kenealy, L. E., Berl, M., … Wallace, G. L. (2014). Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. *Archives of Sexual Behavior, 43,* 1525–1533.

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., … Anthony, L. G. (2016). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *Journal of Clinical Child and Adolescent Psychology, 47,* 105–115.

Swedish Agency for Health Technology Assessment and Assessment of Social Services (SBU). (2019, Sept. 6). Gender dysphoria in children and adolescents: An inventory of the literature. A systematic scoping review. Retrieved from https://www.sbu.se/en/publications/sbu-bereder/gender-dysphoria-in-children-and-adolescents-an-inventory-of-the-literature/

Swedish Agency of Health Technology Assessment and Assessment of Social

Services. (2019). *Gender dysphoria in children and adolescents: An inventory of the literature.* Retrieved from: www.sbu.se/en/publications/sbu-bereder/gender-dysphoria-in-children-and-adolescents-an-inventory-of-the-literature/

Swedish National Board of Health and Welfare (NBHW). (2020, Feb. 22). Uppdaterade rekommendationer för hormonbehandling vid könsdysfori hos unga. [*Updated recommendations for hormone therapy for gender dysphoria in young people.*] Author: Socialstyrelsen. Retrieved from https://www.socialstyrelsen.se/om-socialstyrelsen/pressrum/press/uppdaterade-rekommendationer-for-hormonbehandling-vid-konsdysfori-hos-unga/

Telfer, M. M., Tollit, M. A., Pace, C. C., & Pang, K. C. (2018). Australian standards of care and treatment guidelines for transgender and gender diverse children and adolescents. *The Medical Journal of Australia, 209,* 132–136.

Tetelepta, B. (2021, Feb 27). More research is urgently needed into transgender care for young people: 'Where does the large flow of children come from?' [translated]. Algemeen Dagblad. Retrieved from www.ad.nl/nijmegen/dringend-meer-onderzoek-nodig-naar-transgenderzorg-aan-jongeren-waar-komt-de-grote-stroom-kinderen-vandaan~aec79d00/?referrer=https%3A%2F%2Ft.co%2F.

Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of Autism Spectrum Disorder and Attention-Deficit Hyperactivity Disorder amongst individuals with Gender Dysphoria: A systematic review. *Journal of Autism and Developmental Disorders, 50,* 695–706.

Turban, J. (2021, March 16). Trans girls belong on girls' sports teams. *Scientific American.* www.scientificamerican.com/article/trans-girls-belong-on-girls-sports-teams/

Turecki, G., & Brent, D. A. (2016). Suicide and suicidal behavior. *Lancet, 387,* 1227–1239.

United Kingdom National Health Service (NHS), National Institute for Health and Care Excellence, (2021, March 11). *Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria.* Retrieved from www.evidence.nhs.uk/document?id=2334888&returnUrl=search%3Ffrom%3d2020-01-01%26q%3dgender%2bdysphoria%26sp%3don%26to%3d2021-03-31

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., Popma, A. (2020). Psychological functioning in transgender adolescence before and after gender-affirmative care compared with cisgender general population peers. *Journal of Adolescent Health, 66,* 699–704.

Vilain, E. (2006). Genetics of intersexuality. *Journal of Gay & Lesbian Psychotherapy, 10,* 9–26.

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child & Adolescent Psychiatry, 47,* 1413–1423.

Wallien, M. S., Swaab, H., & Cohen-Kettenis, P. T. (2007). Psychiatric comorbidity among children with gender identity disorder. *Journal of the American Academy*

*of Child and Adolescent Psychiatry, 46*, 1307–1314.

Warrier, V., Greenberg, D. M., Weir, E., Buckingham, C., Smith, P., Lai, M.-C., Allison, C., & Baron-Cohen, S. (2020). Elevated rates of autism, other neurodevelopmental and psychiatric diagnoses, and autistic traits in transgender and gender-diverse individuals. *Nature Communications, 11,* 3959.

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., de Block, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: Results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017). *Acta Psychiatrica Scandinavica, 141,* 486–491.

Wiepjes, C. M., Nota, N. M., de Bok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels B. P. C., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine, 15*, 582–590.

World Health Organization (2022). *Age standardized suicide rates (per 100 000 population.* Retrieved from https://www.who.int/data/gho/data/themes/mental-health/suicide-rates

Wood, H., Sasaki, S., Bradley, S. J., Singh, D., Fantus, S., Own-Anderson, A., Di Giacomo, A., Bain, J., & Zucker, K. J. (2013). Patterns of referral to a gender identity service for children and adolescents (1976–2011): Age, sex ratio, and sexual orientation. *Journal of Sex & Marital Therapy, 39,* 1–6.

Zanarini, M. C., Magni, L. R., Temes, C. M., Hein, K. E., Aguirre, B. A., & Goodman, M. (2021). Sexual orientation and gender of intimate relationship partners among adolescents with BPD and psychiatrically healthy adolescents. *Journal of Personality Disorders, 35 (Suppl. B),* 1–7.

Zucker, K. J. (2018). The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender nonconforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism, 19,* 231–245.

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48,* 1983–1992.

Zucker, K. J. (2020). Debate: Different strokes for different folks. *Child and Adolescent Mental Health, 25,* 36–37.

Zucker, K. J., & Bradley, S. J. (1995). *Gender identity disorder and psychosexual problems in children and adolescents*. New York: Guilford Press.

Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex & Marital Therapy, 38,* 151–189.

Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172*, 90–97.

**APPENDICES**

## Appendix 1

Curriculum Vita

## Appendix 2

The Outcomes Studies of Childhood-Onset Gender Dysphoria

## Appendix 3

Cantor, J. M. (2020). Transgender and gender diverse children and
adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital
Therapy, 46,* 307–313. doi: 10.1080/0092623X.2019.1698481

## Appendix 4

U.K. National Institute for Health and Care Excellence (NICE). (2020, Oct.
14). *Evidence review: Gonadotrophin releasing hormone analogues for
children and adolescents with gender dysphoria.* UK: Author.

# APPENDIX 1

# James M. Cantor, PhD

Toronto Sexuality Centre
2 Carlton Ave., suite 1820
Toronto, Ontario, Canada M5B 1J3

416-766-8733 (o)
416-352-6003 (f)
jamescantorphd@gmail.com

## EDUCATION

**Postdoctoral Fellowship**                                  Jan., 2000–May, 2004
Centre for Addiction and Mental Health • Toronto, Canada

**Doctor of Philosophy**                                     Sep., 1993–Jun., 2000
Psychology • McGill University • Montréal, Canada

**Master of Arts**                                           Sep., 1990–Jan., 1992
Psychology • Boston University • Boston, MA

**Bachelor of Science**                                      Sep. 1984–Aug., 1988
Interdisciplinary Science • Rensselaer Polytechnic Institute • Troy, NY
Concentrations: Computer science, mathematics, physics

## EMPLOYMENT HISTORY

**Director**                                                 Feb., 2017–Present
Toronto Sexuality Centre • Toronto, Canada

**Senior Scientist (Inaugural Member)**                      Aug., 2012–May, 2018
Campbell Family Mental Health Research Institute
Centre for Addiction and Mental Health • Toronto, Canada

**Senior Scientist**                                         Jan., 2012–May, 2018
Complex Mental Illness Program
Centre for Addiction and Mental Health • Toronto, Canada

**Head of Research**                                         Nov., 2010–Apr. 2014
Sexual Behaviours Clinic
Centre for Addiction and Mental Health • Toronto, Canada

**Research Section Head**                                    Dec., 2009–Sep. 2012
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

**Psychologist**                                             May, 2004–Dec., 2011
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

1/32

**Clinical Psychology Intern**                                    Sep., 1998–Aug., 1999
Centre for Addiction and Mental Health • Toronto, Canada

**Teaching Assistant**                                            Sep., 1993–May, 1998
Department of Psychology
McGill University • Montréal, Canada

**Pre-Doctoral Practicum**                                        Sep., 1993–Jun., 1997
Sex and Couples Therapy Unit
Royal Victoria Hospital • Montréal, Canada

**Pre-Doctoral Practicum**                                        May, 1994–Dec., 1994
Department of Psychiatry
Queen Elizabeth Hospital • Montréal, Canada

## ACADEMIC APPOINTMENTS

**Associate Professor**                                           Jul., 2010–May, 2019
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                               Aug. 2013–Jun., 2018
Graduate Program in Psychology
York University • Toronto, Canada

**Associate Faculty (Hon)**                                       Oct., 2017–Dec., 2017
School of Behavioural, Cognitive & Social Science
University of New England • Armidale, Australia

**Assistant Professor**                                           Jun., 2005–Jun., 2010
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                               Sep., 2004–Jun., 2010
Clinical Psychology Residency Program
St. Joseph's Healthcare • Hamilton, Canada

# PUBLICATIONS

1. Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy, 46,* 307–313. doi: 10.1080/0092623X.2019.1698481

2. Shirazi, T., Self, H., Cantor, J., Dawood, K., Cardenas, R., Rosenfield, K., Ortiz, T., Carré, J., McDaniel, M., Blanchard, R., Balasubramanian, R., Delaney, A., Crowley, W., S Marc Breedlove, S. M., & Puts, D. (2020). Timing of peripubertal steroid exposure predicts visuospatial cognition in men: Evidence from three samples. *Hormones and Behavior, 121, 104712.*

3. Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. L. (2019). The Screening Scale for Pedophilic Interest-Revised (SSPI-2) may be a measure of pedohebephilia. *Journal of Sexual Medicine, 16,* 1655−1663. doi: 10.1016/j.jsxm.2019.07.015

4. McPhail, I. V., Hermann, C. A., Fernane, S., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2019). Validity in phallometric testing for sexual interests in children: A meta-analytic review. *Assessment, 26,* 535–551. doi: 10.1177/1073191117706139

5. Cantor, J. M. (2018). Can pedophiles change? *Current Sexual Health Reports, 10,* 203–206. doi: 10.1007/s11930-018-0165-2

6. Cantor, J. M., & Fedoroff, J. P. (2018). Can pedophiles change? Response to opening arguments and conclusions. *Current Sexual Health Reports, 10,* 213–220. doi: 10.1007/s11930-018-0167-0z

7. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). Age diversity among victims of hebephilic sexual offenders. *Sexual Abuse, 30,* 332–339. doi: 10.1177/1079063216665837

8. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). The relationships between victim age, gender, and relationship polymorphism and sexual recidivism. *Sexual Abuse, 30,* 132−146. doi: 10.1177/1079063216630983

9. Stephens, S., Newman, J. E., Cantor, J. M., & Seto, M. C. (2018). The Static-99R predicts sexual and violent recidivism for individuals with low intellectual functioning. *Journal of Sexual Aggression, 24,* 1–11. doi: 10.1080/13552600.2017.1372936

10. Cantor, J. M. (2017). Sexual deviance or social deviance: What MRI research reveals about pedophilia. *ATSA Forum, 29*(2). Association for the Treatment of Sexual Abusers. Beaverton, OR. http://newsmanager.commpartners.com/atsa/issues/2017-03-15/2.html

11. Walton, M. T., Cantor, J. M., Bhullar, N., & Lykins, A. D. (2017). Hypersexuality: A critical review and introduction to the "Sexhavior Cycle." *Archives of Sexual Behavior, 46,* 2231–2251. doi: 10.1007/s10508-017-0991-8

12. Stephens, S., Leroux, E., Skilling, T., Cantor, J. M., & Seto, M. C. (2017). A taxometric analysis of pedophilia utilizing self-report, behavioral, and sexual arousal indicators. *Journal of Abnormal Psychology, 126,* 1114–1119. doi: 10.1037/abn0000291

13. Fazio, R. L., Dyshniku, F., Lykins, A. D., & Cantor, J. M. (2017). Leg length versus torso length in pedophilia: Further evidence of atypical physical development early in life. *Sexual Abuse: A Journal of Research and Treatment, 29,* 500–514. doi: 10.1177/1079063215609936

14. Seto, M. C., Stephens, S., Lalumière, M. L., & Cantor, J. M. (2017). The Revised Screening Scale for Pedophilic Interests (SSPI-2): Development and criterion-related validation. *Sexual Abuse: A Journal of Research and Treatment, 29,* 619–635. doi:

10.1177/1079063215612444

15. Stephens, S., Cantor, J. M., Goodwill, A. M., & Seto, M. C. (2017). Multiple indicators of sexual interest in prepubescent or pubescent children as predictors of sexual recidivism. *Journal of Consulting and Clinical Psychology, 85,* 585–595. doi: 10.1037/ccp0000194

16. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2017). Evidence of construct validity in the assessment of hebephilia. *Archives of Sexual Behavior, 46,* 301–309. doi: 10.1007/s10508-016-0907-z

17. Walton, M. T., Cantor, J. M., & Lykins, A. D. (2017). An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior. *Archives of Sexual Behavior, 46,* 721–733. doi: 10.1007/s10508-015-0606-1

18. Cantor, J. M., Lafaille, S. J., Hannah, J., Kucyi, A., Soh, D. W., Girard, T. A., & Mikulis, D. J. (2016). Independent component analysis of resting-state functional magnetic resonance imaging in pedophiles. *Journal of Sexual Medicine, 13,* 1546–1554. doi: 10.1016/j.jsxm.2016.08.004

19. Cantor, J. M., & McPhail, I. V. (2016). Non-offending pedophiles. *Current Sexual Health Reports, 8,* 121–128. doi: 10.1007/s11930-016-0076-z

20. Cantor, J. M. (2015). Milestones in sex research: What causes pedophilia? In J. S. Hyde, J. D. DeLamater, & E. S. Byers (Eds.), *Understanding human sexuality* (6th Canadian ed.) (pp. 452–453). Toronto: McGraw-Hill Ryerson.

21. Cantor, J. M. (2015). Pedophilia. In R. Cautin & S. Lilienfeld (Eds.), *Encyclopedia of clinical psychology.* Malden, MA: Wiley-Blackwell. doi: 10.1002/9781118625392.wbecp184

22. Nunes, K. L., & Cantor, J. M. (2015). Sex offenders. In P. Whelehan & A. Bolin (Eds.), *International encyclopedia of human sexuality.* Malden, MA: Wiley-Blackwell.

23. Cantor, J. M., Lafaille, S., Soh, D. W., Moayedi, M., Mikulis, D. J., & Girard, T. A. (2015). Diffusion Tensor Imaging of pedophilia. *Archives of Sexual Behavior, 44,* 2161–2172. doi: 10.1007/s10508-015-0599-9

24. Cantor, J. M., & McPhail, I. V. (2015). Sensitivity and specificity for the phallometric test of hebephilia. *Journal of Sexual Medicine, 12,* 1940–1950. doi: 10.1111/jsm12970

25. Dyshniku, F., Murray, M. E., Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2015). Minor physical anomalies as a window into the prenatal origins of pedophilia. *Archives of Sexual Behavior, 44,* 2151–2159. doi: 10.1007/s10508-015-0564-7

26. Fazio, R. L., & Cantor, J. M. (2015). Factor structure of the Edinburgh Handedness Inventory versus the Fazio Laterality Inventory in a population with established atypical handedness. *Applied Neuropsychology, 22,* 156–160. doi: 10.1080/23279095.2014.940043

27. Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2015). The effects of common medications on volumetric phallometry. *Journal of Sexual Aggression, 21,* 385–393. doi: 10.1080/13552600.2014.900121

28. Sutton, K. S., Stratton, N., Pytyck, J., Kolla, N. J., & Cantor, J. M. (2015). Patient characteristics by type of hypersexuality referral: A quantitative chart review of 115 consecutive male cases. *Journal of Sex and Marital Therapy, 41,* 563−580. doi: 10.1080/0092623X.2014.935539

29. Cantor, J. M. (2014).  Gold star pedophiles in general sex therapy practice. In Y. M. Binik and K. Hall (Eds.), *Principles and practice of sex therapy* (5th ed.) (pp. 219–234).  New York: Guilford.

30. Cantor, J. M., & Sutton, K. S. (2014). Paraphilia, gender dysphoria, and hypersexuality. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (3rd ed.) (pp. 589–614). New York: Oxford University Press.

31. Chivers, M. L., Roy, C., Grimbos, T., Cantor, J. M., & Seto, M. C. (2014). Specificity of sexual arousal for sexual activities in men and women with conventional and masochistic sexual interests. *Archives of Sexual Behavior, 43,* 931−940. doi: 10.1007/s10508-013-0174-1

32. Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2014). Elevated rates of atypical-handedness in paedophilia: Theory and implications. *Laterality, 19,* 690−704. doi: 10.1080/1357650X.2014.898648

33. Lykins, A. D., & Cantor, J. M. (2014). Vorarephilia: A case study in masochism and erotic consumption. *Archives of Sexual Behavior, 43,* 181–186. doi: 10.1007/s10508-013-0185-y

34. Cantor, J. M., Klein, C., Lykins, A., Rullo, J. E., Thaler, L., & Walling, B. R. (2013). A treatment-oriented typology of self-identified hypersexuality referrals. *Archives of Sexual Behavior, 42,* 883–893. doi: 10.1007/s10508-013-0085-1

35. Blanchard, R., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Cantor, J. M. (2012). Sexual attraction to others: A comparison of two models of alloerotic responding in men. *Archives of Sexual Behavior, 41,* 13–29. doi: 10.1007/s10508-010-9675-3

36. Cantor, J. M. (2012). Brain research and pedophilia: What it says and what it means [Invited article]. *Sex Offender Law Report, 13,* 81–85.

37. Cantor, J. M. (2012). Is homosexuality a paraphilia? The evidence for and against. *Archives of Sexual Behavior, 41,* 237–247. doi: 10.1007/s10508-012-9900-3

38. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). Sexual arousal to female children in gynephilic men. *Sexual Abuse: A Journal of Research and Treatment, 22,* 279–289. doi: 10.1177/1079063210372141

39. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). The relation between peak response magnitudes and agreement in diagnoses obtained from two different phallometric tests for pedophilia. *Sexual Abuse: A Journal of Research and Treatment, 22,* 42–57. doi: 10.1177/1079063209352094

40. Cantor, J. M., Blanchard, R., & Barbaree, H. E. (2009). Sexual disorders. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (2nd ed.) (pp. 527–548). New York: Oxford University Press.

41. Barbaree, H. E., Langton, C. M., Blanchard, R., & Cantor, J. M. (2009). Aging versus stable enduring traits as explanatory constructs in sex offender recidivism: Partitioning actuarial prediction into conceptually meaningful components. *Criminal Justice and Behavior: An International Journal, 36,* 443–465. doi: 10.1177/0093854809332283

42. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P. E., & Dickey, R. (2009). Absolute versus relative ascertainment of pedophilia in men. *Sexual Abuse: A Journal of Research and Treatment, 21,* 431–441. doi: 10.1177/1079063209347906

43. Blanchard, R., Lykins, A. D., Wherrett, D., Kuban, M. E., Cantor, J. M., Blak, T., Dickey, R., & Klassen, P. E. (2009). Pedophilia, hebephilia, and the DSM–V. *Archives of Sexual Behavior, 38,* 335–350. doi: 10.1007/s10508-008-9399-9.

44. Cantor, J. M. (2008). MRI research on pedophilia: What ATSA members should know

[Invited article]. *ATSA Forum, 20*(4), 6–10.

45. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2008). Cerebral white matter deficiencies in pedophilic men. *Journal of Psychiatric Research, 42,* 167–183. doi: 10.1016/j.jpsychires.2007.10.013

46. Blanchard, R., Kolla, N. J., Cantor, J. M., Klassen, P. E., Dickey, R., Kuban, M. E., & Blak, T. (2007). IQ, handedness, and pedophilia in adult male patients stratified by referral source. *Sexual Abuse: A Journal of Research and Treatment, 19,* 285–309. doi: 10.1007/s11194-007-9049-0

47. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2007). Physical height in pedophilia and hebephilia. *Sexual Abuse: A Journal of Research and Treatment, 19,* 395–407. doi: 10.1007/s11194-007-9060-5

48. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2006). Interaction of fraternal birth order and handedness in the development of male homosexuality. *Hormones and Behavior, 49,* 405–414. doi: 10.1016/j.yhbeh.2005.09.002

49. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P., & Dickey, R. (2006). Phallometric comparison of pedophilic interest in nonadmitting sexual offenders against stepdaughters, biological daughters, other biologically related girls, and unrelated girls. *Sexual Abuse: A Journal of Research and Treatment, 18,* 1–14. doi: 10.1007/s11194-006-9000-9

50. Blanchard, R., Cantor, J. M., & Robichaud, L. K. (2006). Biological factors in the development of sexual deviance and aggression in males. In H. E. Barbaree & W. L. Marshall (Eds.), *The juvenile sex offender* (2nd ed., pp. 77–104). New York: Guilford.

51. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2006). Grade failure and special education placement in sexual offenders' educational histories. *Archives of Sexual Behavior, 35,* 743–751. doi: 10.1007/s10508-006-9018-6

52. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006). Child pornography offenses are a valid diagnostic indicator of pedophilia. *Journal of Abnormal Psychology, 115,* 610–615. doi: 10.1037/0021-843X.115.3.610

53. Zucker, K. J., Mitchell, J. N., Bradley, S. J., Tkachuk, J., Cantor, J. M., & Allin, S. M. (2006). The Recalled Childhood Gender Identity/Gender Role Questionnaire: Psychometric properties. *Sex Roles, 54,* 469–483. doi 10.1007/s11199-006-9019-x

54. Cantor, J. M., Blanchard, R., Robichaud, L. K., & Christensen, B. K. (2005). Quantitative reanalysis of aggregate data on IQ in sexual offenders. *Psychological Bulletin, 131,* 555–568. doi: 10.1037/0033-2909.131.4.555

55. Cantor, J. M., Klassen, P. E., Dickey, R., Christensen, B. K., Kuban, M. E., Blak, T., Williams, N. S., & Blanchard, R. (2005). Handedness in pedophilia and hebephilia. *Archives of Sexual Behavior, 34,* 447–459. doi: 10.1007/s10508-005-4344-7

56. Cantor, J. M., Blanchard, R., Christensen, B. K., Dickey, R., Klassen, P. E., Beckstead, A. L., Blak, T., & Kuban, M. E. (2004). Intelligence, memory, and handedness in pedophilia. *Neuropsychology, 18,* 3–14. doi: 10.1037/0894-4105.18.1.3

57. Blanchard, R., Kuban, M. E., Klassen, P., Dickey, R., Christensen, B. K., Cantor, J. M., & Blak, T. (2003). Self-reported injuries before and after age 13 in pedophilic and non-pedophilic men referred for clinical assessment. *Archives of Sexual Behavior, 32,* 573–581.

58. Blanchard, R., Christensen, B. K., Strong, S. M., Cantor, J. M., Kuban, M. E., Klassen, P., Dickey, R., & Blak, T. (2002). Retrospective self-reports of childhood accidents causing unconsciousness in phallometrically diagnosed pedophiles. *Archives of Sexual Behavior, 31,* 511–526.

59. Cantor, J. M., Blanchard, R., Paterson, A. D., Bogaert, A. F. (2002). How many gay men owe their sexual orientation to fraternal birth order? *Archives of Sexual Behavior, 31,* 63–71.

60. Cantor, J. M., Binik, Y. M., & Pfaus, J. G. (1999). Chronic fluoxetine inhibits sexual behavior in the male rat: Reversal with oxytocin. *Psychopharmacology*, *144*, 355–362.

61. Binik, Y. M., Cantor, J., Ochs, E., & Meana, M. (1997). From the couch to the keyboard: Psychotherapy in cyberspace. In S. Kiesler (Ed.), *Culture of the internet* (pp. 71–100). Mahwah, NJ: Lawrence Erlbaum.

62. Johnson, M. K., O'Connor, M., & Cantor, J. (1997). Confabulation, memory deficits, and frontal dysfunction. *Brain and Cognition*, *34*, 189–206.

63. Keane, M. M., Gabrieli, J. D. E., Monti, L. A., Fleischman, D. A., Cantor, J. M., & Nolan, J. S. (1997). Intact and impaired conceptual memory processes in amnesia. *Neuropsychology*, *11*, 59–69.

64. Pilkington, N. W., & Cantor, J. M. (1996). Perceptions of heterosexual bias in professional psychology programs: A survey of graduate students. *Professional Psychology: Research and Practice*, *27*, 604–612.

# PUBLICATIONS

## LETTERS AND COMMENTARIES

1.  Cantor, J. M. (2015). Research methods, statistical analysis, and the phallometric test for hebephilia: Response to Fedoroff [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2499–2500. doi: 10.1111/jsm.13040

2.  Cantor, J. M. (2015). In his own words: Response to Moser [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2502–2503. doi: 10.1111/jsm.13075

3.  Cantor, J. M. (2015). Purported changes in pedophilia as statistical artefacts: Comment on Müller et al. (2014). *Archives of Sexual Behavior, 44,* 253–254. doi: 10.1007/s10508-014-0343-x

4.  McPhail, I. V., & Cantor, J. M. (2015). Pedophilia, height, and the magnitude of the association: A research note. *Deviant Behavior, 36,* 288–292. doi: 10.1080/01639625.2014.935644

5.  Soh, D. W., & Cantor, J. M. (2015). A peek inside a furry convention [Letter to the Editor]. *Archives of Sexual Behavior, 44,* 1–2. doi: 10.1007/s10508-014-0423-y

6.  Cantor, J. M. (2012).  Reply to Italiano's (2012) comment on Cantor (2011) [Letter to the Editor].  *Archives of Sexual Behavior, 41,* 1081–1082.  doi: 10.1007/s10508-012-0011-y

7.  Cantor, J. M. (2012). The errors of Karen Franklin's *Pretextuality* [Commentary]. *International Journal of Forensic Mental Health, 11,* 59–62. doi: 10.1080/14999013.2012.672945

8.  Cantor, J. M., & Blanchard, R. (2012). White matter volumes in pedophiles, hebephiles, and teleiophiles [Letter to the Editor]. *Archives of Sexual Behavior, 41, 749–752.* doi: 10.1007/s10508-012-9954-2

9.  Cantor, J. M. (2011). New MRI studies support the Blanchard typology of male-to-female transsexualism [Letter to the Editor]. *Archives of Sexual Behavior, 40*, 863–864. doi: 10.1007/s10508-011-9805-6

10. Zucker, K. J., Bradley, S. J., Own-Anderson, A., Kibblewhite, S. J., & Cantor, J. M. (2008). Is gender identity disorder in adolescents coming out of the closet? *Journal of Sex and Marital Therapy, 34,* 287–290.

11. Cantor, J. M. (2003, Summer). Review of the book *The Man Who Would Be Queen* by J. Michael Bailey. *Newsletter of Division 44 of the American Psychological Association, 19*(2), 6.

12. Cantor, J. M. (2003, Spring). What are the hot topics in LGBT research in psychology? *Newsletter of Division 44 of the American Psychological Association, 19*(1), 21–24.

13. Cantor, J. M. (2002, Fall). Male homosexuality, science, and pedophilia. *Newsletter of Division 44 of the American Psychological Association, 18*(3), 5–8.

14. Cantor, J. M. (2000). Review of the book *Sexual Addiction: An Integrated Approach. Journal of Sex and Marital Therapy, 26*, 107–109.

## EDITORIALS

1.  Cantor, J. M. (2012). Editorial. *Sexual Abuse: A Journal of Research and Treatment, 24.*

2.  Cantor, J. M. (2011). Editorial note. *Sexual Abuse: A Journal of Research and Treatment, 23,* 414.

3.  Barbaree, H. E., & Cantor, J. M. (2010). Performance indicates for *Sexual Abuse: A Journal of Research and Treatment* (SAJRT) [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 22,* 371–373.

4.  Barbaree, H. E., & Cantor, J. M. (2009). *Sexual Abuse: A Journal of Research and Treatment* performance indicators for 2007 [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 21,* 3–5.

5.  Zucker, K. J., & Cantor, J. M. (2009). Cruising: Impact factor data [Editorial]. *Archives of Sexual Research, 38,* 878–882.

6.  Barbaree, H. E., & Cantor, J. M. (2008). Performance indicators for *Sexual Abuse: A Journal of Research and Treatment* [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 20,* 3–4.

7.  Zucker, K. J., & Cantor, J. M. (2008). The *Archives* in the era of online first ahead of print[Editorial]. *Archives of Sexual Behavior, 37,* 512–516.

8.  Zucker, K. J., & Cantor, J. M. (2006). The impact factor: The *Archives* breaks from the pack [Editorial]. *Archives of Sexual Behavior, 35,* 7–9.

9.  Zucker, K. J., & Cantor, J. M. (2005). The impact factor: "Goin' up" [Editorial]. *Archives of Sexual Behavior, 34,* 7–9.

10. Zucker, K., & Cantor, J. M. (2003). The numbers game: The impact factor and all that jazz [Editorial]. *Archives of Sexual Behavior, 32,* 3–5.

# FUNDING HISTORY

Principal Investigators:   Doug VanderLaan, Meng-Chuan Lai
Co-Investigators:          James M. Cantor, Megha Mallar Chakravarty, Nancy Lobaugh, M.
                           Palmert, M. Skorska
Title:                     *Brain function and connectomics following sex hormone treatment in
                           adolescents experience gender dysphoria*
Agency:                    Canadian Institutes of Health Research (CIHR),
                           Behavioural Sciences-B-2
Funds:                     $650,250 / 5 years (July, 2018)

Principal Investigator:    Michael C. Seto
Co-Investigators:          Martin Lalumière , James M. Cantor
Title:                     *Are connectivity differences unique to pedophilia?*
Agency:                    University Medical Research Fund, Royal Ottawa Hospital
Funds:                     $50,000 / 1 year (January, 2018)

Principal Investigator:    Lori Brotto
Co-Investigators:          Anthony Bogaert, James M. Cantor, Gerulf Rieger
Title:                     *Investigations into the neural underpinnings and biological correlates
                           of asexuality*
Agency:                    Natural Sciences and Engineering Research Council (NSERC),
                           Discovery Grants Program
Funds:                     $195,000 / 5 years (April, 2017)

Principal Investigator:    Doug VanderLaan
Co-Investigators:          Jerald Bain, James M. Cantor, Megha Mallar Chakravarty, Sofia
                           Chavez, Nancy Lobaugh, and Kenneth J. Zucker
Title:                     *Effects of sex hormone treatment on brain development: A magnetic
                           resonance imaging study of adolescents with gender dysphoria*
Agency:                    Canadian Institutes of Health Research (CIHR),
                           Transitional Open Grant Program
Funds:                     $952,955 / 5 years (September, 2015)

Principal Investigator:    James M. Cantor
Co-Investigators:          Howard E. Barbaree, Ray Blanchard, Robert Dickey, Todd A. Girard,
                           Phillip E. Klassen, and David J. Mikulis
Title:                     *Neuroanatomic features specific to pedophilia*
Agency:                    Canadian Institutes of Health Research (CIHR)
Funds:                     $1,071,920 / 5 years (October, 2008)

Principal Investigator:    James M. Cantor
Title:                     *A preliminary study of fMRI as a diagnostic test of pedophilia*
Agency:                    Dean of Medicine New Faculty Grant Competition, Univ. of Toronto
Funds:                     $10,000 (July, 2008)

Principal Investigator:   James M. Cantor
Co-Investigator:          Ray Blanchard
Title:                    *Morphological and neuropsychological correlates of pedophilia*
Agency:                   Canadian Institutes of Health Research (CIHR)
Funds:                    $196,902 / 3 years (April, 2006)

# KEYNOTE AND INVITED ADDRESSES

1. Cantor, J. M. (2021, September 28). *No topic too tough for this expert panel: A year in review.* Plenary Session for the 40th Annual Research and Treatment Conference, Association for the Treatment of Sexual Abusers.

2. Cantor, J. M. (2019, May 1). *Introduction and Q&A for 'I, Pedophile.'* StopSO 2nd Annual Conference, London, UK.

3. Cantor, J. M. (2018, August 29). *Neurobiology of pedophilia or paraphilia? Towards a 'Grand Unified Theory' of sexual interests.* Keynote address to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

4. Cantor, J. M. (2018, August 29). *Pedophilia and the brain: Three questions asked and answered.* Preconference training presented to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

5. Cantor, J. M. (2018, April 13). *The responses to* I, Pedophile *from We, the people.* Keynote address to the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

6. Cantor, J. M. (2018, April 11). *Studying atypical sexualities: From vanilla to* I, Pedophile. Full day workshop at the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

7. Cantor, J. M. (2018, January 20). *How much sex is enough for a happy life?* Invited lecture to the University of Toronto Division of Urology Men's Health Summit, Toronto, Canada.

8. Cantor, J. M. (2017, November 2). Pedophilia as a phenomenon of the brain: Update of evidence and the public response. Invited presentation to the 7th annual SBC education event, Centre for Addiction and Mental Health, Toronto, Canada.

9. Cantor, J. M. (2017, June 9). Pedophilia being in the brain: The evidence and the public's reaction. Invited presentation to *SEXposium at the ROM: The science of love and sex,* Toronto, Canada.

10. Cantor, J. M., & Campea, M. (2017, April 20). *"I, Pedophile" showing and discussion.* Invited presentation to the 42nd annual meeting of the Society for Sex Therapy and Research, Montréal, Canada.

11. Cantor, J. M. (2017, March 1). *Functional and structural neuroimaging of pedophilia: Consistencies across methods and modalities.* Invited lecture to the Brain Imaging Centre, Royal Ottawa Hospital, Ottawa, Canada.

12. Cantor, J. M. (2017, January 26). *Pedophilia being in the brain: The evidence and the public reaction.* Inaugural keynote address to the University of Toronto Sexuality Interest Network, Toronto, Ontario, Canada.

13. Cantor, J. M. (2016, October 14). *Discussion of CBC's "I, Pedophile."* Office of the Children's Lawyer Educational Session, Toronto, Ontario, Canada.

14. Cantor, J. M. (2016, September 15). *Evaluating the risk to reoffend: What we know and what we don't.* Invited lecture to the Association of Ontario Judges, Ontario Court of Justice Annual Family Law Program, Blue Mountains, Ontario, Canada. [Private link only: https://vimeo.com/239131108/3387c80652]

15. Cantor, J. M. (2016, April 8). *Pedophilia and the brain: Conclusions from the second generation of research.* Invited lecture at the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

16. Cantor, J. M. (2016, April 7). *Hypersexuality without the hyperbole.* Keynote address to the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

17. Cantor, J. M. (2015, November). *No one asks to be sexually attracted to children: Living in Daniel's World.* Grand Rounds, Centre for Addiction and Mental Health. Toronto, Canada.

18. Cantor, J. M. (2015, August). *Hypersexuality: Getting past whether "it" is or "it" isn't.* Invited address at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada*.

19. Cantor, J. M. (2015, July). *A unified theory of typical and atypical sexual interest in men: Paraphilia, hypersexuality, asexuality, and vanilla as outcomes of a single, dual opponent process.* Invited presentation to the 2015 Puzzles of Sexual Orientation conference, Lethbridge, AL, Canada.

20. Cantor, J. M. (2015, June). *Hypersexuality.* Keynote Address to the Ontario Problem Gambling Provincial Forum. Toronto, Canada.

21. Cantor, J. M. (2015, May). *Assessment of pedophilia: Past, present, future.* Keynote Address to the International Symposium on Neural Mechanisms Underlying Pedophilia and Child Sexual Abuse (NeMUP). Berlin, Germany.

22. Cantor, J. M. (2015, March). *Prevention of sexual abuse by tackling the biggest stigma of them all: Making sex therapy available to pedophiles.* Keynote address to the 40th annual meeting of the Society for Sex Therapy and Research, Boston, MA.

23. Cantor, J. M. (2015, March. *Pedophilia: Predisposition or perversion?* Panel discussion at Columbia University School of Journalism. New York, NY.

24. Cantor, J. M. (2015, February). *Hypersexuality.* Research Day Grand Rounds presentation to Ontario Shores Centre for Mental Health Sciences, Whitby, Ontario, Canada.

25. Cantor, J. M. (2015, January). *Brain research and pedophilia: What it means for assessment, research, and policy.* Keynote address to the inaugural meeting of the Netherlands Association for the Treatment of Sexual Abusers, Utrecht, Netherlands.

26. Cantor, J. M. (2014, December). *Understanding pedophilia and the brain: Implications for safety and society.* Keynote address for The Jewish Community Confronts Violence and Abuse: Crisis Centre for Religious Women, Jerusalem, Israel.

27. Cantor, J. M. (2014, October). *Understanding pedophilia & the brain.* Invited full-day workshop for the Sex Offender Assessment Board of Pennsylvania, Harrisburg, PA.

28. Cantor, J. M. (2014, September). *Understanding neuroimaging of pedophilia: Current status and implications.* Invited lecture presented to the Mental Health and Addition Rounds, St. Joseph's Healthcare, Hamilton, Ontario, Canada.

29. Cantor, J. M. (2014, June). *An evening with Dr. James Cantor.* Invited lecture presented to the Ontario Medical Association, District 11 Doctors' Lounge Program, Toronto, Ontario, Canada.

30. Cantor, J. M. (2014, April). *Pedophilia and the brain.* Invited lecture presented to the University of Toronto Medical Students lunchtime lecture. Toronto, Ontario, Canada.

31. Cantor, J. M. (2014, February). *Pedophilia and the brain: Recap and update.* Workshop presented at the 2014 annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Cle Elum, WA.

32. Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, February). *Functional connectivity in pedophilia.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario, Canada.

33. Cantor, J. M. (2013, November). *Understanding pedophilia and the brain: The basics, the current status, and their implications.* Invited lecture to the Forensic Psychology Research Centre, Carleton University, Ottawa, Canada.

34. Cantor, J. M. (2013, November). *Mistaking puberty, mistaking hebephilia.* Keynote address presented to the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

35. Cantor, J. M. (2013, October). *Understanding pedophilia and the brain: A recap and update.* Invited workshop presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

36. Cantor, J. M. (2013, October). *Compulsive-hyper-sex-addiction: I don't care what we all it, what can we* do? Invited address presented to the Board of Examiners of Sex Therapists and Counselors of Ontario, Toronto, Ontario, Canada.

37. Cantor, J. M. (2013, September). *Neuroimaging of pedophilia: Current status and implications.* McGill University Health Centre, Department of Psychiatry Grand Rounds presentation, Montréal, Québec, Canada.

38. Cantor, J. M. (2013, April). *Understanding pedophilia and the brain.* Invited workshop presented at the 2013 meeting of the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, MN.

39. Cantor, J. M. (2013, April). *The neurobiology of pedophilia and its implications for assessment, treatment, and public policy.* Invited lecture at the 38th annual meeting of the Society for Sex Therapy and Research, Baltimore, MD.

40. Cantor, J. M. (2013, April). *Sex offenders: Relating research to policy.* Invited roundtable presentation at the annual meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

41. Cantor, J. M. (2013, March). *Pedophilia and brain research: From the basics to the state-of-the-art.* Invited workshop presented to the annual meeting of the Forensic Mental Health Association of California, Monterey, CA.

42. Cantor, J. M. (2013, January). *Pedophilia and child molestation.* Invited lecture presented to the Canadian Border Services Agency, Toronto, Ontario, Canada.

43. Cantor, J. M. (2012, November). *Understanding pedophilia and sexual offenders against children: Neuroimaging and its implications for public safety.* Invited guest lecture to University of New Mexico School of Medicine Health Sciences Center, Albuquerque, NM.

44. Cantor, J. M. (2012, November). *Pedophilia and brain research.* Invited guest lecture to the annual meeting of the Circles of Support and Accountability, Toronto, Ontario, Canada.

45. Cantor, J. M. (2012, January). *Current findings on pedophilia brain research.* Invited workshop at the San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

46. Cantor, J. M. (2012, January). *Pedophilia and the risk to re-offend.* Invited lecture to the Ontario Court of Justice Judicial Development Institute, Toronto, Ontario, Canada.

47. Cantor, J. M. (2011, November). *Pedophilia and the brain: What it means for assessment, treatment, and policy.* Plenary Lecture presented at the Association for the Treatment of Sexual Abusers, Toronto, Ontario, Canada.

48. Cantor, J. M. (2011, July). *Towards understanding contradictory findings in the neuroimaging of pedophilic men.* Keynote address to 7th annual conference on Research in Forensic Psychiatry, Regensberg, Germany.

49.  Cantor, J. M. (2011, March). *Understanding sexual offending and the brain: Brain basics to the state of the art.* Workshop presented at the winter conference of the Oregon Association for the Treatment of Sexual Abusers, Oregon City, OR.

50.  Cantor, J. M. (2010, October). *Manuscript publishing for students.* Workshop presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

51.  Cantor, J. M. (2010, August). *Is sexual orientation a paraphilia?* Invited lecture at the International Behavioral Development Symposium, Lethbridge, Alberta, Canada.

52.  Cantor, J. M. (2010, March). *Understanding sexual offending and the brain: From the basics to the state of the art.* Workshop presented at the annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Blaine, WA.

53.  Cantor, J. M. (2009, January). *Brain structure and function of pedophilia men.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario.

54.  Cantor, J. M. (2008, April). *Is pedophilia caused by brain dysfunction?* Invited address to the University-wide Science Day Lecture Series, SUNY Oswego, Oswego, NY.

55.  Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, September). *MRIs of pedophilic men.* Invited presentation at the 25th annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

56.  Cantor, J. M., Blanchard, R., & Christensen, B. K. (2003, March). *Findings in and implications of neuropsychology and epidemiology of pedophilia.* Invited lecture at the 28th annual meeting of the Society for Sex Therapy and Research, Miami.

57.  Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, July). *Neuropsychological functioning in pedophiles.* Invited lecture presented at the 27th annual meeting of the International Academy of Sex Research, Bromont, Canada.

58.  Cantor, J. M., Blanchard, R., Christensen, B., Klassen, P., & Dickey, R. (2001, February). *First glance at IQ, memory functioning and handedness in sex offenders.* Lecture presented at the Forensic Lecture Series, Centre for Addiction and Mental Health, Toronto, Ontario, Canada.

59.  Cantor, J. M. (1999, November). *Reversal of SSRI-induced male sexual dysfunction: Suggestions from an animal model.* Grand Rounds presentation at the Allan Memorial Institute, Royal Victoria Hospital, Montréal, Canada.

## PAPER PRESENTATIONS AND SYMPOSIA

1.  Cantor, J. M. (2020, April). "I'd rather have a trans kid than a dead kid": Critical assessment of reported rates of suicidality in trans kids. *Paper presented at the annual meeting of the Society for the Sex Therapy and Research.* Online in lieu of in person meeting.

2.  Stephens, S., Lalumière, M., Seto, M. C., & Cantor, J. M. (2017, October). *The relationship between sexual responsiveness and sexual exclusivity in phallometric profiles.* Paper presented at the annual meeting of the Canadian Sex Research Forum, Fredericton, New Brunswick, Canada.

3.  Stephens, S., Cantor, J. M., & Seto, M. C. (2017, March). *Can the SSPI-2 detect hebephilic sexual interest?* Paper presented at the annual meeting of the American-Psychology Law Society Annual Meeting, Seattle, WA.

4.  Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Victim choice polymorphism and recidivism.* Symposium Presentation. Paper presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

5.  McPhail, I. V., Hermann, C. A., Fernane, S. Fernandez, Y., Cantor, J. M., & Nunes, K. L. (2014, October). *Sexual deviance in sexual offenders against children: A meta-analytic review of phallometric research.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

6.  Stephens, S., Seto, M. C., Cantor, J. M., & Goodwill, A. M. (2014, October). *Is hebephilic sexual interest a criminogenic need?: A large scale recidivism study.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

7.  Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. (2014, October). *Development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI–2).* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8.  Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, September). *Pedophilia and the brain: White matter differences detected with DTI.* Paper presented at the 13th annual meeting of the International Association for the Treatment of Sexual Abusers, Porto, Portugal.

9.  Stephens, S., Seto, M., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2014, March). *The role of hebephilic sexual interests in sexual victim choice.* Paper presented at the annual meeting of the American Psychology and Law Society, New Orleans, LA.

10. McPhail, I. V., Fernane, S. A., Hermann, C. A., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2013, November). *Sexual deviance and sexual recidivism in sexual offenders against children: A meta-analysis.* Paper presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

11. Cantor, J. M. (2013, September). *Pedophilia and the brain: Current MRI research and its implications.* Paper presented at the 21st annual World Congress for Sexual Health, Porto Alegre, Brazil. [Featured among Best Abstracts, top 10 of 500.]

12. Cantor, J. M. (Chair). (2012, March). *Innovations in sex research.* Symposium conducted at the 37th annual meeting of the Society for Sex Therapy and Research, Chicago.

13. Cantor, J. M., & Blanchard, R. (2011, August). fMRI versus phallometry in the diagnosis of pedophilia and hebephilia. In J. M. Cantor (Chair), *Neuroimaging of men's object*

*preferences.* Symposium presented at the 37th annual meeting of the International Academy of Sex Research, Los Angeles, USA.

14. Cantor, J. M. (Chair). (2011, August). *Neuroimaging of men's object preferences.* Symposium conducted at the 37th annual meeting of the International Academy of Sex Research, Los Angeles.

15. Cantor, J. M. (2010, October). A meta-analysis of neuroimaging studies of male sexual arousal. In S. Stoleru (Chair), *Brain processing of sexual stimuli in pedophilia: An application of functional neuroimaging.* Symposium presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

16. Chivers, M. L., Seto, M. C., Cantor, J. C., Grimbos, T., & Roy, C. (April, 2010). *Psychophysiological assessment of sexual activity preferences in women.* Paper presented at the 35th annual meeting of the Society for Sex Therapy and Research, Boston, USA.

17. Cantor, J. M., Girard, T. A., & Lovett-Barron, M. (2008, November). *The brain regions that respond to erotica: Sexual neuroscience for dummies.* Paper presented at the 51st annual meeting of the Society for the Scientific Study of Sexuality, San Juan, Puerto Rico.

18. Barbaree, H., Langton, C., Blanchard, R., & Cantor, J. M. (2007, October). *The role of age-at-release in the evaluation of recidivism risk of sexual offenders.* Paper presented at the 26th annual meeting of the Association for the Treatment of Sexual Abusers, San Diego.

19. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, July). *Pedophilia and brain morphology.* Abstract and paper presented at the 32nd annual meeting of the International Academy of Sex Research, Amsterdam, Netherlands.

20. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006, March). *Child pornography offending is a diagnostic indicator of pedophilia.* Paper presented at the 2006 annual meeting of the American Psychology-Law Society Conference, St. Petersburg, Florida.

21. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2005, August). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and paper presented at the International Behavioral Development Symposium, Minot, North Dakota.

22. Cantor, J. M., & Blanchard, R. (2005, July). *Quantitative reanalysis of aggregate data on IQ in sexual offenders.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

23. Cantor, J. M. (2003, August). *Sex reassignment on demand: The clinician's dilemma.* Paper presented at the 111th annual meeting of the American Psychological Association, Toronto, Canada.

24. Cantor, J. M. (2003, June). *Meta-analysis of VIQ–PIQ differences in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

25. Cantor, J. M. (2002, August). *Gender role in autogynephilic transsexuals: The more things change...* Paper presented at the 110th annual meeting of the American Psychological Association, Chicago.

26. Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, June). *IQ, memory functioning, and handedness in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

27. Cantor, J. M. (1998, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 106th annual meeting of the American Psychological Association.

28. Cantor, J. M. (1997, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 105th annual meeting of the American Psychological Association.

29. Cantor, J. M. (1997, August). *Convention orientation for lesbian, gay, and bisexual students*. Paper presented at the 105th annual meeting of the American Psychological Association.

30. Cantor, J. M. (1996, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 104th annual meeting of the American Psychological Association.

31. Cantor, J. M. (1996, August). *Symposium: Question of inclusion: Lesbian and gay psychologists and accreditation*. Paper presented at the 104th annual meeting of the American Psychological Association, Toronto.

32. Cantor, J. M. (1996, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 104th annual meeting of the American Psychological Association.

33. Cantor, J. M. (1995, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 103rd annual meeting of the American Psychological Association.

34. Cantor, J. M. (1995, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 103rd annual meeting of the American Psychological Association.

35. Cantor, J. M. (1994, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 102nd annual meeting of the American Psychological Association.

36. Cantor, J. M. (1994, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 102nd annual meeting of the American Psychological Association.

37. Cantor, J. M., & Pilkington, N. W. (1992, August). *Homophobia in psychology programs: A survey of graduate students.* Paper presented at the Centennial Convention of the American Psychological Association, Washington, DC. (ERIC Document Reproduction Service No. ED 351 618)

38. Cantor, J. M. (1991, August). *Being gay and being a graduate student: Double the memberships, four times the problems*. Paper presented at the 99th annual meeting of the American Psychological Association, San Francisco.

# POSTER PRESENTATIONS

1. Klein, L., Stephens, S., Goodwill, A. M., Cantor, J. M., & Seto, M. C. (2015, October). *The psychological propensities of risk in undetected sexual offenders.* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

2. Pullman, L. E., Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Why are incest offenders less likely to recidivate?* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

3. Seto, M. C., Stephens, S. M., Cantor, J. M., Lalumiere, M. L., Sandler, J. C., & Freeman, N. A. (2015, August). *The development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI-2).* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

4. Soh, D. W., & Cantor, J. M. (2015, August). *A peek inside a furry convention.* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

5. VanderLaan, D. P., Lobaugh, N. J., Chakravarty, M. M., Patel, R., Chavez, S. Stojanovski, S. O., Takagi, A., Hughes, S. K., Wasserman, L., Bain, J., Cantor, J. M., & Zucker, K. J. (2015, August). *The neurohormonal hypothesis of gender dysphoria: Preliminary evidence of cortical surface area differences in adolescent natal females.* Poster presentation at the 31st annual meeting of the International Academy of Sex Research. Toronto, Canada.

6. Cantor, J. M., Lafaille, S. J., Moayedi, M., Mikulis, D. M., & Girard, T. A. (2015, June). *Diffusion tensor imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Harvey Stancer Research Day, Toronto, Ontario Canada.

7. Newman, J. E., Stephens, S., Seto, M. C., & Cantor, J. M. (2014, October). *The validity of the Static-99 in sexual offenders with low intellectual abilities.* Poster presentation at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8. Lykins, A. D., Walton, M. T., & Cantor, J. M. (2014, June). *An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior.* Poster presentation at the 30th annual meeting of the International Academy of Sex Research, Dubrovnik, Croatia.

9. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, November). *The utility of phallometry in the assessment of hebephilia.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

10. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, October). *The role of hebephilic sexual interests in sexual victim choice.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

11. Fazio, R. L., & Cantor, J. M. (2013, October). *Analysis of the Fazio Laterality Inventory (FLI) in a population with established atypical handedness.* Poster presented at the 33rd annual meeting of the National Academy of Neuropsychology, San Diego.

12. Lafaille, S., Hannah, J., Soh, D., Kucyi, A., Girard, T. A., Mikulis, D. M., & Cantor, J. M. (2013, August). *Investigating resting state networks in pedohebephiles.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

13. McPhail, I. V., Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2013, August). *Effects of prescription medication on volumetric phallometry output.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

14. Murray, M. E., Dyshniku, F., Fazio, R. L., & Cantor, J. M. (2013, August). *Minor physical anomalies as a window into the prenatal origins of pedophilia.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

15. Sutton, K. S., Stephens, S., Dyshniku, F., Tulloch, T., & Cantor, J. M. (2013, August). *Pilot group treatment for "procrasturbation."* Poster presented at 39th annual meeting of the International Academy of Sex Research, Chicago.

16. Sutton, K. S., Pytyck, J., Stratton, N., Sylva, D., Kolla, N., & Cantor, J. M. (2013, August). *Client characteristics by type of hypersexuality referral: A quantitative chart review.* Poster presented at the 39th annual meeting of the International Academy of Sex Research, Chicago.

17. Fazio, R. L., & Cantor, J. M. (2013, June). *A replication and extension of the psychometric properties of the Digit Vigilance Test.* Poster presented at the 11th annual meeting of the American Academy of Clinical Neuropsychology, Chicago.

18. Lafaille, S., Moayedi, M., Mikulis, D. M., Girard, T. A., Kuban, M., Blak, T., & Cantor, J. M. (2012, July). *Diffusion Tensor Imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Lisbon, Portugal.

19. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010, July). *Sexual arousal to female children in gynephilic men.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Prague, Czech Republic.

20. Cantor, J. M., Girard, T. A., Lovett-Barron, M., & Blak, T. (2008, July). *Brain regions responding to visual sexual stimuli: Meta-analysis of PET and fMRI studies.* Abstract and poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

21. Lykins, A. D., Blanchard, R., Cantor, J. M., Blak, T., & Kuban, M. E. (2008, July). *Diagnosing sexual attraction to children: Considerations for DSM-V.* Poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

22. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, October). *Physical height in pedophilia and hebephilia.* Poster presented at the 26th annual meeting of the Association for the Treatment of Sexual Abusers, San Diego.

23. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, August). *Physical height in pedophilia and hebephilia.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

24. Puts, D. A., Blanchard, R., Cardenas, R., Cantor, J., Jordan, C. L., & Breedlove, S. M. (2007, August). *Earlier puberty predicts superior performance on male-biased visuospatial tasks in men but not women.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

25. Seto, M. C., Cantor, J. M., & Blanchard, R. (2005, November). *Possession of child pornography is a diagnostic indicator of pedophilia.* Poster presented at the 24th annual meeting of the Association for the Treatment of Sexual Abusers, New Orleans.

26. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove. S. M., & Ellis, L. (2005, July). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

27. Cantor, J. M., & Blanchard, R. (2003, July). *The reported VIQ–PIQ differences in male sex offenders are artifactual?* Abstract and poster presented at the 29th annual meeting of the International Academy of Sex Research, Bloomington, Indiana.

28. Christensen, B. K., Cantor, J. M., Millikin, C., & Blanchard, R. (2002, February). *Factor analysis of two brief memory tests: Preliminary evidence for modality-specific measurement.* Poster presented at the 30th annual meeting of the International Neuropsychological Society, Toronto, Ontario, Canada.

29. Cantor, J. M., Blanchard, R., Paterson, A., Bogaert, A. (2000, June). *How many gay men owe their sexual orientation to fraternal birth order?* Abstract and poster presented at the International Behavioral Development Symposium, Minot, North Dakota.

30. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, November). *Fluoxetine inhibition of male rat sexual behavior: Reversal by oxytocin.* Poster presented at the 26th annual meeting of the Society for Neurosciences, Washington, DC.

31. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, June). *An animal model of fluoxetine-induced sexual dysfunction: Dose dependence and time course.* Poster presented at the 28th annual Conference on Reproductive Behavior, Montréal, Canada.

32. Cantor, J. M., O'Connor, M. G., Kaplan, B., & Cermak, L. S. (1993, June). *Transient events test of retrograde memory: Performance of amnestic and unimpaired populations.* Poster presented at the 2nd annual science symposium of the Massachusetts Neuropsychological Society, Cambridge, MA.

# EDITORIAL AND PEER-REVIEWING ACTIVITIES

## Editor-in-Chief

*Sexual Abuse: A Journal of Research and Treatment*          Jan., 2010–Dec., 2014

## Editorial Board Memberships

| | |
|---|---|
| *Journal of Sexual Aggression* | Jan., 2010–Dec., 2021 |
| *Journal of Sex Research, The* | Jan., 2008–Aug., 2020 |
| *Sexual Abuse: A Journal of Research and Treatment* | Jan., 2006–Dec., 2019 |
| *Archives of Sexual Behavior* | Jan., 2004–Present |
| *The Clinical Psychologist* | Jan., 2004–Dec., 2005 |

## Ad hoc Journal Reviewer Activity

| | |
|---|---|
| *American Journal of Psychiatry* | *Journal of Consulting and Clinical Psychology* |
| *Annual Review of Sex Research* | *Journal of Forensic Psychology Practice* |
| *Archives of General Psychiatry* | *Journal for the Scientific Study of Religion* |
| *Assessment* | *Journal of Sexual Aggression* |
| *Biological Psychiatry* | *Journal of Sexual Medicine* |
| *BMC Psychiatry* | *Journal of Psychiatric Research* |
| *Brain Structure and Function* | *Nature Neuroscience* |
| *British Journal of Psychiatry* | *Neurobiology Reviews* |
| *British Medical Journal* | *Neuroscience & Biobehavioral Reviews* |
| *Canadian Journal of Behavioural Science* | *Neuroscience Letters* |
| *Canadian Journal of Psychiatry* | *Proceedings of the Royal Society B* |
| *Cerebral Cortex* | *(Biological Sciences)* |
| *Clinical Case Studies* | *Psychological Assessment* |
| *Comprehensive Psychiatry* | *Psychological Medicine* |
| *Developmental Psychology* | *Psychological Science* |
| *European Psychologist* | *Psychology of Men & Masculinity* |
| *Frontiers in Human Neuroscience* | *Sex Roles* |
| *Human Brain Mapping* | *Sexual and Marital Therapy* |
| *International Journal of Epidemiology* | *Sexual and Relationship Therapy* |
| *International Journal of Impotence Research* | *Sexuality & Culture* |
| *International Journal of Sexual Health* | *Sexuality Research and Social Policy* |
| *International Journal of Transgenderism* | *The Clinical Psychologist* |
| *Journal of Abnormal Psychology* | *Traumatology* |
| *Journal of Clinical Psychology* | *World Journal of Biological Psychiatry* |

# GRANT REVIEW PANELS

2017–2021    Member, College of Reviewers, *Canadian Institutes of Health Research,* Canada.

2017    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2017    Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany.

2016    Reviewer.  National Science Center [*Narodowe Centrum Nauki*], Poland.

2016    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2015    Assessor (Peer Reviewer). Discovery Grants Program. *Australian Research Council,* Australia.

2015    Reviewer. *Czech Science Foundation,* Czech Republic.

2015    Reviewer, "Off the beaten track" grant scheme. *Volkswagen Foundation,* Germany.

2015    External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada

2015    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2014    Assessor (Peer Reviewer).  Discovery Grants Program. *Australian Research Council,* Australia.

2014    External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada.

2014    Panel Member, Dean's Fund—Clinical Science Panel. *University of Toronto Faculty of Medicine*, Canada.

2014    Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2013    Panel Member, Grant Miller Cancer Research Grant Panel. *University of Toronto Faculty of Medicine*, Canada.

2013       Panel Member, Dean of Medicine Fund New Faculty Grant Clinical Science Panel. *University of Toronto Faculty of Medicine,* Canada.

2012       Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence (2nd round). *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany.

2012       External Reviewer, University of Ottawa Medical Research Fund. *University of Ottawa Department of Psychiatry*, Canada.

2012       External Reviewer, Behavioural Sciences—B. *Canadian Institutes of Health Research*, Canada.

2011       Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany.

# TEACHING AND TRAINING

**PostDoctoral Research Supervision**
**Law & Mental Health Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Dr. Katherine S. Sutton | Sept., 2012–Dec., 2013 |
| Dr. Rachel Fazio | Sept., 2012–Aug., 2013 |
| Dr. Amy Lykins | Sept., 2008–Nov., 2009 |

**Doctoral Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Michael Walton • University of New England, Australia | Sept., 2017–Aug., 2018 |
| Debra Soh • York University | May, 2013–Aug, 2017 |
| Skye Stephens • Ryerson University | April, 2012–June, 2016 |

**Masters Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Nicole Cormier • Ryerson University | June, 2012–present |
| Debra Soh • Ryerson University | May, 2009–April, 2010 |

**Undergraduate Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Kylie Reale • Ryerson University | Spring, 2014 |
| Jarrett Hannah • University of Rochester | Summer, 2013 |
| Michael Humeniuk • University of Toronto | Summer, 2012 |

**Clinical Supervision (Doctoral Internship)**
**Clinical Internship Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Katherine S. Sutton • Queen's University | 2011–2012 |
| David Sylva • Northwestern University | 2011–2012 |
| Jordan Rullo • University of Utah | 2010–2011 |
| Lea Thaler • University of Nevada, Las Vegas | 2010–2011 |
| Carolin Klein • University of British Columbia | 2009–2010 |
| Bobby R. Walling • University of Manitoba | 2009–2010 |

# TEACHING AND TRAINING

**Clinical Supervision (Doctoral- and Masters- level practica)**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---:|
| Tyler Tulloch • Ryerson University | 2013–2014 |
| Natalie Stratton • Ryerson University | Summer, 2013 |
| Fiona Dyshniku • University of Windsor | Summer, 2013 |
| Mackenzie Becker • McMaster University | Summer, 2013 |
| Skye Stephens • Ryerson University | 2012–2013 |
| Vivian Nyantakyi • Capella University | 2010–2011 |
| Cailey Hartwick • University of Guelph | Fall, 2010 |
| Tricia Teeft • Humber College | Summer, 2010 |
| Allison Reeves • Ontario Institute for Studies in Education/Univ. of Toronto | 2009–2010 |
| Helen Bailey • Ryerson University | Summer, 2009 |
| Edna Aryee • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Iryna Ivanova • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Jennifer Robinson • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Zoë Laksman • Adler School of Professional Psychology | 2005–2006 |
| Diana Mandelew • Adler School of Professional Psychology | 2005–2006 |
| Susan Wnuk • York University | 2004–2005 |
| Hiten Lad • Adler School of Professional Psychology | 2004–2005 |
| Natasha Williams • Adler School of Professional Psychology | 2003–2004 |
| Lisa Couperthwaite • Ontario Institute for Studies in Education/Univ. of Toronto | 2003–2004 |
| Lori Gray, née Robichaud • University of Windsor | Summer, 2003 |
| Sandra Belfry • Ontario Institute for Studies in Education/Univ. of Toronto | 2002–2003 |
| Althea Monteiro • York University | Summer, 2002 |
| Samantha Dworsky • York University | 2001–2002 |
| Kerry Collins • University of Windsor | Summer, 2001 |
| Jennifer Fogarty • Waterloo University | 2000–2001 |
| Emily Cripps • Waterloo University | Summer, 2000 |
| Lee Beckstead • University of Utah | 2000 |

# PROFESSIONAL SOCIETY ACTIVITIES

## OFFICES HELD

| | |
|---|---|
| 2018–2019 | Local Host.  Society for Sex Therapy and Research. |
| 2015 | Member, International Scientific Committee, World Association for Sexual Health. |
| 2015 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2012–2013 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2012–2013 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2011–2012 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2010–2011 | Scientific Program Committee, International Academy of Sex Research |
| 2002–2004 | Membership Committee • APA Division 12 (Clinical Psychology) |
| 2002–2003 | Chair, Committee on Science Issues, APA Division 44 |
| 2002 | Observer, Grant Review Committee • Canadian Institutes of Health Research Behavioural Sciences (B) |
| 2001–2009 | Reviewer • APA Division 44 Convention Program Committee |
| 2001, 2002 | Reviewer • APA Malyon-Smith Scholarship Committee |
| 2000–2005 | Task Force on Transgender Issues, APA Division 44 |
| 1998–1999 | Consultant, APA Board of Directors Working Group on Psychology Marketplace |
| 1997 | Student Representative • APA Board of Professional Affairs' Institute on TeleHealth |
| 1997–1998 | Founder and Chair • APA/APAGS Task Force on New Psychologists' Concerns |
| 1997–1999 | Student Representative • APA/CAPP Sub-Committee for a National Strategy for Prescription Privileges |
| 1997–1999 | Liaison • APA Committee for the Advancement of Professional Practice |
| 1997–1998 | Liaison • APA Board of Professional Affairs |
| 1993–1997 | Founder and Chair • APA/APAGS Committee on LGB Concerns |

# PROFESSIONAL SOCIETY ACTIVITIES

## __MEMBERSHIPS__

2017–2021   Member • *Canadian Sex Research Forum*

2009–Present  Member • *Society for Sex Therapy and Research*

2006–Present  Member (elected) • *International Academy of Sex Research*

2006–Present  Research and Clinical Member • *Association for the Treatment of Sex Abusers*

2003–2006   Associate Member (elected) • *International Academy of Sex Research*

2002         Founding Member • CPA Section on Sexual Orientation and Gender Identity

2001–2013   Member • *Canadian Psychological Association* (CPA)

2000–2015   Member • *American Association for the Advancement of Science*

2000–2015   Member • *American Psychological Association* (APA)

               APA Division 12 (Clinical Psychology)

               APA Division 44 (Society for the Psychological Study of LGB Issues)

2000–2020   Member • *Society for the Scientific Study of Sexuality*

1995–2000   Student Member • *Society for the Scientific Study of Sexuality*

1993–2000   Student Affiliate • *American Psychological Association*

1990–1999   Member, American Psychological Association of Graduate Students (APAGS)

# CLINICAL LICENSURE/REGISTRATION

Certificate of Registration, Number 3793
College of Psychologists of Ontario, Ontario, Canada

# AWARDS AND HONORS

**2017 Elected Fellow, Association for the Treatment of Sexual Abusers**

**2011 Howard E. Barbaree Award for Excellence in Research**
Centre for Addiction and Mental Health, Law and Mental Health Program

**2004 fMRI Visiting Fellowship Program at Massachusetts General Hospital**
American Psychological Association Advanced Training Institute and NIH

**1999–2001 CAMH Post-Doctoral Research Fellowship**
Centre for Addiction and Mental Health Foundation and Ontario Ministry of Health

**1998 Award for Distinguished Contribution by a Student**
American Psychological Association, Division 44

**1995 Dissertation Research Grant**
Society for the Scientific Study of Sexuality

**1994–1996 McGill University Doctoral Scholarship**

**1994 Award for Outstanding Contribution to Undergraduate Teaching**
"TA of the Year Award," from the McGill Psychology Undergraduate Student Association

## MAJOR MEDIA
(Complete list available upon request.)

### Feature-length Documentaries
Vice Canada Reports. _Age of Consent._ 14 Jan 2017.

Canadian Broadcasting Company. _I, Pedophile._ Firsthand documentaries. 10 Mar 2016.

### Appearances and Interviews
11 Mar 2020. Ibbitson, John. It is crucial that Parliament gets the conversion-therapy ban right. _The Globe & Mail._

25 Jan 2020. Ook de hulpvaardige buurman kan verzamelaar van kinderporno zin.  _De Morgen._

3 Nov 2019. Village of the damned.  _60 Minutes Australia._

1 Nov 2019. HÅKON F. HØYDAL. Norsk nettovergriper: – Jeg hater meg selv: Nordmannen laster ned overgrepsmateriale fra nettet – og oppfordrer politiet til å gi amnesti for slike som ham.

10 Oct 2019. Smith, T. Growing efforts are looking at how—or if—#MeToo offenders can be reformed.  _National Public Radio._

29 Sep 2019. Carey, B. Preying on Children: The Emerging Psychology of Pedophiles.  _New York Times._

29 Apr 2019.  Mathieu, Isabelle.  La poupée qui a troublé les Terre-Neuviens.  _La Tribune._

21 Mar 2019. Pope Francis wants psychological testing to prevent problem priests. But can it really do that?  _The Washington Post._

12 Dec 2018. Child sex dolls: Illegal in Canada, and dozens seized at the border. Ontario Today with Rita Celli. _CBC._

12 Dec 2018. Celli, R. & Harris, K. Dozens of child sex dolls seized by Canadian border agents. _CBC News._

27 Apr 2018. Rogers, Brook A. The online 'incel' culture is real–and dangerous. _New York Post._

25 Apr 2018. Yang, J. Number cited in cryptic Facebook post matches Alek Minassian's military ID: Source. _Toronto Star._

24 Ap 2018 Understanding 'incel'.  _CTV News._

27 Nov 2017. Carey, B. Therapy for Sexual Misconduct? It's Mostly Unproven. _New York Times._

14 Nov 2017. Tremonti, A. M. The Current. _CBC._

9 Nov2017. Christensen, J. Why men use masturbation to harass women. _CNN._ http://www.cnn.com/2017/11/09/health/masturbation-sexual-harassment/index.html

7 Nov 2017. Nazaryan, A. Why is the alt-right obsessed with pedophilia? _Newsweek._

15 Oct 2017. Ouatik, B. Découvre. Pédophilie et science. _CBC Radio Canada._

12 Oct 2017. Ouatik, B. Peut-on guérir la pédophilie? _CBC Radio Canada._

11 Sep 2017. Burns, C. The young paedophiles who say they don't abuse children. _BBC News._

18 Aug 2017. Interview. _National Post Radio._ Sirius XM Canada.

16 Aug 2017. Blackwell, Tom. Man says he was cured of pedophilia at Ottawa clinic: 'It's like a weight that's been lifted': But skeptics worry about the impact of sending pedophiles into the world convinced their curse has been vanquished. _National Post._

26 Apr 2017. Zalkind, S. Prep schools hid sex abuse just like the catholic church. _VICE._

24 Apr 2017. Sastre, P. Pédophilie: une panique morale jamais n'abolira un crime. _Slate France._

12 Feb 2017. Payette, G. Child sex doll trial opens Pandora's box of questions. _CBC News._

26 Nov 2016. Det morke uvettet ["The unknown darkness"]. _Fedrelandsvennen._

13 July 2016. Paedophilia: Shedding light on the dark field. _The Economist._

1 Jul 2016. Debusschere, B. Niet iedereen die kinderporno kijkt, is een pedofiel: De mythes rond pedofilie ontkracht. *De Morgen.*

12 Apr 2016. O'Connor, R. Terence Martin: The Tasmanian MP whose medication 'turned him into a paedophile'. *The Independent.*

8 Mar 2016. Bielski, Z. 'The most viscerally hated group on earth': Documentary explores how intervention can stop pedophiles. *The Globe and Mail.*

1 Mar 2016. Elmhirst, S. What should we do about paedophiles? *The Guardian.*

24 Feb 2016. The man whose brain tumour 'turned him into a paedophile'. *The Independent.*

24 Nov 2015. Byron, T. The truth about child sex abuse. *BBC Two.*

20 Aug 2015. The Jared Fogle case: Why we understand so little about abuse. *Washington Post.*

19 Aug 2015. Blackwell, T. Treat sex offenders for impotence—to keep them out of trouble, Canadian psychiatrist says. *National Post.*

2 Aug 2015. Menendez, J. BBC News Hour. *BBC World Service.*

13 Jul 2015. The nature of pedophilia. *BBC Radio 4.*

9 Jul 2015. The sex-offender test: How a computerized assessment can help determine the fate of men who've been accused of sexually abusing children. *The Atlantic.*

10 Apr 2015. NWT failed to prevent sex offender from abusing stepdaughter again. *CBC News.*

10 Feb 2015. Savage, D. "The ethical sadist." In Savage Love. *The Stranger.*

31 Jan 2015. Begrip voor/van pedofilie [Understanding pedophilia]. *de Volkskrant.*

9 Dec 2014. Carey, B. When a rapist's weapon is a pill. *New York Times.*

1 Dec 2014. Singal, J. Can virtual reality help pedophiles? *New York Magazine.*

17 Nov 2014. Say pedófile, busco aydua. *El Pais.*

4 Sep 2014. Born that way? *Ideas, with Paul Kennedy.* CBC Radio One.

27 Aug 2014. Interrogating the statistics for the prevalence of paedophilia. BBC.

25 Jul 2014. Stephenson, W. The prevalence of paedophilia. *BBC World Service.*

21 Jul 2014. Hildebrandt, A. Virtuous Pedophiles group gives support therapy cannot. *CBC.*

26 Jan 2014. Paedophilia a result of faulty wiring, scientists suggest. *Daily Mail.*

22 Dec 2013. Kane, L. Is pedophilia a sexual orientation? *Toronto Star.*

21 Jul 2013. Miller, L. The turn-on switch: Fetish theory, post-Freud. *New York Magazine.*

1 Jul 2013. Morin, H. Pédophilie: la difficile quête d'une origine biologique. *Le Monde.*

2 Jun 2013. Malcolm, L. The psychology of paedophilia. *Australian National Radio.*

1 Mar 2013. Kay, J. The mobbing of Tom Flanagan is unwarranted and cruel. *National Post.*

6 Feb 2013. Boy Scouts board delays vote on lifting ban on gays. *L.A. Times.*

31 Aug 2012.  CNN Newsroom interview with Ashleigh Banfield.  *CNN.*

24 Jun 2012.  CNN Newsroom interview with Don Lemon. *CNN.*

## LEGAL TESTIMONY, PAST 4 YEARS

| | | | |
|---|---|---|---|
| 1. | 2022 | A.M. v Indiana Public Schools | Southern District, IN |
| 2. | 2022 | Ricard v Kansas | Geery County, KS |
| 3. | 2022 | Eknes-Tucker v Alabama | Montgomery County, AL |
| 4. | 2022 | Hersom & Doe v WVa Health & Human Services | Southern District, WVa |
| 5. | 2022 | BPJ v West Virginia Board of Education | Southern District, WVa |
| 6. | 2021 | Cox v Indiana Child Services | Child Services, IN |
| 7. | 2021 | Josephson v University of Kentucky | Western District, KY |
| 8. | 2021 | Cross et al. v Loudoun School Board | Loudoun, VA |
| 9. | 2021 | Re Commitment of Michael Hughes (Frye Hearing) | Cook County, IL |
| 10. | 2019 | US vs Peter Bright | Southern District, NY |
| 11. | 2019 | Spiegel-Savoie vs Savoie-Sexten (Custody Hearing) | Boston, MA |
| 12. | 2019 | Re Commitment of Steven Casper (Frye Hearing) | Kendall County, IL |
| 13. | 2019 | Re Commitment of Inger (Frye Hearing) | Poughkeepsie, NY |

# APPENDIX 2

## Prospective Outcomes Studies of Gender Dysphoric Children

| | | |
|---|---|---|
| 2/16 | gay | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 4/16 | trans-/crossdress | |
| 10/16 | straight/uncertain | |
| | | |
| 2/16 | trans- | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 2/16 | uncertain | |
| 12/16 | gay | |
| | | |
| 0/9 | trans- | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 9/9 | gay | |
| | | |
| 2/45 | trans-/crossdress | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 10/45 | uncertain | |
| 33/45 | gay | |
| | | |
| 1/10 | trans- | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 2/10 | gay | |
| 3/10 | uncertain | |
| 4/10 | straight | |
| | | |
| 1/44 | trans- | Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press. |
| 43/44 | cis- | |
| | | |
| 0/8 | trans- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146,* 565–569. |
| 8/8 | cis- | |
| | | |
| 21/54 | trans- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 33/54 | cis- | |
| | | |
| 3/25 | trans- | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45. |
| 6/25 | lesbian/bi- | |
| 16/25 | straight | |
| | | |
| 47/127 | trans- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |
| 80/127 | cis- | |
| | | |
| 17/139 | trans- | Singh, D., Bradley, S. J., and Zucker, K. J. (2021) A follow-up study of boys with gender identity disorder. Frontiers in Psychiatry, 12, 632784. doi: 10.3389/fpsyt.2021.632784 |
| 122/139 | cis- | |



Journal of Sex & Marital Therapy



ISSN: 0092-623X (Print) 1521-0715 (Online) Journal homepage: https://www.tandfonline.com/loi/usmt20

# Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy

James M. Cantor

**To cite this article:** James M. Cantor (2020) Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy, Journal of Sex & Marital Therapy, 46:4, 307-313, DOI: 10.1080/0092623X.2019.1698481

**To link to this article:** https://doi.org/10.1080/0092623X.2019.1698481

Published online: 14 Dec 2019.

Submit your article to this journal ⤤

Article views: 2055

View related articles ⤤

View Crossmark data ⤤

JOURNAL OF SEX & MARITAL THERAPY
2020, VOL. 46, NO. 4, 307–313
https://doi.org/10.1080/0092623X.2019.1698481





# Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy

James M. Cantor

Toronto Sexuality Centre, Toronto, Canada

**ABSTRACT**

The American Academy of Pediatrics (AAP) recently published a policy statement: *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents.* Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping gender diverse (GD) children, the AAP statement instead rejected that consensus, endorsing *gender affirmation* as the only acceptable approach. Remarkably, not only did the AAP statement fail to include any of the actual outcomes literature on such cases, but it also misrepresented the contents of its citations, which repeatedly said the very opposite of what AAP attributed to them.

The American Academy of Pediatrics (AAP) recently published a policy statement entitled, *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents* (Rafferty, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, 2018). These are children who manifest discontent with the sex they were born as and desire to live as the other sex (or as some alternative gender role). The policy was quite a remarkable document: Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping transgender and gender diverse (GD) children, the AAP statement rejected that consensus, endorsing only *gender affirmation.* That is, where the consensus is to delay any transitions after the onset of puberty, AAP instead rejected waiting before transition. With AAP taking such a dramatic departure from other professional associations, I was immediately curious about what evidence led them to that conclusion. As I read the works on which they based their policy, however, I was pretty surprised—rather alarmed, actually: These documents simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing *watchful waiting.*

The AAP statement was also remarkable in what it left out—namely, the actual outcomes research on GD children. In total, there have been 11 follow-up studies of GD children, of which AAP cited one (Wallien & Cohen-Kettenis, 2008), doing so without actually mentioning the outcome data it contained. The literature on outcomes was neither reviewed, summarized, nor subjected to meta-analysis to be considered in the aggregate—It was merely disappeared. (The list of all existing studies appears in the appendix.) As they make clear, *every* follow-up study of GD children, without exception, found the same thing: Over puberty, the majority of GD children cease to want to transition. AAP is, of course, free to establish whatever policy it likes on

**CONTACT** James Cantor ✉ jamescantorphd@gmail.com 📍 Toronto Sexuality Centre, 2 Carlton Street, suite 1820, Toronto, Ontario M5B 1J3, Canada.

© 2019 Taylor & Francis Group, LLC

whatever basis it likes. But any assertion that their policy is based on evidence is demonstrably false, as detailed below.

AAP divided clinical approaches into three types—conversion therapy, watchful waiting, and gender affirmation. It rejected the first two and endorsed *gender affirmation* as the only acceptable alternative. Most readers will likely be familiar already with attempts to use conversion therapy to change sexual orientation. With regard to gender identity, AAP wrote:

> "[C]onversion" or "reparative" treatment models are used to prevent children and adolescents from identifying as transgender or to dissuade them from exhibiting gender-diverse expressions. … Reparative approaches have been proven to be not only unsuccessful[38] but also deleterious and are considered outside the mainstream of traditional medical practice.[29,39–42]

The citations were:

38. Haldeman DC. The practice and ethics of sexual orientation conversion therapy. *J Consult Clin Psychol.* 1994;62(2):221–227.

29. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *J Am Acad Child Adolesc Psychiatry.* 2012;51(9):957–974.

39. Byne W. Regulations restrict practice of conversion therapy. *LGBT Health.* 2016;3(2):97–99.

40. Cohen-Kettenis PT, Delemarrevan de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. *J Sex Med.* 2008;5(8):1892–1897.

41. Bryant K. Making gender identity disorder of childhood: historical lessons for contemporary debates. *Sex Res Soc Policy.* 2006;3(3):23–39.

42. World Professional Association for Transgender Health. *WPATH De-Psychopathologisation Statement.* Minneapolis, MN: World Professional Association for Transgender Health; 2010.

AAP's claims struck me as odd because *there are no studies of conversion therapy for gender identity.* Studies of conversion therapy have been limited to *sexual orientation,* and, moreover, to the sexual orientation *of adults,* not to gender identity and not of children in any case. The article AAP cited to support their claim (reference number 38) is indeed a classic and well-known review, but it is a review of sexual orientation research *only.* Neither gender identity, nor even children, received a single mention in it. Indeed, the narrower scope of that article should be clear to anyone reading even just its title: "The practice and ethics of *sexual orientation* conversion therapy" [italics added].

AAP continued, saying that conversion approaches for GD children have already been rejected by medical consensus, citing five sources. This claim struck me as just as odd, however—I recalled associations banning conversion therapy for sexual orientation, but not for gender identity, exactly because there is no evidence for generalizing from adult sexual orientation to childhood gender identity. So, I started checking AAP's citations for that, and these sources too pertained only to sexual orientation, not gender identity (specifics below). What AAP's sources *did* repeatedly emphasize was that:

A. Sexual orientation of adults is unaffected by conversion therapy and any other [known] intervention;

B. Gender dysphoria in childhood before puberty desists in the majority of cases, becoming (cis-gendered) homosexuality in adulthood, again regardless of any [known] intervention; and

C. Gender dysphoria in childhood persisting after puberty tends to persist entirely.

That is, in the context of GD children, it simply makes no sense to refer to externally induced "conversion": The majority of children "convert" to cisgender or "desist" from transgender

*regardless* of any attempt to change them. "Conversion" only makes sense with regard to adult sexual orientation because (unlike childhood gender identity), adult homosexuality never or nearly never spontaneously changes to heterosexuality. Although gender identity and sexual orientation may often be analogous and discussed together with regard to social or political values and to civil rights, they are nonetheless distinct—with distinct origins, needs, and responses to medical and mental health care choices. Although AAP emphasized to the reader that "gender identity is not synonymous with 'sexual orientation'" (Rafferty et al., 2018, p. 3), they went ahead to treat them as such nonetheless.

To return to checking AAP's fidelity to its sources: Reference 29 was a practice guideline from the Committee on Quality Issues of the American Academy of Child and Adolescent Psychiatry (AACAP). Despite AAP applying this source to *gender identity,* AACAP was quite unambiguous regarding their intent to speak to sexual orientation and *only* to sexual orientation*:* "Principle 6. Clinicians should be aware that there is no evidence that *sexual orientation* can be altered through therapy, and that attempts to do so may be harmful. There is no established evidence that change in a predominant, enduring *homosexual* pattern of development is possible. Although sexual fantasies can, to some degree, be suppressed or repressed by those who are ashamed of or in conflict with them, sexual desire is not a choice. However, behavior, social role, and—to a degree—identity and self-acceptance are. Although operant conditioning modifies sexual fetishes, it does not alter *homosexuality.* Psychiatric efforts to alter *sexual orientation* through 'reparative therapy' *in adults* have found little or no change in *sexual orientation,* while causing significant risk of harm to self-esteem" (AACAP, 2012, p. 967, italics added).

Whereas AAP cites AACAP to support gender affirmation as the only alternative for treating GD children, AACAP's actual view was decidedly neutral, noting the lack of evidence: "Given the lack of empirical evidence from randomized, controlled trials of the efficacy of treatment aimed at eliminating gender discordance, the potential risks of treatment, and longitudinal evidence that gender discordance persists in only a small minority of untreated cases arising in childhood, further research is needed on predictors of persistence and desistence of childhood gender discordance as well as the long-term risks and benefits of intervention before any treatment to eliminate gender discordance can be endorsed" (AACAP, 2012, p. 969). Moreover, whereas AAP rejected watchful waiting, what AACAP recommended was: "In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood" (AACAP, 2012, p. 969). So, not only did AAP attribute to AACAP something AACAP never said, but also AAP withheld from readers AACAP's actual view.

Next, in reference 39, Byne (2016) also addressed only sexual orientation, doing so very clearly: "Reparative therapy is a subset of conversion therapies based on the premise that *same-sex attraction* are reparations for childhood trauma. Thus, practitioners of reparative therapy believe that exploring, isolating, and repairing these childhood emotional wounds will often result in reducing *same-sex attractions*" (Byne, 2016, p. 97). Byne does not say this of gender identity, as the AAP statement misrepresents.

In AAP reference 40, Cohen-Kettenis et al. (2008) did finally pertain to gender identity; however, this article never mentions conversion therapy. (!) Rather, in this study, the authors presented that clinic's lowering of their minimum age for cross-sex hormone treatment from age 18 to 16, which they did on the basis of a series of studies showing the high rates of success with this age group. Although it did strike me as odd that AAP picked as support against conversion therapy an article that did not mention conversion therapy, I could imagine AAP cited the article as an example of what the "mainstream of traditional medical practice" consists of (the logic being that conversion therapy falls outside what an 'ideal' clinic like this one provides). However, what this clinic provides is the very *watchful waiting* approach that AAP rejected. The approach

espoused by Cohen-Kettenis (and the other clinics mentioned in the source—Gent, Boston, Oslo, and now formerly, Toronto) is to make puberty-halting interventions available at age 12 because: "[P]ubertal suppression may give adolescents, together with the attending health professional, more time to explore their gender identity, without the distress of the developing secondary sex characteristics. The precision of the diagnosis may thus be improved" (Cohen-Kettenis et al., 2008, p. 1894).

Reference 41 presented a very interesting history spanning the 1960s–1990s about how feminine boys and tomboyish girls came to be recognized as mostly pre-homosexual, and how that status came to be entered into the DSM at the same time as homosexuality was being *removed* from the DSM. Conversion therapy is never mentioned. Indeed, to the extent that Bryant mentions treatment at all, it is to say that treatment is entirely irrelevant to his analysis: "An important omission from the *DSM* is a discussion of the kinds of treatment that GIDC children should receive. (This omission is a general orientation of the DSM and not unique to GIDC)" (Bryant, 2006, p. 35). How this article supports AAP's claim is a mystery. Moreover, how AAP could cite a 2006 history discussing events of the 1990s and earlier to support a claim about the *current* consensus in this quickly evolving discussion remains all the more unfathomable.

Cited last in this section was a one-paragraph press release from the World Professional Association for Transgender Health. Written during the early stages of the American Psychiatric Association's (APA's) update of the DSM, the statement asserted simply that "The WPATH Board of Directors strongly urges the de-psychopathologisation of gender variance worldwide." Very reasonable debate can (and should) be had regarding whether gender dysphoria should be removed from the DSM as homosexuality was, and WPATH was well within its purview to assert that it should. Now that the DSM revision process is years completed however, history has seen that APA ultimately retained the diagnostic categories, rejecting WPATH's urging. This makes AAP's logic entirely backwards: That WPATH's request to depathologize gender dysphoria was *rejected* suggests that it is *WPATH's* view—and therefore the AAP policy—which fall "outside the mainstream of traditional medical practice." (!)

AAP based this entire line of reasoning on their belief that conversion therapy is being used "to prevent children and adolescents from identifying as transgender" (Rafferty et al., 2018, p. 4). That claim is left without citation or support. In contrast, what is said by AAP's sources is "delaying affirmation should *not* be construed as conversion therapy or an attempt to change gender identity" in the first place (Byne, 2016, p. 2). Nonetheless, AAP seems to be doing exactly that: simply relabeling any alternative approach as equivalent to conversion therapy.

Although AAP (and anyone else) may reject (what they label to be) conversion therapy purely on the basis of political or personal values, there is no evidence to back the AAP's stated claim about the existing science on gender identity at all, never mind gender identity of children.

AAP also dismissed the watchful waiting approach out of hand, not citing any evidence, but repeatedly calling it "outdated." The criticisms AAP provided, however, again defied the existing evidence, with even its own sources repeatedly calling watchful waiting the current standard. According to AAP:

> [G]ender affirmation is in contrast to the outdated approach in which a child's gender-diverse assertions are held as "possibly true" until an arbitrary age (often after pubertal onset) when they can be considered valid, an approach that authors of the literature have termed "watchful waiting." This outdated approach does not serve the child because critical support is withheld. Watchful waiting is based on binary notions of gender in which gender diversity and fluidity is pathologized; in watchful waiting, it is also assumed that notions of gender identity become fixed at a certain age. The approach is also influenced by a group of early studies with validity concerns, methodologic flaws, and limited follow-up on children who identified as TGD and, by adolescence, did not seek further treatment ("desisters").[45,47]

The citations from AAP's reference list are:

45. Ehrensaft D, Giammattei SV, Storck K, Tishelman AC, Keo-Meier C. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. *Int J Transgend.* 2018;19(2):251–268

47. Olson KR. Prepubescent transgender children: what we do and do not know. *J Am Acad Child Adolesc Psychiatry.* 2016;55(3):155–156.e3

I was surprised first by the AAP's claim that watchful waiting's delay to puberty was somehow "arbitrary." The literature, including AAP's sources, repeatedly indicated the pivotal importance of puberty, noting that outcomes strongly diverge at that point. According to AAP reference 29, in "*prepubertal* boys with gender discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood, with only 2.2% to 11.9% continuing to experience gender discordance" (Adelson & AACAP, 2012, p. 963, italics added), whereas "when gender variance with the desire to be the other sex is present *in adolescence,* this desire usually does persist through adulthood" (Adelson & AACAP, 2012, p. 964, italics added). Similarly, according to AAP reference 40, "Symptoms of GID *at prepubertal ages* decrease or even disappear in a considerable percentage of children (estimates range from 80–95%). Therefore, any intervention in childhood would seem premature and inappropriate. However, GID persisting *into early puberty* appears to be highly persistent" (Cohen-Kettenis et al., 2008, p. 1895, italics added). That follow-up studies of prepubertal transition differ from postpubertal transition is the very meaning of non-arbitrary. AAP gave readers exactly the reverse of what was contained in its own sources. If AAP were correct in saying that puberty is an arbitrarily selected age, then AAP will be able to offer another point to wait for with as much empirical backing as puberty has.

Next, it was not clear on what basis AAP could say that watchful waiting withholds support—AAP cited no support for its claim. The people in such programs often receive substantial support during this period. Also unclear is on what basis AAP could already know exactly which treatments are "critical" and which are not—Answering that question is the very purpose of this entire endeavor. Indeed, the logic of AAP's claim appears entirely circular: It is only if one were already pre-convinced that gender affirmation is the only acceptable alternative that would make watchful waiting seem to withhold critical support—What it delays is gender affirmation, the method one has already decided to be critical.

Although AAP's next claim did not have a citation appearing at the end of its sentence, binary notions of gender were mentioned both in references 45 and 47. Specifically, both pointed out that existing outcome studies have been about people transitioning from one sex to the other, rather than from one sex to an in-between status or a combination of masculine/feminine features. Neither reference presented this as a reason to reject the results from the existing studies of complete transition however (which is how AAP cast it). Although it is indeed true that the outcome data have been about complete transition, some future study showing that partial transition shows a different outcome would not invalidate what is known about complete transition. Indeed, data showing that partial transition gives better outcomes than complete transition would, once again, support the watchful waiting approach which AAP rejected.

Next was a vague reference alleging concerns and criticisms about early studies. Had AAP indicated what those alleged concerns and flaws were (or which studies they were), then it would be possible to evaluate or address them. Nonetheless, the argument is a red herring: Because all of the later studies showed the same result as did the early studies, any such allegation is necessarily moot.

Reference 47 was a one-and-a-half page commentary in which the author off-handedly mentions criticisms previously made of three of the eleven outcome studies of GD children, but does not provide any analysis or discussion. The only specific claim was that studies (whether early or late) had limited follow-up periods—the logic being that had outcome researchers lengthened the follow-up period, then people who seemed to have desisted might have returned to the clinic as

cases of "persistence-after-interruption." Although one could debate the merits of that prediction, AAP instead simply withheld from the reader the result from the original researchers having tested that very prediction directly: Steensma and Cohen-Kettenis (2015) conducted another analysis of their cohort, by then ages 19–28 (mean age 25.9 years), and found that 3.3% (5 people of the sample of 150) later returned. That is, in long-term follow-up, the childhood sample showed 66.7% desistence instead of 70.0% desistance.

Reference 45 did not support the claim that watchful-waiting is "outdated" either. Indeed, that source said the very opposite, explicitly referring to watchful waiting as the *current* approach: "Put another way, if clinicians are straying from SOC 7 guidelines for social transitions, not abiding by the watchful waiting model *favored by the standards,* we will have adolescents who have been consistently living in their affirmed gender since age 3, 4, or 5" (Ehrensaft et al., 2018, p. 255). Moreover, Ehrensaft et al. said there are cases in which they too would still use watchful waiting: "When a child's gender identity is unclear, the watchful waiting approach can give the child and their family time to develop a clearer understanding and is not necessarily in contrast to the needs of the child" (p. 259). Ehrensaft et al. are indeed critical of the watchful waiting model (which they feel is applied too conservatively), but they do not come close to the position the AAP policy espouses. Where Ehrensaft summaries the potential benefits and potential risks both to transitioning and not transitioning, the AAP presents an ironically binary narrative.

In its policy statement, AAP told neither the truth nor the whole truth, committing sins both of commission and of omission, asserting claims easily falsified by anyone caring to do any fact-checking at all. AAP claimed, "This policy statement is focused specifically on children and youth that identify as TGD rather than the larger LGBTQ population"; however, much of that evidence was about sexual orientation, not gender identity. AAP claimed, "Current available research and expert opinion from clinical and research leaders … will serve as the basis for recommendations" (pp. 1–2); however, they provided recommendations entirely unsupported and even in direct opposition to that research and opinion.

AAP is advocating for something far in excess of mainstream practice and medical consensus. In the presence of compelling evidence, that is just what is called for. The problems with Rafferty, however, do not constitute merely a misquote, a misinterpretation of an ambiguous statement, or a missing reference or two. Rather, AAP's statement is a systematic exclusion and misrepresentation of entire literatures. Not only did AAP fail to provide compelling evidence, it failed to provide the evidence at all. Indeed, AAP's recommendations are *despite* the existing evidence.

## Disclosure statement

No potential conflict of interest was reported by the author.

## References

Rafferty, J., AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4), e20182162 doi:10.1542/peds.2018-2162

Steensma, T. D., & Cohen-Kettenis, P. T. (2015). More than two developmental pathways in children with gender dysphoria? *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*, 147–148. doi:10.1016/j.jaac.2014.10.016

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*, 1413–1423. doi:10.1097/CHI.0b013e31818956b9

## Appendix

| Count | Group | Study |
|---|---|---|
| 2/16<br>4/16<br>10/16 | gay*<br>trans-/crossdress<br>straight*/uncertain | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 2/16<br>2/16<br>12/16 | trans-<br>uncertain<br>gay | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 0/9<br>9/9 | trans-<br>gay | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 2/45<br>10/45<br>33/45 | trans-/crossdress<br>uncertain<br>gay | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 1/10<br>2/10<br>3/10<br>4/10 | trans-<br>gay<br>uncertain<br>straight | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 1/44<br>43/44 | trans-<br>cis- | Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press. |
| 0/8<br>8/8 | trans-<br>cis- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146,* 565–569. |
| 21/54<br>33/54 | trans-<br>cis- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 3/25<br>6/25<br>16/25 | trans-<br>lesbian/bi-<br>straight | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45. |
| 17/139<br>122/139 | trans-<br>cis- | Singh, D. (2012). *A follow-up study of boys with gender identity disorder.* Unpublished doctoral dissertation, University of Toronto. |
| 47/127<br>80/127 | trans-<br>cis- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |

*For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc.

**APPENDIX 4**

# Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria

This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people. It was commissioned by NHS England and Improvement who commissioned the Cass review. It aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gonadotrophin releasing hormone (GnRH) analogues for children and adolescents aged 18 years or under with gender dysphoria.

The document was prepared by NICE in October 2020.

The content of this evidence review was up to date on 14 October 2020. See summaries of product characteristics (SPCs), British National Formulary (BNF) or the Medicines and Healthcare products Regulatory Agency (MHRA) or NICE websites for up-to-date information.

1

# Contents

1. Introduction .................................................................................................. 3

2. Executive summary of the review ............................................................. 3

    Critical outcomes ....................................................................................... 4

    Important outcomes ................................................................................... 5

    Discussion ................................................................................................ 12

    Conclusion .............................................................................................. 13

3. Methodology ............................................................................................ 14

    Review questions .................................................................................... 14

    Review process ....................................................................................... 14

4. Summary of included studies .................................................................. 15

5. Results ..................................................................................................... 19

6. Discussion ............................................................................................... 40

7. Conclusion ............................................................................................... 45

Appendix A PICO document ........................................................................ 47

Appendix B Search strategy ........................................................................ 50

Appendix C Evidence selection ................................................................... 73

Appendix D Excluded studies table ............................................................. 74

Appendix E Evidence tables ........................................................................ 76

Appendix F Quality appraisal checklists ...................................................... 98

Appendix G Grade profiles .......................................................................... 99

Glossary ..................................................................................................... 129

References ................................................................................................. 130

## 1. Introduction

This review aims to assess the evidence for the clinical effectiveness, safety and cost-effectiveness of gonadotrophin releasing hormone (GnRH) analogues for children and adolescents aged 18 years or under with gender dysphoria. The review follows the NHS England Specialised Commissioning process and template and is based on the criteria outlined in the PICO framework (see appendix A). This document will help inform Dr Hilary Cass' independent review into gender identity services for children and young people.

Gender dysphoria in children, also known as gender identity disorder or gender incongruence of childhood (World Health Organisation 2020), refers to discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves[1] regarding their gender) and that person's sex assigned at birth and the associated gender role, and/or primary and secondary sex characteristics (Diagnostic and Statistical Manual of Mental Disorders 2013).

GnRH analogues suppress puberty by delaying the development of secondary sexual characteristics. The intention is to alleviate the distress associated with the development of secondary sex characteristics, thereby providing a time for on-going discussion and exploration of gender identity before deciding whether to take less reversible steps. In England, the GnRH analogue triptorelin (a synthetic decapeptide analogue of natural GnRH, which has marketing authorisations for the treatment of prostate cancer, endometriosis and precocious puberty [onset before 8 years in girls and 10 years in boys]) is used for this purpose. The use of triptorelin for children and adolescents with gender dysphoria is off-label.

For children and adolescents with gender dysphoria it is recommended that management plans are tailored to the needs of the individual, and aim to ameliorate the potentially negative impact of gender dysphoria on general developmental processes, support young people and their families in managing the uncertainties inherent in gender identity development and provide on-going opportunities for exploration of gender identity. The plans may also include psychological support and exploration and, for some individuals, the use of GnRH analogues in adolescence to suppress puberty; this may be followed later with gender-affirming hormones of the desired sex (NHS England 2013).

## 2. Executive summary of the review

Nine observational studies were included in the evidence review. Five studies were retrospective observational studies (Brik et al. 2020, Joseph et al. 2019, Khatchadourian et al. 2014, Klink et al. 2015, Vlot et al. 2017), 3 studies were prospective longitudinal observational studies (Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016) and 1 study was a cross-sectional study (Staphorsius et al. 2015). Two studies (Costa et al. 2015

---

[1] Gender refers to the roles, behaviours, activities, attributes and opportunities that any society considers appropriate for girls and boys, and women and men (World Health Organisation, Health Topics: Gender).

3

and Staphorsius et al. 2015) provided comparative evidence and the remaining 7 studies used within-person, before and after comparisons.

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than natal or biological sex, gonadotrophin releasing hormone (GnRH) analogues rather than 'puberty blockers' and gender-affirming hormones rather than 'cross sex hormones'. The research studies included in this evidence review may use historical terms which are no longer considered appropriate.

**In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

### Critical outcomes

The critical outcomes for decision making are the impact on gender dysphoria, mental health and quality of life. The quality of evidence for these outcomes was assessed as very low certainty using modified GRADE.

**Impact on gender dysphoria**
The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect gender dysphoria (measured using the Utrecht Gender Dysphoria Scale [UGDS]). The mean (±SD) gender dysphoria (UGDS) score was not statistically significantly different at baseline compared with follow-up (n=41, 53.20 [±7.91] versus 53.9 [±17.42], p=0.333).

**Impact on mental health**
The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones may reduce depression (measured using the Beck Depression Inventory-II [BDI-II]). The mean [±SD] BDI score was statistically significantly lower (improved) from baseline compared with follow-up (n=41, 8.31 [±7.12] versus 4.95 [±6.72], p=0.004).

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect anger (measured using the Trait Anger Scale [TPI]). The mean [±SD] anger (TPI) score was not statistically significantly different at baseline compared with follow-up (n=41, 18.29 [±5.54] versus 17.88 [±5.24], p=0.503).

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect anxiety (measured using the Trait Anxiety Scale [STAI]). The mean [±SD] anxiety (STAI) score was not statistically significantly different at baseline compared with follow-up (n=41, 39.43 [±10.07] versus 37.95 [±9.38], p=0.276).

**Impact on quality of life**
No evidence was identified.

4

## Important outcomes

The important outcomes for decision making are impact on body image, psychosocial impact, engagement with health care services, impact on extent of and satisfaction with surgery and stopping treatment. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

### Impact on body image

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones does not affect body image (measured using the Body Image Scale [BIS]). The mean [±SD] body image (BIS) scores were not statistically significantly different from baseline compared with follow-up for primary sexual characteristics (n=57, 4.10 [±0.56] versus 3.98 [±0.71], p=0.145), secondary sexual characteristics (n=57, 2.74 [±0.65] versus 2.82 [±0.68], p=0.569) or neutral body characteristics (n=57, 2.41 [±0.63] versus 2.47 [±0.56], p=0.620).

### Psychosocial impact

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that treatment with GnRH analogues before starting gender-affirming hormones may improve psychosocial impact over time (measured using the Children's Global Assessment Scale [CGAS]). The mean [±SD] CGAS score was statistically significantly higher (improved) from baseline compared with follow-up (n=41, 70.24 [±10.12] versus 73.90 [±9.63], p=0.005).

This study also found that psychosocial functioning may improve over time (measured using the Child Behaviour Checklist [CBCL] and the self-administered Youth Self-Report [YSR]). The mean [±SD] CBCL scores were statistically significantly lower (improved) from baseline compared with follow-up for Total T score (n=54, 60.70 [±12.76] versus 54.46 [±11.23], p<0.001), internalising T score (n=54, 61.00 [±12.21] versus 52.17 [±9.81], p<0.001) and externalising T score (n=54, 58.04 [±12.99] versus 53.81 [±11.86], p=0.001). The mean [±SD] YSR scores were statistically significantly lower (improved) from baseline compared with follow-up for Total T score (n=54, 55.46 [±11.56] versus 50.00 [±10.56], p<0.001), internalising T score (n=54, 56.04 [±12.49] versus 49.78 [±11.63], p<0.001) and externalising T score (n=54, 53.30 [±11.87] versus 49.98 [±9.35], p=0.009). The proportion of adolescents scoring in the clinical range decreased from baseline to follow up on the CBCL total problem scale (44.4% versus 22.2%, p=0.001) and the internalising scale of the YSR (29.6% versus 11.1%, p=0.017).

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that during treatment with GnRH analogues psychosocial impact in terms of global functioning may improve over time (measured using the CGAS). In the group receiving GnRH analogues, the mean [±SD] CGAS score was statistically significantly higher (improved) after 6 months (n=60, 64.70 [±13.34]) and 12 months (n=35, 67.40 [±13.39]) compared with baseline (n=101, 58.72 [±11.38], p=0.003 and p<0.001, respectively). However, there was no statistically significant difference in global functioning (CGAS scores) between the group receiving GnRH analogues plus psychological support and the group receiving psychological support only at any time point.

5

The study by Staphorsius et al. 2015 in 40 adolescents with gender dysphoria (20 of whom were receiving GnRH analogues) gave mean [±SD] CBCL scores for each group, but statistical analysis is unclear (transfemales receiving GnRH analogues 57.4 [±9.8], transfemales not receiving GnRH analogues 58.2 [±9.3], transmales receiving GnRH analogues 57.5 [±9.4], transmales not receiving GnRH analogues 63.9 [±10.5]).

**Engagement with health care services**
The study by Brik et al. 2018 in 143 children and adolescents with gender dysphoria receiving GnRH analogues found that 9 adolescents in the original sampling frame (9/214, 4.2%) were excluded from the study because they stopped attending appointments.

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only had a large loss to follow-up over time. The sample size at baseline and 6 months was 201, which dropped by 39.8% to 121 after 12 months and by 64.7% to 71 at 18 months follow-up. No explanation of the reasons for loss to follow-up are reported.

**Impact on extent of and satisfaction with surgery**
No evidence was identified.

**Stopping treatment**
The study by Brik et al. 2018 in 143 children and adolescents with gender dysphoria receiving GnRH analogues reported the reasons for stopping GnRH analogues. During the follow-up period 6.2% (9/143) of adolescents had stopped GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). Five adolescents stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons. In 4 adolescents (all transmales), GnRH analogues were stopped mainly because of adverse effects (such as mood and emotional lability), although they wanted to continue treatments for gender dysphoria.

The study by Khatchadourian et al. 2014 in 27 adolescents with gender dysphoria who started GnRH analogues reported the reasons for stopping them. Eleven out of 26 where data was available (42%) stopped GnRH analogues during follow up.

**In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

Evidence was available for bone density, cognitive development or functioning, and other safety outcomes. The quality of evidence for all these outcomes was assessed as very low certainty using modified GRADE.

**Bone density**
The study by Joseph et al. 2019 in 70 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar or femoral bone density (measured with the z-score). However, the z-scores were largely within 1 standard deviation of normal,

6

and actual lumbar or femoral bone density values were not statistically significantly different between baseline and follow-up:

- The mean z-score [±SD] for lumbar bone mineral apparent density (BMAD) was statistically significantly lower at 1 year compared with baseline in transfemales (baseline 0.859 [±0.154], 1 year −0.228 [±1.027], p=0.000) and transmales (baseline −0.186 [±1.230], 1 year −0.541 [±1.396], p=0.006).
- The mean z-score [±SD] for lumbar BMAD was statistically significantly lower after receiving GnRH analogues for 2 years compared with baseline in transfemales (baseline 0.486 [±0.809], 2 years −0.279 [±0.930], p=0.000) and transmales (baseline −0.361 [±1.439], 2 years −0.913 [±1.318], p=0.001).
- The mean z-score [±SD] for femoral neck bone mineral density (BMD) was statistically significantly lower after receiving GnRH analogues for 2 years compared with baseline in transfemales (baseline 0.0450 [±0.781], 2 years −0.600 [±1.059], p=0.002) and transmales (baseline −1.075 [±1.145], 2 years −1.779 [±0.816], p=0.001).

The study by Klink et al. 2015 in 34 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar (transmales only), but not femoral bone density. However, the z-scores are largely within 1 standard deviation of normal. Actual lumbar or femoral bone density values were not statistically significantly different between baseline and follow-up (apart from BMD measurements in transmales):

- The mean z-score [±SD] for lumbar BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but was statistically significantly lower when starting gender-affirming hormones in transmales (GnRH analogues 0.28 [±0.90], gender-affirming hormones −0.50 [±0.81], p=0.004).

The study by Vlot et al. 2017 in 70 adolescents with gender dysphoria found that GnRH analogues may reduce the expected increase in lumbar or femoral bone density. However, the z-scores were largely within 1 standard deviation of normal. Actual lumbar and femoral bone density values were not statistically significantly different between baseline and follow-up (apart from in transmales with a bone age ≥14 years). This study reported change in bone density from starting GnRH analogues to starting gender-affirming hormones by bone age:

- The median z-score [range] for lumbar BMAD in transfemales with a bone age of <15 years was statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.20 [−1.82 to 1.18], gender-affirming hormones −1.52 [−2.36 to 0.42], p=0.001) but was not statistically significantly different in transfemales with a bone age ≥15 years.
- The median z-score [range] for lumbar BMAD in transmales with a bone age of <14 years was statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.05 [−0.78 to 2.94], gender-affirming hormones −0.84 [−2.20 to 0.87], p=0.003) and in transmales with a bone age ≥14 years (GnRH analogues 0.27 [−1.60 to 1.80], gender-affirming hormones −0.29 [−2.28 to 0.90], p≤0.0001).

7

- The median z-score [range] for femoral neck BMAD in transfemales with a bone age of <15 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.71 [−3.35 to 0.37], gender-affirming hormones −1.32 [−3.39 to 0.21], p≤0.1) or in transfemales with a bone age ≥15 years (GnRH analogues −0.44 [−1.37 to 0.93], gender-affirming hormones −0.36 [−1.50 to 0.46]).
- The z-score for femoral neck BMAD in transmales with a bone age of <14 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (GnRH analogues −0.01 [−1.30 to 0.91], gender-affirming hormone −0.37 [−2.28 to 0.47]) but was statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogues 0.27 [−1.39 to 1.32], gender-affirming hormones −0.27 [−1.91 to 1.29], p=0.002).

**Cognitive development or functioning**

The study by Staphorsius et al. 2015 in 40 adolescents with gender dysphoria (20 of whom were receiving GnRH analogues) measured cognitive development or functioning (using an IQ test, and reaction time and accuracy measured using the Tower of London task):

- The mean (±SD) IQ in transfemales receiving GnRH analogues was 94.0 (±10.3) and 109.4 (±21.2) in the control group. In transmales receiving GnRH analogues the mean (±SD) IQ was 95.8 (±15.6) and 98.5 (±15.9) in the control group.
- The mean (±SD) reaction time in transfemales receiving GnRH analogues was 10.9 (±4.1) and 9.9 (±3.1) in the control group. In transmales receiving GnRH analogue it was 9.9 (±3.1) and 10.0 (±2.0) in the control group.
- The mean (±SD) accuracy score in transfemales receiving GnRH analogues was 73.9 (±9.1) and 83.4 (±9.5) in the control group. In transmales receiving GnRH analogues it was 85.7 (±10.5) and 88.8 (±9.7) in the control group.

No statistical analyses or interpretation of the results was reported.

**Other safety outcomes**

The study by Schagen et al. 2016 in 116 adolescents with gender dysphoria found that GnRH analogues do not affect renal or liver function:

- There was no statistically significant difference between baseline and 1 year results for serum creatinine in transfemales, but there was a statistically significant decrease between baseline and 1 year in transmales (p=0.01).
- Glutamyl transferase, alanine aminotransferase (ALT), and aspartate aminotransferase (AST) levels did not significantly change from baseline to 12 months of treatment.

The study by Khatchadourian et al. 2014 in 27 adolescents with gender dysphoria who started GnRH analogues narratively reported adverse effects from GnRH analogues in 26 adolescents:

- 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated
- 1 transmale developed leg pains and headaches, which eventually resolved
- 1 participant gained 19 kg within 9 months of starting GnRH analogues.

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

No cost-effectiveness evidence was found for GnRH analogues in children and adolescents with gender dysphoria.

**From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from GnRH analogues more than the wider population of interest?**

Some studies reported data separately for the following subgroups of children and adolescents with gender dysphoria: sex assigned at birth males (transfemales) and sex assigned at birth females (transmales). This included some direct comparisons of these subgroups, and differences were largely seen at baseline as well as follow up. No evidence was found for other specified subgroups.

**Sex assigned at birth males (transfemales)**
*Impact on gender dysphoria*
The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that gender dysphoria (measured using the UGDS) in sex assigned at birth males is lower than in sex assigned at birth females. Sex assigned at birth males had a statistically significantly lower (improved) mean [±SD] UGDS score of 51.6 [±9.7] compared with sex assigned at birth females (56.1 [±4.3], p<0.001), but it was not reported if this was at baseline or follow-up.

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that gender dysphoria (measured using the UGDS) in sex assigned at birth males is lower than in sex assigned at birth females at baseline and follow up. The mean [±SD] UGDS score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean UGDS score: 47.95 [±9.70] versus 56.57 [±3.89]) and follow up (n=not reported, 49.67 [±9.47] versus 56.62 [±4.00]); between sex difference p<0.001.

*Impact on mental health*
The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth males compared with sex assigned at birth females. Over time there was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for depression, but sex assigned at birth males had statistically significantly lower levels of anger and anxiety than sex assigned at birth females at baseline and follow up.

- The mean [±SD] depression (BDI-II) score was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BDI score [±SD]: 5.71 [±4.31] versus 10.34 [±8.24]) and follow-up (n=not reported, 3.50 [±4.58] versus 6.09 [±7.93]), between sex difference p=0.057

9

- The mean [±SD] anger (TPI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean TPI score [±SD]: 5.22 [±2.76] versus 6.43 [±2.78]) and follow-up (n=not reported, 5.00 [±3.07] versus 6.39 [±2.59]), between sex difference p=0.022
- The mean [±SD] anxiety (STAI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean STAI score [±SD]: 4.33 [±2.68] versus 7.00 [±2.36]) and follow-up (n=not reported, 4.39 [±2.64] versus 6.17 [±2.69]), between sex difference p<0.001.

***Impact on body image***

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that the impact on body image may be different in sex assigned at birth males compared with sex assigned at birth females. Sex assigned at birth males are less dissatisfied with their primary and secondary sex characteristics than sex assigned at birth females at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.

- The mean [±SD] BIS score for primary sex characteristics was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BIS score [±SD]: 4.02 [±0.61] versus 4.16 [±0.52]) and follow up (n=not reported, 3.74 [±0.78] versus 4.17 [±0.58]) between sex difference p=0.047.
- The mean [±SD] BIS score for secondary sex was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, mean BIS score [±SD]: 2.66 [±0.50] versus 2.81 [±0.76]) and follow up (n=not reported, 2.39 [±0.69] versus 3.18 [±0.42]), between sex difference p=0.001.
- The mean [±SD] BIS score for neutral body characteristics was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at baseline (n=not reported, 2.60 [±0.58] versus 2.24 [±0.62], between sex difference p=0.777).

***Psychosocial impact***

The study by Costa et al. 2015 in 201 adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support or continued psychological support only, found that sex assigned at birth males had statistically significant lower mean [±SD] CGAS scores at baseline compared with sex assigned at birth females (n=201, 55.4 [±12.7] versus 59.2 [±11.8], p=0.03), but no conclusions could be drawn.

The study by de Vries et al. 2011 in 70 adolescents with gender dysphoria found that psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) may be different in sex assigned at birth males compared with sex assigned at birth females, but no conclusions could be drawn.

- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females (at baseline or follow up) for the CBCL Total T

score, the CBCL internalising T score, the YSR Total T score or the YSR internalising T score.

- Sex assigned at birth males had statistically higher mean [±SD] CGAS scores compared with sex assigned at birth females at baseline (n=54, 73.10 [±8.44] versus 67.25 [±11.06]) and follow up (n=54, 77.33 [±8.69] versus 70.30 [±9.44]), between sex difference p=0.021.
- Sex assigned at birth males had statistically lower mean [±SD] CBCL externalising T scores compared with sex assigned at birth females at baseline (n=54, 54.71 [±12.91] versus 60.70 [±12.64]) and follow up (n=54, 48.75 [±10.22] versus 57.87 [±11.66]), between sex difference p=0.015.
- Sex assigned at birth males had statistically lower mean [±SD] YSR externalising T scores compared with sex assigned at birth females at both baseline (n=54, 48.72 [±11.38] versus 57.24 [±10.59]) and follow up (n=54, 46.52 [±9.23] versus 52.97 [±8.51]), between sex difference p=0.004.

***Bone density***
The studies by Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in sex assigned at birth males (see above for details).

***Cognitive development or functioning***
The study by Staphorsius et al. 2015 provided evidence on cognitive development or functioning in sex assigned at birth males (see above for details).

***Other safety outcomes***
The study by Schagen et al. 2016 provided evidence on renal function in sex assigned at birth males (see above).

**Sex assigned at birth females (transmales)**
***Impact on gender dysphoria***
The studies by de Vries et al. 2011 and Costa et al. 2015 found that gender dysphoria (measured using the UGDS) in sex assigned at birth females is higher than in sex assigned at birth males at baseline and follow up (see above for details).

***Impact on mental health***
The study by de Vries et al. 2011 found that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth females compared with sex assigned at birth males. Over time there was no statistically significant difference between sex assigned at birth females and sex assigned at birth males for depression, but sex assigned at birth females had statistically significantly greater levels of anger and anxiety than sex assigned at birth males at both baseline and follow up (see above for details).

***Impact on body image***
The study by de Vries et al. 2011 found that the impact on body image may be different in sex assigned at birth females compared with sex assigned at birth males. Sex assigned at birth females are more dissatisfied with their primary and secondary sex characteristics than sex assigned at birth males at both baseline and follow up, but the satisfaction with neutral body characteristics is not different (see above for details).

11

*Psychosocial impact*
The studies by de Vries et al. 2011 and Costa et al. 2015 found that psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) may be different in sex assigned at birth females compared with sex assigned at birth males, but no conclusions could be drawn (see above for details).

*Bone density*
The studies by Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017 provided evidence on bone density in sex assigned at birth females (see above for details).

*Cognitive development or functioning*
The study by Staphorsius et al. 2015 provided evidence on cognitive development or functioning in sex assigned at birth females (see above for details).

*Other safety outcomes*
The study by Schagen et al. 2016 provided evidence on renal function in sex assigned at birth females (see above for details).

**From the evidence selected:**
**(a)**	**what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)**	**what were the ages at which participants commenced treatment with GnRH analogues?**
**(c)**	**what was the duration of treatment with GnRH analogues?**

All studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the version of the Diagnostic and Statistical Manual of Mental Disorders (DSM) criteria that was in use at the time. In 5 studies (Costa et al. 2015, Klink et al. 2015, Schagen et al. 2016, Staphorsius et al. 2015 and Vlot et al. 2017) the DSM-fourth edition, text revision (IV-TR) criteria were used. The study by Brik et al. 2020 used DSM-V criteria. It was not reported how gender dysphoria was defined in the remaining 3 studies.

The studies show variation in the age (11 to 18 years old) at which children and adolescents with gender dysphoria started GnRH analogues.

Most studies did not report the duration of treatment with GnRH analogues (Joseph et al. 2019, Khatchadourian et al. 2014, Vlot et al. 2017, Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016), but where this was reported (Brik et al. 2020, Klink et al. 2015, Staphorsius et al. 2015) there was a wide variation ranging from a few months to about 5 years.

## Discussion

A key limitation to identifying the effectiveness and safety of GnRH analogues for children and adolescents with gender dysphoria is the lack of reliable comparative studies. The lack of clear, expected outcomes from treatment with a GnRH analogue (the purpose of which is to suppress secondary sexual characteristics which may cause distress from unwanted pubertal changes) also makes interpreting the evidence difficult.

12

The studies included in this evidence review are all small, uncontrolled observational studies, which are subject to bias and confounding, and all the results are of very low certainty using modified GRADE. They all reported physical and mental health comorbidities and concomitant treatments very poorly. All the studies are from a limited number of, mainly European, care facilities. They are described as either tertiary referral or expert services but the low number of services providing such care and publishing evidence may bias the results towards the outcomes in these services only and limit extrapolation.

Many of the studies did not report statistical significance or confidence intervals. Changes in outcome scores for clinical effectiveness and bone density were assessed with regards to statistical significance. However, there is relatively little interpretation of whether the changes in outcomes are clinically meaningful.

In the observational, retrospective studies providing evidence on bone density, participants acted as their own controls and change in bone density was determined between starting GnRH analogues and follow up. Observational studies such as these can only show an association with GnRH analogues and bone density; they cannot show that GnRH analogues caused any differences in bone density seen. Because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time.

## Conclusion

The results of the studies that reported impact on the critical outcomes of gender dysphoria and mental health (depression, anger and anxiety), and the important outcomes of body image and psychosocial impact (global and psychosocial functioning), in children and adolescents with gender dysphoria are of very low certainty using modified GRADE. They suggest little change with GnRH analogues from baseline to follow-up.

Studies that found differences in outcomes could represent changes that are either of questionable clinical value, or the studies themselves are not reliable and changes could be due to confounding, bias or chance. It is plausible, however, that a lack of difference in scores from baseline to follow-up is the effect of GnRH analogues in children and adolescents with gender dysphoria, in whom the development of secondary sexual characteristics might be expected to be associated with an increased impact on gender dysphoria, depression, anxiety, anger and distress over time without treatment. The study by de Vries et al. 2011 reported statistically significant reductions in the Child Behaviour Checklist (CBCL) and Youth Self-Report (YSR) scores from baseline to follow up, which include measures of distress. As the aim of GnRH analogues is to reduce distress caused by the development of secondary sexual characteristics, this may be an important finding. However, as the studies all lack appropriate controls who were not receiving GnRH analogues, any positive changes could be a regression to mean.

The results of the studies that reported bone density outcomes suggest that GnRH analogues may reduce the expected increase in bone density (which is expected during puberty). However, as the studies themselves are not reliable, the results could be due to confounding, bias or chance. While controlled trials may not be possible, comparative studies are needed to understand this association and whether the effects of GnRH analogues on bone density are seen after they are stopped. All the studies that reported safety outcomes provided very low certainty evidence.

13

No cost-effectiveness evidence was found to determine whether or not GnRH analogues are cost-effective for children and adolescents with gender dysphoria.

The results of the studies that reported outcomes for subgroups of children and adolescents with gender dysphoria, suggest there may be differences between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales).

## 3. Methodology

### Review questions

The review question(s) for this evidence review are:
1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria?
5. From the evidence selected,
   a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
   b) what were the ages at which participants commenced treatment with GnRH analogues?
   c) what was the duration of treatment with GnRH analogues?

See appendix A for the full review protocol.

### Review process

The methodology to undertake this review is specified by NHS England in their 'Guidance on conducting evidence reviews for Specialised Services Commissioning Products' (2020).

The searches for evidence were informed by the PICO document and were conducted on 23 July 2020.

See appendix B for details of the search strategy.

Results from the literature searches were screened using their titles and abstracts for relevance against the criteria in the PICO framework. Full text references of potentially

relevant evidence were obtained and reviewed to determine whether they met the inclusion criteria for this evidence review.

See appendix C for evidence selection details and appendix D for the list of studies excluded from the review and the reasons for their exclusion.

Relevant details and outcomes were extracted from the included studies and were critically appraised using a checklist appropriate to the study design. See appendices E and F for individual study and checklist details.

The available evidence was assessed by outcome for certainty using modified GRADE. See appendix G for GRADE Profiles.

## 4. Summary of included studies

Nine observational studies were identified for inclusion. Five studies were retrospective observational studies (Brik et al. 2020, Joseph et al. 2019, Khatchadourian et al. 2014, Klink et al. 2015, Vlot et al. 2017), 3 studies were prospective longitudinal observational studies (Costa et al. 2015, de Vries et al. 2011, Schagen et al. 2016) and 1 study was a cross-sectional study (Staphorsius et al. 2015).

The terminology used in this topic area is continually evolving and is different depending on stakeholder perspectives. In this evidence review we have used the phrase 'people's assigned sex at birth' rather than natal or biological sex, gonadotrophin releasing hormone (GnRH) analogues rather than 'puberty blockers' and gender-affirming hormones rather than 'cross sex hormones'. The research studies included in this evidence review may use historical terms which are no longer considered appropriate.

Table 1 provides a summary of these included studies and full details are given in appendix E.

## Table 1 Summary of included studies

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Brik et al. 2020<br><br>Retrospective observational single-centre study<br><br>Netherlands | The study was conducted at the Curium-Leiden University Medical Centre gender clinic in Leiden, the Netherlands and involved adolescents with gender dysphoria.<br>The sample size was 143 adolescents (median age at start of treatment was 15.0 years, range 11.1 to 18.6 years in transfemales; 16.1 years, range 10.1 to 17.9 years in transmales) from a sampling frame of 269 children and adolescents registered at the clinic between November 2010 and January 2018. | **Intervention**<br>143 children and adolescents receiving GnRH analogues (no specific treatment, dose, route or frequency of administration reported). The median duration was 2.1 years (range 1.6–2.8 years).<br><br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Stopping treatment |

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
|  | Participants were included in the study if they were diagnosed with gender dysphoria according to the DSM-5 criteria, registered at the clinic, were prepubertal and within the appropriate age range, and had started GnRH analogues. No concomitant treatments were reported. |  |  |
| Costa et al. 2015<br><br>Prospective longitudinal observational single centre cohort study<br><br>United Kingdom | The study was conducted at the Gender Identity Development Service in London and involved adolescents with gender dysphoria.<br>The sample size was 201 adolescents (mean [±SD] age 15.52±1.41 years, range 12 to 17 years) from a sampling frame of 436 consecutive adolescents referred to the service between 2010 and 2014. The mean [±SD] age at the start of GnRH analogues was 16.48 [±1.26] years, range 13 to 17 years.<br>Participants were invited to participate following a 6-month diagnostic process using DSM-IV-TR criteria. No concomitant treatments were reported. | **Intervention**<br>101 adolescents assessed as being immediately eligible for GnRH analogues (no specific treatment, dose or route of administration reported) plus psychological support. The average duration of treatment was approximately 12 months (no exact figure given).<br>**Comparison**<br>100 adolescents assessed as not immediately eligible for GnRH analogues (more time needed to make the decision to start GnRH analogues) who had psychological support only. None received GnRH analogues throughout the study. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Psychosocial impact |
| de Vries et al. 2011<br><br>Prospective longitudinal observational single centre before and after study<br><br>Netherlands | The study was conducted at the Amsterdam gender identity clinic of the VU University Medical Centre and involved adolescents who were defined as "transsexual".<br>The sample size was 70 adolescents receiving GnRH analogues (mean age [±SD] at assessment 13.6±1.8 years) from a sampling frame of 196 consecutive adolescents referred to the service between 2000 and 2008.<br>Participants were invited to participate if they subsequently started gender-affirming hormones between 2003 and 2009. No diagnostic criteria or concomitant treatments were reported. | **Intervention**<br>70 individuals assessed at baseline (T0) before the start of GnRH analogues (no specific treatment, dose or route of administration reported).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• Gender dysphoria<br>• Mental health (depression, anger and anxiety)<br>**Important outcomes**<br>• Body image<br>• Psychosocial impact |

16

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Joseph et al. 2019<br><br>Retrospective longitudinal observational single centre study<br><br>United Kingdom | This study was conducted at the Early intervention clinic at University College London Hospital (all participants had been seen at the Gender Identity Development Service in London) and involved adolescents with gender dysphoria.<br>The sample size was 70 adolescents with gender dysphoria (no diagnostic criteria described) all offered GnRH analogues. The mean age at the start of treatment was 13.2 years (SD ±1.4) for transfemales and 12.6 years (SD ±1.0) for transmales. Details of the sampling frame were not reported.<br>Further details of how the sample was drawn are not reported. No concomitant treatments were reported. | **Intervention**<br>GnRH analogues. No specific treatment, duration, dose or route of administration reported.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: bone density |
| Khatchadourian et al. 2014<br><br>Retrospective observational chart review single centre study<br><br>Canada | This study was conducted at the Endocrinology and Diabetes Unit at British Columbia Children's Hospital, Canada and involved youths with gender dysphoria.<br>The sample size was 27 young people with gender dysphoria who started GnRH analogues (at mean age 14.7 [SD ±1.9] years) out of 84 young people seen at the unit between 1998 and 2011. Diagnostic criteria and concomitant treatments were not reported. | **Intervention**<br>84 young people with gender dysphoria. For GnRH analogues no specific treatment, duration, dose or route of administration reported.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Stopping treatment<br>• Safety: adverse effects |
| Klink et al. 2015<br><br>Retrospective longitudinal observational single centre study<br><br>Netherlands | This study was conducted in the Netherlands at a tertiary referral centre. It is unclear which centre this was.<br>The sample size was 34 adolescents (mean age 14.9 [SD ±1.9] years for transfemales and 15.0 [SD ±2.0] years for transmales at start of GnRH analogues). Details of the sampling frame are not reported.<br>Participants were included if they met DSM-IV-TR criteria for gender identity disorder of adolescence and had been treated with GnRH analogues and gender-affirming hormones during their pubertal years. No concomitant treatments were reported. | **Intervention**<br>The intervention was GnRH analogue monotherapy (triptorelin 3.75 mg subcutaneously every 4 weeks) followed by gender-affirming hormones with discontinuation of GnRH analogues after gonadectomy. Duration of GnRH analogues was 1.3 years (range 0.5 to 3.8 years) in transfemales and 1.5 years (0.25 to 5.2 years in transmales.<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: bone density |

17

| Study | Population | Intervention and comparison | Outcomes reported |
|---|---|---|---|
| Schagen et al. 2016<br><br>Prospective longitudinal study<br><br>Netherlands | This study was conducted at the Centre of Expertise on Gender Dysphoria at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 116 adolescents (median age [range] 13.6 years [11.6 to 17.9] in transfemales and 14.2 years [11.1 to 18.6] in transmales during first year of GnRH analogues) out of 128 adolescents who started GnRH analogues.<br>Participants were included if they met DSM-IV-TR criteria for gender dysphoria, had lifelong extreme gender dysphoria, were psychologically stable and were living in a supportive environment. No concomitant treatments were reported. | **Intervention**<br>The intervention was GnRH analogue monotherapy (triptorelin 3.75 mg at 0, 2 and 4 weeks followed by intramuscular injections every 4 weeks, for at least 3 months).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Safety: liver and renal function. |
| Staphorsius et al. 2015<br><br>Cross-sectional (single time point) assessment single centre study<br><br>Netherlands | This study was conducted at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 85, of whom 40 were adolescents with gender dysphoria (20 of whom were being treated with GnRH analogues) and 45 were controls without gender dysphoria (not further reported here). Mean (±SD) age 15.1 (±2.4) years in transfemales and 15.8 (±1.9) years in transmales. Details of the sampling frame are not reported.<br>Participants were included if they were diagnosed with Gender Identity Disorder according to the DSM-IV-TR and at least 12 years old and Tanner stage of at least B2 or G2 to G3 with measurable oestradiol and testosterone levels in girls and boys, respectively. No concomitant treatments were reported. | **Intervention**<br>The intervention was a GnRH analogue (triptorelin 3.75 mg every 4 weeks subcutaneously or intramuscularly). The mean duration of treatment was 1.6 years (SD ±1.0).<br>**Comparison**<br>Adolescents with gender dysphoria not treated with GnRH analogues. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes**<br>• Psychosocial impact<br>• Safety: cognitive functioning |
| Vlot et al. 2017<br><br>Retrospective observational data analysis study | This study was conducted at the VU University Medical Centre (Amsterdam, Netherlands) and involved adolescents with gender dysphoria.<br>The sample size was 70 adolescents (median age [range] 15.1 years [11.7 to 18.6] for | **Intervention**<br>The intervention was a GnRH analogue (triptorelin 3.75 mg every 4 weeks subcutaneously).<br>**Comparison**<br>No comparator. | **Critical Outcomes**<br>• No critical outcomes reported<br>**Important outcomes** |

| Study | Population | Intervention and comparison | Outcomes reported |
|-------|-----------|------------------------------|--------------------|
| Netherlands | transmales and 13.5 years [11.5 to 18.3] for transfemales at start of GnRH analogues). Details of the sampling frame are not reported.<br><br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who were receiving GnRH analogues and then gender-affirming hormones. No concomitant treatments were reported. | | • Safety: bone density |
| **Abbreviations:** DSM-IV-TR, Diagnostic and Statistical Manual of Mental Disorders, fourth edition, text revision; GnRH, Gonadotrophin releasing hormone; SD, Standard deviation. | | | |

## 5. Results

In children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---------|--------------------|
| **Clinical Effectiveness** | |
| **Critical outcomes** | |
| **Impact on gender dysphoria**<br><br>**Certainty of evidence: very low** | This is a critical outcome because gender dysphoria in children and adolescents is associated with significant distress and problems with functioning.<br><br>One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on gender dysphoria in adolescents, measured using the Utrecht Gender Dysphoria Scale (UGDS). The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the gender dysphoria.<br><br>The study measured the impact on gender dysphoria at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) UGDS score was not statistically significantly different at baseline compared with follow-up (n=41, 53.20 [±7.91] versus 53.9 [±17.42], p=0.333) **(VERY LOW)**. |

19

| | This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect gender dysphoria. |
|---|---|
| **Impact on mental health: depression** | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person. |
| **Certainty of evidence: very low** | One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on depression in children and adolescents with gender dysphoria. Depression was measured using the Beck Depression Inventory-II (BDI-II). The BDI-II is a valid, reliable, and widely used tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63.<br><br>The study provided evidence for depression measured at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) depression (BDI) score was statistically significantly lower (improved) from baseline compared with follow-up (n=41, 8.31 [±7.12] versus 4.95 [ ±6.72], p=0.004) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, may reduce depression.** |
| **Impact on mental health: anger** | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person. |
| **Certainty of evidence: very low** | One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on anger in children and adolescents with gender dysphoria. Anger was measured using the Trait Anger Scale of the State-Trait Personality Inventory (TPI). This is a validated 20-item inventory tool which measures the intensity of anger as the disposition to experience angry feelings as a personality trait. Higher scores indicate greater anger.<br><br>The study provided evidence for anger measured at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and<br>• shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>The mean (±SD) anger (TPI) score was not statistically significantly different at baseline compared with follow-up (n=41, 18.29 [±5.54] versus 17.88 [±5.24], p=0.503) **(VERY LOW)**.<br><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect anger.** |

| Impact on mental health: anxiety | This is a critical outcome because self-harm and thoughts of suicide have the potential to result in significant physical harm and, for completed suicides, the death of the young person. |
|---|---|
| **Certainty of evidence: very low** | One uncontrolled, prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on anxiety in children and adolescents with gender dysphoria. Anxiety was measured using the Trait Anxiety Scale of the State-Trait Personality Inventory (STAI). This is a validated and commonly used measure of trait and state anxiety. It has 20 items and can be used in clinical settings to diagnose anxiety and to distinguish it from depressive illness. Higher scores indicate greater anxiety. |
| | The study provided evidence for anxiety at 2 time points: |
| | • before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and |
| | • shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years). |
| | The mean (±SD) anxiety (STAI) score was not statistically significantly different at baseline compared with follow-up (n=41, 39.43 [±10.07] versus 37.95 [±9.38], p=0.276) (**VERY LOW**). |
| | **This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender-affirming hormones, does not affect levels of anxiety.** |
| **Quality of life** | This is a critical outcome because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life. |
| | No evidence was identified. |

## Important outcomes

| Impact on body image | This is an important outcome because some children and adolescents with gender dysphoria may want to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender. |
|---|---|
| **Certainty of evidence: very low** | One uncontrolled, prospective observational longitudinal study provided evidence relating to the impact on body image (de Vries et al. 2011). Body image was measured using the Body Image Scale (BIS) which is a validated 30-item scale covering 3 aspects: primary, secondary and neutral body characteristics. Higher scores represent a higher degree of body dissatisfaction. |
| | The study (de Vries et al. 2011) provided evidence for body image measured at 2 time points: |
| | • before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and |
| | • shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years). |
| | The mean (±SD) body image (BIS) scores for were not statistically significantly different from baseline compared with follow-up for: |

| | |
|---|---|
| | <ul><li>primary sexual characteristics (n=57, 4.10 [±0.56] versus 3.98 [±0.71], p=0.145)</li><li>secondary sexual characteristics (n=57, 2.74 [±0.65] versus 2.82 [±0.68], p=0.569)</li><li>neutral body characteristics (n=57, 2.41 [±0.63] versus 2.47 [±0.56], p=0.620) **(VERY LOW)**.</li></ul><br>**This study provides very low certainty evidence that treatment with GnRH analogues, before starting gender affirming hormones, does not affect body image.** |
| **Psychosocial impact: global functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>One uncontrolled, observational, prospective cohort study (de Vries et al 2011) and one prospective cross-sectional cohort study (Costa et al. 2015) provided evidence relating to psychosocial impact in terms of global functioning. Global functioning was measured using the Children's Global Assessment Scale (CGAS). The CGAS tool is a validated measure of global functioning on a single rating scale from 1 to 100. Lower scores indicate poorer functioning.<br><br>One study (de Vries et al. 2011) provided evidence for global functioning (CGAS) at 2 time points:<ul><li>before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and</li><li>shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).</li></ul><br>The mean (±SD) CGAS score was statistically significantly higher (improved) from baseline compared with follow-up (n=41, 70.24 [±10.12] versus 73.90 [±9.63], p=0.005) **(VERY LOW)**.<br><br>One study (Costa et al. 2015) in adolescents with gender dysphoria who had 6 months of psychological support followed by either GnRH analogues and continued psychological support (the immediately eligible group) or continued psychological support only (the delayed eligible group who did not receive GnRH analogues) provided evidence for global functioning (CGAS) measured at 4 time points:<ul><li>at baseline (T0) in both groups,</li><li>after 6 months of psychological support in both groups (T1),</li><li>after 6 months of GnRH analogues and 12 months of psychological support in the immediately eligible group and 12 months of psychological support only in the delayed eligible group (T2), and</li><li>after 18 months of psychological support and 12 months of GnRH analogues in the immediately eligible group and after 18 months of psychological support only in the delayed eligible group (T3).</li></ul><br>The mean [±SD] CGAS score was statistically significantly higher (improved) for all adolescents (including those not receiving GnRH analogues) at T1, T2 or T3 compared with baseline (T0). |

| | |
|---|---|
| | For the immediately eligible group (who received GnRH analogues) versus the delayed eligible group (who did not receive GnRH analogues) there were no statistically significant differences in CGAS scores between the 2 groups at baseline T0 (n=201, p=0.23), T1 (n=201, p=0.73), T2 (n=121, p=0.49) or T3 (n=71, p=0.14) time points.<br><br>For the immediately eligible group (who received GnRH analogues), the mean (±SD) CGAS score was not statistically significantly different at:<br>• T1 compared with T0<br>• T2 compared with T1<br>• T3 compared with T2.<br><br>The mean (±SD) CGAS score was statistically significantly higher (improved) at:<br>• T2 compared with T0 (n=60, 64.70 [±13.34] versus n=101, 58.72 [±11.38], p=0.003)<br>• T3 compared with T0 (n=35, 67.40 [±13.39] versus n=101, 58.72 [±11.38], p<0.001)<br>• T3 compared with T1 (n=35, 67.40 [±13.93] versus n=101, 60.89 [±12.17], p<0.001) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with GnRH analogues, global functioning may improve over time. However, there was no statistically significant difference in global functioning between GnRH analogues plus psychological support compared with psychological support only at any time point.** |
| **Psychosocial impact: psychosocial functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because gender dysphoria in children and adolescents is associated with internalising and externalising behaviours, and emotional and behavioural problems which may impact on social and occupational functioning.<br><br>Two studies provided evidence for this outcome. One uncontrolled, observational, prospective cohort study (de Vries et al, 2011) and 1 cross-sectional observational study (Staphorsius et al. 2015) assessed psychosocial functioning using the Child Behaviour Checklist (CBCL) and the self-administered Youth Self-Report (YSR). The CBCL is a checklist parents complete to detect emotional and behavioural problems in children and adolescents. YSR is similar but is self-completed by the child or adolescent. The scales consist of a Total problems score, which is the sum of the scores of all the problem items. An internalising problem scale sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores while the externalising problem scale combines rule-breaking and aggressive behaviour. The standard scores are scaled so that 50 is average for the child or adolescent's age and gender, with a SD of 10 points. Higher scores indicate greater problems, with a T-score above 63 considered to be in the clinical range.<br><br>One study (de Vries et al. 2011) provided evidence for psychosocial functioning (CBCL and YSR scores) at 2 time points:<br>• before starting a GnRH analogue (mean [±SD] age: 14.75 [±1.92] years), and |

|  | • shortly before starting gender-affirming hormones (mean [±SD] age: 16.64 [±1.90] years).<br><br>At follow up, the mean (±SD) CBCL scores were statistically significantly lower (improved) compared with baseline for:<br>• Total T score (n=54, 60.70 [±12.76] versus 54.46 [±11.23], p<0.001)<br>• Internalising T score (n=54, 61.00 [±12.21] versus 52.17 [±9.81], p<0.001)<br>• Externalising T score (n=54, 58.04 [±12.99] versus 53.81 [±11.86], p=0.001).<br><br>At follow up, the mean (±SD) YSR scores were statistically significantly lower (improved) compared with baseline for:<br>• Total T score (n=54, 55.46 [±11.56] versus 50.00 [±10.56], p<0.001)<br>• Internalising T score (n=54, 56.04 [±12.49] versus 49.78 [±11.63], p<0.001)<br>• Externalising T score (n=54, 53.30 [±11.87] versus 49.98 [±9.35], p=0.009).<br><br>The proportion of adolescents scoring in the clinical range decreased from baseline to follow up on the CBCL total problem scale (44.4% versus 22.2%, p=0.001) and the internalising scale of the YSR (29.6% versus 11.1%, p=0.017) **(VERY LOW)**.<br><br>One study (Staphorsius et al. 2015) assessed CBCL in a cohort of adolescents with gender dysphoria (transfemale: n=18, mean [±SD] age 15.1 [±2.4] years and transmale: n=22, mean [±SD] age 15.8 [±1.9] years) either receiving GnRH analogues (transfemale, n=8 and transmale, n=12), or not receiving GnRH analogues (transfemale, n=10 and transmale, n=10).<br><br>The mean (±SD) CBCL scores for each group were (statistical analysis unclear):<br>• transfemales (total) 57.8 [±9.2]<br>• transfemales receiving GnRH analogues 57.4 [±9.8]<br>• transfemales not receiving GnRH analogues 58.2 [±9.3]<br>• transmales (total) 60.4 [±10.2]<br>• transmales receiving GnRH analogues 57.5 [±9.4]<br>• transmales not receiving GnRH analogues 63.9 [±10.5] **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that during treatment with GnRH analogues psychosocial functioning may improve, with the proportion of adolescents in the clinical range for some CBCL and YSR scores decreasing over time.** |
| **Engagement with health care services**<br><br>**Certainty of evidence: very low** | This is an important outcome because patient engagement with health care services will impact on their clinical outcomes.<br><br>Two uncontrolled observational cohort studies provided evidence relating to loss to follow up, which could be a marker of engagement with health care services (Brik et al. 2018 and Costa et al. 2015). |

| | |
|---|---|
| | In one retrospective study (Brik et al. 2018), 9 adolescents (9/214, 4.2%) who had stopped attending appointments were excluded from the study between November 2010 and July 2019 **(VERY LOW)**. |
| | One prospective study (Costa et al. 2015) had evidence for a large loss to follow-up over time. The sample size at baseline (T0) and 6 months (T1) was 201, which dropped by 39.8% to 121 after 12 months (T2) and by 64.7% to 71 at 18 months follow-up (T3). No explanation of the reasons for loss to follow-up are reported **(VERY LOW)**. |
| | Due to their design there was no reported loss to follow-up in the other 3 effectiveness studies (de Vries et al 2011; Khatchadourian et al. 2014; Staphorsius et al. 2015). |
| | **These studies provide very low certainty evidence about loss to follow up, which could be a marker of engagement with health care services, during treatment with GnRH analogues. Due to the large variation in rates between studies no conclusions could be drawn.** |
| **Impact on extent of and satisfaction with surgery** | This is an important outcome because some children and adolescents with gender dysphoria may proceed to transitioning surgery. |
| | No evidence was identified. |
| **Stopping treatment**<br><br>**Certainty of evidence: very low** | This is an important outcome because there is uncertainty about the short- and long-term safety and adverse effects of GnRH analogues in children and adolescents with gender dysphoria. |
| | Two uncontrolled, retrospective, observational cohort studies provided evidence relating to stopping GnRH analogues. One study had complete reporting of the cohort (Brik et al. 2018), the other (Khatchadourian et al. 2014) had incomplete reporting of its cohort, particularly for transfemales where outcomes for only 4/11 were reported. |
| | Brik et al. 2018 narratively reported the reasons for stopping GnRH analogues in a cohort of 143 adolescents (38 transfemales and 105 transmales). Median age at the start of GnRH analogues was 15.0 years (range, 11.1–18.6 years) in transfemales and 16.1 years (range, 10.1–17.9 years) in transmales. Of these adolescents, 125 (87%, 36 transfemales, 89 transmales) subsequently started gender-affirming hormones after 1.0 (0.5–3.8) and 0.8 (0.3–3.7) years of GnRH analogues. At the time of data collection, the median duration of GnRH analogue use was 2.1 years (1.6–2.8). |
| | During the follow-up period 6.3% (9/143) of adolescents had discontinued GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). The percentages and reasons for stopping were:<br>• 2.8% (4/143) stopped GnRH analogues although they wanted to continue endocrine treatments for gender dysphoria:<br>  o 1 transmale stopped due to increase in mood problems, suicidal thoughts and confusion attributed to GnRH analogues<br>  o 1 transmale had hot flushes, increased migraines, fear of injections, stress at school and unrelated medical issues, and temporarily stopped treatment (after 4 months) and restarted 5 months later. |

25

| | |
|---|---|
| | <ul><li>○ 1 transmale had mood swings 4 months after starting GnRH analogues. After 2.2 years had unexplained severe nausea and rapid weight loss and discontinued GnRH analogues after 2.4 years</li><li>○ 1 transmale stopped GnRH analogues because of inability to regularly collect medication and attend appointments for injections.</li></ul><ul><li>• 3.5% (5/143) stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons **(VERY LOW)**.</li></ul>Khatchadourian et al. 2014 narratively reported the reasons for stopping GnRH analogues in a cohort of 26 adolescents (15 transmales and 11 transfemales), 42% (11/26) discontinued GnRH analogues during follow-up between 1998 and 2011.<br><br>Of 15 transmales receiving GnRH analogues, 14 received testosterone during the observation period, of which:<ul><li>• 7 continued GnRH analogues after starting testosterone</li><li>• 7 stopped GnRH analogues after a median of 3.0 years (range 0.2 to 9.2 years), of which:</li><ul><li>○ 5 stopped after hysterectomy and salpingo-oophorectomy</li><li>○ 1 stopped after 2.2 years (transitioned to gender-affirming hormones)</li><li>○ 1 stopped after <2 months due to mood and emotional lability **(VERY LOW)**.</li></ul></ul>Of 11 transfemales receiving GnRH analogues, 5 received oestrogen during the observation period, of which:<ul><li>• 4 continued GnRH analogues after starting oestrogen</li><li>• 1 stopped GnRH analogues when taking oestrogen (no reason reported) **(VERY LOW)**.</li></ul>Of the remaining 6 transfemales taking GnRH analogues:<ul><li>• 1 stopped GnRH analogues after a few months due to emotional lability</li><li>• 1 stopped GnRH analogues before taking oestrogen (the following year delayed due to heavy smoking)</li><li>• 1 stopped GnRH analogues after 13 months due not to pursuing transition **(VERY LOW)**.</li></ul>**These studies provide very low certainty evidence for the number of adolescents who stop GnRH analogues and the reasons for this.** |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; SD, standard deviation.

In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?

| Outcome | Evidence statement |
|---|---|

26

| Safety | |
|---|---|
| **Change in bone density: lumbar**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for bone development and puberty suppression may affect bone development, as shown by changes in lumbar bone density.<br><br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (based on lumbar BMAD) between starting with a GnRH analogue and at 1 and 2 year intervals (Joseph et al. 2019), and between starting GnRH analogues and starting gender-affirming hormones (Klink et al. 2015 and Vlot et al. 2017). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>BMAD is a size adjusted value of BMD incorporating body size measurements using UK norms in growing adolescents. It was reported as $g/cm^3$ and as z-scores. Z-scores report how many standard deviations from the mean a measurement sits. A z-score of 0 is equal to the mean, a z-score of −1 is equal to 1 standard deviation below the mean, and a z-score of +1 is equal to 1 standard deviation above the mean.<br><br>One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in lumbar BMAD increase using z-scores.<br>• The z-score for lumbar BMAD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score [±SD]: baseline 0.486 [0.809], 2 years −0.279 [0.930], p=0.000) and transmales (baseline −0.361 [1.439], 2 years −0.913 [1.318], p=0.001) **(VERY LOW)**.<br>• The z-score for lumbar BMAD was statistically significantly lower at 1 year compared with baseline in transfemales (baseline 0.859 [0.154], 1 year −0.228 [1.027], p=0.000) and transmales (baseline −0.186 [1.230], 1 year −0.541 [1.396], p=0.006) **(VERY LOW)**.<br>• Actual lumbar BMAD values in $g/cm^3$ were not statistically significantly different between baseline and 1 or 2 years in transfemales or transmales **(VERY LOW)**.<br><br>Two retrospective observational studies (Klink et al. 2015 and Vlot et al. 2017, n=104 in total) provided non-comparative evidence on change in lumbar BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>In Klink et al. 2015 the z-score for lumbar BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales but was statistically significantly lower when starting gender-affirming hormones in transmales (z-score mean [±SD]: GnRH analogue 0.28 [±0.90], gender-affirming hormone −0.50 [±0.81], p=0.004). Actual lumbar BMAD values in $g/cm^3$ were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales **(VERY LOW)**. |

Vlot et al. 2017 reported change from starting GnRH analogues to starting gender-affirming hormones in lumbar BMAD by bone age.

- The z-score for lumbar BMAD in transfemales with a bone age of <15 years was statistically significantly lower at starting gender-affirming hormone treatment than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.20 [−1.82 to 1.18], gender-affirming hormone −1.52 [−2.36 to 0.42], p=0.001) but was not statistically significantly different in transfemales with a bone age ≥15 years **(VERY LOW)**.
- The z-score for lumbar BMAD in transmales with a bone age of <14 years was statistically significantly lower at starting gender-affirming hormone treatment than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.05 [−0.78 to 2.94], gender-affirming hormone −0.84 [−2.20 to 0.87], p=0.003) and in transmales with a bone age ≥14 years (GnRH analogue 0.27 [−1.60 to 1.80], gender-affirming hormone −0.29 [−2.28 to 0.90], p≤0.0001) **(VERY LOW)**.
- Actual lumbar BMAD values in g/cm³ were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales with young or old bone age **(VERY LOW)**.

Two uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on bone density (based on lumbar BMD) between starting GnRH analogues and either at 1 or 2 year intervals (Joseph et al. 2019), or starting gender-affirming hormones (Klink et al. 2015). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.

One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in lumbar BMD increase using z-scores.

- The z-score for lumbar BMD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score mean [±SD]: baseline 0.130 [0.972], 2 years −0.890 [±1.075], p=0.000) and transmales (baseline −0.715 [±1.406], 2 years −2.000 [1.384], p=0.000) **(VERY LOW)**.
- The z-score for lumbar BMD was statistically significantly lower at 1 year compared with baseline in transfemales (z-score mean [±SD]: baseline −0.016 [±1.106], 1 year −0.461 [±1.121], p=0.003) and transmales (baseline −0.395 [±1.428], 1 year −1.276 [±1.410], p=0.000) **(VERY LOW)**.
- With the exception of transmales, where lumbar BMD in kg/m² increased between baseline and 1 year (mean [±SD]: baseline 0.694 [±0.149], 1 year 0.718 [±0.124], p=0.006), actual lumbar BMD values were not statistically significantly different between baseline and 1 or 2 years in transfemales or between 0 and 2 years in transmales **(VERY LOW)**.

One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in lumbar BMD between starting GnRH analogues and starting gender-affirming hormones.

- The z-score for lumbar BMD was not statistically significantly different between starting GnRH analogue and starting gender-affirming hormone treatment in transfemales, but was

| | |
|---|---|
| | statistically significantly lower when starting gender-affirming hormones in transmales (z-score mean [±SD]: GnRH analogue 0.17 [±1.18], gender-affirming hormone −0.72 [±0.99], p<0.001) **(VERY LOW)**.<br><br>• Actual lumbar BMD in g/cm² was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales but was statistically significantly lower when starting gender-affirming hormones in transmales (mean [±SD]: GnRH analogues 0.95 [±0.12], gender-affirming hormones 0.91 [±0.10], p=0.006) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) compared with baseline (although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual lumbar bone density (BMAD or BMD).** |
| **Change in bone density: femoral**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for bone development and puberty suppression may affect bone development, as shown by changes in femoral bone density.<br><br>Two uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (based on femoral BMAD) between starting treatment with a GnRH analogue and starting gender-affirming hormones (Klink et al. 2015 and Vlot et al. 2017). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in femoral area BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales.<br>• The z-score for femoral area BMAD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or transmales **(VERY LOW)**.<br>• Actual femoral area BMAD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transmales or transfemales **(VERY LOW)**.<br><br>One retrospective observational study (Vlot et al. 2017, n=70) provided non-comparative evidence on change in femoral neck (hip) BMAD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br>• The z-score for femoral neck BMAD in transfemales with a bone age of <15 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.71 [−3.35 to 0.37], gender-affirming hormone −1.32 [−3.39 to 0.21], p≤0.1) or in transfemales with a bone age ≥15 years (GnRH analogue −0.44 [−1.37 to 0.93], gender-affirming hormone −0.36 [−1.50 to 0.46]) **(VERY LOW)**. |

29

- The z-score for femoral neck BMAD in transmales with a bone age of <14 years was not statistically significantly lower at starting gender-affirming hormones than at starting GnRH analogues (z-score median [range]: GnRH analogue −0.01 [−1.30 to 0.91], gender-affirming hormone −0.37 [−2.28 to 0.47]) but was statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogue 0.27 [−1.39 to 1.32], gender-affirming hormone −0.27 [−1.91 to 1.29], p=0.002) **(VERY LOW)**.
- Actual femoral neck BMAD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales or in transmales with a young bone age, but were statistically significantly lower in transmales with a bone age ≥14 years (GnRH analogue 0.33 [0.25 to 0.39], gender-affirming hormone 0.30 [0.23 to 0.41], p≤0.01) **(VERY LOW)**.

Two uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on bone density (based on femoral BMD) between starting GnRH analogues and either at 1 or 2 year intervals (Joseph et al. 2019), or starting gender-affirming hormones (Klink et al. 2015). All outcomes were reported separately for transfemales and transmales; also see subgroups table below.

One retrospective observational study (Joseph et al. 2019, n=70) provided non-comparative evidence on change in femoral neck BMD increase using z-scores. All outcomes were reported separately for transfemales and transmales.

- The z-score for femoral neck BMD was statistically significantly lower at 2 years compared with baseline in transfemales (z-score mean [±SD]: baseline 0.0450 [±0.781], 2 years −0.600 [±1.059], p=0.002) and transmales (baseline −1.075 [±1.145], 2 years −1.779 [±0.816], p=0.001) **(VERY LOW)**.
- The z-score for femoral neck BMD was statistically significantly lower at 1 year compared with baseline in transfemales (z-score mean [±SD]: baseline 0.157 [±0.905], 1 year −0.340 [±0.816], p=0.002) and transmales (baseline −0.863 [±1.215], 1 year −1.440 [±1.075], p=0.000) **(VERY LOW)**.
- Actual femoral neck BMD values in kg/m$^2$ were not statistically significantly different between baseline and 1 or 2 years in transmales or transfemales **(VERY LOW)**.

One retrospective observational study (Klink et al. 2015, n=34) provided non-comparative evidence on change in femoral area BMD between starting GnRH analogues and starting gender-affirming hormones. All outcomes were reported separately for transfemales and transmales.

- The z-score for femoral area BMD was not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but was statistically significantly lower in transmales (z-score mean [±SD]: GnRH analogue 0.36 [±0.88], gender-affirming hormone −0.35 [±0.79], p=0.001) **(VERY LOW)**.
- Actual femoral area BMD values were not statistically significantly different between starting GnRH analogues and starting gender-affirming hormones in transfemales, but were

30

| | |
|---|---|
| | statistically significantly lower in transmales (mean [±SD] GnRH analogue 0.92 [±0.10], gender-affirming hormone 0.88 [±0.09], p=0.005) **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) compared with baseline (although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD), apart from actual femoral area BMD in transmales.** |
| **Cognitive development or functioning**<br><br>**Certainty of evidence: very low** | This is an important outcome because puberty is an important time for cognitive development and puberty suppression may affect cognitive development or functioning.<br><br>One cross-sectional observational study (Staphorsius et al. 2015, n=70) provided comparative evidence on cognitive development or functioning in adolescents with gender dysphoria on GnRH analogues compared with adolescents with gender dysphoria not on GnRH analogues. Cognitive functioning was measured using an IQ test. Reaction time (in seconds) and accuracy (percentage of correct trials) were measured using the Tower of London (ToL) task. All outcomes were reported separately for transfemales and transmales; also see subgroups table below. No statistical analyses or interpretation of the results in these groups were reported:<br>• IQ in transfemales (mean [±SD] GnRH analogue 94.0 [±10.3], control 109.4 [±21.2]). IQ transmales (GnRH analogue 95.8 [±15.6], control 98.5 [±15.9].<br>• Reaction time in transfemales (mean [±SD] GnRH analogue 10.9 [±4.1], control: 9.9 [±3.1]). Reaction time transmales (GnRH analogue 9.9 [±3.1], control 10.0 [±2.0]).<br>• Accuracy score in transfemales (GnRH analogue 73.9 [±9.1], control 83.4 [±9.5]. Accuracy score in transmales (GnRH analogue 85.7 [±10.5], control 88.8 [±9.7].<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning. No conclusions could be drawn.** |
| **Other safety outcomes: kidney function**<br><br>**Certainty of evidence: very low** | This is an important outcome because if renal damage (raised serum creatinine is a marker of this) is suspected, GnRH analogues may need to be stopped.<br><br>One prospective observational study (Schagen et al. 2016, n=116) provided non-comparative evidence on change in serum creatinine between starting GnRH analogues and at 1 year. All outcomes were reported separately for transfemales and transmales; also see subgroups table below.<br><br>• There was no statistically significant difference between baseline and 1 year for serum creatinine in transfemales (mean [±SD] baseline 70 [±12], 1 year 66 [±13], p=0.20).<br>• There was a statistically significant decrease between baseline and 1 year for serum creatinine in transmales (baseline 73 [±8], 1 year 68 [±13], p=0.01). |

|  | This study provides very low certainty evidence that GnRH analogues do not affect renal function. |
|---|---|
| **Other safety outcomes: liver function** | This is an important outcome because if treatment-induced liver injury (raised liver enzymes are a marker of this) is suspected, GnRH analogues may need to be stopped. |
| **Certainty of evidence: very low** | One prospective observational study (Schagen et al. 2016, n=116) provided non-comparative evidence on elevated liver enzymes between starting GnRH analogues and during use. No comparative values or statistical analyses were reported. <br>• Glutamyl transferase was not elevated at baseline or during use in any person. <br>• Mild elevations of AST and ALT above the reference range were present at baseline but were not more prevalent during use than at baseline. <br>• Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of use. <br><br>**This study provides very low certainty evidence (with no statistical analysis) that GnRH analogues do not affect liver function.** |
| **Other safety outcomes: adverse effects** <br><br> **Certainty of evidence: very low** | This is an important outcome because if there are adverse effects, GnRH analogues may need to be stopped. <br><br>One uncontrolled, retrospective, observational cohort study (Khatchadourian et al. 2014) provided evidence relating to adverse effects from GnRH analogues. It had incomplete reporting of its cohort, particularly for transfemales where outcomes for only 4/11 were reported. <br><br>Khatchadourian et al. 2014 reported adverse effects in a cohort of 26 adolescents (15 transmales and 11 transfemales) receiving GnRH analogues. Of these: <br>• 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated. <br>• 1 transmale developed leg pains and headaches, which eventually resolved <br>• 1 participant gained 19 kg within 9 months of starting GnRH analogues. <br><br>**This study provides very low certainty evidence about potential adverse effects of GnRH analogues. No conclusions could be drawn.** |

**Abbreviations:** ALT, alanine aminotransferase; AST, aspartate aminotransferase; BMAD, bone mineral apparent density; BMD, bone mineral density; GnRH, gonadotrophin releasing hormone; IQ, intelligence quotient; NS, not significant; SD, standard deviation.

**In children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?**

| Outcome | Evidence statement |
|---|---|

| | |
|---|---|
| **Cost-effectiveness** | No studies were identified to assess the cost-effectiveness of GnRH analogues for children and adolescents with gender dysphoria. |

**From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may benefit from GnRH analogues more than the wider population of interest?**

| Subgroup | Evidence statement |
|---|---|
| **Sex assigned at birth males (transfemales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth males (transfemales). This included some direct comparisons with sex assigned at birth females (transmales).<br><br>**Impact on gender dysphoria**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for gender dysphoria in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study.<br>The mean (±SD) UGDS score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean UGDS score [±SD]: 47.95 [±9.70] versus 56.57 [±3.89]) and T1 (n=not reported, 49.67 [±9.47] versus 56.62 [±4.00]); between sex difference p<0.001 **(VERY LOW)**.<br><br>One further prospective observational longitudinal study (Costa et al. 2015) provided evidence for the impact on gender dysphoria in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study. Sex assigned at birth males had a statistically significantly lower (improved) mean (±SD) UGDS score of 51.6 [±9.7] compared with sex assigned at birth females (56.1 [±4.3], p<0.001). However, it was not reported if this was baseline or follow-up **(VERY LOW)**.<br><br>**These studies provide very low certainty evidence that in sex assigned at birth males (transfemales), gender dysphoria is lower than in sex assigned at birth females (transmales).**<br><br>**Impact on mental health**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for the impact on mental health (depression, anger and anxiety) in sex assigned at birth males. See the clinical effectiveness results table above for a full description of the study.<br>• The mean (±SD) depression (BDI-II) score was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BDI score [±SD]: 5.71 [±4.31] versus 10.34 [±8.24]) and T1 (n=not reported, 3.50 [±4.58] versus 6.09 [±7.93]), between sex difference p=0.057<br>• The mean (±SD) anger (TPI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean TPI score [±SD]: 5.22 [±2.76] |

33

versus 6.43 [±2.78]) and T1 (n=not reported, 5.00 [±3.07] versus 6.39 [±2.59]), between sex difference p=0.022
- The mean (±SD) anxiety (STAI) score was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean STAI score [±SD]: 4.33 [±2.68] versus 7.00 [±2.36]) and T1 (n=not reported, 4.39 [±2.64] versus 6.17 [±2.69]), between sex difference p<0.001 **(VERY LOW)**.

**This study provides very low certainty evidence that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). Over time there was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for depression. However, sex assigned at birth males had statistically significantly lower levels of anger and anxiety than sex assigned at birth females at both baseline and follow up.**

**Impact on body image**
One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on body image in sex assigned at birth males.
- The mean (±SD) BIS score for primary sex characteristics was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 4.02 [±0.61] versus 4.16 [±0.52]) and T1 (n=not reported, 3.74 [±0.78] versus 4.17 [±0.58]), between sex difference p=0.047
- The mean (±SD) BIS score for secondary sex was statistically significantly lower (improved) in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 2.66 [±0.50] versus 2.81 [±0.76]) and T1 (n=not reported, 2.39 [±0.69] versus 3.18 [±0.42]), between sex difference p=0.001
- The mean (±SD) BIS score for neutral body characteristics was not statistically significantly different in sex assigned at birth males compared with sex assigned at birth females at both baseline (T0) (n=not reported, mean BIS score [±SD]: 2.60 [±0.58] versus 2.24 [±0.62]) and T1 (n=not reported, 2.32 [±0.59] versus 2.61 [±0.50]), between sex difference p=0.777 **(VERY LOW)**.

**This study provides very low certainty evidence that the impact on body image may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). Sex assigned at birth males are less dissatisfied with their primary and secondary sex characteristics than sex assigned at birth females at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.**

**Psychosocial impact**
One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for psychosocial impact in terms

34

of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) in sex assigned at birth males.

- Sex assigned at birth males had statistically higher mean (±SD) CGAS scores compared with sex assigned at birth females at both baseline (T0) (n=54, 73.10 [±8.44] versus 67.25 [±11.06]) and T1 (n=54, 77.33 [±8.69] versus 70.30 [±9.44]), between sex difference p=0.021
- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the CBCL Total T score at T0 or T1 (n=54, p=0.110)
- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the CBCL internalising T score at T0 or T1 (n=54, p=0.286)
- Sex assigned at birth males had statistically lower mean (±SD) CBCL externalising T scores compared with sex assigned at birth females at both T0 (n=54, 54.71 [±12.91] versus 60.70 [±12.64]) and T1 (n=54, 48.75 [±10.22] versus 57.87 [±11.66]), between sex difference p=0.015
- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the YSR Total T score at T0 or T1 (n=54, p=0.164)
- There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for the YSR internalising T score at T0 or T1 (n=54, p=0.825)
- Sex assigned at birth males had statistically lower mean (±SD) YSR externalising T scores compared with sex assigned at birth females at both T0 (n=54, 48.72 [±11.38] versus 57.24 [±10.59]) and T1 (n=54, 46.52 [±9.23] versus 52.97 [±8.51]), between sex difference p=0.004 **(VERY LOW)**.

One uncontrolled, observational, prospective cohort study (Costa et al. 2015) provided evidence for psychosocial impact in terms of global functioning (CGAS) in sex assigned at birth males.

- Sex assigned at birth males had statistically significant lower mean (±SD CGAS scores at baseline) compared with sex assigned at birth females (n=201, 55.4 [±12.7] versus 59.2 [±11.8], p=0.03) **(VERY LOW)**.

**These studies provide very low certainty evidence that psychosocial impact may be different in sex assigned at birth males (transfemales) compared with sex assigned at birth females (transmales). However, no conclusions could be drawn.**

**Change in bone density: lumbar**
Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on lumbar bone density in sex assigned at birth males (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

**These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) in sex assigned at birth males (transfemales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically**

| | significantly decrease actual lumbar bone density (BMAD or BMD) in sex assigned at birth males (transfemales). |
|---|---|
| | **Change in bone density: femoral**<br>Three uncontrolled, observational, retrospective studies provided evidence for the effect of GnRH analogues on femoral bone density in sex assigned at birth males (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) in sex assigned at birth males (transfemales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD) in sex assigned at birth males (transfemales).**<br><br>**Cognitive development or functioning**<br>One cross-sectional observational study (Staphorsius et al. 2015) provided comparative evidence on cognitive development or functioning in sex assigned at birth males. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning in sex assigned at birth males (transfemales). No conclusions could be drawn.**<br><br>**Other safety outcomes: kidney function**<br>One prospective observational study (Schagen et al. 2016) provided non-comparative evidence on change in serum creatinine in sex assigned at birth males. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that GnRH analogues do not affect renal function in sex assigned at birth males (transfemales).** |
| **Sex assigned at birth females (transmales)**<br><br>**Certainty of evidence: Very low** | Some studies reported data separately for sex assigned at birth females (transmales). This included some direct comparisons with sex assigned at birth males (transfemales).<br><br>**Impact on gender dysphoria**<br>One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) and one prospective observational longitudinal study (Costa et al. 2015) provided evidence for gender dysphoria in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.<br><br>**These studies provide very low certainty evidence that in sex assigned at birth females (transmales), gender dysphoria is higher than in sex assigned at birth males (transfemales) at both baseline and follow up.** |

**Impact on mental health**
One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on mental health (depression, anger and anxiety) in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.

**This study provides very low certainty evidence that the impact on mental health (depression, anger and anxiety) may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). Over time there was no statistically significant difference between sex assigned at birth females and sex assigned at birth males for depression. However, sex assigned at birth females had statistically significantly greater levels of anger and anxiety than sex assigned at birth males at baseline and follow up.**

**Impact on body image**
One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence relating to the impact on body image in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.

**This study provides very low certainty evidence that the impact on body image may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). Sex assigned at birth females are more dissatisfied with their primary and secondary sex characteristics than sex assigned at birth males at both baseline and follow up, but the satisfaction with neutral body characteristics is not different.**

**Psychosocial impact**
One uncontrolled prospective observational longitudinal study (de Vries et al. 2011) provided evidence for psychosocial impact in terms of global functioning (CGAS) and psychosocial functioning (CBCL and YSR) in sex assigned at birth females. One uncontrolled, observational, prospective cohort study (Costa et al. 2015) provided evidence for psychosocial impact in terms of global functioning (CGAS) in sex assigned at birth females. See the sex assigned at birth males (transfemales) row above for a full description of the results.

**These studies provide very low certainty evidence that psychosocial impact may be different in sex assigned at birth females (transmales) compared with sex assigned at birth males (transfemales). However, no conclusions could be drawn.**

**Change in bone density: lumbar**
Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on lumbar bone density in sex assigned at birth females (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.

37

| | These studies provide very low certainty evidence that GnRH analogues reduce the expected increase in lumbar bone density (BMAD or BMD) in sex assigned at birth females (transmales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual lumbar bone density (BMAD or BMD) in sex assigned at birth females (transmales). |
|---|---|
| | **Change in bone density: femoral**<br>Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on femoral bone density in sex assigned at birth females (Joseph et al. 2019, Klink et al. 2015 and Vlot et al. 2017). See the safety results table above for a full description of the results.<br><br>**These studies provide very low certainty evidence that GnRH analogues may reduce the expected increase in femoral bone density (femoral neck or area BMAD or BMD) in sex assigned at birth females (transmales; although some findings were not statistically significant). These studies also show that GnRH analogues do not statistically significantly decrease actual femoral bone density (femoral area BMAD or femoral neck BMD) in sex assigned at birth females (transmales), apart from actual femoral area.**<br><br>**Cognitive development or functioning**<br>One cross-sectional observational study (Staphorsius et al. 2015) provided comparative evidence on cognitive development or functioning in sex assigned at birth females. See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence (with no statistical analysis) on the effects of GnRH analogues on cognitive development or functioning in sex assigned at birth females (transmales). No conclusions could be drawn.**<br><br>**Other safety outcomes: kidney function**<br>One prospective observational study (Schagen et al. 2016) provided non-comparative evidence on change in serum creatinine in sex assigned at birth females (transmales). See the safety results table above for a full description of the results.<br><br>**This study provides very low certainty evidence that GnRH analogues do not affect renal function in sex assigned at birth females (transmales).** |
| **Duration of gender dysphoria** | No evidence was identified. |
| **Age at onset of gender dysphoria** | No evidence was identified. |
| **Age at which GnRH analogue started** | No evidence was identified. |
| **Age at onset of puberty** | No evidence was identified. |

38

| Tanner stage at which GnRH analogue started | No evidence was identified. |
|---|---|
| Diagnosis of autistic spectrum disorder | No evidence was identified. |
| Diagnosis of mental health condition | No evidence was identified. |

**Abbreviations:** BDI-II**,** Beck Depression Inventory-II; BIS, Body Image Scale; CBCL, Child Behaviour Checklist; CGAS, Children's Global Assessment Scale; SD, standard deviation; STAI, Trait Anxiety Scale of the State-Trait Personality Inventory; TPI, Trait Anger Scale of the State-Trait Personality Inventory; UGDS, Utrecht Gender Dysphoria Scale; YSR, Youth Self-Report

**From the evidence selected,**
**(a)** **what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?**
**(b)** **what were the ages at which participants commenced treatment with GnRH analogues?**
**(c)** **what was the duration of treatment with GnRH analogues?**

| Outcome | Evidence statement |
|---|---|
| **Diagnostic criteria** | In 5 studies (Costa et al. 2015, Klink et al. 2015, Schagen et al. 2016, Staphorsius et al. 2015 and Vlot et al. 2017) the DSM-IV-TR criteria of gender identity disorder was used.<br><br>The study by Brik et al. 2020 used DSM-V criteria. The DSM-V has one overarching definition of gender dysphoria with separate specific criteria for children and for adolescents and adults. The general definition describes a conflict associated with significant distress and/or problems functioning associated with this conflict between the way they feel and the way they think of themselves which must have lasted at least 6 months.<br><br>It was not reported how gender dysphoria was defined in the remaining 3 studies **(VERY LOW)**.<br><br>**From the evidence selected, all studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the DSM criteria in use at the time the study was conducted.** |
| **Age when GnRH analogues started** | 8/9 studies reported the age at which participants started GnRH analogues, either as the mean age (with SD) or median age (with the range): |

| Study | Mean age (±SD) |
|---|---|
| Costa et al. 2015 | 16.5 years (±1.3) |
| de Vries et al. 2011 | 13.6 years (±1.8) |
| Joseph et al. 2019 | 13.2 years (±1.4) in transfemales<br>12.6 years (±1.0) in transmales |
| Khatchadourian et al. 2014 | 14.7 years (±1.9) |

39

| | |
|---|---|
| | Klink et al. 2015 | 14.9 years (±1.9) in transfemales<br>15.0 years (±2.0) in transmales |

| Study | Median age (range) |
|---|---|
| Brik et al. 2020 | 15.5 years (11.1–18.6) in transfemales<br>16.1 years (10.1–17.9) in transmales |
| Schagen et al. 2016 | 13.6 years (11.6–17.9) in transfemales<br>14.2 years (11.1–18.6) in transmales |
| Vlot et al. 2017 | 13.5 years (11.5–18.3) in transfemales<br>15.1 years (11.7–18.6) in transmales |

| | |
|---|---|
| | Age at the start of GnRH analogues was not reported in Staphorsius et al. 2015, but participants were required to be at least 12 years **(VERY LOW)**.<br><br>**The evidence included showed wide variation in the age (11 to 18 years old) at which children and adolescents with gender dysphoria started GnRH analogues.** |
| **Duration of treatment** | The duration of treatment with GnRH analogues was reported in 3/9 studies. The median duration was:<br>• 2.1 years (range 1.6–2.8) in Brik et al. 2020.<br>• 1.3 years (range 0.5–3.8) in transfemales and 1.5 years (range 0.25–5.2) in transmales in Klink et al. 2015.<br><br>In Staphorsius et al. 2015, the mean duration was 1.6 years (SD ±1.0).<br><br>In de Vries et al. 2011, the mean duration of time between starting GnRH analogues and gender-affirming hormones was 1.88 years (SD ±1.05).<br><br>**The evidence included showed wide variation in the duration of treatment with GnRH analogues, but most studies did not report this information. Treatment duration ranged from a few months up to about 5 years.** |

**Abbreviations:** DSM, Diagnostic and Statistical Manual of Mental Disorders criteria; SD, standard deviation.


# 6. Discussion

A key limitation to identifying the effectiveness and safety of GnRH analogues for children and adolescents with gender dysphoria is the lack of reliable comparative studies. The lack of clear, expected outcomes from treatment with a GnRH analogue (the purpose of which is to suppress secondary sexual characteristics which may cause distress from unwanted pubertal changes) also makes interpreting the evidence difficult. The size of the population with gender dysphoria means conducting a prospective trial may be unrealistic, at least on a single centre basis. There may also be ethical issues with a 'no treatment arm' in comparative trials of GnRH analogues, where there may be poor mental health outcomes if treatment is withheld. However, the use of an active comparator such as close psychological support may reduce ethical concerns in future trials.

The studies included in this evidence review are all small, uncontrolled observational studies, which are subject to bias and confounding, and are of very low certainty as

assessed using modified GRADE. All the included studies reported physical and mental health comorbidities and concomitant treatments very poorly. For example, very little data are reported on how many children and adolescents needed additional mental health support, and for what reasons, or whether additional interventions, and what form and duration (for example drug treatment or counselling) that took. This is a possible confounder for the treatment outcomes in the studies because changes in critical and important outcomes may be attributable to external care rather than the psychological support or GnRH analogues used in the studies.

The studies that reported diagnostic criteria for gender dysphoria (6/9 studies) used the Diagnostic and Statistical Manual of Mental Disorders (DSM) criteria in use at the time the study was conducted (either DSM-IV-TR or DSM-V). The definition was unclear in the remaining studies. There was wide variation in the ages at which participants started a GnRH analogue, typically ranging from about 11 to 18 years. Similarly, there was a wide variation in the duration of use, but few studies reported this.

Changes in outcome scores for clinical effectiveness were assessed for statistical significance in the 3 studies reporting these outcomes (Costa et al. 2015; de Vries et al. 2011; Staphorsius et al. 2015). However, there is relatively little interpretation of whether the changes in outcome scores seen in these studies are clinically meaningful.

For some outcomes there was no statistically significant difference from before starting GnRH analogues until just before starting gender-affirming hormones. These were the Utrecht Gender Dysphoria Scale (UGDS) (which was assessed in 1 study de Vries et al. 2011), the Trait Anger (TPI) and Trait Anxiety (STAI) Scales (which were assessed in 1 study de Vries et al. 2011), and Body Image Scale (BIS) which was assessed in 1 study (de Vries et al. 2011).

The Beck Depression Inventory (BDI-II) was used in 1 study (de Vries et al. 2011) to assess change in depression from before starting GnRH analogues to just before starting gender-affirming hormones. The result is statistically significant, with the mean (±SD) BDI-II score decreasing from 8.31 (±7.12) at baseline to 4.95 (±6.27) at follow up (p=0.004). However, both scores fall into the minimal range using the general guidelines for interpretation of BDI-II (0 to 13 minimal, 14 to 19 mild depression, 20 to 28 moderate depression and 29 to 63 severe depression), suggesting that while statistically significant, it is unclear if this is a clinically meaningful change.

Psychosocial outcomes were assessed in 3 studies (Costa et al. 2015; de Vries et al. 2011; Staphorsius et al. 2015) using the Children's Global Assessment Scale (CGAS) and Child Behavior Checklist/Youth Self-Report (CBCL/YSR). The CGAS score was assessed in 2 studies (Costa et al. 2015; de Vries et al. 2011). In de Vries et al. 2011 the mean (±SD) CGAS score statistically significantly increased over time from 70.24 [±10.12] at baseline to 73.90 [±9.63] at follow up. CGAS scores are clinically categorised into 10 categories (10 to 1, 20 to 11 and so on until 100 to 91) and both scores reported were in a single category (71 to 80, no more than slight impairment) suggesting that while statistically significant, it is unclear if this is a clinically meaningful change. The Costa et al. 2015 study does highlight a larger change in CGAS scores from baseline to follow-up (mean [±SD] 58.72 [±11.38] compared with 67.40 [±13.39]), but whether this is clinically meaningful is unclear. The average score moved from the clinical category of 60 to 51 (variable functioning with sporadic difficulties) at baseline to 70 to 61 (some difficulty in a single area, but generally

41

functioning pretty well) at follow up, but the large standard deviations suggest clinically significant overlaps between the scores from baseline to follow-up.

Psychosocial functioning using the CBCL/YSR was assessed in 2 studies (de Vries et al. 2011; Staphorsius et al. 2015). In de Vries et al. 2011 there was a statistically significant reduction in both CBCL and YSR scores from before starting GnRH analogues to just before starting gender-affirming hormones. The study interpreted the CBCL/YSR with a proportion of adolescents who scored in the clinical range (a T-score above 63), which allows changes in clinically meaningful scores to be assessed, and proportions of adolescents in the clinical range for some CBCL and YSR scores decreased over time. One cross-sectional study (Staphorsius et al. 2015) assessed CBCL scores only, but it was unclear if this was the Total T score, or whether subscales of internalising or externalising scores were also assessed, and whether the results were statistically significant.

The 2 prospective observational studies (Costa et al. 2015; de Vries et al. 2011) are confounded by a number of common factors. Firstly, the single assessment of scores at baseline means it is unclear if scores were stable, already improving or declining before starting treatment. Secondly, in an uncontrolled study any changes in scores from baseline to follow-up could be attributed to a regression-to-mean, for example getting older has been positively associated with maturity and wellbeing. The studies use mean and standard deviations in the descriptive statistics and analyses; however, they do not report testing the normality of data which would support the use of parametric measures. The study by de Vries et al. 2011 used general linear models (regression) to examine between and within group variances (changes in outcomes). In using such models, the data is assumed to be balanced (measured at regular intervals and without missing data), but the large ranges in ages at which participants were assessed and started on various interventions suggests that ascertainment of outcome was unlikely to be regular and missing data was likely. Missing data was handled through listwise deletion (omits those cases with the missing data and analyses the remaining data) which is acceptable if data loss is completely random but for some outcomes where there was incomplete data for individual items this was not random (items were introduced by the authors after the first eligible adolescents had started GnRH analogues). The study provided no detail on whether these assumptions for the modeling were met, they also provided no adequate assessment of whether any regression diagnostics (analysis that seek to assess the validity of a model) or model fit (how much of the variance in outcome is explained by the between and within group variance) were undertaken.

The 2 retrospective observational studies (Brik et al. 2020; Khatchadourian et al. 2014) both only report absolute numbers for each trajectory along with reasons for stopping GnRH analogues. It is difficult to assess outcomes from such single centre studies because there is little comparative data for outcomes from other such services. A lack of any critical or other important outcomes also means the success of the treatment across all the participants is difficult to judge.

Three uncontrolled, observational, retrospective studies provided evidence relating to the effect of GnRH analogues on bone density (Joseph et al. 2019; Klink et al. 2015; Vlot et al. 2017). In all 3 studies, the participants acted as their own controls and change in bone density was determined between starting GnRH analogues and either after 1 and 2 year follow-up timepoints (Joseph et al. 2019) or when gender-affirming hormones were started

42

(Klink et al. 2015 and Vlot et al. 2017). Observational studies such as these can only show an association with GnRH analogues and bone density; they cannot show that GnRH analogues caused any differences in bone density seen.  Because there was no comparator group and participants acted as their own controls, it is unclear whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

All the studies are from a limited number of, mainly European, care facilities. They are described as either tertiary referral or expert services but the low number of services providing such care and publishing evidence may bias the results towards the outcomes in these services only and limit extrapolation.

The first study (Brik et al. 2020) was an uncontrolled, retrospective, observational study that assessed the outcome trajectories of adolescents receiving GnRH analogues for gender dysphoria. This study followed-up 143 individuals who had received GnRH analogues (38 transfemales and 105 transmales) using clinical records to show outcomes for up to 9 years (continuing use of GnRH analogues, reasons for stopping GnRH analogues and onward care such as gender-affirming hormone use). The methods and results are well reported, but no analysis of data was undertaken. The views of adolescents and their parents are particularly difficult to interpret because no data on how many responded to each question and in what ways are reported.

The second study (Costa et al. 2015) was an uncontrolled, prospective observational study which assessed global functioning in adolescents with gender dysphoria using CGAS every 6 months, including during the first 6 months where statistically significant improvements were seen without GnRH analogues. The study is confounded by significant unexplained loss to follow-up (64.7%: from n=201 adolescents to n=71 after 18 months). Missing data for those lost to follow-up maybe more than sufficient to change the direction of effects seen in the study if the reasons for loss to follow-up are systematic (such as deriving little or no benefit from treatment). The study uses clustered data in its analysis, a single outcome (CGAS) measured in clusters (at different visits), and the analysis does not take account of the correlation of scores (data at different time points are not independent) as a significant change in scores early in the study means the successive changes measured against baseline were also significant. The study relies on multiple (>20) pairwise independent *t*-tests to examine change in CGAS between the 4 time points, increasing the possibility of type-I error (a false positive which occurs when a researcher incorrectly rejects a true null hypothesis) because the more tests performed the more likely a statistically significant result will be observed by chance alone.

The Costa et al. 2015 study compares immediately eligible and delayed eligible cohorts, however, it is highly likely that they are non-comparable groups because the immediately eligible group were those able to start GnRH analogues straight away whilst those in the delayed eligible group were either not ready to make a decision about starting treatment (no age comparison was made between the 2 groups so it is unclear if they were a younger cohort than the immediately eligible group) or had comorbid mental health or psychological difficulties. The authors report that those with concomitant problems (such as mental health

problems, substantial problems with peers, or conflicts with parents or siblings) were referred to local mental health services but no details are provided.

The third study (de Vries et al. 2011) was an uncontrolled, prospective observational study which assessed gender dysphoria and psychological functioning before and after puberty suppression in adolescents with gender dysphoria. Although the study mentions the DSM-IV-TR there is no explicit discussion of this, or any other criteria, being used as the diagnostic criteria for study entry. There are no details reported for how the outcomes in the study were assessed, and by whom. The length of follow-up for the outcomes in the model are questionable in relation to whether there was sufficient time for GnRH analogues to have a measurable effect. The time points used are start of GnRH analogues and start of gender-affirming hormones. Overall, the mean time between starting GnRH analogues and gender-affirming hormones was 1.88 (±1.05) years, but the range is as low as just 5 months between the 2 time points, which may be insufficient for any difference in outcome to have occurred in some individuals.

The fourth study (Joseph et al. 2019) was a retrospective, longitudinal observational single centre study which assessed bone mineral density in adolescents with gender dysphoria in the UK. For inclusion in the study, participants had to have been assessed by the Gender Identity Development Service multi-disciplinary psychosocial health team for at least 4 assessments over a minimum of 6 months. No other diagnostic criteria, such as the DSM-IV-TR, are discussed. Bone density was assessed using dual energy X-ray absorptiometry (DAXA) scan of the lumbar spine (L1-L4) and the femoral neck at baseline (n=70), 1 year (n=70) and 2 years after starting GnRH analogues (n=39). The results suggest a possible association between GnRH analogues and bone mineral apparent density. However, the evidence is of poor quality, and the results could be due to bias or chance. No concomitant treatments or comorbidities were reported.

The fifth study (Khatchadourian et al. 2014) was an uncontrolled retrospective observational study which describes patient characteristics at presentation, treatment, and response to treatment in 84 adolescents with gender dysphoria, of whom 27 received GnRH analogues. The study used clinical records to show outcomes for up to 13 years (continuing use of GnRH analogues, reasons for stopping GnRH analogues and onward care such as gender-affirming hormone use). The methods are well reported but the results for those taking GnRH analogues are poorly and incompletely reported, particularly for transfemales, and no analysis of data was undertaken. It is difficult to assess the results for stopping GnRH analogues due to incomplete reporting of this outcome.

The sixth study (Klink et al. 2015) was a retrospective longitudinal observational single centre study which assessed bone mineral density in adolescents with gender dysphoria, diagnosed with the DSM-IV-TR criteria. Bone density was assessed when starting GnRH analogues and then when starting gender-affirming hormones. Results are reported for transmales and transfemales separately and no results for the whole cohort are given. Statistical analyses were reported for all outcomes of interest but, because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were

44

reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

The seventh study (Schagen et al. 2016) was a prospective observational study of 116 adolescents which provided very low certainty non-comparative evidence on change in serum creatinine between starting GnRH analogues and 1 year, and liver function during treatment. Statistical analyses were reported for changes in serum creatinine but not for liver function. Because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time, or concomitant treatments.

The eighth study (Staphorsius et al. 2015) was a cross-sectional study of 85 adolescents, 40 with gender dysphoria (of whom 20 were receiving GnRH analogues) and 45 matched controls (not further reported in this evidence review). The study includes 1 outcome of interest for clinical effectiveness (CBCL) and 1 outcome of interest for safety (cognitive development or functioning). The mean (±SD) CBCL, IQ test, reaction time and accuracy scores were given for each group, but the statistical analysis is unclear. It is not reported what analysis was used or which of the groups were compared, therefore it is difficult to interpret the results.

The ninth study (Vlot et al. 2017) was a retrospective observational study which assessed bone mineral apparent density in adolescents with DSM-IV-TR gender dysphoria. Measurements were taken at the start of GnRH analogues and at the start of gender-affirming hormones. Results are reported for young bone age and old bone age in transmales and transfemales separately, and no results for the whole cohort are given. Statistical analyses were reported for all outcomes of interest but, because there was no comparator group and participants acted as their own controls, it is not known whether the findings are associated with GnRH analogues or due to changes over time. The authors reported z-scores which allows for comparison with the expected increase in bone density in the general population. However, because no concomitant treatments or comorbidities were reported it is possible that the findings may not be because of GnRH analogues and there is another way in which the study population differs from the general population.

## 7. Conclusion

The results of the studies that reported impact on the critical outcomes of gender dysphoria and mental health (depression, anger and anxiety), and the important outcomes of body image and psychosocial impact (global and psychosocial functioning) in children and adolescents with gender dysphoria are of very low certainty using modified GRADE. They suggest little change with GnRH analogues from baseline to follow-up.

Studies that found differences in outcomes could represent changes that are either of questionable clinical value, or the studies themselves are not reliable and changes could be due to confounding, bias or chance. It is plausible, however, that a lack of difference in scores from baseline to follow-up is the effect of GnRH analogues in children and adolescents with gender dysphoria, in whom the development of secondary sexual characteristics might be expected to be associated with an increased impact on gender dysphoria, depression, anxiety, anger and distress over time without treatment. One study reported statistically significant reductions in the Child Behaviour Checklist/Youth Self-Report (CBCL/YSR) scores from

baseline to follow up, and given that the purpose of GnRH analogues is to reduce distress caused by the development of secondary sexual characteristics and the CBCL/YSR in part measures distress, this could be an important finding. However, as the studies all lack reasonable controls not receiving GnRH analogues, the natural history of the outcomes measured in the studies is not known and any positive changes could be a regression to mean.

The results of the studies that reported bone density outcomes suggest that GnRH analogues may reduce the increase in bone density which is expected during puberty. However, as the studies themselves are not reliable, the results could be due to confounding, bias or chance. While controlled trials may not be possible, comparative studies are needed to understand this association and whether the effects of GnRH analogues on bone density are seen after treatment is stopped. All the studies that reported safety outcomes provided very low certainty evidence.

No cost-effectiveness evidence was found to determine whether or not GnRH analogues are cost-effective for children and adolescents with gender dysphoria.

The results of the studies that reported outcomes for subgroups of children and adolescents with gender dysphoria, suggest there may be differences between sex assigned at birth males (transfemales) and sex assigned at birth females (transmales).

**Appendix A PICO document**

The review questions for this evidence review are:

1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention?
3. For children and adolescents with gender dysphoria, what is the cost-effectiveness of GnRH analogues compared to one or a combination of psychological support, social transitioning to the desired gender or no intervention?
4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria?
5. From the evidence selected,
   a) what are the criteria used by the research studies to define gender dysphoria, gender identity disorder and gender incongruence of childhood?
   b) what were the ages at which participants commenced treatment with GnRH analogues?
   c) what was the duration of treatment with GnRH analogues?

## PICO table

| | |
|---|---|
| **P – Population and Indication** | Children and adolescents aged 18 years or less who have gender dysphoria, gender identity disorder or gender incongruence of childhood as defined by study:<br><br>The following subgroups of children and adolescents with gender dysphoria, gender identity disorder or gender incongruence of childhood need to be considered:<br>• Sex assigned at birth males.<br>• Sex assigned at birth females.<br>• The duration of gender dysphoria: less than 6 months, 6-24 months, and more than 24 months.<br>• The age of onset of gender dysphoria.<br>• The age at which treatment was initiated.<br>• The age of onset of puberty.<br>• Tanner stage at which treatment was initiated.<br>• Children and adolescents with gender dysphoria who have a pre-existing diagnosis of autistic spectrum disorder.<br>• Children and adolescents with gender dysphoria who had a significant mental health symptom load at diagnosis including anxiety, depression (with or without a history of self-harm and suicidality), suicide attempts, psychosis, personality disorder, Attention Deficit Hyperactivity Disorder and eating disorders. |
| **I – Intervention** | Any GnRH analogue including: triptorelin*; buserelin; histrelin; goserelin (Zoladex); leuprorelin/leuprolide (Prostap); nafarelin. |

| | * Triptorelin (brand names Gonapeptyl and Decapeptyl) are used in Leeds Hospital, England. The search should include brand names as well as generic names. |
|---|---|
| **C – Comparator(s)** | One or a combination of:<br>• Psychological support.<br>• Social transitioning to the gender with which the individual identifies.<br>• No intervention. |
| **O – Outcomes** | There are no known minimal clinically important differences and there are no preferred timepoints for the outcome measures selected.<br><br>**All outcomes should be stratified by:**<br><br>• The age at which treatment with GnRH analogues was initiated.<br>• The length of treatment with GnRH analogues where possible.<br><br>**A: Clinical Effectiveness**<br><br>*Critical to decision making*<br><br>• **Impact on Gender Dysphoria**<br>This outcome is critical because gender dysphoria in adolescents and children is associated with significant distress and problems functioning. Impact on gender dysphoria may be measured by the Utrecht Gender Dysphoria Scale. Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>• **Impact on mental health**<br>Examples of mental health problems include self-harm, thoughts of suicide, suicide attempts, eating disorders, depression/low mood and anxiety. These outcomes are critical because self-harm and thoughts of suicide have the potential to result in significant physical harm and for completed suicides the death of the young person. Disordered eating habits may cause significant morbidity in young people. Depression and anxiety are also critical outcomes because they may impact on social, occupational, or other areas of functioning of children and adolescents.   The Child and Adolescent Psychiatric Assessment (CAPA) may be used to measure depression and anxiety. The impact on self-harm and suicidality (ideation and behaviour) may be measured using the Suicide Ideation Questionnaire Junior. Other measures may be used as an alternative to the stated measures.<br><br>• **Impact on Quality of Life**<br>This outcome is critical because gender dysphoria in children and adolescents may be associated with a significant reduction in health-related quality of life. Quality of Life may be measured by the KINDL questionnaire, Kidscreen 52.  Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>*Important to decision making*<br><br>• **Impact on body Image**<br>This outcome is important because some transgender young people may desire to take steps to suppress features of their physical appearance associated with their sex assigned at birth or accentuate physical features of their desired gender. The Body Image Scale could be used as a measure. Other measures |

48

|  | as reported in studies may also be used as an alternative to the stated measure.<br><br>• **Psychosocial Impact**<br>Examples of psychosocial impact are: coping mechanisms which may impact on substance misuse; family relationships; peer relationships. This outcome is important because gender dysphoria in adolescents and children is associated with internalising and externalising behaviours and emotional and behavioural problems which may impact on social and occupational functioning.  The child behavioural check list (CBCL) may be used to measure the impact on psychosocial functioning.  Other measures as reported in studies may be used as an alternative to the stated measure.<br><br>• **Engagement with health care services**<br>This outcome is important because patient engagement with healthcare services will impact on their clinical outcomes. Engagement with health care services may be measured using the Youth Health Care measure-satisfaction, utilization, and needs (YHC-SUN) questionnaire. Loss to follow up should also be ascertained as part of this outcome.  Alternative measures to the YHC-SUN questionnaire may be used as reported in studies.<br><br>• **Transitioning surgery – Impact on extent of and satisfaction with surgery**<br>This outcome is important because some children and adolescents with gender dysphoria may proceed to transitioning surgery. Stated measures of the extent of transitioning surgery and satisfaction with surgery in studies may be reported.<br><br>• **Stopping treatment**<br>The proportion of patients who stop treatment with GnRH analogues and the reasons why. This outcome is important to patients because there is uncertainty about the short- and long-term safety and adverse effects of GnRH analogues in children and adolescents being treated for gender dysphoria.<br><br>**B: Safety**<br>• Short and long-term safety and adverse effects of taking GnRH analogues are important because GnRH analogues are not licensed for the treatment of adolescents and children with gender dysphoria.  Aspects to be reported on should include:<br> o Impact of the drug use such as its impact on bone density, arterial hypertension, cognitive development/functioning<br> o Impact of withdrawing the drug such as, slipped upper femoral epiphysis, reversibility on the reproductive system, and any others as reported.<br><br>**C: Cost effectiveness**<br><br>Cost effectiveness studies should be reported. |
| **Inclusion criteria** | |
| **Study design** | Systematic reviews, randomised controlled trials, controlled clinical trials, cohort studies.<br>If no higher level quality evidence is found, case series can be considered. |

49

| Language | English only |
|---|---|
| Patients | Human studies only |
| Age | 18 years or less |
| Date limits | 2000-2020 |
| Exclusion criteria | |
| Publication type | Conference abstracts, non-systematic reviews, narrative reviews, commentaries, letters, editorials, guidelines and pre-publication prints |
| Study design | Case reports, resource utilisation studies |

## Appendix B Search strategy

Medline, Embase, the Cochrane Library, HTA and APA PsycInfo were searched on 23 July 2020, limiting the search to papers published in English language in the last 20 years. Conference abstracts and letters were excluded.

**Database: Medline**
Platform: Ovid
Version: Ovid MEDLINE(R) <1946 to July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 144
Search strategy:

1    Gender Dysphoria/ (485)
2    Gender Identity/ (18452)
3    "Sexual and Gender Disorders"/ (75)
4    Transsexualism/ (3758)
5    Transgender Persons/ (3143)
6    Health Services for Transgender Persons/ (136)
7    exp Sex Reassignment Procedures/ (836)
8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (7435)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (12678)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (102343)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (6974)
12    (male-to-female or m2f or female-to-male or f2m).tw. (114841)
13    or/1-12 (252702)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (1137479)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (852400)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1913257)

17    Minors/ (2574)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (2361686)
19    exp pediatrics/ (58118)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (836269)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2024207)
22    Puberty/ (13278)
23     (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (424246)
24    Schools/ (38104)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (7199)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (468992)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (89353)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (887838)
29    or/14-28 (5534171)
30    13 and 29 (79263)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (7)
32    30 or 31 (79263)
33    Gonadotropin-Releasing Hormone/ (27588)
34    (pubert* adj3 block*).ti,ab. (78)
35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (17299)
36    (GnRH adj2 analog*).ti,ab. (2541)
37    GnRH*.ti,ab. (20991)
38    "GnRH agonist*".ti,ab. (4040)
39    Triptorelin Pamoate/ (1906)
40    triptorelin.ti,ab. (677)
41    arvekap.ti,ab. (1)
42    ("AY 25650" or AY25650).ti,ab. (1)
43    ("BIM 21003" or BIM21003).ti,ab. (0)
44    ("BN 52014" or BN52014).ti,ab. (0)
45    ("CL 118532" or CL118532).ti,ab. (0)
46    Debio.ti,ab. (83)
47    diphereline.ti,ab. (17)
48    moapar.ti,ab. (0)
49    pamorelin.ti,ab. (0)
50    trelstar.ti,ab. (3)
51    triptodur.ti,ab. (1)
52    ("WY 42422" or WY42422).ti,ab. (0)
53    ("WY 42462" or WY42462).ti,ab. (0)
54    gonapeptyl.ti,ab. (0)
55    decapeptyl.ti,ab. (210)
56    salvacyl.ti,ab. (0)
57    Buserelin/ (2119)
58    buserelin.ti,ab. (1304)

51

59    bigonist.ti,ab. (0)
60    ("hoe 766" or hoe-766 or hoe766).ti,ab. (69)
61    profact.ti,ab. (2)
62    receptal.ti,ab. (30)
63    suprecur.ti,ab. (4)
64    suprefact.ti,ab. (22)
65    tiloryth.ti,ab. (0)
66    histrelin.ti,ab. (55)
67    "LHRH-hydrogel implant".ti,ab. (1)
68    ("RL 0903" or RL0903).ti,ab. (1)
69    ("SPD 424" or SPD424).ti,ab. (1)
70    goserelin.ti,ab. (875)
71    Goserelin/ (1612)
72    ("ici 118630" or ici118630).ti,ab. (51)
73    ("ZD-9393" or ZD9393).ti,ab. (0)
74    zoladex.ti,ab. (379)
75    leuprorelin.ti,ab. (413)
76    carcinil.ti,ab. (0)
77    enanton*.ti,ab. (23)
78    ginecrin.ti,ab. (0)
79    leuplin.ti,ab. (13)
80    Leuprolide/ (2900)
81    leuprolide.ti,ab. (1743)
82    lucrin.ti,ab. (11)
83    lupron.ti,ab. (162)
84    provren.ti,ab. (0)
85    procrin.ti,ab. (3)
86    ("tap 144" or tap144).ti,ab. (40)
87    (a-43818 or a43818).ti,ab. (3)
88    Trenantone.ti,ab. (1)
89    staladex.ti,ab. (0)
90    prostap.ti,ab. (6)
91    Nafarelin/ (327)
92    nafarelin.ti,ab. (251)
93    ("76932-56-4" or "76932564").ti,ab. (0)
94    ("76932-60-0" or "76932600").ti,ab. (0)
95    ("86220-42-0" or "86220420").ti,ab. (0)
96    ("rs 94991 298" or rs94991298).ti,ab. (0)
97    synarel.ti,ab. (12)
98    deslorelin.ti,ab. (263)
99    gonadorelin.ti,ab. (201)
100   ("33515-09-2" or "33515092").ti,ab. (0)
101   ("51952-41-1" or "51952411").ti,ab. (0)
102   ("52699-48-6" or "52699486").ti,ab. (0)
103   cetrorelix.ti,ab. (463)
104   cetrotide.ti,ab. (41)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)

107   ("SB 075" or SB075).ti,ab. (0)
108   ("SB 75" or SB75).ti,ab. (63)
109   gonadoliberin.ti,ab. (143)
110   kryptocur.ti,ab. (6)
111   cetrorelix.ti,ab. (463)
112   cetrotide.ti,ab. (41)
113   antagon.ti,ab. (17)
114   ganirelix.ti,ab. (138)
115   ("ORG 37462" or ORG37462).ti,ab. (3)
116   orgalutran.ti,ab. (20)
117   ("RS 26306" or RS26306).ti,ab. (5)
118   ("AY 24031" or AY24031).ti,ab. (0)
119   factrel.ti,ab. (11)
120   fertagyl.ti,ab. (11)
121   lutrelef.ti,ab. (5)
122   lutrepulse.ti,ab. (3)
123   relefact.ti,ab. (10)
124   fertiral.ti,ab. (0)
125   (hoe471 or "hoe 471").ti,ab. (6)
126   relisorm.ti,ab. (4)
127   cystorelin.ti,ab. (18)
128   dirigestran.ti,ab. (5)
129   or/33-128 (42216)
130   32 and 129 (416)
131   limit 130 to english language (393)
132   limit 131 to (letter or historical article or comment or editorial or news or case reports) (36)
133   131 not 132 (357)
134   animals/ not humans/ (4686361)
135   133 not 134 (181)
136   limit 135 to yr="2000 -Current" (144)


**Database: Medline in-process**
Platform: Ovid
Version: Ovid MEDLINE(R) In-Process & Other Non-Indexed Citations <1946 to July 21, 2020>
Search date: 23/7/2020
Number of results retrieved:
Search strategy: 42

1   Gender Dysphoria/ (0)
2   Gender Identity/ (0)
3   "Sexual and Gender Disorders"/ (0)
4   Transsexualism/ (0)
5   Transgender Persons/ (0)
6   Health Services for Transgender Persons/ (0)
7   exp Sex Reassignment Procedures/ (0)

8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (1645)

9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (2333)

10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (20884)

11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (968)

12    (male-to-female or m2f or female-to-male or f2m).tw. (15513)

13    or/1-12 (39905)

14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)

15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (80723)

16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)

17    Minors/ (0)

18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (321871)

19    exp pediatrics/ (0)

20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (119783)

21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)

22    Puberty/ (0)

23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (60264)

24    Schools/ (0)

25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)

26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (69233)

27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (10319)

28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (112800)

29    or/14-28 (525529)

30    13 and 29 (9196)

31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (3)

32    30 or 31 (9197)

33    Gonadotropin-Releasing Hormone/ (0)

34    (pubert* adj3 block*).ti,ab. (19)

35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (1425)

36    (GnRH adj2 analog*).ti,ab. (183)

37    GnRH*.ti,ab. (1695)

38    "GnRH agonist*".ti,ab. (379)

39    Triptorelin Pamoate/ (0)

40    triptorelin.ti,ab. (72)

41    arvekap.ti,ab. (0)

42    ("AY 25650" or AY25650).ti,ab. (0)

43    ("BIM 21003" or BIM21003).ti,ab. (0)

44    ("BN 52014" or BN52014).ti,ab. (0)

45    ("CL 118532" or CL118532).ti,ab. (0)

46    Debio.ti,ab. (11)
47    diphereline.ti,ab. (6)
48    moapar.ti,ab. (0)
49    pamorelin.ti,ab. (0)
50    trelstar.ti,ab. (0)
51    triptodur.ti,ab. (0)
52    ("WY 42422" or WY42422).ti,ab. (0)
53    ("WY 42462" or WY42462).ti,ab. (0)
54    gonapeptyl.ti,ab. (0)
55    decapeptyl.ti,ab. (8)
56    salvacyl.ti,ab. (0)
57    Buserelin/ (0)
58    buserelin.ti,ab. (59)
59    bigonist.ti,ab. (0)
60    ("hoe 766" or hoe-766 or hoe766).ti,ab. (3)
61    profact.ti,ab. (0)
62    receptal.ti,ab. (0)
63    suprecur.ti,ab. (1)
64    suprefact.ti,ab. (2)
65    tiloryth.ti,ab. (0)
66    histrelin.ti,ab. (9)
67    "LHRH-hydrogel implant".ti,ab. (0)
68    ("RL 0903" or RL0903).ti,ab. (0)
69    ("SPD 424" or SPD424).ti,ab. (0)
70    goserelin.ti,ab. (68)
71    Goserelin/ (0)
72    ("ici 118630" or ici118630).ti,ab. (0)
73    ("ZD-9393" or ZD9393).ti,ab. (0)
74    zoladex.ti,ab. (6)
75    leuprorelin.ti,ab. (47)
76    carcinil.ti,ab. (0)
77    enanton*.ti,ab. (1)
78    ginecrin.ti,ab. (0)
79    leuplin.ti,ab. (1)
80    Leuprolide/ (0)
81    leuprolide.ti,ab. (121)
82    lucrin.ti,ab. (4)
83    lupron.ti,ab. (10)
84    provren.ti,ab. (0)
85    procrin.ti,ab. (0)
86    ("tap 144" or tap144).ti,ab. (0)
87    (a-43818 or a43818).ti,ab. (0)
88    Trenantone.ti,ab. (1)
89    staladex.ti,ab. (0)
90    prostap.ti,ab. (0)
91    Nafarelin/ (0)
92    nafarelin.ti,ab. (5)
93    ("76932-56-4" or "76932564").ti,ab. (0)

55

94    ("76932-60-0" or "76932600").ti,ab. (0)
95    ("86220-42-0" or "86220420").ti,ab. (0)
96    ("rs 94991 298" or rs94991298).ti,ab. (0)
97    synarel.ti,ab. (0)
98    deslorelin.ti,ab. (14)
99    gonadorelin.ti,ab. (13)
100   ("33515-09-2" or "33515092").ti,ab. (0)
101   ("51952-41-1" or "51952411").ti,ab. (0)
102   ("52699-48-6" or "52699486").ti,ab. (0)
103   cetrorelix.ti,ab. (31)
104   cetrotide.ti,ab. (5)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (0)
108   ("SB 75" or SB75).ti,ab. (2)
109   gonadoliberin.ti,ab. (4)
110   kryptocur.ti,ab. (1)
111   cetrorelix.ti,ab. (31)
112   cetrotide.ti,ab. (5)
113   antagon.ti,ab. (0)
114   ganirelix.ti,ab. (8)
115   ("ORG 37462" or ORG37462).ti,ab. (0)
116   orgalutran.ti,ab. (3)
117   ("RS 26306" or RS26306).ti,ab. (0)
118   ("AY 24031" or AY24031).ti,ab. (0)
119   factrel.ti,ab. (2)
120   fertagyl.ti,ab. (1)
121   lutrelef.ti,ab. (0)
122   lutrepulse.ti,ab. (0)
123   relefact.ti,ab. (0)
124   fertiral.ti,ab. (0)
125   (hoe471 or "hoe 471").ti,ab. (0)
126   relisorm.ti,ab. (0)
127   cystorelin.ti,ab. (1)
128   dirigestran.ti,ab. (0)
129   or/33-128 (2332)
130   32 and 129 (45)
131   limit 130 to english language (45)
132   limit 131 to yr="2000 -Current" (42)


**Database: Medline epubs ahead of print**
Platform: Ovid
Version: Ovid MEDLINE(R) Epub Ahead of Print <July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 8
Search strategy:


1     Gender Dysphoria/ (0)

2    Gender Identity/ (0)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (0)
5    Transgender Persons/ (0)
6    Health Services for Transgender Persons/ (0)
7    exp Sex Reassignment Procedures/ (0)
8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (486)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (640)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (1505)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (178)
12    (male-to-female or m2f or female-to-male or f2m).tw. (2480)
13    or/1-12 (4929)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (0)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (15496)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (0)
17    Minors/ (0)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (53563)
19    exp pediatrics/ (0)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (22796)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (0)
22    Puberty/ (0)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (13087)
24    Schools/ (0)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (0)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (12443)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (1416)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (20166)
29    or/14-28 (88366)
30    13 and 29 (1638)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (1)
32    30 or 31 (1638)
33    Gonadotropin-Releasing Hormone/ (0)
34    (pubert* adj3 block*).ti,ab. (2)
35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (176)
36    (GnRH adj2 analog*).ti,ab. (30)
37    GnRH*.ti,ab. (223)
38    "GnRH agonist*".ti,ab. (49)
39    Triptorelin Pamoate/ (0)

40     triptorelin.ti,ab. (12)
41     arvekap.ti,ab. (0)
42     ("AY 25650" or AY25650).ti,ab. (0)
43     ("BIM 21003" or BIM21003).ti,ab. (0)
44     ("BN 52014" or BN52014).ti,ab. (0)
45     ("CL 118532" or CL118532).ti,ab. (0)
46     Debio.ti,ab. (2)
47     diphereline.ti,ab. (1)
48     moapar.ti,ab. (0)
49     pamorelin.ti,ab. (0)
50     trelstar.ti,ab. (0)
51     triptodur.ti,ab. (0)
52     ("WY 42422" or WY42422).ti,ab. (0)
53     ("WY 42462" or WY42462).ti,ab. (0)
54     gonapeptyl.ti,ab. (0)
55     decapeptyl.ti,ab. (0)
56     salvacyl.ti,ab. (0)
57     Buserelin/ (0)
58     buserelin.ti,ab. (7)
59     bigonist.ti,ab. (0)
60     ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
61     profact.ti,ab. (0)
62     receptal.ti,ab. (0)
63     suprecur.ti,ab. (0)
64     suprefact.ti,ab. (1)
65     tiloryth.ti,ab. (0)
66     histrelin.ti,ab. (2)
67     "LHRH-hydrogel implant".ti,ab. (0)
68     ("RL 0903" or RL0903).ti,ab. (0)
69     ("SPD 424" or SPD424).ti,ab. (0)
70     goserelin.ti,ab. (11)
71     Goserelin/ (0)
72     ("ici 118630" or ici118630).ti,ab. (0)
73     ("ZD-9393" or ZD9393).ti,ab. (0)
74     zoladex.ti,ab. (1)
75     leuprorelin.ti,ab. (13)
76     carcinil.ti,ab. (0)
77     enanton*.ti,ab. (1)
78     ginecrin.ti,ab. (0)
79     leuplin.ti,ab. (0)
80     Leuprolide/ (0)
81     leuprolide.ti,ab. (22)
82     lucrin.ti,ab. (0)
83     lupron.ti,ab. (2)
84     provren.ti,ab. (0)
85     procrin.ti,ab. (0)
86     ("tap 144" or tap144).ti,ab. (1)
87     (a-43818 or a43818).ti,ab. (0)

58

88      Trenantone.ti,ab. (0)
89      staladex.ti,ab. (0)
90      prostap.ti,ab. (0)
91      Nafarelin/ (0)
92      nafarelin.ti,ab. (4)
93      ("76932-56-4" or "76932564").ti,ab. (0)
94      ("76932-60-0" or "76932600").ti,ab. (0)
95      ("86220-42-0" or "86220420").ti,ab. (0)
96      ("rs 94991 298" or rs94991298).ti,ab. (0)
97      synarel.ti,ab. (0)
98      deslorelin.ti,ab. (3)
99      gonadorelin.ti,ab. (3)
100     ("33515-09-2" or "33515092").ti,ab. (0)
101     ("51952-41-1" or "51952411").ti,ab. (0)
102     ("52699-48-6" or "52699486").ti,ab. (0)
103     cetrorelix.ti,ab. (6)
104     cetrotide.ti,ab. (2)
105     ("NS 75A" or NS75A).ti,ab. (0)
106     ("NS 75B" or NS75B).ti,ab. (0)
107     ("SB 075" or SB075).ti,ab. (0)
108     ("SB 75" or SB75).ti,ab. (0)
109     gonadoliberin.ti,ab. (0)
110     kryptocur.ti,ab. (0)
111     cetrorelix.ti,ab. (6)
112     cetrotide.ti,ab. (2)
113     antagon.ti,ab. (1)
114     ganirelix.ti,ab. (1)
115     ("ORG 37462" or ORG37462).ti,ab. (0)
116     orgalutran.ti,ab. (0)
117     ("RS 26306" or RS26306).ti,ab. (0)
118     ("AY 24031" or AY24031).ti,ab. (0)
119     factrel.ti,ab. (0)
120     fertagyl.ti,ab. (0)
121     lutrelef.ti,ab. (0)
122     lutrepulse.ti,ab. (0)
123     relefact.ti,ab. (0)
124     fertiral.ti,ab. (0)
125     (hoe471 or "hoe 471").ti,ab. (0)
126     relisorm.ti,ab. (0)
127     cystorelin.ti,ab. (0)
128     dirigestran.ti,ab. (0)
129     or/33-128 (310)
130     32 and 129 (8)
131     limit 130 to english language (8)
132     limit 131 to yr="2000 -Current" (8)

**Database: Medline daily update**
Platform: Ovid

Version: Ovid MEDLINE(R) Daily Update <July 21, 2020>
Search date: 23/7/2020
Number of results retrieved: 1
Search strategy

1    Gender Dysphoria/ (4)
2    Gender Identity/ (38)
3    "Sexual and Gender Disorders"/ (0)
4    Transsexualism/ (2)
5    Transgender Persons/ (26)
6    Health Services for Transgender Persons/ (1)
7    exp Sex Reassignment Procedures/ (3)
8    (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (24)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (39)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (87)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (15)
12    (male-to-female or m2f or female-to-male or f2m).tw. (181)
13    or/1-12 (358)
14    exp Infant/ or Infant Health/ or Infant Welfare/ (932)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (981)
16    exp Child/ or exp Child Behavior/ or Child Health/ or Child Welfare/ (1756)
17    Minors/ (3)
18    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3672)
19    exp pediatrics/ (75)
20    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1658)
21    Adolescent/ or Adolescent Behavior/ or Adolescent Health/ (2006)
22    Puberty/ (8)
23    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (732)
24    Schools/ (56)
25    Child Day Care Centers/ or exp Nurseries/ or Schools, Nursery/ (5)
26    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (622)
27    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (98)
28    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1301)
29    or/14-28 (6705)
30    13 and 29 (130)
31    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (0)
32    30 or 31 (130)
33    Gonadotropin-Releasing Hormone/ (11)

34    (pubert* adj3 block*).ti,ab. (0)
35    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (10)
36    (GnRH adj2 analog*).ti,ab. (2)
37    GnRH*.ti,ab. (14)
38    "GnRH agonist*".ti,ab. (4)
39    Triptorelin Pamoate/ (1)
40    triptorelin.ti,ab. (1)
41    arvekap.ti,ab. (0)
42    ("AY 25650" or AY25650).ti,ab. (0)
43    ("BIM 21003" or BIM21003).ti,ab. (0)
44    ("BN 52014" or BN52014).ti,ab. (0)
45    ("CL 118532" or CL118532).ti,ab. (0)
46    Debio.ti,ab. (1)
47    diphereline.ti,ab. (0)
48    moapar.ti,ab. (0)
49    pamorelin.ti,ab. (0)
50    trelstar.ti,ab. (0)
51    triptodur.ti,ab. (0)
52    ("WY 42422" or WY42422).ti,ab. (0)
53    ("WY 42462" or WY42462).ti,ab. (0)
54    gonapeptyl.ti,ab. (0)
55    decapeptyl.ti,ab. (0)
56    salvacyl.ti,ab. (0)
57    Buserelin/ (0)
58    buserelin.ti,ab. (0)
59    bigonist.ti,ab. (0)
60    ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
61    profact.ti,ab. (0)
62    receptal.ti,ab. (0)
63    suprecur.ti,ab. (0)
64    suprefact.ti,ab. (0)
65    tiloryth.ti,ab. (0)
66    histrelin.ti,ab. (0)
67    "LHRH-hydrogel implant".ti,ab. (0)
68    ("RL 0903" or RL0903).ti,ab. (0)
69    ("SPD 424" or SPD424).ti,ab. (0)
70    goserelin.ti,ab. (1)
71    Goserelin/ (2)
72    ("ici 118630" or ici118630).ti,ab. (0)
73    ("ZD-9393" or ZD9393).ti,ab. (0)
74    zoladex.ti,ab. (0)
75    leuprorelin.ti,ab. (0)
76    carcinil.ti,ab. (0)
77    enanton*.ti,ab. (0)
78    ginecrin.ti,ab. (0)
79    leuplin.ti,ab. (0)
80    Leuprolide/ (0)
81    leuprolide.ti,ab. (0)

82   lucrin.ti,ab. (0)
83   lupron.ti,ab. (0)
84   provren.ti,ab. (0)
85   procrin.ti,ab. (0)
86   ("tap 144" or tap144).ti,ab. (0)
87   (a-43818 or a43818).ti,ab. (0)
88   Trenantone.ti,ab. (0)
89   staladex.ti,ab. (0)
90   prostap.ti,ab. (0)
91   Nafarelin/ (0)
92   nafarelin.ti,ab. (0)
93   ("76932-56-4" or "76932564").ti,ab. (0)
94   ("76932-60-0" or "76932600").ti,ab. (0)
95   ("86220-42-0" or "86220420").ti,ab. (0)
96   ("rs 94991 298" or rs94991298).ti,ab. (0)
97   synarel.ti,ab. (0)
98   deslorelin.ti,ab. (0)
99   gonadorelin.ti,ab. (0)
100   ("33515-09-2" or "33515092").ti,ab. (0)
101   ("51952-41-1" or "51952411").ti,ab. (0)
102   ("52699-48-6" or "52699486").ti,ab. (0)
103   cetrorelix.ti,ab. (0)
104   cetrotide.ti,ab. (0)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (0)
108   ("SB 75" or SB75).ti,ab. (0)
109   gonadoliberin.ti,ab. (0)
110   kryptocur.ti,ab. (0)
111   cetrorelix.ti,ab. (0)
112   cetrotide.ti,ab. (0)
113   antagon.ti,ab. (0)
114   ganirelix.ti,ab. (0)
115   ("ORG 37462" or ORG37462).ti,ab. (0)
116   orgalutran.ti,ab. (0)
117   ("RS 26306" or RS26306).ti,ab. (0)
118   ("AY 24031" or AY24031).ti,ab. (0)
119   factrel.ti,ab. (0)
120   fertagyl.ti,ab. (0)
121   lutrelef.ti,ab. (0)
122   lutrepulse.ti,ab. (0)
123   relefact.ti,ab. (0)
124   fertiral.ti,ab. (0)
125   (hoe471 or "hoe 471").ti,ab. (0)
126   relisorm.ti,ab. (0)
127   cystorelin.ti,ab. (0)
128   dirigestran.ti,ab. (0)
129   or/33-128 (23)

130    32 and 129 (1)
131    limit 130 to english language (1)
132    limit 131 to yr="2000 -Current" (1)


**Database: Embase**
Platform: Ovid
Version: Embase <1974 to 2020 July 22>
Search date: 23/7/2020
Number of results retrieved: 367
Search strategy:


1    exp Gender Dysphoria/ (5399)
2    Gender Identity/ (16820)
3    "Sexual and Gender Disorders"/ (24689)
4    Transsexualism/ (3869)
5    exp Transgender/ (6597)
6    Health Services for Transgender Persons/ (158848)
7    exp Sex Reassignment Procedures/ or sex transformation/ (3058)
8    (gender* adj3 (dysphori* or affirm* or incongru* or identi* or disorder* or confus* or minorit* or queer*)).tw. (13005)
9    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (22509)
10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (154446)
11    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (10327)
12    (male-to-female or m2f or female-to-male or f2m).tw. (200166)
13    or/1-12 (582812)
14    exp juvenile/ or Child Behavior/ or Child Welfare/ or Child Health/ or infant welfare/ or "minor (person)"/ or elementary student/ (3437324)
15    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (1186161)
16    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (3586795)
17    exp pediatrics/ (106214)
18    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (1491597)
19    exp adolescence/ or exp adolescent behavior/ or adolescent health/ or high school student/ or middle school student/ (105108)
20    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (641660)
21    school/ or high school/ or kindergarten/ or middle school/ or primary school/ or nursery school/ or day care/ (103791)
22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (687437)
23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (138908)
24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (1562903)

25    or/14-24 (7130881)
26    13 and 25 (182161)
27     (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (17)
28    26 or 27 (182161)
29    gonadorelin/ (37580)
30    (pubert* adj3 block*).ti,ab. (142)
31    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (21450)
32    (GnRH adj2 analog*).ti,ab. (4013)
33    GnRH*.ti,ab. (29862)
34    "GnRH agonist*".ti,ab. (6719)
35    exp gonadorelin agonist/ or gonadorelin derivative/ or gonadorelin acetate/ (23304)
36    Triptorelin/ (5427)
37    triptorelin.ti,ab. (1182)
38    arvekap.ti,ab. (3)
39    ("AY 25650" or AY25650).ti,ab. (1)
40    ("BIM 21003" or BIM21003).ti,ab. (0)
41    ("BN 52014" or BN52014).ti,ab. (0)
42    ("CL 118532" or CL118532).ti,ab. (0)
43    Debio.ti,ab. (185)
44    diphereline.ti,ab. (51)
45    moapar.ti,ab. (0)
46    pamorelin.ti,ab. (0)
47    trelstar.ti,ab. (5)
48    triptodur.ti,ab. (1)
49    ("WY 42422" or WY42422).ti,ab. (0)
50    ("WY 42462" or WY42462).ti,ab. (0)
51    gonapeptyl.ti,ab. (10)
52    decapeptyl.ti,ab. (307)
53    salvacyl.ti,ab. (1)
54    buserelin acetate/ or buserelin/ (5164)
55    buserelin.ti,ab. (1604)
56    bigonist.ti,ab. (1)
57    ("hoe 766" or hoe-766 or hoe766).ti,ab. (89)
58    profact.ti,ab. (4)
59    receptal.ti,ab. (37)
60    suprecur.ti,ab. (8)
61    suprefact.ti,ab. (30)
62    tiloryth.ti,ab. (0)
63    histrelin/ (446)
64    histrelin.ti,ab. (107)
65    "LHRH-hydrogel implant".ti,ab. (1)
66    ("RL 0903" or RL0903).ti,ab. (1)
67    ("SPD 424" or SPD424).ti,ab. (1)
68    goserelin.ti,ab. (1487)
69    Goserelin/ (7128)
70    ("ici 118630" or ici118630).ti,ab. (49)
71    ("ZD-9393" or ZD9393).ti,ab. (0)

64

72    zoladex.ti,ab. (501)
73    leuprorelin/ (11312)
74    leuprorelin.ti,ab. (727)
75    carcinil.ti,ab. (0)
76    enanton*.ti,ab. (38)
77    ginecrin.ti,ab. (1)
78    leuplin.ti,ab. (26)
79    leuprolide.ti,ab. (2788)
80    lucrin.ti,ab. (47)
81    lupron.ti,ab. (361)
82    provren.ti,ab. (0)
83    procrin.ti,ab. (11)
84    ("tap 144" or tap144).ti,ab. (63)
85    (a-43818 or a43818).ti,ab. (3)
86    Trenantone.ti,ab. (7)
87    staladex.ti,ab. (0)
88    prostap.ti,ab. (11)
89    nafarelin acetate/ or nafarelin/ (1441)
90    nafarelin.ti,ab. (324)
91    ("76932-56-4" or "76932564").ti,ab. (0)
92    ("76932-60-0" or "76932600").ti,ab. (0)
93    ("86220-42-0" or "86220420").ti,ab. (0)
94    ("rs 94991 298" or rs94991298).ti,ab. (0)
95    synarel.ti,ab. (28)
96    deslorelin/ (452)
97    deslorelin.ti,ab. (324)
98    gonadorelin.ti,ab. (338)
99    ("33515-09-2" or "33515092").ti,ab. (0)
100   ("51952-41-1" or "51952411").ti,ab. (0)
101   ("52699-48-6" or "52699486").ti,ab. (0)
102   cetrorelix/ (2278)
103   cetrorelix.ti,ab. (717)
104   cetrotide.ti,ab. (113)
105   ("NS 75A" or NS75A).ti,ab. (0)
106   ("NS 75B" or NS75B).ti,ab. (0)
107   ("SB 075" or SB075).ti,ab. (1)
108   ("SB 75" or SB75).ti,ab. (76)
109   gonadoliberin.ti,ab. (152)
110   kryptocur.ti,ab. (6)
111   cetrorelix.ti,ab. (717)
112   cetrotide.ti,ab. (113)
113   antagon.ti,ab. (32)
114   ganirelix/ (1284)
115   ganirelix.ti,ab. (293)
116   ("ORG 37462" or ORG37462).ti,ab. (4)
117   orgalutran/ (1284)
118   orgalutran.ti,ab. (68)
119   ("RS 26306" or RS26306).ti,ab. (6)

120    ("AY 24031" or AY24031).ti,ab. (0)
121    factrel.ti,ab. (14)
122    fertagyl.ti,ab. (20)
123    lutrelef.ti,ab. (7)
124    lutrepulse.ti,ab. (6)
125    relefact.ti,ab. (10)
126    fertiral.ti,ab. (0)
127    (hoe471 or "hoe 471").ti,ab. (4)
128    relisorm.ti,ab. (6)
129    cystorelin.ti,ab. (26)
130    dirigestran.ti,ab. (5)
131    or/29-130 (80790)
132    28 and 131 (988)
133    limit 132 to english language (940)
134    133 not (letter or editorial).pt. (924)
135    134 not (conference abstract or conference paper or conference proceeding or "conference review").pt. (683)
136    nonhuman/ not (human/ and nonhuman/) (4649157)
137    135 not 136 (506)
138    limit 137 to yr="2000 -Current" (420)
139    elsevier.cr. (25912990)
140    138 and 139 (372)
141    remove duplicates from 140 (367)

**Database: Cochrane Library – incorporating Cochrane Database of Systematic Reviews (CDSR); CENTRAL**
Platform: Wiley
Version:
         CDSR – Issue 7 of 12, July 2020
         CENTRAL – Issue 7 of 12, July 2020
Search date: 23/7/2020
Number of results retrieved: CDSR – 1; CENTRAL - 8.

#1     [mh ^"Gender Dysphoria"]    3
#2     [mh ^"gender identity"]    227
#3     [mh ^"sexual and gender disorders"] 2
#4     [mh ^transsexualism]  27
#5     [mh ^"transgender persons"]  36
#6     [mh ^"health services for transgender persons"]    0
#7     [mh "sex reassignment procedures"] 4
#8     (gender* NEAR/3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)):ti,ab    308
#9     (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*):ti,ab    929
#10    (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*):ti,ab    3915
#11    ((sex or gender*) NEAR/3 (reassign* or chang* or transform* or transition*)):ti,ab 493
#12    (male-to-female or m2f or female-to-male or f2m):ti,ab    489

#13     {or #1-#12}     6142
#14     [mh infant] or [mh ^"infant health"] or [mh ^"infant welfare"] 27769
#15     (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*):ti,ab 69476
#16     [mh child] or [mh "child behavior"] or [mh ^"child health"] or [mh ^"child welfare"] 42703
#17     [mh ^minors]  8
#18     (child* or minor or minors or boy* or girl* or kid or kids or young*):ti,ab      175826
#19     [mh pediatrics]661
#20     (pediatric* or paediatric* or peadiatric*):ti,ab 30663
#21     [mh ^adolescent]  or  [mh ^"adolescent  behavior"]  or  [mh ^"adolescent  health"] 102154
#22     [mh ^puberty] 295
#23     (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*):ti,ab 34139
#24     [mh ^schools] 1914
#25     [mh ^"Child Day Care Centers"] or [mh nurseries] or [mh ^"schools, nursery"]      277
#26     (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*):ti,ab      54723
#27     (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") NEAR/2 (year or years or age or ages or aged)):ti,ab 6710
#28     (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") NEAR/2 (year or years or age or ages or aged)):ti,ab      196881
#29     {or #14-#28}   469351
#30     #13 and #29   2146
#31     (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*):ti,ab      0
#32     #30 or #31     2146
#33     [mh ^"Gonadotropin-Releasing Hormone"]   1311
#34     (pubert* NEAR/3 block*):ti,ab 1
#35     ((gonadotrophin or gonadotropin) and releasing):ti,ab      2095
#36     (GnRH NEAR/2 analog*):ti,ab      493
#37     GnRH*:ti,ab   3764
#38     "GnRH agonist*":ti,ab 1399
#39     [mh ^"Triptorelin Pamoate"]   451
#40     triptorelin:ti,ab 451
#41     arvekap:ti,ab   4
#42     ("AY 25650" or AY25650):ti,ab      0
#43     ("BIM 21003" or BIM21003):ti,ab      0
#44     ("BN 52014" or BN52014):ti,ab      0
#45     ("CL 118532" or CL118532):ti,ab      0
#46     Debio:ti,ab   301
#47     diphereline:ti,ab      25
#48     moapar:ti,ab   0
#49     pamorelin:ti,ab      5
#50     trelstar:ti,ab   3

```
#51    triptodur:ti,ab  0
#52    ("WY 42422" or WY42422):ti,ab        0
#53    ("WY 42462" or WY42462):ti,ab        0
#54    gonapeptyl:ti,ab        11
#55    decapeptyl:ti,ab        135
#56    salvacyl:ti,ab  0
#57    [mh ^Buserelin]         290
#58    Buserelin:ti,ab 339
#59    bigonist:ti,ab  0
#60    ("hoe 766" or hoe-766 or hoe766):ti,ab        11
#61    profact:ti,ab   1
#62    receptal:ti,ab  4
#63    suprecur:ti,ab  0
#64    suprefact:ti,ab 28
#65    tiloryth:ti,ab  0
#66    histrelin:ti,ab  5
#67    "LHRH-hydrogel implant":ti,ab        0
#68    ("RL 0903" or RL0903):ti,ab   0
#69    ("SPD 424" or SPD424):ti,ab  0
#70    goserelin:ti,ab 761
#71    [mh ^goserelin]         568
#72    ("ici 118630" or ici118630):ti,ab        7
#73    ("ZD-9393" or ZD9393):ti,ab  1
#74    zoladex:ti,ab   318
#75    leuprorelin:ti,ab        248
#76    carcinil:ti,ab   0
#77    enanton*:ti,ab 21
#78    ginecrin:ti,ab  1
#79    leuplin:ti,ab    7
#80    [mh ^Leuprolide]         686
#81    leuprolide:ti,ab696
#82    lucrin:ti,ab     21
#83    lupron:ti,ab    77
#84    provren:ti,ab  0
#85    procrin:ti,ab   2
#86    ("tap 144" or tap144):ti,ab       24
#87    (a-43818 or a43818):ti,ab       0
#88    Trenantone:ti,ab        3
#89    staladex:ti,ab  0
#90    prostap:ti,ab   9
#91    [mh ^Nafarelin]         77
#92    nafarelin:ti,ab  114
#93    ("76932-56-4" or "76932564"):ti,ab        0
#94    ("76932-60-0" or "76932600"):ti,ab        2
#95    ("86220-42-0" or "86220420"):ti,ab        0
#96    ("rs 94991 298" or rs94991298):ti,ab 0
#97    synarel:ti,ab    10
#98    deslorelin:ti,ab16
```

#99     gonadorelin:ti,ab        11
#100    ("33515-09-2" or "33515092"):ti,ab     0
#101    ("51952-41-1" or "51952411"):ti,ab     0
#102    ("52699-48-6" or "52699486"):ti,ab     0
#103    cetrorelix:ti,ab 221
#104    cetrotide:ti,ab  111
#105    ("NS 75A" or NS75A):ti,ab      0
#106    ("NS 75B" or NS75B):ti,ab      0
#107    ("SB 075" or SB075):ti,ab      0
#108    ("SB 75" or SB75):ti,ab        10
#109    gonadoliberin:ti,ab      5
#110    kryptocur:ti,ab 0
#111    cetrorelix:ti,ab 221
#112    cetrotide:ti,ab  111
#113    antagon:ti,ab   12
#114    ganirelix:ti,ab  142
#115    ("ORG 37462" or ORG37462):ti,ab     4
#116    orgalutran:ti,ab        45
#117    ("RS 26306" or RS26306):ti,ab       0
#118    ("AY 24031" or AY24031):ti,ab       0
#119    factrel:ti,ab    1
#120    fertagyl:ti,ab   0
#121    lutrelef:ti,ab   0
#122    lutrepulse:ti,ab1
#123    relefact:ti,ab   1
#124    fertiral:ti,ab   0
#125    (hoe471 or "hoe 471"):ti,ab    3
#126    relisorm:ti,ab   0
#127    cystorelin:ti,ab 0
#128    dirigestran:ti,ab        0
#129    {or #33-#128} 6844
#130    #32 and #129 27
#131    #130 with Cochrane Library publication date Between Jan 2000 and Jul 2020, in Cochrane Reviews      1
#132    #130    27
#133    "conference":pt or (clinicaltrials or trialsearch):so     492465
#134    #132 not #1339
#135    #134 with Publication Year from 2000 to 2020, in Trials      8


**Database: HTA**
Platform: CRD
Version: HTA
Search date: 23/7/2020
Number of results retrieved:  26
Search strategy:

1       MeSH DESCRIPTOR Gender Dysphoria EXPLODE ALL TREES   0
2       MeSH DESCRIPTOR Gender Identity EXPLODE ALL TREES        14

3       MeSH DESCRIPTOR Sexual and Gender Disorders EXPLODE ALL TREES       2

4       MeSH DESCRIPTOR Transsexualism EXPLODE ALL TREES       12
5       MeSH DESCRIPTOR Transgender Persons EXPLODE ALL TREES       3
6       MeSH DESCRIPTOR Health Services for Transgender Persons EXPLODE ALL TREES       0
7       MeSH DESCRIPTOR Sex Reassignment Procedures EXPLODE ALL TREES       1

8       ((gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)))   28
9       ((transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*))   76
10      ((trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*))   83
11      (((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)))   24
12      (male-to-female or m2f or female-to-male or f2m)   86
13      ((transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*))   0
14      #1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12 OR #13   262
15      (#1 OR #2 OR #3 OR #4 OR #5 OR #6 OR #7 OR #8 OR #9 OR #10 OR #11 OR #12 OR #13) IN HTA   30

*26 results are from 200 onwards. Downloaded as a set to sift for drug terms rather than continuing with search strategy.

**Database: APA PsycInfo**
Search date: July 2020 (Week 2)
Search Strategy:
--------------------------------------------------------------------------------
1    Gender Dysphoria/ (936)
2    Gender Identity/ (8648)
3    Transsexualism/ (2825)
4    Transgender/ (5257)
5    exp Gender Reassignment/ (568)
6     (gender* adj3 (dysphori* or affirm* or incongruen* or identi* or disorder* or confus* or minorit* or queer*)).tw. (15471)
7    (transgend* or transex* or transsex* or transfem* or transwom* or transma* or transmen* or transperson* or transpeopl*).tw. (13028)
8     (trans or crossgender* or cross-gender* or crossex* or cross-sex* or genderqueer*).tw. (7679)
9    ((sex or gender*) adj3 (reassign* or chang* or transform* or transition*)).tw. (5796)
10    (male-to-female or m2f or female-to-male or f2m).tw. (63688)
11    or/1-10 (99560)
12    exp Infant Development/ (21841)
13    (prematur* or pre-matur* or preterm* or pre-term* or infan* or newborn* or new-born* or perinat* or peri-nat* or neonat* or neo-nat* or baby* or babies or toddler*).ti,ab,in,jn. (150219)

14    Child Characteristics/ or exp Child Behavior/ or Child Psychology/ or exp Child Welfare/ or Child Psychiatry/ (23423)

15    (child* or minor or minors or boy* or girl* or kid or kids or young*).ti,ab,in,jn. (984230)

16    (pediatric* or paediatric* or peadiatric*).ti,ab,in,jn. (78962)

17    Adolescent Psychiatry/ or Adolescent Behavior/ or Adolescent Development/ or Adolescent Psychology/ or Adolescent Characteristics/ or Adolescent Health/ (62142)

18    Puberty/ (2753)

19    (adolescen* or pubescen* or prepubescen* or pre-pubescen* or pubert* or prepubert* or pre-pubert* or teen* or preteen* or pre-teen* or juvenil* or youth* or under*age*).ti,ab,in,jn. (347604)

20    Schools/ or exp elementary school students/ or high school students/ or junior high school students/ or middle school students/ (113053)

21    Child Day Care/ or Nursery Schools/ (2836)

22    (pre-school* or preschool* or kindergar* or daycare or day-care or nurser* or school* or pupil* or student*).ti,ab,jn. (772814)

23    (("eight" or "nine" or "ten" or "eleven" or "twelve" or "thirteen" or "fourteen" or "fifteen" or "sixteen" or "seventeen" or "eighteen" or "nineteen") adj2 (year or years or age or ages or aged)).ti,ab. (21475)

24    (("8" or "9" or "10" or "11" or "12" or "13" or "14" or "15" or "16" or "17" or "18" or "19") adj2 (year or years or age or ages or aged)).ti,ab. (285697)

25    or/12-24 (1772959)

26    11 and 25 (49612)

27    (transchild* or transyouth* or transteen* or transadoles* or transgirl* or transboy*).tw. (14)

28    26 or 27 (49613)

29    exp Gonadotropic Hormones/ (4226)

30    (pubert* adj3 block*).ti,ab. (29)

31    ((gonadotrophin or gonadotropin) and releasing).ti,ab. (1060)

32    (GnRH adj2 analog*).ti,ab. (49)

33    GnRH*.ti,ab. (998)

34    "GnRH agonist*".ti,ab. (72)

35    triptorelin.ti,ab. (25)

36    arvekap.ti,ab. (0)

37    ("AY 25650" or AY25650).ti,ab. (0)

38    ("BIM 21003" or BIM21003).ti,ab. (0)

39    ("BN 52014" or BN52014).ti,ab. (0)

40    ("CL 118532" or CL118532).ti,ab. (0)

41    Debio.ti,ab. (7)

42    diphereline.ti,ab. (0)

43    moapar.ti,ab. (0)

44    pamorelin.ti,ab. (0)

45    trelstar.ti,ab. (0)

46    triptodur.ti,ab. (0)

47    ("WY 42422" or WY42422).ti,ab. (0)

48    ("WY 42462" or WY42462).ti,ab. (0)

49    gonapeptyl.ti,ab. (0)

50    decapeptyl.ti,ab. (3)

51    salvacyl.ti,ab. (1)

52    buserelin.ti,ab. (6)
53    bigonist.ti,ab. (0)
54    ("hoe 766" or hoe-766 or hoe766).ti,ab. (0)
55    profact.ti,ab. (0)
56    receptal.ti,ab. (0)
57    suprecur.ti,ab. (0)
58    suprefact.ti,ab. (0)
59    tiloryth.ti,ab. (0)
60    histrelin.ti,ab. (1)
61    "LHRH-hydrogel implant".ti,ab. (0)
62    ("RL 0903" or RL0903).ti,ab. (0)
63    ("SPD 424" or SPD424).ti,ab. (0)
64    goserelin.ti,ab. (30)
65    ("ici 118630" or ici118630).ti,ab. (0)
66    ("ZD-9393" or ZD9393).ti,ab. (0)
67    zoladex.ti,ab. (3)
68    leuprorelin.ti,ab. (12)
69    carcinil.ti,ab. (0)
70    enanton*.ti,ab. (1)
71    ginecrin.ti,ab. (0)
72    leuplin.ti,ab. (0)
73    leuprolide.ti,ab. (79)
74    lucrin.ti,ab. (1)
75    lupron.ti,ab. (18)
76    provren.ti,ab. (0)
77    procrin.ti,ab. (0)
78    ("tap 144" or tap144).ti,ab. (1)
79    (a-43818 or a43818).ti,ab. (0)
80    Trenantone.ti,ab. (0)
81    staladex.ti,ab. (0)
82    prostap.ti,ab. (0)
83    nafarelin.ti,ab. (1)
84    ("76932-56-4" or "76932564").ti,ab. (0)
85    ("76932-60-0" or "76932600").ti,ab. (0)
86    ("86220-42-0" or "86220420").ti,ab. (0)
87    ("rs 94991 298" or rs94991298).ti,ab. (0)
88    synarel.ti,ab. (0)
89    deslorelin.ti,ab. (8)
90    gonadorelin.ti,ab. (3)
91    ("33515-09-2" or "33515092").ti,ab. (0)
92    ("51952-41-1" or "51952411").ti,ab. (0)
93    ("52699-48-6" or "52699486").ti,ab. (0)
94    cetrorelix.ti,ab. (9)
95    cetrotide.ti,ab. (0)
96    ("NS 75A" or NS75A).ti,ab. (0)
97    ("NS 75B" or NS75B).ti,ab. (0)
98    ("SB 075" or SB075).ti,ab. (0)
99    ("SB 75" or SB75).ti,ab. (1)

100    gonadoliberin.ti,ab. (1)
101    kryptocur.ti,ab. (0)
102    cetrorelix.ti,ab. (9)
103    cetrotide.ti,ab. (0)
104    antagon.ti,ab. (0)
105    ganirelix.ti,ab. (0)
106    ("ORG 37462" or ORG37462).ti,ab. (0)
107    orgalutran.ti,ab. (0)
108    ("RS 26306" or RS26306).ti,ab. (0)
109    ("AY 24031" or AY24031).ti,ab. (0)
110    factrel.ti,ab. (0)
111    fertagyl.ti,ab. (0)
112    lutrelef.ti,ab. (0)
113    lutrepulse.ti,ab. (0)
114    relefact.ti,ab. (0)
115    fertiral.ti,ab. (0)
116    (hoe471 or "hoe 471").ti,ab. (0)
117    relisorm.ti,ab. (0)
118    cystorelin.ti,ab. (0)
119    dirigestran.ti,ab. (0)
120    or/29-119 (4869)
121    28 and 120 (130)
122    limit 121 to english language (120)
123    limit 122 to yr="2000 -Current" (93)


**Appendix C Evidence selection**

The literature searches identified 525 references. These were screened using their titles and abstracts and 25 references were obtained and assessed for relevance. Of these, 9 references are included in the evidence review. The remaining 16 references were excluded and are listed in appendix D.

73

## Figure 1 – Study selection flow diagram



**References submitted with Preliminary Policy Proposal**

There is no preliminary policy proposal for this policy.

**Appendix D Excluded studies table**

| Study reference | Reason for exclusion |
|---|---|
| Achille, C., Taggart, T., Eaton, N.R. et al. (2020) Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. International Journal of Pediatric Endocrinology 2020(1): 8 | Intervention – data for GnRH analogues not reported separately from other interventions |
| Bechard, Melanie, Vanderlaan, Doug P, Wood, Hayley et al. (2017) Psychosocial and Psychological Vulnerability in Adolescents with Gender Dysphoria: A "Proof of Principle" Study. Journal of sex & marital therapy 43(7): 678-688 | Population – no GnRH analogues at time of study |
| Chew, Denise, Anderson, Jemma, Williams, Katrina et al. (2018) Hormonal Treatment in Young People With Gender Dysphoria: A Systematic Review. Pediatrics 141(4) | All primary studies included apart from 1 conference abstract |
| de Vries, Annelou L C, McGuire, Jenifer K et al. (2014) Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 134(4): 696-704 | Population – relevant population included in de Vries et al. 2011 |
| Ghelani, Rahul, Lim, Cheryl, Brain, Caroline et al. (2020) Sudden sex hormone withdrawal and the effects on body composition in late pubertal adolescents with gender dysphoria. Journal of pediatric endocrinology & metabolism: JPEM 33(1): 107-112 | Outcomes – not in the PICO |

74

| Study reference | Reason for exclusion |
|---|---|
| Giovanardi, G, Morales, P, Mirabella, M et al. (2019) Transition memories: experiences of trans adult women with hormone therapy and their beliefs on the usage of hormone blockers to suppress puberty. Journal of endocrinological investigation 42(10): 1231-1240 | Population – adults only |
| Hewitt, Jacqueline K, Paul, Campbell, Kasiannan, Porpavai et al. (2012) Hormone treatment of gender identity disorder in a cohort of children and adolescents. The Medical journal of Australia 196(9): 578-81 | Outcomes – no data reported for relevant outcomes |
| Jensen, R.K., Jensen, J.K., Simons, L.K. et al. (2019) Effect of Concurrent Gonadotropin-Releasing Hormone Agonist Treatment on Dose and Side Effects of Gender-Affirming Hormone Therapy in Adolescent Transgender Patients. Transgender Health 4(1): 300-303 | Outcomes – not in the PICO |
| Klaver, Maartje, de Mutsert, Renee, Wiepjes, Chantal M et al. (2018) Early Hormonal Treatment Affects Body Composition and Body Shape in Young Transgender Adolescents. The journal of sexual medicine 15(2): 251-260 | Outcomes – not in the PICO |
| Klaver, Maartje, de Mutsert, Renee van der Loos, Maria A T C et al. (2020) Hormonal Treatment and Cardiovascular Risk Profile in Transgender Adolescents. Pediatrics 145(3) | Outcomes – not in the PICO |
| Lopez, Carla Marisa, Solomon, Daniel, Boulware, Susan D et al. (2018) Trends in the use of puberty blockers among transgender children in the United States. Journal of pediatric endocrinology & metabolism : JPEM 31(6): 665-670 | Outcomes – not in the PICO |
| Schagen, Sebastian E E, Lustenhouwer, Paul, Cohen-Kettenis, Peggy T et al. (2018) Changes in Adrenal Androgens During Puberty Suppression and Gender-Affirming Hormone Treatment in Adolescents With Gender Dysphoria. The journal of sexual medicine 15(9): 1357-1363 | Outcomes – not in the PICO |
| Swendiman, Robert A, Vogiatzi, Maria G, Alter, Craig A et al. (2019) Histrelin implantation in the pediatric population: A 10-year institutional experience. Journal of pediatric surgery 54(7): 1457-1461 | Population – less than 10% of participants had gender dysphoria; data not reported separately |
| Turban, Jack L, King, Dana, Carswell, Jeremi M et al. (2020) Pubertal Suppression for Transgender Youth and Risk of Suicidal Ideation. Pediatrics 145(2) | Intervention – data for GnRH analogues not reported separately from other interventions |
| Vrouenraets, Lieke Josephina Jeanne Johanna, Fredriks, A Miranda, Hannema, Sabine E et al. (2016) Perceptions of Sex, Gender, and Puberty Suppression: A Qualitative Analysis of Transgender Youth. Archives of sexual behavior 45(7): 1697-703 | Outcomes – not in the PICO |
| Zucker, Kenneth J, Bradley, Susan J, Owen-Anderson, Allison et al. (2010) Puberty-blocking hormonal therapy for adolescents with gender identity disorder: A descriptive clinical study. Journal of Gay & Lesbian Mental Health 15(1): 58-82 | Intervention – data for GnRH analogues not reported separately from other interventions |

## Appendix E Evidence tables

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Brik T, Vrouenraets L, de Vries M, et al. (2020) Trajectories of adolescents treated with gonadotropin-releasing hormone analogues for gender dysphoria. Archives of Sexual Behaviour https://doi.org/10.1007/s10508-020-01660-8<br><br>Netherlands<br><br>Retrospective observational single-centre study<br><br>To document trajectories after the initiation of GnRH analogue and explore reasons for extended use and discontinuation of GnRH analogues.<br><br>Includes participants seen between November 2010 and January 1, 2018. | Inclusion criteria were adolescents with gender dysphoria, according to the DSM-5 criteria, seen at the single centre and treated with GnRH analogues between November 2010 and January 1, 2018.<br><br>The study excluded adolescents without a diagnosis of gender dysphoria, those who had coexisting problems that interfered with the diagnostic process and/or might interfere with successful treatment (not further defined), those adolescents not wanting hormones, those with ongoing diagnostic evaluation and those who did not attend appointments.<br><br>The sample consisted of 143 adolescents meeting the inclusion/exclusion criteria, 38 transfemales, 105 transmales, with median ages of 15.0 years (range 11.1 to 18.6 years) and 16.1 years | The study only reports that GnRH analogues were given, no specific drug, dose, route, or frequency of administration are reported.<br><br>No comparator cohort was used in the study.<br><br>Follow-up was at (up to) 9 years (last follow-up July 2019). | **Critical outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Psychosocial impact***<br>Not assessed.<br><br>***Engagement with health care services***<br>Not formally assessed but the study reported that out of 214 age and developmentally appropriate adolescents for potential inclusion in the study, 9 were excluded as they stopped attending appointments (4.2%).<br><br>***Stopping treatment***<br>Of the 143 adolescents, 9 (6.2%, 1 transfemale and 8 transmales) stopped taking GnRH analogues after a median duration of 0.8 years (range 0.1 to 3.0). Four adolescents (2.8%) discontinued GnRH analogues although they wanted to continue endocrine treatments for gender dysphoria:<br>• 1 transmale stopped due to increase in mood problems, suicidal thoughts and confusion attributed to GnRH analogues (later had gender-affirming hormones at an adult gender clinic)[1]<br>• 1 transmale experienced hot flushes, increased migraines, had a fear of injections, stress at school and unrelated medical issues, and | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1.  somewhat representative<br>2.  no-non exposed cohort<br>3.  secure record<br>4.  yes<br>**Domain 2: Comparability**<br>1.  no comparator<br>**Domain 3: Outcome**<br>1.  record linkage<br>2.  yes<br>3.  complete follow-up<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was poorly reported, concomitant use of other medicines was not reported.<br><br>Source of funding: not reported. |

(range 10.1 to 17.9 years), respectively at commencement of GnRH analogues.

Of the 143 adolescents in the study, 125 (87%, 36 transfemales and 89 transmales) subsequently started treatment with gender-affirming hormones after median 1.0 (range 0.5 to 3.8) years and 0.8 (0.3 to 3.7) years, respectively. Median age at the start of gender-affirming hormones was 16.2 years (range 14.5 to 18.6 years) in transfemales and 17.1 years (range 14.9 to 18.8 years) in transmales.

Five adolescents who used GnRH analogues had not started gender-affirming hormones at the time of data collection as they were not yet eligible for this treatment due to age. At the time of data collection, they had used GnRH analogues for a median duration of 2.1 years (range 1.6 to 2.8). Tanner stage was not reported.

Six adolescents had been referred to a gender clinic elsewhere for further

temporarily discontinued treatment (after 4 months)[2]
- 1 transmale experienced mood swings 4 months after commencing GnRH analogues. After 2.2 years he developed unexplained severe nausea and rapid weight loss and due to his general condition discontinued GnRH analogues after 2.4 years[3]
- 1 transmale stopped GnRH analogues as his parents were unable to regularly collect medication from the pharmacy and take him to appointments for the injections[4]

Five adolescents (3.5%) stopped treatment as they no longer wished to continue with gender-affirming treatment.
- 1 adolescent had been very distressed about breast development at the start of GnRH analogues and later thought that she might want to live as a woman without breasts. She did not want to live as a boy and discontinued GnRH analogues, although dreaded breast development and menstruation.
- 1 adolescent experienced concurrent psychosocial problems interfering with the exploration of gender identity and did not currently want treatment.[5]
- 1 adolescent felt more in between male and female and therefore did not want to continue with GnRH analogues.[6]
- 1 adolescent made a social transition while using GnRH

| | treatment, including 1 who had prolonged use. | | analogues and shortly after decided to discontinue treatment.[7] | |
| | | | • 1 adolescent discontinued after using GnRH analogues as the treatment allowed them to feel who they were.[8] | |

[1] The adolescent later indicated "I was already fully matured when I started GnRH analogues, menstruations were already suppressed by contraceptives. For me, it had no added value" (transmale, age 19 years).

[2] The adolescent restarted endocrine treatment (testosterone) 5 months later.

[3] The adolescent recovered over the next 2 years and subsequently started lynestrenol and testosterone treatment.

[4] The adolescent subsequently started lynestrenol to suppress menses, he was not yet eligible for testosterone treatment.

[5] The adolescent later reflected that "The decision to stop GnRH analogues to my mind was made by the gender team, because they did not think gender dysphoria was the right diagnosis. I do still feel like a man, but for me it is okay to be just me instead of a he or a she, so for now I do not want any further treatment" (adolescent assigned female sex at birth, age 16 years).

[6] The adolescent stated "At the moment, I feel more like 'I am' instead of 'I am a woman' or 'I am a man'" (adolescent assigned female sex at birth, age 16 years).

[7] The adolescent stated that "he had fallen in love with a girl and had never had such feelings, which made him question his gender identity. At subsequent visits, he indicated that he was happy living as a man.

[8] The adolescent stated "After using GnRH analogues for the first time, I could feel who I was without the female hormones, this gave me peace of mind to think about my future. It was an inner feeling that said I am a woman" (adolescent assigned female sex at birth, age 18 years).

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Costa R, Dunsford M, Skagerberg E, et al. (2015) Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. Journal of Sexual Medicine 12(11):2206-14.<br><br>United Kingdom<br><br>Prospective longitudinal observational single centre cohort study<br><br>Includes participants referred to the service between 2010 and 2014. | Adolescents with gender dysphoria who completed a 6-month diagnostic process using DSM-IV-TR criteria for gender dysphoria (comprising the gender dysphoria assessment and psychological interventions) either immediately eligible for treatment with GnRH analogues or delayed eligible for treatment with GnRH analogues (received psychological support without any physical intervention).<br><br>No exclusion criteria were reported.<br><br>The sample consisted of 201 adolescents (sex assigned at birth male to female ratio 1:1.6) | **Intervention**<br>101 individuals were assessed as being immediately eligible for use of GnRH analogues (no specific treatment, dose or route, or frequency of administration reported but all received psychological support).<br><br>**Comparison**<br>The analyses were between the immediately eligible | **Critical outcomes**<br>***Impact on gender dysphoria***<br>The Utrecht gender dysphoria scale (UGDS) was used to assess adolescents' gender dysphoria related discomfort. The Cronbach's alpha (α) for the study was reported as 0.76 to 0.88, suggesting good internal consistency. UGDS was only reported once, for 160 adolescents (50 sex assigned at birth males and 110 sex assigned at birth females). The assessment time point is not reported (baseline or follow-up) and the comparison for gender related discomfort was between sex assigned at birth males and sex assigned at birth females. Sex assigned at birth males had a mean (±SD) UGDS score of 51.6 [±9.7] versus sex assigned at birth | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative<br>2. drawn from the same community as the exposed cohort.<br>3. secure record<br>4. no<br>**Domain 2: Comparability**<br>1. partial comparator<br>**Domain 3: Outcome**<br>1. independent assessment (unclear if blinded)<br>2. yes<br>3. incomplete follow-up |

mean (±SD) age 15.52±1.41 years) from a sampling frame of 436 consecutive adolescents referred to the service between 2010 and 2014.  The mean (±SD) age (n=201) at the start of GnRH analogues was 16.48 [±1.26], range 13 to 17 years. The interval from the start of the diagnostic procedure to the start of puberty suppression took approximately 1.5 years [±0.63] from baseline.

None of the delayed eligible individuals received puberty suppression at the time of this study. Tanner stage was not reported.

| and delayed eligible (n=100) adolescents, |
|---|

Baseline assessment (following diagnostic procedure) was followed by follow-up at 6 months from baseline (T1), 12 months from baseline (T2) and 18 months from baseline (T3).

females score of 56.1 [±4.3], *t*-test 4.07; p<0.001.

***Impact on mental health***
Not assessed.

***Impact on quality of life***
Not assessed.

**Important outcomes**
*Psychosocial impact*
The Children's Global Assessment Scale (CGAS) was used to assess adolescents' psychosocial functioning. The CGAS was administered by psychologists, psychotherapists, and psychiatrists (intra-class correlation assessment was 0.76 ≤ Cronbach's α ≤0.94).
At baseline, CGAS scores were not associated with any demographic variable, in both sex assigned at birth males and sex assigned at birth females (all p>0.1).
In comparison with sex assigned at birth females, sex assigned at birth males had statistically significantly lower mean (±SD) baseline CGAS scores (55.4 [±12.7] versus 59.2 [11.8]; *t*-test 2.15; p=0.03).
There was no statistically significant difference in mean (±SD) CGAS scores at baseline (T0) between immediately eligible adolescents and delayed eligible adolescents (n=201, 58.72 [±11.38] versus 56.63 [±13.14];  *t*-test 1.21; p=0.23).
**Immediately eligible compared with delayed eligible participants**
At follow-up, there was no statistically significant difference in mean (±SD)

**Overall quality is assessed as poor.**

Other comments: Physical and psychological comorbidity was poorly reported, concomitant use of other medicines was not reported. Large unexplained loss to follow-up (64.7%) at T3.

Source of funding: not reported.

| | | | | |
|---|---|---|---|---|
| | | | CGAS scores at any follow-up time point (T1, T2 or T3) between immediately eligible adolescents and delayed eligible adolescents:<br>• T1, n=201, 60.89 [±12.17] versus 60.29 [±12.81]; *t*-test 0.34; p=0.73<br>• T2, n=121, 64.70 [±13.34] versus 62.97 [±14.10]; *t*-test 0.69; p=0.49<br>• T3, n=71, 67.40 [±13.93] versus 62.53 [±13.54]; *t*-test 1.49; p=0.14.<br><br>**All participants**<br>There was a statistically significant increase in mean (±SD) CGAS scores at any follow-up time point (T1, T2 or T3) compared with baseline (T0) for the all adolescents group:<br>• T0 (n=201) versus T1 (n=201), 57.73 [±12.27] versus 60.68 [±12.47]; *t*-test 4.87; p<0.001<br>• T0 (n=201) versus T2 (n=121), 57.73 [±12.27] versus 63.31 [±14.41]; *t*-test 3.70; p<0.001<br>• T0 (n=201) versus T3 (n=71), 57.73 [±12.27] versus 64.93 [±13.85]; *t*-test 4.11; p<0.001<br>There was a statistically significant increase in mean (±SD) CGAS scores when comparing the follow-up period T1 to T3 but not for the periods T1 to T2 and T2 to T3, for all adolescents:<br>• T1 (n=201) versus T2 (n=121), 60.68 [±12.47] versus 63.31 [±14.41]; *t*-test 1.73; p<0.08<br>• T1 (n=201) versus T3 (n=71), 60.68 [±12.47] versus 64.93 [±13.85]; *t*-test 2.40; p<0.02<br>• T2 (n=121) versus T3 (n=71), 63.31 [±14.41] versus 64.93 [±13.85]; *t*-test 0.76; p=0.45 | |

80

| | | | There were no statistically significant differences in CGAS scores between sex assigned at birth males and sex assigned at birth females with gender dysphoria in all the follow-up evaluations (all p>0.1). Delayed eligible and immediately eligible adolescents with gender dysphoria were not statistically significantly different for demographic variables (all p>0.1). **Immediately eligible participants** There was a statistically significant increase in mean (±SD) CGAS scores at follow-up times T2 and T3 compared with baseline (T0) but not for T0 versus T1, for the immediately eligible adolescents:<br>• T0 (n=101) versus T1 (n=101), 58.72 [±11.38] versus 60.89 [±12.17]; *t*-test 1.31; p=0.19<br>• T0 (n=101) versus T2 (n=60), 58.72 [±11.38] versus 64.70 [±13.34]; *t*-test 3.02; p=0.003<br>• T0 (n=101) versus T3 (n=35), 58.72 [±11.38] versus 67.40 [±13.93]; *t*-test 3.66; p<0.001<br>There was a statistically significant increase in mean (±SD) CGAS scores when comparing the follow-up period T1 to T3 with each other but not for the periods T1 to T2 and T2 to T3, for the immediately eligible adolescents:<br>• T1 (n=101) versus T2 (n=60), 60.89 [±12.17] versus 64.70 [±13.34]; *t*-test 1.85; p=0.07<br>• T1 (n=101) versus T3 (n=35), 60.89 [±12.17] versus 67.40 [±13.93]; *t*-test 2.63; p<0.001 | |

| | | | T2 (n=60) versus T3 (n=35), 64.70 [±13.34] versus 67.40 [±13.93], $t$-test 0.94; p=0.35<br>The immediately eligible adolescents had a CGAS score which was not statistically significantly different compared to the sample of children/adolescents without observed psychological /psychiatric symptoms after 12 months of puberty suppression (T3, $t$=0.01, $p$=0.99). | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| de Vries A, Steensma T, Doreleijers T, et al. (2011) <u>Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study</u>. The Journal of Sexual Medicine 8 (8):2276-83.<br><br>Netherlands<br><br>Prospective longitudinal observational single centre before and after study. | The sample size was 70 adolescents receiving GnRH analogues (mean age [±SD] at assessment 13.6±1.8 years) from a sampling frame of 196 consecutive adolescents referred to the service between 2000 and 2008.<br>Inclusion criteria were if they subsequently started gender-affirming hormones between 2003 and 2009 (mean [±SD] age at start of GnRH analogues was 14.75 [±1.92] years)[1]. No specific exclusion criteria were described.<br><br>No diagnostic criteria or concomitant treatments were reported. Tanner stage of the included adolescents was not reported. | **Intervention**<br>70 adolescents were assessed at baseline (T0) before the start of GnRH analogues (no specific treatment, dose or route of administration reported).<br><br>**Comparison**<br>The same 70 adolescents were assessed again at follow-up (T1), shortly before starting gender-affirming hormones. Not all adolescents completed all assessments for all items[2]. | **Critical outcomes**<br>**_Impact on gender dysphoria_**<br>Impact on gender dysphoria was assessed using the Utrecht Gender Dysphoria Scale (UGDS).<br>• There was no statistically significant difference in UGDS scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting more gender dysphoria, $F$ ($df, errdf$), $P$: 15.98 (1,39), p<0.001.<br><br>**_Impact on mental health_**<br>Depressive symptoms were assessed using the Beck Depression Inventory (BDI-II).<br>• There was a statistically significant reduction in BDI score between T0 and T1, n=41, 8.31 [±7.12] versus 4.95 [±6.72], $F$ ($df, errdf$), $P$: 9.28 (1,39), p=0.004.<br>• There was no statistically significant difference between sex assigned at | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection**<br>1. somewhat representative of children and adolescents who have gender dysphoria<br>2. no non-exposed cohort<br>3. no description<br>4. no<br>**Domain 2: Comparability**<br>1. study controls for age, age at start of treatment, IQ, and parental factors<br>**Domain 3: Outcome**<br>1. no description<br>2. no/unclear<br>3. complete<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: Physical and psychological comorbidity was not reported, concomitant use of |

| | | | | |
|---|---|---|---|---|
| | | | birth males and sex assigned at birth females, $F$ (*df, errdf*), $P$: 3.85 (1,39), p=0.057.<br><br>Anger and anxiety were assessed using Trait Anger and Anxiety (TPI and STAI, respectively) Scales of the State-Trait Personality Inventory.<br>• There was no statistically significant difference in anger (TPI) scale scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting increased anger compared with sex assigned at birth males, $F$ (*df, errdf*), $P$: 5.70 (1,39), p=0.022.<br>• Similarly, there was no statistically significant difference in anxiety (STAI) scale scores between T0 and T1 (n=41). There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting increased anxiety compared with sex assigned at birth males, $F$ (*df, errdf*), $P$: 16.07 (1,39), p<0.001.<br><br>***Impact on quality of life***<br>Not assessed.<br><br>**Important outcomes**<br>***Impact on body image***<br>Impact on body image was assessed using the Body Image Scale to measure body satisfaction (BIS). | other medicines was not reported.<br><br>Source of funding: This study was supported by a personal grant awarded to the first author by the Netherlands Organization for Health Research and Development. |

There was no statistically significant difference between T0 and T1 for any of the 3 BIS scores (primary sex characteristics, secondary sex characteristics or neutral characteristics, n=57). There were statistically significant differences between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting more dissatisfaction, for:

- primary sexual characteristics, $F$ (*df, errdf*), $P$: 4.11 (1,55), p=0.047.
- secondary sexual characteristics, $F$ (*df, errdf*), $P$: 11.57 (1,55), p=0.001.

But no statistically significant difference between sex assigned at birth males and sex assigned at birth females was found for neutral characteristics. However, there was a significant interaction effect between sex assigned at birth sex and the changes of gender dysphoria between T0 and T1; sex assigned at birth females became more dissatisfied with their secondary sex characteristics compared with sex assigned at birth males, $F$ (*df, errdf*), $P$: 14.59 (1,55), p<0.001) and neutral characteristics, $F$ (*df, errdf*), $P$: 15.26 (1,55), p<0.001).

***Psychosocial impact***
Psychosocial impact was assessed using both the Child Behaviour Checklist (CBCL) and the Youth Self-Report (YSR) to parents and adolescents, respectively. The Children's Global Assessment Scale was also reported.
There was a statistically significant decrease in mean (±SD) total, internalising, and externalising[3] parental

| | | | CBCL scores between T0 and T1[4] for all adolescents (n=54): <br> • Total score (T0 – T1) 60.70 [±12.76] versus 54.46 [±11.23], $F$ (*df, errdf*), $P$: 26.17 (1,52), p<0.001. <br> • Internalising score (T0 – T1) 61.00 [±12.21] versus 54.56 [±10.22], $F$ (*df, errdf*), $P$: 22.93 (1,52), p<0.001. <br> • Externalising score (T0 – T1) 58.04 [±12.99] versus 53.81 [±11.86], $F$ (*df, errdf*), $P$: 12.04 (1,52), p=0.001. <br> There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for total and internalising CBCL score but there was a significant difference for the externalising score: <br> • Externalising score, $F$ (*df, errdf*), $P$: 6.29 (1,52), p=0.015. <br> There was a statistically significant decrease in mean (±SD) total, internalising, and externalising[3] YSR scores between T0 and T1 for all adolescents (n=54): <br> • Total score (T0 – T1) 55.46 [±11.56] versus 50.00 [±10.56], $F$ (*df, errdf*), $P$: 16.24 (1,52), p<0.001. <br> • Internalising score (T0 – T1) 56.04 [±12.49] versus 49.78 [±11.63], $F$ (*df, errdf*), $P$: 15.05 (1,52), p<0.001. <br> • Externalising score (T0 – T1) 53.30 [±11.87] versus 49.98 [±9.35], $F$ (*df, errdf*), $P$: 7.26 (1,52), p=0.009. <br> There was no statistically significant difference between sex assigned at birth males and sex assigned at birth females for total and internalising YSR score but there was a significant difference for the externalising score: | |
|---|---|---|---|---|

| | | | - Externalising score, $F$ (*df, errdf*), $P$: 9.14 (1,52), p=0.004.<br>There was a statistically significant increase in CGAS mean ($\pm$SD) score between T0 and T1 (n=41), 70.24 [$\pm$10.12] versus 73.90 [$\pm$9.63], $F$ (*df, errdf*), $P$: 8.76 (1,39), p=0.005. There was a statistically significant difference between sex assigned at birth males and sex assigned at birth females, with sex assigned at birth females reporting lower score for global functioning compared with sex assigned at birth males, $F$ (*df, errdf*), $P$: 5.77 (1,52), p=0.021.<br>The proportion of adolescents scoring in the clinical range significantly decreased between T0 and T1, on the CBCL total problem scale (44.4% versus 22.2%, $X^2$[1] = 6.00, p=0.001), and the internalising scale (29.6% versus 11.1%, $X^2$[1] = 5.71, p=0.017) of the YSR. | |

[1] There were statistically significant mean age [$\pm$SD] differences between sex assigned at birth males and sex assigned at birth females for age at assessment (13.14 [$\pm$1.55] versus 14.10 [$\pm$1.99] years, p=0.028), age at start of GnRH analogues (14.25 [$\pm$1.79] versus 15.21 [$\pm$1.95] years, p=0.036) and age at the start of gender-affirming hormones (16.24 [$\pm$1.21] versus 16.99 [$\pm$1.09] years, p=0.008). No statistically significant differences were seen for other baseline characteristics, time between GnRH analogue and gender-affirming hormones, full scale IQ, parental marital status, education, and sexual attraction to own, other or both sexes.

[2] Independent t-tests between mean scores on the CBCL, YSR, BDI, TPI, STAI, CGAS, UGS, and BIS of adolescents who completed both assessments and mean scores of adolescents who completed only one of the assessments revealed no significant differences on all used measures, at neither T0 or at T1.

[3] The CBCL/YSR has 2 components: Internalising score which sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores; externalising score which sums rule-breaking and aggressive behaviour. The total problems score is the sum of the scores of all the problem items. The YSR is a child self-report version of the CBCL.

[4] A repeated measures ANOVA (analysis of variance) was used.

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Joseph T, Ting J, Butler G. (2019) <u>The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort.</u> Journal of pediatric endocrinology & metabolism 32(10): 1077-1081 | Adolescents (12 to 14 years) with gender dysphoria (no diagnostic criteria described), n=70, including 31 transfemales and 39 transmales. | Treatment with a GnRH analogue for at least 1 year or ongoing until they reached 16 years. No specific treatment, dose or route of | **Critical outcomes** No critical outcomes assessed.<br><br>**Important outcomes** ***Bone density: lumbar[1]*** **Lumbar spine bone mineral apparent density (BMAD)[2] 0 to 1 year** Transfemales (mean [$\pm$SD]): | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies.<br><br>**Domain 1: Selection** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| United Kingdom<br><br>Retrospective longitudinal observational single centre study<br><br>To investigate whether there is any significant loss of bone mineral density (BMD) and bone mineral apparent density (BMAD) for up to 3 years of GnRH analogues. To investigate whether there was a significant drop after 1 year of treatment following abrupt withdrawal.<br><br>2011 to 2016 | All had been seen and assessed by a Gender Identity Development Service multi-disciplinary psychosocial health team for at least 4 assessments over a minimum of 6 months. All participants had entered puberty and all but 2 of the transmales were postmenarchal.<br><br>57% of the transfemales were in early puberty (G2–3 and testicular volume >4 mL) and 43% were in late puberty (G4–5).<br><br>Details of the sampling frame were not reported.<br><br>Further details of how the sample was drawn are not reported. | administration reported.<br><br>No concomitant treatments were reported.<br><br>No comparator. | 0.235 (0.030) g/cm3 at baseline, 0.233 g/cm3 (0.029) at 1 year (p=0.459); z-score 0.859 (0.154) at baseline, −0.228 (1.027) at 1 year (p=0.000)<br>Transmales (mean [±SD]):<br>0.196 (0.035) g/cm3 at baseline, 0.201 (0.033) g/cm3 at 1 year (p=0.074); z-score −0.186 (1.230) at baseline, −0.541 (1.396) at 1 year (p=0.006)<br>**Lumbar spine BMAD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.240 (0.027) g/cm3 at baseline, 0.240 (0.030) g/cm3 at 2 years (p=0.865); z-score 0.486 (0.809) at baseline, −0.279 (0.930) at 2 years (p=0.000)<br>Transmales (mean [±SD]):<br>0.195 (0.058) g/cm3 at baseline, 0.198 (0.055) g/cm3 at 2 years (p=0.433); z-score −0.361 (1.439) at baseline, −0.913 (1.318) at 2 years (p=0.001)<br>**Lumbar spine bone mineral density (BMD) 0 to 1 year**<br>Transfemales (mean [±SD]):<br>0.860 (0.154) kg/m2 at baseline, 0.859 (0.129) kg/m2 at 1 year (p=0.962); z-score −0.016 (1.106) at baseline, −0.461 (1.121) at 1 year (p=0.003)<br>Transmales (mean [±SD]):<br>0.694 (0.149) kg/m2 at baseline, 0.718 (0.124) kg/m2 at 1 year (p=0.006); z-score −0.395 (1.428) at baseline, −1.276 (1.410) at 1 year (p=0.000)<br>**Lumbar spine BMD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.867 (0.141) kg/m2 at baseline, 0.878 (0.130) kg/m2 at 2 years (p=0.395); z-score 0.130 (0.972) at baseline, −0.890 (1.075) at 2 years (p=0.000)<br>Transmales (mean [±SD]): | 1. Somewhat representative of children and adolescents who have gender dysphoria<br><br>2. Not applicable<br><br>3. Via routine clinical records<br><br>4. No<br>**Domain 2: Comparability**<br>1. No control group<br>**Domain 3: Outcome**<br>1. Via routine clinical records<br>2. Yes<br>3. No statement<br><br>**Overall quality is assessed as poor**.<br><br>Other comments: although the evidence is of poor quality, the results suggest a possible association between GnRH analogues and BMAD. However, the results are not reliable and could be due to bias or chance. Further details of how the sample was drawn are not reported. No concomitant treatments were reported.<br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 0.695 (0.220) kg/m2 at baseline, 0.731 (0.209) kg/m2 at 2 years (p=0.058); z-score −0.715 (1.406) at baseline, −2.000 (1.384) at 2 years (p=0.000)<br><br>***Bone density: femoral***<br>**Femoral neck (hip) BMD 0 to 1 year**<br>Transfemales (mean [±SD]):<br>0.894 (0.118) kg/m2 at baseline, 0.905 (0.104) kg/m2 at 1 year (p=0.571); z-score 0.157 (0.905) at baseline, −0.340 (0.816) at 1 year (p=0.002)<br>Transmales (mean [±SD]):<br>0.772 (0.137) kg/m2 at baseline, 0.785 (0.120) kg/m2 at 1 year (p=0.797); z-score −0.863 (1.215) at baseline, −1.440 (1.075) at 1 year (p=0.000)<br>**Femoral neck (hip) BMD 0 to 2 years**<br>Transfemales (mean [±SD]):<br>0.920 (0.116) kg/m2 at baseline, 0.910 (0.125) kg/m2 at 2 years (p=0.402); z-score 0.450 (0.781) at baseline, −0.600 (1.059) at 2 years (p=0.002)<br>Transmales (mean [±SD]):<br>0.766 (0.215) kg/m2 at 2 years, 0.773 (0.197) at 2 years (p=0.604); z-score −1.075 (1.145) at baseline, −1.779 (0.816) at 2 years (p=0.001) | |

[1] Lumbar spine (L1-L4) BMD was measured by yearly dual energy X-ray absorptiometry (DXA) scans at baseline (n=70), 1 year (n=70), and 2 years (n=31).
[2] BMAD is a size adjusted value of BMD incorporating body size measurements using UK norms in growing adolescents. Reported as g/cm3 and z-scores. Hip BMAD z-scores were not calculated as there were no available reference ranges.

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Khatchadourian K, Shazhan A, Metzger D. (2014) Clinical management of youth with gender dysphoria in | 27 young people with gender dysphoria who started GnRH analogues (at mean age [±SD] 14.7±1.9 years) out of 84 young | **Intervention**<br>84 young people with gender dysphoria were included. For GnRH analogues no | **Critical Outcomes**<br>No critical outcomes assessed.<br><br>**Important outcomes**<br>***Stopping treatment*** | This study was appraised using the Newcastle-Ottawa tool for cohort studies.<br><br>**Domain 1: Selection** |

| | | | | |
|---|---|---|---|---|
| Vancouver. The Journal of Pediatrics 164 (4): 906-11.<br><br>Canada<br><br>Retrospective observational chart review single centre study | people seen at the unit between 1998 and 2011.<br>Note: the transmale and transfemale subgroups reported in the paper is discrepant, 15 transmales and 11 transfemales (n=26) reported in the outcomes section rather than the n=27 stated in the paper; complete outcome reporting is also incomplete for the transfemale group.<br>Inclusion criteria were at least Tanner stage 2 pubertal development, previous assessment by a mental health professional and a confirmed diagnosis of gender dysphoria (diagnostic criteria not specified). No exclusion criteria are specified. | specific treatment, dose or route of administration reported.<br>**Comparison**<br>No comparator. | The authors report that of 15 transmales taking GnRH analogues:<br>• 14 transitioned to testosterone treatment during the observation period<br>• 7 continued taking GnRH analogues after starting testosterone<br>• 7 discontinued GnRH analogues after a median of 3.0 years (range 0.2 to 9.2 years), of which:<br> ○ 5 discontinued after hysterectomy and salpingo-oophorectomy<br> ○ 1 discontinued after 2.2 years (transitioned to gender-affirming hormone)<br> ○ 1 discontinued after <2 months due to mood and emotional lability<br>The authors report that of 11 transfemales taking GnRH analogues:<br>• 5 received oestrogen treatment during the observation period<br>• 4 continued taking GnRH analogues during oestrogen treatment<br>• 1 discontinued GnRH analogues during oestrogen treatment (no reason reported)<br>• 1 stopped GnRH analogues after a few months due to emotional lability<br>• 1 stopped GnRH analogues before oestrogen treatment (the following year delayed due to heavy smoking)<br>• 1 discontinued GnRH analogues after 13 months due to choosing not to pursue transition<br><br>**Safety**<br>Of the 27 patients treated with GnRH analogues: | 1.  not reported<br>2.  no non-exposed cohort<br>3.  secure record<br>4.  no<br>**Domain 2: Comparability**<br>1.  not applicable<br>**Domain 3: Outcome**<br>1.  record linkage<br>2.  yes<br>3.  in complete missing data<br><br>**Overall quality is assessed as poor.**<br><br>Other comments: mental health comorbidity was reported for all participants but not for the GnRH analogue cohort separately. Concomitant use of other medicines was not reported.<br><br>Source of funding: No source of funding identified. |

| | | | 1 transmale participant developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated. <br> • 1 transmale participant developed leg pains and headaches on GnRH analogues, which eventually resolved without treatment. <br> • 1 participant gained 19 kg within 9 months of initiating GnRH analogues, although their body mass index was >85 percentile before GnRH analogues. | |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of clinical endocrinology and metabolism 100(2): e270-5 <br><br> Netherlands <br><br> Retrospective longitudinal observational single centre study <br><br> To assess BMD development during GnRH analogues and at age 22 years in adolescents with gender dysphoria who started treatment for gender dysphoria during adolescence. | 34 adolescents (mean age ±SD 14.9±1.9 for transfemales and 15.0±2.0 for transmales at start of GnRH analogues). Participants were included if they met DSM-IV-TR criteria for gender identity disorder of adolescence and had been treated with GnRH analogues and gender-affirming hormones during their pubertal years. No concomitant treatments were reported. | The intervention was GnRH analogue monotherapy (triptorelin pamoate 3.75 mg subcutaneously every 4 weeks) followed by gender-affirming hormones from 16 years with discontinuation of GnRH analogue after gonadectomy. <br><br> Median duration of GnRH analogue monotherapy in transfemales was 1.3 years (range, 0.5 to 3.8 years), and in transmales was 1.5 years | **Critical outcomes** <br> No critical outcomes assessed. <br><br> **Important outcomes** <br> *Bone density: lumbar* <br> **Lumbar spine bone mineral apparent density (BMAD)[1]** <br> Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]): GnRH analogue: 0.22 (0.03) g/cm3, gender-affirming hormones: 0.22 (0.02) g/cm3 (NS); z-score GnRH analogue: −0.44 (1.10), gender-affirming hormones: −0.90 (0.80) (p=NS) <br> Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]: GnRH analogue: 0.25 (0.03) g/cm3, gender-affirming hormones: 0.24 (0.02) g/cm3 (NS); | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies. <br><br> **Domain 1: Selection** <br> 1. somewhat representative of children and adolescents who have gender dysphoria <br> 2. not applicable <br> 3. via routine clinical records <br> 4. no <br> **Domain 2: Comparability** <br> 1. no control group <br> **Domain 3: Outcome** <br> 1. via routine clinical records <br> 2. yes <br> 3. follow-up rate variable across timepoints and no description of those lost <br><br> **Overall quality is assessed as poor**. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| 1998 to 2012 | | (range, 0.25 to 5.2 years). | z-score GnRH analogue: 0.28 (0.90), gender-affirming hormones: −0.50 (0.81) (p=0.004)<br>**Lumbar spine bone mineral density (BMD)[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]):<br>GnRH analogue: 0.84 (0.13) g/m2, gender-affirming hormones: 0.84 (0.11) g/m2 (NS);<br>z-score GnRH analogue: −0.77 (0.89), gender-affirming hormones: −1.01 (0.98) (NS)<br>Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]):<br>GnRH analogue: 0.95 (0.12) g/m2, gender-affirming hormones: 0.91 (0.10) g/m2  (p=0.006);<br>z-score GnRH analogue: 0.17 (1.18), gender-affirming hormones: −0.72 (0.99) (p<0.001)<br><br>***Bone density; femoral***<br>**Femoral area BMAD[1]**<br>Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]),<br>GnRH analogue: 0.28 (0.04) g/cm3, gender-affirming hormones: 0.26 (0.04) g/cm3 (NS);<br>z-score GnRH analogue: −0.93 (1.22), gender-affirming hormones: −1.57 (1.74) (p=NS)<br>Change from starting GnRH analogue | Other comments: Within person comparison. Small numbers of participants in each subgroup. No concomitant treatments or comorbidities were reported.<br><br>Source of funding: None disclosed |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]), GnRH analogue: 0.32 (0.04) g/cm3, gender-affirming hormones: 0.31 (0.04) (NS); z-score GnRH analogue: 0.01 (0.70), gender-affirming hormones: −0.28 (0.74) (NS) **Femoral area BMD[1]** Change from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales (mean [±SD]), GnRH analogue: 0.88 (0.12) g/m2, gender-affirming hormones: 0.87 (0.08) (NS); z-score GnRH analogue: −0.66 (0.77), gender-affirming hormones: −0.95 (0.63) (NS) Change from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales (mean [±SD]), GnRH analogue: 0.92 (0.10) g/m2, gender-affirming hormones: 0.88 (0.09) (p=0.005); z-score GnRH analogue: 0.36 (0.88), gender-affirming hormones: −0.35 (0.79) (p=0.001) | |

[1] BMD and BMAD of the lumbar spine and femoral region (nondominant side) measured by DXA scans at start of GnRH analogues, (n=32), start of gender-affirming hormones (n=34), and at 22 years (n=34).

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Schagen SEE, Cohen-Kettenis PT, Delemarre-van de Waal HA et al. (2016) | Adolescents with gender dysphoria (n=116), median age (range) 13.6 years (11.6 to 17.9) in transfemales and 14.2 years (11.1 to | GnRH analogue monotherapy (triptorelin pamoate 3.75 mg at 0, 2 and 4 | **Critical outcomes** No critical outcomes assessed. **Important outcomes** | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. The journal of sexual medicine 13(7): 1125-32 <br><br>Netherlands <br><br>Prospective longitudinal study <br><br>To describe the changes in Tanner stage, testicular volume, gonadotropins, and sex steroids during GnRH analogues of adolescents with gender dysphoria to evaluate the efficacy. To report on liver enzymes, renal function and changes in body composition. <br><br>1998 to 2009 | 18.6) in transmales during first year of GnRH analogues. Participants were included if they met DSM-IV-TR criteria for gender dysphoria, had lifelong extreme gender dysphoria, were psychologically stable and were living in a supportive environment. No concomitant treatments were reported. | weeks followed by injections every 4 weeks, route of administration not described) for at least 3 months. | ***Other safety outcomes: liver function*** <br>Glutamyl transferase was not elevated at baseline or during treatment in any subject. Mild elevations of aspartate aminotransferase (AST) and alanine aminotransferase (ALT) above the reference range were present at baseline but were not more prevalent during treatment than at baseline. Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of treatment. No values or statistical analyses were reported. <br><br>***Other safety outcomes: kidney function*** <br>**Change in serum creatinine between 0 and 1 year** <br>Transfemales (mean [±SD]): 70 (12) micromol/l at baseline, 66 (13) micromol/l at 1 year (p=0.20) <br><br>Transmales (mean [±SD]): 73 (8) micromol/l at baseline, 68 (13) micromol/l at 1 year (p=0.01) | **Domain 1: Selection** <br>1. somewhat representative of children and adolescents who have gender dysphoria <br>2. not applicable <br>3. via routine clinical records <br>4. no <br>**Domain 2: Comparability** <br>1. no control group <br>**Domain 3: Outcome** <br>1. via routine clinical records <br>2. yes <br>3. no statement <br><br>**Overall quality is assessed as poor**. <br><br>Other comments: Within person comparison. No concomitant treatments or comorbidities were reported. <br><br>Source of funding: Ferring pharmaceuticals (triptorelin manufacturer) |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Staphorsius A, Baudewijntje P, Kreukels P, et al. (2015) Puberty suppression and executive functioning: an fMRI-study | The inclusion criteria were diagnosed with Gender Identity Disorder according to the DSM-IV-TR and at least 12 years old and Tanner stage of at least B2 or G2 to G3 with | **Intervention** <br>GnRH analogues (triptorelin pamoate 3.75 mg every 4 weeks | **Critical Outcomes** <br>No critical outcomes assessed. <br><br>**Important outcomes** <br>***Psychosocial impact*** | This study was appraised using the Newcastle-Ottawa tool for cohort studies. <br><br>**Domain 1: Selection domain** |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| in adolescents with gender dysphoria. Psychoneuroendocrinology 565:190-9. Netherlands Cross-sectional (single time point) assessment single centre study | measurable oestradiol and testosterone levels in girls and boys, respectively. For all group's exclusion criteria were an insufficient command of the Dutch language (how assessed not reported), unadjusted endocrine disorders, neurological or psychiatric disorders that could lead to deviant test results (details not reported) use of psychotropic medication, and contraindications for an MRI scan. Additionally, adolescents receiving puberty delaying medication or any form of hormones besides oral contraceptives were excluded as controls. The sample size was 85 of whom 41 were adolescents (the numbers are discrepant with the number for whom outcomes are reported n=40) with gender dysphoria (20 of whom were being treated with GnRH analogues); 24 girls and 21 boys without gender dysphoria acted as controls (not further reported here). Details of the sampling frame are not reported. The ages at which GnRH analogues were started was not reported. The mean duration of treatment was 1.6 years (SD 1.0) Mean (±SD) Tanner stage for each group was reported: • Transfemales 3.9 [±1.1] • Transfemales on GnRH analogues 4.1 [±1.0] | subcutaneously or intramuscularly). **Comparison** The comparison was between adolescents with gender dysphoria receiving GnRH analogues and those without GnRH analogues. | The Child Behaviour Checklist (CBCL) was used to assess psychosocial impact. The CBCL was administered once during the study. The reported outcomes for each group were (n, mean [±SD]): • Transfemales (all, n=18) 57.8 [±9.2] • Transfemales on GnRH analogues (n=8) 57.4 [±9.8] • Transfemales without GnRH analogues (n=10) 58.2 [±9.3] • Transmales (all, n=22) 60.4 [±10.2] • Transmales on GnRH analogues (n=12) 57.5 [±9.4] • Transmales without GnRH analogues (n=10) 63.9 [±10.5] The analysis of the CBCL data is not discussed, and statistical analysis is unclear. ***Cognitive development or functioning IQ[1]*** • Transfemales (mean [±SD]) on GnRH analogues: 94.0 (10.3) • Transfemales (mean [±SD]) without GnRH analogues: 109.4 (21.2) • Transmales (mean [±SD]) on GnRH analogues: 95.8 (15.6) • Transmales (mean [±SD]) without GnRH analogues: 98.5 (15.9) **Reaction time[2]** • Transfemales (mean [±SD]) on GnRH analogues: 10.9 (4.1) • Transfemales (mean [±SD]) without GnRH analogues: 9.9 (3.1) | 1. somewhat representative of children and adolescents who have gender dysphoria 2. drawn from the same community as the exposed cohort 3. via routine clinical records 4. no **Domain 2: Comparability** 1. study controls for age and diagnosis **Domain 3: Outcome** 1. via clinical assessment 2. yes 3. unclear **Overall quality is assessed as poor.** Other comments: Physical and psychological comorbidity was not reported, concomitant use of other medicines was not reported. Source of funding: This work was supported by an educational grant from the pharmaceutical firm Ferring BV, and by a VICI grant (453-08-003) from the Dutch Science Foundation. The authors state that funding sources did not play a role in any component of this study. |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | • Transfemales without GnRH analogues 3.8 [±1.1]<br>• Transmales 4.5 [±0.9]<br>• Transmales on GnRH analogues 4.1 [±1.1]<br>Transmales without GnRH analogues 4.9 [±0.3] | | • Transmales (mean [±SD]) on GnRH analogues: 9.9 (3.1)<br>• Transmales (mean [±SD]) without GnRH analogues: 10.0 (2.0)<br>**Accuracy[3]**<br>• Transfemales (mean [±SD]) on GnRH analogues: 73.9 (9.1)<br>• Transfemales (mean [±SD]) without GnRH analogues: 83.4 (9.5)<br>• Transmales (mean [±SD]) on GnRH analogues: 85.7 (10.5)<br>• Transmales (mean [±SD]) without GnRH analogues: 88.8 (9.7) | |

[1] Estimated with 4 subscales (arithmetic, vocabulary, picture arrangement, and block design) of the Wechsler Intelligence Scale for Children, third edition (WISC-III®, Wechsler 1991) or the Wechsler Adult Intelligence Scale, third edition (WAIS-III®, Wechsler 1997), depending on the participant's age.
[2] Reaction time in seconds in the Tower of London task
[3] Percentage of correct trials in the Tower of London task

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| Vlot, Mariska C, Klink, Daniel T, den Heijer, Martin et al. (2017) <u>Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents</u>. Bone 95: 11-19<br><br>Netherlands<br><br>Retrospective observational data analysis study | Adolescents with gender dysphoria, n=70.<br>Median age (range) 15.1 years (11.7 to 18.6) for transmales and 13.5 years (11.5 to 18.3) for transfemales at start of GnRH analogues.<br>Participants were included if they had a diagnosis of gender dysphoria according to DSM-IV-TR criteria who were treated with GnRH analogues and then gender-affirming hormones. No concomitant treatments were reported.<br>The study categorised | GnRH analogues (triptorelin pamoate 3.75 mg every 4 weeks subcutaneously). | **Critical outcomes**<br>No critical outcomes reported<br><br>**Important outcomes**<br>*Bone density: lumbar*<br>**Lumbar spine bone mineral apparent density (BMAD)**<br>Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years; median [range]), GnRH analogue: 0.21 (0.17 to 0.25) g/cm3, gender-affirming hormones: 0.20 (0.18 to 0.24) g/cm3 (NS); z-score GnRH analogue: −0.20 (−1.82 to 1.18), gender-affirming hormones: −1.52 (−2.36 to 0.42) (p=0.001) | This study was appraised using the Newcastle-Ottawa quality assessment checklist for cohort studies.<br><br>**Domain 1: Selection**<br>1. Somewhat representative of children and adolescents who have gender dysphoria<br>2. Not applicable<br>3. Via routine clinical records<br>4. No<br>**Domain 2: Comparability**<br>1. No control group<br>**Domain 3: Outcome**<br>1. Via routine clinical records<br>2. Yes |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| To investigate the course of 3 bone turnover markers in relation to bonemineral density, in adolescents with gender dysphoria during GnRH analogue and gender-affirming hormones.<br><br>2001 to 2011 | participants into a young and old pubertal group, based on their bone age. The young transmales had a bone age of <14 years and the old transmales had a bone age of ≥14 years. The young transfemales group had a bone age of <15 years and the old transfemales group ≥15 years. | | Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15; median [range]), GnRH analogue: 0.22 (0.18 to 0.25) g/cm3, gender-affirming hormones: 0.22 (0.19 to 0.24) g/cm3 (NS); z-score GnRH analogue: −1.18 (−1.78 to 1.09), gender-affirming hormones: −1.15 (−2.21 to 0.08) (p≤0.1)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <15 years; median [range]), GnRH analogue: 0.23 (0.20 to 0.29) g/cm3, gender-affirming hormones: 0.23 (0.19 to 0.28) g/cm3 (NS); z-score GnRH analogue: −0.05 (−0.78 to 2.94), gender-affirming hormones: −0.84 (−2.20 to 0.87) (p=0.003)<br>Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥15; median [range]), GnRH analogue: 0.26 (0.21 to 0.29) g/cm3, gender-affirming hormones: 0.24 (0.20 to 0.28) g/cm3 (p≤0.01); z-score GnRH analogue: 0.27 (−1.60 to 1.80), gender-affirming hormones: −0.29 (−2.28 to 0.90) (p≤ 0.0001)<br><br>***Bone density; femoral***<br>**Femoral neck BMAD**<br>Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years; median [range]), GnRH analogue: 0.29 (0.20 to 0.33) g/cm3, gender-affirming hormones: 0.27 (0.20 to 0.33) g/cm3 (p≤0.1); z-score GnRH analogue: −0.71 (−3.35 to | 3. Follow-up rate variable across outcomes and no description of those lost<br><br>**Overall quality is assessed as poor**.<br><br>Other comments: Within person comparison. No concomitant treatments were reported.<br><br>Source of funding: grant from Abbott diagnostics |

| Study details | Population | Interventions | Study outcomes | Appraisal and Funding |
|---|---|---|---|---|
| | | | 0.37), gender-affirming hormones: −1.32 (−3.39 to 0.21) (p≤0.1) <br> Change from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15; median [range]), GnRH analogue: 0.30 (0.26 to 0.36) g/cm3, gender-affirming hormones: 0.30 (0.26 to 0.34) g/cm3 (NS); <br> z-score GnRH analogue: −0.44 (−1.37 to 0.93), gender-affirming hormones: −0.36 (−1.50 to 0.46) (NS) <br> Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <15 years; median [range]), <br> GnRH analogue: 0.31 (0.26 to 0.36) g/cm3, gender-affirming hormones: 0.30 (0.22 to 0.35) g/cm3 (NS); <br> z-score GnRH analogue: −0.01 (−1.30 to 0.91), gender-affirming hormones: −0.37 (−2.28 to 0.47) (NS) <br> Change from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥15; median [range]), GnRH analogue: 0.33 (0.25 to 0.39) g/cm3, gender-affirming hormones: 0.30 (0.23 to 0.41) g/cm3 (p≤0.01); <br> z-score GnRH analogue: 0.27 (−1.39 to 1.32), gender-affirming hormones: −0.27 (−1.91 to 1.29) (p=0.002) | |

## Appendix F Quality appraisal checklists

### *Newcastle-Ottawa tool for cohort studies*

| Question | |
|---|---|
| Domain: Selection | |
| 1. Representativeness of the exposed cohort | Truly representative of the average [describe] in the community |
| | Somewhat representative of the average [describe] in the community |
| | Selected group of users e.g. nurses, volunteers |
| | No description of the derivation of the cohort |
| 2. Selection of the non-exposed cohort | Drawn from the same community as the exposed cohort |
| | Drawn from a different source |
| | No description of the derivation of the non-exposed cohort |
| 3. Ascertainment of exposure | Secure record (e.g. surgical records) |
| | Structured interview |
| | Written self-report |
| | No description |
| 4. Demonstration that outcome of interest was not present at start of study | Yes / No |
| Domain: Comparability | |
| 1. Comparability of cohorts on the basis of the design or analysis | Study controls for [select most important factor] |
| | Study controls for any additional factor [this criteria could be modified to indicate specific control for a second important factor] |
| Domain: Outcome | |
| 1. Assessment of outcome | Independent blind assessment |
| | Record linkage |
| | Self-report |
| | No description |
| 2. Was follow-up long enough for outcomes to occur | Yes [select and adequate follow up period for outcome of interest] |
| | No |
| 3. Adequacy of follow up of cohorts | Complete follow up (all subjects accounted for) |
| | Subjects lost to follow up unlikely to introduce bias (small number lost to follow up [select an adequate %] follow up or description provided of those lost) |
| | Follow up rate [select an adequate %] and no description of those lost |
| | No statement |

98

Appendix G Grade profiles

**Table 2: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – gender dysphoria**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on gender dysphoria* | | | | | | | | | |
| *Mean±SD Utrecht Gender Dysphoria Scale[1] (version(s) not reported), time point at baseline (before GnRH analogues) versus follow-up (before gender-affirming hormones, higher scores indicate more gender dysphoria)* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 53.20±7.91 GnRH analogue: 53.9±17.42 *P*=0.333 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the gender dysphoria.*
*2 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

**Table 3: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – mental health**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on mental health* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **_Mean±SD Beck Depression Inventory-II, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones). (Lower scores indicate benefit)_** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 8.31±7.12 GnRH analogue: 4.95±6.72 _P_=0.004 | Critical | VERY LOW |
| **_Mean±SD Trait Anger (TPI), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)_** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 18.29±5.54 GnRH analogue: 17.88±5.24 _P_=0.503 | Critical | VERY LOW |
| **_Mean±SD Trait Anxiety (STAI), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)_** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 39.43±10.07 GnRH analogue: 37.95±9.38 _P_=0.276 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; _P_, P-value; SD, Standard deviation.

1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).

**Table 4: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – body image**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| *Impact on body image* | | | | | | | | | |
| *Mean±SD Body Image Scale (primary sexual characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 4.10±0.56 GnRH analogue: 3.98±0.71 *P*=0.145 | Important | VERY LOW |
| *Mean±SD Body Image Scale (secondary sexual characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 2.74±0.65 GnRH analogue: 2.82±0.68 *P*=0.569 | Important | VERY LOW |
| *Mean±SD Body Image Scale (neutral characteristics), time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit)* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=57 | None | Baseline: 2.41±0.63 GnRH analogue: 2.47±0.56 *P*=0.620 | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

*1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*

**Table 5: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – psychosocial impact**

| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | QUALITY | | | | Summary of findings | | | | |
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| **Psychosocial impact** | | | | | | | | | |
| **Mean [±SD] Children's Global Assessment Scale score, at baseline, higher scores indicate benefit)** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=101 58.72 [±11.38] | n=100 56.63 [±13.14] | P=0.23 | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, at 6 months[2] (higher scores indicate benefit).** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=101 60.89 [±12.17] | n=100 60.29 [±12.81] | P=0.73 | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, at 12 months[3] (higher scores indicate benefit).** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=60 64.70 [±13.34] | n=61 62.97 [±14.10] | P=0.49 | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, at 18 months[4] (higher scores indicate benefit).** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | n=35 67.40 [±13.93] | n=36 62.53 [±13.54] | P=0.14 | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, participants at 6 months compared to baseline (higher scores indicate benefit).** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=101 | None | Baseline: 58.72±11.38 6 months: 60.89±12.17 P=0.19 | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, participants at 12 months compared to baseline (higher scores indicate benefit).** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=60 | None | Baseline: 58.72±11.38 12 months: 64.70±13.34 $P$=0.003 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to baseline (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=35 | None | Baseline: 58.72±11.38 18 months: 67.40±13.93 $P$<0.001 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, participants at 12 months compared to 6 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=60 | None | 6 months: 60.89±12.17 12 months: 64.70±13.34 $P$=0.07 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to 6 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=101 N=35 | None | 6 months: 60.89±12.17 18 months: 67.40±13.93 $P$<0.001 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, participants at 18 months compared to 12 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=60 N=35 | None | 12 months: 64.70±13.34 18 months: 67.40±13.93 $P$=0.35 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 6 months[2] compared to baseline (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=201 | None | Baseline: 57.73±12.27 6 months: 60.68±12.47 $P$<0.001 | Important | VERY LOW |
| *Mean [±SD] Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 12 months[3] compared to baseline (higher scores indicate benefit).* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=121 | None | Baseline: 57.73±12.27 12 months: 63.31±14.41 *P*<0.001 | Important | VERY LOW |
| *Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months[4] compared to baseline (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=71 | None | Baseline: 57.73±12.27 18 months: 64.93±13.85 *P*<0.001 | Important | VERY LOW |
| *Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 12 months compared to 6 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=121 | None | 6 months: 60.68±12.47 12 months: 63.31±14.41 *P*<0.08 | Important | VERY LOW |
| *Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months compared to 6 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=201 N=71 | None | 6 months: 60.68±12.47 18 months: 64.93±13.85 *P*<0.02 | Important | VERY LOW |
| *Mean±SD Children's Global Assessment Scale score, in all participants (including those not treated with GnRH analogues) at 18 months compared to 12 months (higher scores indicate benefit).* | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[1] | No serious indirectness | No serious inconsistency | Not calculable | N=121 N=71 | None | 12 months: 63.31±14.41 18 months: 64.93±13.85 *P*<0.45 | Important | VERY LOW |
| *Mean±SD Children's Global Assessment Scale score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, higher scores indicate benefit).* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=41 | None | Baseline: 70.24±10.12 GnRH analogue: 73.90±9.63 P=0.005 | Important | VERY LOW |
| *Mean±SD Child Behaviour Checklist (total T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 60.70±12.76 GnRH analogue: 54.46±11.23 P<0.001 | Important | VERY LOW |
| *Mean±SD Child Behaviour Checklist (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 61.00±12.21 GnRH analogue: 52.1±9.81 P<0.001 | Important | VERY LOW |
| *Mean±SD Child Behaviour Checklist (externalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 58.04±12.99 GnRH analogue: 53.81±11.86 P=0.001 | Important | VERY LOW |
| *Proportion of adolescents scoring in the clinical range Child Behaviour Checklist total problem scale, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 44.4% GnRH analogue: 22,2% P=0.001 | Important | VERY LOW |
| *Mean±SD Youth Self-Report (total T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormone, lower scores indicate benefit).* | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 55.46±11.56 GnRH analogue: 50.00±10.56 P<0.001 | Important | VERY LOW |
| **Mean±SD Youth Self-Report (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 56.04±12.49 GnRH analogue: 49.78±11.63 P<0.001 | Important | VERY LOW |
| **Mean±SD Youth Self-Report (externalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 53.30±11.87 GnRH analogue: 49.98±9.35 P=0.009 | Important | VERY LOW |
| **Proportion of adolescents scoring in the clinical range Youth Self-Report (internalising T) score, time point at baseline (before GnRH analogues) versus follow-up (just before gender-affirming hormones, lower scores indicate benefit).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[5] | No serious indirectness | Not applicable | Not calculable | N=54 | None | Baseline: 29.6% GnRH analogue: 11.1% P=0.017 | Important | VERY LOW |
| **Mean±SD Child Behaviour Checklist score, transfemales (lower scores indicate benefit** | | | | | | | | | |
| 1 cross-sectional study Staphorsius et al 2015 | Serious limitations[6] | No serious indirectness | Not applicable | Not calculable | N=8 | N=10 | GnRH analogue: 57.4 [±9.8] No GnRH analogue: 58.2 [±9.3] | Important | VERY LOW |
| **Mean±SD Child Behaviour Checklist score, transmales (lower scores indicate benefit)** | | | | | | | | | |
| 1 cross-sectional study | Serious limitations[6] | No serious indirectness | Not applicable | Not calculable | N=12 | N=10 | GnRH analogues: 57.5 [±9.4] No GnRH analogue: 63.9 [±10.5] | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Staphorsius et al 2015 | | | | | | | | | |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; *P*, P-value; SD, Standard deviation.

1 Downgraded 1 level - the cohort study by Costa et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).

2 6 months from baseline (after 6 months of psychological support – both groups).

3 12 months from baseline (delayed eligible gender dysphoria [GD] adolescents, after 12 months of psychological support; immediately eligible GD adolescents, after 12 months of psychological support + 6 months of puberty suppression).

4 18 months from baseline (delayed eligible gender dysphoria [GD] adolescents, after 12 months of psychological support; immediately eligible GD adolescents, after 12 months of psychological support + 6 months of puberty suppression).

5 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).

6 Downgraded 1 level - the cohort study by Staphorsius et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no randomisation).

## Table 6: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – engagement with healthcare services

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Engagement with healthcare services** | | | | | | | | | |
| **Number (proportion) failing to engage with health care services (did not attend clinic), at (up to) 9 years follow-up** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 9/214 (4.2%) | None | 9 adolescents out of 214 failed to attend clinic and were excluded from the study (4.2%) | Important | VERY LOW |
| **Loss to follow-up** | | | | | | | | | |
| 1 cohort study | Serious limitations[2] | No serious indirectness | Not applicable | | 201 | None | The sample size at baseline and 6 months was 201, which dropped by 39.8% to 121 after | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Costa et al 2015 | | | | Not calculable | | | 12 months and by 64.7% to 71 at 18 months follow-up. No explanation of the reasons for loss to follow-up are reported. | | |

**Abbreviations:** GnRH, gonadotrophin releasing hormone.

1 Downgraded 1 level - the cohort study by Brik et al. (2018) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).

2 Downgraded 1 level - the cohort study by Costa et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).

**Table 7: Question 1. For children and adolescents with gender dysphoria, what is the clinical effectiveness of treatment with GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – stopping treatment**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Stopping treatment** | | | | | | | | | |
| **Number (proportion) stopping GnRH analogues, at (up to) 9 years follow-up** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 9/143 (6.2%) | None | 9/143 adolescents stopped GnRH analogues (6.2%)[2] | Important | VERY LOW |
| **Number (proportion) stopping from GnRH analogues, at (up to) 13 years follow-up** | | | | | | | | | |
| 1 cohort study Khatchadourian et al 2014 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | 11/27 (42%) | None | 11/26 stopped GnRH analogues (42%)[4] | Important | VERY LOW |
| **Number (proportion) stopping GnRH analogues but who wished to continue endocrine treatment, at (up to) 9 years follow-up** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 4/143 (2.8%) | None | 4/143 adolescents stopped GnRH analogues but wished to continue treatment (2.8%) | Important | VERY LOW |
| **Number (proportion) stopping GnRH analogues who no longer wished gender-affirming treatment, at (up to) 9 years follow-up** | | | | | | | | | |
| 1 cohort study Brik et al 2018 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 5/143 (3.5%) | None | 5/143 adolescents stopped GnRH analogues and no longer wished to continue gender-affirming treatment (3.5%) | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone.

1 Downgraded 1 level - the cohort study by Brik et al. (2018) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).
2 Median duration of 0.8 years (range 0.1 to 3.0). Five adolescents stopped treatment because they no longer wished to receive gender-affirming treatment for various reasons. In 4 adolescents (all transmales), although they wanted to continue treatments for gender dysphoria, GnRH analogues were stopped mainly because of adverse effects (such as mood and emotional lability).
3 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up).
4 Because of transitioning to gender-affirming hormones or gender-affirming surgery, adverse effects (such as mood and emotional lability) or no longer wishing to pursue transition.

**Table 8. Question 2. For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – bone density**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Bone density: change in lumbar BMAD** | | | | | | | | | |
| **Change in lumbar spine BMAD from baseline to 1 year in transfemales** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|--|--|--|--|---------------------|--|--|------------|-----------|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), g/cm$^3$ Baseline: 0.235 (0.030) 1 year: 0.233 (0.029) p=0.459<br><br>z-score Baseline: 0.859 (0.154) 1 year: −0.228 (1.027) p=0.000 | IMPORTANT | VERY LOW |
| **Change in lumbar spine BMAD from baseline to 1 year in transmales** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), g/cm$^3$ Baseline: 0.196 (0.035) 1 year: 0.201 (0.033) p=0.074<br><br>z-score Baseline: −0.186 (1.230) 1 year: −0.541 (1.396) p=0.006 | IMPORTANT | VERY LOW |
| **Change in lumbar spine BMAD from baseline to 2 years in transfemales** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), g/cm$^3$ Baseline: 0.240 (0.027) 2 years: 0.240 (0.030) p=0.865<br><br>z-score Baseline: 0.486 (0.809) 2 years: −0.279 (0.930) p=0.000 | IMPORTANT | VERY LOW |
| **Change in lumbar spine BMAD from baseline to 2 years in transmales** | | | | | | | | | |
| 1 observational study | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), g/cm$^3$ Baseline: 0.195 (0.058) 2 years: 0.198 (0.055) p=0.433 | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Joseph et al. (2019) | | | | | | | z-score<br>Baseline: −0.361 (1.439)<br>2 years: −0.913 (1.318)<br>p=0.001 | | |
| *Change in lumbar BMAD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales* | | | | | | | | | |
| 1 observatio nal study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=11<br><br>N=12 | None | Mean (SD), g/cm$^3$<br>GnRH analogue: 0.22 (0.03)<br>Gender-affirming hormones: 0.22 (0.02)<br>NS<br><br>z-score<br>GnRH analogue: −0.44 (1.10)<br>Gender-affirming hormones: −0.90 (0.80)<br>p-value: NS | IMPORTANT | VERY LOW |
| *Change in lumbar BMAD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales* | | | | | | | | | |
| 1 observatio nal study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18 | None | Mean (SD), g/cm$^3$<br>GnRH analogue: 0.25 (0.03)<br>Gender-affirming hormones: 0.24 (0.02)<br>NS<br><br>z-score<br>GnRH analogue: 0.28 (0.90)<br>Gender-affirming hormones: −0.50 (0.81)<br>p-value: 0.004 | IMPORTANT | VERY LOW |
| *Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of <15 years)* | | | | | | | | | |
| 1 observatio nal study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=15 | None | Median (range), g/cm$^3$<br>GnRH analogue: 0.21 (0.17 to 0.25)<br>Gender-affirming hormones: 0.20 (0.18 to 0.24) | IMPORTANT | VERY LOW |

111

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | NS<br><br>z-score<br>GnRH analogue: −0.20 (−1.82 to 1.18)<br>Gender-affirming hormones: −1.52 (−2.36 to 0.42)<br>p-value: <0.01 | | |
| **Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15)** | | | | | | | | | |
| 1 observatio nal study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=5 | None | Median (range), g/cm$^3$<br>GnRH analogue: 0.22 (0.18 to 0.25)<br>Gender-affirming hormones: 0.22 (0.19 to 0.24)<br>NS<br><br>z-score<br>GnRH analogue: −1.18 (−1.78 to 1.09)<br>Gender-affirming hormones: −1.15 (−2.21 to 0.08)<br>p-value: p≤0.1 | IMPORTANT | VERY LOW |
| **Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <14 years)** | | | | | | | | | |
| 1 observatio nal study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=11 | None | Median (range), g/cm$^3$<br>GnRH analogue: 0.23 (0.20 to 0.29)<br>Gender-affirming hormones: 0.23 (0.19 to 0.28)<br>NS<br><br>z-score<br>GnRH analogue: −0.05 (−0.78 to 2.94)<br>Gender-affirming hormones: −0.84 (−2.20 to 0.87)<br>p-value: ≤0.01 | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Change in lumbar BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥14)** | | | | | | | | | |
| 1 observatio nal study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/cm3 GnRH analogue: 0.26 (0.21 to 0.29) Gender-affirming hormones: 0.24 (0.20 to 0.28) p≤0.01  z-score GnRH analogue: 0.27 (−1.60 to 1.80) Gender-affirming hormones: −0.29 (−2.28 to 0.90) p-value: p ≤ 0.01 | IMPORTANT | VERY LOW |
| **Bone density: change in lumbar BMD** | | | | | | | | | |
| **Change in lumbar spine BMD from baseline to 1 year in transfemales** | | | | | | | | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), kg/m2 Baseline: 0.860 (0.154) 1 year: 0.859 (0.129) p=0.962  z-score Baseline: −0.016 (1.106) 1 year: −0.461 (1.121) p=0.003 | IMPORTANT | VERY LOW |
| **Change in lumbar spine BMD from baseline to 1 year in transmales** | | | | | | | | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), kg/m2 Baseline: 0.694 (0.149) 1 year: 0.718 (0.124) p=0.006  z-score Baseline: −0.395 (1.428) 1 year: −1.276 (1.410) p=0.000 | IMPORTANT | VERY LOW |

113

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **_Change in lumbar spine BMD from baseline to 2 years in transfemales_** | | | | | | | | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), kg/m2 Baseline: 0.867 (0.141) 2 years: 0.878 (0.130) p=0.395  z-score Baseline: 0.130 (0.972) 2 years: −0.890 (1.075) p=0.000 | IMPORTANT | VERY LOW |
| **_Change in lumbar spine BMD from baseline to 2 years in transmales_** | | | | | | | | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), kg/m2 Baseline: 0.695 (0.220) 2 years: 0.731 (0.209) p=0.058  z-score Baseline: −0.715 (1.406) 2 years: −2.000 (1.384) p=0.000 | IMPORTANT | VERY LOW |
| **_Change in lumbar BMD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales_** | | | | | | | | | |
| 1 observatio nal study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=12  N=11 | None | Mean (SD), g/m2 GnRH analogue: 0.84 (0.13) Gender-affirming hormones: 0.84 (0.11) NS  z-score GnRH analogue: −0.77 (0.89) Gender-affirming hormones: −1.01 (0.98) NS | IMPORTANT | VERY LOW |
| **_Change in lumbar BMD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales_** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observational study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18 | None | Mean (SD), g/m2 GnRH analogue: 0.95 (0.12) Gender-affirming hormones: 0.91 (0.10) p-value: 0.006  z-score GnRH analogue: 0.17 (1.18) Gender-affirming hormones: −0.72 (0.99) p-value: <0.001 | IMPORTANT | VERY LOW |
| **Bone density: change in femoral neck (hip) BMD** | | | | | | | | | |
| **Change in femoral neck BMD from baseline to 1 year in transfemales** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=31 | None | Mean (SD), kg/m2 Baseline: 0.894 (0.118) 1 year: 0.905 (0.104) p=0.571  z-score Baseline: 0.157 (0.905) 1 year: −0.340 (0.816) p=0.002 | IMPORTANT | VERY LOW |
| **Change from baseline to 1 year in femoral neck BMD in transmales** | | | | | | | | | |
| 1 observational study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=39 | None | Mean (SD), kg/m2 Baseline: 0.772 (0.137) 1 year: 0.785 (0.120) p=0.797  z-score Baseline: −0.863 (1.215) 1 year: −1.440 (1.075) p=0.000 | IMPORTANT | VERY LOW |
| **Change from baseline to 2 years in femoral neck BMD in transfemales** | | | | | | | | | |

115

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Mean (SD), kg/m2<br>Baseline: 0.920 (0.116)<br>2 years: 0.910 (0.125)<br>p=0.402<br><br>z-score<br>Baseline: 0.450 (0.781)<br>2 years: −0.600 (1.059)<br>p=0.002 | IMPORTANT | VERY LOW |
| **Change from baseline to 2 years in femoral neck BMD in transmales** | | | | | | | | | |
| 1 observatio nal study Joseph et al. (2019) | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=21 | None | Mean (SD), kg/m2<br>Baseline: 0.766 (0.215)<br>2 years: 0.773 (0.197)<br>p=0.604<br><br>z-score<br>Baseline: −1.075 (1.145)<br>2 years: −1.779 (0.816)<br>p=0.001 | IMPORTANT | VERY LOW |
| **Bone density: change in femoral neck (hip) BMAD** | | | | | | | | | |
| **Change from starting GnRH analogue to starting gender-affirming hormones in femoral neck BMAD in transfemales (bone age of <15 years)** | | | | | | | | | |
| 1 observatio nal study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=16 | None | Median (range), g/cm3<br>GnRH analogue: 0.29 (0.20 to 0.33)<br>Gender-affirming hormones: 0.27 (0.20 to 0.33)<br>p≤0.1<br><br>z-score<br>GnRH analogue: −0.71 (−3.35 to 0.37)<br>Gender-affirming hormones: −1.32 (−3.39 to 0.21)<br>p≤0.1 | IMPORTANT | VERY LOW |
| **Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transfemales (bone age of ≥15)** | | | | | | | | | |

116

| QUALITY | | | | | Summary of findings | | | | IMPORTANCE | CERTAINTY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=6 | None | Median (range), g/cm3 GnRH analogue: 0.30 (0.26 to 0.36) Gender-affirming hormones: 0.30 (0.26 to 0.34) NS  z-score GnRH analogue: −0.44 (−1.37 to 0.93) Gender-affirming hormones: −0.36 (−1.50 to 0.46) NS | | IMPORTANT | VERY LOW |
| ***Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of <14 years)*** | | | | | | | | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=10 | None | Median (range), g/cm3 GnRH analogue: 0.31 (0.26 to 0.36) Gender-affirming hormones: 0.30 (0.22 to 0.35) NS  z-score GnRH analogue: −0.01 (−1.30 to 0.91) Gender-affirming hormones: −0.37 (−2.28 to 0.47) NS | | IMPORTANT | VERY LOW |
| ***Change in femoral neck BMAD from starting GnRH analogue to starting gender-affirming hormones in transmales (bone age of ≥14)*** | | | | | | | | | | |
| 1 observational study Vlot et al. 2017 | Serious limitations[3] | No serious indirectness | Not applicable | Not calculable | N=23 | None | Median (range), g/cm3 GnRH analogue: 0.33 (0.25 to 0.39) Gender-affirming hormones: 0.30 (0.23 to 0.41) p-value: ≤0.01  z-score | | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|--|--|--|--|---------------------|--|--|------------|----------|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| | | | | | | | GnRH analogue: 0.27 (−1.39 to 1.32) Gender-affirming hormones: −0.27 (−1.91 to 1.29) p-value: ≤0.01 | | |
| **Bone density: change in femoral area BMD** | | | | | | | | | |
| **Change in femoral BMD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales** | | | | | | | | | |
| 1 observational study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=14  N=6 | None | Mean (SD), g/m2 GnRH analogue: 0.88 (0.12) Gender-affirming hormones: 0.87 (0.08) NS  z-score GnRH analogue: −0.66 (0.77) Gender-affirming hormones: −0.95 (0.63) NS | IMPORTANT | VERY LOW |
| **Change in femoral BMD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales** | | | | | | | | | |
| 1 observational study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18  N=13 | None | Mean (SD), g/m2 GnRH analogue: 0.92 (0.10) Gender-affirming hormones: 0.88 (0.09) p-value: 0.005  z-score GnRH analogue: 0.36 (0.88) Gender-affirming hormones: −0.35 (0.79) p-value: 0.001 | IMPORTANT | VERY LOW |
| **Bone density: change in femoral area BMAD** | | | | | | | | | |
| **Change in femoral BMAD from starting GnRH analogue (mean age 14.9±1.9) to starting gender-affirming hormones (mean age 16.6±1.4) in transfemales** | | | | | | | | | |

118

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observatio nal study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=12  N=10 | None | Mean (SD), g/cm3 GnRH analogue: 0.28 (0.04) Gender-affirming hormones: 0.26 (0.04) NS  z-score GnRH analogue: −0.93 (1.22) Gender-affirming hormones: −1.57 (1.74) p-value: NS | IMPORTANT | VERY LOW |
| *Change in femoral BMAD from starting GnRH analogue (mean age 15.0±2.0) to starting gender-affirming hormones (mean age 16.4±2.3) in transmales* | | | | | | | | | |
| 1 observatio nal study Klink et al. 2015 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable | N=18  N=18 | None | Mean (SD), g/cm3 GnRH analogue: 0.32 (0.04) Gender-affirming hormones: 0.31 (0.04) NS  z-score GnRH analogue: 0.01 (0.70) Gender-affirming hormones: −0.28 (0.74) NS | IMPORTANT | VERY LOW |

**Abbreviations:** BMAD, bone mineral apparent density; BMD, bone mineral density; GnRH, gonadotrophin releasing hormone; NS, not significant; SD, standard deviation.

*1 Downgraded 1 level - the cohort study by Joseph et al. (2019) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).*
*2 Downgraded 1 level - the cohort study by Klink et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding, no randomisation, no control group and high number of participants lost to follow-up).*
*3 Downgraded 1 level - the cohort study by Vlot et al. (2017) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control).*

**Table 9 Question 2: For children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – cognitive development or functioning**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Cognitive development or functioning (1 cross-sectional study)** | | | | | | | | | |
| **IQ (4 subscales: arithmetic, vocabulary, picture arrangement, and block design) at a single time point between GnRH analogue treated and untreated transfemales** | | | | | | | | | |
| 1 Cross-sectional study Staphorsiu s et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 94.0 (10.3) | N=10 Mean (SD) 109.4 (21.2) | NR | IMPORTANT | VERY LOW |
| **IQ (4 subscales: arithmetic, vocabulary, picture arrangement, and block design) at a single time point between GnRH analogue treated and untreated transmales** | | | | | | | | | |
| 1 Cross-sectional study Staphorsiu s et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 95.8 (15.6) | N=10 Mean (SD) 98.5 (15.9) | NR | IMPORTANT | VERY LOW |
| **Reaction time at a single time point between GnRH analogue treated and untreated transfemales** | | | | | | | | | |
| 1 Cross-sectional study Staphorsiu s et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 10.9 (4.1) | N=10 Mean (SD) 9.9 (3.1) | NR | IMPORTANT | VERY LOW |
| **Reaction time at a single time point between GnRH analogue treated and untreated transmales** | | | | | | | | | |
| 1 Cross-sectional study | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 9.9 (3.1) | N=10 Mean (SD) 10.0 (2.0) | NR | IMPORTANT | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| Staphorsius et al. 2015 | | | | | | | | | |
| **Accuracy at a single time point between GnRH analogue treated and untreated transfemales** | | | | | | | | | |
| 1 cohort study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=8 Mean (SD) 73.9 (9.1) | N=10 Mean (SD) 83.4 (9.5) | NR | IMPORTANT | VERY LOW |
| **Accuracy at a single time point between GnRH analogue treated and untreated transmales** | | | | | | | | | |
| 1 cohort study Staphorsius et al. 2015 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=12 Mean (SD) 85.7 (10.5) | N=10 Mean (SD) 88.8 (9.7) | NR | IMPORTANT | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; *P*, P-value; SD, Standard deviation.

1 Downgraded 1 level - the cohort study by Staphorsius et al. (2015) was assessed as at high risk of bias (poor quality overall; lack of blinding and no randomisation).

**Table 10: Question 2: In children and adolescents with gender dysphoria, what is the short-term and long-term safety of GnRH analogues compared with one or a combination of psychological support, social transitioning to the desired gender or no intervention? – other safety outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---------|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| **Other safety outcomes: change in serum creatinine** | | | | | | | | | |
| **Change in serum creatinine (micromol/l) between baseline and 1 year in transfemales** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
| | | | | | No of events/No of patients% (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Intervention | Comparator | Result | | |
| 1 observatio nal study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=28 | None | Mean (SD) Baseline: 70 (12) 1 year: 66 (13) p-value: 0.20 | IMPORTANT | VERY LOW |
| **Change in serum creatinine (µmol/l) between baseline and 1 year in transmales** | | | | | | | | | |
| 1 observatio nal study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | N=29 | None | Mean (SD) Baseline: 73 (8) 1 year: 68 (13) p-value: 0.01 | IMPORTANT | VERY LOW |
| **Other safety outcomes: liver enzymes** | | | | | | | | | |
| **Presence of elevated liver enzymes (AST, ALT, and glutamyl transferase) between baseline and during treatment** | | | | | | | | | |
| 1 observatio nal study Schagen et al. 2016 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | 39 | None | Glutamyl transferase was not elevated at baseline or during treatment in any subject. Mild elevations of AST and ALT above the reference range were present at baseline but were not more prevalent during treatment than at baseline. Glutamyl transferase, AST, and ALT levels did not significantly change from baseline to 12 months of treatment. | IMPORTANT | VERY LOW |
| **Other safety outcomes: adverse effects** | | | | | | | | | |
| **Proportion of patients reporting adverse effects** | | | | | | | | | |
| 1 cohort study Khatchado urian et al 2014 | Serious limitations[2] | No serious indirectness | Not applicable | Not calculable[2] | 27 | None | 3/27 adolescents[3] | Important | VERY LOW |

122

**Abbreviations:** ALT, alanine aminotransferase; AST, aspartate aminotransferase; GnRH, gonadotrophin releasing hormone; P, P-value; SD, standard deviation.

1 Downgraded 1 level - the cohort study by Schagen et al. (2016) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control).
2 Downgraded 1 level - the cohort study by Khatchadourian et al. (2014) was assessed as at high risk of bias (poor quality overall; lack of blinding, no control group and high number of participants lost to follow-up).
3 1 transmale developed sterile abscesses; they were switched from leuprolide acetate to triptorelin, and this was well tolerated. 1 transmale developed leg pains and headaches, which eventually resolved without treatment. 1 participant gained 19 kg within 9 months of initiating GnRH analogues.

**Table 11: Question 4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria? – critical outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| **Subgroups: sex assigned at birth males compared with sex assigned at birth females** | | | | | | | | | |
| **Impact on gender dysphoria** | | | | | | | | | |
| **Mean [±SD] Utrecht Gender Dysphoria Scale (version(s) not reported), time point at baseline (before GnRHa) versus follow-up (just before gender-affirming hormones).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 47.95 [±9.70] score at T1 49.67 [±9.47] | n-NR[2] score at T0 56.57 [±3.89] score at T1 56.62 [±4.0] | *F*-ratio 15.98 (*df, errdf:* 1,39), *P*<0.001 | Critical | VERY LOW |
| **Impact on mental health** | | | | | | | | | |
| **Mean [±SD] Beck Depression Inventory-II, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).** | | | | | | | | | |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 5.71 [±4.31] score at T1 3.50 [±4.58] | n-NR[2] score at T0 10.34 [±8.24] score at T1 6.09 [±7.93] | *F*-ratio 3.85 (*df, errdf*: 1,39), *P*=0.057 | Critical | VERY LOW |
| ***Mean [±SD] Trait Anger (TPI), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 5.22 [±2.76] score at T1 5.00 [±3.07] | n-NR[2] score at T0 6.43 [±2.78] score at T1 6.39 [±2.59] | *F*-ratio 5.70 (*df, errdf*: 1,39), *P*=0.022 | Critical | VERY LOW |
| ***Mean [±SD] Trait Anxiety (STAI), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).*** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 4.33 [±2.68] score at T1 4.39 [±2.64] | n-NR[2] score at T0 7.00 [±2.36] score at T1 6.17 [±2.69] | *F*-ratio 16.07 (*df, errdf*: 1,39), *P*<0.001 | Critical | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; *P*, P-value; SD, Standard deviation.

1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).
2 The overall sample size completing the outcome at both time points was 41.

**Table 11: Question: 4. From the evidence selected, are there any subgroups of children and adolescents with gender dysphoria that may derive more (or less) advantage from treatment with GnRH analogues than the wider population of children and adolescents with gender dysphoria? – important outcomes**

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| *Subgroups: sex assigned at birth males compared with sex assigned at birth females* | | | | | | | | | |
| *Impact on body image* | | | | | | | | | |
| *Mean [±SD] Body Image Scale (primary sexual characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 4.02 [±0.16] score at T1 3.74 [±0.78] | n-NR[2] score at T0 4.16 [±0.52] score at T1 4.17 [±0.58] | *F*-ratio 4.11 (*df, errdf:* 1,55), *P*=0.047 | Important | VERY LOW |
| *Mean [±SD] Body Image Scale (secondary sexual characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).* | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 2.66 [±0.50] score at T1 2.39 [±0.69] | n-NR[2] score at T0 2.81 [±0.76] score at T1 3.18 [±0.42] | *F*-ratio 11.57 (*df, errdf:* 1,55), *P*=0.001[3] | Important | VERY LOW |
| *Mean [±SD] Body Image Scale (neutral characteristics), time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).* | | | | | | | | | |

| | QUALITY | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[2] score at T0 2.60 [±0.58] score at T1 2.32 [±0.59] | n-NR[2] score at T0 2.24 [±0.62] score at T1 2.61 [±0.50] | $F$-ratio 0.081 ($df, errdf$: 1,55), $P$=0.777[3] | Important | VERY LOW |
| **Psychosocial impact** | | | | | | | | | |
| **Mean [±SD] Children's Global Assessment Scale score, at baseline.** | | | | | | | | | |
| 1 cohort study Costa et al 2015 | Serious limitations[4] | No serious indirectness | No serious inconsistency | Not calculable | n=not reported 55.4 [±12.7] | n=not reported 59.2 [±11.8] | $t$-test 2.15; $P$=0.03[5] | Important | VERY LOW |
| **Mean [±SD] Children's Global Assessment Scale score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[6] score at T0 73.10 [±8.84] score at T1 77.33 [±8.69] | n-NR[6] score at T0 67.25 [±11.06] score at T1 70.30 [±9.44] | $F$-ratio 5.77 ($df, errdf$: 1,39), $P$=0.021 | Important | VERY LOW |
| **Mean [±SD] Child Behaviour Checklist (total T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 59.42 [±11.78] score at T1 50.38 | n-NR[7] score at T0 61.73 [±13.60] | $F$-ratio 2.64 ($df, errdf$: 1,52), $P$=0.110 | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | Effect | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| | | | | | [±10.57] | score at T1 57.73 [±10.82] | | | |

**Mean [±SD] Child Behaviour Checklist (internalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 60.00 [±9.51] score at T1 52.17 [±9.81] | n-NR[7] score at T0 61.80 [±14.12] score at T1 56.30 [±10.33] | $F$-ratio 1.16 ($df$, $errdf$: 1,52), $P$=0.286 | Important | VERY LOW |

**Mean [±SD] Child Behaviour Checklist (externalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 54.71 [±12.91] score at T1 48.75 [±10.22] | n-NR[7] score at T0 60.70 [±12.64] score at T1 57.87 [±11.66] | $F$-ratio 6.29 ($df$, $errdf$: 1,52), $P$=0.015 | Important | VERY LOW |

**Mean [±SD] Youth Self-Report (total T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 53.56 [±12.26] score at T1 47.84 [±10.86] | n-NR[7] score at T0 57.10 [±10.87] score at T1 51.86 [±10.11] | $F$-ratio 1.99 ($df$, $errdf$: 1,52), $P$=0.164 | Important | VERY LOW |

| QUALITY | | | | | Summary of findings | | | IMPORTANCE | CERTAINTY |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | No of events/No of patients (n/N%) | | Effect | | |
| Study | Risk of bias | Indirectness | Inconsistency | Imprecision | Sex assigned at birth males | Sex assigned at birth females | Result | | |
| **Mean [±SD] Youth Self-Report (internalising T) score, time point at baseline (T0 before GnRH analogues) versus follow-up (T1 just before gender-affirming hormones).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 55.88 [±11.81] score at T1 49.24 [±12.24] | n-NR[7] score at T0 56.17 [±13.25] score at T1 50.24 [±11.28] | $F$-ratio 0.049 ($df$, $errdf$: 1,52), $P$=0.825 | Important | VERY LOW |
| **Mean [±SD] Youth Self-Report (externalising T) score, time point at baseline (T0 before GnRHa) versus follow-up (T1 just before gender-affirming hormones).** | | | | | | | | | |
| 1 cohort study de Vries et al 2011 | Serious limitations[1] | No serious indirectness | Not applicable | Not calculable | n-NR[7] score at T0 48.72 [±11.83] score at T1 46.52 [±9.23] | n-NR[7] score at T0 57.24 [±10.59] score at T1 52.97 [±8.51] | $F$-ratio 9.14 ($df$, $errdf$: 1,52), $P$=0.004 | Important | VERY LOW |

**Abbreviations:** GnRH, gonadotrophin releasing hormone; NR, not reported; $P$, P-value; SD, Standard deviation.

1 Downgraded 1 level - the cohort study by de Vries et al. (2011) was assessed as at high risk of bias (poor quality overall; lack of blinding and no control group).
2 The overall sample size completing the outcome at both time points was 57.
3 There was a significant interaction effect between sex assigned at birth and BDI between T0 and T1; sex assigned at birth females became more dissatisfied with their secondary  F ($df$, $errdf$), P: 14.59 (1,55), P<0.001) and neutral  F ($df$, $errdf$), P: 15.26 (1,55), P<0.001) sex characteristics compared with sex assigned at birth males.
4 Serious limitations – the cohort study by Costa et al. 2015 was assessed as at high risk of bias (poor quality).
5 At baseline, CGAS scores were not associated with any demographic variable, in both sex assigned at birth males and females. There were no statistically significant differences in CGAS scores between gender dysphoric sex assigned at birth males and females in all follow-up evaluations (P>0.1; full data not reported).
6 The overall sample size completing the outcome at both time points was 41
7 The overall sample size completing the outcome at both time points was 54.

## Glossary

| | |
|---|---|
| Beck Depression Inventory-II (BDI-II) | The BDI-II is a tool for assessing depressive symptoms. There are no specific scores to categorise depression severity, but it is suggested that 0 to 13 is minimal symptoms, 14 to 19 is mild depression, 20 to 28 is moderate depression, and severe depression is 29 to 63. |
| Body Image Scale (BIS) | The BIS is used to measure body satisfaction. The scale consists of 30 body features, which the person rates on a 5-point scale. Each of the 30 items falls into one of 3 basic groups based on its relative importance as a gender-defining body feature: primary sex characteristics, secondary sex characteristics, and neutral body characteristics. A higher score indicates more dissatisfaction. |
| Bone mineral apparent density (BMAD) | BMAD is a size adjusted value of bone mineral density (BMD) incorporating body size measurements using UK norms in growing adolescents. |
| Child Behaviour Checklist (CBCL) | CBCL is a checklist parents complete to detect emotional and behavioural problems in children and adolescents. |
| Children's Global Assessment Scale (CGAS) | The CGAS tool is a validated measure of global functioning on a single rating scale from 1 to 100. Lower scores indicate poorer functioning. |
| Gender | The roles, behaviours, activities, attributes, and opportunities that any society considers appropriate for girls and boys, and women and men. |
| Gender dysphoria | Discomfort or distress that is caused by a discrepancy between a person's gender identity (how they see themselves regarding their gender) and that person's sex assigned at birth (and the associated gender role, and/or primary and secondary sex characteristics). |
| Gonadotrophin releasing hormone (GnRH) analogues | GnRH analogues competitively block GnRH receptors to prevent the spontaneous release of 2 gonadotropin hormones, Follicular Stimulating Hormone (FSH) and Luteinising Hormone (LH) from the pituitary gland. The reduction in FSH and LH secretion reduces oestradiol secretion from the ovaries in those whose sex assigned at birth was female and testosterone secretion from the testes in those whose sex assigned at birth was male. |
| Sex assigned at birth | Sex assigned at birth (male or female) is a biological term and is based on genes and how external and internal sex and reproductive organs work and respond to hormones. Sex is the label that is recorded when a baby's birth is registered. |
| Tanner stage | Tanner staging is a scale of physical development. |
| Trait Anger Spielberger scales of the State-Trait Personality Inventory (TPI) | The TPI is a validated 20-item inventory tool which measures the intensity of anger as the disposition to experience angry feelings as a personality trait. Higher scores indicate greater anger. |
| Transgender (including transmale and transfemale) | Transgender is a term for someone whose gender identity is not congruent with their birth-registered sex. A transmale is a person who identifies as male and a transfemale is a person who identifies as female. |

129

| Utrecht Gender Dysphoria Scale (UGDS) | The UGDS is a validated screening tool for both adolescents and adults to assess gender dysphoria. It consists of 12 items, to be answered on a 1- to 5-point scale, resulting in a sum score between 12 and 60. The higher the UGDS score the greater the impact on gender dysphoria. |
|---|---|
| Youth Self-Report (YSR) | The self-administered YSR is a checklist to detect emotional and behavioural problems in children and adolescents. It is self-completed by the child or adolescent. The scales consist of a Total problems score, which is the sum of the scores of all the problem items. An internalising problem scale sums the anxious/depressed, withdrawn-depressed, and somatic complaints scores while the externalising problem scale combines rule-breaking and aggressive behaviour. |

## References

**Included studies**

- Brik T, Vrouenraets L, de Vries M et al. (2020). Trajectories of Adolescents Treated with Gonadotropin-Releasing Hormone Analogues for Gender Dysphoria. Archives of Sexual Behaviour. [Accessed 6 August 2020]

- Costa R, Dunsford M, Skagerberg E et al. (2015) Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria. Journal of Sexual Medicine. [online] Volume 12(11), Pages 2206-2214. Available at: https://doi.org/10.1111/jsm.13034 [Accessed 7 August 2020]

- de Vries A, Steensma T, Doreleijers T et al. (2011) Puberty Suppression in Adolescents with Gender Identity Disorder: A Prospective Follow-Up Study. The Journal of Sexual Medicine Volume 8, Issue 8, August, Pages 2276-2283. [Accessed 11 August 2020].

- Joseph T, Ting J, Butler G (2019) The effect of GnRH analogue treatment on bone mineral density in young adolescents with gender dysphoria: findings from a large national cohort. Journal of pediatric endocrinology & metabolism 32(10): 1077-1081

- Khatchadourian K, Shazhan A, Metzger D. (2014) Clinical Management of Youth with Gender Dysphoria in Vancouver. The Journal of Pediatrics. Volume 164, Issue 4, April, Pages 906-911. [Accessed 14 August 2020]

- Klink D, Caris M, Heijboer A et al. (2015) Bone mass in young adulthood following gonadotropin-releasing hormone analog treatment and cross-sex hormone treatment in adolescents with gender dysphoria. The Journal of clinical endocrinology and metabolism 100(2): e270-5

- Schagen SEE, Cohen-Kettenis PT, Delemarre-van de Waal HA et al. (2016) Efficacy and Safety of Gonadotropin-Releasing Hormone Agonist Treatment to Suppress Puberty in Gender Dysphoric Adolescents. The journal of sexual medicine 13(7): 1125-32

- Staphorsius A, Baudewijntje P, Kreukels P, et al. (2015) Puberty suppression and executive functioning: An fMRI-study in adolescents with gender dysphoria. Psychoneuroendocrinology Volume 565. Pages 190-199. [Accessed 10 August 2020]

- Vlot, Mariska C, Klink, Daniel T, den Heijer, Martin et al. (2017) Effect of pubertal suppression and cross-sex hormone therapy on bone turnover markers and bone mineral apparent density (BMAD) in transgender adolescents. Bone 95: 11-19

**Other references**

- World Health Organisation (2018) International Classification of Diseases 11. Available from https://icd.who.int/ [online; accessed 20 August 2020]

- American Psychiatric Association. (2013). Diagnostic and statistical Manual of Mental Disorders (DSM-5) (5th ed). Washington, DC and London: American Psychiatric Publishing. pp.451-460. [accessed 20 August 2020]

- NHS England (2013). NHS Standard contract for gender identity development service for children and adolescents [accessed 20 August 2020]

**Copyright**

© NICE 2021. All rights reserved. Subject to Notice of rights

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

**B.P.J.**, by her next friend and mother, HEATHER JACKSON,

*Plaintiff,*

*v.*

**WEST VIRGINIA STATE BOARD OF EDUCATION, HARRISON COUNTY BOARD OF EDUCATION**, *et al.,*

*Defendants,*

*and*

**LAINEY ARMISTEAD**,

*Defendant-Intervenor.*

Civil Action No: 2:21-cv-00316

**THE HONORABLE
JOSEPH R. GOODWIN**

**DECLARATION OF JAMES M. CANTOR, PHD.**

I, Dr. James Cantor, pursuant to 28 U.S. Code § 1746, declare under penalty of perjury under the laws of the United States of America that the facts contained in my Expert Report of James M. Cantor, Ph.D., in the Case of *B.P.J. v. West Virginia State Board of Education*, dated February 23, 2022, attached hereto, are true and correct to the best of my knowledge and belief, and that the opinions expressed therein represent my own expert opinions.

_____
Dr. James M. Cantor, PhD.

Executed February 23, 2022

**Exhibit 18**

ii

Expert Report of

**James M. Cantor, PhD.**

In the case of *B.P.J. vs. West Virginia State Board of Education*.

February 23, 2022

iv

## **Table of Contents**

I.   Background & Credentials ................................................................ 1

II.  Introduction.................................................................................. 3

III. Clarifying Terms ......................................................................... 4

IV.  Evidence Cited by Plaintiffs' Expert Reports ............................... 5

V.   Evidence Missing from Plaintiffs' Expert Reports ...................... 11

     A. Adult-Onset Gender Dysphoria ...................................... 12

        1. Outcome Studies of Transition in Adult-Onset Gender Dysphoria ..... 13

        2. Mental Health Issues in Adult-Onset Gender Dysphoria ................... 13

     B. Childhood Onset (Pre-Puberty) Gender Dysphoria.................................. 15

        1. Prospective Studies of Childhood-Onset Gender Dysphoria Show that Most Children Desist in the "Natural Course" by Puberty ......... 15

        2. "Watchful Waiting" and "The Dutch Approach" ................................. 18

        3. Studies of Transition Outcomes: Overview .......................................... 20

           a. Outcomes of The Dutch Approach (studies from before 2017): Mix of positive, negative, and neutral outcomes ............................. 21

           b. Clinicians and advocates have invoked the Dutch Approach while departing from its protocols in important ways. .................. 23

           c. Studies by other clinicians in other countries have failed to reliably replicate the positive components of the results reported by the Dutch clinicians in de Vries et al. 2011. ............... 24

        4. Mental Health Issues in Childhood-Onset Gender Dysphoria............. 26

     C. Adolescent-Onset Gender Dysphoria......................................................... 28

        1. Features of Adolescent-Onset Gender Dysphoria................................. 28

        2. Prospective Studies of Social Transition and Puberty Blockers in Adolescence................................................................................. 29

        3. Mental Illness in Adolescent-Onset Gender Dysphoria ...................... 30

VI.   Alleged Scientific Claims Assessed ....................................................... 32

    A.  Conversion Therapy ..................................................................... 32

    B.  Claims that All Childhood Outcome Studies Are Wrong ........................... 33

    C.  Assessing Claims of Suicidality ..................................................... 34

    D.  Assessing Demands for Social Transition and Affirmation-Only or Affirmation-on-Demand Treatment in Pre-Pubertal Children. ................ 37

    E.  Assessing the "Minority Stress Hypothesis" ............................................. 41

VII.  Assessing Statements from Professional Associations ....................................... 42

    A.  Understanding the Value of Statements from Professional Associations ............................................................................. 42

    B.  Misrepresentations of statements of professional associations. ................ 43

        1.  World Professional Association for Transgender Health (WPATH) .... 44

        2.  Endocrine Society (ES) ......................................................... 45

        3.  Pediatric Endocrine Society and Endocrine Society (ES/PES) ............. 46

        4.  American Academy of Child & Adolescent Psychiatry (AACAP) ......... 47

        5.  American College of Obstetricians & Gynecologists (ACOG) ............... 48

        6.  American College of Physicians (ACP) ..................................... 49

        7.  American Academy of Pediatrics (AAP) ..................................... 51

        8.  The ESPE-LWPES GnRH Analogs Consensus Conference Group ...... 51

References ...................................................................................... 53

## I.      Background & Credentials

1.      I am a clinical psychologist and Director of the Toronto Sexuality Centre in Canada. For my education and training, I received my Bachelor of Science degree from Rensselaer Polytechnic Institute, where I studied mathematics, physics, and computer science. I received my Master of Arts degree in psychology from Boston University, where I studied neuropsychology. I earned my Doctoral degree in psychology from McGill University, which included successfully defending my doctoral dissertation studying the effects of psychiatric medication and neurochemical changes on sexual behavior, and included a clinical internship assessing and treating people with a wide range of sexual and gender identity issues.

2.      Over my academic career, my posts have included Psychologist and Senior Scientist at the Centre for Addiction and Mental Health (CAMH) and Head of Research for CAMH's Sexual Behaviour Clinic, Associate Professor of Psychiatry on the University of Toronto Faculty of Medicine, and Editor-in-Chief of the peer reviewed journal, *Sexual Abuse*. That journal is one of the top-impact, peer-reviewed journals in sexual behavior science and is the official journal of the Association for the Treatment of Sexual Abusers. In that appointment, I was charged to be the final arbiter for impartially deciding which contributions from other scientists in my field merited publication. I believe that appointment indicates not only my extensive experience evaluating scientific claims and methods, but also the faith put in me by the other scientists in my field. I have also served on the Editorial Boards of the *Journal of Sex Research*, the *Archives of Sexual Behavior*, and *Journal of Sexual Aggression*. Thus, although I cannot speak for other scientists, I regularly interact with and am routinely exposed to the views and opinions of most of the scientists active in our field today, within the United States and throughout the world.

3.      My scientific expertise spans the biological and non-biological development of human sexuality, the classification of sexual interest patterns, the assessment and

1

treatment of atypical sexualities, and the application of statistics and research methodology in sex research. I am the author of over 50 peer-reviewed articles in my field, spanning the development of sexual orientation, gender identity, hypersexuality, and atypical sexualities collectively referred to as *paraphilias*. I am the author of the past three editions of the gender identity and atypical sexualities chapter of the *Oxford Textbook of Psychopathology*. These works are now routinely cited in the field and are included in numerous other textbooks of sex research.

4.      I began providing clinical services to people with gender dysphoria in 1998. I trained under Dr. Ray Blanchard of CAMH and have participated in the assessment of treatment of over one hundred individuals at various stages of considering and enacting both transition and detransition, including its legal, social, and medical (both cross-hormonal and surgical) aspects. My clinical experience includes the assessment and treatment of several thousand individuals experiencing other atypical sexuality issues. I am regularly called upon to provide objective assessment of the science of human sexuality by the courts (prosecution and defense), professional media, and mental health care providers.

5.      I have served as an expert witness in a total of 14 cases, which are listed in my *curriculum vitae*, attached here as Appendix 1, which includes a list of cases in which I have recently testified.

6.      A substantial proportion of the existing research on gender dysphoria comes from two clinics, one in Canada and one in the Netherlands. The CAMH gender clinic (previously, Clarke Institute of Psychiatry) was in operation for several decades, and its research was directed by Dr. Kenneth Zucker. I was employed by CAMH between 1998 and 2018. I was a member of the hospital's adult forensic program. However, I was in regular contact with members of the CAMH child psychiatry program (of which Dr. Zucker was a member), and we collaborated on multiple projects.

7.      For my work in this case, I am being compensated at the hourly rate of $400 per hour. My compensation does not change based on the conclusions and opinions that I provide here or later in this case or on the outcome of this lawsuit.

## II.   Introduction

8.      The principal opinions that I offer and explain in detail in this report are:

   a.   Biological sex is a clear, scientifically valid, and well-defined category. The existence of disorders of sexual development in an extremely small proportion of individuals does not change this.

   b.   Neither early-onset (childhood) gender dysphoria nor adolescent-onset gender dysphoria can be assumed to reflect a fixed aspect of a person's psychological make-up or self-perception.

   c.   No study has demonstrated that "affirming" the transgender identity of a child or adolescent produces better mental health outcomes or reduced suicidality relative to psychotherapy and mental health support.

   d.   On the contrary, the contemporary studies have failed to find improved mental health in teens and young adults after administration of puberty blockers and/or cross-sex hormones.

   e.   e) Affirmation of a transgender identity in minors who suffer from early-onset or adolescent-onset gender dysphoria is not an accepted "standard of care."

In addition, I have been asked to provide an expert opinion on how relevant professional organizations have addressed these questions and whether any of them have taken any meritorious position that would undermine West Virginia's Protect Women's Sports Act (H.B. 3292) ("Act"). As I explain in detail in this report, it is my opinion that Plaintiffs' expert reports display a wide variety of flaws that call their conclusions into question and that no professional organization has articulated a meritorious position that calls into question the basis for the Act.

9.    To prepare the present report, I reviewed the following resources related to this litigation:

> a.  West Virginia's Protect Women's Sports Act, H.B. 3293.
>
> b.  The Amended Complaint in this litigation.
>
> c.  Ms. Armistead's Declaration, Doc. 95-1.
>
> d.  Declaration and Expert Report of Deanna Adkins, MD.
>
> e.  Expert Report and Declaration of Joshua D. Safer, MD, FACP, FACE.

## III.   Clarifying Terms

10.   Most scientific discussions begin with the relevant vocabulary and definitions of terms. In the highly polarized and politicized debates surrounding transgender issues, that is less feasible: Different authors have used terms in differing, overlapping ways. Activists and the public (especially on social media) will use the same terms, but to mean different things, and some have actively misapplied terms so that original documents appear to assert something they do not.

11.   "Gender expression" is one such term. For another example, the word "child" is used in some contexts to refer specifically to children before puberty; in some contexts, to refer to children before adolescence (thus including ages of puberty); in still other contexts, to refer to people under the legal age of consent, which is age sixteen in the Netherlands (where much of the research was conducted) or age eighteen in much of North America. Thus, care should be taken in both using and interpreting the word "child" in this field.

12.   Because the present document is meant to compare the claims made by others, it is the definitions used by those specific authors in those specific contexts which are relevant. Thus, definitions to my own uses of terms are provided where appropriate, but primarily explicate how terms were defined and used in their original contexts.

## IV.     Evidence Cited by Plaintiffs' Expert Reports

13.     Dr. Adkins claimed a person's gender identity cannot be voluntarily changed. In actual clinical practice, that is rarely the relevant issue. The far more typical situation is youth who are *mistaken* about their gender identity. These youth are misinterpreting their experiences to indicate they are transgender, or they are exaggerating their descriptions of their experiences in service of attention-seeking or other psychological needs. Dr. Adkins' claim is not merely lacking any science to support it; the claim itself defies scientific thinking. In science, it is not possible to know that gender identity cannot be changed: We can know only that we lack evidence of such a procedure. In the scientific method, it remains eternally possible for evidence of such a treatment to emerge, and unlike sexual orientation's long history with conversion therapy, there have not been systematic attempts to change gender identity.

14.     Dr. Adkins claimed that untreated gender dysphoria can result in several mental health issues, including suicidality. The relevant research on suicidality is summarized in its own section to follow. Nonetheless, Dr. Adkins' claim is a misleading half-truth: Missing is that people with gender dysphoria continue to experience those mental health symptoms even after they do transition, including a 19 times greater risk of death from suicide.[1] This is why clinical guidelines repeatedly indicate that mental health issues should be resolved *before* any transition, as indicated in multiple sets of clinical guidelines, summarized in their own section to follow. As emphasized even by authorities Dr. Adkins cites herself: Transition should not be relied upon itself to improve mental health status.

15.     Adkins' support for the claim that untreated gender dysphoria lessens mental health consisted of two articles: Olson, *et al.* (2016) and Spack (2012). Such is a terrible  misrepresentation of the state of the scientific literature. Although Olson,

---

[1]     Dhejne, *et al.*, 2011.

et al., did indeed report that gender dysphoric children showed no mental health differences from the non-transgender control groups, Olson's report turned out to be incorrect. The Olson data were reanalyzed, and after correcting for statistical errors in the original analysis, the data instead showed that the gender dysphoric children under Olson's care *did,* in fact, exhibit significantly lower mental health.[2]

16.    I conducted an electronic search of the research literature to identify any responses from the Olson team regarding the Schumm and Crawford re-analysis of the Olson data and was not able to locate any. I contacted Professor Schumm by email on August 22, 2021 to verify that conclusion, to which he wrote there has been: "No response [from Olson]."[3]

17.    Adkins also misrepresented the views of Dr. Norman Spack. The article Adkins cited—Spack, 2012—repeatedly emphasized that children with gender dysphoria exhibit very many symptoms of mental illnesses. Spack asserted unambiguously that "Gender dysphoric children who do not receive *counseling* have a high risk of behavioural and emotional problems and psychiatric diagnoses."[4] The wording of Dr. Adkins' report ("gender dysphoria . . . if left untreated") misrepresents Spack so as to suggest Spack was advocating for medical transition to treat the gender dysphoria rather than counseling to treat suicidality and any other mental health issues. Moreover still, missing from Adkins' report was Spack's conclusion that "[m]ental health intervention should persist for the long term, even after surgery, *as patients continue to be at mental health risk, including for suicide.* While the causes of suicide are multifactorial, the possibility cannot be ruled out that some patients unrealistically believe that surgery(ies) solves their psychological distress."[5] Whereas

---

[2]    Schumm & Crawford, 2020; Schumm, *et al.,* 2019.
[3]    Schumm, email communication, Aug. 22, 2021 (on file with author).
[4]    Spack, *et al.,* 2012, at 422, italics added.
[5]    Spack, *et al.,* 2013, at 484, italics added

Adkins (selectively) cited Spack to support her insinuation that transition relieves distress, Spack instead explicitly warned against drawing exactly that conclusion.

18.    Next, Adkins claimed to have achieved levels of success in her professional clinical practice unlike those reported by anyone anywhere else in the world: "All of my patients have suffered from persistent gender dysphoria, which has been alleviated through clinical appropriate treatment."[6] It is difficult to evaluate such a bold self-assessment of success. No clinic has published success rates even approximating this. By contrast, the peer-reviewed research literature repeatedly indicates that clients misrepresent themselves to their care-providers, engaging in "image management" so as to appear as having better mental health than they actually do.[7] In the absence of objective evidence, it is not possible to differentiate Adkins' claims of success from the simpler explanation that she and her patients are telling each other what they want and expect to hear.

19.    Adkins referred to the clinical practice guidelines (CPG's) of three professional societies: the American Association of Pediatrics (AAP), the World Professional Association for Transgender Health (WPATH), and the Endocrine Society. This provides only an incomplete and inaccurate portrayal of the field.  I am aware of six rather than three professional societies providing clinical guidelines for the care of gender dysphoric children.  They are detailed more fully in their own section of this report. Nonetheless, with the broad exception of the AAP, their statements repeatedly noted:

- Desistance of gender dysphoria occurs in the majority of prepubescent children.
- Mental health issues need to be assessed as potentially contributing factors and need to be addressed before transition.
- Puberty-blocking medication is an experimental, not a routine, treatment.

---

[6]    Adkins Report at 5.
[7]    Anzani, *et al.*, 2020; Lehmann, *et al.*, 2021.

- Social transition is not generally recommended until after puberty.

Although some other associations have published broad statements of moral support for sexual minorities and against discrimination, they did not include any specific standards or guidelines regarding medical- or transition-related care.

20.     Although Adkins referred to them as "widely accepted," the WPATH and the Endocrine Society guidelines have both been subjected to standardized evaluation, the Appraisal of Guidelines for Research and Evaluation ("AGREE II") method, as part of an appraisal of all published CPGs regarding sex and gender minority healthcare.[8] Utilizing community stakeholders to set domain priorities for the evaluation, the assessment concluded that the guidelines regarding HIV and its prevention were of high quality, but that "[t]ransition-related CPGs tended to lack methodological rigour and rely on patchier, lower-quality primary research."[9] Neither the Endocrine Society's or WPATH's guidelines were recommended for use. Indeed, the WPATH guidelines received unanimous ratings of "Do not recommend."[10]

21.     Immediately following the publication of the AAP policy, I conducted a point-by-point fact-check of the claims it asserted and the references it cited in support. I submitted that to the *Journal of Sex & Marital Therapy*, a well-known research journal of my field, where it underwent blind peer review and was published. I append that article as part of this report. *See* Appendix 2. A great deal of published attention ensued; however, the AAP has yet to respond to the errors I demonstrated its policy contained. Writing for *The Economist* about the use of puberty blockers, Helen Joyce asked AAP directly, "Has the AAP responded to Dr Cantor? If not, have you any response now?" The AAP Media Relations Manager, Lisa Black, responded: "We do not have anyone available for comment."

---

[8]   Dahlen, *et al.,* 2021.
[9]   Dahlen, *et al.,* 2021, at 6.
[10]   Dahlen, *et al.,* 2021, at 7.

22.     Finally, the clinical guidelines from all these associations have become largely outdated. As detailed in the *Studies of Transition Outcomes* section of this report, there was some reason, circa 2010, to expect positive outcomes among children who transition, owing to optimistic findings reported from the Netherlands.[11] Early positive findings, however, have been retracted after statistical errors were identified,[12] or shown to be more attributable to mental health counseling rather than to medical transition.[13] The professional societies' statements were produced during that earlier phase.

23.     In contrast with these U.S.-based associations, public healthcare systems throughout the world have instead been withdrawing their earlier support for childhood transition, responding to the increasingly recognized risks associated with hormonal interventions and the now clear lack of evidence that medical transition was benefitting most children, as opposed to the mental health counseling accompanying transition. These have included Sweden[14, 15], Finland[16, 17], and the United Kingdom[18], and the Royal Australian and New Zealand College of Psychiatrists.[19]

24.     Adkins repeatedly claimed success on the basis of what her patients tell her. In the absence of any systematic method, however, it is not possible to evaluate to what extent such a conclusion reflects human recall bias, cases of negative outcomes dropping out of treatment thus becoming invisible to Adkins, the aforementioned impression management efforts of clients, psychotherapy that they were receiving at the same time, or simple maturation during which the patients

---

[11]   de Vries, et al., 2011.
[12]   Kalin, 2020.
[13]   c.f., Carmichael, *et al.,* 2021; Biggs, 2019; Biggs, 2020.
[14]   Swedish Agency of Health Technology Assessment and Assessment of Social Services, 2019.
[15]   Nainggolan, 2021.
[16]   Finland Ministry of Social Affairs and Health, Council for Choices in Health Care, 2020, June 11.
[17]   Finland Ministry of Social Affairs and Health, Council for Choices in Health Care, 2020, June 16.
[18]   United Kingdom National Health Service (NHS), 2021, March 11.
[19]   McCall, 2021.

would have experienced improved mental health regardless of transition. Indeed, the very purpose of engaging in systematic, peer-reviewed research instead of relating anecdotal recollections is to rule out exactly these biases.

25.    Adkins referred to disorders of sexual development (DSDs) and intersex variations to claim that the very notion of there being two sexes is inherently flawed (*i.e.*, challenging "singular biological sex").  Although they both potentially involve medical alteration of genitalia, these are not comparable issues.  DSDs and intersex conditions develop before birth, and objective medical testing is capable of confirming diagnoses. Her claims not only misrepresent the research literature on DSDs, but also failed to engage the relevant scientific concept, "construct validity." Adkins claimed DSD prevalences of 1 in 1000 live births and 1 in 300 people in the world (Adkins Report at 11), leaving unclear how there could be a larger proportion of such people living in the world than are born in the first place. The scientific literature, however, shows that DSDs are much rarer than this[20] and that the very large majority of DSDs are the hypospadias—mislocations of the urethra on the penis.[21] Because of the biological processes involved in causing them, hypospadias are classified as disorders of sexual development. That some boys are born with mislocated urethra is falsely taken by Adkins to demonstrate that 'there are more than just boys and girls'.

26.    Overall, Adkins' argument was that, because there exist exceptions among features which distinguish male from female, the distinction itself is entirely moot. Although she did not use the term, Adkins is claiming that the existence of these exceptions demonstrates that sex lacks "construct validity." Her argument does not, however, follow from how construct validity is determined in science—very many scientific classification systems include exceptions. Scientific constructs are not

---

[20]    Sax, 2002.
[21]    Bancroft, 2009.

10

determined by any one of the components it reflects, in this case being each of the sex chromosomes, sex hormones, sexually dimorphic genitalia, etc. Rather, such constructs are represented by the generalizable interrelationships among its multiple components. Notwithstanding exceptions in an individual component in an individual case, the interrelationships among the network of components remains intact. The existence of people born with a clubfoot or undeveloped leg does not challenge the classification of humans as a bipedal species.

27.   Similarly to Dr. Adkins, Dr. Safer claimed that "gender identity is durable and cannot be changed by medical intervention," providing no evidence or reference to the research literature. It is not at all apparent upon what basis such a statement about durability can be made, however. It has been the unanimous conclusion of every follow-up study of gender dysphoric children ever conducted, not only that gender identity does change, but also that it changes in the large majority of cases, as documented below. This is, of course, very different from what is reported by transgender adults—they are the very people for whom gender dysphoria did endure. Regarding responses to clinical intervention, I am not aware of, and Safer did not cite any research reports of medical interventions attempting to change gender identity, regardless of outcome. It is not clear whether Safer intended this comment to apply also to psychological/non-medical interventions.

## V.   Evidence Missing from Plaintiffs' Expert Reports

28.   One of the most widespread public misunderstandings about transsexualism and people with gender dysphoria is that all cases of gender dysphoria represent the same phenomenon; however, the clinical science has long and consistently demonstrated that gender dysphoric children (cases of *early-onset* gender dysphoria) do not represent the same phenomenon as adult gender dysphoria

11

(cases of *late-onset* gender dysphoria),[22] merely attending clinics at younger ages. That is, gender dysphoric children are not simply younger versions of gender dysphoric adults. They differ in every known regard, from sexual interest patterns, to responses to treatments. A third presentation has recently become increasingly observed among people presenting to gender clinics: These cases appear to have an onset in adolescence in the absence of any childhood history of gender dysphoria. Such cases have been called adolescent-onset or "rapid-onset" gender dysphoria (ROGD).

29.    In the context of school athletics, the adult-onset phenomenon would not seem relevant; however, very many public misunderstandings and expert misstatements come from misattributing evidence or personal experience from one of these types to the other.  For example, there exist only very few cases of transition regret among adult transitioners, whereas the research has unanimously shown that the majority of children with gender dysphoria desist—that is, cease to experience such dysphoria by or during puberty. A brief summary of the adult-onset phenomenon is included, to facilitate distinguishing features which are unique to childhood gender dysphoria.

### A. Adult-Onset Gender Dysphoria

30.    People with adult-onset gender dysphoria typically attend clinics requesting transition services in mid-adulthood, usually in their 30s or 40s. Such individuals are nearly exclusively male.[23] They typically report being sexually attracted to women and sometimes to both men and women. Some cases profess asexuality, but very few indicate any sexual interest in or behavior involving men.[24] Cases of adult-onset gender dysphoria are typically associated with a sexual interest pattern (medically, a *paraphilia*) involving themselves in female form.[25]

---

[22]   Blanchard, 1985.
[23]   Blanchard, 1990, 1991.
[24]   Blanchard, 1988.
[25]   Blanchard 1989a, 1989b, 1991.

### 1. Outcome Studies of Transition in Adult-Onset Gender Dysphoria

31.     Clinical research facilities studying gender dysphoria have repeatedly reported low rates of regret (less than 3%) among adult-onset patients who underwent complete transition (*i.e.*, social, plus hormonal, plus surgical transition). This has been widely reported by clinics in Canada,[26] Sweden,[27] and the Netherlands.[28]

32.     Importantly, each of the Canadian, Swedish, and Dutch clinics for adults with gender dysphoria all performed "gate-keeping" procedures, disqualifying from medical services people with mental health or other contraindications. One would not expect the same results to emerge in the absence of such gate-keeping or when gate-keepers apply only minimal standards or cursory assessment.

### 2. Mental Health Issues in Adult-Onset Gender Dysphoria

33.     The research evidence on mental health issues in gender dysphoria indicates it to be different between adult-onset versus adolescent-onset versus prepubescent-onset types. The co-occurrence of mental illness with gender dysphoria in adults is widely recognized and widely documented.[29] A research team in 2016 published a comprehensive and systematic review of all studies examining rates of mental health issues in transgender adults.[30] There were 38 studies in total. The review indicated that many studies were methodologically weak, but nonetheless concluded (1) that rates of mental health issues among people are highly elevated both before and after transition, (2) but that rates were less elevated among those who completed transition. Analyses were not conducted in a way so as to compare the elevation in mental health issues observed among people newly attending clinics to improvement after transition. Also, several studies showed more than 40% of patients

---

[26]   Blanchard, *et al.*, 1989.
[27]   Dhejneberg, *et al.*, 2014.
[28]   Wiepjes, *et al.*, 2018.
[29]   *See, e.g.*, Hepp, *et al.*, 2005.
[30]   Dhejne, *et al.*, 2016.

becoming "lost to follow-up." With attrition rates that high, it is unclear to what extent the information from the available participants genuinely reflects the whole sample. The very high "lost to follow-up" rate leaves open the possibility of considerably more negative results overall.

34.    An important caution applies to interpreting these results: These very high proportions of mental health issues come from people who are attending a clinic for the first time and are undergoing assessment. Clinics serving a "gate-keeper" role divert candidates with mental health issues away from medical intervention. The side-effect of removing these people from the samples of transitioners is that if a researcher compared the average mental health of individuals coming into the clinic with the average mental health of individuals going through medical transition, then the post-transition group would appear to show a substantial improvement, even though transition had *no effect at all*: The removal of people with poorer mental health created the statistical illusion of improvement among the remaining people.

35.    The long-standing and consistent finding that gender dysphoric adults have high rates of mental health issues both before and after transition and the finding that those mental health issues cause the gender dysphoria (the epiphenomenon) rather than the other way around indicate a critical point: To the extent that gender dysphoric children resemble adults, we should not expect mental health to improve as a result of transition. Mental health issues should be resolved before any transition.

14

## B. Childhood Onset (Pre-Puberty) Gender Dysphoria

### 1. Prospective Studies of Childhood-Onset Gender Dysphoria Show that Most Children Desist in the "Natural Course" by Puberty

36.     The large majority of childhood onset cases of gender dysphoria occur in biological males, with clinics reporting 2–6 biological male children to each female.[31]

37.     Prepubescent children (and their parents) have been approaching mental health professionals for help with their unhappiness with their sex and belief they would be happier living as the other for many decades. Projects following-up and reporting on such cases began being published in the 1970s, with subsequent generations of research employing increasingly sophisticated methods studying the outcomes of increasingly large samples. In total, there have now been a total of 11 such outcomes studies. *See* the appendix to Appendix 2 (listing these studies).

38.     In sum, despite coming from a variety of countries, conducted by a variety of labs, using a variety of methods, all spanning four decades, every study without exception has come to the identical conclusion: Among prepubescent children who feel gender dysphoric, the majority cease to want to be the other gender over the course of puberty—ranging from 61–88% desistance across the large, prospective studies. Such cases are often referred to as "desisters," whereas children who continue to feel gender dysphoria are often called "persisters."

39.     Notably, in most cases, these children were receiving professional psychosocial support across the study period aimed not at affirming cross-gender identification, but at resolving stressors and issues potentially interfering with desistance. While beneficial to these children and their families, the inclusion of therapy in the study protocol represents a complication for the interpretation of the results: That is, it is not possible to know to what extent the observed outcomes (predominant desistance, with a small but consistent occurrence of persistence) were

---

[31]    Cohen-Kettenis, *et al.*, 2003; Steensma, *et al.,* 2018; Wood, *et al.*, 2013.

influenced by the psychosocial support, or would have emerged regardless. It can be concluded only that prepubescent children who suffer gender dysphoria and receive psychosocial support focused on issues other than "affirmation" of cross-gender identification do in fact desist in suffering from gender dysphoria, at high rates, over the course of puberty.

40.     While the absolute number of those who present as prepubescent children with gender dysphoria and "persist" through adolescence is very small in relation to the total population, persistence in some subjects was observed in each of these studies. Thus, the clinician cannot take either outcome for granted.

41.     It is because of this long-established and invariably consistent research finding that desistance is probable, but not inevitable, that the "watchful waiting" method became the standard approach for assisting gender dysphoric children. The balance of potential risks to potential benefits is very different for groups likely to desist versus groups unlikely to desist: If a child is very likely to persist, then taking on the risks of medical transition might be more worthwhile than if that child is very likely to desist in transgender feelings.

42.     The consistent observation of high rates of desistance among pre-pubertal children who present with gender dysphoria demonstrates a pivotally important— yet often overlooked—feature: because gender dysphoria so often desists on its own, clinical researchers cannot assume that therapeutic intervention cannot facilitate or speed desistance for at least some patients. Such is an empirical question, and there has not yet been any such study.

43.     It is also important to note that research has not yet identified any reliable procedure for discerning which children who present with gender dysphoria will persist, as against the majority who will desist, absent transition and "affirmation." Such a method would be valuable, as the more accurately that potential persisters can be distinguished from desisters, the better the risks and benefits of options can

16

be weighted. Such "risk prediction" and behavioral "test construction" are standard components of applied statistics in the behavioral sciences. Multiple research teams have reported that, on average, groups of persisters are somewhat more gender non-conforming than desisters, but not so different as to usefully predict the course of a particular child.[32]

44.     In contrast, a single research team, led by Dr. Kristina Olson, claimed the opposite, asserting to have developed a method of distinguishing persisters from desisters, using a single composite score representing a combination of children's "peer preference, toy preference, clothing preference, gender similarity, and gender identity."[33] That team reported a statistical association (mathematically equivalent to a correlation) between that composite score and the probability of persistence. As they described their result, "Our model predicted that a child with a gender-nonconformity score of .50 would have roughly a .30 probability . . . of socially transitioning. By contrast, a child with gender-nonconformity score of .75 would have roughly a .48 probability."[34] Although the authors declared that "social transitions may be predictable from gender identification and preferences,"[35] their actual results suggest the opposite: The gender-nonconforming group who went on to transition (socially) had a mean composite score of .73 (which is less than .75), and the gender-nonconforming group who did not transition had a mean composite score of .61, also less than .75.[36] Both of those are lower than the value of .75, so both of those would be more likely than not to desist, rather than to proceed to transition. Thus, Olson's model does not distinguish likely from unlikely to transition; rather, it distinguishes unlikely from even less likely to transition.

---

[32]   Singh, *et al.* (2021); Steensma *et al.*, 2013.
[33]   Rae, *et al.*, 2019, at 671.
[34]   Rae, *et al.*, 2019, at 673.
[35]   Rae, *et al.*, 2019, at 669.
[36]   Rae, *et al.*, 2019, Supplemental Material at 6, Table S1, bottom line.

45.     Although it remains possible for some future finding to yield a method to identify with sufficient accuracy which gender dysphoric children will persist, there does not exist such a method at the present time. Moreover, in the absence of long-term follow-up, it cannot be known what proportions come to regret having transitioned and then *de*transition. Because only a minority of gender dysphoric children persist in feeling gender dysphoric in the first place, "transition-on-demand" increases the probably of unnecessary transition and unnecessary medical risks.

### 2.   "Watchful Waiting" and "The Dutch Approach"

46.     It was this state of the science—that the majority of prepubescent children will desist in their feelings of gender dysphoria and that we lack an accurate method of identifying which children will persist—that led to the development of a clinical approach, often called "The Dutch Approach" (referring to The Netherlands clinic where it was developed) including "Watchful Waiting" periods. Internationally, the Dutch Approach is currently the most widely respected and utilized method for treatment of children who present with gender dysphoria.

47.     The purpose of these methods was to compromise the conflicting needs among: clients' desires upon assessment, the long-established and repeated observation that those preferences will change in the majority of (but not all) childhood cases, and that cosmetic aspects of medical transition are perceived to be better when they occur earlier rather than later.

48.     The Dutch Approach (also called the "Dutch Protocol") was developed over many years by the Netherlands' child gender identity clinic, incorporating the accumulating findings from their own research as well as those reported by other clinics working with gender dysphoric children. They summarized and explicated the approach in their peer-reviewed report, *Clinical management of gender dysphoria in children and adolescents: The Dutch Approach* (de Vries & Cohen-Kettenis, 2012).

The components of the Dutch Approach are:

- no social transition at all considered before age 12 (watchful waiting period),
- no puberty blockers considered before age 12,
- cross-sex hormones considered only after age 16, and
- resolution of mental health issues before any transition.

49.     For youth under age 12, "the general recommendation is watchful waiting and carefully observing how gender dysphoria develops in the first stages of puberty."[37]

50.     The age cut-offs of the Dutch Approach authors were not based on any research demonstrating their superiority over other potential age cut-offs. Rather, they were chosen to correspond to ages of consent to medical procedures under Dutch law. But whatever their original rationale, the data from this clinic simply contains no information about safety or efficacy of these measures at younger ages.

51.     The authors of the Dutch Approach repeatedly and consistently emphasize the need for extensive mental health assessment, including clinical interviews, formal psychological testing with validated psychometric instruments, and multiple sessions with the child and the child's parents.

52.     Within the Dutch approach, there is no social transition before age twelve. That is, social affirmation of the new gender may not begin until age 12—as desistance is less likely to occur past that age. "Watchful Waiting" refers to a child's developmental period up to that age. Watchful waiting does not mean do nothing but passively observe the child. Such children and families typically present with substantial distress involving both gender and non-gender issues. It is during the watchful waiting period that a child (and other family members as appropriate) would undergo therapy, resolving other issues which may be exacerbating psychological stress or dysphoria. As noted by the Dutch clinic, "[T]he adolescents in this study received extensive family or other social support . . . [and they] were all regularly

---

[37]   de Vries & Cohen-Kettenis, 2012, at 301.

seen by one of the clinic's psychologists or psychiatrists."[38] One is actively treating the person, while carefully "watching" the dysphoria.

53.     The inclusion of psychotherapy and support during the watchful waiting period is, clinically, a great benefit to the gender dysphoric children and their parents. The inclusion of psychotherapy and support poses a scientific complication, however: It becomes difficult to know to what extent the outcomes of these cases might be related to receiving psychotherapy received versus being "spontaneous" desistance, which would have occurred on its own anyway. This situation is referred to in science as a "confound."

### 3. Studies of Transition Outcomes: Overview

54.     Very many strong claims have appeared in the media and on social media asserting that transition results in improved mental health or, contradictorily, in decreased mental health. In the highly politicized context of gender and transgender research, many authors have cited only the findings which appear to support one side, cherry-picking from the complete set of research reports. Seemingly contradictory findings are common in science with on-going research projects. When considered together, however, the full set of relevant reports show that a coherent pattern and conclusion has emerged over time, as detailed in the following sections. Initial optimism was suggested by reports of improvements in mental health.[39] Upon continued analysis, these seeming successes turned out to be illusory, however: The Bränström and Pachankis (2019) finding has been retracted.[40] The greater mental health among transitioners reported by Costa, *et al.* (2015) was noted to be because the control group consisted of cases excluded from hormone eligibility exactly because they showed poor mental health to begin with.[41] The improvements reported by the

---

[38]   de Vries, *et al.*, 2011, at 2280-81.
[39]   Bränström & Pachankis 2019; Costa, *et al.*, 2015; de Vries, *et al.*, 2011; de Vries, *et al.*, 2014.
[40]   Kalin, 2020.
[41]   Biggs, 2019.

de Vries studies from the Dutch Clinic themselves appear genuine; however, because that clinic also provides psychotherapy to all cases receiving puberty-blockers, it remains entirely plausible that the psychotherapy and not the puberty blockers caused the improvements.[42] New studies continued to appear an accelerating rate, repeatedly reporting deteriorations or lacks of improvement in mental health[43] or lack of improvement beyond psychotherapy alone,[44] and other studies continue to report on only the combined effect of both psychotherapy and hormone treatment together.[45]

### a. Outcomes of The Dutch Approach (studies from before 2017): Mix of positive, negative, and neutral outcomes

55.     The research confirms that some, but not all, adolescents improve on some, but not all, indicators of mental health and that those indicators are inconsistent across studies. Thus, the balance of potential benefits to potential risks differs across cases, and thus suggests different courses of treatment across cases.

56.     The Dutch clinical research team followed up 70 youth undergoing puberty suppression at their clinic.[46] The youth improved on several variables upon follow-up as compared to pre-suppression measurement, including depressive symptoms and general functioning. No changes were detected in feelings of anxiety or anger or in gender dysphoria as a result of puberty suppression; however, natal females using puberty suppression suffered *increased* body dissatisfaction both with their secondary sex characteristics and with nonsexual characteristics.[47]

57.     As the report authors noted, while it is possible that the improvement on some variables was due to the puberty-blockers, it is also possible that the improvement was due to the mental health support, and it is possible that the

---

[42] Biggs, 2020.
[43] Carmichael, *et al.*, 2021; Hisle-Gorman, *et al.*, 2021; Kaltiala, *et al.*, 2020.
[44] Achille, *et al.*, 2020.
[45] Kuper, *et al.*, 2020; van der Miesen, *et al.*, 2020, at 703.
[46] de Vries, *et al.* 2011.
[47] Biggs, 2020.

improvement occurred only on its own with natural maturation. So any conclusion that puberty blockers improved the mental health of the treated children is not justified by the data. Because this study did not include a control group (another group of adolescents matching the first group, but *not* receiving medical or social support), these possibilities cannot be distinguished from each other, representing a confound. The authors of the study were explicit in noting this themselves: "All these factors may have contributed to the psychological well-being of these gender dysphoric adolescents."[48]

58.    The authors were careful not to overstate the implications of their results, "We *cautiously* conclude that puberty suppression *may be* a valuable *element* in clinical management of adolescent gender dysphoria."[49]

59.    Costa, *et al.* (2015) reported on preliminary outcomes from the Tavistock and Portman NHS Foundation Trust clinic in the UK. They compared the psychological functioning of one group of youth receiving psychological support with a second group receiving both psychological support as well as puberty blocking medication. Both groups improved in psychological functioning over the course of the study, but no statistically significant differences between the groups was detected at any point.[50] As those authors concluded, "Psychological support and puberty suppression were both associated with an improved global psychosocial functioning in GD adolescence. Both these interventions may be considered effective in the clinical management of psychosocial functioning difficulties in GD adolescence."[51] Because psychological support does not pose the physical health risks that hormonal interventions or surgery does (such as loss of reproductive function), one cannot justify taking on the greater risks of social transition, puberty blockers or surgery

---

[48]  de Vries, *et al*. 2011, at 2281.
[49]  de Vries, *et al*. 2011, at 2282, italics added.
[50]  Costa, *et al*., at 2212 Table 2.
[51]  Costa, *et al*., at 2206.

without evidence of such treatment producing superior results. Such evidence does not exist.

### b. Clinicians and advocates have invoked the Dutch Approach while departing from its protocols in important ways.

60.     The reports of partial success contained in de Vries, *et al.* 2011 called for additional research, both to confirm those results and to search for ways to maximize beneficial results and minimize negative outcomes. Instead, many other clinics and clinicians proceeded on the basis of the positives only, broadened the range of people beyond those represented in the research findings, and removed the protections applied in the procedures that led to those outcomes. Many clinics and individual clinicians have reduced the minimum age for transition to 10 instead of 12. While the Dutch Protocol involves interdisciplinary teams of clinicians, many clinics now rely on a single assessor, in some cases one without adequate professional training in childhood and adolescent mental health. Comprehensive, longitudinal assessments (*e.g.*, one and a half *years*[52]) became approvals after one or two assessment sessions. Validated, objective measures of youths' psychological functioning were replaced with clinicians' subjective (and first) opinions, often reflecting only the clients' own self-report. Systematic recordings of outcomes, so as to allow for detection and correction of clinical deficiencies, were eliminated.

61.     Notably, Dr. Thomas Steensma, central researcher of the Dutch clinic, has decried other clinics for "blindly adopting our research" despite the indications that those results may not actually apply: "We don't know whether studies we have done in the past are still applicable to today. Many more children are registering, and also a different type."[53] Steensma opined that "every doctor or psychologist who is involved in transgender care should feel the obligation to do a good pre- and post-test." But few if any are doing so.

---

[52]   de Vries, *et al.*, 2011.
[53]   Tetelepta, 2021.

### c. Studies by other clinicians in other countries have failed to reliably replicate the positive components of the results reported by the Dutch clinicians in de Vries et al. 2011.

62.     The indications of potential benefit from puberty suppression in at least some cases has led some clinicians to attempt to replicate the positive aspects of those findings. These efforts have not succeeded.

63.     The Tavistock and Portman clinic in the U.K. recently released its findings, attempting to replicate the outcomes reported by the Dutch clinic.[54] Study participants were ages 12–15 (Tanner stages 3 for natal males, Tanner 2 for natal females) and were repeatedly tested before beginning puberty-blocking medications and then every six months thereafter. Cases exhibiting serious mental illnesses (*e.g.*, psychosis, bipolar disorder, anorexia nervosa, severe body-dysmorphic disorder unrelated to gender dysphoria) were excluded. Relative to the time point before beginning puberty suppression, there were *no* significant changes in any psychological measure, from either the patients' or their parents' perspective.

64.     A multidisciplinary team from Dallas published a prospective follow-up study which included 25 youths as they began puberty suppression.[55] (The other 123 study participants were undergoing cross-sex hormone treatment.) Interventions were administered according to "Endocrine Society Clinical Practice Guidelines."[56] Their analyses found *no statistically significant changes* in the group undergoing puberty suppression on any of the nine measures of wellbeing measured, spanning tests of body satisfaction, depressive symptoms, or anxiety symptoms.[57] (Although the authors reported detecting some improvements, these were only found when the large group undergoing cross-sex hormone treatment were added in.) Although the Dutch

---

[54]   Carmichael, *et al.*, 2021.
[55]   Kuper, *et al.*, 2020, at 5.
[56]   Kuper, *et al.*, 2020, at 3, referring to Hembree, *et al.*, 2017.
[57]   Kuper, *et al.*, 2020, at Table 2.

Approach includes age 12 as a minimum for puberty suppression treatment, this team provided such treatment beginning at age 9.8 years (full range: 9.8–14.9 years).[58]

65.     Achille, *et al.* (2020) at Stony Brook Children's Hospital in New York treated a sample of 95 youth with gender dysphoria, providing follow-up data on 50 of them. (The report did not indicate how these 50 were selected from the 95.) As well as receiving puberty blocking medications, "Most subjects were followed by mental health professionals. Those that were not were encouraged to see a mental health professional."[59] The puberty blockers themselves "were introduced in accordance with the Endocrine Society and the WPATH guidelines."[60] Upon follow-up, some incremental improvements were noted; however, after statistically adjusting for psychiatric medication and engagement in counselling, "*most predictors did not reach statistical significance.*"[61] That is, puberty blockers did not improve mental health any more than did mental health care on its own.

66.     In a recent update, the Dutch clinic reported continuing to find improvement in transgender adolescents' psychological functioning, reaching age-typical levels, "after the start of specialized transgender care involving puberty suppression."[62] Unfortunately, because the transgender care method of that clinic involves both psychosocial support and puberty suppression, it cannot be known which of those (or their combination) is driving the improvement. Also, the authors indicate that the changing demographic and other features among gender dysphoric youth might have caused the treated group to differ from the control group in unknown ways. As the study authors themselves noted, "The present study can, therefore, not provide

---

[58]   Kuper, *et al.*, 2020, at 4.
[59]   Achille, *et al.*, 2020, at 2.
[60]   Achille, *et al.*, 2020, at 2.
[61]   Achille, *et al.*, 2020, at 3 (italics added).
[62]   van der Miesen, *et al.*, 2020, at 699.

evidence about the direct benefits of puberty suppression over time and long-term mental health outcomes."[63]

67.     It has not yet been determined why the successful outcomes reported by the Dutch child gender clinic a decade ago failed to emerge when applied by others more recently. It is possible that:

(1) The Dutch Approach itself does *not* work and that their originally successful results were a fluke;

(2) The Dutch Approach *does* work, but only in the Netherlands, with local cultural, genetic, or other unrecognized factors that do not generalize to other countries;

(3) The Dutch Approach itself *does* work, but other clinics and individual clinicians are removing safeguards and adding short-cuts to the approach, and those changes are hampering success.

(4) The Dutch Approach *does* work, but the cause of the improvement is the psychosocial support, rather than any medical intervention, which other clinics are *not* providing.

68.     The failure of other clinics to repeat the already very qualified success of the Dutch clinic demonstrates the need for still greater caution before endorsing transition and the greater need to resolve potential mental health obstacles before doing so.

### 4.  Mental Health Issues in Childhood-Onset Gender Dysphoria

69.     As shown by the outcomes studies, there is no statistically significant evidence that transition reduces the presence of mental illness among transitioners. As shown repeatedly by clinical guidelines from multiple professional associations, mental health issues are expected or required to be resolved *before* undergoing transition.   The reasoning behind these conclusions is that children may be expressing gender dysphoria, not because they are experiencing what gender dysphoric adults report, but because they mistake what their experiences indicate or to what they might lead.  For example, a child experiencing depression from social

---

[63]   van der Miesen, *et al.*, 2020, at 703.

isolation might develop hope—and the unrealistic expectation—that transition will help them fit in, this time as and with the other sex.

70.    If a child undergoes transition, discovering only then that their mental health or social situations will not in fact change, the medical risks and side-effects (such as sterilization) will have been borne for no reason.  If, however, a child resolves the mental health issues first with the gender dysphoria resolving with it (which the research literature shows to be the case in the large majority), then the child need not undergo transition at all, but yet still retains the opportunity to do so later.

71.    Elevated rates of multiple mental health issues among gender dysphoric children are reported throughout the research literature. A formal analysis of children (ages 4–11) undergoing assessment at the Dutch child gender clinic showed 52% fulfilled criteria for a DSM axis-I disorder.[64] A comparison of the children attending the Canadian versus Dutch child gender dysphoria clinic showed only few differences between them, but a large proportion in both groups were diagnosable with clinically significant mental health issues. Results of standard assessment instruments (Child Behavior Check List, or CBCL) demonstrated that the average score was in the clinical rather than healthy range, among children in both clinics.[65] When expressed as percentages, among 6–11-year-olds, 61.7% of the Canadian and 62.1% of the Dutch sample were in the clinical range.

72.    A systematic, comprehensive review of all studies of Autism Spectrum Disorders (ASDs) and Attention-Deficit Hyperactivity Disorder (ADHD) among children diagnosed with gender dysphoria was recently conducted. It was able to identify a total of 22 studies examining the prevalence of ASD or ADHD I youth with gender dysphoria. Studies reviewing medical records of children and adolescents referred to gender clinics showed 5–26% to have been diagnosed with ASD.[66]

---

[64]   Wallien, *et al.*, 2007.
[65]   Cohen-Kettenis, *et al.*, 2003, at 46.
[66]   Thrower, *et al.*, 2020.

27

Moreover, those authors gave specific caution on the "considerable overlap between symptoms of ASD and symptoms of gender variance, exemplified by the subthreshold group which may display symptoms which could be interpreted as either ASD or gender variance. Overlap between symptoms of ASD and symptoms of GD may well confound results."[67] When two or more issues are present at the same time (in this case, gender dysphoria present at the same time as ADHD or ASD), researchers cannot distinguish when a result is associated with or caused by the issue of interest (gender dysphoria itself) or one of the side issues, called *confounds* (ADHD or ASD, in the present case).[68] The rate of ADHD among children with GD was 8.3–11%. Conversely, in data from children (ages 6–18) with Autism Spectrum Disorders (ASDs) show they are more than seven times more likely to have parent-reported "gender variance."[69]

### C. Adolescent-Onset Gender Dysphoria

#### 1. Features of Adolescent-Onset Gender Dysphoria

73.   A third profile has begun to present to clinicians or socially, characteristically distinct from the previously identified ones.[70] Unlike adult-onset gender dysphoria (and also unlike childhood-onset, *see supra* Part IV.B.2), this group is predominately biologically female. This group first presents in adolescence, but lacks the history of cross-gender behavior in childhood like the childhood-onset cases have. It is this feature which led to the term Rapid Onset Gender Dysphoria (ROGD).[71] The majority of cases appear to occur within clusters of peers and in association with increased social media use[72] and especially among people with autism or other neurodevelopmental or mental health issues.[73]

---

[67]   Thrower, *et al.*, 2020, at 703.
[68]   Cohen-Kettenis *et al.*, 2003, at 51; Skelly *et al.,* 2012.
[69]   Janssen, *et al.*, 2016.
[70]   Kaltiala-Heino, *et al.*, 2015; Littman, 2018.
[71]   Littman, 2018.
[72]   Littman, 2018.
[73]   Kaltiala-Heino, *et al.*, 2015; Littman, 2018; Warrier, *et al.*, 2020.

74.     It cannot be easily determined whether the self-reported gender dysphoria is a result of other underlying issues or if those mental health issues are the result of the stresses of being a stigmatized minority, as some writers are quick to assume.[74] *See infra* Part VI.E (discussing the minority stress hypothesis). Importantly, and unlike other presentations of gender dysphoria, people with rapid-onset gender dysphoria often (47.2%) experienced *declines* rather than improvements in mental health when they publicly acknowledged their gender status.[75] Although long-term outcomes have not yet been reported, these distinctions argue against generalizing findings from the other types of gender dysphoria to this one. That is, in the absence of evidence, researchers cannot assume that the pattern found in childhood-onset or adult-onset gender dysphoria also applies to rapid-onset (aka adolescent-onset) gender dysphoria. That is, the group differences already observed argue against the conclusion that any given feature would be present, in general, throughout all types of gender dysphoria.

### 2.  Prospective Studies of Social Transition and Puberty Blockers in Adolescence

75.     There do not yet exist prospective outcomes studies either for social transition or for medical interventions for people whose gender dysphoria began in adolescence. That is, instead of taking a sample of individuals and following them forward over time (thus permitting researchers to account for people dropping out of the study, people misremembering the order of events, etc.), all studies have thus far been *retrospective*. It is not possible for such studies to identify what factors caused what outcomes. No study has yet been organized in such a way as to allow for an analysis of the adolescent-onset group, as distinct from childhood-onset or adult-onset cases. Many of the newer clinics (not the original clinics systematically tracking and reporting on their case results) fail to distinguish between people who had childhood-

---

[74]   Boivin, *et al.*, 2020.
[75]   Biggs, 2020; Littman, 2018.

onset gender dysphoria and have aged into adolescence and people whose onset was not until adolescence. Similarly, there are clinics failing to distinguish people who had adolescent-onset gender dysphoria and aged into adulthood from adult-onset gender dysphoria. Studies selecting groups according to their current age instead of their ages of onset can produce only confounded results, representing unclear mixes according to how many of each type of case wound up in the final sample.

### 3.  Mental Illness in Adolescent-Onset Gender Dysphoria

76.     In 2019, a Special Section of the *Archives of Sexual Behavior* was published: "Clinical Approaches to Adolescents with Gender Dysphoria." It included this brief yet thorough summary of rates of mental health issues among adolescents expressing gender dysphoria by Dr. Aron Janssen of the Department of Child and Adolescent Psychiatry of New York University:[76] The literature varies in the range of percentages of adolescents with co-occurring disorders. The range for depressive symptoms ranges was 6–42%,[77] with suicide attempts ranging 10 to 45%.[78] Self-injurious thoughts and behaviors range 14–39%.[79] Anxiety disorders and disruptive behavior difficulties including Attention Deficit/Hyperactivity Disorder are also prevalent.[80] Gender dysphoria also overlaps with Autism Spectrum Disorder.[81]

77.     Of particular concern in the context of adolescent onset gender dysphoria is *Borderline Personality Disorder* (BPD). The DSM criteria for BPD are:

> A pervasive pattern of instability of interpersonal relationships, self-image, and affects, and marked impulsivity beginning by early adulthood and present in a variety of contexts, as indicated by five (or more) of the following:
>
> 1.  Frantic efforts to avoid real or imagined abandonment. (Note: Do not include suicidal or self-mutilating behaviour covered in Criterion 5.)

---

[76]   Janssen, *et al.*, 2019.
[77]   Holt, *et al.*, 2016; Skagerberg, *et al.*, 2013; Wallien, *et al.*, 2007.
[78]   Reisner, *et al.*, 2015.
[79]   Holt, *et al.*, 2016; Skagerberg, *et al.*, 2013.
[80]   de Vries, *et al.*, 2011; Mustanski, *et al.*, 2010; Wallien, *et al.*, 2007.
[81]   de Vries, *et al.*, 2010; Jacobs, *et al.*, 2014; Janssen, *et al.*, 2016; May, *et al.*, 2016; Strang, *et al.*, 2014, 2016.

2. A pattern of unstable and intense interpersonal relationship characterized by alternating between extremes of idealization and devaluation.

3. *Identity disturbance: markedly and persistently unstable self-image or sense of self.*

4. Impulsivity in at least two areas that are potentially self-damaging (e.g., spending, sex, substance abuse, reckless driving, binge eating). (Note: Do not include suicidal or self-mutilating behavior covered in Criterion 5.)

5. *Recurrent suicidal behaviour, gestures, or threats, or self-mutilating behavior.*

6. Affective instability due to a marked reactivity of mood (e.g., intense episodic dysphoria, irritability, or anxiety usually lasting a few hours and only rarely more than a few days).

7. Chronic feelings of emptiness.

8. Inappropriate, intense anger or difficulty controlling anger (e.g., frequent displays of temper, constant anger, recurrent physical fights).

9. Transient, stress-related paranoid ideation or severe dissociative symptoms.

(Italics added.)

78.    It is increasingly hypothesized that very many cases appearing to be adolescent-onset gender dysphoria are actually cases of BPD.[82] That is, some people may be misinterpreting their experiences to represent a gender identity issue, when it instead represents the "identity disturbance" noted in symptom Criterion 3. Like adolescent-onset gender dysphoria, BPD begins to manifest in adolescence, is substantially more common among biological females than males, and occurs in 2–3% of the population, rather than 1-in-5,000 people (*i.e.*, 0.02%). Thus, if even only a portion of people with BPD had an 'identity disturbance' that focused on gender identity and were mistaken for transgender, they could easily overwhelm the number of genuine cases of gender dysphoria.

79.    A primary cause for concern is symptom Criterion 5: recurrent suicidality. Regarding the provision of mental health care, this is a crucial distinction: A person with BPD going undiagnosed will not receive the appropriate treatments (the

---

[82]    *E.g.*, Zucker, 2019.

currently most effective of which is Dialectical Behavior Therapy). A person with a cross-gender identity would be expected to feel relief from medical transition, but someone with BPD would not: The problem was not about *gender* identity, but about having an *unstable* identity. Moreover, after a failure of medical transition to provide relief, one would predict for these people increased levels of hopelessness and increased risk of suicidality. One would predict also that misdiagnoses would occur more often if one reflexively dismissed or discounted symptoms of BPD as responses to "minority stress." *See infra* Part VI.D (discussing minority stress).

80.    Regarding research, there have now been several attempts to document rates of suicidality among gender dysphoric adolescents. *See infra* Part VI.C. The scientific concern presented by BPD is that it poses a potential confound: samples of gender dysphoric adolescents could appear to have elevated rates of suicidality, not because of the gender dysphoria (or transphobia in society), but because of the number of people with BPD in the sample.

## VI.    Alleged Scientific Claims Assessed

### A.    Conversion Therapy

81.    Activists and social media increasingly, but erroneously, apply the term "conversion therapy" moving farther and farther from what the research has reported.  "Conversion therapy" (or "reparative therapy" and other names) was the attempt to change a person's sexual orientation; however, with the public more frequently accustomed to "LGB" being expanded to "LGBTQ+", the claims relevant only to sexual orientation are being misapplied to gender identity.  The research has repeatedly demonstrated that once one explicitly acknowledges being gay or lesbian, this is only rarely mistaken.  That is entirely unlike gender identity, wherein the great majority of children who declare cross-gender identity cease to do so by puberty, as shown unanimously by every follow-up study ever published. As the field grows increasingly polarized, any therapy failing to provide affirmation-on-demand is

mislabeled "conversion therapy."[83] Indeed, even actions of non-therapists, unrelated to any therapy have been labelled conversion therapy, including the very prohibition of biological males competing on female teams.[84]

### B. Claims that All Childhood Outcome Studies Are Wrong

82.     As already indicated, the follow-up studies of gender dysphoric children are unanimous in their conclusion that gender dysphoria desists in the large majority of cases. Nonetheless, some authors assert that the entire set of prospective outcomes studies on prepubescent children is wrong; that desistance is not, in fact, the usual outcome for gender dysphoric children; and that results from various retrospective studies are the more accurate picture.[85] As indicated in the responses published from authors of several prospective outcomes studies (and as summarized below), the detractors' arguments are invalid.[86]

83.     There have been accusations that some of the prospective outcome studies are old. This criticism would be valid only if newer studies showed different results from the older studies; however, the findings of desistance are the same, indicating that age of the studies is not, in fact, a factor.

84.     There have been accusations that some studies failed to use a DSM diagnosis, and should therefore be rejected. That would be a valid criticism only if studies using the DSM showed different results from studies not using the DSM. Because both kinds of studies showed the same results, one may conclude that DSM status was not a factor, even if using a DSM diagnosis would have been a preferred method.

---

[83]   D'Angelo, R., Syrulnik, E., Ayad, S., Marchiano, L., Kenny, D. T., & Clarke, P. (2021). One size does not fit all: In support of psychotherapy for gender dysphoria. *Archives of Sexual Behavior, 50,* 7–16.

[84]   Turban, J. (2021, March 16). Trans girls belong on girls' sports teams. *Scientific American.* www.scientificamerican.com/article/trans-girls-belong-on-girls-sports-teams/

[85]   Temple Newhook, *et al.*, 2018; Winters, *et al.*, 2018.

[86]   Steensma, *et al.*, 2018a; Zucker, *et al.* 2018.

85.     There have been criticisms that some studies are too small to provide a reliable result. It is indeed true that if larger studies showed different results from the smaller studies, we would tend to favor the results of the larger studies. Because the smaller studies came to the same conclusion as the larger studies, however, the criticism is, once again, entirely moot.

86.     There have been accusations that studies did not use the current DSM-5 as their method of diagnosing gender dysphoric children. This criticism would be valid only if there existed any studies using the DSM-5 against which to compare the existing studies. The DSM-5 is still too recent for there yet to have been long-term follow-up studies. It can be seen, however, that the outcome studies are the same across the DSM-III, DSM-III-R, DSM-IV, and DSM-IV-TR.

87.     In science, there cannot be any such thing as a perfect study. Especially in medical research, where we cannot manipulate people in ways that would clear up difficult questions, all studies will have a fault. In science, we do not, however, reject every study with any identifiable short-coming—rather, we gather a diversity of observations, made with their diversity of compromises to safety and ethics (and time and cost, etc.), and tentatively accept the most parsimonious (simplest) explanation of the full set, weighting each study according to their individual strengths and weaknesses.

### C. Assessing Claims of Suicidality

88.     In the absence of scientific evidence associating improvement with transition among youth, demands for transition are increasingly accompanied by hyperbolic warnings of suicide should there be delay or obstacle to affirmation-on-demand. Social media circulate claims of extreme suicidality accompanied by declarations that "I'd rather have a trans daughter than a dead son." Such claims convey only grossly misleading misrepresentations of the research literature, however.

34

89.     Despite that the media treat them as near synonyms, suicide and suicidality are distinct phenomena.  They represent different behaviors with different motivations, with different mental health issues, and with differing clinical needs. *Suicide* refers to completed suicides and the sincere intent to die.  It is substantially associated with impulsivity, using more lethal means, and being a biological male.[87] *Suicidality* refers to parasuicidal behaviors, including suicidal ideation, threats, and gestures.  These typically represent cries for help rather than an intent to die and are more common among biological females. Suicidal threats can indicate any of many problems or represent emotional blackmail, as typified in "If you leave me, I will kill myself." Professing suicidality is also used for attention- seeking or for the support or sympathy it evokes from others, indicating distress much more frequently than an intent to die.

90.     The scientific study of suicide is inextricably linked to that of mental illness. For example, as noted in the preceding, suicidality is a well-documented symptom of Borderline Personality Disorder (as are chronic identity issues), and personality disorders are highly elevated among transgender populations, especially adolescent-onset. Thus, the elevations of suicidality among gender dysphoric adolescents may not be a result of anything related to transition (or lack of transition), but to the overlap with mental illness of which suicidality is a substantial part. Conversely, improvements in suicidality reported in some studies may not be the result of anything related to transition, but rather to the concurrent general mental health support which is reported by the clinical reported prospective outcomes. Studies that include more than one factor at the same time without accounting for each other represent a "confound," and it cannot be known which factor (or both) is the one causing the effects observed. That is, when a study provides both mental health

---

[87]   Freeman, *et al.,* 2017.

services and medical transition services at the same time, it cannot be known which (or both) is what caused any changes.

91.    A primary criterion for readiness for transition used by the clinics demonstrating successful transition is the absence or resolution of other mental health concerns, such as suicidality. In the popular media, however, indications of mental health concerns are instead often dismissed as an expectable result caused by Sexual Minority Stress (SMS). It is generally implied that such symptoms will resolve upon transition and integration into an affirming environment. Dr. Adkins makes it explicit in her report that the purpose of "the medical treatment for gender dysphoria is to eliminate the clinically significant distress." (Adkins, p. 5.)

92.    Despite that relevant professional association statements repeatedly call for mental health issues, including suicidality, to be resolved before transition (see *infra* Section VI), threats of suicide are instead oftentimes used as the very justification for labelling transition a 'medical necessity'. However plausible it might seem that failing to affirm transition causes suicidality, the epidemiological evidence indicates that hypothesis to be incorrect: Suicide rates remains elevated even after complete transition, as shown by a comprehensive review of 19 studies of suicidality in gender dysphoria.[88]

93.    Of particular relevance in the present context is suicidality as a well-documented symptom of Borderline Personality Disorder (BPD) and that very many cases appearing to be adolescent-onset gender dysphoria actually represent cases of BPD. [See full DSM-5 criteria already listed herein.] That is, some people may be misinterpreting their experiencing of the broader "identity disturbance" of symptom Criterion 3 to represent a gender identity issue specifically. Like adolescent-onset gender dysphoria, BPD begins to manifest in adolescence and occurs in 2–3% of the

---

[88]   McNeil, et al., 2017.

population, rather than 1-in-5,000 people. (Thus, if even only a portion of people with BPD experienced an identity disturbance that focused on gender identity and were mistaken for transgender, they could easily overwhelm the number of genuine cases of gender dysphoria.)

94.     Rates of completed suicide are elevated among post-transition transsexuals, but are nonetheless rare,[89] and BPD is repeatedly documented to be greatly elevated among sexual minorities[90]. Overall, rates of suicidal ideation and suicidal attempts appear to be related—not to transition status—but to the social support received: The research evidence shows that support decreases suicidality, but that transition itself does not. Indeed, in some situations, social support was associated with increased suicide attempts, suggesting the reported suicidality may represent attempts to evoke more support.[91]

### D. Assessing Demands for Social Transition and Affirmation-Only or Affirmation-on-Demand Treatment in Pre-Pubertal Children.

95.     Colloquially, affirmation refers broadly to any actions that treat the person as belonging to a new gender. In different contexts, that could apply to social actions (use of a new name and pronouns), legal actions (changes to birth certificates), or medical actions (hormonal and surgical interventions). That is, social transition, legal transition, and medical transition (and subparts thereof) need not, and rarely do, occur at the same time. In practice, there are cases in which a child has socially only partially transitioned, such as presenting as one gender at home and another at school or presenting as one gender with one custodial parent and another gender with the other parent.

96.     Referring to "affirmation" as a treatment approach is ambiguous: Although often used in public discourse to take advantage of the positive connotations of the

---

[89]   Wiepjes, *et al.,* 2020.
[90]   Reuter, *et al.,* 2016; Rodriguez-Seiljas, *et al.,* 2021; Zanarni, *et al.,* 2021.
[91]   Bauer, *et al.*, 2015; Canetto, et al., 2021.

term, it obfuscates what exactly is being affirmed. This often leads to confusion, such as quoting a study of the benefits and risks of social affirmation in a discussion of medical affirmation, where the appearance of the isolated word "affirmation" refers to entirely different actions.

97.     It is also an error to divide treatment approaches into affirmative versus non-affirmative. As noted already, the widely adopted Dutch Approach (and the guidelines of the multiple professional associations based on it) cannot be said to be either: It is a staged set of interventions, wherein social transition (and puberty blocking) may not begin until age 12 and cross-sex hormonal and other medical interventions, later.

98.     Formal clinical approaches to helping children expressing gender dysphoria employ a gate-keeper model, with decision trees to help clinicians decide when and if the potential benefits of affirmation of the new gender would outweigh the potential risks of doing so.  Because the gate-keepers and decision-trees generally include the possibility of affirmation in at least some cases, it is misleading to refer to any one approach as "the affirmation approach."  The most extreme decision-tree would be accurately called affirmation-*on-demand,* involving little or no opportunity for children to explore at all whether the distress they feel is due to some other, less obvious, factor, whereas more moderate gate-keeping would endorse transition only in select situations, when the likelihood of regretting transition is minimized.

99.     Many outcomes studies have been published examining the results of gate-keeper models, but no such studies have been published regarding affirmation-on-demand with children. Although there have been claims that affirmation-on-demand causes mental health or other improvement, these have been the result only of "retrospective" rather than "prospective" studies.  That is, such studies did not take a sample of children and follow them up over time, to see how many dropped out altogether, how many transitioned successfully, and how many transitioned and

regretted it or detransitioned.  Rather, such studies took a sample of successfully transitioned adults and asked them retrospective questions about their past.  In such studies, it is not possible to know how many other people dropped out or regretted transition, and it is not possible to infer causality from any of the correlations detected, despite authors implying and inferring causality.

100.    Olson and colleagues employed exactly such a retrospective study.  They offered their survey to children in the TransYouth Project—people who have socially transitioned, their families, and any contacts they had, by word of mouth.  This method is referred to as "convenience sampling," and differs from genuinely representative samples in applying to means of ensuring study participants accurately represent the population being studied. There were three groups of children for comparison: (i) children who had already socially transitioned, (ii) their siblings, and (iii) children in a university database of families interested in participating in child development research. As noted by the study authors, "For the first time, this article reports on socially transitioned gender children's mental health as reported by the children."[92] Reports from parents were also recorded.[93] In contrast, no reports or ratings were provided by any mental health care professional or researcher at all. That is, although adding self-assessments to the professional assessments might indeed provide novel insights, this project did not add self-assessment to professional assessment. Rather, it replaced professional assessment with self-assessment. Moreover, as already noted, Olson's data did not show what the Olson team claimed.[94] The dataset was subsequently re-analyzed, and "[T]o the contrary, the transgender children, even when supported by their parents, had significantly lower average scores on anxiety and self-worth."[95]

---

[92]   Durwood, *et al.*, 2017, at 121 (italics added).
[93]   *See* Olson, *et al.*, 2016.
[94]   Schumm, *et al.,* 2019.
[95]   Schumm & Crawford, 2020, p. 9

101.   It is well established in the field of psychology that participant self-assessment can be severely unreliable for multiple reasons. For example, one well-known phenomenon in psychological research is known as "socially desirable responding"—the tendency of subjects to give answers that they believe will make themselves look good, rather than accurate answers. Specifically, subjects' reports that they are enjoying good mental health and functioning well could reflect the subjects' desire to be *perceived* as healthy and as having made good choices, rather than reflecting their actual mental health.

102.   In their analyses, the study reported finding no significant differences between the transgender children, their non-transgender siblings, or the community controls. As the authors noted, "[t]hese findings are in striking contrast to previous work with gender-nonconforming children who had not socially transitioned, which found very high rates of depression and anxiety."[96] The authors are correct to note that their result contrasts with the previous research, but they do not discuss that this could reflect a problem with the novel research design they used: The subjective self-reports of the children and their parents' reports may not be reflecting reality objectively, as careful professional researchers would. Because the study did not employ any method to detect and control for participants indulging in "socially desirable responding" or acting under other biasing motivations, this possibility cannot be assessed or ruled out.

103.   Because this was a single-time study relying on self-reporting, rather than a before-and-after transition study relying on professional evaluation, it is not possible to know if the children reported as well-functioning are in fact well-functioning, nor if so whether they are well-functioning because they were permitted to transition, or whether instead the fact is that they were already well-functioning

---

[96]   Durwood, *et al*., 2017, at 116.

and therefore permitted to transition. Finally, because the TransYouth project lacks a prospective design, it cannot be known how many cases attempted transition, reacted poorly, and then detransitioned, thus never having entered into the study in the first place.

### E. Assessing the "Minority Stress Hypothesis"

104.   The elevated levels of mental health problems among lesbian, gay, and bisexual populations is a well-documented phenomenon, and the idea that it is caused by living within a socially hostile environment is called the *Minority Stress Hypothesis*.[97] The association is not entirely straight-forward, however. For example, although lesbian, gay, and bisexual populations are more vulnerable to suicide ideation overall, the evidence specifically on adult lesbian and bisexual women is unclear. Meyer did not include transgender populations in originating the hypothesis, and it remains a legitimate question to what extent and in what ways it might apply to gender identity.

105.   Minority stress is associated, in large part, with being a visible minority. There is little evidence that transgender populations show the patterns suggested by the hypothesis. For example, the minority stress hypothesis would predict differences according to how visibly a person is discernable as a member of the minority, which often changes greatly upon transition. Biological males who are very effeminate stand out throughout childhood, but in some cases can successfully blend in as adult females; whereas the adult-onset transitioners blend in very much as heterosexual cis-gendered males during their youth and begin visibly to stand out in adulthood, only for the first time.

106.   Also suggesting minority stress cannot be the full story is that the mental health symptoms associated with minority stress do not entirely correspond with

---

[97]   Meyer, 2003.

those associated with gender dysphoria. The primary symptoms associated with minority stress are depressive symptoms, substance use, and suicidal ideation.[98] The symptoms associated with gender dysphoria indeed include depressive symptoms and suicidal ideation, but also include anxiety symptoms, Autism Spectrum Disorders, and personality disorders.

## VII. Assessing Statements from Professional Associations

### A. Understanding the Value of Statements from Professional Associations

107.   The value of position statements from professional associations should be neither over- nor under-estimated. In the ideal, an organization of licensed health care professionals would convene a panel of experts who would systematically collect all the available evidence about an issue, synthesizing it into recommendations or enforceable standards for clinical care, according to the quality of the evidence for each alternative. For politically neutral issues, with relevant expertise contained among association members, this ideal can be readily achievable. For controversial issues with no clear consensus, the optimal statement would summarize each perspective and explicate the strengths and weaknesses of each, providing relatively reserved recommendations and suggestions for future research that might resolve the continuing questions. Several obstacles can hinder that goal, however. Committees within professional organizations are typically volunteer activities, subject to the same internal politics of all human social structures. That is, committee members are not necessarily committees of experts on a topic—they are often committees of generalists handling a wide variety of issues or members of an interest group who feel strongly about political implications of an issue, instead of scientists engaged in the objective study of the topic.

---

[98]   Meyer, 2003.

108.   Thus, documents from professional associations may represent required standards, the violation of which may merit sanctions, or may represent only recommendations or guidelines. A document may represent the views of an association's full membership or only of the committee's members (or majorities thereof). Documents may be based on systematic, comprehensive reviews of the available research or selected portions of the research. In sum, the weight best placed on any association's statement is the amount by which that association employed evidence versus other considerations in its process.

### B. Misrepresentations of statements of professional associations.

109.   In the presently highly politicized context, official statements of professional associations have been widely misrepresented. In preparing the present report, I searched the professional research literature for documentation of statements from these bodies and from my own files, for which I have been collecting such information for many years. I was able to identify statements from six such organizations. Although not strictly a medical association, the World Professional Association for Transgender Health (WPATH) also distributed a set of guidelines in wide use and on which other organizations' guidelines are based.

110.   Notably, despite that all these medical associations reiterate the need for mental health issues to be resolved before engaging in medical transition, only the AACAP members have medical training in mental health. The other medical specialties include clinical participation with this population, but their assistance in transition generally assumes the mental health aspects have already been assessed and treated beforehand.

### 1. World Professional Association for Transgender Health (WPATH)

111.    The WPATH standards as they relate to prepubescent children begin with the acknowledgement of the known rates of desistance among gender dysphoric children:

> [I]n follow-up studies of prepubertal children (mainly boys) who were referred to clinics for assessment of gender dysphoria, the dysphoria persisted into adulthood for only 6–23% of children (Cohen-Kettenis, 2001; Zucker & Bradley, 1995). Boys in these studies were more likely to identify as gay in adulthood than as transgender (Green, 1987; Money & Russo, 1979; Zucker & Bradley, 1995; Zuger, 1984). Newer studies, also including girls, showed a 12–27% persistence rate of gender dysphoria into adulthood (Drummond, Bradley, Peterson-Badali, & Zucker, 2008; Wallien & Cohen-Kettenis, 2008).[99]

112.    That is, "In most children, gender dysphoria will disappear before, or early in, puberty."[100]

113.    Although WPATH does not refer to puberty blocking medications as "experimental," the document indicates the non-routine, or at least inconsistent availability of the treatment:

> Among adolescents who are referred to gender identity clinics, the number considered eligible for early medical treatment—starting with GnRH analogues to suppress puberty in the first Tanner stages—differs among countries and centers. Not all clinics offer puberty suppression. If such treatment is offered, the pubertal stage at which adolescents are allowed to start varies from Tanner stage 2 to stage 4 (Delemarre, van de Waal & Cohen-Kettenis, 2006; Zucker et al., [2012]).[101]

114.    WPATH neither endorses nor proscribes social transitions before puberty, instead recognizing the diversity among families' decisions:

> Social transitions in early childhood do occur within some families with early success. This is a controversial issue, and divergent views are held by health professionals. The current evidence base is insufficient to predict the long-term outcomes of completing a gender role transition during early childhood.[102]

115.    It does caution, however, "Relevant in this respect are the previously described relatively low persistence rates of childhood gender dysphoria."[103]

---

[99]    Coleman, *et al.*, 2012, at 172.
[100]   Coleman, *et al.*, 2012, at 173.
[101]   Coleman, *et al.*, 2012, at 173.
[102]   Coleman, *et al.*, 2012, at 176.
[103]   Coleman, *et al.*, 2012, at 176 (quoting Drummond, *et al.*, 2008; Wallien & Cohen-Kettenis, 2008).

### 2. Endocrine Society (ES)

116.   The 150,000-member Endocrine Society appointed a nine-member task force, plus a methodologist and a medical writer, who commissioned two systematic reviews of the research literature and, in 2017, published an update of their 2009 recommendations, based on the best available evidence identified. The guideline was co-sponsored by the American Association of Clinical Endocrinologists, American Society of Andrology, European Society for Paediatric Endocrinology, European Society of Endocrinology, Pediatric Endocrine Society (PES), and the World Professional Association for Transgender Health (WPATH).

117.   The document acknowledged the frequency of desistance among gender dysphoric children:

> Prospective follow-up studies show that childhood GD/gender incongruence does not invariably persist into adolescence and adulthood (so-called "desisters"). Combining all outcome studies to date, the GD/gender incongruence of a minority of prepubertal children appears to persist in adolescence. . . . In adolescence, a significant number of these desisters identify as homosexual or bisexual.[104]

118.   The statement similarly acknowledges inability to predict desistance or persistence, "With current knowledge, we cannot predict the psychosexual outcome for any specific child."[105]

119.   Although outside their area of professional expertise, mental health issues were also addressed by the Endocrine Society, repeating the need to handle such issues before engaging in transition, "In cases in which severe psychopathology, circumstances, or both seriously interfere with the diagnostic work or make satisfactory treatment unlikely, clinicians should assist the adolescent in managing these other issues."[106] This ordering—to address mental health issues before embarking on transition—avoids relying on the unproven belief that transition will solve such issues.

---

[104]   Hembree, *et al.*, 2017, at 3876.
[105]   Hembree, *et al.*, 2017, at 3876.
[106]   Hembree, *et al.*, 2017, at 3877.

120.    The Endocrine Society did not endorse any affirmation-only approach. The guidelines were neutral with regard to social transitions before puberty, instead advising that such decisions be made only under clinical supervision: "We advise that decisions regarding the social transition of prepubertal youth are made with the assistance of a mental health professional or similarly experienced professional."[107]

121.    The Endocrine Society guidelines make explicit that, after gathering information from adolescent clients seeking medical interventions and their parents, the clinician "provides correct information to prevent unrealistically high expectations [and] assesses whether medical interventions may result in unfavorable psychological and social outcomes."[108]

### 3.  Pediatric Endocrine Society and Endocrine Society (ES/PES)

122.    In 2020, the 1500-member Pediatric Endocrine Society partnered with the Endocrine Society to create and endorse a brief, two-page position statement.[109] Although strongly worded, the document provided no specific guidelines, instead deferring to the Endocrine Society guidelines.[110]

123.    It is not clear to what extent this endorsement is meaningful, however. According to the PES, the Endocrine Society "recommendations include evidence that treatment of gender dysphoria/gender incongruence is medically necessary and should be covered by insurance."[111] However, the Endocrine Society makes neither statement. Although the two-page PES document mentioned insurance coverage four times, the only mention of health insurance by the Endocrine Society was: "If GnRH analog treatment is not available (insurance denial, prohibitive cost, or other reasons), postpubertal, transgender female adolescents may be treated with an

---

[107]  Hembree, *et al.*, 2017, at 3872.
[108]  Hembree, *et al.*, 2017, at 3877.
[109]  PES, online; Pediatric Endocrine Society & Endocrine Society, Dec. 2020.
[110]  Pediatric Endocrine Society & Endocrine Society, Dec. 2020, at 1; Hembree, *et al.*, 2017.
[111]  Pediatric Endocrine Society & Endocrine Society, Dec. 2020, at 1.

antiandrogen that directly suppresses androgen synthesis or action."[112] Despite the PES asserting it as "medically necessary," the Endocrine Society stopped short of that. Its only use of that phrase was instead limiting: "We recommend that a patient pursue genital gender-affirming surgery only after the MHP and the clinician responsible for endocrine transition therapy both agree that surgery is medically necessary and would benefit the patient's overall health and/or well-being."[113]

### 4. American Academy of Child & Adolescent Psychiatry (AACAP)

124.   The 2012 statement of the American Academy of Child & Adolescent Psychiatry (AACAP) is not an affirmation-only policy. It notes:

> Just as family rejection is associated with problems such as depression, suicidality, and substance abuse in gay youth, the proposed benefits of treatment to eliminate gender discordance in youth must be carefully weighed against such possible deleterious effects. . . . In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood, or at least until the wish to change sex is unequivocal, consistent, and made with appropriate consent.[114]

125.   The AACAP's language repeats the description of the use of puberty blockers only as an exception: "For situations in which deferral of sex reassignment decisions until adulthood is *not clinically feasible*, one approach that has been described in case series is sex hormone suppression under endocrinological management with psychiatric consultation using gonadotropin-releasing hormone analogues."[115]

126.   The AACAP statement acknowledges the long-term outcomes literature for gender dysphoric children: "In follow-up studies of prepubertal boys with gender discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood,"[116] adding that "[c]linicians should be aware of current evidence on the natural course of gender

---

[112]   Hembree, *et al*. 2017, at 3883.
[113]   Hembree, *et al*., 2017 at 3872, 3894.
[114]   Adelson & AACAP, 2012, at 969.
[115]   Adelson & AACAP, 2012, at 969 (italics added).
[116]   Adelson & AACAP, 2012, at 963.

discordance and associated psychopathology in children and adolescents in choosing the treatment goals and modality."[117]

127.  The policy similarly includes a provision for resolving mental health issues: "Gender reassignment services are available in conjunction with mental health services focusing on exploration of gender identity, cross-sex treatment wishes, counseling during such treatment if any, and *treatment of associated mental health problems*."[118] The document also includes minority stress issues and the need to deal with mental health aspects of minority status (*e.g.*, bullying).[119]

128.  Rather than endorse social transition for prepubertal children, the AACAP indicates: "There is similarly no data at present from controlled studies to guide clinical decisions regarding the risks and benefits of sending gender discordant children to school in their desired gender. Such decisions must be made based on clinical judgment, bearing in mind the potential risks and benefits of doing so."[120]

### 5. American College of Obstetricians & Gynecologists (ACOG)

129.  The American College of Obstetricians & Gynecologists (ACOG) published a "Committee Opinion" expressing recommendations in 2017. The statement indicates it was developed by the ACOG's Committee on Adolescent Health Care, but does not indicate participation based on professional expertise or a systematic method of objectively assessing the existing research. It includes the disclaimer: "This document reflects emerging clinical and scientific advances as of the date issued and is subject to change. The information should not be construed as dictating an exclusive course of treatment or procedure to be followed."[121]

---

[117]  Adelson & AACAP, 2012, at 968.
[118]  Adelson & AACAP, 2012, at 970 (italics added).
[119]  Adelson & AACAP, 2012, at 969.
[120]  Adelson & AACAP, 2012, at 969.
[121]  ACOG, 2017, at 1.

130.   Prepubertal children do not typically have clinical contact with gynecologists, and the ACOG recommendations include that the client additionally have a primary health care provider.[122]

131.   The ACOG statement cites the statements made by other medical associations—European Society for Pediatric Endocrinology (ESPE),, PES, and the Endocrine Society—and by WPATH.[123] It does not cite any professional association of *mental* health care providers, however. The ACOG recommendations repeat the previously mentioned eligibility/readiness criteria of having no mental illness that would hamper diagnosis and no medical contraindications to treatment. It notes: "*Before* any treatment is undertaken, the patient must display eligibility and readiness (Table 1), meaning that the adolescent has been evaluated by a mental health professional, has no contraindications to therapy, and displays an understanding of the risks involved."[124]

132.   The "Eligibility and Readiness Criteria" also include, "Diagnosis established for gender dysphoria, transgender, transsexualism."[125] This standard, requiring a formal diagnosis, forestalls affirmation-on-demand because self-declared self-identification is not sufficient for DSM diagnosis.

133.   ACOG's remaining recommendations pertain only to post-transition, medically oriented concerns. Pre-pubertal social transition is not mentioned in the document, and the outcomes studies of gender dysphoric (prepubescent) children are not cited.

### 6.  American College of Physicians (ACP)

134.   The American College of Physicians published a position paper broadly expressing support for the treatment of LGBT patients and their families, including

---

[122]   ACOG, 2017, at 1.
[123]   ACOG, 2017, at 1, 3.
[124]   ACOG, 2017, at 1, 3 (citing the Endocrine Society guidelines) (italics added).
[125]   ACOG, 2017, at 3 Table 1.

nondiscrimination, antiharassment, and defining "family" by emotional rather than biological or legal relationships in visitation policies, and the inclusion of transgender health care services in public and private health benefit plans.[126]

135.   ACP did not provide guidelines or standards for child or adult gender transitions. The policy paper opposed attempting "reparative therapy;" however, the paper confabulated sexual orientation with gender identity in doing so. That is, on the one hand, ACP explicitly recognized that "[s]exual orientation and gender identity are inherently different."[127] It based this statement on the fact that "the American Psychological Association conducted a literature review of 83 studies on the efficacy of efforts to change *sexual orientation*."[128] The APA's document, entitled "Report of the American Psychological Task Force on appropriate therapeutic responses to *sexual orientation*" does not include or reference research on gender identity.[129] Despite citing no research about transgenderism, the ACP nonetheless included in its statement: "Available research does not support the use of reparative therapy as an effective method in the treatment of LGB*T* persons."[130] That is, the inclusion of "T" with "LGB" is based on something other than the existing evidence.

136.   There is another statement,[131] which was funded by ACP and published in the Annals of Internal Medicine under its "*In the Clinic*" feature, noting that "'In the Clinic' does not necessarily represent official ACP clinical policy."[132] The document discusses medical transition procedures for adults rather than for children, except to note that "[n]o medical intervention is indicated for prepubescent youth,"[133] that a "mental health provider can assist the child and family with identifying an

---

[126]   Daniel & Butkus, 2015a, 2015b.
[127]   Daniel & Butkus, 2015b, at 2.
[128]   Daniel & Butkus, 2015b, at 8 (italics added).
[129]   APA, 2009 (italics added).
[130]   Daniel & Butkus, 2015b, at 8 (italics added).
[131]   Safer & Tangpricha, 2019.
[132]   Safer & Tangpricha, 2019, at ITC1.
[133]   Safer & Tangpricha, 2019, at ITC9.

appropriate time for a social transition,"[134] and that the "child should be assessed and managed for coexisting mood disorders during this period because risk for suicide is higher than in their cisgender peers."[135]

### 7. American Academy of Pediatrics (AAP)

137.   The policy of the American Academy of Pediatrics (AAP) is unique among the major medical associations in being the only one to endorse an affirmation-on-demand policy, including social transition before puberty without any watchful waiting period. Although changes in recommendations can obviously be appropriate in response to new research evidence, the AAP provided none. Rather, the research studies AAP cited in support of its policy simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing watchful waiting.[136] Moreover, of all the outcomes research published, the AAP policy cited *one*, and that without mentioning the outcome data it contained.[137]

### 8. The ESPE-LWPES GnRH Analogs Consensus Conference Group

138.   Included in the interest of completeness, there was also a collaborative report in 2009, between the European Society for Pediatric Endocrinology (ESPE) and the Lawson Wilkins Pediatric Endocrine Society (LWPES).[138] Thirty experts were convened, evenly divided between North American and European labs and evenly divided male/female, who comprehensively rated the research literature on gonadotropin-release hormone analogs in children.

139.   The effort concluded that "[u]se of gonadotropin-releasing hormone analogs for conditions other than central precocious puberty requires additional investigation

---

[134]   Safer & Tangpricha, 2019, at ITC9.
[135]   Safer & Tangpricha, 2019, at ITC9.
[136]   Cantor, 2020.
[137]   Cantor, 2020, at 1.
[138]   Carel et al., 2009.

and cannot be suggested routinely."[139] However, gender dysphoria was not explicitly mentioned as one of those other conditions.

---

[139]   Carel et al. 2009, at 752.

# References

Achille, C., Taggart, T., Eaton, N. R., Osipoff, J., Tafuri, K., Lane, A., & Wilson, T. A. (2020). Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. *International Journal of Pediatric Endocrinology*. doi: 10.1186/s13633-020-00078-2

Adelson, S. L., & American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues. (2012). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *Journal of the American Academy of Child & Adolescent Psychiatry, 51*, 957–974.

American College of Obstetricians and Gynecologists. (2017). Care for transgender Adolescents. Committee Opinion No. 685. Retrieved from www.acog.org/clinical/clinical-guidance/committee-opinion/articles/2017/01/care-for-transgender-adolescents

American Psychological Association, Task Force on Appropriate Therapeutic Responses to Sexual Orientation. (2009). Report of the American Psychological Association Task Force on Appropriate Therapeutic Responses to Sexual Orientation. Retrieved from http://www. apa.org/pi/lgbc/publications/therapeutic-resp.html

Anzani, A., De Panfilis, C., Scandurra, C., & Prunas, A. (2020). Personality Disorders and Personality Profiles in a Sample of Transgender Individuals Requesting Gender-Affirming Treatments. *International Journal of Environmental Research and Public Health, 27*, 17, 1521. www.ncbi.nlm.nih.gov/pmc/articles/PMC7084367/

Bancroft, J. (2009). *Human sexuality and its problems (3rd ed.)*. New York: Elsevier.

Bauer, G. R., Scheim, A. I., Pyne, J., Travers, R., & Hammond, R. (2015). Intervenable factors associated with suicide risk in transgender persons: A respondent driven sampling study in Ontario, Canada. *BMC Public Health*, 15, 525.

Biggs, M. (2019). A letter to the editor regarding the original article by Costa et al: Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine, 16,* 2043.

Biggs, M. (2020). Gender dysphoria and psychological functioning in adolescents treated with GnRHa: Comparing Dutch and English prospective studies. *Archives of Sexual Behavior*, 49, 2231–2236.

Blanchard, R. (1985). Typology of male-to-female transsexualism. *Archives of Sexual Behavior*, 14, 247–261.

Blanchard, R. (1988). Nonhomosexual gender dysphoria. *The Journal of Sex Research*, 24, 188–193.

Blanchard, R. (1989a). The classification and labeling of nonhomosexual gender dysphorias. *Archives of Sexual Behavior*, 18, 315–334.

Blanchard, R. (1989b). The concept of autogynephilia and the typology of male gender dysphoria. *Journal of Nervous and Mental Disease*, 177, 616–623.

Blanchard, R. (1990). Gender identity disorders in adult women. In R. Blanchard & B. W. Steiner (Eds.), *Clinical management of gender identity disorders in children and adults* (pp. 77–91). Washington, DC: American Psychiatric Press.

Blanchard, R. (1991). Clinical observations and systematic studies of autogynephilia. *Journal of Sex and Marital Therapy*, 17, 235–251.

Blanchard, R., Steiner, B. W., Clemmensen, L. H., & Dickey, R. (1989). Prediction of regrets in postoperative transsexuals. *Canadian Journal of Psychiatry*, 34, 43–45.

Bränström, R., & Pachankis, J. E. (2019). Reduction in mental health treatment utilization among transgender individuals after gender-affirming surgeries: A total population study. *American Journal of Psychiatry, 177,* 727–734.

Boivin, L., Notredame, C.-E., Jardri, R., & Medjkane, F. (2020). Supporting parents of transgender adolescents: Yes, but how? *Archives of Sexual Behavior*, 49, 81–83.

Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy*, 46, 307–313.

Canetto, S. S., Antonelli, P., Ciccotti, A., Dettore, D., & Lamis, D. A. (2021). Suicidal as normal: A lesbian, gay, and bisexual youth script? *Crisis, 42,* 292–300.

Carel, J. C., Eugster, E. A., Rogol, A., Ghizzoni, L., Palmert, M. R.; ESPE-LWPES GnRH Analogs Consensus Conference Group, Antoniazzi, F., Berenbaum, S., Bourguignon, J. P., Chrousos, G. P., Coste, J., Deal, S., de Vries, L., Foster, C., Heger, S., Holland, J., Jahnukainen, K., Juul, A., Kaplowitz, P., Lahlou, N., Lee, M. M., Lee, P., Merke, D. P., Neely, E. K., Oostdijk, W., Phillip, M., Rosenfield, R. L., Shulman, D., Styne, D., Tauber, M., Wit, J. M. (2009). Consensus statement on the use of gonadotropin-releasing hormone analogs in children. *Pediatrics*, 123(4), e752–e762.

Cohen, J., Cohen, P., West, S. G. Cohen, J., Cohen, P., West, S. G., & Aiken, L. S. (2003). *Applied multiple regression/correlation analysis for the behavioral sciences (3rd ed.).* Mahwah, NJ: Lawrence Erlbaum Associates.

Carmichael, P., Butler, G., Masic, U., Cole, T. J., De Stavola, B. L., Davidson, S., Skageberg, E. M., Khadr, S., Viner, R. M. (2021). Short-term outcomes of pubertal suppression in a selected cohort of 12 to 15 year old young people with persistent gender dysphoria in the UK. *PLosONE*, 16(2): e0243894.

Cohen-Kettenis, P. T. (2001). Gender identity disorder in DSM? *Journal of the American Academy of Child & Adolescent Psychiatry*, 40, 391–391.

Cohen-Kettenis, P. T., Owen, A., Kaijser, V. G., Bradley, S. J., & Zucker, K. J. (2003). Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: A cross-national, cross-clinic comparative analysis. *Journal of Abnormal Child Psychology*, 31, 41–53.

Coleman, E., Bockting, W., Botzer, M., Cohen-Kettenis, P., DeCuypere, G., Feldman, J., Fraser, L., Green, J., Knudson, G., Meyer, W. J., Monstrey, S., Adler, R. K.,

Brown, G. R., Devor, A. H., Ehrbar, R., Ettner, R., Eyler, E., Garofalo, R., Karasic, D. H., Lev, A. I., Mayer, G., Meyer-Bahlburg, H., Hall, B. P., Pfaefflin, F., Rachlin, K., Robinson, B., Schechter, L. S., Tangpricha, V., van Trotsenburg, M., Vitale, A., Winter, S., Whittle, S., Wylie, K. R., & Zucker, K. (2012). Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *International Journal of Transgenderism*, 13, 165–232.

Costa, R., Dunsford, M., Skagerberg, E., Holt V., Carmichael, P., & Colizzi, M. (2015). Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *Journal of Sexual Medicine*, 12, 2206–2214.

Dahlen, S., Connolly, D., Arif, I., Hyder Junejo, M., Bewley, S., & Meads, C. (2021). *International clinical practice guidelines for gender minority/trans people: Systematic review and quality assessment. BMJ Open, 11,* e048943.

Daniel, H., & Butkus, R. (2015a). Lesbian, gay, bisexual, and transgender health disparities: Executive summary of a policy position paper from the American College of Physicians. *Annals of Internal Medicine*, 163, 135–137.

Daniel, H., & Butkus, R. (2015b). Appendix: Lesbian, gay, bisexual, and transgender health disparities: A policy position paper from the American College of Physicians. *Annals of Internal Medicine*, 163(2), [unpaginated].

de Vries, A. L. C. & Cohen-Kettenis, P. T. (2012). Clinical management of gender dysphoria in children and adolescents: The Dutch Approach. *Journal of Homosexuality*, 59, 301–320.

de Vries, A. L. C., McGuire, J. K., Steensma, T. D., Wagenaar, E. C. F., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2014). Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*, 134, 1–9.

de Vries, A. L. C., Steensma, T. D., Doreleijers, T. A. H., & Cohen-Kettenis, P. T. (2011). Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. *Journal of Sexual Medicine*, 8, 2276–2283.

de Vries, A. L., Doreleijers, T. A., Steensma, T. D., & Cohen-Kettenis, P. T. (2011). Psychiatric comorbidity in gender dysphoric adolescents. *Journal of Child Psychology and Psychiatry*, 52, 1195–1202.

de Vries, A. L., Noens, I. L., Cohen-Kettenis, P. T., van Berckelaer- Onnes, I. A., & Doreleijers, T. A. (2010). Autism spectrum disorders in gender dysphoric children and adolescents. *Journal of Autism and Developmental Disorders*, 40, 930–936.

Delemarre-van de Waal, H. A., & Cohen- Kettenis, P. T. (2006). Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. *European Journal of Endocrinology*, 155 (suppl 1), S131–S137.

Dhejne, C., Van Vlerken, R., Geylens, G., & Arcelus, J. (2016). Mental health and gender dysphoria: A review of the literature. *International Review of Psychiatry*, 28, 44–57.

Dhejne, C., Lichtenstein, P., Boman, M., Johansson, A. L. V., Langström, N., & Landén, M. (2011). Long-term follow-up of transsexual persons undergoing sex

reassignment surgery: Cohort study in Sweden. *PLoS ONE 6*(2), e16885.

Dhejneberg, C., Öberg, K., Arver, S., & Landén, M. (2014). An analysis of all applications for sex reassignment surgery in Sweden, 1960–2010: Prevalence, incidence, and regrets. *Archives of Sexual Behavior*, 43, 1535–1545.

Drummond, K. D., Bradley, S. J., Peterson-Badali, M., & Zucker, K. J. (2008). A follow up study of girls with gender identity disorder. *Developmental Psychology*, 44, 34–45.

Durwood, L., McLaughlin, K. A., & Olson, K. R. (2017). Mental health and self-worth in socially transitioned transgender youth. *Journal of the American Academy of Child & Adolescent Psychiatry*, 56, 116–123.

Finland Ministry of Social Affairs and Health, Council for Choices in Health Care. (2020, June 11). *Medical treatment methods for dysphoria associated with variations in gender identity in minors—Recommendation.* Retrieved from https://palveluvalikoima.fi/documents/1237350/22895008/Summary_minors_en+(1).pdf/fa2054c5-8c35-8492-59d6-b3de1c00de49/Summary_minors_en+(1).pdf?t=1631773838474

Finland Ministry of Social Affairs and Health, Council for Choices in Health Care. (2020, June 16). *Medical treatments for gender dysphoria that reduces functional capacity in transgender people—Recommendation.* Retrieved from https://palveluvalikoima.fi/documents/1237350/22895838/Summary+transgender.pdf/2cc3f053-2e34-39ce-4e21-becd685b3044/Summary+transgender.pdf?t=1592318543000

Freeman, A., Mergl, R., Kohls, E., Székely, A., Gusmao, R., Arensman, E., Koburger, N., Hegerl, U., & Rummel-Kluge, C. (2017). A cross-national study on gender differences in suicide intent. *BMC Psychiatry, 17,* 234.

Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press.

Hembree, W. C., Cohen-Kettenis, P. T., Gooren, L., Hannema, S. E., Meyer, W. J., Murad, M. H., Rosenthal, S. M., Safer, T. D., Tangpricha, V., & T'Sjoen, G. G. (2017). Endocrine treatment of gender-dysphoric/ gender-incongruent persons: An Endocrine Society clinical practice guideline. *Journal of Clinical Endocrinology & Metabolism*, 102, 3869–3903.

Hepp, U., Kraemer, B., Schnyder, U., Miller, N., & Delsignore, A. (2005). Psychiatric comorbidity in gender identity disorder. *Journal of Psychosomatic Research, 58*, 259–261.

Hisle-Gorman, E., Schvey, N. A., Adirim, T. A., Rayne, A. K., Susi, A., Roberts, T. A., & Klein, D. A. (2021). Mental healthcare utilization of transgender youth before and after affirming treatment. *The Journal of Sexual Medicine, 18,* 1444–1454.

Holt, V., Skagerberg, E., & Dunsford, M. (2016). Young people with features of gender dysphoria: Demographics and associated difficulties. *Clinical Child Psychology and Psychiatry, 21*, 108–118.

Jacobs, L. A., Rachlin, K., Erickson-Schroth, L., & Janssen, A. (2014). Gender dysphoria and co-occurring autism spectrum disorders: Review, case examples,

and treatment considerations. *LGBT Health, 1*, 277–282.

Janssen, A., Busa, S., Wernick, J. (2019). The complexities of treatment planning for transgender youth with co-occurring severe mental illness: A literature review and case study. *Archives of Sexual Behavior, 48*, 2003–2009.

Janssen, A., Huang, H., & Duncan, C. (2016). Gender variance among youth with autism spectrum disorders: A retrospective chart review. *Transgender Health, 1*, 63–68.

Kalin, N. H. (2020). Reassessing mental health treatment utilization reduction in transgender individuals after gender-affirming surgeries: A comment by the Editor on the process. *American Journal of Psychiatry, 177,* 765.

Kaltiala, R, Heino, E., Työläjärvi, & Suomalainen, L. (2020). Adolescent development and psychosocial functioning after starting cross-sex hormones for gender dysphoria. *Nordic Journal of Psychiatry, 74,* 213–219.

Kaltiala-Heino, R., Sumia, M., Työläjärvi, M., & Lindberg, N. (2015). Two years of gender identity service for minors: Overrepresentation of natal girls with severe problems in adolescent development. *Child and Adolescent Psychiatry and Mental Health, 9,* 9.

Kuper, L. E., Stewart, S., Preston, S., Lau, M., & Lopez, X. (2020). Body dissatisfaction and mental health outcomes of youth on gender- affirming hormone therapy. *Pediatrics, 145*, e20193006.

Lehmann, K., Rosato, M., McKenna, H., & Leavey, G. (2021). Dramaturgical accounts of transgender individuals: Impression management in the presentation of self to specialist gender services. *Archives of Sexual Behavior, 50,* 3539–3549.

Littman, L. (2018). Parent reports of adolescents and young adults perceived to show signs of a raid onset of gender dysphoria. *PLoS ONE, 13*(8), e0202330.

May, T., Pang, K., & Williams, K. J. (2016). Gender variance in children and adolescents with autism spectrum disorder from the National Database for Autism Research. *International Journal of Transgenderism, 18*, 7–15.

McCall, B. (2021, October 7). Psychiatrists shift stance on gender dysphoria, recommend therapy. *Medscape Psychiatry.* Retrieved from www.medscape.com/viewarticle/960390?src=soc_tw_share

McNeil, J., Ellis, S. J., & Eccles, F. J. R. (2017). Suicide in trans populations: A systematic review of prevalence and correlates. Psychology of Sexual Orientation and Gender Diversity, 4, 341–353.

Meyer, I. H. (2003). Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. *Psychological Bulletin, 129*, 674–697.

Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/ role in childhood: Longitudinal follow-up. *Journal of Pediatric Psychology, 4*, 29–41.

Mustanski, B. S., Garofalo, R., & Emerson, E. M. (2010). Mental health disorders,

psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youths. *American Journal of Public Health, 100*, 2426–2432.

Nainggolan, L. (2021, May 12). Hormonal Tx of youth with gender dysphoria stops in Sweden. Medscape Psychiatry. Retrieved from www.medscape.com/viewarticle/950964?src=soc_tw_share

Olson, K. R., Durwood, L., DeMeules, M., & McLaughlin, K. A. (2016). Mental health of transgender children who are supported in their identities. *Pediatrics, 137*, e20153223.

Pediatric Endocrine Society & Endocrine Society. (2020, December 15). *Transgender health*. Retrieved from www.endocrine.org/advocacy/position-statements/transgender-health.

Pediatric Endocrine Society. (Online). About PES. Retrieved from https://pedsendo.org/about-pes/

Rae, J. R., Gülgoz, S., Durwood, L., DeMeules, M., Lowe, R., Lindquist, G., & Olson, K. R. (2019). Predicting early-childhood gender transitions. *Psychological Science, 30*, 669–681.

Rafferty, J., AAP Committee on psychosocial aspects of child and family health, AAP Committee on adolescence, AAP Section on lesbian, gay, bisexual, and transgender health and wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics, 142*(4), e20182162

Reisner, S. L., Vetters, R., Leclerc, M., Zaslow, S., Wolfrum, S., Shumer, D., & Mimiaga, M. J. (2015). Mental health of transgender youth in care at an adolescent urban community health center: A matched retrospective cohort study. *Journal of Adolescent Health, 56(3)*, 274–279.

Reuter, T. R., Sharp, C., Kalpakci, A. H., Choi, H. J., & Temple, J. R. (2016). Sexual orientation and Borderline Personality Disorder features in a community sample of adolescents. *Journal of Personality Disorders, 30,* 694–707.

Rodriguez-Seijlas, C., Morgan, T. A., & Zimmerman, M. (2021). A population-based examination of criterion-level disparities in the diagnosis of Borderline Personality Disorder among sexual minority adults. *Assessment, 28,* 1097–1109.

Safer, J. D., Tangpricha, V. (2019). In the clinic: Care of the transgender patient. *Annals of Internal Medicine, 171*(1), ITC1–ITC6.

Sax, L. (2002). How common is Intersex? A response to Ann Fausto-Sterling. *The Journal of Sex Research, 39,* 174–178.

Schumm, W. R., Crawford, D. W., Fawver, M. M., Gray, N. K., Niess, Z. M., & Wagner, A. D. (2019). Statistical errors in major journals: Two case studies used in a basic statistics class to assess understanding of applied statistics. *Psychology and Education—An Interdisciplinary Journal, 56,* 35–42.

Schumm, W. R., & Crawford, D. W. (2020). Is research on transgender children what it seems? Comments on recent research on transgender children with high levels

of parental support. *The Linacre Quarterly, 87,* 9–24.

Singh, D., Bradley, S. J., & Zucker, K. J. (2021). A follow-up study of boys with gender identity disorder. *Frontiers in Psychiatry*, 12, 632784.

Skagerberg, E., Parkinson, R., & Carmichael, P. (2013). Self-harming thoughts and behaviors in a group of children and adolescents with gender dysphoria. *International Journal of Transgenderism, 14,* 86–92.

Skelly, A. C., Dettori, J. R., & Brodt, E. D. (2012). Assessing bias: The importance of considering confounding. *Evidence-based Spine-Care Journal, 3,* 9–12.

Spack, N. P., Edwards-Leeper, L., Feldman, H. A., Leibowitz, S., Mandel, F., Diamond, D. A., & Vance, S. R. (2012). Children and adolescents with gender identity disorder referred to a pediatric medical center. *Pediatrics, 129,* 418–425.

Spack, N. P. (2013). Management of transgenderism. *Journal of the American Medical Association, 309,* 478–484.

Steensma, T. D., & Cohen-Kettenis, P. T. (2018a). A critical commentary on "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender-nonconforming children". *International Journal of Transgenderism, 19,* 225–230.

Steensma, T. D., Cohen-Kettenis, P. T., & Zucker, K. J. (2018b). Evidence for a change in the sex ratio of children referred for gender dysphoria: Data from the Center of Expertise on Gender Dysphoria in Amsterdam (1988–2016). *Journal of Sex & Marital Therapy, 44,* 713–715.

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590.

Strang, J. F., Kenworthy, L., Dominska, A., Sokoloff, J., Kenealy, L. E., Berl, M., … Wallace, G. L. (2014). Increased gender variance in autism spectrum disorders and attention deficit hyperactivity disorder. *Archives of Sexual Behavior, 43,* 1525–1533.

Strang, J. F., Meagher, H., Kenworthy, L., de Vries, A. L., Menvielle, E., Leibowitz, S., … Anthony, L. G. (2016). Initial clinical guidelines for co-occurring autism spectrum disorder and gender dysphoria or incongruence in adolescents. *Journal of Clinical Child and Adolescent Psychology, 47,* 105–115.

Swedish Agency of Health Technology Assessment and Assessment of Social Services. (2019). *Gender dysphoria in children and adolescents: An inventory of the literature.* Retrieved from: www.sbu.se/en/publications/sbu-bereder/gender-dysphoria-in-children-and-adolescents-an-inventory-of-the-literature/

Temple Newhook, J., Pyne, J., Winters, K., Feder, S., Holmes, C., Tosh, J. Sinnott, M.-L., Jamieson, A., & Pickett, S. (2018). A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism, 19,* 212–224.

Tetelepta, B. (2021, Feb 27). More research is urgently needed into transgender care for young people: 'Where does the large flow of children come from?' [translated]. Algemeen Dagblad. Retrieved from www.ad.nl/nijmegen/dringend-meer-onderzoek-nodig-naar-transgenderzorg-aan-jongeren-waar-komt-de-grote-stroom-kinderen-vandaan~aec79d00/?referrer=https%3A%2F%2Ft.co%2F.

Thrower, E., Bretherton, I., Pang, K. C., Zajac, J. D., & Cheung, A. S. (2020). Prevalence of Autism Spectrum Disorder and Attention-Deficit Hyperactivity Disorder amongst individuals with Gender Dysphoria: A systematic review. *Journal of Autism and Developmental Disorders*, 50, 695–706.

United Kingdom National Health Service (NHS), National Institute for Health and Care Excellence, (2021, March 11). *Evidence review: Gonadotrophin releasing hormone analogues for children and adolescents with gender dysphoria.* Retrieved from www.evidence.nhs.uk/document?id=2334888&returnUrl=search%3ffrom%3d2020-01-01%26q%3dgender%2bdysphoria%26sp%3don%26to%3d2021-03-31

van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., Popma, A. (2020). Psychological functioning in transgender adolescence before and after gender-affirmative care compared with cisgender general population peers. *Journal of Adolescent Health, 66*, 699–704.

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child & Adolescent Psychiatry, 47*, 1413–1423.

Wallien, M. S., Swaab, H., & Cohen-Kettenis, P. T. (2007). Psychiatric comorbidity among children with gender identity disorder. *Journal of the American Academy of Child and Adolescent Psychiatry, 46*, 1307–1314.

Warrier, V., Greenberg, D. M., Weir, E., Buckingham, C., Smith, P., Lai, M.-C., Allison, C., & Baron-Cohen, S. (2020). Elevated rates of autism, other neurodevelopmental and psychiatric diagnoses, and autistic traits in transgender and gender-diverse individuals. *Nature Communications, 11*, 3959.

Wiepjes, C. M., den Heijer, M., Bremmer, M. A., Nota, N. M., de Block, C. J. M., Coumou, B. J. G., & Steensma, T. D. (2020). Trends in suicide death risk in transgender people: Results from the Amsterdam Cohort of Gender Dysphoria study (1972–2017). *Acta Psychiatrica Scandinavica, 141,* 486–491.

Wiepjes, C. M., Nota, N. M., de Bok, C. J. M., Klaver, M., de Vries, A. L. C., Wensing-Kruger, S. A., de Jongh, R. T., Bouman, M-B., Steensma, T. D., Cohen-Kettenis, P., Gooren, L. J. G., Kreukels B. P. C., & den Heijer, M. (2018). The Amsterdam Cohort of Gender Dysphoria Study (1972–2015): Trends in prevalence, treatment, and regrets. *Journal of Sexual Medicine, 15*, 582–590.

Winters, K., Temple Newhook, J., Pyne, J., Feder, S., Jamieson, A., Holmes, C., Sinnott, M.-L., Pickett, S., & Tosh J. (2018). Learning to listen to trans and gender diverse children: A Response to Zucker (2018) and Steensma and Cohen-Kettenis (2018). *International Journal of Transgenderism, 19*, 246–250.

Wood, H., Sasaki, S., Bradley, S. J., Singh, D., Fantus, S., Own-Anderson, A., Di Giacomo, A., Bain, J., & Zucker, K. J. (2013). Patterns of referral to a gender

identity service for children and adolescents (1976–2011): Age, sex ratio, and sexual orientation. *Journal of Sex & Marital Therapy, 39,* 1–6.

Zanarini, M. C., Magni, L. R., Temes, C. M., Hein, K. E., Aguirre, B. A., & Goodman, M. (2021). Sexual orientation and gender of intimate relationship partners among adolescents with BPD and psychiatrically healthy adolescents. *Journal of Personality Disorders, 35 (Suppl. B),* 1–7.

Zucker, K. J. (2018). The myth of persistence: Response to "A critical commentary on follow-up studies and 'desistance' theories about transgender and gender-nonconforming children" by Temple Newhook et al. (2018). *International Journal of Transgenderism, 19,* 231–245.

Zucker, K. J. (2019). Adolescents with gender dysphoria: Reflections on some contemporary clinical and research issues. *Archives of Sexual Behavior, 48,* 1983–1992.

Zucker, K. J., & Bradley, S. J. (1995). *Gender identity disorder and psychosexual problems in children and adolescents*. New York: Guilford Press.

Zucker, K. J., Bradley, S. J., Owen-Anderson, A., Kibblewhite, S. J., Wood, H., Singh, D., & Choi, K. (2012). Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. *Journal of Sex & Marital Therapy, 38,* 151–189.

Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97.

EXPERT REPORT OF JAMES M. CANTOR, PHD

# APPENDIX 1

# James M. Cantor, PhD

Toronto Sexuality Centre
2 Carlton Ave., suite 1820
Toronto, Ontario, Canada M5B 1J3

416-766-8733 (o)
416-352-6003 (f)
jamescantorphd@gmail.com

## EDUCATION

**Postdoctoral Fellowship**                      Jan., 2000–May, 2004
Centre for Addiction and Mental Health • Toronto, Canada

**Doctor of Philosophy**                         Sep., 1993–Jun., 2000
Psychology • McGill University • Montréal, Canada

**Master of Arts**                               Sep., 1990–Jan., 1992
Psychology • Boston University • Boston, MA

**Bachelor of Science**                          Sep. 1984–Aug., 1988
Interdisciplinary Science • Rensselaer Polytechnic Institute • Troy, NY
Concentrations: Computer science, mathematics, physics

## EMPLOYMENT HISTORY

**Director**                                     Feb., 2017–Present
Toronto Sexuality Centre • Toronto, Canada

**Senior Scientist (Inaugural Member)**          Aug., 2012–May, 2018
Campbell Family Mental Health Research Institute
Centre for Addiction and Mental Health • Toronto, Canada

**Senior Scientist**                             Jan., 2012–May, 2018
Complex Mental Illness Program
Centre for Addiction and Mental Health • Toronto, Canada

**Head of Research**                             Nov., 2010–Apr. 2014
Sexual Behaviours Clinic
Centre for Addiction and Mental Health • Toronto, Canada

**Research Section Head**                        Dec., 2009–Sep. 2012
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

**Psychologist**                                 May, 2004–Dec., 2011
Law & Mental Health Program
Centre for Addiction and Mental Health • Toronto, Canada

**Clinical Psychology Intern**                              Sep., 1998–Aug., 1999
Centre for Addiction and Mental Health • Toronto, Canada

**Teaching Assistant**                                      Sep., 1993–May, 1998
Department of Psychology
McGill University • Montréal, Canada

**Pre-Doctoral Practicum**                                  Sep., 1993–Jun., 1997
Sex and Couples Therapy Unit
Royal Victoria Hospital • Montréal, Canada

**Pre-Doctoral Practicum**                                  May, 1994–Dec., 1994
Department of Psychiatry
Queen Elizabeth Hospital • Montréal, Canada

## ACADEMIC APPOINTMENTS

**Associate Professor**                                     Jul., 2010–May, 2019
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                         Aug. 2013–Jun., 2018
Graduate Program in Psychology
York University • Toronto, Canada

**Associate Faculty (Hon)**                                 Oct., 2017–Dec., 2017
School of Behavioural, Cognitive & Social Science
University of New England • Armidale, Australia

**Assistant Professor**                                     Jun., 2005–Jun., 2010
Department of Psychiatry
University of Toronto Faculty of Medicine • Toronto, Canada

**Adjunct Faculty**                                         Sep., 2004–Jun., 2010
Clinical Psychology Residency Program
St. Joseph's Healthcare • Hamilton, Canada

# PUBLICATIONS

1. Cantor, J. M. (2020). Transgender and gender diverse children and adolescents: Fact-checking of AAP policy. *Journal of Sex & Marital Therapy, 46,* 307–313. doi: 10.1080/0092623X.2019.1698481

2. Shirazi, T., Self, H., Cantor, J., Dawood, K., Cardenas, R.,Rosenfield, K., Ortiz, T., Carré, J., McDaniel, M., Blanchard, R., Balasubramanian, R., Delaney, A., Crowley, W., S Marc Breedlove, S. M., & Puts, D. (2020). Timing of peripubertal steroid exposure predicts visuospatial cognition in men: Evidence from three samples. *Hormones and Behavior, 121, 104712.*

3. Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. L. (2019). The Screening Scale for Pedophilic Interest-Revised (SSPI-2) may be a measure of pedohebephilia. *Journal of Sexual Medicine, 16,* 1655–1663. doi: 10.1016/j.jsxm.2019.07.015

4. McPhail, I. V., Hermann, C. A., Fernane, S., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2019). Validity in phallometric testing for sexual interests in children: A meta-analytic review. *Assessment, 26,* 535–551. doi: 10.1177/1073191117706139

5. Cantor, J. M. (2018). Can pedophiles change? *Current Sexual Health Reports, 10,* 203–206. doi: 10.1007/s11930-018-0165-2

6. Cantor, J. M., & Fedoroff, J. P. (2018). Can pedophiles change? Response to opening arguments and conclusions. *Current Sexual Health Reports, 10,* 213–220. doi: 10.1007/s11930-018-0167-0z

7. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). Age diversity among victims of hebephilic sexual offenders. *Sexual Abuse, 30,* 332–339. doi: 10.1177/1079063216665837

8. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2018). The relationships between victim age, gender, and relationship polymorphism and sexual recidivism. *Sexual Abuse, 30,* 132−146. doi: 10.1177/1079063216630983

9. Stephens, S., Newman, J. E., Cantor, J. M., & Seto, M. C. (2018). The Static-99R predicts sexual and violent recidivism for individuals with low intellectual functioning. *Journal of Sexual Aggression, 24,* 1–11. doi: 10.1080/13552600.2017.1372936

10. Cantor, J. M. (2017). Sexual deviance or social deviance: What MRI research reveals about pedophilia. *ATSA Forum, 29*(2). Association for the Treatment of Sexual Abusers. Beaverton, OR. http://newsmanager.commpartners.com/atsa/issues/2017-03-15/2.html

11. Walton, M. T., Cantor, J. M., Bhullar, N., & Lykins, A. D. (2017). Hypersexuality: A critical review and introduction to the "Sexhavior Cycle." *Archives of Sexual Behavior, 46,* 2231–2251. doi: 10.1007/s10508-017-0991-8

12. Stephens, S., Leroux, E., Skilling, T., Cantor, J. M., & Seto, M. C. (2017). A taxometric analysis of pedophilia utilizing self-report, behavioral, and sexual arousal indicators. *Journal of Abnormal Psychology, 126,* 1114–1119. doi: 10.1037/abn0000291

13. Fazio, R. L., Dyshniku, F., Lykins, A. D., & Cantor, J. M. (2017). Leg length versus torso length in pedophilia: Further evidence of atypical physical development early in life. *Sexual Abuse: A Journal of Research and Treatment, 29,* 500–514. doi: 10.1177/1079063215609936

14. Seto, M. C., Stephens, S., Lalumière, M. L., & Cantor, J. M. (2017). The Revised Screening Scale for Pedophilic Interests (SSPI-2): Development and criterion-related validation. *Sexual Abuse: A Journal of Research and Treatment, 29,* 619–635. doi:

10.1177/1079063215612444

15. Stephens, S., Cantor, J. M., Goodwill, A. M., & Seto, M. C. (2017). Multiple indicators of sexual interest in prepubescent or pubescent children as predictors of sexual recidivism. *Journal of Consulting and Clinical Psychology, 85,* 585–595. doi: 10.1037/ccp0000194

16. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2017). Evidence of construct validity in the assessment of hebephilia. *Archives of Sexual Behavior, 46,* 301–309. doi: 10.1007/s10508-016-0907-z

17. Walton, M. T., Cantor, J. M., & Lykins, A. D. (2017). An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior. *Archives of Sexual Behavior, 46,* 721–733. doi: 10.1007/s10508-015-0606-1

18. Cantor, J. M., Lafaille, S. J., Hannah, J., Kucyi, A., Soh, D. W., Girard, T. A., & Mikulis, D. J. (2016). Independent component analysis of resting-state functional magnetic resonance imaging in pedophiles. *Journal of Sexual Medicine, 13,* 1546–1554. doi: 10.1016/j.jsxm.2016.08.004

19. Cantor, J. M., & McPhail, I. V. (2016). Non-offending pedophiles. *Current Sexual Health Reports, 8,* 121–128. doi: 10.1007/s11930-016-0076-z

20. Cantor, J. M. (2015). Milestones in sex research: What causes pedophilia? In J. S. Hyde, J. D. DeLamater, & E. S. Byers (Eds.), *Understanding human sexuality* (6th Canadian ed.) (pp. 452–453). Toronto: McGraw-Hill Ryerson.

21. Cantor, J. M. (2015). Pedophilia. In R. Cautin & S. Lilienfeld (Eds.), *Encyclopedia of clinical psychology.* Malden, MA: Wiley-Blackwell. doi: 10.1002/9781118625392.wbecp184

22. Nunes, K. L., & Cantor, J. M. (2015). Sex offenders. In P. Whelehan & A. Bolin (Eds.), *International encyclopedia of human sexuality.* Malden, MA: Wiley-Blackwell.

23. Cantor, J. M., Lafaille, S., Soh, D. W., Moayedi, M., Mikulis, D. J., & Girard, T. A. (2015). Diffusion Tensor Imaging of pedophilia. *Archives of Sexual Behavior, 44,* 2161–2172. doi: 10.1007/s10508-015-0599-9

24. Cantor, J. M., & McPhail, I. V. (2015). Sensitivity and specificity for the phallometric test of hebephilia. *Journal of Sexual Medicine, 12,* 1940–1950. doi: 10.1111/jsm12970

25. Dyshniku, F., Murray, M. E., Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2015). Minor physical anomalies as a window into the prenatal origins of pedophilia. *Archives of Sexual Behavior, 44,* 2151–2159. doi: 10.1007/s10508-015-0564-7

26. Fazio, R. L., & Cantor, J. M. (2015). Factor structure of the Edinburgh Handedness Inventory versus the Fazio Laterality Inventory in a population with established atypical handedness. *Applied Neuropsychology, 22,* 156–160. doi: 10.1080/23279095.2014.940043

27. Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2015). The effects of common medications on volumetric phallometry. *Journal of Sexual Aggression, 21,* 385–393. doi: 10.1080/13552600.2014.900121

28. Sutton, K. S., Stratton, N., Pytyck, J., Kolla, N. J., & Cantor, J. M. (2015). Patient characteristics by type of hypersexuality referral: A quantitative chart review of 115 consecutive male cases. *Journal of Sex and Marital Therapy, 41,* 563−580. doi: 10.1080/0092623X.2014.935539

29. Cantor, J. M. (2014).  Gold star pedophiles in general sex therapy practice. In Y. M. Binik and K. Hall (Eds.), *Principles and practice of sex therapy* (5th ed.) (pp. 219–234).  New York: Guilford.

30. Cantor, J. M., & Sutton, K. S. (2014). Paraphilia, gender dysphoria, and hypersexuality. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (3rd ed.) (pp. 589–614). New York: Oxford University Press.

31. Chivers, M. L., Roy, C., Grimbos, T., Cantor, J. M., & Seto, M. C. (2014). Specificity of sexual arousal for sexual activities in men and women with conventional and masochistic sexual interests. *Archives of Sexual Behavior, 43,* 931−940. doi: 10.1007/s10508-013-0174-1

32. Fazio, R. L., Lykins, A. D., & Cantor, J. M. (2014). Elevated rates of atypical-handedness in paedophilia: Theory and implications. *Laterality, 19,* 690−704. doi: 10.1080/1357650X.2014.898648

33. Lykins, A. D., & Cantor, J. M. (2014). Vorarephilia: A case study in masochism and erotic consumption. *Archives of Sexual Behavior, 43,* 181–186. doi: 10.1007/s10508-013-0185-y

34. Cantor, J. M., Klein, C., Lykins, A., Rullo, J. E., Thaler, L., & Walling, B. R. (2013). A treatment-oriented typology of self-identified hypersexuality referrals. *Archives of Sexual Behavior, 42,* 883–893. doi: 10.1007/s10508-013-0085-1

35. Blanchard, R., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Cantor, J. M. (2012). Sexual attraction to others: A comparison of two models of alloerotic responding in men. *Archives of Sexual Behavior, 41,* 13–29. doi: 10.1007/s10508-010-9675-3

36. Cantor, J. M. (2012). Brain research and pedophilia: What it says and what it means [Invited article]. *Sex Offender Law Report, 13,* 81–85.

37. Cantor, J. M. (2012). Is homosexuality a paraphilia? The evidence for and against. *Archives of Sexual Behavior, 41,* 237–247. doi: 10.1007/s10508-012-9900-3

38. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). Sexual arousal to female children in gynephilic men. *Sexual Abuse: A Journal of Research and Treatment, 22,* 279–289. doi: 10.1177/1079063210372141

39. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010). The relation between peak response magnitudes and agreement in diagnoses obtained from two different phallometric tests for pedophilia. *Sexual Abuse: A Journal of Research and Treatment, 22,* 42–57. doi: 10.1177/1079063209352094

40. Cantor, J. M., Blanchard, R., & Barbaree, H. E. (2009). Sexual disorders. In P. H. Blaney & T. Millon (Eds.), *Oxford textbook of psychopathology* (2nd ed.) (pp. 527–548). New York: Oxford University Press.

41. Barbaree, H. E., Langton, C. M., Blanchard, R., & Cantor, J. M. (2009). Aging versus stable enduring traits as explanatory constructs in sex offender recidivism: Partitioning actuarial prediction into conceptually meaningful components. *Criminal Justice and Behavior: An International Journal, 36,* 443–465. doi: 10.1177/0093854809332283

42. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P. E., & Dickey, R. (2009). Absolute versus relative ascertainment of pedophilia in men. *Sexual Abuse: A Journal of Research and Treatment, 21,* 431–441. doi: 10.1177/1079063209347906

43. Blanchard, R., Lykins, A. D., Wherrett, D., Kuban, M. E., Cantor, J. M., Blak, T., Dickey, R., & Klassen, P. E. (2009). Pedophilia, hebephilia, and the DSM–V. *Archives of Sexual Behavior, 38,* 335–350. doi: 10.1007/s10508-008-9399-9.

44. Cantor, J. M. (2008). MRI research on pedophilia: What ATSA members should know

[Invited article]. *ATSA Forum, 20*(4), 6–10.

45. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2008). Cerebral white matter deficiencies in pedophilic men. *Journal of Psychiatric Research, 42,* 167–183. doi: 10.1016/j.jpsychires.2007.10.013

46. Blanchard, R., Kolla, N. J., Cantor, J. M., Klassen, P. E., Dickey, R., Kuban, M. E., & Blak, T. (2007). IQ, handedness, and pedophilia in adult male patients stratified by referral source. *Sexual Abuse: A Journal of Research and Treatment, 19,* 285–309. doi: 10.1007/s11194-007-9049-0

47. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2007). Physical height in pedophilia and hebephilia. *Sexual Abuse: A Journal of Research and Treatment, 19,* 395–407. doi: 10.1007/s11194-007-9060-5

48. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2006). Interaction of fraternal birth order and handedness in the development of male homosexuality. *Hormones and Behavior, 49,* 405–414. doi: 10.1016/j.yhbeh.2005.09.002

49. Blanchard, R., Kuban, M. E., Blak, T., Cantor, J. M., Klassen, P., & Dickey, R. (2006). Phallometric comparison of pedophilic interest in nonadmitting sexual offenders against stepdaughters, biological daughters, other biologically related girls, and unrelated girls. *Sexual Abuse: A Journal of Research and Treatment, 18,* 1–14. doi: 10.1007/s11194-006-9000-9

50. Blanchard, R., Cantor, J. M., & Robichaud, L. K. (2006). Biological factors in the development of sexual deviance and aggression in males. In H. E. Barbaree & W. L. Marshall (Eds.), *The juvenile sex offender* (2nd ed., pp. 77–104). New York: Guilford.

51. Cantor, J. M., Kuban, M. E., Blak, T., Klassen, P. E., Dickey, R., & Blanchard, R. (2006). Grade failure and special education placement in sexual offenders' educational histories. *Archives of Sexual Behavior, 35,* 743–751. doi: 10.1007/s10508-006-9018-6

52. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006). Child pornography offenses are a valid diagnostic indicator of pedophilia. *Journal of Abnormal Psychology, 115,* 610–615. doi: 10.1037/0021-843X.115.3.610

53. Zucker, K. J., Mitchell, J. N., Bradley, S. J., Tkachuk, J., Cantor, J. M., & Allin, S. M. (2006). The Recalled Childhood Gender Identity/Gender Role Questionnaire: Psychometric properties. *Sex Roles, 54,* 469–483. doi 10.1007/s11199-006-9019-x

54. Cantor, J. M., Blanchard, R., Robichaud, L. K., & Christensen, B. K. (2005). Quantitative reanalysis of aggregate data on IQ in sexual offenders. *Psychological Bulletin, 131,* 555–568. doi: 10.1037/0033-2909.131.4.555

55. Cantor, J. M., Klassen, P. E., Dickey, R., Christensen, B. K., Kuban, M. E., Blak, T., Williams, N. S., & Blanchard, R. (2005). Handedness in pedophilia and hebephilia. *Archives of Sexual Behavior, 34,* 447–459. doi: 10.1007/s10508-005-4344-7

56. Cantor, J. M., Blanchard, R., Christensen, B. K., Dickey, R., Klassen, P. E., Beckstead, A. L., Blak, T., & Kuban, M. E. (2004). Intelligence, memory, and handedness in pedophilia. *Neuropsychology, 18,* 3–14. doi: 10.1037/0894-4105.18.1.3

57. Blanchard, R., Kuban, M. E., Klassen, P., Dickey, R., Christensen, B. K., Cantor, J. M., & Blak, T. (2003). Self-reported injuries before and after age 13 in pedophilic and non-pedophilic men referred for clinical assessment. *Archives of Sexual Behavior, 32,* 573–581.

58. Blanchard, R., Christensen, B. K., Strong, S. M., Cantor, J. M., Kuban, M. E., Klassen, P., Dickey, R., & Blak, T. (2002). Retrospective self-reports of childhood accidents causing unconsciousness in phallometrically diagnosed pedophiles. *Archives of Sexual Behavior, 31,* 511–526.

59. Cantor, J. M., Blanchard, R., Paterson, A. D., Bogaert, A. F. (2002). How many gay men owe their sexual orientation to fraternal birth order? *Archives of Sexual Behavior, 31,* 63–71.

60. Cantor, J. M., Binik, Y. M., & Pfaus, J. G. (1999). Chronic fluoxetine inhibits sexual behavior in the male rat: Reversal with oxytocin. *Psychopharmacology*, *144*, 355–362.

61. Binik, Y. M., Cantor, J., Ochs, E., & Meana, M. (1997). From the couch to the keyboard: Psychotherapy in cyberspace. In S. Kiesler (Ed.), *Culture of the internet* (pp. 71–100). Mahwah, NJ: Lawrence Erlbaum.

62. Johnson, M. K., O'Connor, M., & Cantor, J. (1997). Confabulation, memory deficits, and frontal dysfunction. *Brain and Cognition*, *34*, 189–206.

63. Keane, M. M., Gabrieli, J. D. E., Monti, L. A., Fleischman, D. A., Cantor, J. M., & Nolan, J. S. (1997). Intact and impaired conceptual memory processes in amnesia. *Neuropsychology*, *11*, 59–69.

64. Pilkington, N. W., & Cantor, J. M. (1996). Perceptions of heterosexual bias in professional psychology programs: A survey of graduate students. *Professional Psychology: Research and Practice*, *27*, 604–612.

# PUBLICATIONS

## LETTERS AND COMMENTARIES

1. Cantor, J. M. (2015). Research methods, statistical analysis, and the phallometric test for hebephilia: Response to Fedoroff [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2499–2500. doi: 10.1111/jsm.13040

2. Cantor, J. M. (2015). In his own words: Response to Moser [Editorial Commentary]. *Journal of Sexual Medicine, 12,* 2502–2503. doi: 10.1111/jsm.13075

3. Cantor, J. M. (2015). Purported changes in pedophilia as statistical artefacts: Comment on Müller et al. (2014). *Archives of Sexual Behavior, 44,* 253–254. doi: 10.1007/s10508-014-0343-x

4. McPhail, I. V., & Cantor, J. M. (2015). Pedophilia, height, and the magnitude of the association: A research note. *Deviant Behavior, 36,* 288–292. doi: 10.1080/01639625.2014.935644

5. Soh, D. W., & Cantor, J. M. (2015). A peek inside a furry convention [Letter to the Editor]. *Archives of Sexual Behavior, 44,* 1–2. doi: 10.1007/s10508-014-0423-y

6. Cantor, J. M. (2012).  Reply to Italiano's (2012) comment on Cantor (2011) [Letter to the Editor]. *Archives of Sexual Behavior, 41,* 1081–1082.  doi: 10.1007/s10508-012-0011-y

7. Cantor, J. M. (2012). The errors of Karen Franklin's *Pretextuality* [Commentary]. *International Journal of Forensic Mental Health, 11,* 59–62. doi: 10.1080/14999013.2012.672945

8. Cantor, J. M., & Blanchard, R. (2012). White matter volumes in pedophiles, hebephiles, and teleiophiles [Letter to the Editor]. *Archives of Sexual Behavior, 41, 749–752.* doi: 10.1007/s10508-012-9954-2

9. Cantor, J. M. (2011). New MRI studies support the Blanchard typology of male-to-female transsexualism [Letter to the Editor]. *Archives of Sexual Behavior, 40*, 863–864. doi: 10.1007/s10508-011-9805-6

10. Zucker, K. J., Bradley, S. J., Own-Anderson, A., Kibblewhite, S. J., & Cantor, J. M. (2008). Is gender identity disorder in adolescents coming out of the closet? *Journal of Sex and Marital Therapy, 34,* 287–290.

11. Cantor, J. M. (2003, Summer). Review of the book *The Man Who Would Be Queen* by J. Michael Bailey. *Newsletter of Division 44 of the American Psychological Association, 19*(2), 6.

12. Cantor, J. M. (2003, Spring). What are the hot topics in LGBT research in psychology? *Newsletter of Division 44 of the American Psychological Association, 19*(1), 21–24.

13. Cantor, J. M. (2002, Fall). Male homosexuality, science, and pedophilia. *Newsletter of Division 44 of the American Psychological Association, 18*(3), 5–8.

14. Cantor, J. M. (2000). Review of the book *Sexual Addiction: An Integrated Approach. Journal of Sex and Marital Therapy, 26*, 107–109.

## EDITORIALS

1. Cantor, J. M. (2012). Editorial. *Sexual Abuse: A Journal of Research and Treatment, 24.*

2.  Cantor, J. M. (2011). Editorial note. *Sexual Abuse: A Journal of Research and Treatment, 23,* 414.

3.  Barbaree, H. E., & Cantor, J. M. (2010). Performance indicates for *Sexual Abuse: A Journal of Research and Treatment* (SAJRT) [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 22,* 371–373.

4.  Barbaree, H. E., & Cantor, J. M. (2009). *Sexual Abuse: A Journal of Research and Treatment* performance indicators for 2007 [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 21,* 3–5.

5.  Zucker, K. J., & Cantor, J. M. (2009). Cruising: Impact factor data [Editorial]. *Archives of Sexual Research, 38,* 878–882.

6.  Barbaree, H. E., & Cantor, J. M. (2008). Performance indicators for *Sexual Abuse: A Journal of Research and Treatment* [Editorial]. *Sexual Abuse: A Journal of Research and Treatment, 20,* 3–4.

7.  Zucker, K. J., & Cantor, J. M. (2008). The *Archives* in the era of online first ahead of print[Editorial]. *Archives of Sexual Behavior, 37,* 512–516.

8.  Zucker, K. J., & Cantor, J. M. (2006). The impact factor: The *Archives* breaks from the pack [Editorial]. *Archives of Sexual Behavior, 35,* 7–9.

9.  Zucker, K. J., & Cantor, J. M. (2005). The impact factor: "Goin' up" [Editorial]. *Archives of Sexual Behavior, 34,* 7–9.

10. Zucker, K., & Cantor, J. M. (2003). The numbers game: The impact factor and all that jazz [Editorial]. *Archives of Sexual Behavior, 32,* 3–5.

# FUNDING HISTORY

Principal Investigators: Doug VanderLaan, Meng-Chuan Lai
Co-Investigators: James M. Cantor, Megha Mallar Chakravarty, Nancy Lobaugh, M. Palmert, M. Skorska
Title: *Brain function and connectomics following sex hormone treatment in adolescents experience gender dysphoria*
Agency: Canadian Institutes of Health Research (CIHR), Behavioural Sciences-B-2
Funds: $650,250 / 5 years (July, 2018)

Principal Investigator: Michael C. Seto
Co-Investigators: Martin Lalumière , James M. Cantor
Title: *Are connectivity differences unique to pedophilia?*
Agency: University Medical Research Fund, Royal Ottawa Hospital
Funds: $50,000 / 1 year (January, 2018)

Principal Investigator: Lori Brotto
Co-Investigators: Anthony Bogaert, James M. Cantor, Gerulf Rieger
Title: *Investigations into the neural underpinnings and biological correlates of asexuality*
Agency: Natural Sciences and Engineering Research Council (NSERC), Discovery Grants Program
Funds: $195,000 / 5 years (April, 2017)

Principal Investigator: Doug VanderLaan
Co-Investigators: Jerald Bain, James M. Cantor, Megha Mallar Chakravarty, Sofia Chavez, Nancy Lobaugh, and Kenneth J. Zucker
Title: *Effects of sex hormone treatment on brain development: A magnetic resonance imaging study of adolescents with gender dysphoria*
Agency: Canadian Institutes of Health Research (CIHR), Transitional Open Grant Program
Funds: $952,955 / 5 years (September, 2015)

Principal Investigator: James M. Cantor
Co-Investigators: Howard E. Barbaree, Ray Blanchard, Robert Dickey, Todd A. Girard, Phillip E. Klassen, and David J. Mikulis
Title: *Neuroanatomic features specific to pedophilia*
Agency: Canadian Institutes of Health Research (CIHR)
Funds: $1,071,920 / 5 years (October, 2008)

Principal Investigator: James M. Cantor
Title: *A preliminary study of fMRI as a diagnostic test of pedophilia*
Agency: Dean of Medicine New Faculty Grant Competition, Univ. of Toronto
Funds: $10,000 (July, 2008)

Principal Investigator:    James M. Cantor
Co-Investigator:           Ray Blanchard
Title:                     *Morphological and neuropsychological correlates of pedophilia*
Agency:                    Canadian Institutes of Health Research (CIHR)
Funds:                     $196,902 / 3 years (April, 2006)

## KEYNOTE AND INVITED ADDRESSES

1. Cantor, J. M. (2021, September 28). *No topic too tough for this expert panel: A year in review.* Plenary Session for the 40th Annual Research and Treatment Conference, Association for the Treatment of Sexual Abusers.

2. Cantor, J. M. (2019, May 1). *Introduction and Q&A for 'I, Pedophile.'* StopSO 2nd Annual Conference, London, UK.

3. Cantor, J. M. (2018, August 29). *Neurobiology of pedophilia or paraphilia? Towards a 'Grand Unified Theory' of sexual interests.* Keynote address to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

4. Cantor, J. M. (2018, August 29). *Pedophilia and the brain: Three questions asked and answered.* Preconference training presented to the International Association for the Treatment of Sexual Offenders, Vilnius, Lithuania.

5. Cantor, J. M. (2018, April 13). *The responses to* I, Pedophile *from We, the people.* Keynote address to the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

6. Cantor, J. M. (2018, April 11). *Studying atypical sexualities: From vanilla to* I, Pedophile. Full day workshop at the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, Minnesota.

7. Cantor, J. M. (2018, January 20). *How much sex is enough for a happy life?* Invited lecture to the University of Toronto Division of Urology Men's Health Summit, Toronto, Canada.

8. Cantor, J. M. (2017, November 2). Pedophilia as a phenomenon of the brain: Update of evidence and the public response. Invited presentation to the 7th annual SBC education event, Centre for Addiction and Mental Health, Toronto, Canada.

9. Cantor, J. M. (2017, June 9). Pedophilia being in the brain: The evidence and the public's reaction. Invited presentation to *SEXposium at the ROM: The science of love and sex,* Toronto, Canada.

10. Cantor, J. M., & Campea, M. (2017, April 20). *"I, Pedophile" showing and discussion.* Invited presentation to the 42nd annual meeting of the Society for Sex Therapy and Research, Montréal, Canada.

11. Cantor, J. M. (2017, March 1). *Functional and structural neuroimaging of pedophilia: Consistencies across methods and modalities.* Invited lecture to the Brain Imaging Centre, Royal Ottawa Hospital, Ottawa, Canada.

12. Cantor, J. M. (2017, January 26). *Pedophilia being in the brain: The evidence and the public reaction.* Inaugural keynote address to the University of Toronto Sexuality Interest Network, Toronto, Ontario, Canada.

13. Cantor, J. M. (2016, October 14). *Discussion of CBC's "I, Pedophile."* Office of the Children's Lawyer Educational Session, Toronto, Ontario, Canada.

14. Cantor, J. M. (2016, September 15). *Evaluating the risk to reoffend: What we know and what we don't.* Invited lecture to the Association of Ontario Judges, Ontario Court of Justice Annual Family Law Program, Blue Mountains, Ontario, Canada. [Private link only: https://vimeo.com/239131108/3387c80652]

15. Cantor, J. M. (2016, April 8). *Pedophilia and the brain: Conclusions from the second generation of research.* Invited lecture at the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

16. Cantor, J. M. (2016, April 7). *Hypersexuality without the hyperbole.* Keynote address to the 10th annual Risk and Recovery Forensic Conference, Hamilton, Ontario.

17. Cantor, J. M. (2015, November). *No one asks to be sexually attracted to children: Living in Daniel's World.* Grand Rounds, Centre for Addiction and Mental Health. Toronto, Canada.

18. Cantor, J. M. (2015, August). *Hypersexuality: Getting past whether "it" is or "it" isn't.* Invited address at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

19. Cantor, J. M. (2015, July). *A unified theory of typical and atypical sexual interest in men: Paraphilia, hypersexuality, asexuality, and vanilla as outcomes of a single, dual opponent process.* Invited presentation to the 2015 Puzzles of Sexual Orientation conference, Lethbridge, AL, Canada.

20. Cantor, J. M. (2015, June). *Hypersexuality.* Keynote Address to the Ontario Problem Gambling Provincial Forum. Toronto, Canada.

21. Cantor, J. M. (2015, May). *Assessment of pedophilia: Past, present, future.* Keynote Address to the International Symposium on Neural Mechanisms Underlying Pedophilia and Child Sexual Abuse (NeMUP). Berlin, Germany.

22. Cantor, J. M. (2015, March). *Prevention of sexual abuse by tackling the biggest stigma of them all: Making sex therapy available to pedophiles.* Keynote address to the 40th annual meeting of the Society for Sex Therapy and Research, Boston, MA.

23. Cantor, J. M. (2015, March. *Pedophilia: Predisposition or perversion?* Panel discussion at Columbia University School of Journalism. New York, NY.

24. Cantor, J. M. (2015, February). *Hypersexuality.* Research Day Grand Rounds presentation to Ontario Shores Centre for Mental Health Sciences, Whitby, Ontario, Canada.

25. Cantor, J. M. (2015, January). *Brain research and pedophilia: What it means for assessment, research, and policy.* Keynote address to the inaugural meeting of the Netherlands Association for the Treatment of Sexual Abusers, Utrecht, Netherlands.

26. Cantor, J. M. (2014, December). *Understanding pedophilia and the brain: Implications for safety and society.* Keynote address for The Jewish Community Confronts Violence and Abuse: Crisis Centre for Religious Women, Jerusalem, Israel.

27. Cantor, J. M. (2014, October). *Understanding pedophilia & the brain.* Invited full-day workshop for the Sex Offender Assessment Board of Pennsylvania, Harrisburg, PA.

28. Cantor, J. M. (2014, September). *Understanding neuroimaging of pedophilia: Current status and implications.* Invited lecture presented to the Mental Health and Addition Rounds, St. Joseph's Healthcare, Hamilton, Ontario, Canada.

29. Cantor, J. M. (2014, June). *An evening with Dr. James Cantor.* Invited lecture presented to the Ontario Medical Association, District 11 Doctors' Lounge Program, Toronto, Ontario, Canada.

30. Cantor, J. M. (2014, April). *Pedophilia and the brain.* Invited lecture presented to the University of Toronto Medical Students lunchtime lecture. Toronto, Ontario, Canada.

31. Cantor, J. M. (2014, February). *Pedophilia and the brain: Recap and update.* Workshop presented at the 2014 annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Cle Elum, WA.

32. Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, February). *Functional connectivity in pedophilia.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario, Canada.

33. Cantor, J. M. (2013, November). *Understanding pedophilia and the brain: The basics, the current status, and their implications.* Invited lecture to the Forensic Psychology Research Centre, Carleton University, Ottawa, Canada.

34. Cantor, J. M. (2013, November). *Mistaking puberty, mistaking hebephilia.* Keynote address presented to the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

35. Cantor, J. M. (2013, October). *Understanding pedophilia and the brain: A recap and update.* Invited workshop presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

36. Cantor, J. M. (2013, October). *Compulsive-hyper-sex-addiction: I don't care what we all it, what can we* do*?* Invited address presented to the Board of Examiners of Sex Therapists and Counselors of Ontario, Toronto, Ontario, Canada.

37. Cantor, J. M. (2013, September). *Neuroimaging of pedophilia: Current status and implications.* McGill University Health Centre, Department of Psychiatry Grand Rounds presentation, Montréal, Québec, Canada.

38. Cantor, J. M. (2013, April). *Understanding pedophilia and the brain.* Invited workshop presented at the 2013 meeting of the Minnesota Association for the Treatment of Sexual Abusers, Minneapolis, MN.

39. Cantor, J. M. (2013, April). *The neurobiology of pedophilia and its implications for assessment, treatment, and public policy.* Invited lecture at the 38th annual meeting of the Society for Sex Therapy and Research, Baltimore, MD.

40. Cantor, J. M. (2013, April). *Sex offenders: Relating research to policy.* Invited roundtable presentation at the annual meeting of the Academy of Criminal Justice Sciences, Dallas, TX.

41. Cantor, J. M. (2013, March). *Pedophilia and brain research: From the basics to the state-of-the-art.* Invited workshop presented to the annual meeting of the Forensic Mental Health Association of California, Monterey, CA.

42. Cantor, J. M. (2013, January). *Pedophilia and child molestation.* Invited lecture presented to the Canadian Border Services Agency, Toronto, Ontario, Canada.

43. Cantor, J. M. (2012, November). *Understanding pedophilia and sexual offenders against children: Neuroimaging and its implications for public safety.* Invited guest lecture to University of New Mexico School of Medicine Health Sciences Center, Albuquerque, NM.

44. Cantor, J. M. (2012, November). *Pedophilia and brain research.* Invited guest lecture to the annual meeting of the Circles of Support and Accountability, Toronto, Ontario, Canada.

45. Cantor, J. M. (2012, January). *Current findings on pedophilia brain research.* Invited workshop at the San Diego International Conference on Child and Family Maltreatment, San Diego, CA.

46. Cantor, J. M. (2012, January). *Pedophilia and the risk to re-offend.* Invited lecture to the Ontario Court of Justice Judicial Development Institute, Toronto, Ontario, Canada.

47. Cantor, J. M. (2011, November). *Pedophilia and the brain: What it means for assessment, treatment, and policy.* Plenary Lecture presented at the Association for the Treatment of Sexual Abusers, Toronto, Ontario, Canada.

48. Cantor, J. M. (2011, July). *Towards understanding contradictory findings in the neuroimaging of pedophilic men.* Keynote address to 7th annual conference on Research in Forensic Psychiatry, Regensberg, Germany.

49. Cantor, J. M. (2011, March). *Understanding sexual offending and the brain: Brain basics to the state of the art.* Workshop presented at the winter conference of the Oregon Association for the Treatment of Sexual Abusers, Oregon City, OR.

50. Cantor, J. M. (2010, October). *Manuscript publishing for students.* Workshop presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

51. Cantor, J. M. (2010, August). *Is sexual orientation a paraphilia?* Invited lecture at the International Behavioral Development Symposium, Lethbridge, Alberta, Canada.

52. Cantor, J. M. (2010, March). *Understanding sexual offending and the brain: From the basics to the state of the art.* Workshop presented at the annual meeting of the Washington State Association for the Treatment of Sexual Abusers, Blaine, WA.

53. Cantor, J. M. (2009, January). *Brain structure and function of pedophilia men.* Neuropsychiatry Rounds, Toronto Western Hospital, Toronto, Ontario.

54. Cantor, J. M. (2008, April). *Is pedophilia caused by brain dysfunction?* Invited address to the University-wide Science Day Lecture Series, SUNY Oswego, Oswego, NY.

55. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, September). *MRIs of pedophilic men.* Invited presentation at the 25th annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

56. Cantor, J. M., Blanchard, R., & Christensen, B. K. (2003, March). *Findings in and implications of neuropsychology and epidemiology of pedophilia.* Invited lecture at the 28th annual meeting of the Society for Sex Therapy and Research, Miami.

57. Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, July). *Neuropsychological functioning in pedophiles.* Invited lecture presented at the 27th annual meeting of the International Academy of Sex Research, Bromont, Canada.

58. Cantor, J. M., Blanchard, R., Christensen, B., Klassen, P., & Dickey, R. (2001, February). *First glance at IQ, memory functioning and handedness in sex offenders.* Lecture presented at the Forensic Lecture Series, Centre for Addiction and Mental Health, Toronto, Ontario, Canada.

59. Cantor, J. M. (1999, November). *Reversal of SSRI-induced male sexual dysfunction: Suggestions from an animal model.* Grand Rounds presentation at the Allan Memorial Institute, Royal Victoria Hospital, Montréal, Canada.

## PAPER PRESENTATIONS AND SYMPOSIA

1. Cantor, J. M. (2020, April). "I'd rather have a trans kid than a dead kid": Critical assessment of reported rates of suicidality in trans kids. *Paper presented at the annual meeting of the Society for the Sex Therapy and Research.* Online in lieu of in person meeting.

2. Stephens, S., Lalumière, M., Seto, M. C., & Cantor, J. M. (2017, October). *The relationship between sexual responsiveness and sexual exclusivity in phallometric profiles.* Paper presented at the annual meeting of the Canadian Sex Research Forum, Fredericton, New Brunswick, Canada.

3. Stephens, S., Cantor, J. M., & Seto, M. C. (2017, March). *Can the SSPI-2 detect hebephilic sexual interest?* Paper presented at the annual meeting of the American-Psychology Law Society Annual Meeting, Seattle, WA.

4. Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Victim choice polymorphism and recidivism.* Symposium Presentation. Paper presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

5. McPhail, I. V., Hermann, C. A., Fernane, S. Fernandez, Y., Cantor, J. M., & Nunes, K. L. (2014, October). *Sexual deviance in sexual offenders against children: A meta-analytic review of phallometric research.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

6. Stephens, S., Seto, M. C., Cantor, J. M., & Goodwill, A. M. (2014, October). *Is hebephilic sexual interest a criminogenic need?: A large scale recidivism study.* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

7. Stephens, S., Seto, M. C., Cantor, J. M., & Lalumière, M. (2014, October). *Development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI–2).* Paper presented at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8. Cantor, J. M., Lafaille, S., Hannah, J., Kucyi, A., Soh, D., Girard, T. A., & Mikulis, D. M. (2014, September). *Pedophilia and the brain: White matter differences detected with DTI.* Paper presented at the 13th annual meeting of the International Association for the Treatment of Sexual Abusers, Porto, Portugal.

9. Stephens, S., Seto, M., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2014, March). *The role of hebephilic sexual interests in sexual victim choice.* Paper presented at the annual meeting of the American Psychology and Law Society, New Orleans, LA.

10. McPhail, I. V., Fernane, S. A., Hermann, C. A., Fernandez, Y. M., Nunes, K. L., & Cantor, J. M. (2013, November). *Sexual deviance and sexual recidivism in sexual offenders against children: A meta-analysis.* Paper presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago, IL.

11. Cantor, J. M. (2013, September). *Pedophilia and the brain: Current MRI research and its implications.* Paper presented at the 21st annual World Congress for Sexual Health, Porto Alegre, Brazil. [Featured among Best Abstracts, top 10 of 500.]

12. Cantor, J. M. (Chair). (2012, March). *Innovations in sex research.* Symposium conducted at the 37th annual meeting of the Society for Sex Therapy and Research, Chicago.

13. Cantor, J. M., & Blanchard, R. (2011, August). fMRI versus phallometry in the diagnosis of pedophilia and hebephilia. In J. M. Cantor (Chair), *Neuroimaging of men's object*

*preferences.* Symposium presented at the 37th annual meeting of the International Academy of Sex Research, Los Angeles, USA.

14. Cantor, J. M. (Chair). (2011, August). *Neuroimaging of men's object preferences.* Symposium conducted at the 37th annual meeting of the International Academy of Sex Research, Los Angeles.

15. Cantor, J. M. (2010, October). A meta-analysis of neuroimaging studies of male sexual arousal. In S. Stolerú (Chair), *Brain processing of sexual stimuli in pedophilia: An application of functional neuroimaging.* Symposium presented at the 29th annual meeting of the Association for the Treatment of Sexual Abusers, Phoenix, AZ.

16. Chivers, M. L., Seto, M. C., Cantor, J. C., Grimbos, T., & Roy, C. (April, 2010). *Psychophysiological assessment of sexual activity preferences in women.* Paper presented at the 35th annual meeting of the Society for Sex Therapy and Research, Boston, USA.

17. Cantor, J. M., Girard, T. A., & Lovett-Barron, M. (2008, November). *The brain regions that respond to erotica: Sexual neuroscience for dummies.* Paper presented at the 51st annual meeting of the Society for the Scientific Study of Sexuality, San Juan, Puerto Rico.

18. Barbaree, H., Langton, C., Blanchard, R., & Cantor, J. M. (2007, October). *The role of age-at-release in the evaluation of recidivism risk of sexual offenders.* Paper presented at the 26th annual meetingof the Association for the Treatment of Sexual Abusers, San Diego.

19. Cantor, J. M., Kabani, N., Christensen, B. K., Zipursky, R. B., Barbaree, H. E., Dickey, R., Klassen, P. E., Mikulis, D. J., Kuban, M. E., Blak, T., Richards, B. A., Hanratty, M. K., & Blanchard, R. (2006, July). *Pedophilia and brain morphology.* Abstract and paper presented at the 32nd annual meeting of the International Academy of Sex Research, Amsterdam, Netherlands.

20. Seto, M. C., Cantor, J. M., & Blanchard, R. (2006, March). *Child pornography offending is a diagnostic indicator of pedophilia*. Paper presented at the 2006 annual meeting of the American Psychology-Law Society Conference, St. Petersburg, Florida.

21. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove, S. M., & Ellis, L. (2005, August). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and paper presented at the International Behavioral Development Symposium, Minot, North Dakota.

22. Cantor, J. M., & Blanchard, R. (2005, July). *Quantitative reanalysis of aggregate data on IQ in sexual offenders.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

23. Cantor, J. M. (2003, August). *Sex reassignment on demand: The clinician's dilemma.* Paper presented at the 111th annual meeting of the American Psychological Association, Toronto, Canada.

24. Cantor, J. M. (2003, June). *Meta-analysis of VIQ–PIQ differences in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

25. Cantor, J. M. (2002, August). *Gender role in autogynephilic transsexuals: The more things change...* Paper presented at the 110th annual meeting of the American Psychological Association, Chicago.

26. Cantor, J. M., Christensen, B. K., Klassen, P. E., Dickey, R., & Blanchard, R. (2001, June). *IQ, memory functioning, and handedness in male sex offenders.* Paper presented at the Harvey Stancer Research Day, Toronto, Ontario, Canada.

27. Cantor, J. M. (1998, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 106th annual meeting of the American Psychological Association.

28. Cantor, J. M. (1997, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 105th annual meeting of the American Psychological Association.

29. Cantor, J. M. (1997, August). *Convention orientation for lesbian, gay, and bisexual students*. Paper presented at the 105th annual meeting of the American Psychological Association.

30. Cantor, J. M. (1996, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 104th annual meeting of the American Psychological Association.

31. Cantor, J. M. (1996, August). *Symposium: Question of inclusion: Lesbian and gay psychologists and accreditation*. Paper presented at the 104th annual meeting of the American Psychological Association, Toronto.

32. Cantor, J. M. (1996, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 104th annual meeting of the American Psychological Association.

33. Cantor, J. M. (1995, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 103rd annual meeting of the American Psychological Association.

34. Cantor, J. M. (1995, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 103rd annual meeting of the American Psychological Association.

35. Cantor, J. M. (1994, August). *Discussion hour for lesbian, gay, and bisexual students*. Presented at the 102nd annual meeting of the American Psychological Association.

36. Cantor, J. M. (1994, August). *Convention orientation for lesbian, gay, and bisexual students*. Papers presented at the 102nd annual meeting of the American Psychological Association.

37. Cantor, J. M., & Pilkington, N. W. (1992, August). *Homophobia in psychology programs: A survey of graduate students.* Paper presented at the Centennial Convention of the American Psychological Association, Washington, DC. (ERIC Document Reproduction Service No. ED 351 618)

38. Cantor, J. M. (1991, August). *Being gay and being a graduate student: Double the memberships, four times the problems*. Paper presented at the 99th annual meeting of the American Psychological Association, San Francisco.

# POSTER PRESENTATIONS

1. Klein, L., Stephens, S., Goodwill, A. M., Cantor, J. M., & Seto, M. C. (2015, October). *The psychological propensities of risk in undetected sexual offenders.* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

2. Pullman, L. E., Stephens, S., Seto, M. C., Goodwill, A. M., & Cantor, J. M. (2015, October). *Why are incest offenders less likely to recidivate?* Poster presented at the 34th annual meeting of the Association for the Treatment of Sexual Abusers, Montréal, Canada.

3. Seto, M. C., Stephens, S. M., Cantor, J. M., Lalumiere, M. L., Sandler, J. C., & Freeman, N. A. (2015, August). *The development and validation of the Revised Screening Scale for Pedophilic Interests (SSPI-2).* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

4. Soh, D. W., & Cantor, J. M. (2015, August). *A peek inside a furry convention.* Poster presentation at the 41st annual meeting of the International Academy of Sex Research. Toronto, Canada.

5. VanderLaan, D. P., Lobaugh, N. J., Chakravarty, M. M., Patel, R., Chavez, S. Stojanovski, S. O., Takagi, A., Hughes, S. K., Wasserman, L., Bain, J., Cantor, J. M., & Zucker, K. J. (2015, August). *The neurohormonal hypothesis of gender dysphoria: Preliminary evidence of cortical surface area differences in adolescent natal females.* Poster presentation at the 31st annual meeting of the International Academy of Sex Research. Toronto, Canada.

6. Cantor, J. M., Lafaille, S. J., Moayedi, M., Mikulis, D. M., & Girard, T. A. (2015, June). *Diffusion tensor imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Harvey Stancer Research Day, Toronto, Ontario Canada.

7. Newman, J. E., Stephens, S., Seto, M. C., & Cantor, J. M. (2014, October). *The validity of the Static-99 in sexual offenders with low intellectual abilities.* Poster presentation at the 33rd annual meeting of the Association for the Treatment of Sexual Abusers, San Diego, CA.

8. Lykins, A. D., Walton, M. T., & Cantor, J. M. (2014, June). *An online assessment of personality, psychological, and sexuality trait variables associated with self-reported hypersexual behavior.* Poster presentation at the 30th annual meeting of the International Academy of Sex Research, Dubrovnik, Croatia.

9. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, November). *The utility of phallometry in the assessment of hebephilia.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

10. Stephens, S., Seto, M. C., Cantor, J. M., Goodwill, A. M., & Kuban, M. (2013, October). *The role of hebephilic sexual interests in sexual victim choice.* Poster presented at the 32nd annual meeting of the Association for the Treatment of Sexual Abusers, Chicago.

11. Fazio, R. L., & Cantor, J. M. (2013, October). *Analysis of the Fazio Laterality Inventory (FLI) in a population with established atypical handedness.* Poster presented at the 33rd annual meeting of the National Academy of Neuropsychology, San Diego.

12. Lafaille, S., Hannah, J., Soh, D., Kucyi, A., Girard, T. A., Mikulis, D. M., & Cantor, J. M. (2013, August). *Investigating resting state networks in pedohebephiles.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

13. McPhail, I. V., Lykins, A. D., Robinson, J. J., LeBlanc, S., & Cantor, J. M. (2013, August). *Effects of prescription medication on volumetric phallometry output.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

14. Murray, M. E., Dyshniku, F., Fazio, R. L., & Cantor, J. M. (2013, August). *Minor physical anomalies as a window into the prenatal origins of pedophilia.* Poster presented at the 29th annual meeting of the International Academy of Sex Research, Chicago.

15. Sutton, K. S., Stephens, S., Dyshniku, F., Tulloch, T., & Cantor, J. M. (2013, August). *Pilot group treatment for "procrasturbation."* Poster presented at 39th annual meeting of the International Academy of Sex Research, Chicago.

16. Sutton, K. S., Pytyck, J., Stratton, N., Sylva, D., Kolla, N., & Cantor, J. M. (2013, August). *Client characteristics by type of hypersexuality referral: A quantitative chart review.* Poster presented at the 39th annual meeting of the International Academy of Sex Research, Chicago.

17. Fazio, R. L., & Cantor, J. M. (2013, June). *A replication and extension of the psychometric properties of the Digit Vigilance Test.* Poster presented at the 11th annual meeting of the American Academy of Clinical Neuropsychology, Chicago.

18. Lafaille, S., Moayedi, M., Mikulis, D. M., Girard, T. A., Kuban, M., Blak, T., & Cantor, J. M. (2012, July). *Diffusion Tensor Imaging (DTI) of the brain in pedohebephilic men: Preliminary analyses.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Lisbon, Portugal.

19. Lykins, A. D., Cantor, J. M., Kuban, M. E., Blak, T., Dickey, R., Klassen, P. E., & Blanchard, R. (2010, July). *Sexual arousal to female children in gynephilic men.* Poster presented at the 38th annual meeting of the International Academy of Sex Research, Prague, Czech Republic.

20. Cantor, J. M., Girard, T. A., Lovett-Barron, M., & Blak, T. (2008, July). *Brain regions responding to visual sexual stimuli: Meta-analysis of PET and fMRI studies.* Abstract and poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

21. Lykins, A. D., Blanchard, R., Cantor, J. M., Blak, T., & Kuban, M. E. (2008, July). *Diagnosing sexual attraction to children: Considerations for DSM-V.* Poster presented at the 34th annual meeting of the International Academy of Sex Research, Leuven, Belgium.

22. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, October). *Physical height in pedophilia and hebephilia.* Poster presented at the 26th annual meeting of the Association for the Treatment of Sexual Abusers, San Diego.

23. Cantor, J. M., Blak, T., Kuban, M. E., Klassen, P. E., Dickey, R. and Blanchard, R. (2007, August). *Physical height in pedophilia and hebephilia.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

24. Puts, D. A., Blanchard, R., Cardenas, R., Cantor, J., Jordan, C. L., & Breedlove, S. M. (2007, August). *Earlier puberty predicts superior performance on male-biased visuospatial tasks in men but not women.* Abstract and poster presented at the 33rd annual meeting of the International Academy of Sex Research, Vancouver, Canada.

25. Seto, M. C., Cantor, J. M., & Blanchard, R. (2005, November). *Possession of child pornography is a diagnostic indicator of pedophilia.* Poster presented at the 24th annual meeting of the Association for the Treatment of Sexual Abusers, New Orleans.

26. Blanchard, R., Cantor, J. M., Bogaert, A. F., Breedlove. S. M., & Ellis, L. (2005, July). *Interaction of fraternal birth order and handedness in the development of male homosexuality.* Abstract and poster presented at the 31st annual meeting of the International Academy of Sex Research, Ottawa, Canada.

27. Cantor, J. M., & Blanchard, R. (2003, July). *The reported VIQ–PIQ differences in male sex offenders are artifactual?* Abstract and poster presented at the 29th annual meeting of the International Academy of Sex Research, Bloomington, Indiana.

28. Christensen, B. K., Cantor, J. M., Millikin, C., & Blanchard, R. (2002, February). *Factor analysis of two brief memory tests: Preliminary evidence for modality-specific measurement.* Poster presented at the 30th annual meeting of the International Neuropsychological Society, Toronto, Ontario, Canada.

29. Cantor, J. M., Blanchard, R., Paterson, A., Bogaert, A. (2000, June). *How many gay men owe their sexual orientation to fraternal birth order?* Abstract and poster presented at the International Behavioral Development Symposium, Minot, North Dakota.

30. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, November). *Fluoxetine inhibition of male rat sexual behavior: Reversal by oxytocin*. Poster presented at the 26th annual meeting of the Society for Neurosciences, Washington, DC.

31. Cantor, J. M., Binik, Y., & Pfaus, J. G. (1996, June). *An animal model of fluoxetine-induced sexual dysfunction: Dose dependence and time course*. Poster presented at the 28th annual Conference on Reproductive Behavior, Montréal, Canada.

32. Cantor, J. M., O'Connor, M. G., Kaplan, B., & Cermak, L. S. (1993, June). *Transient events test of retrograde memory: Performance of amnestic and unimpaired populations*. Poster presented at the 2nd annual science symposium of the Massachusetts Neuropsychological Society, Cambridge, MA.

## EDITORIAL AND PEER-REVIEWING ACTIVITIES

### Editor-in-Chief

| | |
|---|---|
| *Sexual Abuse: A Journal of Research and Treatment* | Jan., 2010–Dec., 2014 |

### Editorial Board Memberships

| | |
|---|---|
| *Journal of Sexual Aggression* | Jan., 2010–Dec., 2021 |
| *Journal of Sex Research, The* | Jan., 2008–Aug., 2020 |
| *Sexual Abuse: A Journal of Research and Treatment* | Jan., 2006–Dec., 2019 |
| *Archives of Sexual Behavior* | Jan., 2004–Present |
| *The Clinical Psychologist* | Jan., 2004–Dec., 2005 |

### Ad hoc Journal Reviewer Activity

*American Journal of Psychiatry*
*Annual Review of Sex Research*
*Archives of General Psychiatry*
*Assessment*
*Biological Psychiatry*
*BMC Psychiatry*
*Brain Structure and Function*
*British Journal of Psychiatry*
*British Medical Journal*
*Canadian Journal of Behavioural Science*
*Canadian Journal of Psychiatry*
*Cerebral Cortex*
*Clinical Case Studies*
*Comprehensive Psychiatry*
*Developmental Psychology*
*European Psychologist*
*Frontiers in Human Neuroscience*
*Human Brain Mapping*
*International Journal of Epidemiology*
*International Journal of Impotence Research*
*International Journal of Sexual Health*
*International Journal of Transgenderism*
*Journal of Abnormal Psychology*
*Journal of Clinical Psychology*

*Journal of Consulting and Clinical Psychology*
*Journal of Forensic Psychology Practice*
*Journal for the Scientific Study of Religion*
*Journal of Sexual Aggression*
*Journal of Sexual Medicine*
*Journal of Psychiatric Research*
*Nature Neuroscience*
*Neurobiology Reviews*
*Neuroscience & Biobehavioral Reviews*
*Neuroscience Letters*
*Proceedings of the Royal Society B*
    *(Biological Sciences)*
*Psychological Assessment*
*Psychological Medicine*
*Psychological Science*
*Psychology of Men & Masculinity*
*Sex Roles*
*Sexual and Marital Therapy*
*Sexual and Relationship Therapy*
*Sexuality & Culture*
*Sexuality Research and Social Policy*
*The Clinical Psychologist*
*Traumatology*
*World Journal of Biological Psychiatry*

## GRANT REVIEW PANELS

2017–2021     Member, College of Reviewers, *Canadian Institutes of Health Research,* Canada.

2017          Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2017          Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany.

2016          Reviewer.  National Science Center [*Narodowe Centrum Nauki*], Poland.

2016          Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2015          Assessor (Peer Reviewer). Discovery Grants Program. *Australian Research Council,* Australia.

2015          Reviewer. *Czech Science Foundation,* Czech Republic.

2015          Reviewer, "Off the beaten track" grant scheme. *Volkswagen Foundation,* Germany.

2015          External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada

2015          Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2014          Assessor (Peer Reviewer).  Discovery Grants Program. *Australian Research Council,* Australia.

2014          External Reviewer, Discovery Grants program—Biological Systems and Functions. *National Sciences and Engineering Research Council of Canada*, Canada.

2014          Panel Member, Dean's Fund—Clinical Science Panel. *University of Toronto Faculty of Medicine*, Canada.

2014          Committee Member, Peer Review Committee—Doctoral Research Awards A. *Canadian Institutes of Health Research*, Canada.

2013          Panel Member, Grant Miller Cancer Research Grant Panel. *University of Toronto Faculty of Medicine*, Canada.

| 2013 | Panel Member, Dean of Medicine Fund New Faculty Grant Clinical Science Panel. *University of Toronto Faculty of Medicine,* Canada. |
|------|------|
| 2012 | Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence (2nd round). *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany. |
| 2012 | External Reviewer, University of Ottawa Medical Research Fund. *University of Ottawa Department of Psychiatry*, Canada. |
| 2012 | External Reviewer, Behavioural Sciences—B. *Canadian Institutes of Health Research*, Canada. |
| 2011 | Board Member, International Review Board, Research collaborations on behavioural disorders related to violence, neglect, maltreatment and abuse in childhood and adolescence. *Bundesministerium für Bildung und Forschung [Ministry of Education and Research],* Germany. |

# TEACHING AND TRAINING

**PostDoctoral Research Supervision**
**Law & Mental Health Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Dr. Katherine S. Sutton | Sept., 2012–Dec., 2013 |
| Dr. Rachel Fazio | Sept., 2012–Aug., 2013 |
| Dr. Amy Lykins | Sept., 2008–Nov., 2009 |

**Doctoral Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Michael Walton • University of New England, Australia | Sept., 2017–Aug., 2018 |
| Debra Soh • York University | May, 2013–Aug, 2017 |
| Skye Stephens • Ryerson University | April, 2012–June, 2016 |

**Masters Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Nicole Cormier • Ryerson University | June, 2012–present |
| Debra Soh • Ryerson University | May, 2009–April, 2010 |

**Undergraduate Research Supervision**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Kylie Reale • Ryerson University | Spring, 2014 |
| Jarrett Hannah • University of Rochester | Summer, 2013 |
| Michael Humeniuk • University of Toronto | Summer, 2012 |

**Clinical Supervision (Doctoral Internship)**
**Clinical Internship Program, Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Katherine S. Sutton • Queen's University | 2011–2012 |
| David Sylva • Northwestern University | 2011–2012 |
| Jordan Rullo • University of Utah | 2010–2011 |
| Lea Thaler • University of Nevada, Las Vegas | 2010–2011 |
| Carolin Klein • University of British Columbia | 2009–2010 |
| Bobby R. Walling • University of Manitoba | 2009–2010 |

# TEACHING AND TRAINING

**Clinical Supervision (Doctoral- and Masters- level practica)**
**Centre for Addiction and Mental Health, Toronto, Canada**

| | |
|---|---|
| Tyler Tulloch • Ryerson University | 2013–2014 |
| Natalie Stratton • Ryerson University | Summer, 2013 |
| Fiona Dyshniku • University of Windsor | Summer, 2013 |
| Mackenzie Becker • McMaster University | Summer, 2013 |
| Skye Stephens • Ryerson University | 2012–2013 |
| Vivian Nyantakyi • Capella University | 2010–2011 |
| Cailey Hartwick • University of Guelph | Fall, 2010 |
| Tricia Teeft • Humber College | Summer, 2010 |
| Allison Reeves • Ontario Institute for Studies in Education/Univ. of Toronto | 2009–2010 |
| Helen Bailey • Ryerson University | Summer, 2009 |
| Edna Aryee • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Iryna Ivanova • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Jennifer Robinson • Ontario Institute for Studies in Education/Univ. of Toronto | 2008–2009 |
| Zoë Laksman • Adler School of Professional Psychology | 2005–2006 |
| Diana Mandelew • Adler School of Professional Psychology | 2005–2006 |
| Susan Wnuk • York University | 2004–2005 |
| Hiten Lad • Adler School of Professional Psychology | 2004–2005 |
| Natasha Williams • Adler School of Professional Psychology | 2003–2004 |
| Lisa Couperthwaite • Ontario Institute for Studies in Education/Univ. of Toronto | 2003–2004 |
| Lori Gray, née Robichaud • University of Windsor | Summer, 2003 |
| Sandra Belfry • Ontario Institute for Studies in Education/Univ. of Toronto | 2002–2003 |
| Althea Monteiro • York University | Summer, 2002 |
| Samantha Dworsky • York University | 2001–2002 |
| Kerry Collins • University of Windsor | Summer, 2001 |
| Jennifer Fogarty • Waterloo University | 2000–2001 |
| Emily Cripps • Waterloo University | Summer, 2000 |
| Lee Beckstead • University of Utah | 2000 |

# PROFESSIONAL SOCIETY ACTIVITIES

## OFFICES HELD

| | |
|---|---|
| 2018–2019 | Local Host.  Society for Sex Therapy and Research. |
| 2015 | Member, International Scientific Committee, World Association for Sexual Health. |
| 2015 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2012–2013 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2012–2013 | Member, Program Planning and Conference Committee, Association for the Treatment of Sexual Abusers |
| 2011–2012 | Chair, Student Research Awards Committee, Society for Sex Therapy & Research |
| 2010–2011 | Scientific Program Committee, International Academy of Sex Research |
| 2002–2004 | Membership Committee • APA Division 12 (Clinical Psychology) |
| 2002–2003 | Chair, Committee on Science Issues, APA Division 44 |
| 2002 | Observer, Grant Review Committee • Canadian Institutes of Health Research Behavioural Sciences (B) |
| 2001–2009 | Reviewer • APA Division 44 Convention Program Committee |
| 2001, 2002 | Reviewer • APA Malyon-Smith Scholarship Committee |
| 2000–2005 | Task Force on Transgender Issues, APA Division 44 |
| 1998–1999 | Consultant, APA Board of Directors Working Group on Psychology Marketplace |
| 1997 | Student Representative • APA Board of Professional Affairs' Institute on TeleHealth |
| 1997–1998 | Founder and Chair • APA/APAGS Task Force on New Psychologists' Concerns |
| 1997–1999 | Student Representative • APA/CAPP Sub-Committee for a National Strategy for Prescription Privileges |
| 1997–1999 | Liaison • APA Committee for the Advancement of Professional Practice |
| 1997–1998 | Liaison • APA Board of Professional Affairs |
| 1993–1997 | Founder and Chair • APA/APAGS Committee on LGB Concerns |

27/32

# PROFESSIONAL SOCIETY ACTIVITIES

## MEMBERSHIPS

2017–2021    Member • *Canadian Sex Research Forum*

2009–Present  Member • *Society for Sex Therapy and Research*

2006–Present  Member (elected) • *International Academy of Sex Research*

2006–Present  Research and Clinical Member • *Association for the Treatment of Sex Abusers*

2003–2006    Associate Member (elected) • *International Academy of Sex Research*

2002        Founding Member • CPA Section on Sexual Orientation and Gender Identity

2001–2013    Member • *Canadian Psychological Association* (CPA)

2000–2015    Member • *American Association for the Advancement of Science*

2000–2015    Member • *American Psychological Association* (APA)

                            APA Division 12 (Clinical Psychology)

                            APA Division 44 (Society for the Psychological Study of LGB Issues)

2000–2020    Member • *Society for the Scientific Study of Sexuality*

1995–2000    Student Member • *Society for the Scientific Study of Sexuality*

1993–2000    Student Affiliate • *American Psychological Association*

1990–1999    Member, American Psychological Association of Graduate Students (APAGS)

# CLINICAL LICENSURE/REGISTRATION

Certificate of Registration, Number 3793
College of Psychologists of Ontario, Ontario, Canada


# AWARDS AND HONORS

## 2017 Elected Fellow, Association for the Treatment of Sexual Abusers

## 2011 Howard E. Barbaree Award for Excellence in Research
Centre for Addiction and Mental Health, Law and Mental Health Program

## 2004 fMRI Visiting Fellowship Program at Massachusetts General Hospital
American Psychological Association Advanced Training Institute and NIH

## 1999–2001 CAMH Post-Doctoral Research Fellowship
Centre for Addiction and Mental Health Foundation and Ontario Ministry of Health

## 1998 Award for Distinguished Contribution by a Student
American Psychological Association, Division 44

## 1995 Dissertation Research Grant
Society for the Scientific Study of Sexuality

## 1994–1996 McGill University Doctoral Scholarship

## 1994 Award for Outstanding Contribution to Undergraduate Teaching
"TA of the Year Award," from the McGill Psychology Undergraduate Student Association

# MAJOR MEDIA
(Complete list available upon request.)

## Feature-length Documentaries
Vice Canada Reports. _Age of Consent._ 14 Jan 2017.

Canadian Broadcasting Company. _I, Pedophile._ Firsthand documentaries. 10 Mar 2016.

## Appearances and Interviews
11 Mar 2020. Ibbitson, John. It is crucial that Parliament gets the conversion-therapy ban right. _The Globe & Mail._

25 Jan 2020. Ook de hulpvaardige buurman kan verzamelaar van kinderporno zin.  _De Morgen._

3 Nov 2019. Village of the damned.  _60 Minutes Australia._

1 Nov 2019. HÅKON F. HØYDAL. Norsk nettovergriper: – Jeg hater meg selv: Nordmannen laster ned overgrepsmateriale fra nettet – og oppfordrer politiet til å gi amnesti for slike som ham.

10 Oct 2019. Smith, T. Growing efforts are looking at how—or if—#MeToo offenders can be reformed.  _National Public Radio._

29 Sep 2019. Carey, B. Preying on Children: The Emerging Psychology of Pedophiles.  _New York Times._

29 Apr 2019.  Mathieu, Isabelle.  La poupée qui a troublé les Terre-Neuviens.  _La Tribune._

21 Mar 2019. Pope Francis wants psychological testing to prevent problem priests. But can it really do that?  _The Washington Post._

12 Dec 2018. Child sex dolls: Illegal in Canada, and dozens seized at the border. Ontario Today with Rita Celli. _CBC._

12 Dec 2018. Celli, R. & Harris, K. Dozens of child sex dolls seized by Canadian border agents. _CBC News._

27 Apr 2018. Rogers, Brook A. The online 'incel' culture is real–and dangerous. _New York Post._

25 Apr 2018. Yang, J. Number cited in cryptic Facebook post matches Alek Minassian's military ID: Source. _Toronto Star._

24 Ap 2018 Understanding 'incel'.  _CTV News._

27 Nov 2017. Carey, B. Therapy for Sexual Misconduct? It's Mostly Unproven. _New York Times._

14 Nov 2017. Tremonti, A. M. The Current. _CBC._

9 Nov2017. Christensen, J. Why men use masturbation to harass women. _CNN._ http://www.cnn.com/2017/11/09/health/masturbation-sexual-harassment/index.html

7 Nov 2017. Nazaryan, A. Why is the alt-right obsessed with pedophilia? _Newsweek._

15 Oct 2017. Ouatik, B. Découvre. Pédophilie et science. _CBC Radio Canada._

12 Oct 2017. Ouatik, B. Peut-on guérir la pédophilie? _CBC Radio Canada._

11 Sep 2017. Burns, C. The young paedophiles who say they don't abuse children. _BBC News._

18 Aug 2017. Interview. _National Post Radio._ Sirius XM Canada.

16 Aug 2017. Blackwell, Tom. Man says he was cured of pedophilia at Ottawa clinic: 'It's like a weight that's been lifted': But skeptics worry about the impact of sending pedophiles into the world convinced their curse has been vanquished. _National Post._

26 Apr 2017. Zalkind, S. Prep schools hid sex abuse just like the catholic church. _VICE._

24 Apr 2017. Sastre, P. Pédophilie: une panique morale jamais n'abolira un crime. _Slate France._

12 Feb 2017. Payette, G. Child sex doll trial opens Pandora's box of questions. _CBC News._

26 Nov 2016. Det morke uvettet ["The unknown darkness"]. _Fedrelandsvennen._

13 July 2016. Paedophilia: Shedding light on the dark field. _The Economist._

1 Jul 2016. Debusschere, B. Niet iedereen die kinderporno kijkt, is een pedofiel: De mythes rond pedofilie ontkracht. *De Morgen.*

12 Apr 2016. O'Connor, R. Terence Martin: The Tasmanian MP whose medication 'turned him into a paedophile'. *The Independent.*

8 Mar 2016. Bielski, Z. 'The most viscerally hated group on earth': Documentary explores how intervention can stop pedophiles. *The Globe and Mail.*

1 Mar 2016. Elmhirst, S. What should we do about paedophiles? *The Guardian.*

24 Feb 2016. The man whose brain tumour 'turned him into a paedophile'. *The Independent.*

24 Nov 2015. Byron, T. The truth about child sex abuse. *BBC Two.*

20 Aug 2015. The Jared Fogle case: Why we understand so little about abuse. *Washington Post.*

19 Aug 2015. Blackwell, T. Treat sex offenders for impotence—to keep them out of trouble, Canadian psychiatrist says. *National Post.*

2 Aug 2015. Menendez, J. BBC News Hour. *BBC World Service.*

13 Jul 2015. The nature of pedophilia. *BBC Radio 4.*

9 Jul 2015. The sex-offender test: How a computerized assessment can help determine the fate of men who've been accused of sexually abusing children. *The Atlantic.*

10 Apr 2015. NWT failed to prevent sex offender from abusing stepdaughter again. *CBC News.*

10 Feb 2015. Savage, D. "The ethical sadist." In Savage Love. *The Stranger.*

31 Jan 2015. Begrip voor/van pedofilie [Understanding pedophilia]. *de Volkskrant.*

9 Dec 2014. Carey, B. When a rapist's weapon is a pill. *New York Times.*

1 Dec 2014. Singal, J. Can virtual reality help pedophiles? *New York Magazine.*

17 Nov 2014. Say pedófile, busco aydua. *El Pais.*

4 Sep 2014. Born that way? *Ideas, with Paul Kennedy.* CBC Radio One.

27 Aug 2014. Interrogating the statistics for the prevalence of paedophilia. BBC.

25 Jul 2014. Stephenson, W. The prevalence of paedophilia. *BBC World Service.*

21 Jul 2014. Hildebrandt, A. Virtuous Pedophiles group gives support therapy cannot. *CBC.*

26 Jan 2014. Paedophilia a result of faulty wiring, scientists suggest. *Daily Mail.*

22 Dec 2013. Kane, L. Is pedophilia a sexual orientation? *Toronto Star.*

21 Jul 2013. Miller, L. The turn-on switch: Fetish theory, post-Freud. *New York Magazine.*

1 Jul 2013. Morin, H. Pédophilie: la difficile quête d'une origine biologique. *Le Monde.*

2 Jun 2013. Malcolm, L. The psychology of paedophilia. *Australian National Radio.*

1 Mar 2013. Kay, J. The mobbing of Tom Flanagan is unwarranted and cruel. *National Post.*

6 Feb 2013. Boy Scouts board delays vote on lifting ban on gays. *L.A. Times.*

31 Aug 2012. CNN Newsroom interview with Ashleigh Banfield. *CNN.*

24 Jun 2012. CNN Newsroom interview with Don Lemon. *CNN.*

31/32

## LEGAL TESTIMONY, PAST 5 YEARS

| | | |
|---|---|---|
| 2021 | Cross et al. v Loudoun School Board | Loudoun, VA |
| 2021 | Allan M. Josephson v Neeli Bendapudi | Western District of Kentucky |
| 2021 | Re Commitment of Michael Hughes (Frye Hearing) | Cook County, Illinois |
| 2019 | US vs Peter Bright | Southern District of New York, NY |
| 2019 | Probate and Family Court (Custody Hearing) | Boston, Massachusetts |
| 2019 | Re Commitment of Steven Casper (Frye Hearing) | Kendall County, Illinois |
| 2019 | Re Commitment of Inger (Frye Hearing) | Poughkeepsie, NY |
| 2018 | Re Commitment of Fernando Little (Frye Hearing) | Utica, NY |
| 2018 | Canada vs John Fitzpatrick (Sentencing Hearing) | Toronto, Ontario, Canada |

EXPERT REPORT OF JAMES M. CANTOR, PHD

# APPENDIX 2

JOURNAL OF SEX & MARITAL THERAPY
https://doi.org/10.1080/0092623X.2019.1698481





# Transgender and Gender Diverse Children and Adolescents: Fact-Checking of AAP Policy

James M. Cantor

Toronto Sexuality Centre, Toronto, Canada

**ABSTRACT**
The American Academy of Pediatrics (AAP) recently published a policy statement: *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents.* Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping gender diverse (GD) children, the AAP statement instead rejected that consensus, endorsing *gender affirmation* as the only acceptable approach. Remarkably, not only did the AAP statement fail to include any of the actual outcomes literature on such cases, but it also misrepresented the contents of its citations, which repeatedly said the very opposite of what AAP attributed to them.

The American Academy of Pediatrics (AAP) recently published a policy statement entitled, *Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents* (Rafferty, AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness, 2018). These are children who manifest discontent with the sex they were born as and desire to live as the other sex (or as some alternative gender role). The policy was quite a remarkable document: Although almost all clinics and professional associations in the world use what's called the *watchful waiting* approach to helping transgender and gender diverse (GD) children, the AAP statement rejected that consensus, endorsing only *gender affirmation.* That is, where the consensus is to delay any transitions after the onset of puberty, AAP instead rejected waiting before transition. With AAP taking such a dramatic departure from other professional associations, I was immediately curious about what evidence led them to that conclusion. As I read the works on which they based their policy, however, I was pretty surprised—rather alarmed, actually: These documents simply did not say what AAP claimed they did. In fact, the references that AAP cited as the basis of their policy instead outright contradicted that policy, repeatedly endorsing *watchful waiting.*

The AAP statement was also remarkable in what it left out—namely, the actual outcomes research on GD children. In total, there have been 11 follow-up studies of GD children, of which AAP cited one (Wallien & Cohen-Kettenis, 2008), doing so without actually mentioning the outcome data it contained. The literature on outcomes was neither reviewed, summarized, nor subjected to meta-analysis to be considered in the aggregate—It was merely disappeared. (The list of all existing studies appears in the appendix.) As they make clear, *every* follow-up study of GD children, without exception, found the same thing: Over puberty, the majority of GD children cease to want to transition. AAP is, of course, free to establish whatever policy it likes on

CONTACT James Cantor ✉ jamescantorphd@gmail.com 📧 Toronto Sexuality Centre, 2 Carlton Street, suite 1820, Toronto, Ontario M5B 1J3, Canada.
© 2019 Taylor & Francis Group, LLC

whatever basis it likes. But any assertion that their policy is based on evidence is demonstrably false, as detailed below.

AAP divided clinical approaches into three types—conversion therapy, watchful waiting, and gender affirmation. It rejected the first two and endorsed *gender affirmation* as the only acceptable alternative. Most readers will likely be familiar already with attempts to use conversion therapy to change sexual orientation. With regard to gender identity, AAP wrote:

> "[C]onversion" or "reparative" treatment models are used to prevent children and adolescents from identifying as transgender or to dissuade them from exhibiting gender-diverse expressions. ... Reparative approaches have been proven to be not only unsuccessful[38] but also deleterious and are considered outside the mainstream of traditional medical practice.[29,39–42]

The citations were:

38. Haldeman DC. The practice and ethics of sexual orientation conversion therapy. *J Consult Clin Psychol.* 1994;62(2):221–227.

29. Adelson SL; American Academy of Child and Adolescent Psychiatry (AACAP) Committee on Quality Issues (CQI). Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. *J Am Acad Child Adolesc Psychiatry.* 2012;51(9):957–974.

39. Byne W. Regulations restrict practice of conversion therapy. *LGBT Health.* 2016;3(2):97–99.

40. Cohen-Kettenis PT, Delemarrevan de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: changing insights. *J Sex Med.* 2008;5(8):1892–1897.

41. Bryant K. Making gender identity disorder of childhood: historical lessons for contemporary debates. *Sex Res Soc Policy.* 2006;3(3):23–39.

42. World Professional Association for Transgender Health. *WPATH De-Psychopathologisation Statement.* Minneapolis, MN: World Professional Association for Transgender Health; 2010.

AAP's claims struck me as odd because *there are no studies of conversion therapy for gender identity.* Studies of conversion therapy have been limited to *sexual orientation,* and, moreover, to the sexual orientation *of adults,* not to gender identity and not of children in any case. The article AAP cited to support their claim (reference number 38) is indeed a classic and well-known review, but it is a review of sexual orientation research *only.* Neither gender identity, nor even children, received a single mention in it. Indeed, the narrower scope of that article should be clear to anyone reading even just its title: "The practice and ethics of *sexual orientation* conversion therapy" [italics added].

AAP continued, saying that conversion approaches for GD children have already been rejected by medical consensus, citing five sources. This claim struck me as just as odd, however—I recalled associations banning conversion therapy for sexual orientation, but not for gender identity, exactly because there is no evidence for generalizing from adult sexual orientation to childhood gender identity. So, I started checking AAP's citations for that, and these sources too pertained only to sexual orientation, not gender identity (specifics below). What AAP's sources *did* repeatedly emphasize was that:

A. Sexual orientation of adults is unaffected by conversion therapy and any other [known] intervention;

B. Gender dysphoria in childhood before puberty desists in the majority of cases, becoming (cis-gendered) homosexuality in adulthood, again regardless of any [known] intervention; and

C. Gender dysphoria in childhood persisting after puberty tends to persist entirely.

That is, in the context of GD children, it simply makes no sense to refer to externally induced "conversion": The majority of children "convert" to cisgender or "desist" from transgender

*regardless* of any attempt to change them. "Conversion" only makes sense with regard to adult sexual orientation because (unlike childhood gender identity), adult homosexuality never or nearly never spontaneously changes to heterosexuality. Although gender identity and sexual orientation may often be analogous and discussed together with regard to social or political values and to civil rights, they are nonetheless distinct—with distinct origins, needs, and responses to medical and mental health care choices. Although AAP emphasized to the reader that "gender identity is not synonymous with 'sexual orientation'" (Rafferty et al., 2018, p. 3), they went ahead to treat them as such nonetheless.

To return to checking AAP's fidelity to its sources: Reference 29 was a practice guideline from the Committee on Quality Issues of the American Academy of Child and Adolescent Psychiatry (AACAP). Despite AAP applying this source to *gender identity,* AACAP was quite unambiguous regarding their intent to speak to sexual orientation and *only* to sexual orientation: "Principle 6. Clinicians should be aware that there is no evidence that *sexual orientation* can be altered through therapy, and that attempts to do so may be harmful. There is no established evidence that change in a predominant, enduring *homosexual* pattern of development is possible. Although sexual fantasies can, to some degree, be suppressed or repressed by those who are ashamed of or in conflict about them, sexual desire is not a choice. However, behavior, social role, and—to a degree—identity and self-acceptance are. Although operant conditioning modifies sexual fetishes, it does not alter *homosexuality.* Psychiatric efforts to alter *sexual orientation* through 'reparative therapy' *in adults* have found little or no change in *sexual orientation,* while causing significant risk of harm to self-esteem" (AACAP, 2012, p. 967, italics added).

Whereas AAP cites AACAP to support gender affirmation as the only alternative for treating GD children, AACAP's actual view was decidedly neutral, noting the lack of evidence: "Given the lack of empirical evidence from randomized, controlled trials of the efficacy of treatment aimed at eliminating gender discordance, the potential risks of treatment, and longitudinal evidence that gender discordance persists in only a small minority of untreated cases arising in childhood, further research is needed on predictors of persistence and desistence of childhood gender discordance as well as the long-term risks and benefits of intervention before any treatment to eliminate gender discordance can be endorsed" (AACAP, 2012, p. 969). Moreover, whereas AAP rejected watchful waiting, what AACAP recommended was: "In general, it is desirable to help adolescents who may be experiencing gender distress and dysphoria to defer sex reassignment until adulthood" (AACAP, 2012, p. 969). So, not only did AAP attribute to AACAP something AACAP never said, but also AAP withheld from readers AACAP's actual view.

Next, in reference 39, Byne (2016) also addressed only sexual orientation, doing so very clearly: "Reparative therapy is a subset of conversion therapies based on the premise that *same-sex attraction* are reparations for childhood trauma. Thus, practitioners of reparative therapy believe that exploring, isolating, and repairing these childhood emotional wounds will often result in reducing *same-sex attractions*" (Byne, 2016, p. 97). Byne does not say this of gender identity, as the AAP statement misrepresents.

In AAP reference 40, Cohen-Kettenis et al. (2008) did finally pertain to gender identity; however, this article never mentions conversion therapy. (!) Rather, in this study, the authors presented that clinic's lowering of their minimum age for cross-sex hormone treatment from age 18 to 16, which they did on the basis of a series of studies showing the high rates of success with this age group. Although it did strike me as odd that AAP picked as support against conversion therapy an article that did not mention conversion therapy, I could imagine AAP cited the article as an example of what the "mainstream of traditional medical practice" consists of (the logic being that conversion therapy falls outside what an 'ideal' clinic like this one provides). However, what this clinic provides is the very *watchful waiting* approach that AAP rejected. The approach

espoused by Cohen-Kettenis (and the other clinics mentioned in the source—Gent, Boston, Oslo, and now formerly, Toronto) is to make puberty-halting interventions available at age 12 because: "[P]ubertal suppression may give adolescents, together with the attending health professional, more time to explore their gender identity, without the distress of the developing secondary sex characteristics. The precision of the diagnosis may thus be improved" (Cohen-Kettenis et al., 2008, p. 1894).

Reference 41 presented a very interesting history spanning the 1960s–1990s about how feminine boys and tomboyish girls came to be recognized as mostly pre-homosexual, and how that status came to be entered into the DSM at the same time as homosexuality was being *removed* from the DSM. Conversion therapy is never mentioned. Indeed, to the extent that Bryant mentions treatment at all, it is to say that treatment is entirely irrelevant to his analysis: "An important omission from the *DSM* is a discussion of the kinds of treatment that GIDC children should receive. (This omission is a general orientation of the DSM and not unique to GIDC)" (Bryant, 2006, p. 35). How this article supports AAP's claim is a mystery. Moreover, how AAP could cite a 2006 history discussing events of the 1990s and earlier to support a claim about the *current* consensus in this quickly evolving discussion remains all the more unfathomable.

Cited last in this section was a one-paragraph press release from the World Professional Association for Transgender Health. Written during the early stages of the American Psychiatric Association's (APA's) update of the DSM, the statement asserted simply that "The WPATH Board of Directors strongly urges the de-psychopathologisation of gender variance worldwide." Very reasonable debate can (and should) be had regarding whether gender dysphoria should be removed from the DSM as homosexuality was, and WPATH was well within its purview to assert that it should. Now that the DSM revision process is years completed however, history has seen that APA ultimately retained the diagnostic categories, rejecting WPATH's urging. This makes AAP's logic entirely backwards: That WPATH's request to depathologize gender dysphoria was *rejected* suggests that it is *WPATH's* view—and therefore the AAP policy—which fall "outside the mainstream of traditional medical practice." (!)

AAP based this entire line of reasoning on their belief that conversion therapy is being used "to prevent children and adolescents from identifying as transgender" (Rafferty et al., 2018, p. 4). That claim is left without citation or support. In contrast, what is said by AAP's sources is "delaying affirmation should *not* be construed as conversion therapy or an attempt to change gender identity" in the first place (Byne, 2016, p. 2). Nonetheless, AAP seems to be doing exactly that: simply relabeling any alternative approach as equivalent to conversion therapy.

Although AAP (and anyone else) may reject (what they label to be) conversion therapy purely on the basis of political or personal values, there is no evidence to back the AAP's stated claim about the existing science on gender identity at all, never mind gender identity of children.

AAP also dismissed the watchful waiting approach out of hand, not citing any evidence, but repeatedly calling it "outdated." The criticisms AAP provided, however, again defied the existing evidence, with even its own sources repeatedly calling watchful waiting the current standard. According to AAP:

> [G]ender affirmation is in contrast to the outdated approach in which a child's gender-diverse assertions are held as "possibly true" until an arbitrary age (often after pubertal onset) when they can be considered valid, an approach that authors of the literature have termed "watchful waiting." This outdated approach does not serve the child because critical support is withheld. Watchful waiting is based on binary notions of gender in which gender diversity and fluidity is pathologized; in watchful waiting, it is also assumed that notions of gender identity become fixed at a certain age. The approach is also influenced by a group of early studies with validity concerns, methodologic flaws, and limited follow-up on children who identified as TGD and, by adolescence, did not seek further treatment ("desisters").[45,47]

The citations from AAP's reference list are:

45. Ehrensaft D, Giammattei SV, Storck K, Tishelman AC, Keo-Meier C. Prepubertal social gender transitions: what we know; what we can learn—a view from a gender affirmative lens. *Int J Transgend.* 2018;19(2):251–268

47. Olson KR. Prepubescent transgender children: what we do and do not know. *J Am Acad Child Adolesc Psychiatry.* 2016;55(3):155–156.e3

I was surprised first by the AAP's claim that watchful waiting's delay to puberty was somehow "arbitrary." The literature, including AAP's sources, repeatedly indicated the pivotal importance of puberty, noting that outcomes strongly diverge at that point. According to AAP reference 29, in "*prepubertal* boys with gender discordance—including many without any mental health treatment—the cross gender wishes usually fade over time and do not persist into adulthood, with only 2.2% to 11.9% continuing to experience gender discordance" (Adelson & AACAP, 2012, p. 963, italics added), whereas "when gender variance with the desire to be the other sex is present *in adolescence,* this desire usually does persist through adulthood" (Adelson & AACAP, 2012, p. 964, italics added). Similarly, according to AAP reference 40, "Symptoms of GID *at prepubertal ages* decrease or even disappear in a considerable percentage of children (estimates range from 80–95%). Therefore, any intervention in childhood would seem premature and inappropriate. However, GID persisting *into early puberty* appears to be highly persistent" (Cohen-Kettenis et al., 2008, p. 1895, italics added). That follow-up studies of prepubertal transition differ from postpubertal transition is the very meaning of non-arbitrary. AAP gave readers exactly the reverse of what was contained in its own sources. If AAP were correct in saying that puberty is an arbitrarily selected age, then AAP will be able to offer another point to wait for with as much empirical backing as puberty has.

Next, it was not clear on what basis AAP could say that watchful waiting withholds support—AAP cited no support for its claim. The people in such programs often receive substantial support during this period. Also unclear is on what basis AAP could already know exactly which treatments are "critical" and which are not—Answering that question is the very purpose of this entire endeavor. Indeed, the logic of AAP's claim appears entirely circular: It is only if one were already pre-convinced that gender affirmation is the only acceptable alternative that would make watchful waiting seem to withhold critical support—What it delays is gender affirmation, the method one has already decided to be critical.

Although AAP's next claim did not have a citation appearing at the end of its sentence, binary notions of gender were mentioned both in references 45 and 47. Specifically, both pointed out that existing outcome studies have been about people transitioning from one sex to the other, rather than from one sex to an in-between status or a combination of masculine/feminine features. Neither reference presented this as a reason to reject the results from the existing studies of complete transition however (which is how AAP cast it). Although it is indeed true that the outcome data have been about complete transition, some future study showing that partial transition shows a different outcome would not invalidate what is known about complete transition. Indeed, data showing that partial transition gives better outcomes than complete transition would, once again, support the watchful waiting approach which AAP rejected.

Next was a vague reference alleging concerns and criticisms about early studies. Had AAP indicated what those alleged concerns and flaws were (or which studies they were), then it would be possible to evaluate or address them. Nonetheless, the argument is a red herring: Because all of the later studies showed the same result as did the early studies, any such allegation is necessarily moot.

Reference 47 was a one-and-a-half page commentary in which the author off-handedly mentions criticisms previously made of three of the eleven outcome studies of GD children, but does not provide any analysis or discussion. The only specific claim was that studies (whether early or late) had limited follow-up periods—the logic being that had outcome researchers lengthened the follow-up period, then people who seemed to have desisted might have returned to the clinic as

cases of "persistence-after-interruption." Although one could debate the merits of that prediction, AAP instead simply withheld from the reader the result from the original researchers having tested that very prediction directly: Steensma and Cohen-Kettenis (2015) conducted another analysis of their cohort, by then ages 19–28 (mean age 25.9 years), and found that 3.3% (5 people of the sample of 150) later returned. That is, in long-term follow-up, the childhood sample showed 66.7% desistence instead of 70.0% desistance.

Reference 45 did not support the claim that watchful-waiting is "outdated" either. Indeed, that source said the very opposite, explicitly referring to watchful waiting as the *current* approach: "Put another way, if clinicians are straying from SOC 7 guidelines for social transitions, not abiding by the watchful waiting model *favored by the standards,* we will have adolescents who have been consistently living in their affirmed gender since age 3, 4, or 5" (Ehrensaft et al., 2018, p. 255). Moreover, Ehrensaft et al. said there are cases in which they too would still use watchful waiting: "When a child's gender identity is unclear, the watchful waiting approach can give the child and their family time to develop a clearer understanding and is not necessarily in contrast to the needs of the child" (p. 259). Ehrensaft et al. are indeed critical of the watchful waiting model (which they feel is applied too conservatively), but they do not come close to the position the AAP policy espouses. Where Ehrensaft summaries the potential benefits and potential risks both to transitioning and not transitioning, the AAP presents an ironically binary narrative.

In its policy statement, AAP told neither the truth nor the whole truth, committing sins both of commission and of omission, asserting claims easily falsified by anyone caring to do any fact-checking at all. AAP claimed, "This policy statement is focused specifically on children and youth that identify as TGD rather than the larger LGBTQ population"; however, much of that evidence was about sexual orientation, not gender identity. AAP claimed, "Current available research and expert opinion from clinical and research leaders … will serve as the basis for recommendations" (pp. 1–2); however, they provided recommendations entirely unsupported and even in direct opposition to that research and opinion.

AAP is advocating for something far in excess of mainstream practice and medical consensus. In the presence of compelling evidence, that is just what is called for. The problems with Rafferty, however, do not constitute merely a misquote, a misinterpretation of an ambiguous statement, or a missing reference or two. Rather, AAP's statement is a systematic exclusion and misrepresentation of entire literatures. Not only did AAP fail to provide compelling evidence, it failed to provide the evidence at all. Indeed, AAP's recommendations are *despite* the existing evidence.

## Disclosure statement

No potential conflict of interest was reported by the author.

## References

Rafferty, J., AAP Committee on Psychosocial Aspects of Child and Family Health, AAP Committee on Adolescence, AAP Section on Lesbian, Gay, Bisexual, and Transgender Health and Wellness. (2018). Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. *Pediatrics*, *142*(4), e20182162 doi:10.1542/peds.2018-2162

Steensma, T. D., & Cohen-Kettenis, P. T. (2015). More than two developmental pathways in children with gender dysphoria? *Journal of the American Academy of Child and Adolescent Psychiatry*, *52*, 147–148. doi:10.1016/j.jaac.2014.10.016

Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry*, *47*, 1413–1423. doi:10.1097/CHI.0b013e31818956b9

## Appendix

| Count | Group | Study |
|---|---|---|
| 2/16<br>4/16<br>10/16 | gay*<br>trans-/crossdress<br>straight*/uncertain | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128,* 1283–1289. |
| 2/16<br>2/16<br>12/16 | trans-<br>uncertain<br>gay | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19,* 363–369. |
| 0/9<br>9/9 | trans-<br>gay | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4,* 29–41. |
| 2/45<br>10/45<br>33/45 | trans-/crossdress<br>uncertain<br>gay | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172,* 90–97. |
| 1/10<br>2/10<br>3/10<br>4/10 | trans-<br>gay<br>uncertain<br>straight | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15,* 511–517. |
| 1/44<br>43/44 | trans-<br>cis- | Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press. |
| 0/8<br>8/8 | trans-<br>cis- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146,* 565–569. |
| 21/54<br>33/54 | trans-<br>cis- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47,* 1413–1423. |
| 3/25<br>6/25<br>16/25 | trans-<br>lesbian/bi-<br>straight | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with gender identity disorder. *Developmental Psychology, 44,* 34–45. |
| 17/139<br>122/139 | trans-<br>cis- | Singh, D. (2012). *A follow-up study of boys with gender identity disorder.* Unpublished doctoral dissertation, University of Toronto. |
| 47/127<br>80/127 | trans-<br>cis- | Steensma, T. D., McGuire, J. K., Kreukels, B. P. C., Beekman, A. J., & Cohen-Kettenis, P. T. (2013). Factors associated with desistence and persistence of childhood gender dysphoria: A quantitative follow-up study. *Journal of the American Academy of Child and Adolescent Psychiatry, 52,* 582–590. |

*For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc.

3/18/22, 2:35 PM    Sexology Today!: Do trans- kids stay trans- when they grow up?

Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 789 of 902 PageID #: 2073

# *Sexology Today!*

Exhibit 19

News and commentary from the fascinating science of sex, by Dr. James Cantor.

11 January 2016

## *Do trans- kids stay trans- when they grow up?*

Following the closure of the CAMH Gender Identity Clinic for children, I have been receiving requests for what the science says. Do kids grow out of wanting to change sex, or does it continue when they are adults?

In total, there have been three large scale follow-up studies and a handful of smaller ones. I have listed all of them below, together with their results. (In the table, "cis-" means non-transsexual.) Despite the differences in country, culture, decade, and follow-up length and method, all the studies have come to a remarkably similar conclusion: Only very few trans- kids still want to transition by the time they are adults. Instead, they generally turn out to be regular gay or lesbian folks. The exact number varies by study, but roughly 60–90% of trans- kids turn out no longer to be trans by adulthood.

| Count Group | Study |
|---|---|
| 2/16 gay<br>4/16 trans-/crossdress<br>10/16 straight/uncertain | Lebovitz, P. S. (1972). Feminine behavior in boys: Aspects of its outcome. *American Journal of Psychiatry, 128*, 1283–1289. |
| 2/16 trans-<br>2/16 uncertain<br>12/16 gay | Zuger, B. (1978). Effeminate behavior present in boys from childhood: Ten additional years of follow-up. *Comprehensive Psychiatry, 19*, 363–369. |
| 0/5 trans-<br>5/5 gay | Money, J., & Russo, A. J. (1979). Homosexual outcome of discordant gender identity/role: Longitudinal follow-up. *Journal of Pediatric Psychology, 4*, 29–41. |
| 2/45 trans-/crossdress<br>10/45 uncertain<br>33/45 gay | Zuger, B. (1984). Early effeminate behavior in boys: Outcome and significance for homosexuality. *Journal of Nervous and Mental Disease, 172*, 90–97. |
| 1/10 trans-<br>2/10 gay<br>3/10 uncertain<br>4/10 straight | Davenport, C. W. (1986). A follow-up study of 10 feminine boys. *Archives of Sexual Behavior, 15*, 511–517. |
| 1/44 trans-<br>43/44 cis- | Green, R. (1987). *The "sissy boy syndrome" and the development of homosexuality.* New Haven, CT: Yale University Press. |
| 0/8 trans-<br>8/8 cis- | Kosky, R. J. (1987). Gender-disordered children: Does inpatient treatment help? *Medical Journal of Australia, 146*, 565–569. |
| 21/54 trans-<br>33/54 cis- | Wallien, M. S. C., & Cohen-Kettenis, P. T. (2008). Psychosexual outcome of gender-dysphoric children. *Journal of the American Academy of Child and Adolescent Psychiatry, 47*, 1413–1423. |
| 3/25 trans-<br>6/25 lesbian-bi-<br>16/25 straight | Drummond, K. D., Bradley, S. J., Badali-Peterson, M., & Zucker, K. J. (2008). A follow-up study of girls with |

Welcome to *Sexology Today!*

*Sexology Today!* brings to readers new research findings in the fascinating science of sex, translating the often technical language of science into plain-language summaries. The Internet has no shortage of political opinion about sexuality, but very little scientific opinion. Despite the enormous public interest in our work, professional scientists often stick to publishing in technical journals in technical language, and with publishing houses charging $35 and more per download, the general public has little opportunity to be exposed to new scientific findings in sex research. I hope Sexology Today helps to bridge that gap.

Topics

- Asexuality
- Diagnosis
- Fetishes
- Hebephilia
- Homosexuality
- Hypersexuality ("sex addiction")
- Letters
- Paraphilia
- Pedophilia
- Sex offenders
- Sexology
- Students
- Transgender

Author



**James M. Cantor, PhD**

Dr. Cantor is a mental, behavioral sciences, studying and teaching sexology, especially atypical sexualities, for over 25 years. His research has been published in *Psychological Bulletin*, the *Journal of Abnormal Psychology*, and the *Journal of Consulting and Clinical Psychology*, and he serves as Editor-in-Chief of *Sexual Abuse: A Journal of Research and Treatment*. He has appeared in diverse venues, ranging from *CNN*, the *BBC*, *The New York Times*, and Dan Savage's *Savage Love*.

3/18/22, 2:35 PM
Case 1:22-cv-01075-JMS-MKK   Document 47-1   Filed 06/30/22   Page 790 of 902 PageID #:
2074
Sexology Today: Do trans- kids stay trans- when they grow up?

gender identity disorder. *Developmental Psychology,*
*44,* 34–45.

17/139 trans-
122/139 cis-

Singh, D. (2012). *A follow-up study of boys with*
*gender identity disorder.* Unpublished doctoral
dissertation, University of Toronto.

47/127 trans-
80/127 cis-

Steensma, T. D., McGuire, J. K., Kreukels, B. P. C.,
Beekman, A. J., & Cohen-Kettenis, P. T. (2013).
Factors associated with desistence and persistence of
childhood gender dysphoria: A quantitative follow-up
study. *Journal of the American Academy of Child and*
*Adolescent Psychiatry, 52,* 582–590.

\*For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc.

## 40 comments:


**Jennie Blakney** 11 January 2016 at 10:26
Thank you. This is a wonderful resource.
Reply

**Anonymous** 11 January 2016 at 11:03
Thanks for posting the evidence. What a shame identity politics trumps science.

Ray Hames
Reply

Replies


**SPSM** 13 January 2016 at 13:06
Evidence? I'd prefer to see the studies and their methodologies. My understanding is that these
were studies of gender non-conforming children, most of which wouldn't be trans anyway. That
there as large a percentage of these kids who do turn out to be trans should be an indicator that
the issue is real and deserves to be taken seriously.

**Anonymous** 14 January 2017 at 12:39
Are you really saying that only kids who don't desist should be included in a study of how many
kids desist? I cannot imagine how (or why) you would do such a study, but it would obviously
prove nothing if you did.

The burden of proof is on the trans-affirmative approach. Where are the longitudinal studies that
show its outcomes?


**Unknown** 31 August 2017 at 21:15
The whole point of full references is to enable you to see the studies and their methodologies. Go
for it, but don't complain that a short article for average people doesn't do all the work for you.

Reply


**Martin** 12 January 2016 at 08:44
Thanks for the nice info at a glance
Reply


**Sian** 12 January 2016 at 12:09
Hello Dr Cantor. Could you provide any links to the studies so that we can have a more in-depth
understanding of the data collection and analysis? Many thanks

Summaries of his research and other projects are
available at JamesCantor.org.

**Top Posts**

Do trans- kids stay trans- when they grow
up?

Statistics faulty on how many trans- kids
grow up to stay trans-?

Open Letter of Resignation from the Society
for the Scientific Study of Sexuality (SSSS)

American Academy of Pediatrics policy and
trans- kids:
Fact-checking

On Russo's Is there something unique about
the transgender brain? Well, yes and no.

**Currently, on twitter...**

Tweets by @JamesCantorPhD


**Dr. James Cantor**
@JamesCantorPhD

Oy vey.

If you're only going to promote the
science that supports your politics,
you're not promoting science at all.
#ScienceOverSlogans
https://twitter.com/Sex_Science/status
/1504006657914916868

4h


**Dr. James Cantor**
@JamesCantorPhD

Medicine can either be evidence-
based or rely on an "inner sense."
Not both

4h


**Dr. James Cantor**
@JamesCantorPhD

Liberalism has been replaced with

Embed                    View on Twitter

3/18/22, 2:55 PM
Sexology Today!: Do trans kids stay trans when they grow up?

Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 791 of 902 PageID #: 2075

Reply

Replies

**Anonymous** 9 June 2017 at 07:36

You can just google the titles,

https://www.ncbi.nlm.nih.gov/pubmed/18981931

https://www.ncbi.nlm.nih.gov/pubmed/18194003

etc

Reply

---

**Anonymous** 12 January 2016 at 12:11

Hello Dr Cantor, I was wondering if you could provide any links to the entire studies? I'm interested to find out more. Many thanks, Sian

Reply

**Anonymous** 12 January 2016 at 15:40

Without access to the original data, informed analysis is of course impossible.But I can't help thinking of the long-standing received wisdom that virtually all homosexual males are "effeminate" as children, two thirds of them losing those attributes by adulthood--but NOT changing their homosexual orientation. The first thought that this brings to mind, then, is that (in today's constant blather over such things) that many children who find their traits on one side of the gender-spread may leap to the conclusion that they are trans--only to discover the error in later years. Perhaps at least a partial explanation?
F. Christensen
Professor Emeritus

Reply

Replies

**Anonymous** 18 December 2017 at 06:28

I don't know what "long-standing received wisdom" you are talking about, but no social science study has ever shown all homosexual males to be effeminate as children. Only a minority are.

 **Unknown** 3 January 2018 at 01:09

The original data isn't inaccessible. If you Google the titles they're all within means. Here it took me about three or four minutes but I've got the address to every study listed.

https://www.ncbi.nlm.nih.gov/pubmed/23702447

https://www.ncbi.nlm.nih.gov/pubmed/18194003

https://www.ncbi.nlm.nih.gov/pubmed/19586166

https://www.researchgate.net/publication/23449293_Psychosexual_Outcome_of_Gender-Dysphoric_Children

http://europepmc.org/abstract/med/3614045

http://psycnet.apa.org/record/1987-97006-000

https://link.springer.com/article/10.1007/BF01542316

https://www.ncbi.nlm.nih.gov/pubmed/6693867

http://psycnet.apa.org/record/1979-33886-001

http://www.cumppsychjournal.com/article/0010-440X(78)90019-6/references

https://ajp.psychiatryonline.org/doi/abs/10.1176/ajp.128.10.1283

There now you can make an informed analysis.

Reply

---

 **margotdarby** 12 January 2016 at 22:01

These are studies of GNC children, not 'trans.' This is the kind of thing that got Zucker in trouble.

3/18/22, 2:05 PM
Sexology Today: Do trans kids stay trans when they grow up?

Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 792 of 902 PageID #: 2076

Reply

Replies

**Anonymous** 13 January 2016 at 13:33

The five most recent studies make reference to gender identity disorder/gender dysphoria in their titles, so I don't think the subjects were simply GNC children.

**Reply**

**Anonymous** 13 January 2016 at 13:36

If you look at the actual studies, they were done with gender-nonconforming children, not children who expressed that they actually were the other gender. This article is no more than clickbait trying to mislead people for political gain.

Reply

Replies

**Anonymous** 27 April 2017 at 16:43

This is a lie. Which I've seen repeated often by the way, whenever people referenced these studies.

In the Singh 2012 study of 139 subjects (link to full PDF below), 88 children fulfilled the *complete* diagnostic criterion of Gender Identity Disorder, which includes strong cross-sex identification.

Of those, 12 persisted. That's 13.6% persistence rate and 86.3% desistance rate. And that's among those who completely fulfill the criteria / have strong cross-sex identification.

From the 51 children who partially met the GID criterion (some of whom nevertheless had significant cross-sex identification as mentioned in the study), 5 persisted. That's 9.8% persistence rate, 90.2% desistance rate.

The study:
https://tspace.library.utoronto.ca/bitstream/1807/34926/1/Singh_Devita_201211_PhD_Thesis.pdf



**Cynthia Yockey** 31 January 2018 at 15:58

Dr. Cantor, are you the author of the above comment, dated 27 April 2017 at 16:43, beginning with , "This is a lie."? I need to know for correct attribution. Thank you.



**James M. Cantor, PhD**    6 February 2018 at 10:02

No, my replies appear under my own name.



**Michael David Collins-Frias de Jehle Romanov** 2 September 2018 at 12:29

Anyone who writes comments as not identifiable should not be considered valid.
Transgender can be identified.
Either child born with birth abnormality of penis and vagina or in reverse of identifiable abnormality. Penis on top with vagina below. Vaginal cavity with penis growth below skin. Very painful in adult hood. Not visible to naked eye. Ultra sound might detect however series of issues arise.
Breast growth upon males as aging occurs might indicate vaginal cavity closed as infant cause menstrual issues much later. Few study this field of abnormalities.
I have seen conditions personally.
Most have no idea severity or medical concerns which can arise from complications later.
Transgender sciences are at infancy
It was common for medical doctors to close any vaginal cavity upon infants who were not ideal born.
Birth sex chosen by doctor.
Some had vaginal cavity with very small penis.
Amephrodites occur stigmatized and hatred wrought upon them for being different.
Cause parents who fail to check if sexual partner is relative.
If first cousin higher the chance of abnornailty.
If direct relative of sibling greater magnitude of abnormality.
Males with 4 breats.
Female appearence and breasts with penis but no vagina.
DNA could prevent much disorder and identify the one you want to have children with is your sister but your father slept with her mother on that sales trip you never knew about.
Face facts.
My DNA matches 854 persons across globe so far.
My family screwed like bunnies.
Anywhere or anyone.
Do not think this is minimal.

3/18/22, 2:55 PM
Case 1:22-cv-01075-JMS-MKK    Document 47-1   Filed 06/30/22   Page 793 of 902 PageID #:
2077
Sexology Today: Do trans kids stay trans when they grow up?

It is everywhere.
People simply do not talk about these factors.
My DNA published was published on ancestry.com to identify family.
My book is listed everywhere.
Songs of Frost by Michael Collins
It is not poetry for light hearted. Truthful hard reality of life.

Reply

**Anonymous** 13 January 2016 at 17:58

Much of this summary doesn't even add up - literally.

Straight / gay / bi: sexual orientation

Cis / trans/cd: gender identity/presentation

Two separate things (cis can be gay or straight, trans can be gay or straight), so the numbers for each need to total 100% of the population separately.

Reply

Replies

**Anonymous** 4 June 2016 at 12:13

According to a trans organization (Mermaids) 'cis' people are happy with gender AND attracted to opposite sex

**Anonymous** 31 December 2017 at 14:01

"For brevity, the list uses "gay" for "gay and cis-", "straight" for "straight and cis-", etc"

Reply

**Anonymous** 13 January 2016 at 23:47

"regular gay or lesbian folks"
:-/

Reply

**George Davis** 15 January 2016 at 11:08

For the early studies, it is probably a fair criticism to say that the children may not have had gender dysphoria. They may have been in treatment because they were gender non-conforming and their parents were concerned about it.

However, the more recent studies talk about children who feel they should be or are a different gender.

In addition, Wallien et al. and Steensma et al. are studies from the Amsterdam clinic. This is the clinic that pioneered the use of puberty blockers in adolescents with gender dysphoria; they are not at all anti-trans.

Reply

Replies

**Anonymous** 9 June 2017 at 08:33

Whether or not they're anti trans, their result is potentially misleading. Of the 54, 12 kids in the study never actually got a GID diagnosis, so if youre talking about if kids diagnosed with GID "stay trans" the result from that study was actually 50:50. It's also worth noting that a further 6 of the respondents who were diagnosed, weren't available to be contacted, and so their parents filled out a questionnaire on their behalf

 **epiphanius** 7 November 2017 at 23:28

50:50 still strikes me as very high.

Reply

 **Lisa Mullin** 24 January 2016 at 02:35

People are mixing up Gender Non Conforming Only Children, GNC Only, (usually as defined by their parents) and transgender children (those who show strong cross gender desires and associated Gender Dysphoria, GD).

3/18/22, 2:35 PM    Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 794 of 902 PageID #:
Sexology Today: Do trans kids stay trans when they grow up?
2078

Now GNC Only (little or no transgender desires and the associated GD) will fairly often, but not always by any means, end up bi-sexual, gay or lesbian as adolescents and adults.

GNC with strong GD will retain that into adolescence and adulthood and at some stage transition or die, that 30%-40% suicide attempt rate is no mistake.

So it is important to separate them, which to be fair for a young child can take a few years to work out, hence the WPATH 'support and wait and see' approach.

The longer a child expresses transgender desires and has GD the more likely they will retain that. But, an important but, a child with strong GD may not be a 'typical'* 'sissy boy' or 'tomboy', though they will almost certainly show some clear GNC behaviour of some kind and strongly express transgender wishes and show suffering if they are thwarted.

The other issue is the treatment of some GNC Only kids, who if you do the 'drop the Barbie' stuff to them means you are making them act 'straight', which is cruel and if not actual SOCE is pretty close.

GNC Only behaviour by itself will not 'make' someone transgender, which seems to be the the fear by some. GD plus GNC means they are transgender and almost certainly will not change and if you try you are playing Russian roulette with their lives. There is only one treatment for GD that works.

So the issue is selection and that is not that hard. A 2012 study on CAMH children showed the only statistically significant factor (logistic regression) was the strength of (their combined GNC/GD) scores. So their own tests showed good measures to predict outcomes, which were a lot higher that the commonly stated '80% desist' (based on lumping the two groups together).

A rough 'back of the envelope' calculation shows that maybe only 5% of GNC Only kids will become transgender. BUT, maybe as much as 80% to 90% of GNC + strong GD ones will persist.

The majority, by far, are of course GNC Only with transgender children being a small minority.

*And what is a typical 'sissy boy' or 'tomboy' anyway? This is usually just parent paranoia and their absurd social 'norms'.

Reply

**Anonymous** 24 January 2016 at 19:40

Cannot use this level of analysis as having any scientific validity. Must dig into methods and clarify integrity of diagnosis, especially noting the year span of the studies. Then submit it for peer review. At most, this begs for further examination which of course, it always good!

Reply



**no** 9 February 2016 at 13:49

A debunking for the last study listed: https://gidreform.wordpress.com/2014/02/25/methodological-questions-in-childhood-gender-identity-desistence-research/

Reply

**Anonymous** 10 February 2016 at 15:31

I've reviewed the first Cohen-Kettenis study and their definition of "persistence" was if the person reported for for transitional surgery as an adult. They also included in desisters, those who dropped out of the study. So methods and operational definitions need to be carefully looked at. I'd like to see the numbers for those who were insistent, persistent and consistent since the mid 90's and see what their follow up outcome was.

Reply



**Kay Brown** 3 April 2016 at 21:08

What I take from these studies is that it would appear that as time as gone on, we narrow down the definitions of GNC+GD, we get greater diagnostic specificity and reliability for 'persistence'. This is a hopeful sign that we may yet have a set of diagnostic criteria that reliably differentiate the two populations. Dr. Kelly Winters noted in her talk on the subject, referenced in the link above by "no", that anatomic dysphoria correlated with persistence. I have noted this anecdotally, talking to a number of parents of GNC kids, both desisters and persisters. This needs to be explored further.

The other item that the listed research shows is that desisting seems to slow down, if not stop entirely around the ages ten to thirteen, suggesting that a rethink of the puberty blocking protocols now in vogue is in order. It may be more desirable to phase in cross-sex HRT at an earlier age with properly screened clients:

https://sillyolme.wordpress.com/2011/02/28/age-of-innocence/

Reply

**Unknown** 3 August 2016 at 21:49

3/18/22, 2:55 PM
Sexology Today: Do trans kids stay trans when they grow up?

Case 1:22-cv-01075-JMS-MKK   Document 47-1   Filed 06/30/22   Page 795 of 902 PageID #: 2079



The most important part of the Steensma study is that he identified two groups and the main characteristic of the "desisters" were being gender non-conforming (wanting to have the role of the other sex - being able to behave like a boy/girl) and the persisters felt they were in the "wrong body" (I am simplifying the study).

So, what we have is a difficult in diagnosing a children with less than 13 yo - we can say that they are gender non-conforming, but not transgender.

Reply



Jane 4 July 2017 at 11:55

Then the answer to this question is the vast majority of these kids do not transition. So why is there a difference between kids and adults? I would just say that most adults do not have the therapy available that kids have and that their dysphoria is never dealt with in the same way. Either way the culprit is dysphoria and cutting off healthy body parts, helping people pretend they are the opposite sex and giving lifelong hormones instead of better cognitive care to deal with underlying issues is a disgraceful way to say we are 'treating' anyone. If we can get big pharma to investigate dysphoria for a real cure and stop the trans activists then we could really say we are on the right track. Sorry to upset people but this is the truth.

Reply

Replies



Unknown 7 November 2017 at 18:11

For me, this is tantamount to saying we need a cure for homosexuality--which is what the protocol was before it was determined to be biological. No trans child/adult chooses a life that is difficult, marginalized and exposes them to violence.



Boo 9 April 2018 at 11:16

Thank you Jane. A sensible attitude - enabling young people, at a very sensitive and often confusing age, to make life-changing decisions of this sort is crazy. I don't think anyone is suggesting we need a cure for homosexuality. Gender and sexuality are not the same thing. But allowing a child to grow, mentally and emotionally, before embarking on irreversible and massively life-changing procedures seems like good sense to me.



Rod Fleming 20 April 2018 at 23:28

@ lisa: Exactly. I don't think James believes that to be desirable, but there is clearly a political imperative growing towards suppression of HSTS transsexualism in favour of gender-conforming homosexuality. It is not a good thing

Reply



FlaemDragon 2 January 2018 at 18:45

Most of these studies took place before the Tavistock Gender identity clinic opened in London. Presumably other countries opened clinics around the same time? The European Professional Association for Transgender Health started in Dec 2013 - AFTER all these studies.
How do you expect a child to transition if there is no medical help available? The only available help would be assistance to desist.
It's a bit like saying pilots don't exist because none of Napolean's troops flew a plane.
Have these children been followed up recently now that gender clinics are actually available? Did they transition as adults?

Reply



Rod Fleming 20 April 2018 at 23:18

James,

All but 4 of these studies are over 30 years old. Given that there is plenty of evidence to the effect that culture does influence outcome in transsexual persistence (see below), the earlier studies should be taken with a pinch of salt. Of the others, Wallien shows 43% ; Drummond applies ONLY to girls; Singh, while noting desistance in the sample, stresses the importance of severity of childhood GD in predicting adult GD; and Steensma again concludes 'Intensity of early GD appears to be an important predictor of persistence of GD.'

So the proper conclusion actually should be that, while a majority of GD-displaying children do desist, this is related to the intensity of the childhood GD itself. In other words, for some it is a passing phase and for others, it's an indicator of their future sex/gender presentation. The clinician's role is to determine which is being presented, before proceeding with any therapy. This will probably involve a 'wait and see' approach.

Now there is a big problem in the West in that there is a clear bias amongst clinicians that 'being "gay" is a better outcome'. There is no statistical data to support this, nor, as far I am aware, and as you know I research this, is there a consistent position as to what constitutes a 'better outcome'. Clinicians like Bailey and Zucker, both of whom I respect, have made this claim and neither have any material evidence to support it. Their case seems to be 'avoiding a lifetime of hormones and surgery is better', which is superficially

3/18/22, 2:35 PM
Case 1:22-cv-01075-JMS-MKK   Document 47-1   Filed 06/30/22   Page 796 of 902 PageID #: 2080
Sexology Today: Do trans kids stay trans when they grow up?

reasonable, but only so. We ALL face a lifetime on hormones, otherwise we should not be human. Further, in cultures where transsexualism is far more obvious than in the West, genital surgery (GRS) is very rarely sought. This suggests that an alternative solution would be to allow people to live as their desired sex, without any requirement for GRS, either legally or in terms of social pressure.

(I would point out that Dr Winter of UHK has often said that he is perplexed that people claiming to research transsexualism do not do so in parts of the world where it is an everyday, obvious occurrence. In many parts of SE Asia, one will encounter transsexuals on a daily basis even in remote communities: one does not have to seek them out or wait for them to be referred to a clinic, in order to interview them. I agree with him.)

In these cultures there is no requirement, social or legal, for trans people to have GRS in order to live in the gender they desire to. In these cultures, one sees far more transexual expression and it has frequently been stated to me that around 80% of GNC children will grow up trans, not gay males or lesbians; this is more-or-less the inverse of the reported position in the West. I accept that this is an anecdotal figure but it is certainly borne out by observation. The corollary is that there is a fair bit of adult desistance, in the 35-up age range, but since GRS is so rare, this, at least in MtF, is not so much of an issue.

This tells us, as I opined above, that culture is everything. It was once normal, in the West, to suppress homosexuality in favour of heterosexuality; now we appear to be suppressing HSTS transsexualism in favour of gender-conforming homosexuality. (I know you understand that there are two types of TS and we are ONLY discussing HSTS here; others please read up on this.)

I can't for the life of me see how deliberately suppressing transsexualism in favour of gender-conforming homosexuality is any more acceptable or morally justifiable than suppressing homosexuality in favour of heterosexuality. If anything needs to change it is society's prescriptive attitudes; we might say 'some women have dicks, get over it.'

The only valuable measure should be the individual's life satisfaction and it is not, whether they like it or not, a 21st-century clinician's role to shoehorn individuals into conforming to social expectations.

Reply

 **Malcolm Smith** 4 September 2018 at 20:01

Several commentators have suggested that many of the desisters were not actually suffering from gender dysphoria. This may well be the case. If so, however, it reinforces the necessity of making an accurate diagnosis the first time round, because it seems to me there is a lamentable tendency to over-diagnose GID, and to put these young people onto the hormone/surgery treadmill without carefully assessing the situation. The other point is the high proportion who ended up as non-trans heterosexuals rather than homosexuals. As I understand it, among adult transsexuals, sexual orientation and perceived sexual identity tend to diverge in about half the cases. In other, they are like a male colleague of mine who said the he had always felt like a woman, but at the same time, had always been sexually attracted to women.

If that is the case with adult transsexuals, then we should not be surprised if those trans kids who grow out of their GID do not automatically end up as homosexuals or lesbians, but as normal heterosexuals.

Reply

Replies

 **James M. Cantor, PhD**   6 September 2018 at 11:03

Actually, the entire (alleged) criticism is moot. There was a study which had a sample of gender dysphoric kids AND a sample of gender non-conforming kids. Upon follow-up, their desistance rates were nearly identical (and both were over 50%).

If all the desistance cases (or most of the desistance cases) came from the only the gender non-conforming group, then it would be valid to criticize the study for blurring the groups to look like desistance happened among the gender dysphorics as much as the gender non-conforming. However, the (alleged) criticism is demonstrably false: The study compared the two groups explicitly, demonstrating their outcomes to be the same. It is simply not the case that desistance cases are accounted for by people who are gender non-conforming rather than gender dysphoric.

Reply

Add comment

New comments are not allowed.

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

3/18/22, 2:55 PM    Sexology Today: Do trans- kids stay trans- when they grow up?

Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 797 of 902 PageID #: 2081

The opinions expressed here are my own and do not necessarily reflect
those of any institution or organization with which I am affiliated.

James M. Cantor ©

Simple theme. Theme images by Ollustrator. Powered by Blogger.

JAMA Network | **Open**

Original Investigation | Pediatrics

# Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

Diana M. Tordoff, MPH; Jonathon W. Wanta, MD; Arin Collin, BA; Cesalie Stepney, PhD; David J. Inwards-Breland, MD, MPH; Kym Ahrens, MD, MPH

## Abstract

**IMPORTANCE** Transgender and nonbinary (TNB) youths are disproportionately burdened by poor mental health outcomes owing to decreased social support and increased stigma and discrimination. Although gender-affirming care is associated with decreased long-term adverse mental health outcomes among these youths, less is known about its association with mental health immediately after initiation of care.

**OBJECTIVE** To investigate changes in mental health over the first year of receiving gender-affirming care and whether initiation of puberty blockers (PBs) and gender-affirming hormones (GAHs) was associated with changes in depression, anxiety, and suicidality.

**DESIGN, SETTING, AND PARTICIPANTS** This prospective observational cohort study was conducted at an urban multidisciplinary gender clinic among TNB adolescents and young adults seeking gender-affirming care from August 2017 to June 2018. Data were analyzed from August 2020 through November 2021.

**EXPOSURES** Time since enrollment and receipt of PBs or GAHs.

**MAIN OUTCOMES AND MEASURES** Mental health outcomes of interest were assessed via the Patient Health Questionnaire 9-item (PHQ-9) and Generalized Anxiety Disorder 7-item (GAD-7) scales, which were dichotomized into measures of moderate or severe depression and anxiety (ie, scores ≥10), respectively. Any self-report of self-harm or suicidal thoughts over the previous 2 weeks was assessed using PHQ-9 question 9. Generalized estimating equations were used to assess change from baseline in each outcome at 3, 6, and 12 months of follow-up. Bivariate and multivariable logistic models were estimated to examine temporal trends and investigate associations between receipt of PBs or GAHs and each outcome.

**RESULTS** Among 104 youths aged 13 to 20 years (mean [SD] age, 15.8 [1.6] years) who participated in the study, there were 63 transmasculine individuals (60.6%), 27 transfeminine individuals (26.0%), 10 nonbinary or gender fluid individuals (9.6%), and 4 youths who responded "I don't know" or did not respond to the gender identity question (3.8%). At baseline, 59 individuals (56.7%) had moderate to severe depression, 52 individuals (50.0%) had moderate to severe anxiety, and 45 individuals (43.3%) reported self-harm or suicidal thoughts. By the end of the study, 69 youths (66.3%) had received PBs, GAHs, or both interventions, while 35 youths had not received either intervention (33.7%). After adjustment for temporal trends and potential confounders, we observed 60% lower odds of depression (adjusted odds ratio [aOR], 0.40; 95% CI, 0.17-0.95) and 73% lower odds of suicidality (aOR, 0.27; 95% CI, 0.11-0.65) among youths who had initiated PBs or GAHs compared with youths who had not. There was no association between PBs or GAHs and anxiety (aOR, 1.01; 95% CI, 0.41, 2.51).

*(continued)*

## Key Points

**Question** Is gender-affirming care for transgender and nonbinary (TNB) youths associated with changes in depression, anxiety, and suicidality?

**Findings** In this prospective cohort of 104 TNB youths aged 13 to 20 years, receipt of gender-affirming care, including puberty blockers and gender-affirming hormones, was associated with 60% lower odds of moderate or severe depression and 73% lower odds of suicidality over a 12-month follow-up.

**Meaning** This study found that access to gender-affirming care was associated with mitigation of mental health disparities among TNB youths over 1 year; given this population's high rates of adverse mental health outcomes, these data suggest that access to pharmacological interventions may be associated with improved mental health among TNB youths over a short period.

➕ Invited Commentary

➕ Supplemental content

Author affiliations and article information are listed at the end of this article.

Exhibit 20

⚖ Open Access. This is an open access article distributed under the terms of the CC-BY License.

*Abstract (continued)*

**CONCLUSIONS AND RELEVANCE** This study found that gender-affirming medical interventions were associated with lower odds of depression and suicidality over 12 months. These data add to existing evidence suggesting that gender-affirming care may be associated with improved well-being among TNB youths over a short period, which is important given mental health disparities experienced by this population, particularly the high levels of self-harm and suicide.

*JAMA Network Open.* 2022;5(2):e220978. doi:10.1001/jamanetworkopen.2022.0978

## Introduction

Transgender and nonbinary (TNB) youths are disproportionately burdened by poor mental health outcomes, including depression, anxiety, and suicidal ideation and attempts.[1-5] These disparities are likely owing to high levels of social rejection, such as a lack of support from parents[6,7] and bullying,[6,8,9] and increased stigma and discrimination experienced by TNB youths. Multidisciplinary care centers have emerged across the country to address the health care needs of TNB youths, which include access to medical gender-affirming interventions, such as puberty blockers (PBs) and gender-affirming hormones (GAHs).[10] These centers coordinate care and help youths and their families address barriers to care, such as lack of insurance coverage[11] and travel times.[12] Gender-affirming care is associated with decreased rates of long-term adverse outcomes among TNB youths. Specifically, PBs, GAHs, and gender-affirming surgeries have all been found to be independently associated with decreased rates of depression, anxiety, and other adverse mental health outcomes.[13-16] Access to these interventions is also associated with a decreased lifetime incidence of suicidal ideation among adults who had access to PBs during adolescence.[17] Conversely, TNB youths who present to care later in adolescence or young adulthood experience more adverse mental health outcomes.[18] Despite this robust evidence base, legislation criminalizing and thus limiting access to gender-affirming medical care for minors is increasing.[19,20]

Less is known about the association of gender-affirming care with mental health outcomes immediately after initiation of care. Several studies published from 2015 to 2020 found that receipt of PBs or GAHs was associated with improved psychological functioning[21] and body satisfaction,[22] as well as decreased depression[23] and suicidality[24] within a 1-year period. Initiation of gender-affirming care may be associated with improved short-term mental health owing to validation of gender identity and clinical staff support. Conversely, prerequisite mental health evaluations, often perceived as pathologizing by TNB youths, and initiation of GAHs may present new stressors that may be associated with exacerbation of mental health symptoms early in care, such as experiences of discrimination associated with more frequent points of engagement in a largely cisnormative health care system (eg, interactions with nonaffirming pharmacists to obtain laboratory tests, syringes, and medications).[25] Given the high risk of suicidality among TNB adolescents, there is a pressing need to better characterize mental health trends for TNB youths early in gender-affirming care. This study aimed to investigate changes in mental health among TNB youths enrolled in an urban multidisciplinary gender clinic over the first 12 months of receiving care. We also sought to investigate whether initiation of PBs or GAHs was associated with depression, anxiety, and suicidality.

## Methods

This cohort study received approval from the Seattle Children's Hospital Institutional Review Board. For youths younger than age 18 years, caregiver consent and youth assent was obtained. For youths ages 18 years and older, youth consent alone was obtained. The 12-month assessment was funded via a different mechanism than other survey time points; thus, participants were reconsented for the

12-month survey. The study follows the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) reporting guideline.

## Study Procedures

We conducted a prospective observational cohort study of TNB youths seeking care at Seattle Children's Gender Clinic, an urban multidisciplinary gender clinic. After a referral is placed or a patient self-refers, new patients, their caregivers, or patients with their caregivers are scheduled for a 1-hour phone intake with a care navigator who is a licensed clinical social worker. Patients are then scheduled for an appointment at the clinic with a medical provider.

All patients who completed the phone intake and in-person appointment between August 2017 and June 2018 were recruited for this study. Participants completed baseline surveys within 24 hours of their first appointment and were invited to complete follow-up surveys at 3, 6, and 12 months. Youth surveys were used to assess most variables in this study; caregiver surveys were used to assess caregiver income. Participation and completion of study surveys had no bearing on prescribing of PBs or GAHs.

## Measures

### Mental Health Variables

We assessed 3 internalizing mental health outcomes: depression, generalized anxiety, and suicidality. Depression was assessed using the Patient Health Questionnaire 9-item scale (PHQ-9), and anxiety was assessed using the Generalized Anxiety Disorder 7-item scale (GAD-7). We dichotomized PHQ-9 and GAD-7 scores into measures of moderate or severe depression and anxiety (ie, scores ≥10).[26,27] Self-harm and suicidal thoughts were assessed using PHQ-9 question 9 (eTable 1 in the Supplement).

### Pharmacological Interventions

Participants self-reported if they had ever received GAHs, including estrogen or testosterone, or PBs (eg, gonadotropin-releasing hormone analogues) on each survey. We conducted a medical record review to capture prescription of androgen blockers (eg, spironolactone) and medications for menstrual suppression or contraception (ie, medroxyprogesterone acetate or levonorgestrel-releasing intrauterine device) during the study period.

### Covariates

We a priori considered potential confounders hypothesized to be associated with our exposures and outcomes of interest based on theory and prior research. Self-reported gender was ascertained on each survey using a 2-step question that asked participants about their current gender and their sex assigned at birth. If a participant's self-reported gender changed across surveys, we used the gender reported most frequently by a participant (3 individuals identified as transmasculine at baseline and as nonbinary on all follow-up surveys). We collected data on self-reported race and ethnicity (available response options were Arab or Middle Eastern; Asian; Black or African American; Latinx; Native American, American Indian, or Alaskan Native or Native Hawaiian; Pacific Islander; and White), age, caregiver income, and insurance type. Race and ethnicity were assessed as potential covariates owing to known barriers to accessing gender-affirming care among transgender youth who are members of minority racial and ethnic groups. For descriptive statistics, Asian and Pacific Islander groups were combined owing to small population numbers. We included a baseline variable reflecting receipt of ongoing mental health therapy other than for the purpose of a mental health assessment to receive a gender dysphoria diagnosis. We included a self-report variable reflecting whether youths felt their gender identity or expression was a source of tension with their parents or guardians. Substance use included any alcohol, marijuana, or other drug use in the past year. Resilience was measured by the Connor-Davidson Resilience Scale (CD-RISC) 10-item score developed to measure change in an individual's state resilience over time.[28] Resilience scores were

dichotomized into high (ie, ≥median) and low (ie, <median). Prior studies of young adults in the US reported mean CD-RISC scores ranging from 27.2 to 30.1.[29,30]

## Statistical Analysis

We used generalized estimating equations to assess change in outcomes from baseline at each follow-up point (eFigure 1 in the Supplement). We used a logit link function to estimate adjusted odds ratio (aOR) for the association between variables and each mental health outcome. We initially estimated bivariate associations between potential confounders and mental health outcomes. Multivariable models included variables that were statistically significant in bivariate associations. For all outcomes and models, statistical significance was defined as 95% CIs that did not contain 1.00. Reported P values are based on 2-sided Wald test statistics.

Model 1 examined temporal trends in mental health outcomes, with time (ie, baseline, 3, 6, and 12 months) modeled as a categorical variable. Model 2 estimated the association between receipt of PBs or GAHs and mental health outcomes adjusted for temporal trends and potential confounders. Receipt of PBs or GAHs was modeled as a composite binary time-varying exposure that compared mean outcomes between participants who had initiated PBs or GAHs and those who had not across all time points (eTable 2 in the Supplement). All models used an independent working correlation structure and robust standard errors to account for the time-varying exposure variable.

We performed several sensitivity analyses. Because our data were from an observational cohort, we first considered the degree to which they were sensitive to unmeasured confounding. To do this, we calculated the E-value for the association between PBs or GAHs and mental health outcomes in model 2. The E-value is defined as the minimum strength of association that a confounder would need to have with both exposure and outcome to completely explain away their association (eTable 4 in the Supplement).[31] Second, we performed sensitivity analyses on several subsets of youths. We separately examined the association of PBs and GAHs with outcomes of interest, although we a priori did not anticipate being powered to detect statistically significant outcomes owing to our small sample size and the relatively low proportion of youths who accessed PBs. We also conducted sensitivity analyses using the Patient Health Questionnaire 8-item scale (PHQ-8), in which the PHQ-9 question 9 regarding self-harm or suicidal thoughts was removed, given that we analyzed this item as a separate outcome. Lastly, we restricted our analysis to minor youths ages 13 to 17 years because they were subject to different laws and policies related to consent and prerequisite mental health assessments. We used R statistical software version 3.6.2 (R Project for Statistical Computing) to conduct all analyses. Data were analyzed from August 2020 through November 2021.

## Results

A total of 169 youths were screened for eligibility during the study period, among whom 161 eligible youths were approached. Nine youths or caregivers declined participation, and 39 youths did not complete consent or assent or did not complete the baseline survey, leaving a sample of 113 youths (70.2% of approached youths). We excluded 9 youths aged younger than 13 years from the analysis because they received different depression and anxiety screeners. Our final sample included 104 youths ages 13 to 20 years (mean [SD] age, 15.8 [1.6] years). Of these individuals, 84 youths (80.8%), 84 youths, and 65 youths (62.5%) completed surveys at 3, 6, and 12 months, respectively.

Our cohort included 63 transmasculine youths (60.6%), 27 transfeminine youths (26.0%), 10 nonbinary or gender fluid youths (9.6%), and 4 youths who responded "I don't know" or did not respond to the gender identity question on all completed questionnaires (3.8%) (Table 1). There were 4 Asian or Pacific Islander youths (3.8%), 3 Black or African American youths (2.9%); 9 Latinx youths (8.7%); 6 Native American, American Indian, or Alaskan Native or Native Hawaiian youths (5.8%); 67 White youths (64.4%); and 9 youths who reported more than 1 race or ethnicity (8.7%). Race and ethnicity data were missing for 6 youth (5.8%).

JAMA Network Open | Pediatrics

Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

**Table 1. Participant Characteristics**

| Characteristic | Participants, No. (%) (N = 104) |
|---|---|
| Gender | |
|   Male or transgender male | 63 (60.6) |
|   Female or transgender female | 27 (26.0) |
|   Nonbinary or gender fluid | 10 (9.6) |
|   Don't know or missing | 4 (3.8) |
| Race and ethnicity[a] | |
|   Asian or Pacific Islander | 4 (3.8) |
|   Black or African American | 3 (2.9) |
|   Latinx | 9 (8.7) |
|   Native American, American Indian, or Alaskan Native or Native Hawaiian | 6 (5.8) |
|   White | 67 (64.4) |
|   More than 1 race or ethnicity chosen | 9 (8.7) |
|   Missing | 6 (5.8) |
| Age at baseline, y | |
|   13 | 8 (7.7) |
|   14 | 20 (19.2) |
|   15 | 18 (17.3) |
|   16 | 22 (21.2) |
|   17 | 22 (21.2) |
|   18 | 8 (7.7) |
|   19 | 5 (4.8) |
|   20 | 1 (1.0) |
| Pharmacological intervention | |
|   PBs[b] | 19 (18.2) |
|   GAHs[b] | 64 (61.5) |
|   Androgen blockers[c] | 17 (51.5) |
|   Menstrual suppression or contraception[d] | 25 (35.2) |
| Depression at baseline (using PHQ-9) | |
|   0-4 (minimal) | 14 (13.5) |
|   5-9 (mild) | 27 (26.0) |
|   10-14 (moderate) | 22 (21.2) |
|   15-19 (moderately severe) | 11 (10.6) |
|   ≥20 (severe) | 26 (25.0) |
|   Missing | 4 (3.8) |
| Anxiety at baseline (using GAD-7) | |
|   0-4 (minimal) | 20 (19.2) |
|   5-9 (mild) | 28 (26.9) |
|   10-14 (moderate) | 20 (19.2) |
|   ≥15 (severe) | 32 (30.8) |
|   Missing | 4 (3.8) |
| Self-harm or suicidal thoughts at baseline | 45 (43.2) |
| Receiving mental health therapy | 65 (62.5) |
| Tension with caregiver about gender identity or expression | 36 (34.6) |
| Any substance use | 34 (32.7) |
| Resilience at baseline (using CD-RISC 10) | |
|   0-10 | 8 (7.7) |
|   10-20 | 35 (33.7) |
|   21-30 | 15 (14.4) |
|   30-40 | 34 (32.7) |
|   Missing | 12 (11.5) |

Abbreviations: CD-RISC 10, Connor-Davidson 10-item Resilience Scale; GAD-7, Generalized Anxiety Disorder 7-item scale; GAH, gender-affirming hormone; PB, puberty blocker; PHQ-9 Patient Health Questionnaire 9-item scale.

[a] Available response options for race and ethnicity were Arab or Middle Eastern; Asian or Pacific Islander; Black or African American; Latinx; Native American, American Indian, or Alaskan Native or Native Hawaiian; Pacific Islander; and White. Asian and Pacific Islander groups were combined owing to small population sizes.

[b] Self-reported receipt ever of PBs or GAHs at baseline or through the end of the study period.

[c] Includes androgen blockers received during the study period; percentage is among 33 youths assigned male sex at birth.

[d] Includes pharmacological interventions for menstrual suppression or contraception received during the study period; percentage is among 71 youths assigned female sex at birth.

Case 1:22-cv-01075-JMS-MKK    Document 47-1    Filed 06/30/22    Page 803 of 902 PageID #: 2087

JAMA Network Open | Pediatrics                    Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

At baseline, 7 youths had ever received PBs or GAHs (including 1 youth who received PBs, 4 youths who received GAHs, and 2 youths who received both PBs and GAHs). By the end of the study, 69 youths (66.3%) had received PBs or GAHs (including 50 youths who received GAHs only [48.1%], 5 youths who received PBs only [4.8%], and 14 youths who received PBs and GAHs [13.5%]), while 35 youths had not received either PBs or GAHs (33.7%) (eTable 3 in the Supplement). Among 33 participants assigned male sex at birth, 17 individuals (51.5%) had received androgen blockers, and among 71 participants assigned female sex at birth, 25 individuals (35.2%) had received menstrual suppression or contraceptives by the end of the study.

A large proportion of youths reported depressive and anxious symptoms at baseline. Specifically, 59 individuals (56.7%) had baseline PHQ-9 scores of 10 or more, suggesting moderate to severe depression; there were 22 participants (21.2%) scoring in the moderate range, 11 participants (10.6%) in the moderately severe range, and 26 participants (25.0%) in the severe range. Similarly, half of participants had a GAD-7 score suggestive of moderate to severe anxiety (52 individuals [50.0%]), including 20 participants (19.2%) scored in the moderate range, and 32 participants (30.8%) scored in the severe range. There were 45 youths (43.3%) who reported self-harm or suicidal thoughts in the prior 2 weeks. At baseline, 65 youths (62.5%) were receiving ongoing mental health therapy, 36 youths (34.6%) reported tension with their caregivers about their gender identity or expression, and 34 youths (32.7%) reported any substance use in the prior year. Lastly, we observed a wide range of resilience scores (median [range], 22.5 [1-38], with higher scores equaling more resiliency). There were no statistically significant differences in baseline characteristics by gender.

In bivariate models, substance use was associated with all mental health outcomes (Table 2). Youths who reported any substance use were 4-fold as likely to have PHQ-9 scores of moderate to severe depression (aOR, 4.38; 95% CI, 2.10-9.16) and 2-fold as likely to have GAD-7 scores of moderate to severe anxiety (aOR, 2.07; 95% CI, 1.04-4.11) or report thoughts of self-harm or suicide in the prior 2 weeks (aOR, 2.06; 95% CI, 1.08-3.93). High resilience scores (ie, ≥median), compared with low resilience scores (ie, <median), were associated with lower odds of moderate or severe anxiety (aOR, 0.51; 95% CI, 0.26-0.999).

There were no statistically significant temporal trends in the bivariate model or model 1 (Table 2 and Table 3). However, among all participants, odds of moderate to severe depression increased at 3 months of follow-up relative to baseline (aOR, 2.12; 95% CI, 0.98-4.60), which was not a significant increase, and returned to baseline levels at months 6 and 12 (Figure) prior to adjusting for receipt of PBs or GAHs.

We also examined the association between receipt of PBs or GAHs and mental health outcomes in bivariate and multivariable models (eFigure 2 in the Supplement). After adjusting for temporal trends and potential confounders (Table 4), we observed that youths who had initiated PBs or GAHs had 60% lower odds of moderate to severe depression (aOR, 0.40; 95% CI, 0.17-0.95) and 73% lower odds of self-harm or suicidal thoughts (aOR, 0.27; 95% CI, 0.11-0.65) compared with youths who had not yet initiated PBs or GAHs. There was no association between receipt of PBs or GAHs and moderate to severe anxiety (aOR, 1.01; 95% CI, 0.41-2.51). After adjusting for time-varying exposure of PBs or GAHs in model 2 (Table 4), we observed statistically significant increases in moderate to severe depression among youths who had not received PBs or GAHs by 3 months of follow-up (aOR, 3.22; 95% CI, 1.37-7.56). A similar trend was observed for self-harm or suicidal thoughts among youths who had not received PBs or GAHs by 6 months of follow-up (aOR, 2.76; 95% CI, 1.22-6.26). Lastly, we estimated E-values of 2.56 and 3.25 for the association between receiving PGs or GAHs and moderate to severe depression and suicidality, respectively (eTable 4 in the Supplement). Sensitivity analyses obtained comparable results and are presented in eTables 5 through 8 in the Supplement.

JAMA Network Open | Pediatrics

Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

**Table 2. Baseline Factors Associated With Mental Health Outcomes in Bivariate Models**

| Factor | Moderate or severe depression (PHQ-9 ≥10)[a] | | Moderate or severe anxiety (GAD-7 ≥10)[b] | | Any self-harm or suicidal thoughts[c] | |
|---|---|---|---|---|---|---|
| | aOR (95% CI) | P value | aOR (95% CI) | P value | aOR (95% CI) | P value |
| PBs or GAHs | 0.67 (0.33-1.34) | .25 | 0.90 (0.49-1.66) | .74 | 0.47 (0.26-0.86) | .01 |
| Time, mo | | | | | | |
| 0 (baseline) | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| 3 | 1.96 (0.99-3.90) | .05 | 1.46 (0.71-2.97) | .30 | 1.00 (0.49-2.06) | .99 |
| 6 | 1.01 (0.46-2.19) | .99 | 0.77 (0.39-1.52) | .45 | 1.22 (0.64-2.34) | .54 |
| 12 | 1.42 (0.55-3.66) | .47 | 0.95 (0.43-2.06) | .89 | 1.02 (0.41-2.52) | .97 |
| Gender | | | | | | |
| Male or transgender male | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| Female or transgender female | 1.07 (0.51-2.24) | .87 | 3.15 (0.92-10.8) | .07 | 1.20 (0.55-2.64) | .64 |
| Nonbinary or gender fluid | 2.40 (0.84-6.87) | .10 | 1.35 (0.67-2.72) | .40 | 2.17 (0.73-6.41) | .16 |
| Race or ethnicity | | | | | | |
| White | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| Member of minority race or ethnic group[d] | 1.08 (0.51-2.28) | .84 | 0.86 (0.45-1.66) | .66 | 0.92 (0.53-1.61) | .77 |
| Age, y | | | | | | |
| 13-15 | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| 16-17 | 1.79 (0.82-3.88) | .14 | 0.63 (0.29-1.39) | .25 | 0.86 (0.44-1.68) | .66 |
| 18-20 | 0.78 (0.24-2.51) | .68 | 1.17 (0.43-3.17) | .76 | 0.79 (0.36-1.74) | .55 |
| Mental health and substance use at baseline | | | | | | |
| Moderate or severe depression (PHQ-9 ≥10) | 27.2 (13.4-55.4) | <.001 | 1.91 (0.85-4.29) | .12 | 1.06 (0.50-2.24) | .88 |
| Moderate or severe anxiety (GAD-7 ≥10) | 4.90 (2.27-10.6) | <.001 | 14.3 (7.31-27.9) | <.001 | 1.44 (0.76-2.72) | .27 |
| Self-harm or suicidal thoughts | 1.32 (0.61-2.85) | .48 | 1.49 (0.73-3.06) | .28 | 18.9 (10.4-34.1) | <.001 |
| Receiving mental health therapy | 1.46 (0.69-3.08) | .32 | 0.65 (0.31-1.38) | .26 | 0.75 (0.36-1.56) | .45 |
| Tension with caregivers about gender identity or expression | 1.93 (0.90-4.14) | .09 | 1.06 (0.52-2.15) | .87 | 1.55 (0.88-2.74) | .13 |
| Any substance use | 4.38 (2.10-9.16) | <.001 | 2.07 (1.04-4.11) | .04 | 2.06 (1.08-3.93) | .03 |
| Resilience at baseline (CD-RISC 10 ≥22.5)[e] | 0.85 (0.42-1.74) | .67 | 0.51 (0.26-1.00) | .05 | 0.74 (0.39-1.44) | .38 |

Abbreviations: aOR, adjusted odds ratio; CD-RISC 10, Connor-Davidson 10-item Resilience Scale; GAD-7, Generalized Anxiety Disorder 7-item scale; GAH, gender-affirming hormone; NA, not applicable; PB, puberty blocker; PHQ-9, Patient Health Questionnaire 9-item scale.

[a] Bivariate models are adjusted for baseline PHQ-9.

[b] Bivariate models are adjusted for baseline GAD-7.

[c] Bivariate models are adjusted for self-harm or suicidal thoughts reported at baseline.

[d] Owing to small sample sizes, this group includes Asian or Pacific Islander; Black or African American; Latinx; and Native American, American Indian, Alaskan Native, or Native Hawaiian youths and youths who reported more than 1 race or ethnicity.

[e] The median (range) CD-RISC score for the cohort was 22.5 (1-38).

**Table 3. Temporal Trends in Mental Health Outcomes in Multivariable Model 1[a]**

| Factor | Moderate or severe depression (PHQ-9 ≥10) | | Moderate or severe anxiety (GAD-7 ≥10) | | Any self-harm or suicidal thoughts | |
|---|---|---|---|---|---|---|
| | aOR (95% CI) | P value | aOR (95% CI) | P value | aOR (95% CI) | P value |
| Time, mo | | | | | | |
| 0 (baseline) | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| 3 | 2.12 (0.98-4.60) | .06 | 1.50 (0.71-3.15) | .29 | 0.99 (0.48-2.06) | .98 |
| 6 | 0.99 (0.42-2.35) | .98 | 0.78 (0.38-1.59) | .49 | 1.22 (0.63-2.36) | .56 |
| 12 | 1.27 (0.44-3.67) | .66 | 0.96 (0.43-2.11) | .91 | 0.98 (0.39-2.48) | .97 |
| Mental health and substance use at baseline | | | | | | |
| Moderate or severe depression (PHQ-9 ≥10) | 18.5 (8.44-40.5) | <.001 | NA | NA | NA | NA |
| Moderate or severe anxiety (GAD-7 ≥10) | 3.63 (1.83-7.19) | <.001 | 12.4 (6.25-24.7) | <.001 | NA | NA |
| Self-harm or suicidal thoughts | NA | NA | NA | NA | 19.9 (10.9-36.1) | <.001 |
| Any substance use | 3.35 (1.56-7.18) | .002 | 2.21 (1.09-4.49) | .03 | 2.07 (1.09-3.93) | .03 |
| Resilience at Baseline (CD-RISC 10 ≥22.5)[b] | NA | NA | 0.48 (0.24-0.95) | .04 | NA | NA |

Abbreviations: aOR, adjusted odds ratio; CD-RISC 10, Connor-Davidson 10-item Resilience Scale; GAD-7, Generalized Anxiety Disorder 7-item scale; NA, not applicable; PHQ-9, Patient Health Questionnaire 9-item scale.

[a] Model 1 includes categorical temporal variables (ie, months 3, 6, and 12 relative to baseline) and covariates that were statistically significant in bivariate models (such that

95% CIs did not contain 1.00) (see Table 2). Covariates that were not significant in bivariate models are marked NA.

[b] The median (range) CD-RISC score for the cohort is 22.5 (1-38).

Case 1:22-cv-01075-JMS-MKK   Document 47-1   Filed 06/30/22   Page 805 of 902 PageID #: 2089

JAMA Network Open | Pediatrics                    Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

## Discussion

In this prospective clinical cohort study of TNB youths, we observed high rates of moderate to severe depression and anxiety, as well as suicidal thoughts. Receipt of gender-affirming interventions, specifically PBs or GAHs, was associated with 60% lower odds of moderate to severe depressive symptoms and 73% lower odds of self-harm or suicidal thoughts during the first year of multidisciplinary gender care. Among youths who did not initiate PBs or GAHs, we observed that depressive symptoms and suicidality were 2-fold to 3-fold higher than baseline levels at 3 and 6 months of follow-up, respectively. Our study results suggest that risks of depression and suicidality

**Figure. Temporal Trends in Mental Health Outcomes**







Outcomes are estimated from bivariate and multivariable generalized estimating equation models. aOR indicates adjusted odds ratio; GAD-7, Generalized Anxiety Disorder 7-item scale; PHQ-9, Patient Health Questionnaire 9-item scale; whiskers, 95% CIs.

may be mitigated with receipt of gender-affirming medications in the context of a multidisciplinary care clinic over the relatively short time frame of 1 year.

Our findings are consistent with those of prior studies finding that TNB adolescents are at increased risk of depression, anxiety, and suicidality[1,11,32] and studies finding long-term and short-term improvements in mental health outcomes among TNB individuals who receive gender-affirming medical interventions.[14,21-24,33,34] Surprisingly, we observed no association with anxiety scores. A recent cohort study of TNB youths in Dallas, Texas, found that total anxiety symptoms improved over a longer follow-up of 11 to 18 months; however, similar to our study, the authors did not observe statistically significant improvements in generalized anxiety.[22] This suggests that anxiety symptoms may take longer to improve after the initiation of gender-affirming care. In addition, Olson et al[35] found that prepubertal TNB children who socially transitioned did not have increased rates of depression symptoms but did have increased rates of anxiety symptoms compared with children who were cisgender. Although social transition and access to gender-affirming medical care do not always go hand in hand, it is noteworthy that access to gender-affirming medical care and supported social transition appear to be associated with decreased depression and suicidality more than anxiety symptoms.

Time trends were not significant in our study; however, it is important to note that we observed a transient and nonsignificant worsening in mental health outcomes in the first several months of care among all participants and that these outcomes subsequently returned to baseline by 12 months. This is consistent with findings from a 2020 study[36] in an academic medical center in the northwestern US that observed no change in TNB adolescents' GAD-7 or PHQ-9 scores from intake to first follow-up appointment, which occurred a mean of 4.7 months apart. Given that receipt of PBs or GAHs was associated with protection against depression and suicidality in our study, it could be that delays in receipt of medications is associated with initially exacerbated mental health symptoms that subsequently improve. It is also possible that mental health improvements associated with receiving these interventions may have a delayed onset, given the delay in physical changes after starting GAHs.

Few of our hypothesized confounders were associated with mental health outcomes in this sample, most notably receipt of ongoing mental health therapy and caregiver support; however, this

**Table 4. Association Between GAHs or PBs and Mental Health Outcomes in Multivariable Model 2[a]**

| Factor | Moderate or severe depression (PHQ-9 ≥10) | | Moderate or severe anxiety (GAD-7≥10) | | Any self-harm or suicidal thoughts | |
|---|---|---|---|---|---|---|
| | aOR (95% CI) | P value | aOR (95% CI) | P value | aOR (95% CI) | P value |
| PBs or GAHs | 0.40 (0.17-0.95) | .04 | 1.01 (0.41-2.51) | .98 | 0.27 (0.11-0.65) | .003 |
| Time, mo | | | | | | |
| 0 (baseline) | 1 [Reference] | NA | 1 [Reference] | NA | 1 [Reference] | NA |
| 3 mo | 3.22 (1.37-7.56) | .007 | 1.49 (0.62-3.59) | .37 | 1.77 (0.76-4.13) | .19 |
| 6 mo | 1.77 (0.72-4.37) | .21 | 0.77 (0.28-2.11) | .61 | 2.76 (1.22-6.26) | .02 |
| 12 mo | 2.71 (0.82-8.95) | .10 | 0.95 (0.31-2.93) | .93 | 2.93 (0.83-10.4) | .10 |
| Mental health & substance use at baseline | | | | | | |
| Moderate or severe depression (PHQ-9 ≥10) | 19.4 (8.64-43.4) | <.001 | NA | NA | NA | NA |
| Moderate or severe anxiety (GAD-7 ≥10) | 3.82 (1.87-7.82) | <.001 | 12.4 (6.25-24.7) | <.001 | NA | NA |
| Self-harm or suicidal thoughts | NA | NA | NA | NA | 23.9 (12.9-44.5) | <.001 |
| Any substance use | 3.20 (1.49-6.84) | .003 | 2.21 (1.09-4.50) | .03 | 2.00 (1.08-3.73) | .03 |
| Resilience at baseline (CD-RISC 10 ≥22.5)[b] | NA | NA | 0.48 (0.24-0.95) | .04 | NA | NA |

Abbreviations: aOR, adjusted odds ratio; CD-RISC 10, Connor-Davidson 10-item Resilience Scale; GAD-7, Generalized Anxiety Disorder 7-item scale; GAH, gender-affirming hormone; NA, not applicable; PB, puberty blocker; PHQ-9, Patient Health Questionnaire 9-item scale.

[a] Model 2 includes a time-varying exposure variable measuring the receipt of PBs or GAHs adjusted for temporal trend (ie, categorical variable for months 3, 6, and 12

relative to baseline) and covariates that were statistically significant in the bivariate models (such that 95% CIs did not contain 1.00) (see Table 2). The unadjusted bivariate associations between PBs or GAHs and mental health outcomes are reported in Table 2. Covariates that were not significant in bivariate models are marked NA.

[b] The median (range) CD-RISC score for the cohort is 22.5 (1-38).

is not surprising given that these variables were colinear with baseline mental health, which we adjusted for in all models. Substance use was the only variable associated with all mental health outcomes. In addition, youths with high baseline resilience scores were half as likely to experience moderate to severe anxiety as those with low scores. This finding suggests that substance use and resilience may be additional modifiable factors that could be addressed through multidisciplinary gender-affirming care. We recommend more granular assessment of substance use and resilience to better understand support needs (for substance use) and effective support strategies (for resilience) for TNB youths in future research.

This study has a number of strengths. This is one of the first studies to quantify a short-term transient increase in depressive symptoms experienced by TNB youths after initiating gender-affirming care, a phenomenon observed clinically by some of the authors and described in qualitative research.[37] Although we are unable to make causal statements owing to the observational design of the study, the strength of associations between gender-affirming medications and depression and suicidality, with large aOR values, and sensitivity analyses that suggest that these findings are robust to moderate levels of unmeasured confounding. Specifically, E-values calculated for this study suggest that the observed associations could be explained away only by an unmeasured confounder that was associated with both PBs and GAHs and the outcomes of interest by a risk ratio of 2-fold to 3-fold each, above and beyond the measured confounders, but that weaker confounding could not do so.[31]

## Limitations

Our findings should be interpreted in light of the following limitations. This was a clinical sample of TNB youths, and there was likely selection bias toward youths with supportive caregivers who had resources to access a gender-affirming care clinic. Family support and access to care are associated with protection against poor mental health outcomes, and thus actual rates of depression, anxiety, and suicidality in nonclinical samples of TNB youths may differ. Youths who are unable to access gender-affirming care owing to a lack of family support or resources require particular emphasis in future research and advocacy. Our sample also primarily included White and transmasculine youths, limiting the generalizability of our findings. In addition, the need to reapproach participants for consent and assent for the 12-month survey likely contributed to attrition at this time point. There may also be residual confounding because we were unable to include a variable reflecting receipt of psychotropic medications that could be associated with depression, anxiety, and self-harm and suicidal thought outcomes. Additionally, we used symptom-based measures of depression, anxiety, and suicidality; further studies should include diagnostic evaluations by mental health practitioners to track depression, anxiety, gender dysphoria, suicidal ideation, and suicide attempts during gender care.[2]

## Conclusions

Our study provides quantitative evidence that access to PBs or GAHs in a multidisciplinary gender-affirming setting was associated with mental health improvements among TNB youths over a relatively short time frame of 1 year. The associations with the highest aORs were with decreased suicidality, which is important given the mental health disparities experienced by this population, particularly the high levels of self-harm and suicide. Our findings have important policy implications, suggesting that the recent wave of legislation restricting access to gender-affirming care[19] may have significant negative outcomes in the well-being of TNB youths.[20] Beyond the need to address antitransgender legislation, there is an additional need for medical systems and insurance providers to decrease barriers and expand access to gender-affirming care.

## ARTICLE INFORMATION

**Accepted for Publication:** January 10, 2022.

**Published:** February 25, 2022. doi:10.1001/jamanetworkopen.2022.0978

**Open Access:** This is an open access article distributed under the terms of the CC-BY License. © 2022 Tordoff DM et al. JAMA Network Open.

**Corresponding Author:** Diana M. Tordoff, MPH, Department of Epidemiology, University of Washington, UW Box 351619, Seattle, WA 98195 (dtordoff@uw.edu).

**Author Affiliations:** Department of Epidemiology, University of Washington, Seattle (Tordoff); Department of Psychiatry and Behavioral Sciences, University of Washington, Seattle (Wanta); School of Medicine, University of Washington, Seattle (Collin); Department of Psychiatry and Behavioral Medicine, Department of Adolescent and Young Adult Medicine, Seattle Children's Hospital, Seattle, Washington (Stepney); University of California, San Diego School of Medicine, Rady Children's Hospital (Inwards-Breland); Division of Adolescent Medicine, Department of Pediatrics, Seattle Children's Hospital, Seattle, Washington (Ahrens).

**Author Contributions:** Diana Tordoff had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. Diana Tordoff and Dr Wanta are joint first authors. Drs Inwards-Breland and Ahrens are joint senior authors.

*Concept and design:* Collin, Stepney, Inwards-Breland, Ahrens.

*Acquisition, analysis, or interpretation of data:* All authors.

*Drafting of the manuscript:* Tordoff, Wanta, Collin, Stepney, Inwards-Breland.

*Critical revision of the manuscript for important intellectual content:* Wanta, Collin, Stepney, Inwards-Breland, Ahrens.

*Statistical analysis:* Tordoff.

*Obtained funding:* Inwards-Breland, Ahrens.

*Administrative, technical, or material support:* Ahrens.

*Supervision:* Wanta, Inwards-Breland, Ahrens.

**Conflict of Interest Disclosures:** Diana Tordoff reported receiving grants from the National Institutes of Health National Institute of Allergy and Infectious Diseases unrelated to the present work and outside the submitted work. No other disclosures were reported.

**Funding/Support:** This study was supported Seattle Children's Center for Diversity and Health Equity and the Pacific Hospital Preservation Development Authority.

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

## REFERENCES

1. Kuper LE, Mathews S, Lau M. Baseline mental health and psychosocial functioning of transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr.* 2019;40(8):589-596. doi:10.1097/DBP.0000000000000697

2. Moyer DN, Connelly KJ, Holley AL. Using the PHQ-9 and GAD-7 to screen for acute distress in transgender youth: findings from a pediatric endocrinology clinic. *J Pediatr Endocrinol Metab.* 2019;32(1):71-74. doi:10.1515/jpem-2018-0408

3. Strauss P, Cook A, Winter S, Watson V, Wright Toussaint D, Lin A. Associations between negative life experiences and the mental health of trans and gender diverse young people in Australia: findings from Trans Pathways. *Psychol Med.* 2020;50(5):808-817. doi:10.1017/S0033291719000643

4. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health.* 2015;56(3):274-279. doi:10.1016/j.jadohealth.2014.10.264

5. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. *J Adolesc Health.* 2015;57(4):374-380. doi:10.1016/j.jadohealth.2015.04.027

6. Johnson KC, LeBlanc AJ, Deardorff J, Bockting WO. Invalidation experiences among non-binary adolescents. *J Sex Res.* 2020;57(2):222-233. doi:10.1080/00224499.2019.1608422

7. Spivey LA, Edwards-Leeper L. Future directions in affirmative psychological interventions with transgender children and adolescents. *J Clin Child Adolesc Psychol.* 2019;48(2):343-356. doi:10.1080/15374416.2018.1534207

8. Aparicio-Garcia ME, Díaz-Ramiro EM, Rubio-Valdehita S, López-Núñez MI, García-Nieto I. Health and well-being of cisgender, transgender and non-binary young people. *Int J Environ Res Public Health*. 2018;15(10):E2133. doi:10.3390/ijerph15102133

9. Clark TC, Lucassen MFG, Bullen P, et al. The health and well-being of transgender high school students: results from the New Zealand adolescent health survey (Youth'12). *J Adolesc Health*. 2014;55(1):93-99. doi:10.1016/j.jadohealth.2013.11.008

10. Chen D, Hidalgo MA, Leibowitz S, et al. Multidisciplinary care for gender-diverse youth: a narrative review and unique model of gender-affirming care. *Transgend Health*. 2016;1(1):117-123. doi:10.1089/trgh.2016.0009

11. Nahata L, Quinn GP, Caltabellotta NM, Tishelman AC. Mental health concerns and insurance denials among transgender adolescents. *LGBT Health*. 2017;4(3):188-193. doi:10.1089/lgbt.2016.0151

12. O'Bryan J, Leon K, Wolf-Gould C, Scribani M, Tallman N, Gadomski A. Building a pediatric patient registry to study health outcomes among transgender and gender expansive youth at a rural gender clinic. *Transgend Health*. 2018;3(1):179-189. doi:10.1089/trgh.2018.0023

13. Chew D, Anderson J, Williams K, May T, Pang K. Hormonal treatment in young people with gender dysphoria: a systematic review. *Pediatrics*. 2018;141(4):e20173742. doi:10.1542/peds.2017-3742

14. de Vries ALC, McGuire JK, Steensma TD, Wagenaar ECF, Doreleijers TAH, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics*. 2014;134(4):696-704. doi:10.1542/peds.2013-2958

15. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med*. 2011;8(8):2276-2283. doi:10.1111/j.1743-6109.2010.01943.x

16. Mahfouda S, Moore JK, Siafarikas A, et al. Gender-affirming hormones and surgery in transgender children and adolescents. *Lancet Diabetes Endocrinol*. 2019;7(6):484-498. doi:10.1016/S2213-8587(18)30305-X

17. Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. *Pediatrics*. 2020;145(2):e20191725. doi:10.1542/peds.2019-1725

18. Edwards-Leeper L, Feldman HA, Lash BR, Shumer DE, Tishelman AC. Psychological profile of the first sample of transgender youth presenting for medical intervention in a U.S. pediatric gender center. *Psychol Sex Orientat Gend Divers*. 2017;4(3):374-382. doi:10.1037/sgd0000239

19. Turban JL, Kraschel KL, Cohen IG. Legislation to criminalize gender-affirming medical care for transgender youth. *JAMA*. 2021;325(22):2251-2252. doi:10.1001/jama.2021.7764

20. Barbee H, Deal C, Gonzales G. Anti-transgender legislation—a public health concern for transgender youth. *JAMA Pediatr*. 2021. doi:10.1001/jamapediatrics.2021.4483

21. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med*. 2015;12(11):2206-2214. doi:10.1111/jsm.13034

22. Kuper LE, Stewart S, Preston S, Lau M, Lopez X. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. *Pediatrics*. 2020;145(4):20193006. doi:10.1542/peds.2019-3006

23. Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results. *Int J Pediatr Endocrinol*. 2020;2020(1):8. doi:10.1186/s13633-020-00078-2

24. Allen LR, Watson LB, Egan AM, Moser CN. Well-being and suicidality among transgender youth after gender-affirming hormones. *Clin Pract Pediatr Psychol*. 2019;7(3):302-311. doi:10.1037/cpp0000288

25. Bauer GR, Hammond R, Travers R, Kaay M, Hohenadel KM, Boyce M. "I don't think this is theoretical; this is our lives": how erasure impacts health care for transgender people. *J Assoc Nurses AIDS Care*. 2009;20(5):348-361. doi:10.1016/j.jana.2009.07.004

26. Spitzer RL, Kroenke K, Williams JBW, Löwe B. A brief measure for assessing generalized anxiety disorder: the GAD-7. *Arch Intern Med*. 2006;166(10):1092-1097. doi:10.1001/archinte.166.10.1092

27. Levis B, Benedetti A, Thombs BD; DEPRESsion Screening Data (DEPRESSD) Collaboration. Accuracy of Patient Health Questionnaire-9 (PHQ-9) for screening to detect major depression: individual participant data meta-analysis. *BMJ*. 2019;365:l1476. doi:10.1136/bmj.l1476

28. Connor KM, Davidson JRT. Development of a new resilience scale: the Connor-Davidson Resilience Scale (CD-RISC). *Depress Anxiety*. 2003;18(2):76-82. doi:10.1002/da.10113

Mental Health Outcomes in Transgender and Nonbinary Youths Receiving Gender-Affirming Care

**29.** Campbell-Sills L, Stein MB. Psychometric analysis and refinement of the Connor-Davidson Resilience Scale (CD-RISC): validation of a 10-item measure of resilience. *J Trauma Stress*. 2007;20(6):1019-1028. doi:10.1002/jts.20271

**30.** Hartley MT. Assessing and promoting resilience: an additional tool to address the increasing number of college students with psychological problems. *J Coll Couns*. 2012;15(1):37-51. doi:10.1002/j.2161-1882.2012.00004.x

**31.** VanderWeele TJ, Ding P. Sensitivity analysis in observational research: introducing the E-value. *Ann Intern Med*. 2017;167(4):268-274. doi:10.7326/M16-2607

**32.** Toomey RB, Syvertsen AK, Shramko M. Transgender adolescent suicide behavior. *Pediatrics*. 2018;142(4): 20174218. doi:10.1542/peds.2017-4218

**33.** White Hughto JM, Reisner SL. A systematic review of the effects of hormone therapy on psychological functioning and quality of life in transgender individuals. *Transgend Health*. 2016;1(1):21-31. doi:10.1089/trgh. 2015.0008

**34.** Sorbara JC, Chiniara LN, Thompson S, Palmert MR. Mental health and timing of gender-affirming care. *Pediatrics*. 2020;146(4):e20193600. doi:10.1542/peds.2019-3600

**35.** Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics*. 2016;137(3):e20153223. doi:10.1542/peds.2015-3223

**36.** Cantu AL, Moyer DN, Connelly KJ, Holley AL. Changes in anxiety and depression from intake to first follow-up among transgender youth in a pediatric endocrinology clinic. *Transgend Health*. 2020;5(3):196-200. doi:10. 1089/trgh.2019.0077

**37.** Pullen Sansfaçon A, Temple-Newhook J, Suerich-Gulick F, et al; Stories of Gender-Affirming Care Team. The experiences of gender diverse and trans children and youth considering and initiating medical interventions in Canadian gender-affirming speciality clinics. *Int J Transgend*. 2019;20(4):371-387. doi:10.1080/15532739.2019. 1652129

SUPPLEMENT.
eTable 1. Survey Instruments
eTable 2. Prevalence of Exposure Over Time
eTable 3. Prevalence of Outcomes Over Time by Exposure Group
eTable 4. E-Value Calculation for Association Between Puberty Blockers or Gender-Affirming Hormones and Mental Health Outcomes
eTable 5. Examining Association Between Puberty Blockers or Gender-Affirming Hormones and Mental Health Outcomes Separately
eTable 6. Bivariate Model Restricted to Youths Ages 13 to 17 Years
eTable 7. Multivariable Model Restricted to 90 Youths Ages 13 to 17 Years
eTable 8. Sensitivity Analyses using Patient Health Questionnaire 8-item Scale Score of 10 or Greater for Moderate to Severe Depression
eFigure 1. Schematic of Generalized Estimating Equation Model
eFigure 2. Association Between Receipt of Gender-Affirming Hormones or Puberty Blockers and Mental Health Outcomes
eReferences

Journal of Adolescent Health 70 (2022) 643–649



Exhibit 21



JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

ELSEVIER

Original article

# Association of Gender-Affirming Hormone Therapy With Depression, Thoughts of Suicide, and Attempted Suicide Among Transgender and Nonbinary Youth



Amy E. Green, Ph.D. *, Jonah P. DeChants, Ph.D., Myeshia N. Price, Ph.D., and Carrie K. Davis, M.S.W.

*The Trevor Project, West Hollywood, California*

Article history: Received July 26, 2021; Accepted October 28, 2021
Keywords: Transgender; Nonbinary; Gender-affirming care; Suicide; Depression; LGBTQ

A B S T R A C T

**Purpose:** There are no large-scale studies examining mental health among transgender and nonbinary youth who receive gender-affirming hormone therapy (GAHT). The purpose of this study is to examine associations among access to GAHT with depression, thoughts of suicide, and attempted suicide among a large sample of transgender and nonbinary youth.
**Methods:** Data were collected as part of a 2020 survey of 34,759 lesbian, gay, bisexual, transgender, queer, and questioning youth aged 13–24, including 11,914 transgender or nonbinary youth. Adjusted logistic regression assessed whether receipt of GAHT was associated with lower levels of depression, thoughts of suicide, and attempted suicide among those who wanted to receive GAHT.
**Results:** Half of transgender and nonbinary youth said they were not using GAHT but would like to, 36% were not interested in receiving GAHT, and 14% were receiving GAHT. Parent support for their child's gender identity had a strong relationship with receipt of GAHT, with nearly 80% of those who received GAHT reporting they had at least one parent who supported their gender identity. Use of GAHT was associated with lower odds of recent depression (adjusted odds ratio [aOR] = .73, $p < .001$) and seriously considering suicide (aOR = .74, $p < .001$) compared to those who wanted GAHT but did not receive it. For youth under age 18, GAHT was associated with lower odds of recent depression (aOR = .61, $p < .01$) and of a past-year suicide attempt (aOR = .62, $p < .05$).
**Conclusions:** Findings support a relationship between access to GAHT and lower rates of depression and suicidality among transgender and nonbinary youth.

© 2021 Society for Adolescent Health and Medicine. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).

**IMPLICATIONS AND CONTRIBUTION**

Transgender and nonbinary youth have high risk of depression and suicide. Gender-affirming healthcare is associated with lower risk using adult samples. This large-scale study examines GAHT among transgender and nonbinary youth. Findings demonstrate that GAHT is significantly related to lower rates of depression and suicidality among transgender and nonbinary youth.

Transgender and nonbinary youth are at elevated risk for depression, thoughts of suicide, and attempted suicide compared to youth who are cisgender and heterosexual, as well as cisgender members of the lesbian, gay, bisexual, transgender, queer, and questioning (LGBTQ) community [1–3]. Mental health

disparities among transgender and nonbinary youth stem from minority stress based on the harmful ways transgender and nonbinary youth are treated by others [4]. Feelings of gender dysphoria associated with incongruence between one's physical traits and gender identity are also associated with mental health challenges for transgender and nonbinary youth [5]. As such, both the treatment of gender dysphoria and the reduction of minority stress offer pathways toward reducing disparities in depression and suicidality found among transgender and nonbinary youth.

Conflicts of interest: The authors have no conflicts of interest relevant to this article to disclose.
* Address correspondence to: Amy E. Green, Ph.D., The Trevor Project, PO Box 69232, West Hollywood, CA 90069.
E-mail address: Amy.Green@TheTrevorProject.org (A.E. Green).

1054-139X/© 2021 Society for Adolescent Health and Medicine. Published by Elsevier Inc. This is an open access article under the CC BY-NC-ND license (http://creativecommons.org/licenses/by-nc-nd/4.0/).
https://doi.org/10.1016/j.jadohealth.2021.10.036

*A.E. Green et al. / Journal of Adolescent Health 70 (2022) 643–649*

The Minority Stress Model details how chronic stressful events such as gender identity–based stigma and rejection produce proximal processes such as internalized stigma and shame, which result in mental health challenges [6]. Although minority stress is associated with greater risk of anxiety, depression, and suicidality among transgender and nonbinary individuals [2,5], gender-affirming medical care has been associated with lower risk [7,8]. Gender-affirming medical care is one component of the larger process of gender affirmation, which may include social, legal, and medical changes. Social transition is the primary and most common component of gender affirmation for prepubertal youth and involves allowing them to present in the way that feels most authentic to them. Medical-affirming care can include treatments that postpone physical changes associated with puberty, as well as treatments that lead to changes that would affirm one's gender identity. Gonadotropin-releasing hormone analogs, commonly known as "puberty blockers," are used to delay the onset of puberty, while gender-affirming hormone therapy (GAHT) is used to promote gender-affirming physical changes. GAHT allows transgender and nonbinary youth to develop physical characteristics that align with their gender identity and is appropriate for those who have begun puberty or following the use of puberty blockers. Access to GAHT is especially important during adolescence because some effects of puberty are not easily reversed by GAHT in adulthood (e.g., testosterone's effects on voice) [9]. Qualitative data highlight ways transgender individuals have experienced distress due to the delay in GAHT, which results in them undergoing puberty associated with their sex assigned at birth [10,11]. Access to GAHT is an ongoing issue for transgender youth and their families, both due to a lack of competent providers in many communities and due to recent legislative efforts to criminalize medical providers and parents who provide GAHT to youth under the age of 18 [12,13]. Barriers to care are often greater for transgender and nonbinary youth of color who are unrepresented in gender specialty clinics and have more difficulties accessing gender-affirming care compared to White transgender and nonbinary youth [9].

A recent study based on the 2015 U.S. Transgender Survey found that transgender adults who received pubertal blockers as adolescents had significantly lower lifetime suicidal ideation compared to those who desired but did not receive it [8]. However, thus far, there are no large-scale studies comparing mental health and suicidality among transgender and nonbinary youth who wanted GAHT and received it to those who wanted it but did not receive it [14]. Three small clinical studies have examined GAHT in relation to mental health and suicidality among transgender and nonbinary youth. However, these clinical studies were not able to randomize youth to receive GAHT or include a control group. The first study followed 47 transgender youth and found that mean levels of suicidality significantly decreased from 1.11 before starting GAHT to .27 when assessed approximately 1 year after beginning GAHT [7]. The second study of 128 transgender youth found small to moderate improvements in self-reported depressive symptoms ($d = .44$) [15]. The third study examined 50 transgender youth at two 6-month intervals following the start of GAHT and found significant decreases in depression as measured by the Center for Epidemiologic Studies Depression Scale [16]. Each of these studies noted limitations related to not being able to control for the role of parental support, as each youth had at least one parent who supported their receipt of GAHT.

The present study draws from a large sample of transgender and nonbinary youth between the ages of 13–24 to examine the association between receipt of GAHT with self-reported depression, thoughts of suicide, and attempted suicide. Furthermore, because many current concerns around GAHT relate to their use in youth under the age of 18, these associations will also be examined separately for those under age 18.

## Methods

### Procedure

Data were from an online nonprobability sample collected between October and December 2020 of 34,759 youth aged 13–24 who resided in the U.S. and identified as LGBTQ. Youth were recruited via targeted ads on Facebook, Instagram, and Snapchat. Those who reported residing outside of the U.S., having an age below 13 or above 24, or being both heterosexual and cisgender were excluded from the sample. To approach a more representative sample, targeted recruitment was conducted to ensure adequate sample sizes with respect to geography and race/ethnicity. Qualified respondents completed a secure online questionnaire that included a maximum of 142 questions. The survey employed two validity checks. The first was an item that required youth to select a specific response from the provided list. The second validity check screened for youth who responded inconsistently to the same item placed at two separate points in the survey. Each question related to mental health and suicidality was preceded by a message stating: "If at any time you need to talk to someone about your mental health or thoughts of suicide, please call The Trevor Project at 1-866-488-7386." Youth were able to select "decline to answer" for any questions in the survey that they did not want to answer. Respondents were eligible to be entered into a drawing for one of 100 gift cards worth $50 each by providing their email address after being routed to a separate survey. The research proposal was reviewed and approved by an independent Institutional Review Board, Solutions IRB. Youth participation was voluntary, and informed consent was obtained. We obtained a waiver of parental consent for youth aged 13–17 years as the research posed a minimal risk and could have presented potential harm for youth who were not out to their parents about their LGBTQ identity. No names or personal details were included to ensure confidentiality and privacy.

### Measures

*Gender-affirming hormone therapy use.* Youth who indicated they were transgender or nonbinary were asked, "Are you currently taking gender-affirming hormones?" with response options that included, (1) "No, and I do not want to take them," (2) "No, but I would like to take them," and (3) "Yes." In logistic regression analyses, youth responses are coded as (0) "No, but I would like to take them" and (1) "Yes."

*Depression.* Current levels of depression were measured using the Patient Health Questionnaire-2 [17]. The Patient Health Questionnaire-2 was designed as a two-item screening tool for major depressive disorder in the past 2 weeks. Scores were dichotomized based on recommended guidelines for a total score of three or more being indicative of depression.

*Suicidal thoughts and behaviors.* Youth were first presented with a question on whether they had seriously considered suicide in the past year. Those that answered, "yes" were subsequently asked how many times they had attempted suicide in the past year, with answers dichotomized into zero compared to one or more attempts. Both items are from the Centers for Disease Control and Prevention's Youth Risk Behavior Survey [18].

*Demographic covariates.* The following sociodemographic covariates were examined based on their potential relationships with suicidality and access to GAHT: age, socioeconomic status (just able to meet basic needs or less, more than able to meet basic needs), race (Alaska Native/American Indian, Asian/Pacific Islander, Black/African American, Latinx, multiracial, or White), and census region (Northeast, South, Midwest, West). Gender identity was measured using a two-stage question that first asked, "What sex were youth assigned at birth, on your original birth certificate," with response options of male or female. The second question asked, "Which of the following terms best describes your gender identity. We understand that there are many different ways youth identify, please pick the one that best describes you," with response options of boy/man, girl/woman, and nonbinary/genderfluid/gender nonconforming, as well as options to indicate the youth did not understand the question or were not sure of their gender identity. For those who indicated a known gender identity, the measures were combined to create categories of transgender girl/woman, transgender boy/man, and nonbinary. A single item was used to measure sexual orientation stating, "Which of these options best describes your sexual orientation. We understand that there are many different sexual identities please pick the one that best describes you," with response options of gay, lesbian, bisexual, pansexual, queer, questioning, or straight/heterosexual [19].

*Additional covariates.* Four additional covariates were included based on their potential relationships with both access to GAHT and risk of depression and suicidality among transgender and nonbinary youth. Parent support for a youth's gender identity was assessed by asking youth, "Do you have at least one parent who is supportive of your gender identity?" with answers of (1) "No," (2) "Yes," and (3) "I am not 'out' about my gender to any of my parents." Youth's report of victimization based on their gender identity was assessed by asking, "Have you ever felt physically threatened or been physically abused because of your gender identity?" Response options were (0) "No" and (1) "Yes." Receipt of puberty blockers was assessed by an item placed immediately prior to the question on GAHT that asked, "Did you take medication designed to prevent or delay puberty (also known as puberty blockers)?" Response options were codes as (0) "No" and (1) "Yes." Exposure to gender identity conversion efforts (GICE) was assessed by asking, "Did you ever receive treatment from someone who tried to change your sexual orientation or gender identity (such as trying to make you straight or cisgender)?" Youth who did not undergo conversion efforts or who reported that they underwent conversion efforts limited to only their sexual orientation were coded as (0) "No," while youth who reported undergoing GICE were coded as (1) "Yes."

*Data analysis*

SPSS version 28 was used in conducting all analyses [20]. Chi-squared tests of independence were used to examine the proportion of young people who used GAHT compared to those who wanted GAHT but did not receive it. A *t*-test was used to examine mean age differences. After adjustment for the aforementioned covariates, logistic regression was used to determine the odds of depression, past-year thoughts of suicide, and a past-year suicide attempt among those who received GAHT in comparison with those who wanted GAHT but did not receive it. To address the lack of research focused on gender-affirming medical care among transgender and nonbinary youth who are minors, analyses were also conducted separately among youth aged 13–17.

*Participants*

A total of 11,914 youth from unique IP address indicated that they were transgender or nonbinary. Our question on GAHT was placed toward the end of the survey, and as such 2,895 youth had missing data. Chi-squared tests of independence were used to compare the 9,019 youth who had GAHT data to the 2,895 who did not. There were no significant differences within sexual identity, socioeconomic status, census region, gender identity support from parents, gender identity-based victimization, or GICE. The proportion of transgender boys/men and nonbinary youth were comparable. There were slightly higher rates of transgender women in the sample with data on GAHT compared to those with missing data (8% vs. 6%, $\chi^2(2) = 13.21, p = .001$). The sample with data on GAHT had higher rates of multiracial youth (21% vs. 17%) and lower rates of White youth (55% vs. 60%) ($\chi^2(5) = 34.32, p < .001$). Age was examined using *t*-test analyses with the average age of the subset of youth with data on GAHT slightly greater (17.62) than those without it (17.30), $t(11,912 = 4.60), p < .001$.

**Results**

The majority of youth were nonbinary (63%), followed by transgender boy/man (29%) and transgender girl/woman (8%). The average age was 17.62 (standard deviation = 3.21), and 27% reported that they were either just able to financially meet basic needs or struggled to meet basic needs. Most youth resided in the South (36%), followed by West (27%), Midwest (22%), and Northeast (15%). Overall, 29% identified as bisexual, 26% as pansexual, 20% as gay or lesbian, 20% as queer, 4% as questioning, and 2% as heterosexual. The majority of the sample was non-Hispanic White (55%), followed by multiracial (21%), Latinx (12%), Asian/Pacific Islander (5%), Black (4%), and American Indian/Alaskan Native (2%).

Half of transgender and nonbinary respondents said they were not using GAHT but would like to receive it, 36% said they were not interested in receiving GAHT, and 14% said they were receiving GAHT. In bivariate analyses (Table 1), those who received GAHT were on average older, and a greater proportion reported that they struggled to meet basic needs or were just able to meet them, compared to those who wanted GAHT but did not receive it. Those who lived in the South were underrepresented among those who received GAHT when they desired it. Transgender girls/women and transgender boys/men were represented in greater proportions among those who received GAHT, while a greater proportion of those who were nonbinary reported wanting GAHT but not receiving it. White youth were the only race/ethnicity group that were represented in a greater proportion among those who received GAHT compared to those who wanted it but did not receive it. Transgender and nonbinary

*A.E. Green et al. / Journal of Adolescent Health 70 (2022) 643–649*

**Table 1**
Sample characteristics of transgender and nonbinary youth aged 13–24 based on receipt of GAHT

| | Received GAHT (n = 1,216) Mean (SD) or % (n) | Wanted but did not receive GAHT (n = 4,537) Mean (SD) or % (n) | |
|---|---|---|---|
| Age | 19.95 (2.80) | 16.91 (2.97) | t(15,751) = 33.26, p < .001 |
| Socioeconomic status | | | χ²(1) = 17.11, p < .001 |
| More than meets basic needs | 67.3 (794) | 73.5 (2,947) | |
| Just meets basic needs or less | 32.7 (385) | 26.5 (1,063) | |
| Census region | | | χ²(3) = 32.25, p < .001 |
| Northeast | 17.2 (209) | 14.0 (634) | |
| South | 28.7 (349) | 36.9 (1,676) | |
| Midwest | 23.4 (285) | 22.8 (1,035) | |
| West | 30.7 (373) | 26.3 (1,192) | |
| Gender identity | | | χ²(2) = 374.88, p < .001 |
| Nonbinary | 21.3 (259) | 49.5 (2,245) | |
| Transgender boy/man | 55.3 (673) | 41.3 (1,874) | |
| Transgender girl/woman | 23.4 (284) | 9.2 (418) | |
| Sexual identity | | | χ²(5) = 113.49, p < .001 |
| Gay/lesbian | 25.6 (310) | 17.9 (807) | |
| Heterosexual | 4.5 (53) | 1.8 (80) | |
| Bisexual | 30.5 (369) | 29.4 (1,325) | |
| Pansexual | 16.4 (198) | 27.8 (1,250) | |
| Queer | 20.2 (244) | 19.0 (845) | |
| Questioning | 2.9 (35) | 4.4 (196) | |
| Race/ethnicity | | | χ²(5) = 63.34, p < .001 |
| American Indian/Alaskan Native | 1.4 (16) | 2.2 (98) | |
| Asian/Pacific Islander | 3.1 (36) | 4.6 (202) | |
| Black | 1.7 (20) | 3.4 (150) | |
| Latinx | 8.8 (104) | 12.4 (543) | |
| White | 68.3 (805) | 55.8 (2,441) | |
| Multiracial | 16.7 (197) | 21.5 (940) | |

GAHT = gender-affirming hormone therapy; SD = standard deviation.

youth who identified as gay, lesbian, or heterosexual were represented in higher proportions among those who received GAHT compared to those who wanted it but did not receive it.

Pansexual youth were underrepresented among those who wanted GAHT but did not receive it. Table 2 presents the characteristics of transgender and nonbinary youth among the

**Table 2**
Sample characteristics of transgender and nonbinary youth aged 13–17 based on receipt of GAHT

| | Received GAHT (n = 274) Mean (SD) or % (n) | Wanted but did not receive GAHT (n = 2,961) Mean (SD) or % (n) | |
|---|---|---|---|
| Age | 16.00 (1.03) | 15.09 (1.36) | t(13,233) = 10.81, p < .001 |
| Socioeconomic status | | | χ²(1) = 3.77, p = .05 |
| More than meets basic needs | 86.3 (220) | 81.3 (2,019) | |
| Just meets basic needs or less | 13.7 (35) | 18.7 (463) | |
| Census region | | | χ²(3) = 14.50, p < .01 |
| Northeast | 14.6 (40) | 13.7 (405) | |
| South | 26.3 (72) | 37.4 (1,107) | |
| Midwest | 24.8 (68) | 22.0 (652) | |
| West | 34.3 (94) | 26.9 (797) | |
| Gender identity | | | χ²(2) = 100.35, p < .001 |
| Nonbinary | 15.3 (42) | 46.7 (1,382) | |
| Transgender boy/man | 74.8 (205) | 46.5 (1,377) | |
| Transgender girl/woman | 9.9 (27) | 6.8 (202) | |
| Sexual identity | | | χ²(5) = 52.85, p < .001 |
| Gay/lesbian | 32.2 (88) | 18.5 (544) | |
| Heterosexual | 4.0 (11) | 1.6 (46) | |
| Bisexual | 33.0 (90) | 31.3 (921) | |
| Pansexual | 13.9 (38) | 16.5 (486) | |
| Queer | 13.6 (37) | 27.0 (795) | |
| Questioning | 3.3 (9) | 5.0 (148) | |
| Race/ethnicity | | | χ²(5) = 14.31, p = .01 |
| American Indian/Alaskan Native | 1.9 (5) | 2.5 (71) | |
| Asian/Pacific Islander | 4.2 (11) | 5.4 (152) | |
| Black | 1.5 (4) | 3.9 (111) | |
| Latinx | 8.1 (21) | 14.0 (396) | |
| White | 58.8 (153) | 50.2 (1,424) | |
| Multiracial | 25.4 (66) | 24.1 (683) | |

GAHT-gender-affirming hormone therapy; SD = standard deviation.

Table 3
Challenges among transgender and nonbinary youth aged 13–24 based on receipt of GAHT

|  | Received GAHT (n = 1,216) % (n) | Wanted but did not receive GAHT (n = 4,537) % (n) |  |
| --- | --- | --- | --- |
| Gender support from parents |  |  | $\chi^2(2) = 695.98, p < .001$ |
| No | 17.6 (210) | 33.6 (1,451) |  |
| Yes | 79.8 (955) | 38.2 (1,648) |  |
| Not "out" to parents | 2.6 (31) | 28.2 (1,218) |  |
| Gender identity-based victimization | 61.9 (734) | 49.2 (2,125) | $\chi^2(1) = 59.56, p < .001$ |
| Gender identity conversion efforts | 14.7 (172) | 13.9 (581) | $\chi^2(1) = 0.42, p = .52$ |
| History of puberty blocker use | 11.0 (132) | 1.0 (44) | $\chi^2(1) = 315.80, p < .001$ |
| Depression | 60.8 (738) | 75.0 (3,385) | $\chi^2(1) = 95.38, p < .001$ |
| Seriously considered suicide | 43.9 (521) | 57.1 (2,409) | $\chi^2(1) = 65.89, p < .001$ |
| Attempted suicide | 14.6 (173) | 23.2 (956) | $\chi^2(1) = 40.24, p < .001$ |

GAHT = gender-affirming hormone therapy.

subsample aged 13–17 based on whether they were able to obtain desired GAHT.

Those who had parental support for their gender identity comprised nearly 80% of youth who received GAHT. Among those who wanted GAHT but did not receive it, 38% had parental support (Table 3). Among those who received GAHT, 11% reported that they had ever used puberty blockers compared to only 1% of those who wanted GAHT but did not receive it. Less than 1% (.6%) of youth who reported not wanting GAHT had ever used puberty blockers. A higher percentage of youth who received GAHT experienced gender identity–based victimization compared to those who wanted GAHT but did not receive it. In bivariate analysis, a smaller percentage of transgender and nonbinary youth who received GAHT reported recent depression (61% vs. 75%), seriously considering suicide in the past year (44% vs. 57%) and attempting suicide in the past year (15% vs. 23%) compared to those who wanted GAHT but did not receive it. Similar patterns emerged among youth aged 13–17 compared to the full sample (Table 4); however, 94% of those 13–17 who received GAHT had parental support compared to 80% among the full sample. Additionally, a larger proportion of those aged 13–17 who received GAHT had used puberty blockers (24%) compared to the overall sample (11%).

In adjusted logistic regression models (Table 5), receipt of GAHT was associated with lower odds of recent depression (adjusted odds ratio [aOR] = .73, $p < .001$) and seriously considering suicide in the past year (aOR = .74, $p < .001$). The aOR for attempted suicide among the overall sample of transgender and nonbinary youth aged 13–24 did not reach statistical significance (aOR = .84, $p = .16$). Among those aged 13–17, receipt of GAHT was associated with nearly 40% lower odds of

recent depression (aOR = .61, $p < .01$) and attempting suicide in the past year (aOR = .62, $p < .05$). For youth under age 18, the aOR for seriously considering suicide in the past year did not reach statistical significance (aOR = .74, $p = .08$).

## Discussion

These findings extend previous cross-sectional research conducted with transgender and nonbinary adults and provide support for a significant relationship between access to GAHT and lower depression and suicidality among transgender and nonbinary youth. Among the full sample and those under age 18, receipt of GAHT was associated with significantly lower odds of experiencing symptoms of depression in the previous 2 weeks. Although our study is not able to determine temporal patterns, it is unlikely that many transgender and nonbinary youth began GAHT subsequent to this 2-week time frame. The pattern of statistical significance for findings related to past-year suicidality was less consistent, which may indicate challenges related to statistical power when examining fairly infrequent outcomes such as suicidal thoughts and behaviors, particularly among smaller subgroups of individuals [21]. However, overall, our results indicate significant relationships between receipt of GAHT and lower suicidality among transgender and nonbinary youth.

Bivariate findings point to disparities in receipt of GAHT among subgroups of transgender and nonbinary youth. In particular, transgender and nonbinary youth living in the South had lower rates of accessing GAHT when they wanted it. This is also the region where the majority of bills to restrict access to gender-affirming care for transgender youth have been introduced subsequent to the collection of these data [22]. Overall youth who were able to

Table 4
Challenges among transgender and nonbinary youth aged 13–17 based on receipt of GAHT

|  | Received GAHT (n = 274) % (n) | Wanted but did not receive GAHT (n = 2,961) % (n) |  |
| --- | --- | --- | --- |
| Gender support from parents |  |  | $\chi^2(2) = 323.26, p < .001$ |
| No | 3.7 (10) | 33.3 (933) |  |
| Yes | 93.7 (254) | 37.2 (1,043) |  |
| Not "out" to parents | 2.6 (7) | 29.5 (825) |  |
| Gender identity-based victimization | 57.5 (734) | 48.6 (2,125) | $\chi^2(1) = 7.66, p < .01$ |
| Gender identity conversion efforts | 13.1 (34) | 13.6 (364) | $\chi^2(1) = 0.05, p = .82$ |
| History of puberty blocker use | 24.4 (66) | 1.3 (37) | $\chi^2(1) = 422.86, p < .001$ |
| Depression | 60.9 (167) | 77.9 (2,294) | $\chi^2(1) = 39.83, p < .001$ |
| Seriously considered suicide | 51.1 (135) | 61.6 (1,674) | $\chi^2(1) = 10.97, p < .001$ |
| Attempted suicide | 16.0 (42) | 27.7 (733) | $\chi^2(1) = 16.67, p < .001$ |

GAHT = gender-affirming hormone therapy.

*A.E. Green et al. / Journal of Adolescent Health 70 (2022) 643–649*

**Table 5**
Multivariate adjusted logistic regression of gender-affirming hormone therapy on depression and suicidality among transgender and nonbinary youth

| | Overall sample | | Ages 13–17 | |
|---|---|---|---|---|
| | aOR (95% CI) | p-value | aOR (95% CI) | p-value |
| Depression | 0.73 (0.61–0.88) | <.001 | 0.61 (0.43–0.86) | <.01 |
| Seriously considered suicide | 0.74 (0.62–0.88) | <.001 | 0.74 (0.52–1.03) | .08 |
| Attempted suicide | 0.84 (0.66–1.07) | .16 | 0.62 (0.40–0.97) | .04 |

Adjusted for age, socioeconomic status, census region, gender identity, sexual orientation, race/ethnicity, parent support for gender identity, gender identity-based victimization, gender identity conversion efforts, and history of puberty blocker use.
aOR = adjusted odds ratio; CI = confidence interval.

access GAHT reported greater rates of financial struggles; however, this was not true for the subsample aged 13–17. Our measure of socioeconomic status was based on household finances, which often look different for those 18 and older who may no longer be able to rely on their family's resources. As expected, youth over age 18 had higher rates of being able to access GAHT when they desired it. Among transgender and nonbinary youth, those who primarily reported a binary identity (i.e., transgender man or transgender woman) had higher rates of accessing GAHT compared to those who were nonbinary. Pansexual youth were also underrepresented among those who received GAHT; however, this relationship may also be related to nonbinary identities as pansexual was the most frequently reported sexual orientation among nonbinary youth. There were also disparities in access to GAHT across race/ethnicity. White youth represented 68% of those who received GAHT compared to 56% among those who wanted it but did not receive it, with LGBTQ youth of color reporting lower rates of obtaining GAHT. Furthermore, parental support for their child's gender identity had a strong relationship with receipt of GAHT, with nearly 80% of those who received GAHT reporting they had at least one parent who supported their gender identity, including 94% of those aged 13–17. Together, these findings indicate that youth receipt of gender-affirming care is based not only on their presenting concerns but also on their parent's level of support, geography, and their social identities, which relate to barriers to care among the broader population of youth as well [23–26]. To reduce disparities in youth access to GAHT there is a need to focus on increasing awareness and education around gender-affirming care for parents as well as among healthcare providers and others in positions to support youth health and well-being.

Some of the hesitance regarding gender-affirming care for transgender and nonbinary youth may be due to a misunderstanding of the causes of mental health challenges in transgender and nonbinary individuals, such as a failure to recognize ways incongruence between physical traits and one's gender identity can produce psychological distress marked by depression. High rates of depression, suicidal ideation, and suicide attempts among transgender youth are sometimes used by antitransgender politicians and activists to erroneously suggest that transgender identity is a mental health condition that can be treated through counseling and conversion efforts [27]. These individuals ignore the impacts of gender dysphoria and minority stress [28] and suggest that GAHT is not necessary if transgender youth can be counseled into accepting their sex assigned at birth. The findings of this study demonstrate that GAHT could be a potential mechanism by which mental health and suicide

disparities among transgender and nonbinary youth may begin to decrease. Furthermore, existing evidence suggests that regret is low for gender-affirming care interventions, with one study of 55 transgender adults who had received gender-affirming care as adolescents finding that not one experienced regret [29].

There remains a critical need for mental health outcomes data among transgender and nonbinary youth receiving GAHT, including through longitudinal studies. Large-scale longitudinal data collection will better elucidate the risks and benefits of individual treatment options so that youth and their families can make evidence-informed decisions regarding care.

*Limitations*

This study boasts a large, diverse sample of transgender and nonbinary youth across the U.S.; however, some limitations should also be noted. First, causation cannot be inferred due to the study's cross-sectional design. It is possible that those who historically have higher rates of depression and suicidal thoughts and behaviors are also less able to seek or obtain GAHT. However, combined with repeated measures designs of other studies [7,15] it appears likely that receipt of GAHT may lead to reduced levels of depression and suicidality. Given existing research, it is unlikely that randomized controlled trials of GAHT for youth would be ethically appropriate. To better understand directionality, prospective longitudinal designs are needed. Additionally, our self-reported nonprobability sample may limit the generalizability of findings and suggest the need for the inclusion of gender identity-specific measures in larger probability samples. Finally, our study did not include variables to assess at what age youth began puberty blockers or GAHT or the duration for which they had been receiving them. Because younger transgender and nonbinary youth in our sample may have been eligible for either puberty blockers or GAHT, there may have been youth who were currently receiving the puberty blockers and not yet ready to start GAHT. However, this is a small part of our sample as only 20 youth aged 13–14 indicated that they had taken puberty blockers but had not accessed desired GAHT. Data on age and duration of access should be included in future studies to better understand the relationship between GAHT and mental health.

Unfortunately, efforts to legally restrict gender-affirming care for transgender and nonbinary youth may negatively impact mental health through two separate but linked pathways. The first is by directly prohibiting medication that many of these youth rely on to reduce feelings of gender dysphoria. The second is by increasing minority stress through negative public attention and harmful rhetoric debating the rights of transgender and nonbinary youth to live their lives authentically. As such, efforts to address the mental health of transgender and nonbinary youth must also acknowledge and address the cumulative risk that antitransgender political statements and legislative efforts may have on their well-being.

As the evidence for gender-affirming care grows, medical and mental health organizations are increasingly expressing support for it. Many major medical and mental health organizations have guidelines for working with transgender individuals centered around respect for the patient and shared decision-making [30,31], with some organizations releasing statements explicitly opposing any efforts to prevent access to gender-affirming care [32,33]. Given the well-documented risks of negative mental health and suicide among transgender and nonbinary youth, it is necessary that those serving these youth provide care that is patient-centered, affirming, and evidence-based.

## Funding Sources

This research did not receive any specific grant from funding agencies in the public, commercial, or not-for-profit sectors.

## References

[1] Johns MM, Lowry R, Andrzejewski J, et al. Transgender identity and experiences of violence victimization, substance use, suicide risk, and sexual risk behaviors among high school students — 19 states and large urban school districts, 2017. MMWR Morb Mortal Wkly Rep 2019;68:67–71.

[2] Price-Feeney M, Green AE, Dorison S. Understanding the mental health of transgender and nonbinary youth. J Adolesc Health 2020;66:684–90.

[3] Toomey RB, Syvertsen AK, Shramko M. Transgender adolescent suicide behavior. Pediatrics 2018;142:e20174218.

[4] Meyer IH. Resilience in the study of minority stress and health of sexual and gender minorities. Psychol Sex Orient Gend Divers 2015;2:209–13.

[5] Chodzen G, Hidalgo MA, Chen D, Garofalo R. Minority stress factors associated with depression and anxiety among transgender and gender-nonconforming youth. J Adolesc Health 2019;64:467–71.

[6] Hendricks M, Testa R. A conceptual framework for clinical work with transgender and gender nonconforming clients: An adaptation of the minority stress model. Prof Psychol Res Pract 2012;43:460–7.

[7] Allen L, Watson L, Egan A, Moser C. Well-being and suicidality among transgender youth after gender-affirming hormones. Clin Pract Pediatr Psychol 2019;7:302–11.

[8] Turban JL, King D, Carswell JM, Keuroghlian AS. Pubertal suppression for transgender youth and risk of suicidal ideation. Pediatrics 2020;145: e20191725.

[9] Cali DC, Cholla M, Telmigator CJ. Providing affirmative care to transgender and gender diverse youth: Disparities, interventions, and outcomes. Curr Psychiatry Rep 2021;23:1–10.

[10] Raj S. Alleviating anxiety and cultivating care: Young trans people in the family court of Australia. Aust Fem L J 2019;45:111–30.

[11] Riggs DW, Bartholomaeus C, Sansfacon AP. 'If they didn't support me, I most likely wouldn't be here': Transgender young people and their parents negotiating medical treatment in Australia. Int J Transgend Health 2020;21: 3–15.

[12] Gridley SJ, Crouch JM, Evans Y, et al. Youth and caregiver perspectives on barriers to gender-affirming health care for transgender youth. J Adolesc Health 2016;59:254–61.

[13] Kremen J, Williams C, Barrera EP, et al. Addressing legislation that restricts access to care for transgender youth. Pediatrics 2021;147:e2021049940.

[14] Chew D, Anderson J, Williams K, et al. Hormonal treatment in young people with gender dysphoria: A systematic review. Pediatrics 2018;141: e20173742.

[15] Kuper LE, Stewart S, Preston S, et al. Body dissatisfaction and mental health outcomes of youth on gender-affirming hormone therapy. Pediatrics 2020; 145:e20193006.

[16] Achille C, Taggart T, Eaton NR, et al. Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: Preliminary results. Int J Pediatr Endocrinol 2020; 2020:1–5.

[17] Richardson LP, Rockhill C, Russo JE, et al. Evaluation of the PHQ-2 as a brief screen for detecting major depression among adolescents. Pediatrics 2010; 125:e1097–103.

[18] Johns MM, Lowry RR, Haderxhanaj LT, et al. Trends in violence victimization and suicide risk by sexual identity among high school students — youth risk behavior survey, United States, 2015 -2019. MMWR Morb Mortal Wkly Rep 2020;79:19–27.

[19] DeChants J, Green AE, Price MN, Davis C. Measuring youth sexual orientation and gender identity. The Trevor Project. 2021. Available at: https://www.thetrevorproject.org/2021/07/21/measuring-youth-sexual-orientation-and-gender-identity/. Accessed August 20, 2021.

[20] IBM Corp. IBM SPSS Statistics for Macintosh, version 26.0. Armonk, NY: IBM Corp; 2019.

[21] O'Connor RC, Portzky G. Looking to the future: A synthesis of new developments and challenges in suicide research and prevention. Front Psychol 2018;9:2139.

[22] Conron KJ, O'Neill K, Vasquez LA. Prohibiting gender-affirming medical care for youth. The Williams Institute UCLA School of Law. 2021. Available at: https://williamsinstitute.law.ucla.edu/publications/bans-trans-youth-health-care/. Accessed August 20, 2021.

[23] Alegria M, Alvarez K, Ishikawa RZ, et al. Removing obstacles to eliminating racial and ethnic disparities in behavioral health care. Health Aff (Millwood) 2016;35:991–9.

[24] Clark BA, Marshall SK, Saewyc EM. Hormone therapy decision-making processes: Transgender youth and parents. J Adolesc 2020;79:136–47.

[25] Schayder N, Lawrence D, Panczak R, et al. Perceived need and barriers to adolescent mental health care: Agreement between adolescents and their parents. Epidemiol Psychiatr Sci 2019;29:1–9.

[26] Hodgkinson S, Godoy L, Beers LS, Lewin A. Improving mental health access for low-income children and families in the primary care setting. Pediatrics 2017;139:e20151175.

[27] American Psychological Association. APA Resolution on gender identity change efforts. 2021. Available at: https://www.apa.org/about/policy/resolution-gender-identity-change-efforts.pdf. Accessed June 9 2021.

[28] Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. Pediatrics 2016;137:e20153223.

[29] De Vries AL, McGuire JK, Steensma TD, et al. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.

[30] American Psychiatric Association. Position statement on access to care for transgender and gender diverse individuals. 2018. Available at: https://www.psychiatry.org/File%20Library/About-APA/Organization-Documents-Policies/Policies/Position-2018-Discrimination-Against-Transgender-and-Gender-Diverse-Individuals.pdf. Accessed May 14, 2021.

[31] Rafferty J, Committee on Psychosocial Aspects of Child and Family Health. Ensuring comprehensive care and support for transgender and gender-diverse children and adolescents. Pediatrics 2018;142:e20182162.

[32] Beers LS. American Academy of Pediatrics Speaks out against bills harming transgender youth. 2021. Available at: https://services.aap.org/en/news-room/news-releases/aap/2021/american-academy-of-pediatrics-speaks-out-against-bills-harming-transgender-youth/. Accessed May 14, 2021.

[33] American Academy of Child & Adolescent Psychiatry. Policy statement on conversion therapy. 2018. Available at: https://www.aacap.org/AACAP/Policy_Statements/2018/Conversion_Therapy.aspx. Accessed August 26, 2019.

Achille et al. International Journal of Pediatric Endocrinology   (2020) 2020:8
https://doi.org/10.1186/s13633-020-00078-2

International Journal of
Pediatric Endocrinology

RESEARCH Open Access



# Longitudinal impact of gender-affirming endocrine intervention on the mental health and well-being of transgender youths: preliminary results

Christal Achille[1], Tenille Taggart[2], Nicholas R. Eaton[2], Jennifer Osipoff[1], Kimberly Tafuri[1], Andrew Lane[1] and Thomas A. Wilson[1*]

## Abstract

**Background/aims:** Transgender youths experience high rates of depression and suicidal ideation compared to cisgender peers. Previous studies indicate that endocrine and/or surgical interventions are associated with improvements to mental health in adult transgender individuals. We examined the associations of endocrine intervention (puberty suppression and/or cross sex hormone therapy) with depression and quality of life scores over time in transgender youths.

**Methods:** At approximately 6-month intervals, participants completed depression and quality of life questionnaires while participating in endocrine intervention. Multiple linear regression and residualized change scores were used to compare outcomes.

**Results:** Between 2013 and 2018, 50 participants (mean age 16.2 $\pm$ 2.2 yr) who were naïve to endocrine intervention completed 3 waves of questionnaires. Mean depression scores and suicidal ideation decreased over time while mean quality of life scores improved over time. When controlling for psychiatric medications and engagement in counseling, regression analysis suggested improvement with endocrine intervention. This reached significance in male-to-female participants.

**Conclusion:** Endocrine intervention may improve mental health in transgender youths in the US. This effect was observed in both male-to-female and female-to-male youths, but appears stronger in the former.

**Keywords:** Transgender, Transgender management, Transgender youth, Depression, Suicide, Suicidal ideation, Quality of life, GnRH analogue, Puberty suppression, Puberty, Testosterone, Estrogen, Cross sex hormone

## Introduction

Transgender individuals have a gender identity that differs from the sex assigned at birth [1]. These individuals have a high prevalence of body image dysphoria, depression and suicidal ideation [2]. Studies in adults have shown improvement in psychological function in adulthood from endocrine and/or surgical interventions. Specifically, studies have indicated a positive impact of cross sex steroid therapy on depression scores and quality of life in the adult transgender population [3]. Guidelines for endocrine intervention in transgender youth have existed for the past decade in the United States and longer internationally. These guidelines include suppression of puberty to provide more time before cross sex steroid

* Correspondence: Thomas.A.Wilson@stonybrook.edu
[1]Division of Pediatric Endocrinology, Stony Brook Children's Hospital, Stony Brook University, Stony Brook, NY 11794-8111, USA
Full list of author information is available at the end of the article



© The Author(s). 2020 **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Exhibit 22

Achille et al. International Journal of Pediatric Endocrinology   (2020) 2020:8

therapy is introduced [4, 5]. Two studies have examined the impact of this strategy on depression and quality of life in youths. De Vries et al. demonstrated no improvement of gender dysphoria after puberty suppression alone but did report improvement only after both cross sex steroid therapy and gender confirmation surgery was complete in transgender individuals from the Netherlands [6]. These authors did not report findings after cross sex steroid therapy alone but before surgery. In the UK, Costa found that GnRH agonist suppression of puberty improved psychological functioning in transgender youth [7]. In the United States, there are few data concerning the impact of endocrine intervention on psychological function in transgender youth. Therefore, we conducted a longitudinal assessment of psychological wellbeing and quality of life in children and adolescents who have sought endocrine intervention to help with gender dysphoria. Herein, we report preliminary results of this ongoing study.

## Objective

The aim of this study is to examine the impact that endocrine intervention [suppression of endogenous pubertal hormones utilizing GnRH agonists/anti-androgens/suppressors of menstruation (AKA "pubertal suppression"), or addition of cross-sex hormones] has on depression and quality of life scales of transgender youths as reported by the youths themselves over time.

## Methods

### Participants and procedure

This is a single center study approved by Stony Brook University IRB for children, adolescents and young adults aged 9–25 years. Subjects referred to the Pediatric Endocrine Department for gender dysphoria were approached to participate. Although we do not have exact numbers, the vast majority of eligible subjects agreed to take part in the study. Minor participants signed assent and participants over 18 years of age and parents of those less than 18 yr. of age signed consent to participate. Individuals with sex chromosome abnormalities and disorders of sexual differentiation were excluded from the study. At approximately 6-month intervals, participants completed the following validated assessments of mental health: The Center for Epidemiologic Studies Depression Scale (CESD-R) [8], The Patient Health Questionnaire Modified for Teens (PHQ-9_Modified for Teens) [9], Quality of Life Enjoyment and Satisfaction Questionnaire (QLES-Q-SF) [10]. Most subjects were followed by mental health professionals. Those that were not were encouraged to see a mental health professional.

### Psychological measures

The CESD-R score is calculated as a sum of 20 questions, ranging from 0 (for those who say "not at all or less than one day" to all 20 questions) to a maximum score of 60 (for those who say "5–7 days" and/or "nearly every day for 2 weeks" for all 20 questions). A total CESD-R score less than 16 implies no clinical depression [8, 11]. The PHQ-9 consists of 9 questions describing symptoms of depression each rated 0 to 3 with the sum indicating level of depression: minimal 0–4, mild 5–9, moderate 10–14, moderately severe 15–19, severe 20–27. This questionnaire also asks the participants four additional questions relating to suicidal ideology and difficulty dealing with problems of life [9]. The QLES-Q-SF consists of 15 questions rating quality of life on a scale of 1–5 with 1 being poor and 5 being very good [10]. It was used rather than the Pediatric Quality of Life and Enjoyment Scale (PQLES-SF), which is based on QLES-Q-SF, because of the overlap in age inclusion of older adolescents and young adults and the intention of continuing the study into adulthood. Transyouths in the study were also asked if they were participating in psychological counseling and/or on psychiatric medication. ADHD medications were not included as psychiatric medication for this analysis.

### Endocrine interventions

Endocrine interventions were introduced in accordance with the Endocrine Society and the WPATH guidelines [4, 5]. In our study, GnRH agonist and/or antiandrogens were used for male to female (MTF) participants, and suppression of menstruation (either GnRH agonist or Medroxyprogesterone) for female to male (FTM) participants. Collectively, these interventions were labeled "Puberty Suppression". Once eligible as determined by mental health consultants, youths, parents and according to guidelines, cross sex hormones were prescribed, either testosterone for FTM or estrogen for MTF participants.

### Statistical analysis

Regression analysis was used to examine the association of various treatments with outcomes experienced by transgender youths over time. Linear multiple regression was used for continuous outcomes, and multiple logistic regression was used for dichotomous outcomes. For continuous outcomes, residualized change scores were used to compare change at outcome relative to levels at baseline. This approach thus allowed us to control for the dependent variable's level at baseline for each participant and to examine how endocrine intervention predicted change in the dependent variable over and above predicted outcome level relative to the level at baseline. Regression analyses also controlled for psychiatric medication and engagement in psychotherapy.

Achille et al. International Journal of Pediatric Endocrinology   (2020) 2020:8

## Results

Between December 2013 to December 2018, 116 participants entered the study. Ninety-five were naïve to any endocrine intervention. Of those 95 participants, 50 completed 3 waves of questionnaires and these individuals compose the analytic sample in this report. Baseline data for this population are shown in Table 1. At wave one, none of the 50 participants were on endocrine intervention. By wave 3, 47 participants had some type of endocrine intervention (Table 2).

### Mean changes over time

Mean baseline CESD-R score was 21.4 and decreased to 13.9 by wave 3 ($t(48) = 3.996$, $p < 0.001$, Fig. 1a). A score less than 16 implies no clinical depression. Mean depression scores by the PHQ-9 decreased over time as well ($t(49) = 3.753$, $p < 0.001$, Fig. 1b), while quality of life scores improved (Fig. 1c) but did not reach statistical significance ($t(48) = -1.758$, $p = .085$, Fig. 1c). Suicidal ideation decreased over time across all groups at wave 3 relative to baseline (Table 3). Thus, by all measures, depression and quality of life improved to some degree over time. Both gender subgroups demonstrated similar trends.

### Regression analysis

We conducted a series of regression analyses to investigate preliminary trends in the data when controlled for reported psychiatric medications and engagement in counselling. Results are given in Table 4. Given our modest sample size, particularly when stratified by gender, most predictors did not reach statistical significance. This being said, effect sizes ($R^2$) values were notably large in many models. In MTF participants, only puberty suppression reached a significance level of $p < .05$ in the CESD-R. However, associations with PHQ9 and QLES-Q-SF scores approached significance. For FTM participants, only cross sex hormone therapy approached statistical significance for quality of life improvement ($p = 0.08$).

Model $R^2$ values ranged between small to large, even in models where the hormonal intervention's prediction of the outcome did not reach statistical significance. It is potentially noteworthy that effect sizes for endocrine

**Table 2** Endocrine interventions at wave 3

| Type of Intervention | % of Total (n) | % of FTM (n) | % of MTF (n) |
|---|---|---|---|
| None | 6% (3) | 3% (1) | 12% (2) |
| Puberty Blocker | 46% (23) | 24% (8) | 88% (15) |
| Cross Sex Hormone | 70% (35) | 85% (28) | 41% (7) |
| Both | 22% (11) | 12% (4) | 41% (7) |

interventions were notably larger for MTF than FTM participants in almost every analysis. Regression models for suicidal thoughts were not estimable due to the low frequency of endorsement and small cell sizes across gender.

## Discussion

Cross-sex hormones and their effect on depression and quality of life has been extensively studied in adults. A meta-analysis by Costa and Colinza reported a reduction in anxiety and depression and improvement in quality of life with positive effect on personality and mood among transgender adults receiving cross-sex hormones therapy [3]. A 2006 cross-sectional study in California looked at adult FTM transgender participants on cross-sex hormone therapy and their quality of life. Participants who received testosterone therapy reported statistically significant higher quality of life than those who had not received hormonal therapy [12].

Adolescence is a particularly difficult time for transgender persons who experience the development of secondary sexual characteristics that are incongruous with their gender identity, and is associated with a high prevalence of depression and suicidal thoughts and gestures. Previous research has shown benefit to transgender youth in the Netherlands after cross sex steroid therapy AND gender confirmation surgery and in the UK after pubertal suppression alone [6, 7]. Our results extend these findings to transgender youths in the USA and apply prior to surgery.

Our results suggest that endocrine intervention is associated with improved mental health among transgender youth. This effect was observed in both MTF and FTM participants but appeared to be stronger in MTF. We speculate that this could be due to the following possibilities: 1. Testosterone has profound effects on

**Table 1** Baseline characteristics at Wave 1

| | Total | Female to Male | Male to Female |
|---|---|---|---|
| Number of participants | 50 | 33 | 17 |
| Age in Years (SD) | 16.2 (2.2) | 16.6 (2.5) | 15.5 (1.6) |
| %Depressed in past year (n) | 64% (32) | 60.6% (20) | 70.6% (12) |
| % Suicidal (n) | 10% (5) | 9.1% (3) | 11.8% (2) |
| % In Counseling (n) | 90% (45) | 87.9% (29) | 94.1% (16) |
| % On Psych Medication (n) | 34% (17) | 36.4% (12) | 29.4% (5) |

Achille et al. *International Journal of Pediatric Endocrinology* (2020) 2020:8



**Fig. 1** Mean scores over time: a CESD-R, b PHQ-9, c QLES-Q-SF. Abbreviations: GnRH: Gonadotropin releasing hormone; CESD-R: Center for Epidemiologic Studies Depression Scale; PHQ-9: Patient Health Questionnaire Modifed for Teens; QLES-Q-SF: Quality of Life Enjoyment and Satisfaction Questionnaire; WPATH: World Professional Association for Transgender Health; MTF: male to female; FTM: Female to male

appearance. MTF participants may have experienced relief when serum testosterone concentrations are suppressed or antagonized; 2. The effects of testosterone in FTM transgender persons takes 6 to 12 months to become apparent and is not fully apparent until several years of exposure. Our study only extended for the first 12 months of endocrine intervention.

**Table 3** Suicidal ideation

Suicidal Ideation Percentage: Wave 1 vs Wave 3

|       | % at Wave 1 (n) | % at Wave 3 (n) |
|-------|-----------------|-----------------|
| Total | 10% (5)         | 6% (3)          |
| MTF   | 11.8% (2)       | 5.9% (1)        |
| FTM   | 9.1% (3)        | 6.1% (2)        |

## Limitations and future directions

This is an ongoing study with preliminary results only presented herein. The numbers are too small to parse out the effects of pubertal suppression versus cross sex hormone therapy in the different genders. As our numbers continue to grow, we hope that we will be able to do so. As of now, we are only able to report trends.

Parental support has been shown to protect against mental health problems in transgender adolescents. Children who are socially transitioned at home, at school, and who use gender affirming pronouns represent those youths who are supported by their parents and caregivers. Being supported by family is associated with positive mental health outcomes [13] . Our data are somewhat limited by the fact that the majority of our participants had at least one supportive parent who was willing to facilitate medical and mental health intervention for the child and therefore may not apply to all transgender youths. In addition, regular visits with the medical team itself could influence depression and quality of life. Past studies have shown that having support from a multidisciplinary medical team – mental health provider, physician, surgeons – helped with quality of life and mental health [6].

## Conclusions

Transgender children and adolescent are a high-risk population for suicide and depression. Our preliminary results show negative associations between depression scores/suicidal ideation and endocrine intervention, while quality of life scores showed positive associations with intervention, in transgender youths over time in the US. These results align with previous work in the Netherlands and the UK.

**Table 4** Regression results when controlled for engagement in counselling and psychiatric medications

| Survey | Intervention | MTF | | | FTM | | |
|--------|--------------|-----|-----|-------|-----|-----|-------|
|        |              | b | p | $R^2$ | b | p | $R^2$ |
| CESD-R | Puberty Suppression | −2.41 | 0.008 | 0.52 | −0.02 | 0.95 | 0.09 |
|        | Cross Sex Hormone | −0.56 | 0.27 | 0.21 | −0.43 | 0.43 | 0.11 |
| PHQ-9 | Puberty Suppression | −1.89 | 0.07 | 0.28 | −0.16 | 0.68 | 0.04 |
|        | Cross Sex Hormone | −0.92 | 0.07 | 0.29 | −0.23 | 0.67 | 0.04 |
| QOL | Puberty Suppression | 1.26 | 0.21 | 0.13 | 0.71 | 0.86 | 0.01 |
|        | Cross Sex Hormone | 0.87 | 0.06 | 0.08 | 0.93 | 0.08 | 0.11 |

Case 1:22-cv-01075-JMS-MKK   Document 47-1   Filed 06/30/22   Page 822 of 902 PageID #: 2106

Achille *et al. International Journal of Pediatric Endocrinology*   (2020) 2020:8   Page 5 of 5

## Acknowledgements
The authors wish to thank the subjects and parents for their willingness to participate in this project and their courage.

## Authors' contributions
All authors contributed to the work as outlined below: Christal Achille: Primary author, helped recruit and collect data. Jennifer Osipoff: Recruited subjects, collected data. Kimberly Tafuri: Recruited subjects, collected data. Andrew Lane: Recruited subjects, collected data. Nicholas Eaton: Statistical analysis and interpretation. Thomas Wilson: Senior author, initial research conceptualization, IRB approval, subject recruitment, data entry and analysis and final submission. The author(s) read and approved the final manuscript.

## Funding
This study is not funded.

## Availability of data and materials
Data is not available as it would compromise confidentiality of the subjects participating.

## Ethics approval and consent to participate
This research effort was approved by the Stony Brook University Committee on Research Involving Human Subjects. Consent and assent to participate was obtained from subjects < 18 years of age and their respective parents and consent was obtained from those over age 18 years of age.

## Consent for publication
Consent for publication was included in the consent/assent.

## Competing interests
The authors declare that they have no competing interests.

## Author details
[1]Division of Pediatric Endocrinology, Stony Brook Children's Hospital, Stony Brook University, Stony Brook, NY 11794-8111, USA. [2]Department of Psychology, Stony Brook University, Stony Brook, NY 11794, USA.

Received: 28 February 2020 Accepted: 3 April 2020
Published online: 30 April 2020

## References
1.  [APA], A.P.A., Diagnostic and Statistical Manual of Mental Disorders (5th ed., DSM–5). 2013.
2.  Aitken M, VanderLaan D, Wasserman L, Stojanovski Hon S, Zucker K. Self-harm and Suicidality in children referred for gender Dysphoria. J Am Acad Child Adolesc Psychiatry. 2016;55(6):513–9.
3.  Costa R, Colizzi M. The effect of cross-sex hormonal treatment on gender dysphoria individuals' mental health: a systematic review. Neuropsychiatr Dis Treat. 2016;12:1953–66.
4.  Hembree WC, Cohen-Kettenis P, Gooren L, Hannema S, Meyer W, Murad MH, et al. Endocrine treatment of gender-Dysphoric/gender-incongruent persons: an Endocrine Society* clinical practice guideline. J Clin Endocrinol Metabol. 2017;102(11):3869–903.
5.  Selvaggi G, Dhejne C, Landen M, Elander A. The 2011 WPATH standards of care and penile reconstruction in female-to-male transsexual individuals. Adv Urol. 2012;2012:581712.
6.  de Vries A, MCGuire J, Steensman T, Wagenaar E, Doreleijers T, Cohen-Kettenis P. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics. 2014;134(4):696–704.
7.  Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender Dysphoria. J Sex Med. 2015;12(11):2206–14.
8.  Eaton WW, Smith C, Ybarra M, Muntaner C, Tien A. Center for Epidemiologic Studies Depression Scale: Review and Revision (CESD and CESD-R). In: The use of psychological testing for treatment planning and outcomes assessment. Instruments for adults, vol. 3. 3rd ed. Mahwah, NJ, US: Lawrence Erlbaum Associates Publishers; 2004. p. 363–77.
9.  Richardson LP, McCauley E, Grossman DC, et al. Evaluation of the Patient Health Questionnaire-9 Item for detecting major depression among adolescents.Pediatrics. 2010;126(6):1117–23. https://doi.org/10.1542/peds. 2010-0852.
10. Endicott J, Nee J, Harrison W, Blumenthal R. Quality of life enjoyment and satisfaction questionnaire: a new measure. Psychopharmacol Bull. 1993;29(2): 321–6.
11. Heroz E, Ybarra M, Eaton W. Psychometric evaluation of a self-report scale to measure adolescent depression: the CESDR-10 in two national adolescent samples in the United States. J Affect Disord. 2014;158:154–60. https://doi.org/10.1016/j.ad.2014.02.002.
12. Newfield E, Hart S, Dibble S, Kohler L. Female-to-male transgender quality of life. Qual Life Res. 2006;15:1447–57.
13. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental Health of Transgender Children Who are Supported in Their Identities. Pediatrics. 2016;137(3):e20153223. https://doi.org/10.1542/peds.2015-3223. Epub 2016 Feb 26.

## Publisher's Note
Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Ready to submit your research? Choose BMC and benefit from:**

- fast, convenient online submission
- thorough peer review by experienced researchers in your field
- rapid publication on acceptance
- support for research data, including large and complex data types
- gold Open Access which fosters wider collaboration and increased citations
- maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

Learn more biomedcentral.com/submissions

 BMC

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/340243934

# Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy

Article *in* PEDIATRICS · March 2020

DOI: 10.1542/peds.2019-3006



CITATIONS
35

READS
331

5 authors, including:

Laura Kuper
Children's Medical Center Dallas
27 PUBLICATIONS   904 CITATIONS

SEE PROFILE

Sunita Mahtani Stewart
University of Texas Southwestern Medical Center
219 PUBLICATIONS   8,542 CITATIONS

SEE PROFILE

Stephanie Preston
University of Texas Southwestern Medical Center
4 PUBLICATIONS   35 CITATIONS

SEE PROFILE

May Lau
University of Texas Southwestern Medical Center
51 PUBLICATIONS   459 CITATIONS

SEE PROFILE

Some of the authors of this publication are also working on these related projects:

family project View project

Measuring Suicide Capability: A Validation of Fearlessness About Death in Adolescents View project

Exhibit 23

# Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy

Laura E. Kuper, PhD,[a,b] Sunita Stewart, PhD,[a,b] Stephanie Preston, MD,[b] May Lau, MD, MPH,[a,b] Ximena Lopez, MD[a,b]

OBJECTIVES: Our first aim was to examine baseline differences in body dissatisfaction, depression, and anxiety symptoms by gender, age, and Tanner (ie, pubertal) stage. Our second aim was to test for changes in youth symptoms over the first year of receiving gender-affirming hormone therapy. Our third aim was to examine potential differences in change over time by demographic and treatment characteristics. Youth experiences of suicidal ideation, suicide attempt, and nonsuicidal self-injury (NSSI) are also reported.

METHODS: Participants ($n$ = 148; ages 9–18 years; mean age 14.9 years) were receiving gender-affirming hormone therapy at a multidisciplinary program in Dallas, Texas ($n$ = 25 puberty suppression only; $n$ = 123 feminizing or masculinizing hormone therapy). Participants completed surveys assessing body dissatisfaction (Body Image Scale), depression (Quick Inventory of Depressive Symptoms), and anxiety (Screen for Child Anxiety Related Emotional Disorders) at initial presentation to the clinic and at follow-up. Clinicians completed the Quick Inventory of Depressive Symptoms and collected information on youth experiences of suicidal ideation, suicide attempt, and NSSI.

RESULTS: Affirmed males reported greater depression and anxiety at baseline, but these differences were small ($P$ < .01). Youth reported large improvements in body dissatisfaction ($P$ < .001), small to moderate improvements in self-report of depressive symptoms ($P$ < .001), and small improvements in total anxiety symptoms ($P$ < .01). No demographic or treatment-related characteristics were associated with change over time. Lifetime and follow-up rates were 81% and 39% for suicidal ideation, 16% and 4% for suicide attempt, and 52% and 18% for NSSI, respectively.

CONCLUSIONS: Results provide further evidence of the critical role of gender-affirming hormone therapy in reducing body dissatisfaction. Modest initial improvements in mental health were also evident.



[a]Children's Health Systems of Texas, Dallas, Texas; and [b]University of Texas Southwestern Medical Center, Dallas, Texas

Dr Kuper oversaw data collection, conducted data analysis, and drafted the manuscript; Drs Stewart, Lau, and Lopez conceptualized and designed the study and provided feedback on manuscript drafts; Dr Preston assisted with drafting the manuscript, and all authors contributed to the development of study aims, approved the final manuscript as submitted, and agree to be accountable for all aspects of the work.

DOI: https://doi.org/10.1542/peds.2019-3006

Accepted for publication Dec 6, 2019

Address correspondence to Laura E. Kuper, PhD, Department of Endocrinology, Children's Health Systems of Texas, 1935 Medical District Dr, Mail Code F4.05, Dallas, TX 75235. E-mail: laura.kuper@childrens.com

WHAT'S KNOWN ON THIS SUBJECT: Guidelines exist for providing gender-affirming hormone therapy (ie, puberty suppression and masculinizing or feminizing hormone therapy) to transgender youth; however, little research has been conducted on the impact of treatment on body dissatisfaction and mental health and factors that may influence this impact.

WHAT THIS STUDY ADDS: One year of receiving gender-affirming hormone therapy resulted in large reductions in youth body dissatisfaction and modest improvements in mental health. No demographic or treatment-related factors were associated with change over time.

To cite: Kuper LE, Stewart S, Preston S, et al. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 2020; 145(4):e20193006

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 13, 2020

ARTICLE

Two influential longitudinal studies from the Netherlands have helped establish guidelines for providing gender-affirming hormone therapy (ie, puberty suppression and masculinizing or feminizing hormone therapy) to transgender youth with gender dysphoria.[1,2] De Vries et al[3] conducted a prospective study with 70 youth who received puberty suppression (ie, medication to stop the progression of puberty). After 2 years, internalizing, externalizing, and depressive symptoms improved along with global functioning, but there was no improvement in body dissatisfaction or anxiety symptoms. A subset of the same cohort ($n = 55$) was reassessed after masculinizing or feminizing hormone therapy and gender-affirming surgery (vaginoplasty or mastectomy and hysterectomy), at which point there was a sustained improvement in global functioning and most measures of mental health. Gender dysphoria and body dissatisfaction also improved, and self-reported quality of life was similar to the Dutch population.[4] However, patients were not evaluated after masculinizing or feminizing hormone therapy alone.

In the only other longitudinal study of youth, participants seen in a gender clinic in the United Kingdom ($n = 35$) demonstrated improvement in clinician assessment of psychosocial functioning after 12 months of receiving puberty suppression.[5] Only 1 cross-sectional study has included a subset of transgender youth ($n = 82$ of 202). In comparison with those who had not started treatment, individuals who received both puberty suppression and/or masculinizing or feminizing hormone therapy as well as surgery had more favorable body image but not those who received puberty suppression and/or masculinizing or feminizing hormone therapy only.[6] Within this study, youth and adults as well as those receiving puberty suppression and/or masculinizing or

feminizing hormone therapy were combined.

The benefits of gender-affirming treatment are better described in adults. A recent review of 5 longitudinal and 2 cross-sectional studies found that receipt of masculinizing or feminizing hormone therapy alone was associated with improved depression in 5 of 7 studies, improved anxiety in 2 of 2 studies, and better quality of life in 3 of 3 studies.[7] Two studies also found lower rates of body uneasiness in adults who received masculinizing or feminizing hormone therapy alone (ie, dissatisfaction with body parts and negative body-related experiences, such as avoidance and self-monitoring).[8,9]

Understanding the impact of gender-affirming hormone therapy on the mental health of transgender youth is critical given the health disparities documented in this population. Within samples of transgender youth presenting for gender-affirming hormone therapy, estimates of clinically significant depressive symptoms or diagnoses have averaged in the range of 30% to 60%,[10-13] and estimates of clinically significant anxiety symptoms or diagnoses have averaged in the range of 20% to 30%.[11,14-16] Lifetime history of suicidal ideation (average range 30%–50%),[10,11,16] suicide attempt (average range 15%–30%),[10,11,13] and nonsuicidal self-injury (NSSI) (average range 20%–40%)[12,13,16] also appear common.

There is also some evidence that rates of mental health concerns may vary by gender, but no clear pattern has emerged.[11,14,15,17] Two studies have found higher levels of body dissatisfaction among affirmed females (ie, individuals assigned male at birth who identify as female) in comparison with affirmed males (ie, individuals assigned female at birth who identify as male).[6,18] Changes

associated with puberty, as reflected in age and/or Tanner stage (ie, stage of puberty), may exacerbate body dissatisfaction and mental health concerns. Fewer studies have examined differences by age; however, one study found greater symptoms of depression but not anxiety among older adolescents,[16] and one study found higher levels of body dissatisfaction.[4] None have specifically examined the impact of Tanner stage.

Our first aim in this study was to explore how transgender youth baseline body dissatisfaction, depression, and anxiety symptoms vary on the basis of their gender, age at initial assessment, and Tanner stage at first medical visit. Consistent with our earlier article examining differences in mental health functioning using the Child Behavior Checklist and Youth Self-Report,[14] we hypothesized that affirmed males will report greater symptoms of depression and anxiety. We also hypothesized that older age and greater Tanner stage will be associated with higher ratings of body dissatisfaction and more symptoms of depression and anxiety.

Our second aim was to examine how transgender youth body dissatisfaction, depression, and anxiety symptoms change over the first year of receiving gender-affirming hormone therapy. We anticipated improvements in each of these domains but did not have any a priori hypotheses regarding which domains would demonstrate the greatest improvements.

Our third aim was to explore how any changes over time vary by affirmed gender, Tanner stage, age, type of treatment, months on masculinizing or feminizing hormone therapy, mental health treatment received, and whether chest (ie, "top") surgery was also obtained (among those assigned female at birth). We hypothesized that older age, greater Tanner stage,

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

receipt of puberty suppression only, fewer months on masculinizing or feminizing hormone therapy, and lack of chest surgery will be associated with fewer changes over time. Lastly, for descriptive purposes, we report information on lifetime and follow-up rates of suicidal ideation, suicide attempts, NSSI, and mental health treatment.

## METHODS

### Participants and Procedure

Participants are youth who received gender-affirming hormone therapy with a multidisciplinary program in Dallas, Texas. Before initiating care, participants and their families participated in an initial assessment with the program's psychologist, psychiatrist, and/or clinical therapist after parents completed a phone intake survey and provided a referral letter from a licensed therapist or counselor documenting the presence of gender dysphoria (this letter is no longer required). Approximately 34% of families did not follow-up after the phone intake. Initial assessments occurred between August 2014 and March 2018, with most occurring in 2017 (41%) or 2016 (37%). At home before this visit, participants completed self-report measures of depression, anxiety, and body dissatisfaction. During the visit, clinicians also completed a report of depressive symptoms and collected information regarding lifetime and recent suicidal ideation, suicide attempts, and NSSI as well as current participation in therapy and support groups and use of psychiatric medication(s).

After the assessment, participants were discussed by the multidisciplinary team of providers from psychology, social work, pediatric endocrinology, pediatric and adolescent gynecology, and adolescent medicine. The Endocrine Society Clinical Practice Guidelines[2] guided the initiation of hormone therapy. Chest surgery was not performed within the program, but participants were provided with referrals when requested.

Approximately 1 year after this initial assessment (range: 11–18 months), all patients were asked to participate in a yearly reassessment visit. Participants were readministered self-report measures, and clinicians again completed a report of depressive symptoms and documented information about suicidal ideation, suicide attempts, NSSI, and mental health treatment.

Survey and clinician data were entered into a research database for analysis along with demographic and treatment-related information (ie, Tanner stage at first medical visit, treatment start and end dates, and chest surgery date extracted from physicians' notes). All participants provided consent, or assent with parent consent, to allow this information to be used for research. The study was approved by the institutional review board at the University of Texas Southwestern Medical Center.

### Measures

Participants were asked to self-report their gender identity (all ages) and sexual orientation (age 12 and older). These responses were recorded verbatim by the clinician and entered into the research database. Gender identities were coded into the following categories: (1) male, boy, or man; (2) male spectrum (eg, "trans masculine" or "masculine nonbinary"); (3) female, girl, or woman; (4) female spectrum (eg, "mostly female, slightly nonbinary"); and (5) nonbinary (eg, "agender" or "part girl, part boy").

To assess body dissatisfaction, participants aged 12 years and older rated their degree of dissatisfaction with 29 areas of the body using the Body Image Scale (BIS).[19] Participants of all ages completed the Screen for Child Anxiety Related Emotional Disorders (SCARED), which produces a total score as well as subscale scores for panic-related, social, separation-related, generalized, and school avoidance–related anxiety symptoms,[20] as well as the Quick Inventory of Depressive Symptoms (QIDS)[21] to measure symptoms of depression that reflect the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* criteria for major depressive disorder.[22] The QIDS produces a total score that can also be grouped into clinical categories: not elevated (0–5), mild (6–10), moderate (11–15), and severe (16–27). Clinicians also completed the clinician version of the QIDS. When the percentage of missing values for each total score and subscale score was ≤15%, missing values were imputed by using the mean of nonmissing values.

### Analyses

To examine baseline differences in depression (QIDS self and clinician), anxiety (SCARED), and body dissatisfaction (BIS), bivariate correlation coefficients were first examined by using Pearson's r for age, Spearman's ρ for Tanner stage, and point biserial for gender. Variables with significant correlations were then simultaneously entered into a linear regression for each outcome, and Cohen's $f^2$ was calculated as a measure of effect size (0.1 = small, 0.25 = moderate, and 0.4 = large).[23]

To examine change over time, QIDS (self and clinician), SCARED, and BIS scores were first tested for normality by using the Kolmogorov-Smirnov test. Changes in normally distributed variables were examined by using paired $t$ tests, and the Wilcoxon rank test was used when the Kolmogorov-Smirnov value was significant. Cohen's $d$ was used as a measure of effect size (0.2 = small, 0.5 = moderate, and 0.8 = large).[23] Changes

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

in clinical groupings on the QIDS were also examined by using the Wilcoxon rank test. For both baseline and longitudinal analyses, we planned to first examine the SCARED total score then test for differences in subscale scores only if this change was significant.

To test for associations between change scores and demographic and treatment characteristics, change scores were calculated by subtracting baseline scores from follow-up scores for variables that exhibited a significant change over time. Bivariate correlation coefficients were then examined by using Pearson's r for age and months on feminizing or masculinizing hormone therapy. Spearman's ρ for Tanner stage and therapy frequency, and point biserial for gender, treatment type, psychiatric medication use, support group participation, and chest surgery receipt (for those assigned female at birth). We planned to include any variables with significant correlations in a linear regression. $P < .01$ was significant for all statistical tests to help account for the overall number of tests. Confidence intervals (CIs) are reported at the 95% level.



FIGURE 1
Flow diagram.

## RESULTS

Figure 1 presents a flow diagram of participants who were due for follow-up (≥18 months since initial assessment), participants with follow-up data, and the reasons why follow-up data were not available or excluded. The mean number of months between initial assessment and reassessments was 14.9 (SD 2.1). Table 1 presents demographic information on participants. At the initial assessment, patients ranged in age from 9 to 18 years (mean 15.4; SD 2.0). All but 1 participant met *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition* criteria for gender dysphoria. This participant

subsequently met criteria at a follow-up visit and was started on treatment. Participants who started puberty suppression only did so at a mean age of 13.7 years (range 9.8–14.9; SD 1.5), and participants started feminizing or masculinizing hormone therapy at a mean age of 16.2 years (range 13.2–18.6; SD 1.2). For participants who were on masculinizing or feminizing hormone therapy, the mean length of time receiving treatment before follow-up was 10.9 months (range 1–18; SD 3.3). During the follow-up period, 2 participants stopped puberty suppression without starting masculinizing or feminizing hormone therapy, and no participants stopped masculinizing or feminizing hormone therapy. Fifteen affirmed males obtained chest surgery at an average age of 17.1 years (range 15.2–18.7; SD 1.2) and at an average of

9.2 months from baseline (range 3.0–16.0; SD 3.3).

Table 2 presents means, SDs, and ranges for QIDS, SCARED, and BIS scores at initial assessment and follow-up for the full sample as well as by gender and treatment type. At baseline, affirmed males had greater clinician-reported depressive symptoms (CI −3.76 to −0.81), self-reported depressive symptoms (CI −4.46 to −0.79), total anxiety symptoms (CI −14.94 to −3.99), panic symptoms (CI −5.88 to −1.78), and school avoidance symptoms (CI −1.81, to −0.36) in comparison with affirmed females. However, Cohen's $f^2$ effect sizes were all in the small range (0.07, 0.06, 0.09, 0.10, and 0.07, respectively). No differences were found by age or Tanner stage.

Within the full sample, a significant decrease in body dissatisfaction (CI

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

KUPER et al

TABLE 1 Participant Demographics

| | n (%) |
|---|---|
| Gender identity | |
| Male, boy, or guy | 81 (55) |
| Male spectrum | 9 (6) |
| Female, girl, or woman | 52 (35) |
| Female spectrum | 2 (1) |
| Something else[a] | 3 (2) |
| Assigned sex | |
| Male | 55 (37) |
| Female | 94 (63) |
| Sexual orientation[b] | |
| Pansexual | 25 (20) |
| Straight | 24 (19) |
| Bisexual | 15 (12) |
| Gay | 12 (10) |
| Unsure | 12 (10) |
| No label | 11 (9) |
| Asexual | 10 (8) |
| Something else | 10 (8) |
| Lesbian | 6 (5) |
| Race | |
| White | 137 (95) |
| African American | 3 (2) |
| Multiracial | 3 (2) |
| American Indian | 1 (1) |
| Ethnicity | |
| Hispanic | 24 (17) |
| Non-Hispanic | 120 (83) |
| Tanner stage | |
| I | 3 (2) |
| II | 6 (4) |
| III | 5 (4) |
| IV | 32 (23) |
| V | 94 (67) |
| Treatment type[c] | |
| Puberty suppression only | 25 (17) |
| Masculinizing or feminizing therapy only | 93 (63) |
| Both treatments | 30 (20) |

[a] Excluded from gender analyses.
[b] Age 12 and older.
[c] Masculinizing or feminizing therapy only and both treatments were collapsed for analysis by treatment type.

14.74 to 21.90), self-reported depressive symptoms (CI 1.24 to 2.97), and total anxiety symptoms (CI 1.05 to 6.70) was observed during the follow-up period. Decreases in generalized, separation, and school-related anxiety symptoms were significant at the $P < .05$ level but not the $P < .01$ level. No change in clinician report of depressive symptoms was found. Cohen's $d$ effect sizes were large for change in BIS scores (1.04), small to moderate for change in QIDS self-report scores (0.44), and small for change in SCARED total scores (0.27). Table 3 reports the percentage of the sample that fell into each clinical category on the QIDS at initial assessment and follow-up. A significant change was also found in self-reported depressive symptom categories ($P < .001$) but not clinician-reported categories. No correlations were found between change scores and demographic and treatment-related characteristics. Although change scores were generally higher for participants who received chest surgery, no correlations were significant.

Table 4 presents descriptive data on mental health treatment, and Table 5 presents data on suicidal ideation, suicide attempt, and NSSI. During the follow-up period, the distribution of therapy frequency was as follows: none (16%), less than every 3 months (15%), every 2 to 3 months (12%), monthly (22%), every other week (21%), and weekly (14%). Of those who experienced suicidal ideation during the follow-up period, 94% had a lifetime history. These figures were 67% for suicide attempt and 87% for NSSI.

## DISCUSSION

Youth reported large improvements in body dissatisfaction during the 1-year follow-up period. The amount of improvement was not related to treatment type. These findings are consistent with a handful of studies that have documented improvements in body dissatisfaction within samples of adults receiving feminizing or masculinizing hormone therapy[8,9] but contrast with the 2 existing studies of youth. Within the longitudinal cohort from Amsterdam, puberty suppression alone was not associated with improvements in body dissatisfaction,[3] and within a cross-sectional study with a mixed sample of youth and adults, puberty suppression and/or feminizing or masculinizing hormone therapy was not associated with more favorable body image.[6] In contrast to the Amsterdam sample, youth in the current study were younger when starting puberty suppression (age: mean 12.5 and range 9.8–14.9 versus mean 13.7 and range 11.1–17.0).

Age, puberty stage, length of time receiving feminizing or masculinizing hormone therapy, and receipt of chest surgery were also not associated with amount of improvement. However, the sample size of participants receiving puberty suppression only and chest surgery were small, and variations in months on feminizing or masculinizing hormone therapy may not have been meaningful enough in the relatively short follow-up period.

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

**TABLE 2** Body Dissatisfaction, Depression, and Anxiety Symptoms at Baseline and Follow-up

| | n | Range[a] | Baseline, Mean (SD) | Follow-up, Mean (SD) |
|---|---|---|---|---|
| Body dissatisfaction (BIS) | | 0–116 | | |
| Full sample[b] | 96 | | 69.9 (15.6) | 51.7 (18.4) |
| Affirmed males | 66 | | 71.1 (13.4) | 52.9 (16.8) |
| Affirmed females | 30 | | 67.5 (19.5) | 49.0 (21.6) |
| Puberty suppression | 10 | | 64.1 (18.2) | 53.8 (20.1) |
| Feminine or masculine hormone therapy | 86 | | 70.7 (15.2) | 51.4 (18.3) |
| Depressive symptoms (QIDS), self report[c] | | 0–27 | | |
| Full sample[b] | 118 | | 9.4 (5.2) | 7.3 (4.6) |
| Affirmed males | 76 | | 10.4 (5.0) | 7.5 (4.5) |
| Affirmed females | 40 | | 7.5 (4.9) | 6.6 (4.4) |
| Puberty suppression | 13 | | 8.2 (6.1) | 7.0 (5.6) |
| Feminine or masculine hormone therapy | 105 | | 9.6 (5.0) | 7.4 (4.5) |
| Depressive symptoms (QIDS), clinician report[c] | | 0–27 | | |
| Full sample | 125 | | 5.8 (4.2) | 5.9 (3.9) |
| Affirmed males | 78 | | 6.7 (4.4) | 6.2 (4.1) |
| Affirmed females | 45 | | 4.2 (3.2) | 5.4 (3.4) |
| Puberty suppression | 19 | | 5.3 (4.9) | 5.5 (4.8) |
| Feminine or masculine hormone therapy | 106 | | 5.9 (4.1) | 6.0 (3.8) |
| Anxiety symptoms (SCARED), total score[c] | | 0–82 | | |
| Full sample[d] | 102 | | 32.4 (16.3) | 28.6 (16.1) |
| Affirmed males | 65 | | 35.4 (16.5) | 29.8 (15.5) |
| Affirmed females | 33 | | 26.4 (14.2) | 24.3 (15.4) |
| Puberty suppression | 22 | | 31.8 (16.6) | 29.3 (17.1) |
| Feminine or masculine hormone therapy | 80 | | 32.6 (16.3) | 28.4 (15.9) |
| Panic symptoms (SCARED)[c] | | 0–26 | | |
| Full sample | 104 | | 8.2 (6.3) | 7.1 (6.3) |
| Affirmed males | 66 | | 9.3 (6.5) | 7.9 (6.5) |
| Affirmed females | 34 | | 5.7 (4.9) | 5.1 (4.9) |
| Puberty suppression | 22 | | 8.7 (6.5) | 7.2 (5.7) |
| Feminine or masculine hormone therapy | 82 | | 8.1 (6.3) | 7.1 (6.5) |
| Generalized anxiety symptoms (SCARED) | | 0–18 | | |
| Full sample | 104 | | 9.7 (5.1) | 8.7 (5.1) |
| Affirmed males | 66 | | 10.4 (5.0) | 9.0 (5.1) |
| Affirmed females | 34 | | 8.6 (5.1) | 8.0 (5.1) |
| Puberty suppression | 22 | | 8.5 (5.2) | 8.2 (5.4) |
| Feminine or masculine hormone therapy | 82 | | 10.0 (5.1) | 8.8 (5.0) |
| Social anxiety symptoms (SCARED) | | 0–14 | | |
| Full sample | 104 | | 8.0 (4.1) | 7.6 (4.3) |
| Affirmed males | 66 | | 8.5 (4.0) | 7.8 (4.1) |
| Affirmed females | 34 | | 7.1 (3.9) | 6.8 (4.4) |
| Puberty suppression | 22 | | 6.3 (3.6) | 7.3 (4.7) |
| Feminine or masculine hormone therapy | 82 | | 8.5 (4.1) | 7.7 (4.2) |
| Separation anxiety symptoms (SCARED)[e] | | 0–16 | | |
| Full sample | 103 | | 4.0 (3.4) | 3.5 (2.7) |
| Affirmed males | 65 | | 4.2 (3.4) | 3.4 (2.6) |
| Affirmed females | 34 | | 3.4 (3.3) | 2.7 (2.3) |
| Puberty suppression | 22 | | 5.8 (4.0) | 4.2 (3.1) |
| Feminine or masculine hormone therapy | 81 | | 3.5 (3.0) | 3.1 (2.5) |
| School avoidance symptoms (SCARED)[c] | | 0–8 | | |
| Full sample | 102 | | 2.6 (2.2) | 2.0 (2.1) |
| Affirmed males | 65 | | 2.9 (2.3) | 2.0 (2.3) |
| Affirmed females | 33 | | 1.8 (1.7) | 1.9 (2.1) |
| Puberty suppression | 22 | | 2.6 (2.7) | 2.4 (2.4) |
| Feminine or masculine hormone therapy | 80 | | 2.6 (2.1) | 2.0 (2.0) |

[a] Absolute range.
[b] Significant change from initial assessment to follow-up (P < .001).
[c] Significant difference in baseline scores by gender (P < .01).
[d] Significant change from initial assessment to follow-up (P < .01).
[e] Significant difference in baseline scores by age (P < .01).

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

KUPER et al

**TABLE 3** Depressive Symptoms (QIDS) Scoring Ranges

| | Range | Self-Report[a] | | Clinician Report | |
|---|---|---|---|---|---|
| | | Baseline, N (%) | Follow-up, N (%) | Baseline, N (%) | Follow-up, N (%) |
| Not elevated | 0–5 | 33 (25) | 51 (40) | 73 (53) | 67 (49) |
| Mild | 6–10 | 46 (35) | 48 (37) | 44 (32) | 49 (36) |
| Moderate | 11–15 | 29 (22) | 22 (17) | 15 (11) | 16 (12) |
| Severe | 16–27 | 24 (18) | 8 (6) | 5 (4) | 4 (3) |

[a] Significant change from initial assessment to follow-up (P < .001).

Most participants (90%) were also in advanced stages of puberty (Tanner stage IV or V) when presenting for care. Limitations associated with collecting data within a busy clinical setting with multiple providers also resulted in missing data. Nonetheless, results suggest that youth receiving gender-affirming hormone therapy experience meaningful short-term improvements in body dissatisfaction, and no participants discontinued feminizing or masculinizing hormone therapy. These results provide additional support for the incorporation of these treatments into the standards of care for transgender youth experiencing gender dysphoria.[1,2]

Youth also reported modest improvements in mental health functioning during the follow-up period. These results are consistent with the existing longitudinal studies of youth.[3–5] Several factors may help explain why improvements were not greater than what was observed. Although physical changes associated with feminizing or masculinizing hormone therapy often start within the first 3 months, changes continue over the course of several years. Furthermore, environmental stressors associated with one's transgender status may not improve after hormone therapy and could potentially worsen should they increase the youth's visibility as a transgender person. Research has consistently documented higher rates of bullying among transgender youth in comparison with nontransgender youth.[24,25] Within the current study, rates of school avoidance–related anxiety did not improve over the follow-up period.

The larger political context is also important to consider. Within Texas, where the current study was conducted, a well-publicized "bathroom bill" was introduced during the study period that prohibited transgender people from using a restroom that was different from the sex on their birth certificate, although the bill ultimately failed to pass.[26] As a whole, the mental health functioning of youth from the present clinic as well as youth from a handful of other US- and European-based clinics appears poorer than the mental health functioning of youth from the Amsterdam clinic.[11,14,17] Previous studies have attributed this difference to Amsterdam's social and political climate, which is known to be more supportive of the lesbian, gay, bisexual, and transgender population.[17]

Consistent with our study examining baseline differences in mental health functioning as measured by the Child Behavior Checklist and Youth Self-Report,[14] affirmed males reported greater symptoms of depression and several forms of anxiety in comparison with affirmed females. However, the effect size of these differences was smaller within the current study in comparison with the former. Differences in measurement approach may help explain the mixed findings regarding gender differences in mental health functioning across youth clinics.[11,15,17] Although some research suggests that nonclinic samples of affirmed male youth report more experiences of bullying,[24] affirmed females are thought to experience greater stigma regarding expression of femininity. Consistent with the current sample, the sex ratio of youth presenting to clinics also appears to be shifting from more affirmed females to more affirmed males presenting for care.[27] Although causes of this shift are largely unknown, they may be associated with other shifts in clinical presentations (eg, mental health and psychosocial functioning).

## CONCLUSIONS

The current study is the largest longitudinal study of youth receiving gender-affirming hormone therapy to date and documents important improvements in body dissatisfaction over the first year of treatment. Continued longitudinal study of this

**TABLE 4** Mental Health Treatment

| | At Initial Assessment, n (%) | Follow-up Period, n (%) |
|---|---|---|
| Psychiatric medication | 67 (47) | 80 (61) |
| Therapist or counselor | 144 (97) | 114 (84) |
| Support group[a] | 60 (43) | 45 (35) |

[a] Participation by parents and/or youth (eg, transgender family support organization; lesbian, gay, bisexual, and transgender youth center; or school-based Gay-Straight Alliance).

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

**TABLE 5** Suicidal Ideation, Suicide Attempt, and NSSI

| | Lifetime, n (%) | 1–3 mo Before Initial Assessment,[a] n (%) | Follow-up Period, n (%) |
|---|---|---|---|
| Passive ideation | 105 (81) | 33 (25) | 51 (38) |
| Suicide attempt | 20 (15) | 3 (2) | 6 (5) |
| NSSI | 68 (52) | 13 (10) | 23 (17) |

[a] One month for passive ideation and 3 months for NSSI and suicide attempt(s).

population will increase the field's understanding of the benefits of gender-affirming hormone therapy and assist providers in better anticipating needs. Follow-up periods of several years or more will help document the full impact of the physical changes with feminizing or masculinizing hormone therapy, and larger sample sizes will improve the ability to examine the specific impacts of treatment type and chest surgery. Greater consideration of intersectionality and sociocultural context will further strengthen these efforts.

**ACKNOWLEDGMENT**

Rong Huang, MS, provided consultation on the data analysis.

**ABBREVIATIONS**

BIS: Body Image Scale
CI: confidence interval
NSSI: nonsuicidal self-injury
QIDS: Quick Inventory of Depressive Symptoms
SCARED: Screen for Child Anxiety Related Emotional Disorders

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2020 by the American Academy of Pediatrics

**FINANCIAL DISCLOSURE:** The authors have indicated they have no financial relationships relevant to this article to disclose.

**FUNDING:** Research reported in this publication was supported by Children's Health. The content is solely the responsibility of the authors and does not necessarily represent the official views of Children's Health. The Research Electronic Data Capture database was funded by the Clinical and Translational Science Awards program National Insitutes of Health grant UL1-RR024982 awarded to the UT Southwestern Center For Translational Medicine.

**POTENTIAL CONFLICT OF INTEREST:** Dr Lopez has participated as a member of an advisory board for Endo International; the other authors have indicated they have no potential conflicts of interest to disclose.

**REFERENCES**

1. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. *Int J Transgenderism.* 2012;13(4): 165–232

2. Hembree WC, Cohen-Kettenis PT, Gooren L, et al. Endocrine treatment of gender-dysphoric/gender-incongruent persons: an endocrine society clinical practice guideline. *J Clin Endocrinol Metab.* 2017;102(11): 3869–3903

3. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. *J Sex Med.* 2011;8(8): 2276–2283

4. de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. *Pediatrics.* 2014; 134(4):696–704

5. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. *J Sex Med.* 2015; 12(11):2206–2214

6. Becker I, Auer M, Barkmann C, et al. A cross-sectional multicenter study of multidimensional body image in adolescents and adults with gender dysphoria before and after transition-related medical interventions. *Arch Sex Behav.* 2018;47(8):2335–2347

7. Rowniak S, Bolt L, Sharifi C. Effect of cross-sex hormones on the quality of life, depression and anxiety of transgender individuals: a quantitative systematic review. *JBI Database Syst Rev Implement Rep.* 2019;17(9): 1826–1854

8. Turan Ş, Aksoy Poyraz C, Usta Sağlam NG, et al. Alterations in body uneasiness, eating attitudes, and psychopathology before and after cross-sex hormonal treatment in patients with female-to-male gender dysphoria. *Arch Sex Behav.* 2018;47(8): 2349–2361

9. Fisher AD, Castellini G, Ristori J, et al. Cross-sex hormone treatment and psychobiological changes in transsexual persons: two-year follow-up data. *J Clin Endocrinol Metab.* 2016; 101(11):4260–4269

10. Olson J, Schrager SM, Belzer M, Simons LK, Clark LF. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. *J Adolesc Health.* 2015;57(4):374–380

11. Reisner SL, Vetters R, Leclerc M, et al. Mental health of transgender youth in care at an adolescent urban community health center: a matched retrospective cohort study. *J Adolesc Health.* 2015; 56(3):274–279

12. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

a pediatric medical center. *Pediatrics.* 2012;129(3):418–425

13. Peterson CM, Matthews A, Copps-Smith E, Conard LA. Suicidality, self-harm, and body dissatisfaction in transgender adolescents and emerging adults with gender dysphoria. *Suicide Life Threat Behav.* 2017;47(4):475–482

14. Kuper LE, Mathews S, Lau M. Baseline mental health and psychosocial functioning of transgender adolescents seeking gender-affirming hormone therapy. *J Dev Behav Pediatr.* 2019; 40(8):589–596

15. de Vries AL, Doreleijers TA, Steensma TD, Cohen-Kettenis PT. Psychiatric comorbidity in gender dysphoric adolescents. *J Child Psychol Psychiatry.* 2011;52(11):1195–1202

16. Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: demographics and associated difficulties. *Clin Child Psychol Psychiatry.* 2016;21(1):108–118

17. de Graaf NM, Cohen-Kettenis PT, Carmichael P, et al. Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: a clinical comparison study between four clinics. *Eur Child Adolesc Psychiatry.* 2018;27(7):909–919

18. Fisher AD, Ristori J, Castellini G, et al. Psychological characteristics of Italian gender dysphoric adolescents: a case-control study. *J Endocrinol Invest.* 2017; 40(9):953–965

19. Lindgren TW, Pauly IB. A body image scale for evaluating transsexuals. *Arch Sex Behav.* 1975;4(6):639–656

20. Birmaher B, Brent DA, Chiappetta L, Bridge J, Monga S, Baugher M. Psychometric properties of the Screen for Child Anxiety Related Emotional Disorders (SCARED): a replication study. *J Am Acad Child Adolesc Psychiatry.* 1999;38(10):1230–1236

21. Rush AJ, Trivedi MH, Ibrahim HM, et al. The 16-Item Quick Inventory of Depressive Symptomatology (QIDS), clinician rating (QIDS-C), and self-report (QIDS-SR): a psychometric evaluation in patients with chronic major depression. *Biol Psychiatry.* 2003;54(5):573–583

22. American Psychiatric Association. *Diagnostic and Statistical Manual of Mental Disorders,* 5th ed. Washington, DC: American Psychiatric Association; 2013

23. Cohen J. *Statistical Power Analysis for the Behavioral Sciences,* 2nd ed. Mahwah, NJ: Lawrence Erlbaum Associates; 1988

24. Eisenberg ME, Gower AL, McMorris BJ, Rider GN, Shea G, Coleman E. Risk and protective factors in the lives of transgender/gender nonconforming adolescents. *J Adolesc Health.* 2017; 61(4):521–526

25. Clark TC, Lucassen MF, Bullen P, et al. The health and well-being of transgender high school students: results from the New Zealand adolescent health survey (Youth'12). *J Adolesc Health.* 2014;55(1):93–99

26. Wikipedia. Bathroom bill. Available at: https://en.wikipedia.org/wiki/Bathroom_bill. Accessed August 15, 2019

27. Aitken M, Steensma TD, Blanchard R, et al. Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. *J Sex Med.* 2015; 12(3):756–763

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

**Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy**

Laura E. Kuper, Sunita Stewart, Stephanie Preston, May Lau and Ximena Lopez

*Pediatrics* 2020;145;

DOI: 10.1542/peds.2019-3006 originally published online March 27, 2020;

| | |
|---|---|
| **Updated Information & Services** | including high resolution figures, can be found at: http://pediatrics.aappublications.org/content/145/4/e20193006 |
| **References** | This article cites 24 articles, 2 of which you can access for free at: http://pediatrics.aappublications.org/content/145/4/e20193006#BIBL |
| **Subspecialty Collections** | This article, along with others on similar topics, appears in the following collection(s): **Adolescent Health/Medicine** http://www.aappublications.org/cgi/collection/adolescent_health:medicine_sub **Psychiatry/Psychology** http://www.aappublications.org/cgi/collection/psychiatry_psychology_sub |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: http://www.aappublications.org/site/misc/Permissions.xhtml |
| **Reprints** | Information about ordering reprints can be found online: http://www.aappublications.org/site/misc/reprints.xhtml |



American Academy of Pediatrics

DEDICATED TO THE HEALTH OF ALL CHILDREN™

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020

# PEDIATRICS®

OFFICIAL JOURNAL OF THE AMERICAN ACADEMY OF PEDIATRICS

**Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy**
Laura E. Kuper, Sunita Stewart, Stephanie Preston, May Lau and Ximena Lopez
*Pediatrics* 2020;145;
DOI: 10.1542/peds.2019-3006 originally published online March 27, 2020;

The online version of this article, along with updated information and services, is located on the World Wide Web at:
http://pediatrics.aappublications.org/content/145/4/e20193006

Pediatrics is the official journal of the American Academy of Pediatrics. A monthly publication, it has been published continuously since 1948. Pediatrics is owned, published, and trademarked by the American Academy of Pediatrics, 141 Northwest Point Boulevard, Elk Grove Village, Illinois, 60007. Copyright © 2020 by the American Academy of Pediatrics. All rights reserved. Print ISSN: 1073-0397.



American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

Downloaded from www.aappublications.org/news at INSTITUTION NAME NOT AVAILABLE on April 15, 2020



## UNIVERSITY OF AMSTERDAM

# UvA-DARE (Digital Academic Repository)

Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers

van der Miesen, A.I.R.; Steensma, T.D.; de Vries, A.L.C.; Bos, H.; Popma, A.

**DOI**
10.1016/j.jadohealth.2019.12.018
**Publication date**
2020
**Document Version**
Final published version
**Published in**
Journal of Adolescent Health
**License**
Article 25fa Dutch Copyright Act

Link to publication

**Citation for published version (APA):**
van der Miesen, A. I. R., Steensma, T. D., de Vries, A. L. C., Bos, H., & Popma, A. (2020). Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers. *Journal of Adolescent Health*, *66*(6), 699-704. https://doi.org/10.1016/j.jadohealth.2019.12.018

Exhibit 24

**General rights**
It is not permitted to download or to forward/distribute the text or part of it without the consent of the author(s) and/or copyright holder(s), other than for strictly personal, individual use, unless the work is under an open content license (like Creative Commons).

**Disclaimer/Complaints regulations**
If you believe that digital publication of certain material infringes any of your rights or (privacy) interests, please let the Library know, stating your reasons. In case of a legitimate complaint, the Library will make the material inaccessible and/or remove it from the website. Please Ask the Library: https://uba.uva.nl/en/contact, or a letter to: Library of the University of Amsterdam, Secretariat, Singel 425, 1012 WP Amsterdam, The Netherlands. You will be contacted as soon as possible.

Journal of Adolescent Health 66 (2020) 699–704



ELSEVIER



JOURNAL OF
ADOLESCENT
HEALTH

www.jahonline.org

Original article

# Psychological Functioning in Transgender Adolescents Before and After Gender-Affirmative Care Compared With Cisgender General Population Peers



Anna I. R. van der Miesen, M.D. [a,*], Thomas D. Steensma, Ph.D. [b], Annelou L. C. de Vries, M.D., Ph.D. [a], Henny Bos, Ph.D. [c], and Arne Popma, M.D., Ph.D. [a]

[a] Amsterdam UMC, VU University Medical Center, Department of Child and Adolescent Psychiatry, Center of Expertise on Gender Dysphoria, Amsterdam, the Netherlands
[b] Amsterdam UMC, VU University Medical Center, Department of Medical Psychology, Center of Expertise on Gender Dysphoria, Amsterdam, the Netherlands
[c] Research Institute of Child Development and Education, University of Amsterdam, Amsterdam, the Netherlands

Article history: Received August 23, 2018; Accepted December 20, 2019
Keywords: Gender dysphoria; Transgender; Gender-affirming treatment; Youth Self-Report; Mental health

A B S T R A C T

**Purpose:** Transgender adolescents are at risk for internalizing and externalizing problems, along with high suicidality rates, and poor peer relations. The present study compared transgender adolescents before and after gender-affirmative care with a sample of nonclinical age-equivalent cisgender adolescents from the general population on psychological well-being and aimed to investigate the possible effect of transgender care involving puberty suppression.
**Methods:** In this cross-sectional study, emotional and behavioral problems were assessed by the Youth Self-Report in a sample of 272 adolescents referred to a specialized gender identity clinic who did not yet receive any affirmative medical treatment and compared with 178 transgender adolescents receiving affirmative care consisting of puberty suppression and compared with 651 Dutch high school cisgender adolescents from the general population.
**Results:** Before medical treatment, clinic-referred adolescents showed more internalizing problems and reported increased self-harm/suicidality and poorer peer relations compared with their age-equivalent peers. Transgender adolescents receiving puberty suppression had fewer emotional and behavioral problems than the group that had just been referred to transgender care and had similar or fewer problems than their same-age cisgender peers on the Youth Self-Report domains.
**Conclusions:** Transgender adolescents show poorer psychological well-being before treatment but show similar or better psychological functioning compared with cisgender peers from the general population after the start of specialized transgender care involving puberty suppression.

IMPLICATIONS AND CONTRIBUTION

This study found increased behavioral and emotional problems among adolescents referred to a specialized gender identity clinic compared with their cisgender peers from the general population. After the start of gender-affirming treatment, the transgender adolescents showed similar or better psychological functioning compared with their cisgender peers from the general population.

© 2020 Society for Adolescent Health and Medicine. All rights reserved.

**Conflicts of interest:** The authors declare that they have no conflict of interest. This research received no specific grant from any funding agency, commercial or not-for-profit sectors.

* Address correspondence to: Anna I. R. van der Miesen, M.D., Department of Child and Adolescent Psychiatry, Center of Expertise on Gender Dysphoria, VU University Medical Center, PO Box 7057, 1007 MB Amsterdam, the Netherlands.
E-mail address: [...] (A.I.R. van der Miesen).

In recent years, a sharp increase has been seen in media attention, clinical referrals, and number of publications on adolescents with gender dysphoria (GD), the DSM-5 term used to describe the incongruence between one's birth-assigned gender and the experienced gender [1,2]. A number of these studies report on psychological functioning and show that feelings of GD are frequently associated with psychological difficulties [3].

1054-139X/© 2020 Society for Adolescent Health and Medicine. All rights reserved.
https://doi.org/10.1016/j.jadohealth.2019.12.018

*A.I.R. van der Miesen et al. / Journal of Adolescent Health 66 (2020) 699–704*

Adolescents referred to specialized gender identity clinics have prevalence rates of depression ranging from 12% to 58% and for anxiety 16% to 24% [3–5]. In these studies, histories of suicidal thoughts and self-harming behaviors were reported by 34%–51% and 12%–39% of youth, respectively, in the various studies [3 -8]. In addition, comparison studies of transgender youth with lesbian, gay, and bisexual adolescents revealed comparable rates of psychological difficulties [9]. Several studies have used the standardized self-report and parental measures of the Youth Self-Report (YSR) and the Child Behavior Checklist [10,11] and found more behavioral and emotional problems in transgender youth compared with the normative samples of these measures [12,13]. In general, comparisons made with normative samples drawn from the general population show similar findings, with a predominance of internalizing problems over externalizing problems (for an overview, see [14]). Summarizing the YSR and Child Behavior Checklist results, transgender adolescents show psychological problems comparable to clinical norm populations, with some cross-national variation in levels of psychological problems between North America and Europe [15,16].

A framework for understanding GD and the associated mental health disparities is offered by the minority stress model that posits that sexual minorities experience chronic stressors related to the stigmatization of their identities [17,18]. Psychological functioning is better when there is more acceptance of GD by the youth and their environment, including better peer relations [12,16]. In addition, other more general risk factors might be related, and other models of explanations have been proposed [14]. In addition, the onset of puberty and the developing body might endorse an intensification of psychological distress [19].

Transgender care for adolescents with GD is often offered in a step-wise model. During the first phase, the nature of the adolescent's gender identity and general psychosocial functioning are explored, and medical interventions are not yet provided [19]. During the second phase, adolescents with GD receive puberty suppression by means of reversible gonadotropin-releasing hormone analogs to "create time" to enable further exploration of the decision for gender-affirming treatments without the accompanying distress caused by the physical changes of puberty [19]. Thereafter, gender-affirming hormones (GAHs) can be provided, androgens in assigned girls at birth and estrogens in assigned boys at birth to induce the development of secondary sex characteristics of the experienced gender [19 - 21]. The present article will refer to assigned boys or girls when assigned gender at birth is boy or girl, respectively, which may be incongruent from the experienced gender in the group of adolescents with GD.

The first follow-up studies evaluating the use of puberty suppression in relation to psychological well-being in adolescents with GD come from the Netherlands and showed that behavioral and emotional problems and depressive symptoms decreased and general functioning significantly improved during treatment [22,23]. A study from the United Kingdom showed that psychological support and puberty suppression were associated with an improved global psychosocial functioning in adolescents with GD with a combination of psychological support and puberty suppression, attributing to a greater improvement than psychological support only [24]. These psychological evaluation studies were performed using self-reported psychosocial functioning (internalizing and externalizing problems, suicidality, and peer relations) in comparison with normative standardization samples. The YSR normative sample was recruited

over 20 years ago, and a more recent recruited sample from the general population is lacking [11]. The present study is the first to compare transgender adolescents receiving gender-affirmative treatment by means of puberty suppression with recently collected nonclinical cisgender peers from the general population, exploring psychological functioning and the role of specialized transgender care.

## Methods

### Participants and procedure

The samples in this study consisted of consecutive referrals to the Center of Expertise on Gender Dysphoria at the VU University Medical Center (VUmc) in Amsterdam, the Netherlands, between 2012 and 2015, and a control group of cisgender adolescents recruited in 2015 in the general population. During this period, 504 adolescents were seen in our gender identity service. Fifty-three participants did not complete the assessment process and did, therefore, not participate in this study. The reason for dropout was failure to complete the questionnaire or alternation of symptoms of GD. Of the adolescents diagnosed with GD, 179 were about to start GAH treatment. One participant did not complete the questionnaire and was thus excluded.

Therefore, in this cross-sectional study, the three groups that were compared consisted of (1) adolescents who just started the assessment process (n = 272; mean age = 14.5 years; 116 assigned boys at birth and 156 assigned girls at birth), (2) adolescents diagnosed with GD who were on puberty suppression and about to start GAH treatment (n = 178; mean age = 16.8 years; 68 assigned boys at birth and 110 assigned girls at birth), and (3) cisgender adolescents recruited from the general population (n = 651; mean age = 15.4 years; 346 assigned boys at birth and 305 assigned girls at birth). Adolescents who just started the diagnostic procedure were assessed during their first sessions at the VUmc. Adolescents diagnosed with GD were assessed before the start of GAH. During both assessments, parents and children completed several questionnaires [20].

Data from the comparison group of cisgender adolescents from the general population were recruited by means of the help of different secondary schools in different provinces in the Netherlands. After consent of the parents, the adolescents completed a paper-pencil survey during regular class times.

### Measures

Key demographic variables that were collected included the adolescents' birth-assigned gender, age, ethnicity, level of education, and parent's marital status. The demographic characteristics of the three groups are shown in Table 1.

The Dutch version of the YSR was used to assess internalizing and externalizing problem behavior, self-harm/suicidality, and poor peer relations [11]. The YSR consists of a total of 118 items, rated on a 0- to 2-point scale: "never," "sometimes," or "often," asking adolescents about their emotional and behavioral problems during the previous 6 months. The YSR is well established with regard to reliability and validity and has acceptable reliability and adequate criterion and construct validity [11]. The YSR has one item specifically pertaining to GD: "wish to be of the opposite sex" (Item 110). In line with previous studies, this item was scored as 0 to avoid increased associations with psychological challenges and GD [25]. For internalizing and

*A.I.R. van der Miesen et al. / Journal of Adolescent Health 66 (2020) 699–704*   701

Table 1
General characteristics for transgender adolescents and the general population sample

| Variable | General population (n = 651) | Transgender at referral (n = 272) | Transgender using puberty suppression (n = 178) |
|---|---|---|---|
| Age (in years) | | | |
| Mean (SD) | 15.39 (1.36) | 14.47 (2.18) | 16.75 (1.24) |
| Ethnicity, n (%) | | | |
| Dutch | 580 (89.1) | 185 (68) | 131 (73.6) |
| Non-Dutch | 67 (10.3) | 30 (11) | 16 (9) |
| Unknown | 4 (.6) | 57 (21) | 31 (17.4) |
| Level of education, n (%) | | | |
| VMBO | 99 (15.2) | 203 (74.3) | 126 (70.6) |
| HAVO | 274 (42.1) | 29 (10.8) | 29 (16.4) |
| VWO | 278 (42.7) | 40 (14.9) | 23 (13) |
| Parent's marital status, n (%) | | | |
| Both parents | 520 (79.9) | 153 (56.3) | 103 (57.9) |
| Other | 129 (19.8) | 116 (42.6) | 74 (41.6) |
| Unknown | 2 (.3) | 3 (1.1) | 1 (.6) |

HAVO = higher general continued education; SD = standard deviation; VMBO = prevocational education; VWO = preparatory scholarly education.

externalizing problems, mean scale scores and clinical range percentages (>90th percentile in nonreferred samples) were calculated. To assess peer relations, and following the procedure as done in previous studies [25], a Peer Relations scale was created from three YSR items: "I don't get along with other kids" (Item 25), "I get teased a lot" (Item 38), and "I am not liked by other kids" (Item 48). Self-harm/suicidality was examined by two YSR items, namely, "I deliberately try to hurt or kill myself" (Item 18) and "I think about killing myself" (Item 91) as metrics of suicidality.

*Analyses*

First, multivariate general linear modeling (GLM) analysis was used to analyze between-group differences for internalizing, externalizing, suicidality, and peer relations together. Second, a multivariate GLM analysis with assigned gender at birth and a gender by group interaction as additional predictors was used to identify possible gender differences. These analyses were followed by univariate GLM analyses with Bonferroni correction to correct for multiple comparisons. Third, multivariate GLM analyses with group and assigned gender at birth as predictors and age, ethnicity, level of education, and parent's marital status as covariates were performed. Fourth, Cohen's *d* was used to measure the effect sizes between the groups [26]. Finally, clinical range percentages were calculated for internalizing and externalizing.

**Results**

*Mean scores for internalizing, externalizing, suicidality, and peer relations*

Table 2 shows the mean scores for internalizing, externalizing, suicidality, and peer relations per sample. On average, the scores of the transgender adolescents who have just been referred on internalizing, suicidality, and peer relations were higher than that scores of the transgender adolescents using puberty suppression and the cisgender comparison group, respectively. A multivariate GLM analysis with group as a fixed factor and the internalizing, externalizing, suicidality, and poor peer relations as the dependent measures showed an overall difference using Pillai's trace ($F = 707.61$, $df = 4$; $p < .001$).

Subsequent analyses for the internalizing, externalizing, suicidality, and poor peer relations indicated that groups differed from each other on internalizing, suicidality, and poor peer relations (all three univariate $p$ values < .001) but not on externalizing ($p = .709$).

*Post hoc analyses*

Post hoc analyses showed that transgender adolescents who just have been referred had significantly higher scores on internalizing, suicidality, and peer relations compared with the cisgender comparison group and transgender adolescents using puberty suppression. In addition, the transgender adolescents using puberty suppression scored significantly lower on internalizing problems but higher on peer relations compared with the comparison group. No differences were found between adolescents using puberty suppression and the comparison group on self-harm/suicidality (Table 2 provides all effect sizes).

*Gender differences*

When we added assigned gender at birth as a predictor, we confirmed the main effect of group ($F = 686.47$, $df = 4$; $p < .001$), and the previously mentioned univariate group effects for internalizing, suicidality, and peer relations were also confirmed (all $p < .001$). In addition, we found a main effect for gender ($F = 14.22$, $df = 4$; $p < .001$) and a group by gender interaction effect ($F = 9.52$, $df = 8$; $p < .001$). Subsequent univariate analysis found an effect for gender and an interaction effect on internalizing and peer relations. Within-group post hoc *t* tests revealed that the interaction arose on internalizing because in the cisgender comparison group, assigned girls at birth had higher mean scores than assigned boys at birth, whereas in both the transgender groups, no differences were found in internalizing scores between assigned girls and assigned boys at birth. On the peer relations, the interaction arose because in both transgender groups, assigned boys at birth had higher scores, whereas in the cisgender comparison group, assigned girls at birth had higher scores. Table 3 provides mean scores by assigned gender at birth. In addition, as for the demographic variables age, ethnicity, level of education, and parent's marital status statistical group differences were found, all analyses were repeated with these variables as covariates and showed similar findings.

702                         A.I.R. van der Miesen et al. / Journal of Adolescent Health 66 (2020) 699–704

**Table 2**
Mean scores on the Youth Self-Report for internalizing, externalizing, peer relations, and suicidality problems for transgender adolescents and the general population sample

| Measures[c] | General population (n = 651) | | Transgender at referral (n = 272) | | Transgender using puberty suppression (n = 178) | | Statistical analysis | | Effect sizes Cohen's d[b] | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mean | SD | Mean | SD | Mean | SD | F[d] | p values | GP versus T0[e] | GP versus T1[e] | T0 versus T1[e] |
| Internalizing | 9.71 | 7.73 | 11.67 | 8.38 | 7.76 | 6.68 | 14.16 | <.001 | −.24 | .30 | .52 |
| Externalizing | 10.25 | 6.10 | 10.19 | 6.33 | 9.82 | 5.79 | .34 | .709 | .01 | .07 | .06 |
| Peer relations | .41 | .81 | 1.08 | 1.31 | .70 | 1.06 | 12.58 | <.001 | −.62 | −.31 | .32 |
| Suicidality | .19 | .60 | .41 | .78 | .17 | .52 | 44.26 | <.001 | −.32 | .04 | .36 |

SD = standard deviation.
[a] Additional post hoc analyses comparing the transgender group at referral, the transgender group using puberty blockers, and the general population sample, demonstrated that on internalizing, peer relations, and suicidality, the adolescents at referral had significantly higher scores than the adolescents using suppression and the adolescents from the general population. In addition, the adolescents using puberty suppression scored significantly lower on internalizing but significantly higher on peer relations compared with the general population sample.
[b] Effect sizes Cohen's d: .80 or higher is a large effect size, .50–.79 a medium effect size, .20–.49 small, and effect sizes <.20 are negligible [26].
[c] Internalizing problems = disturbances of emotions (e.g., depression, anxiety; absolute range: 0–62); externalizing problems = behavioral excess or disturbances of conduct (e.g., aggression, hyperactivity; absolute range: 0–64); peer relations = problems with relations with peers (absolute range: 0–6); suicidality = thinking about or attempting suicide (absolute range: 0–4) [11].
[d] df = 2.
[e] GP = sample of cisgender adolescents from the general population; T0 = sample of transgender adolescents referred to transgender affirmative care who did not receive any medical treatment; T1 = transgender adolescents receiving affirmative care consisting of puberty suppression.

Finally, four (internalizing, externalizing, poor peer relations, and self-harm/suicidality) between-group analyses for each assigned gender at birth were performed using Bonferroni correction. These analyses showed that of the four between group comparisons for assigned boys at birth at referral with cisgender boys, significant higher scores were found for internalizing (d = −.66), peer relations (d = −.92), and self-harm/suicidality (d = −.63) for the assigned boys who just started the assessment. Assigned girls at birth who just started the assessment only scored significantly higher than the cisgender girls on peer relations (d = −.36). The three other scales were not significantly different.

In the transgender adolescent sample using puberty suppression, the assigned boys at birth scored only higher on peer relations (d = −.53) but not on the three other scales compared with the cisgender boys. For the assigned girls at birth using puberty suppression compared with the cisgender girls, the scores on internalizing were found to be significantly lower (d = .63). No other significant differences were found.

Of the four scale comparisons for assigned boys at birth at referral with the assigned boys at birth using puberty suppression, significant lower scores were found for those using puberty suppression on internalizing (d = .54), peer relations (d = .41), and self-harm/suicidality (d = .37). For the comparisons between the assigned girls at referral with the assigned girls using puberty suppression, significant lower scores were found for those using puberty suppression on internalizing (d = .50) and self-harm/suicidality (d = .35).

*Clinical range percentages*

Of the transgender adolescents just referred to the clinic, 31.3% had clinical range scores for internalizing problems (assigned boys at birth: 35.3% and assigned girls at birth: 28.2%), and 17.3% (assigned boys at birth: 6.0% and assigned girls at birth: 25.6%) had those for externalizing compared with 22.9% (assigned boys at birth: 13.0% and assigned girls at birth: 34.1%) and 13.8% (assigned boys at birth: 11.3% and assigned girls at birth: 16.7%) of the cisgender comparison sample. For the transgender adolescents using puberty suppression, the percentages were 16.3% for internalizing (assigned boys at birth: 16.2% and assigned girls at birth: 16.4%) and 14.0% for externalizing (assigned boys at birth: 8.8% and assigned girls at birth: 17.3%).

**Table 3**
Mean scores on the Youth Self-Report by gender assigned at birth for internalizing, externalizing, peer relations, and suicidality for transgender adolescents and the general population sample

| Measures[a] | General population | | | | Effect sizes Cohen's d[b] | Transgender at referral | | | | Effect sizes Cohen's d[b] | Transgender using puberty suppression | | | | Effect sizes Cohen's d[b] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Assigned boys (n = 346) | | Assigned girls (n = 305) | | | Assigned boys (n = 116) | | Assigned girls (n = 156) | | | Assigned boys (n = 68) | | Assigned girls (n = 110) | | |
| | Mean | SD | Mean | SD | | Mean | SD | Mean | SD | | Mean | SD | Mean | SD | |
| Internalizing | 7.21 | 5.89 | 12.54 | 8.55 | −.73 | 11.74 | 7.74 | 11.62 | 8.84 | .01 | 7.79 | 6.76 | 7.74 | 6.66 | .01 |
| Externalizing | 10.90 | 5.91 | 9.50 | 6.24 | .23 | 9.69 | 5.52 | 10.56 | 6.86 | −.14 | 10.32 | 6.26 | 9.51 | 5.31 | .14 |
| Peer relations | .38 | .77 | .45 | .85 | −.09 | 1.45 | 1.46 | .81 | 1.11 | .49 | .91 | 1.18 | .57 | .95 | .32 |
| Suicidality | .12 | .44 | .27 | .73 | −.25 | .39 | .73 | .42 | .81 | −.04 | .16 | .48 | .18 | .54 | −.04 |

SD = standard deviation.
[a] Internalizing problems = disturbances of emotions (e.g., depression, anxiety; absolute range: 0–62); externalizing problems = behavioral excess or disturbances of conduct (e.g., aggression, hyperactivity; absolute range: 0–64); peer relations = problems with relations with peers (absolute range: 0–6); suicidality = thinking about or attempting suicide (absolute range: 0–4) [11].
[b] Within group effect size differences: Cohen's d: .80 or higher is a large effect size, .50–.79 a medium effect size, .20–.49 small, and <.20 is negligible [26].

*A.I.R. van der Miesen et al. / Journal of Adolescent Health 66 (2020) 699–704*

*Endorsement of self-harm/suicidality*

In the sample of transgender adolescents at referral, 74 (27.2%) endorsed the metric of suicidality. In the sample of transgender adolescents using puberty suppression, this was n = 22 (12.4%). In the cisgender comparison group, the percentage was 11.9% (n = 77).

## Discussion

Our study revealed that adolescents referred for gender-affirmative care had increased behavioral and emotional problems, especially internalizing problems, reported increased self-harm/suicidality, and poorer peer relations compared with cisgender adolescents from the general population. This finding, including the clinical range percentage for internalizing problems, is in line with the current literature that in general, transgender adolescents are at risk for mental health problems [3–8]. However, our study also showed that transgender adolescents receiving gender-affirmative care involving puberty suppressing treatment not only have less emotional and behavior problems than transgender adolescents who have just been referred to gender-affirmative care but also reported similar rates of mental health problems as their nonclinical cisgender peers on internalizing problems (with a lower clinical range percentage) and self-harm/suicidality but not on peer relation problems. This second finding of less internalizing problems and self-harm/suicidality is also in line with previous follow-up studies on transgender adolescents [22,23], providing further evidence that transgender adolescents could benefit from gender-affirmative care.

With regard to gender differences, we found that in both the transgender samples, assigned boys at birth scored higher on internalizing than assigned girls at birth, which is contrary to general population adolescents' mean scores but in line with previous findings [12]. For externalizing, and also in contrast with general population mean scores, assigned girls at birth who have just been referred but not assigned girls at birth on puberty suppression scored somewhat higher than assigned boys at birth with GD. These findings are partly in line with the hypothesis that the sex-typical pattern of more internalizing problems in girls and more externalizing problems in boys in the cisgender population might be inversed in transgender people [12]. This hypothesis deserves more research.

A clinical implication of these findings is the need for worldwide availability of gender-affirmative care, including puberty suppression for transgender adolescents to alleviate mental health problems of transgender adolescents. It should be acknowledged that the care provided in the present study also involved the offering of appropriate mental health care. Thus, transgender care providers need to actively screen for mental health problems and offer this care. In addition, clinicians should receive special training to provide this care, for example, to become more experienced in disentangling psychological problems stemming from bullying related to GD or having other origins. Our study found that transgender adolescents using puberty suppression consider their peer relations better than adolescents at referral but still reported more challenges with peers than the cisgender adolescents. As it has been established in different studies that stigmatization and peer victimization seem to be common for transgender people [27], and psychological problems are correlated with peer support [28], clinicians

should also take the importance of peer support during the transition into account.

Although the treatment with puberty suppression for adolescents with GD is now available in an increasing number of countries, the small amount of scientific evidence of the medical safety and efficacy and the psychological efficacy comes from a limited number of studies, mostly performed in the Netherlands [22]. It should, therefore, additionally be stressed that the gender-affirmative treatment described in the Dutch protocol is a highly protocolled treatment with regard to eligibility criteria and psychological support, including affirmative psycho-education of GD for youth and parents or caregivers and the continued discussion of psychosexual development with themes such as school and friendships but also dating and romantic relationships [29]. This does imply that the findings of our study might not apply to all transgender adolescents, as, for example, in other health care systems, psychological support is incomparable to the psychological support received following the Dutch protocol [29]. More research is needed to see whether our findings of effective affirmative care involving puberty suppression improving the mental health of transgender adolescents is generalizable to other countries.

In addition, the results of this study should be seen in the light of three limitations. First, this study did not make use of a random nonclinical national probability sample. However, although the mean scores in this study of the general population comparison sample were consistent with the findings of the YSR standardization sample used in other studies in the Dutch population [11,22], the generalizability of our findings might not be corroborated. Second, although the YSR is a well-validated questionnaire for behavioral and emotional challenges [11], it cannot be equated with a diagnosis of any mental health condition made by clinical assessment. Third and most important, although those individuals with and without a GD diagnosis after assessment did not differ in internalizing, externalizing, peer relations, and suicidality scores at baseline in the group that has just been referred to the clinic, the cross-sectional design of this study with different participants in the groups before and after puberty suppression may potentially limit the results with participants being different on characteristics not measured and controlled for. The present study can, therefore, not provide evidence about the direct benefits of puberty suppression over time and long-term mental health outcomes. Conclusions about long-term benefits of puberty suppression should thus be made with extreme caution needing prospective long-term follow-up studies with a repeated measure design with individuals being followed over time to confirm the current findings.

Future studies should, therefore, not only investigate the benefit of gender-affirmative care in other health care settings together with a matched nonclinical general population sample but should also make comparisons to transgender adolescents receiving GAH treatment and gender-affirming surgery to investigate the impact of these treatments on long-term mental health. As this study did not ask specifically for the increasingly recognized nonbinary identities [30], future studies should also cover if nonbinary transgender adolescents might equally benefit from this type of gender-affirmative care. Despite the previously mentioned limitations, this first study comparing a group of transgender adolescents just referred for gender-affirmative care, a group of transgender adolescents receiving treatment with puberty suppression, and a group of cisgender adolescents

704                           A.I.R. van der Miesen et al. / Journal of Adolescent Health 66 (2020) 699–704

from the general population showed that when affirmative care involving puberty suppression is provided, transgender adolescents may have comparable mental health levels to their cisgender peers. This type of gender-affirmative care seems thus extremely important for this group.

## Acknowledgments

None.

## References

[1] American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th edition. Washington, DC: Author; 2013.

[2] Aitken M, Steensma TD, Blanchard R, et al. Evidence for an altered sex ratio in clinic-referred adolescents with gender dysphoria. J Sex Med 2015;12:756–63.

[3] Connolly MD, Zervos MJ, Barone CJ, et al. The mental health of transgender youth: Advances in understanding. J Adolesc Health 2016;59:489–95.

[4] de Vries ALC, Doreleijers TA, Steensma TD, Cohen-Kettenis PT. Psychiatric comorbidity in gender dysphoric adolescents. J Child Psychol Psychiatry 2011;52:1195–202.

[5] Holt V, Skagerberg E, Dunsford M. Young people with features of gender dysphoria: Demographics and associated difficulties. Clin Child Psychol Psychiatry 2016;21:108–18.

[6] Khatchadourian K, Amed S, Metzger DL. Clinical management of youth with gender dysphoria in Vancouver. J Pediatr 2014;164:906–11.

[7] Olson J, Schrager SM, Belzer M, et al. Baseline physiologic and psychosocial characteristics of transgender youth seeking care for gender dysphoria. J Adolesc Health 2015;57:374–80.

[8] Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics 2012;29:418–25.

[9] Mustanski B, Garofalo R, Emerson E. Mental health disorders, psychological distress, and suicidality in a diverse sample of lesbian, gay, bisexual, and transgender youth. Am J Public Health 2010;100:2426–32.

[10] Achenbach TM, Edelbrock CS. Manual for the child behavior checklist and revised child behavior profile. Burlington: Department of Psychiatry, University of Vermont; 1983.

[11] Achenbach TM. Manual for the youth self-report and 1991 profile. Burlington: Department of Psychiatry, University of Vermont; 1991.

[12] de Vries ALC, Steensma TD, Cohen-Kettenis PT, et al. Poor peer relations predict parent- and self-reported behavioral and emotional problems of adolescents with gender dysphoria: A cross-national, cross-clinic comparative analysis. Eur Child Adolesc Psychiatry 2016;25:579.

[13] Zucker KJ, Bradley SJ, Owen-Anderson A, et al. Demographics, behavior problems, and psychosexual characteristics of adolescents with gender identity disorder or transvestic fetishism. J Sex Marital Ther 2012;38:151–89.

[14] Zucker KJ, Wood H, VanderLaan DP. Models of psychopathology in children and adolescents with gender dysphoria. In: Kreukels BPC, Steensma TD, de Vries ALC, eds. Gender dysphoria and disorders of sex development. New York: Springer; 2014:171–92.

[15] de Graaf NM, Cohen-Kettenis PT, Carmichel P, et al. Psychological functioning in adolescents referred to specialist gender identity clinics across Europe: A clinical comparison study between four clinics. Eur Child Adolesc Psychiatry 2018;27:909–19.

[16] Steensma TD, Zucker KJ, Kreukels BPC, et al. Behavioral and emotional problems on the teacher's report form: A cross-national, cross-clinic comparative analysis of gender dysphoric children and adolescents. J Abnorm Child Psychol 2014;42:635–47.

[17] Meyer IH. Minority stress and mental health in gay men. J Health Soc Behav 1995;36:38–56.

[18] Meyer IH. Prejudice, social stress, and mental health in lesbian, gay, and bisexual populations: Conceptual issues and research evidence. Psychol Bull 2003;129:674–97.

[19] de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: The Dutch approach. J Homosex 2012;59:301–20.

[20] Cohen-Kettenis PT, Steensma TD, de Vries ALC. Treatment of adolescents with gender dysphoria in the Netherlands. Child Adolesc Psychiatr Clin N Am 2011;20:689–700.

[21] Cohen-Kettenis PT, Klink D. Adolescents with gender dysphoria. Best Pract Res Clin Endocrinol Metab 2015;29:485–95.

[22] de Vries ALC, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: A prospective follow-up study. J Sex Med 2011;8:2276–83.

[23] de Vries ALC, McGuire JK, Steensma TD, et al. Adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.

[24] Costa R, Dunsford M, Skagerberg E, et al. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med 2015;12:2206–14.

[25] Zucker KJ, Bradley SJ, Sanikhani M. Sex differences in referral rates of children with gender identity disorder: Some hypotheses. J Abnorm Child Psychol 1997;25:217–27.

[26] Cohen J. Statistical power analysis for the behavioral sciences. 2nd edition. Hillsdale, NJ: Lawrence Erlbaum Associates; 1988.

[27] Baams L, Beek T, Hille H, et al. Gender nonconformity, perceived stigmatization, and psychological well-being in Dutch sexual minority youth and young adults: A mediation analysis. Arch Sex Behav 2013;42:765–73.

[28] McConnell EA, Birkett MA, Mustanski B. Typologies of social support and associations with mental health outcomes among LGBT youth. LGBT Health 2015;2:55–61.

[29] Steensma TD, Wensing-Kruger A, Klink DT. How should physicians help gender-transitioning adolescents consider potential iatrogenic harms of hormone therapy? AMA J Ethics 2017;19:762–70.

[30] Richards C, Bouman WP, Seal L, et al. Non-binary or genderqueer genders. Int Rev Psychiatry 2016;28:95–102.

2206

Exhibit 25

# ORIGINAL RESEARCH

# Psychological Support, Puberty Suppression, and Psychosocial Functioning in Adolescents with Gender Dysphoria

Rosalia Costa, MD,*† Michael Dunsford, PsyD,* Elin Skagerberg, PhD,* Victoria Holt, MRCPsych,*
Polly Carmichael, PhD,*† and Marco Colizzi, MD†††

*Gender Identity Development Service, Tavistock and Portman NHS Foundation Trust, Tavistock Centre, London, UK;
†Department of Medical Basic Sciences, Neuroscience and Sense Organs, University of Bari "A. Moro," Bari, Italy;
†Institute of Psychiatry, Psychology and Neuroscience, King's College London, London, UK

DOI: 10.1111/jsm.13034

## ABSTRACT

*Introduction.* Puberty suppression by gonadotropin-releasing hormone analogs (GnRHa) is prescribed to relieve the distress associated with pubertal development in adolescents with gender dysphoria (GD) and thereby to provide space for further exploration. However, there are limited longitudinal studies on puberty suppression outcome in GD. Also, studies on the effects of psychological support on its own on GD adolescents' well-being have not been reported.

*Aim.* This study aimed to assess GD adolescents' global functioning after psychological support and puberty suppression.

*Methods.* Two hundred one GD adolescents were included in this study. In a longitudinal design we evaluated adolescents' global functioning every 6 months from the first visit.

*Main Outcome Measures.* All adolescents completed the Utrecht Gender Dysphoria Scale (UGDS), a self-report measure of GD-related discomfort. We used the Children's Global Assessment Scale (CGAS) to assess the psychosocial functioning of adolescents.

*Results.* At baseline, GD adolescents showed poor functioning with a CGAS mean score of 57.7 ± 12.3. GD adolescents' global functioning improved significantly after 6 months of psychological support (CGAS mean score: 60.7 ± 12.5; *P* < 0.001). Moreover, GD adolescents receiving also puberty suppression had significantly better psychosocial functioning after 12 months of GnRHa (67.4 ± 13.9) compared with when they had received only psychological support (60.9 ± 12.2, *P* = 0.001).

*Conclusion.* Psychological support and puberty suppression were both associated with an improved global psychosocial functioning in GD adolescents. Both these interventions may be considered effective in the clinical management of psychosocial functioning difficulties in GD adolescents. Costa R, Dunsford M, Skagerberg E, Holt V, Carmichael P, Colizzi M. Psychological support, puberty suppression, and psychosocial functioning in adolescents with gender dysphoria. J Sex Med 2015;12:2206–2214.

*Key Words.* Gender Dysphoria; Adolescents; Psychosocial Functioning; Puberty Suppression

## Introduction

†Joint last authors.
The study was conducted in the Gender Identity Development Service, Tavistock and Portman NHS Foundation Trust, Tavistock Centre, 120 Belsize Lane, London NW3 5BA.

Gender dysphoria (GD) individuals experience a marked incongruence between their assigned gender and their experienced gender [1]. GD refers to this stressful condition resulting in clinically significant distress or impairment in

© 2015 International Society for Sexual Medicine

important areas of functioning [2,3]. When supporting and treating children and adolescents with GD, health professionals should broadly conform to the Standards of Care of the World Professional Association for Transgender Health (WPATH) [4]. These guidelines indicate that psychological support should focus on exploring gender identity, role, and expression; addressing the negative impact of GD and stigma on mental health; alleviating internalized transphobia; enhancing social and peer support; improving body image; promoting resilience. Psychological interventions such as individual, couple, family, or group therapy should be provided within a multidisciplinary gender identity specialty service [4].

Studies indicate that cross-sex hormonal treatment (CSHT) improves well-being in GD adults [5,6]. However, it has been observed that despite many years of psychotherapy the GD of most adolescents does not often abate. Rather, once these young persons, who are already experiencing considerable distress over their gender identity, undergo the pubertal development of their biological sex, their psychological well-being deteriorates significantly [7]. Because this risk can be so great, the need for an early intervention has become paramount.

Delemarre-van de Waal and Cohen-Kettenis have proposed an early intervention approach, the Dutch model [8], which aims to eliminate the exposure to unwanted pubertal hormones, limit GD, and improve the ability to "pass" as the desired gender in adulthood. It considers adolescents, after a comprehensive psychological evaluation with many sessions over a longer period of time, eligible for puberty suppression, cross-sex hormonal treatment (CSHT), and gender reassignment surgery (GRS) at the respective ages of 12, 16, and 18 years when there is a history of GD; no psychosocial problems interfering with assessment or treatment; adequate family or other support; and good comprehension of the impact of medical interventions. According to this protocol, suppressing puberty and allowing young individuals the opportunity to explore their gender identity would provide some relief from the distress associated with the development of secondary characteristics [8]. Consistently, some studies indicate that puberty suppression leads to a better psychosocial outcome [2,9].

Since the release of the Dutch model, there has been disagreement about the appropriateness of treatment in minors. Some practitioners have questioned the ethics and safety of this intervention.

Conversely, other health care professionals have argued they have an obligation to alleviate suffering and it would be unethical to allow a patient to suffer through the distress of pubertal development when there is a way of preventing it [10]. Anyway, puberty suppression by gonadotropin-releasing hormone analogs (GnRHa) has increasingly become accepted in clinical management of adolescents with GD. Even if further studies are needed, GnRHa are considered a safe and putatively reversible intervention which should be provided to people in need of it, especially if allowing puberty to progress appears likely to harm the young person [7].

There are limited longitudinal studies on the psychosocial functioning of GD adolescents after puberty suppression [2,9]. Also, studies on the effects of psychological support on its own on GD adolescents' psychosocial functioning have not been reported.

## Aims

The aim of this study was to assess GD adolescents' psychosocial functioning in follow-up evaluations. Based on previous literature [2,9] and our clinical experience, we hypothesized a poor general functioning at baseline, an improvement after psychological support, and a further improvement after the beginning of the GnRHa.

## Methods

### Study Design and Participants

This longitudinal study was conducted at the Gender Identity Development Service (GIDS) in London. The health care pathway provided at the GIDS is described in Figure 1. A consecutive series of 436 adolescents (mean age = 15.74 ± 1.38 years; natal male/natal female ratio = 1:1.7) were referred between 2010 and 2014 to the GIDS. 201 adolescents (mean age = 15.52 ± 1.41 years; natal male/natal female ratio = 1:1.6) completed the diagnostic procedure (about 6 months) and were invited to take part in the follow-up evaluations. No GD adolescent refused to participate and all participants and their parents gave informed consent. By clinical interview, all adolescents fulfilled DSM-IV-TR criteria in use at the time for Gender Identity Disorder. The GIDS has adopted the WPATH Standards of Care [4]. There were no significant differences in socio-demographic characteristics as well as baseline CGAS scores

*Costa et al.*



Figure 1 Health care pathway at the Gender Identity Development Service (GIDS)

between adolescents with a GD diagnosis enrolled in this study (N = 201) and adolescents who did not complete the diagnostic procedure (N = 235; all *P* > 0.1).

### Psychological Support

The GIDS has developed a standardized psychological assessment which is part of the diagnostic procedure, in accordance with the WPATH guidelines [4]. This model emphasizes the early recognition and non-judgmental acceptance of gender identity problems as well as the importance of ameliorating associated behavioral, emotional and relationship difficulties [11]. Ample room is given to adolescents to explore different options for gender expression. Together with their families GD adolescents are supported in making difficult decisions regarding the extent to which they are allowed to express a gender role that is consistent with their gender identity. Also the timing of changes in gender role and possible social transition are extensively explored. This ensures that decisions about gender expression and the treatment of GD are thoughtfully and recurrently considered. Health care professionals help families to make decisions regarding the timing and process of any gender role changes for their young children. Information is provided to parents to weigh the potential benefits and challenges of choices.

The aims outlined are achieved through various psychotherapeutic interventions, ranging from individual to family and group therapy, which are carried out on a regular basis (at least once a month). Social and educational interventions are also provided if necessary. All these interventions are well coordinated and integrated in a comprehensive management plan agreed with local services (The Network Model). Moreover, the care pathway provides continuous psychological support to the patients' emotional and behavioral changes that may occur during the puberty suppression treatment. All adolescents received psychological support for the entire duration of the study.

### Eligibility for Puberty Suppression

In accordance with the WPATH Standards of Care [4], adolescents were able to commence puberty suppression with GnRHa if they met the following criteria: (i) a presence of GD from early childhood on; (ii) an increase of the GD after the first pubertal changes; (iii) an absence of psychiatric comorbidity that interferes with the diagnostic work-up or treatment; (iv) adequate psychological and social support during treatment; and (v) a demonstration of knowledge and understanding of the effects of GnRHa, cross-sex hormone treatment, surgery, and the social consequences of sex reassignment. All GD adolescents were considered eligible for puberty suppression. Eligible adolescents were divided into two groups: immediately eligible and delayed eligible adolescents, consistently with Cohen-Kettenis and colleagues [12]. Immediately eligible adolescents started GnRHa at the end of the diagnostic procedure (0.75 ± 0.59 years from baseline). On the contrary, some adolescents were considered delayed eligible and continued to receive psychological support without

any type of physical intervention until they felt ready to make a decision in collaboration with their families and the clinicians. In those specific cases clinicians needed more time to make the decision of starting GnRHa because of possible comorbid psychiatric problems and/or psychological difficulties. If concomitant problems were observed (e.g., psychiatric problems, substantial problems with peers, or conflicts with parents or siblings), the young person was referred to a local mental health service. All possible medical and/or psychosocial interventions were well coordinated, integrated in a comprehensive management plan agreed with local services, and tended to be individualized in relation to the psychopathology/difficulty. The primary aim was for the child and the family to function better. After being assessed and, if necessary, treated for a psychiatric comorbidity, all delayed eligible GD individuals received puberty suppression. The interval from the start of the diagnostic procedure to the start of puberty suppression took about 1.5 years (1.5 ± 0.63 years from baseline). None of the delayed eligible individuals received puberty suppression at the time of this study.

**Main Outcome Measures**

*Socio-Demographic Information*

The data collected included: natal gender (male–female ratio), age (at assessment, at start of GnRHa), education level (yes/no), living arrangement (both parents, one parents, other), living in the chosen gender (partly, i.e., by wearing clothing and having a hairstyle that reflects gender identity/completely, i.e., by also using a name and pronouns congruent with gender identity/no), and change of name (yes/no).

*GD-Related Discomfort*

The Utrecht GD Scale (UGDS) was used to measure adolescents' GD-related discomfort. This is a 12-item questionnaire specifically developed to measure GD in a dimensional way. In particular, the UGDS focuses on core aspects of GD and gender identity. The adolescents are asked to rate their agreement on a 5-point scale. The total score ranges from 12 to 60. Higher UGDS total scores indicate high level of GD [13]. The scale has shown a high reliability (a Cronbach's alpha of 0.66–0.80 in one sample, and 0.78–0.92 in another); as reported by the authors, the lower alphas on the scale were only found among control

subjects, which may be related to the lower variability of GD in these groups [13]. Cronbach's alpha for UGDS in our sample was 0.76–0.88. The UGDS has also shown a good discriminant validity, when adolescents and adults with and without a GD diagnosis were compared.

*Measure of Global Psychosocial Functioning*

The Children's Global Assessment Scale (CGAS) was used to assess adolescents' psychosocial functioning. The CGAS is one of the most widely used rating scales designed to measure how children and adolescents function psychosocially in daily life [14]. This clinical-rated instrument is divided into 10-point intervals and ranges from 1 to 100, with higher scores indicating better psychosocial functioning. The CGAS is useful to assess psychosocial/psychiatric outcomes, socio-cognitive competence and changes because of treatment [15]. In particular, it has been used in several longitudinal and epidemiological studies in clinical and non-clinical populations, naturalistic cohorts [16], and young GD individuals [9]. The inter-rater reliability was tested by Shaffer and his colleagues [14] before publication of CGAS, in order to minimize variation because of clinician background. Test–retest has been described in different studies with raters' consistence over time [16].

All CGAS were administered by qualified psychologists, psychotherapists, and psychiatrists who attended training and intra-class correlation assessment ($0.76 \leq$ Cronbach's $\alpha \leq 0.94$). Participants were assessed at baseline (Time 0) and every following 6 months, for a total of four evaluations over an 18-month period. Follow-up evaluations were performed 6 months from the baseline (Time 1: after 6 months of psychological support); 12 months from the baseline (Time 2: after 12 months of psychological support for delayed eligible GD adolescents, and after 12 months of psychological support + 6 months of puberty suppression for immediately eligible GD adolescents); 18 months from the baseline (Time 3: after 18 months of psychological support for delayed eligible GD adolescents, and after 18 months of psychological support + 12 months of puberty suppression for immediately eligible GD adolescents).

Participants were compared with a sample of young individuals without observed psychological/psychiatric symptoms (N = 169), using the same methodology of this study, the CGAS scale [16]. This sample was part of a large naturalistic cohort

of children/adolescents who attended child and adolescent mental health services (CAMHS; N = 12,613) in Stockholm in order to be evaluated for their psychosocial functioning.

### Statistical Analysis

Chi-squared and independent *t*-tests were used to test for possible differences in socio-demographic characteristics and CGAS scores between natal men and natal women; adolescents who did not complete the diagnostic procedure and adolescents who received a GD diagnosis; immediately eligible and delayed eligible individuals. Dependent and independent *t*-tests were used to test for possible differences in CGAS scores between baseline and follow-up evaluations, in both immediately eligible and delayed eligible individuals.

Finally, independent *t*-tests were used to compare GD adolescents' CGAS scores with CGAS scores from a sample of children/adolescents without observed psychological/psychiatric symptoms [16].

### Ethics

The study received ethical approval from the National Research Ethics Service (NRES) Committee London-Camden and Islington.

### Results

#### Socio-Demographic Characteristics of the Sample

Socio-demographic characteristics of the sample (N = 201) are reported in Table 1. The majority of GD adolescents were living with one parent, were in education, were living as a member of the desired gender, and had changed their names. However, compared with natal women, a higher proportion of natal men did not live with their biological parents, had left school, were not living as a member of the desired gender, and had not changed their names. Moreover, natal women reported a significantly higher GD-related discomfort than natal men. Natal men and women did not differ in their age, both at assessment and when GnRHa was started (Table 1).

Table 1 General characteristics of 201 adolescents with gender dysphoria

| | All participants | Natal men | Natal women | Statistical comparisons *t*-test: *P* value |
|---|---|---|---|---|
| Age in years, M (SD) | | | | |
| Baseline | 15.52 (1.41) | 15.61 (1.70) | 15.46 (1.22) | 0.73; 0.47 |
| Range | 12–17 | 12–17 | 12–17 | |
| At start of GnRHa | 16.48 (1.26) | 16.64 (1.22) | 16.39 (1.28) | 0.74; 0.46 |
| Range | 13–17 | 13–17 | 13–17 | |
| Living arrangement, N (%) | | | | $\chi^2$: *P* |
| Both parents | 78 (41.5) | 25 (33.7) | 53 (44.2) | 8.95; 0.01 |
| One parent | 100 (53.2) | 35 (51.5) | 65 (54.2) | |
| Other* | 10 (5.3) | 8 (11.8) | 2 (1.6) | |
| No details | 13 | 8 | 5 | 3.47; 0.06 |
| Education | | | | |
| Yes | 168 (89.8) | 56 (83.6) | 112 (93.3) | 20.52; <0.001 |
| No | 19 (10.2) | 11 (16.4) | 8 (6.7) | |
| No details | 14 | 9 | 5 | |
| Living in role | | | | |
| Completely | 117 (62.6) | 29 (42.6) | 88 (73.9) | 23.14; <0.001 |
| Partly | 27 (14.4) | 12 (17.7) | 15 (12.6) | |
| No | 43 (23.0) | 27 (39.7) | 16 (13.5) | |
| No details | 14 | 8 | 6 | |
| Change name | | | | |
| Yes | 107 (57.5) | 23 (33.8) | 84 (71.2) | |
| No | 79 (42.5) | 45 (66.2) | 34 (28.8) | |
| No details | 15 | 8 | 7 | |
| | Mean (SD) | Mean (SD) | Mean (SD) | *t*-test: *P* value |
| UGDS† | 54.7 (6.8) | 51.6 (9.7) | 56.1 (4.3) | 4.07; <0.001 |
| CGAS at baseline | 57.7 (12.3) | 55.4 (12.7) | 59.2 (11.8) | 2.15; 0.03 |

*Living in children's home, living with other family's members
†Data available in 169 individuals, 59 natal men (31.25%), 110 natal women (68.75%).
M (SD) = mean (standard deviation); UGDS = Utrecht Gender Dysphoria Scale; CGAS = Children's Global Assessment Scale; GnRHa = gonadotropin-releasing hormone analogs



**Figure 2** Gender dysphoria adolescents' psychosocial functioning (CGAS) at baseline, after psychological support, and after puberty suppression

CGAS, Children's Global Assessment Scale: Time 0, baseline; Time 1, 6 months from baseline (after 6 months of psychological support); Time 2, 12 months from baseline (delayed eligible gender dysphoria [GD] adolescents, after 12 months of psychological support; immediately eligible GD adolescents, after 12 months of psychological support – 6 months of puberty suppression); Time 3, 18 months from baseline (delayed eligible GD adolescents, after 18 months of psychological support; immediately eligible GD adolescents, after 18 months of psychological support – 12 months of puberty suppression)

### CGAS at Baseline

GD adolescents' CGAS at baseline (Time 0, M = 57.7 ± 12.3) revealed a score suggestive of "variable functioning with sporadic difficulties or symptoms in several but not all social areas" (range 50–59). Natal men had a significantly lower functioning than natal women at baseline ($P = 0.03$; Table 1). CGAS scores were not associated with any demographic variable, in both natal men and women (all $P > 0.1$). GD adolescents' CGAS scores at baseline were significantly lower ($t = 7.4$, $P < 0.001$) than that found in a sample of children/adolescents without observed psychological/psychiatric symptoms (N = 169, 67.1 ± 12) [16].

### CGAS at Follow-Up

Compared with baseline, GD adolescents' psychosocial functioning was increasingly higher at each of the following evaluations (Figure 2). In particular, CGAS scores were significantly higher after 6 months of psychological support (Time 0 vs. Time 1, $P < 0.001$). Also there was a further significant improvement 18 months from baseline (Time 1 vs. Time 3, $P = 0.02$; Table 2).

Delayed eligible GD adolescents, who received only psychological support for the entire duration of the study, had a significantly better psychosocial functioning after six months of psychological support (Time 0 vs. Time 1, $P = 0.05$). However,

despite scoring better at the following evaluations they did not show any further significant improvement in their psychosocial functioning (Table 2). Also, the delayed eligible group continued to score lower than a sample of children/adolescents without observed psychological/psychiatric symptoms [16], even after 18 months of psychological support (Time 3, $t = 2.0$, $P = 0.04$).

On the contrary, the immediately eligible group, who at baseline had a higher, but not significantly different psychosocial functioning than the delayed eligible group, did not show any significant improvement after 6 months of psychological support. However, immediately eligible adolescents had a significantly higher psychosocial functioning after 12 months of puberty suppression compared with when they had received only psychological support (Time 1 vs. Time 3, $P = 0.001$; Table 2). Also, their CGAS scores after 12 months of puberty suppression (Time 3) coincided almost perfectly with those found in a sample of children/adolescents without observed psychological/psychiatric symptoms ($t = 0.01$, $P = 0.99$) [16].

There were no significant differences in CGAS scores between GD natal men and women in all the follow-up evaluations (all $P > 0.1$). Also delayed eligible and immediately eligible GD adolescents did not differ in their demographic variables (all $P > 0.1$). Finally, even if at the end of the

*Costa et al.*

**Table 2**  Gender dysphoria adolescents' psychosocial functioning (CGAS) at baseline, after psychological support, and after puberty suppression

| | Time 0 | Time 1 | Time 2 | Time 3 | Statistical comparisons |
|---|---|---|---|---|---|
| | N | N | N | N | |
| | M/F ratio | M/F ratio | M/F ratio | M/F ratio | |
| | M (SD) | M (SD) | M (SD) | M (SD) | *t*-test; *P* value |
| All participants | N : 201 | N = 201 | N : 121 | N = 71 | 4.87[a]; <0.001 |
| | 1:1.6 | 1:1.6 | 1:1.6 | 1:1.6 | 3.70[b]; <0.001 |
| | 57.73 (12.27) | 60.68 (12.47) | 63.31 (14.41) | 64.93 (13.85) | 4.11[c]; <0.001 |
| | | | | | 1.73[d]; 0.08 |
| | | | | | 2.40[e]; 0.02 |
| | | | | | 0.76[f]; 0.45 |
| Delayed eligible GD adolescents | N : 100 | N = 100 | N : 61 | N = 36 | 1.99[a]; 0.05 |
| | 1:1.6 | 1:1.6 | 1:1.6 | 1:1.6 | 2.89[b]; 0.005 |
| | 56.63 (13.14) | 60.29 (12.81) | 62.97 (14.10) | 62.53 (13.54) | 2.29[c]; 0.02 |
| | | | | | 1.24[d]; 0.22 |
| | | | | | 0.89[e]; 0.37 |
| | | | | | 0.15[f]; 0.88 |
| Immediately eligible GD adolescents | N = 101 | N = 101 | N : 60 | N = 35 | 1.31[a]; 0.19 |
| | 1:1.7 | 1:1.7 | 1:1.7 | 1:1.7 | 3.02[b]; 0.003 |
| | 58.72 (11.38) | 60.99 (12.17) | 64.70 (13.34) | 67.40 (13.93) | 3.66[c]; <0.001 |
| | | | | | 1.85[d]; 0.07 |
| | | | | | 2.63[e]; 0.001 |
| | | | | | 0.94[f]; 0.35 |
| Statistical comparisons *t*-test; *P* value | 1.21[g]; 0.23 | 0.34[g]; 0.73 | 0.69[g]; 0.49 | 1.49[g]; 0.14 | |

[a]Comparison between baseline and Time 1
[b]Comparison between baseline and Time 2
[c]Comparison between baseline and Time 3
[d]Comparison between Time 1 and Time 2
[e]Comparison between Time 1 and Time 3
[f]Comparison between Time 2 and Time 3
[g]Comparison between delayed eligible GD adolescents and immediately eligible GD adolescents
CGAS = Children's Global Assessment Scale; M/F = natal male-natal female. M (SD) = mean (standard deviation).

follow-up study (Time 3) the immediately eligible group had a 5-point higher CGAS score than the delayed eligible group, this difference failed to reach significance, possible because of sample size (Table 2).

## Discussion

Results from this study indicate that psychological support is associated with a better psychosocial functioning in GD adolescents, especially if presenting psychological/psychiatric problems. Moreover, puberty suppression was associated with a further improvement in global functioning. Finally, global functioning improved steadily over time in GD adolescents receiving both psychological support and GnRHa.

Medical and surgical interventions are considered to be necessary components of effective management in GD adults. These partially reversible/irreversible treatments aim to align the individuals' physical appearance with their internal gender identity and have been shown to improve the patients' psychosocial well-being [3,5,6]. GD adolescents may experience psychosocial problems at puberty onset because of an intensification of feelings of incongruence between self-perception and their natal gender [2,9]. Therefore, in the pre-pubertal population, the suppression of puberty using continuous GnRHa is a fully reversible treatment which has the fundamental benefit for children of gaining time to reflect over their gender identity, have a real-life experience living as the other gender (i.e., in dress and behavior) and determine whether or not they desire the transition [12,13]. Preventing the development of a body contrary to the experienced gender, puberty suppression allows GD adolescents to experience a smooth transition into their desired gender role. This translates into an improvement in many aspects of their psychosocial functioning, such as mood improvement and school integration [2,9]. Consistently, these results underline the importance of puberty suppression for GD adolescents' well-being.

The GD adolescents' improved global functioning after only 6 months of psychological support may have different explanations. First, in

could indicate that the timely addressing of psychosocial problems contributes to enhanced psychological well-being. Second, as also reported in previous studies among both GD adults and adolescents [2,3,5,9], our clinical experience suggests that patients attending a gender unit are pleased in the knowledge that the puberty suppression will be performed within a reasonable time and refer a distress reduction because of their accepted and understood requirements. Moreover, the initiation of the puberty suppression may have a psychological meaning which *per se* could be fundamental in reducing distress. In any case, data are too limited to express conclusively.

Both natal men and women benefited from the clinical approach, although natal men had a significantly worse functioning than natal women at baseline. It is even more important if we consider that natal men reported more social difficulties than natal women (higher dropout from school and more frequently not living with their parents). Interestingly, natal women reported significantly more GD-related discomfort than natal men. As already suggested [2], with a mean of 15 years most natal women had developed their breasts and had their menarche, which are likely to be associated with higher levels of distress. Therefore, natal men and women may need to be thought about separately and may require different interventions. Also, as the revised Dutch model [8] encourages considering GD individuals eligible for puberty suppression when they are 12 years old, studies are ongoing at our service to explore the possible benefit of further reducing the age for being eligible for puberty suppression. Even if the absence of a control group in our study does not allow us to pronounce conclusively on these comparisons, GD adolescents undergoing puberty suppression in addition to the psychological support result in psychosocial functioning levels that are impossible to differentiate from a sample of peers. These additional findings further indicate the effectiveness of both psychological support and puberty suppression in enabling young GD individuals to reach a satisfactory psychosocial functioning.

In the present study, there are some limitations. Even if psychosocial functioning is of crucial importance to identify clinical or sociocognitive difficulties [17], we focused only on a measure of psychosocial well-being. Also, the study sample was relatively small and came from only one clinic. Most importantly, despite the findings seem to suggest a cumulative and increasing over time positive effect of psychological support and GnRHa on young GD patients' well-being, results could have also different explanations because of the study design. For instance, getting older has been positively associated with maturity and well-being [18]. Ideally, a blinded randomized controlled trial design should have been performed. However, it is highly unlikely that adolescents would be motivated to participate. Also, disallowing puberty suppression, resulting in irreversible development of secondary sex characteristics, may be considered unethical [2]. Moreover, we cannot be conclusive on the higher GD-related distress in natal women compared with natal men. There are different versions of the UGDS scale for men and women, with specific items reversely coded because of gender. These differences do not allow drawing strong conclusions from the gender difference analysis.

## Conclusions

In conclusion, this study confirms the effectiveness of puberty suppression for GD adolescents. Recently, a long-term follow-up evaluation of puberty suppression among GD adolescents after CSHT and GRS has demonstrated that GD adolescents are able to maintain a good functioning into their adult years [2]. The present study, together with this previous research [2], indicate that both psychological support and puberty suppression enable young GD individuals to reach a psychosocial functioning comparable with peers.

**Corresponding Author:** Rosalia Costa, MD, Gender Identity Development Service, Tavistock and Portman NHS Foundation Trust, Tavistock Centre, 120 Belsize Lane, London NW3 5BA, UK. Tel: +447947213589; Fax: + 39-0805593058; E-mail: rcosta@tavi-port.nhs.uk

*Conflict of Interest:* The author(s) report no conflicts of interest.

## Statement of Authorship

### Category 1

(a) Conception and Design
   Rosalia Costa, Michael Dunsford, Elin Skagerberg, Victoria Holt, Polly Carmichael, Marco Colizzi
(b) Acquisition of Data
   Rosalia Costa, Michael Dunsford, Elin Skagerberg, Victoria Holt, Polly Carmichael, Marco Colizzi
(c) Analysis and Interpretation of Data
   Rosalia Costa, Polly Carmichael, Marco Colizzi

2214

*Costa et al.*

Category 2
(a) Drafting the Article
   Rosalia Costa, Polly Carmichael, Marco Colizzi
(b) Revising It for Intellectual Content
   Rosalia Costa, Michael Dunsford, Elin Skagerberg, Victoria Holt, Polly Carmichael, Marco Colizzi

Category 3
(a) Final Approval of the Completed Article
   Rosalia Costa, Michael Dunsford, Elin Skagerberg, Victoria Holt, Polly Carmichael, Marco Colizzi

References

1 American Psychiatric Association. Diagnostic and statistical manual of mental disorders. 5th edition. Washington, DC: American Psychiatric Association; 2013.

2 de Vries AL, McGuire JK, Steensma TD, Wagenaar EC, Doreleijers TA, Cohen-Kettenis PT. Young adult psychological outcome after puberty suppression and gender reassignment. Pediatrics 2014;134:696–704.

3 Colizzi M, Costa R, Pace V, Todarello O. Hormonal treatment reduces psychobiological distress in gender identity disorder, independently of attachment style. J Sex Med 2013;10:3049–58.

4 Coleman E, Bockting W, Botzer M, Cohen-Kettenis P, DeCuypere G, Feldman J, Fraser L, Green J, Knudson G, Meyer WJ, Monstrey S, Adler RK, Brown GR, Devor AH, Ehrbar R, Ettner R, Eyler E, Garofalo R, Karasic DH, Lev AI, Mayer G, Meyer-Bahlburg H, Hall BP, Pfaefflin F, Rachlin K, Robinson B, Schechter LS, Tangpricha W, van Trotsenburg M, Vitale A, Winter S, Whittle S, Wylie KR, Zucker K. Standards of care (SOC) for the health of transsexual, transgender, and gender nonconforming people. 7th version. Int J Transgender 2012;13:165–232.

5 Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health. Results from a longitudinal study. Psychoneuroendocrinology 2014;39:65–73.

6 Colizzi M, Costa R, Todarello O. Dissociative symptoms in individuals with gender dysphoria: Is the elevated prevalence real? Psychiatry Res 2015;226:173–80.

7 Giordano S. Lives in a chiaroscuro. Should we suspend the puberty of children with gender identity disorder? J Med Ethics 2008;34:580–4.

8 Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: A protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol 2006;155(suppl 1):S131–7.

9 De Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder. A prospective study. J Sex Med 2011;8:2276–83.

10 Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: The Amsterdam experience. Nat Rev Endocrinol 2011;7:466–72.

11 Di Ceglie D. Management and therapeutic aims with children and adolescents with gender identity disorders and their families. In: Di Ceglie D, Freedman D, eds. A stranger in my own body: Atypical gender identity development and mental health. London: Karnac; 1998:185–97.

12 Cohen-Kettenis PT, Delemarre-van de Waal HA, Gooren LJ. The treatment of adolescent transsexuals: Changing insights. J Sex Med 2008;5:1892–7.

13 Cohen-Kettenis PT, van Goozen SHM. Sex reassignment of adolescent transsexuals: A follow-up study. J Am Acad Child Adolesc Psychiatry 1997;36:263–71.

14 Shaffer D, Gould MS, Brasic J, Ambrosini P, Fisher P, Bird H, Aluwahlia S. A Children's Global Assessment Scale (CGAS). Arch Gen Psychiatry 1983;40:1228–31.

15 Schorre BE, Vandvik IH. Global assessment of psychosocial functioning in child and adolescent psychiatry. A review of three unidimensional scales (CGAS, GAF, GAPD). Eur Child Adolesc Psychiatry 2004;13:273–86.

16 Lundh A, Forsman M, Serlachius E, Lichtenstein P, Landén M. Outcomes of child psychiatric treatment. Acta Psychiatr Scand 2013;128:34–44.

17 Prince M, Glozier N, Sousa R, Dewey M. Measuring disability across physical, mental and cognitive disorders. In: Regier DA, Narrow WE, Kuhl EA, Kupfer DJ, eds. The conceptual evolution of DSM-5. Washington, DC: American Psychiatric Publishing; 2011:189–227.

18 Sheldon KM, Kasser T. Getting older, getting better? Personal striving and psychological maturity across the life span. Dev Psychol 2001;37:491–501.

ARTICLE

# Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment

AUTHORS: Annelou L.C. de Vries, MD, PhD,[a] Jenifer K. McGuire, PhD, MPH,[b] Thomas D. Steensma, PhD,[a] Eva C.F. Wagenaar, MD,[a] Theo A.H. Doreleijers, MD, PhD,[a] and Peggy T. Cohen-Kettenis, PhD[a]

[a]Center of Expertise on Gender Dysphoria, VU University Medical Center, Amsterdam, Netherlands; and [b]Department of Human Development, Washington State University, Pullman, Washington

KEY WORDS
gender dysphoria, transgenderism, adolescents, psychological functioning, puberty suppression, longitudinal outcomes

ABBREVIATIONS
ABCL—Adult Behavior Checklist
ASR—Adult Self-Report
BDI—Beck Depression Inventory
BIS—Body Image Scale
CBCL—Child Behavior Checklist
CGAS—Children's Global Assessment Scale
CSH—cross-sex hormones
GD—gender dysphoria
GnRHa—gonadotropin-releasing hormone analogs
GRS—gender reassignment surgery
SHS—Subjective Happiness Scale
STAI—Spielberger's Trait Anxiety Scale
SWLS—Satisfaction With Life Scale
TPI—Spielberger's Trait Anger Scale
UGDS—Utrecht Gender Dysphoria Scale
YSR—Youth Self-Report

Dr de Vries conceptualized the study, clinically assessed the participants, drafted the initial manuscript, and reviewed and revised the manuscript; Dr McGuire conceptualized the study, planned and carried out the analyses, assisted in drafting the initial manuscript, and reviewed and revised the manuscript; Dr Steensma conceptualized the study, coordinated and supervised data collection, and reviewed and revised the manuscript; Dr Wagenaar coordinated and invited participants for assessments and reviewed and revised the manuscript; Drs Doreleijers and Cohen-Kettenis conceptualized the study and reviewed and revised the manuscript; and all authors approved the final manuscript as submitted.

Dr McGuire's current affiliation is Department of Family Social Science, College of Education and Human Development, St Paul, Minnesota.

www.pediatrics.org/cgi/doi/10.1542/peds.2013-2958

doi:10.1542/peds.2013-2958

Accepted for publication Jul 7, 2014

Address correspondence to Annelou L.C. de Vries, MD, PhD, Child and Adolescent Psychiatrist, Center of Expertise on Gender Dysphoria, VU University Medical Center, PO Box 7057, 1007 MB Amsterdam, Netherlands. E-mail: alc.devries@vumc.nl

*(Continued on last page)*



**WHAT'S KNOWN ON THIS SUBJECT:** Puberty suppression has rapidly become part of the standard clinical management protocols for transgender adolescents. To date, there is only limited evidence for the long-term effectiveness of this approach after gender reassignment (cross-sex hormones and surgery).



**WHAT THIS STUDY ADDS:** In young adulthood, gender dysphoria had resolved, psychological functioning had steadily improved, and well-being was comparable to same-age peers. The clinical protocol including puberty suppression had provided these formerly gender-dysphoric youth the opportunity to develop into well-functioning young adults.

**abstract**

**BACKGROUND:** In recent years, puberty suppression by means of gonadotropin-releasing hormone analogs has become accepted in clinical management of adolescents who have gender dysphoria (GD). The current study is the first longer-term longitudinal evaluation of the effectiveness of this approach.

**METHODS:** A total of 55 young transgender adults (22 transwomen and 33 transmen) who had received puberty suppression during adolescence were assessed 3 times: before the start of puberty suppression (mean age, 13.6 years), when cross-sex hormones were introduced (mean age, 16.7 years), and at least 1 year after gender reassignment surgery (mean age, 20.7 years). Psychological functioning (GD, body image, global functioning, depression, anxiety, emotional and behavioral problems) and objective (social and educational/professional functioning) and subjective (quality of life, satisfaction with life and happiness) well-being were investigated.

**RESULTS:** After gender reassignment, in young adulthood, the GD was alleviated and psychological functioning had steadily improved. Well-being was similar to or better than same-age young adults from the general population. Improvements in psychological functioning were positively correlated with postsurgical subjective well-being.

**CONCLUSIONS:** A clinical protocol of a multidisciplinary team with mental health professionals, physicians, and surgeons, including puberty suppression, followed by cross-sex hormones and gender reassignment surgery, provides gender dysphoric youth who seek gender reassignment from early puberty on, the opportunity to develop into well-functioning young adults. *Pediatrics* 2014;134:1–9

Exhibit 26

Downloaded from by guest on October 7, 2016

Transgender adolescents experience an incongruence between their assigned gender and their experienced gender and may meet the Diagnostic and Statistical Manual of Mental Disorders 5 criteria for gender dysphoria (GD).[1] Fifteen years ago, pubertal delay was introduced as an aid in the treatment of a gender dysphoric adolescent.[2] Although not without debate, blocking pubertal development has rapidly become more widely available[3–7] and is now part of the clinical management guidelines for GD.[8–12]

Gonadotropin-releasing hormone analogs (GnRHa) are a putatively fully reversible[13] medical intervention intended to relieve distress that gender dysphoric adolescents experience when their secondary sex characteristics develop. A protocol designed by Cohen-Kettenis and Delemarre-van de Waal[14] (sometimes referred to as "the Dutch model")[4,7] considers adolescents, after a comprehensive psychological evaluation with many sessions over a longer period of time, eligible for puberty suppression, cross-sex hormones (CSH), and gender reassignment surgery (GRS) at the respective ages of 12, 16, and 18 years when there is a history of GD; no psychosocial problems interfering with assessment or treatment, for example, treatment might be postponed because of continuous moving from 1 institution to another or repeated psychiatric crises; adequate family or other support; and good comprehension of the impact of medical interventions.[12] Puberty suppression is only started after the adolescent actually enters the first stages of puberty (Tanner stages 2–3), because although in most prepubertal children GD will desist, onset of puberty serves as a critical diagnostic stage, because the likelihood that GD will persist into adulthood is much higher in adolescence than in the case of childhood GD.[15,16]

Despite the apparent usefulness of puberty suppression, there is only limited evidence available about the effectiveness of this approach. In the first cohort of adolescents who received GnRHa, we demonstrated an improvement in several domains of psychological functioning after, on average, 2 years of puberty suppression while GD remained unchanged.[16] The current study is a longer-term evaluation of the same cohort, on average, 6 years after their initial presentation at the gender identity clinic. This time, we were not only interested in psychological functioning and GD, but added as important outcome measures objective and subjective well-being (often referred to as "quality of life"), that is, the individuals' social life circumstances and their perceptions of satisfaction with life and happiness.[17–19] After all, treatment cannot be considered a success if GD resolves without young adults reporting they are healthy, content with their lives, and in a position to make a good start with their adult professional and personal lives.[20] Because various studies show that transgender youth may present with psychosocial problems,[21,22] a clinical approach that includes both medical (puberty suppression) and mental health support (regular sessions, treatment when necessary, see Cohen-Kettenis et al[12]) aims to improve long-term well-being in all respects.

In the present longitudinal study, 3 primary research questions are addressed. Do gender dysphoric youth improve over time with medical intervention consisting of GnRHa, CSH, and GRS? After gender reassignment, how satisfied are young adults with their treatment and how do they evaluate their objective and subjective well-being? Finally, do young people who report relatively greater gains in psychological functioning also report a higher subjective well-being after gender reassignment?

METHODS

Participants and Procedure

Participants included 55 young adults (22 transwomen [natal males who have a female gender identity] and 33 transmen [natal females who have a male gender identity]) of the first cohort of 70 adolescents who had GD who were prescribed puberty suppression at the Center of Expertise on Gender Dysphoria of the VU University Medical Center and continued with GRS between 2004 and 2011. These adolescents belonged to a group of 196 consecutively referred adolescents between 2000 and 2008, of whom 140 had been considered eligible for medical intervention and 111 were prescribed puberty suppression (see de Vries et al[16]). The young adults were invited between 2008 and 2012, when they were at least 1 year past their GRS (vaginoplasty for transwomen, mastectomy and hysterectomy with ovariectomy for transmen; many transmen chose not to undergo a phalloplasty or were on a long waiting list). Nonparticipation ($n = 15$, 11 transwomen and 4 transmen) was attributable to not being 1 year postsurgical yet ($n = 6$), refusal ($n = 2$), failure to return questionnaires ($n = 2$), being medically not eligible (eg, uncontrolled diabetes, morbid obesity) for surgery ($n = 3$), dropping out of care ($n = 1$), and 1 transfemale died after her vaginoplasty owing to a postsurgical necrotizing fasciitis. Between the 55 participants and the 15 nonparticipating individuals, Student's $t$ tests revealed no significant differences on any of the pretreatment variables. A similar lack of differences was found between the 40 participants who had complete data and the 15 who were missing some data.

Participants were assessed 3 times: pre-treatment (T0, at intake), during treatment (T1, at initiation of CSH), and post-treatment (T2, 1 year after GRS). See Table 1 for age at the different time points. The VU University Medical Center medical ethics committee approved the study, and all participants gave informed consent.

2    DE VRIES et al

Downloaded from by guest on October 7, 2016

**TABLE 1** Age at Different Treatment Milestones and Intelligence by Gender

| Variable | All Participants[a] (N = 55) | | Transwomen (Natal Males) (N = 22) | Transmen (Natal Females) (N = 33) |
|---|---|---|---|---|
| | Mean (SD) | Range | Mean (SD) | Mean (SD) |
| Age, y | | | | |
| At assessment PreT | 13.6 (1.9) | 11.1–17.0 | 13.6 (1.8) | 13.7 (2.0) |
| At start of GnRHa | 14.8 (1.8) | 11.5–18.5 | 14.8 (2.0) | 14.9 (1.9) |
| At start of CSH | 16.7 (1.1) | 13.9–19.0 | 16.5 (1.3) | 16.8 (1.0) |
| At GRS | 19.2 (0.9) | 18.0–21.3 | 19.6 (0.9) | 19.0 (0.8) |
| At assessment PostT | 20.7 (1.0) | 19.5–22.8 | 21.0 (1.1) | 20.5 (0.8) |
| Full-scale intelligence[b] | 99.0 (14.3) | 70–128 | 97.8 (14.2) | 100.4 (14.3) |

PostT, post-treatment; PreT, pre-treatment.
[a] Comparisons between those who had complete data (n = 40) and those who had missing data on the CBCL/ABCL (n = 15) reveal no significant differences between the groups in age at any point in the study or in natal sex.
[b] WISC-R, the WISC-III, or the WAIS-III at first assessment, depending on age and time.[15–17]

### Measures

Time was the predominate independent variable. Other demographic characteristics were incorporated in some models, including, age, natal sex, Full Scale Intelligence, and parent marital status; where significantly different they are reported.

There was 1 indicator measuring GD (Utrecht Gender Dysphoria Scale [UGDS]) and 3 indicators measuring body image (Body Image Scale [BIS] with primary, secondary, and neutral subscales). Higher UGDS (12 items, 1–5 range, total score ranging from 12–60) total scores indicate higher levels of GD, for example, "I feel a continuous desire to be treated as a man/woman."[23] There are separate versions of the UGDS for males and females with mostly different items, permitting no gender difference analyses. BIS (30 items, 1–5 range) higher scores indicate more dissatisfaction with primary sex characteristics (important gender-defining body characteristics, eg, genitals, breasts), secondary sex characteristics (less obvious gender-defining features, eg, hips, body hair), and neutral (hormonally unresponsive) body characteristics (eg, face, height).[24] The male and the female BIS are identical except for the sexual body parts. The UGDS and the BIS of the natal gender were administered at T0 and T1. At T1, we chose the UGDS of the assigned gender, because no physical changes had occurred yet and some were still

treated as their assigned gender. This way, however, decreased GD caused by social transitioning was not measured. At T2 young adults filled out the versions of their affirmed gender.

### Psychological Functioning

There were 10 indicators assessing psychological functioning. To assess global functioning, the Children's Global Assessment Scale (CGAS) was used.[25] The Beck Depression Inventory (BDI; 21 items, 0–3 range) indicates presence and severity of depressive symptoms.[26] Spielberger's Trait Anger (TPI) and Spielberger's Trait Anxiety (STAI; 10 and 20 items, respectively, 1–4 range) scales of the State-Trait Personality Inventory were administered to assess the tendency to respond with anxiety or anger, respectively, to a threatening or annoying situation.[27,28]

Behavioral and emotional problems were assessed by the total, internalizing, and externalizing T scores as well as clinical range scores for these 3 indices (T score >63) of the Child/Adult Behavior Checklist (CBCL at T0 and T1, ABCL at T2), the Youth/Adult Self-Report (YSR at T0 and T1, ASR at T2).[29–31] Items referring to GD in the CBCL/YSR and ABCL/ASR were scored as 0 (for more explanation, see Cohen-Kettenis et al[32]).

### Psychosocial Functioning During T2 (Age)

A self-constructed questionnaire was used to ask the young adults about their current life circumstances, such

as living conditions, school and employment, and social support (objective well-being), and satisfaction with treatment (subjective well-being). Three instruments further assessed subjective well-being. To measure quality of life, the WHOQOL-BREF (quality of life measure developed by the World Health Organization) was administered (24 items, 4 domains: Physical Health, Psychological Health, Social Relationships, and Environment, 1–5 range with higher scores indicating better quality of life).[17] The Satisfaction With Life Scale (SWLS, 5 items, 5–35 range, 20 being neutral) was used to assess life satisfaction.[18] Higher scores on the Subjective Happiness Scale (SHS, 4 items, 7-point Likert scale, average score 1–7) reflect greater happiness.[19]

### Data Analyses

General Linear Models examined the repeated measures with an analysis of variance-based model, incorporating continuous and categorical predictors, and correcting for the unbalanced cell sizes. Linear and quadratic effects of the 14 indicators across 3 time points, with time as the within-subjects factor, and sex as a between-subjects factor in a second set of analyses are reported in Tables 2 and 3 and Fig 1. A linear effect signifies an overall change across T0 to T2. A quadratic effect signifies that the change was not continuous, such as when an indicator does not improve from T0 to T1 but improves from T1 to T2. It is possible to have both a significant linear and quadratic effect on the same

Downloaded from by guest on October 7, 2016

3

TABLE 2 Gender Dysphoria and Body Image of Adolescents at Intake (T0), While on Puberty Suppression (T1), and After Gender Reassignment (T2)

| | $N^a$ | T0 | T1 | T2 | T0–T2 | Time | | Time × Sex | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | t test | Linear Effect | Quadratic Effect | Linear Effect | Quadratic Effect |
| | | Mean (SD) | Mean (SD) | Mean (SD) | P | P | | P | |
| UGDS | 33 | 53.51 (8.29) | 54.39 (7.70) | 15.81 (2.78) | <.001 | | | | |
| MtF | 11 | 47.07 (11.05) | 48.95 (10.80) | 17.27 (2.57) | <.001 | <.001 | | n/a | |
| | | | | | | <.001 | | | |
| FtM | 22 | 56.74 (3.74) | 57.11 (3.40) | 15.08 (2.64) | <.001 | <.001 | | n/a | |
| | | | | | | <.001 | | | |
| Body image (BIS) | | | | | | | | | |
| Primary sex characteristics | 45 | 4.13 (0.59) | 4.05 (0.60) | 2.59 (0.82) | <.001 | <.001 | | .01 | |
| | | | | | | <.001 | | .45 | |
| MtF | 17 | 4.03 (0.68) | 3.82 (0.56) | 2.07 (0.74) | <.001 | | | | |
| FtM | 28 | 4.18 (0.53) | 4.13 (0.60) | 2.89 (0.71) | <.001 | | | | |
| Secondary sex characteristics | 45 | 2.73 (0.72) | 2.86 (0.67) | 2.27 (0.58) | <.001 | <.001 | | .10 | |
| | | | | | | <.001 | | <.001 | |
| MtF | 17 | 2.63 (0.60) | 2.34 (0.68) | 1.93 (0.63) | <.001 | | | | |
| FtM | 28 | 2.80 (0.72) | 3.18 (0.43) | 2.48 (0.40) | .05 | | | | |
| Neutral body characteristics | 45 | 2.35 (0.68) | 2.49 (0.53) | 2.23 (0.49) | .29 | .29 | | .007 | |
| | | | | | | .01 | | .01 | |
| MtF | 17 | 2.57 (0.70) | 2.29 (0.50) | 2.09 (0.56) | .014 | | | | |
| FtM | 28 | 2.21 (0.64) | 2.61 (0.52) | 2.32 (0.44) | .40 | | | | |

FtM, female to male transgender; MtF, male to female transgender; n/a, not applicable.
[a] Participants who had complete data at all 3 waves were included. Some assessments were added to the study later, yielding fewer total participants for those scales.

indicator. Other potential between-subjects factors (age, total IQ, parental marital status) were examined but excluded owing to a lack of relationship with the 14 indicators at T0. The 1 exception, age predicting secondary sex characteristics, is described below in the findings. We compared T2 sample means to population norms for subjective well-being using 1-sample t tests from previously published validation studies. Finally, we examined T2 subjective well-being correlations with residual change scores from T0 to T2 on the 14 indicators (an indicator of who improved relatively more or less over time).

All measures used were self-reported, except the CGAS (attending clinician) and the CBCL/ASR (parents). Each participant was given all measures at each of 3 assessments. Numbers varied across indicators owing to the later inclusion of the YSR, CGAS, BDI, TPI, and STAI, yielding 8 persons who had missing data at T0 and a clinician error yielding missing data at T1 for 10 participants on the UGDS. Dutch versions were used (see de Vries et al[16]).

RESULTS

Gender Dysphoria and Body Satisfaction

Figure 1 and Table 2 show that GD and body image difficulties persisted through puberty suppression (at T0 and T1) and remitted after the administration of CSH and GRS (at T2) (significant linear effects in 3 of 4 indicators, and significant quadratic effects in all indicators). Time by sex interactions revealed that transwomen reported more satisfaction over time with primary sex characteristics than transmen and a continuous improvement in satisfaction with secondary and neutral sex characteristics. Transmen reported more dissatisfaction with secondary and neutral sex characteristics at T1 than T0, but improvement in both from T1 to T2. Age was a significant covariate with secondary sex characteristics (the only significant demographic covariate with any outcome indicator in the study), indicating that older individuals were more dissatisfied at T0, but the age gap in body satisfaction narrowed over time (F(1, 42) = 8.18; P < .01).

Psychological Functioning

As presented in Table 3, significant linear effects showed improvement over time in global functioning (CGAS), CBCL/ABCL total, internalizing and externalizing T scores, and YSR/ASR total and internalizing T scores. Quadratic effects revealed decreases from T0 to T1 followed by increases from T1 to T2 in depression and YSR/ASR internalizing T scores. Quadratic trends revealed decreases from T0 to T1, followed by increases from T1 to T2 in depression and YSR/ASR internalizing T scores. For all CBCL/ABCL and YSR/ASR indicators except YSR/ASR externalizing, the percentage in the clinical range dropped significantly (McNemar's test, P value <0.05) from T0 to T1, from T0 to T2, or from T1 to T2.

Over time, transmen showed reduced anger, anxiety, and CBCL/ABCL externalizing T scores, whereas transwomen showed stable or slightly more symptomatology on these measures. Transwomen improved in CBCL/ABCL total T scores in a quadratic fashion (all the improvement between T1 and T2),

4   DE VRIES et al

Downloaded from by guest on October 7, 2016

TABLE 3 Psychological Functioning of Adolescents at Intake (T0), While on Puberty Suppression (T1), and After Gender Reassignment (T2)

| | $N^a$ | T0 Mean (SD) | T1 Mean (SD) | T2 Mean (SD) | T0–T2 t test P | Time Linear Effect P | Time Quadratic Effect P | Time × Sex Linear Effect P | Time × Sex Quadratic Effect P |
|---|---|---|---|---|---|---|---|---|---|
| Global functioning (CGAS) | 32 | 71.13 (10.46) | 74.81 (9.86) | 79.94 (11.56) | <.001 | <.001 | .61 | .89 | .68 |
| MtF | 15 | 74.33 (7.53) | 78.20 (9.56) | 82.40 (8.28) | <.001 | | | | |
| FtM | 17 | 67.65 (11.87) | 70.65 (9.89) | 76.29 (14.48) | .02 | | | | |
| Depression (BDI) | 32 | 7.89 (7.52) | 4.10 (6.17) | 5.44 (8.40) | .21 | .23 | .04 | .66 | .49 |
| MtF | 12 | 4.73 (4.20) | 2.25 (3.54) | 3.38 (4.40) | .12 | | | | |
| FtM | 20 | 10.09 (8.34) | 5.05 (7.08) | 6.95 (9.83) | .32 | | | | |
| Anger (TPI) | 32 | 17.55 (5.72) | 17.22 (5.61) | 16.01 (5.28) | .20 | .15 | .52 | .04 | .12 |
| MtF | 12 | 14.17 (3.01) | 14.00 (3.36) | 15.58 (3.92) | .18 | | | | |
| FtM | 20 | 19.55 (5.96) | 19.25 (5.69) | 16.56 (6.06) | .05 | | | | |
| Anxiety (STAI) | 32 | 39.57 (10.53) | 37.52 (9.87) | 37.61 (10.39) | .45 | .42 | .47 | .05 | .52 |
| MtF | 12 | 31.87 (7.42) | 31.71 (8.35) | 35.83 (10.22) | .14 | | | | |
| FtM | 20 | 44.41 (9.06) | 41.59 (9.03) | 39.20 (10.53) | .12 | | | | |
| CBCL–ABCL | | | | | | | | | |
| Total T score | 40 | 60.20 (12.66) | 54.70 (11.58) | 48.10 (9.30) | <.001 | <.001 | .68 | .25 | .03 |
| % Clinical | | $38_x$ | $20_y$ | $5_y$ | | | | | |
| MtF | 15 | 57.40 (12.76) | 49.67 (12.29) | 48.13 (12.58) | .002 | | | | |
| FtM | 25 | 61.88 (12.56) | 57.72 (10.23) | 48.08 (6.95) | <.001 | | | | |
| Int T score | 40 | 60.83 (12.36) | 54.42 (10.58) | 50.45 (10.04) | <.001 | <.001 | .42 | .91 | .33 |
| % Clinical | | $30_x$ | $12.5_y$ | $10_y$ | | | | | |
| MtF | 15 | 59.40 (10.03) | 50.93 (11.15) | 48.73 (12.61) | <.001 | | | | |
| FtM | 25 | 61.68 (13.70) | 56.52 (9.86) | 51.48 (8.25) | <.001 | | | | |
| Ext T score | 40 | 57.85 (13.73) | 53.85 (12.77) | 47.85 (8.59) | <.001 | <.001 | .43 | .19 | .12 |
| % Clinical | | $40_x$ | $25_x$ | $2.5_y$ | | | | | |
| MtF | 15 | 52.53 (14.11) | 47.87 (12.07) | 46.33 (10.95) | .10 | | | | |
| FtM | 25 | 61.04 (12.71) | 57.44 (12.01) | 48.76 (6.89) | <.001 | | | | |
| YSR-ASR | | | | | | | | | |
| Total T score | 43 | 54.72 (12.08) | 49.16 (11.16) | 48.53 (9.46) | .005 | .005 | .07 | .28 | .75 |
| % Clinical | | $30_x$ | $14_{xy}$ | $7_y$ | | | | | |
| MtF | 17 | 50.65 (12.19) | 45.94 (12.24) | 47.24 (12.28) | .28 | | | | |
| FtM | 26 | 57.38 (11.47) | 51.27 (10.08) | 49.38 (7.21) | .01 | | | | |
| Int T score | 43 | 55.47 (13.08) | 48.65 (12.33) | 50.07 (11.15) | .03 | .03 | .008 | .87 | .73 |
| % Clinical | | $30_x$ | $9.3_y$ | $11.6_{xy}$ | | | | | |
| MtF | 17 | 54.00 (12.31) | 47.59 (14.26) | 48.12 (12.54) | .04 | | | | |
| FtM | 26 | 56.42 (13.86) | 49.35 (11.13) | 51.35 (10.19) | .17 | | | | |
| Ext T score | 43 | 52.77 (12.47) | 49.44 (9.59) | 49.44 (9.37) | .14 | .14 | .09 | .005 | .14 |
| % Clinical | | $21_x$ | $11.6_x$ | $7_x$ | | | | | |
| MtF | 17 | 46.00 (11.58) | 44.71 (9.53) | 50.24 (11.18) | .17 | | | | |
| FtM | 26 | 57.16 (11.14) | 52.54 (8.43) | 48.92 (8.18) | .006 | | | | |

FtM, female to male transgender; MtF, male to female transgender.

x,y Percent clinical range, shared subscripts indicate no significant difference in values. In no case was an increase in percent in the clinical range significant from 1 time point to any other time point, indicating an overall decline or stability of clinical symptoms over time.

a Participants who had complete data at all 3 waves were included. Some assessments were added to the study later, yielding fewer total participants for those scales.

whereas transmen improved steadily across the 3 time points (linear effect only).

At T2, the participants were vocationally similar to the Dutch population except they were slightly more likely to live with parents (67% vs 63%), and more likely, when studying, to be pursuing higher education (58% vs 31%).[33]

Families were supportive of the transitioning process: 95% of mothers, 80% of fathers, and 87% of siblings. Most (79%) young adults reported having 3 or more friends, were satisfied with their male (82%) and female peers (88%), and almost all (95%) had received support from friends regarding their gender reassignment. After their GRS, many participants (89%) reported having been never or seldom called names or harassed. The majority (71%) had experienced social transitioning as easy.

None of the participants reported regret during puberty suppression, CSH

Downloaded from by guest on October 7, 2016



Eta Squared for Linear and Quadratic Effects
   (a) Primary sex characteristics
       Time: .79 ($P < .001$), .66 ($P < .001$),
       Time × sex: .14 ($P = .01$), .01 ($P = .45$),
   (b) Secondary sex characteristics
       Time: .31($P < .001$), .30 ($P < .001$),
       Time × sex: .06 ($P = .10$), .22 ($P < .001$)
   (c) Neutral body characteristics
       Time: .07($P < .001$), .09 ($P = .29$)
       Time × sex: .16 ($P = .007$), .15 ($P = .01$)

FIGURE 1
BIS[23] for transwomen and transmen at T0 (pretreatment, at intake), T1 (during treatment, at initiation of cross-gender hormones), and T2 (post-treatment, 1 year after GRS).

treatment, or after GRS. Satisfaction with appearance in the new gender was high, and at T2 no one reported being treated by others as someone of their assigned gender. All young adults reported they were very or fairly satisfied with their surgeries.

Mean scores on WHOQOL-BREF, the SWLS, and the SHS are presented in Table 4, together with scores from large validation and reliability studies of these measures,[17,19,34] revealing similar scores in all areas except WHOQOL-Environment subdomain, which was higher for the participants than the norm. There were some differences across gender; transwomen scored higher than transmen on the SWLS (mean = 27.7; SD = 5.0 vs mean = 23.2; SD = 6.0; $t$ (52)

= 2.82; $P < .01$) and on the psychological subdomain of the WHOQOL (mean = 15.77; SD = 2.0 vs mean = 13.92; SD = 2.5; $t$ (53) = 2.95; $P < .01$).

The residual change scores of secondary sex characteristics, global functioning, depression, anger, anxiety, and YSR total, internalizing and externalizing from T0 to T2, were significantly correlated with the 6 T2 quality of life indicators. Most correlation coefficients were within the moderate to large magnitude (eg, 0.30–0.60), except depression, which was highly correlated (0.60–0.80) (see Table 5).

## DISCUSSION

Results of this first long-term evaluation of puberty suppression among transgender adolescents after CSH treatment and GRS indicate that not only was GD resolved, but well-being was in many respects comparable to peers.

The effectiveness of CSH and GRS for the treatment of GD in adolescents is in line with findings in adult transsexuals.[35,36] Whereas some studies show that poor surgical results are a determinant of postoperative psychopathology and of dissatisfaction and regret,[37,38] all young adults in this study were generally satisfied with their physical appearance and none regretted treatment. Puberty suppression had caused their bodies to

Downloaded from by guest on October 7, 2016

ARTICLE

TABLE 4  Subjective Well-Being: Quality of Life, Satisfaction With Life, and Subjective Happiness Mean Scores With Scores From Validation Studies

| | N | Mean (SD) | Range | Validation Studies Scores Mean (SD) | Comparison P |
|---|---|---|---|---|---|
| WHOQOL[a] Physical | 55 | 15.22 (2.49) | 8.6–20.0 | 15.0 (2.9)[b] | .56 |
| WHOQOL Psychological | 55 | 14.66 (2.44) | 6.67–20.0 | 14.3 (2.8)[b] | .24 |
| WHOQOL Social Relations | 55 | 14.91 (2.35) | 9.3–20.00 | 14.5 (3.4)[b] | .18 |
| WHOQOL Environment | 55 | 15.47 (2.06) | 10.5–20.00 | 13.7 (2.6)[b] | <.001 |
| SWLS | 54 | 24.98 (6.0) | 9.0–35.0 | 26.18 (5.7)[c] | .16 |
| SHS | 54 | 4.73 (0.77) | 2.75–6.0 | 4.89 (1.1)[d] | .17 |

[a] WHOQOL, Bref, Skevington et al.[46]
[b] International field trial, ages 21 to 30 years, Skevington et al. [5]
[c] Dutch young adults, Arindell et al.[53]
[d] US Public College Students, Lyubomirsky.[13]

not (further) develop contrary to their experienced gender.

Psychological functioning improved steadily over time, resulting in rates of clinical problems that are indistinguishable from general population samples (eg, percent in the clinical range dropped from 30% to 7% on the YSR/ASR[50]) and quality of life, satisfaction with life, and subjective happiness comparable to same-age peers.[17,19,54] Apparently the clinical protocol of a multidisciplinary team with mental health professionals, physicians, and surgeons gave these formerly gender dysphoric youth the opportunity to develop into well-functioning young adults. These individuals, of whom an even higher percentage than the general population were pursuing higher education, seem different from the

transgender youth in community samples with high rates of mental health disorders, suicidality and self-harming behavior, and poor access to health services.[21,22,39,40]

In this study, young adults who experienced relatively greater improvements in psychological functioning were more likely to also report higher levels of subjective postsurgical well-being. This finding suggests value to the protocol that involves monitoring the adolescents' functioning, physically and psychologically, over many years, and providing more support whenever necessary.

This clinic-referred sample perceived the Environmental subdomain (with items like "access to health and social care" and "physical safety and secu-

rity") of the WHOQOL-BREF as even better than the Dutch standardization sample.[17] Whereas in some other contexts transgender youth may experience gender-related abuse and victimization,[22,41,42] the positive results may also be attributable to supportive parents, open-minded peers, and the social and financial support (treatment is covered by health insurance) that gender dysphoric individuals can receive in the Netherlands.

Both genders benefitted from the clinical approach, although transwomen showed more improvement in body image satisfaction (secondary sex characteristics) and in psychological functioning (anger and anxiety). None of the transmen in this study had yet had a phalloplasty because of waiting lists or

TABLE 5  Correlations Between Residual Change in Psychological Functioning Over Time and Young Adult Subjective Well-Being

| | WHOQOL BREF | | | | SWLS | SHS |
|---|---|---|---|---|---|---|
| | Physical | Psychological | Social | Environment | | |
| Gender dysphoria (UGDS) | 0.01 (.97) | 0.05 (.75) | −0.09 (.57) | −0.02 (.89) | 0.06 (.71) | 0.30 (.04) |
| Body image subscales (BIS) | | | | | | |
| Primary sex characteristics | −0.22 (.14) | −0.25 (.09) | −0.35 (.02) | −0.04 (.78) | −0.22 (.14) | −0.21 (.17) |
| Secondary sex characteristics | 0.39 (.006) | −0.45 (<.001) | −0.47 (<.001) | −0.34 (.02) | −0.35 (.02) | −0.26 (.08) |
| Neutral body characteristics | −0.21 (.16) | −0.27 (.07) | −0.15 (.32) | −0.28 (.06) | −0.26 (.08) | −0.16 (.28) |
| Psychological functioning | | | | | | |
| Global functioning (CGAS) | 0.60 (<.001) | 0.52 (.002) | 0.52 (.002) | 0.27 (.14) | 0.58 (<.001) | 0.50 (.004) |
| Depression (BDI) | −0.76 (<.001) | −0.72 (<.001) | −0.51 (.002) | −0.49 (.005) | −0.61 (<.001) | −0.77 (<.001) |
| Trait anger (TPI) | −0.37 (.03) | −0.18 (.31) | −0.22 (.20) | −0.29 (.09) | −0.33 (.07) | −0.35 (.05) |
| Trait anxiety (STAI) | −0.58 (<.001) | −0.64 (<.001) | −0.38 (.03) | −0.44 (.01) | −0.49 (.004) | −0.57 (<.001) |
| CBCL–ABCL | | | | | | |
| Total T score | −0.20 (.20) | −0.12 (.45) | −0.07 (.65) | −0.14 (.35) | −0.32 (.03) | −0.16 (.29) |
| Internalizing T score | −0.29 (.06) | −0.29 (.06) | −0.23 (.14) | −0.12 (.44) | −0.48 (<.001) | −0.38 (.02) |
| Externalizing T score | −0.13 (.40) | −0.05 (.75) | 0.16 (.29) | −0.20 (.19) | −0.15 (.36) | 0.00 (.99) |
| Youth Self Report (YSR–ASR) | | | | | | |
| Total T score | −0.53 (<.001) | −0.45 (.002) | −0.33 (.03) | −0.42 (.005) | −0.52 (<.001) | −0.55 (<.001) |
| Internalizing T score | −0.62 (<.001) | −0.61 (<.001) | −0.47 (<.001) | −0.40 (.007) | 0.66 (<.001) | −0.60 (<.001) |
| Externalizing T score | −0.23 (.13) | −0.10 (.53) | −0.07 (.67) | −0.37 (.02) | −0.22 (.15) | 0.35 (.02) |

P values are in parentheses.

Downloaded from by guest on October 7, 2016

a desire for improved surgery techniques. This finding warrants further study of the specific concerns of young transmen.

Despite promising findings, there were various limitations. First, the study sample was small and came from only 1 clinic. Second, this study did not focus on physical side effects of treatment. Publications on physical parameters of the same cohort of adolescents are submitted or in preparation. A concurring finding exists in the 22-year follow-up of the well-functioning first case now at age 35 years who has no clinical signs of a negative impact of earlier puberty suppression on brain development, metabolic and endocrine parameters, or bone mineral density.[43] Third, despite the absence of pretreatment differences on measured indicators, a selection bias could exist between adolescents of the original cohort that participated in this study compared with nonparticipants.

Age criteria for puberty suppression and CSH are under debate, although they worked well for adolescents in the current study. Especially in natal females, puberty will often start before the age of 12 years. Despite the fact that developing evidence suggests that cognitive and affective cross-gender identification, social role transition, and age at assessment are related to persistence of childhood GD into adolescence, predicting individual persistence at a young age will always remain difficult.[44] The age criterion of 16 years for the start of CSH may be problematic especially for transwomen, as growth in height continues as long as cross-sex steroids are not provided (causing the growth plates to close). Therefore, psychological maturity and the capacity to give full informed consent may surface as the required criteria for puberty suppression and CSH[45] in cases that meet other eligibility criteria.

## CONCLUSIONS

Results of this study provide first evidence that, after CSH and GRS, a treatment protocol including puberty suppression leads to improved psychological functioning of transgender adolescents. While enabling them to make important age-appropriate developmental transitions, it contributes to a satisfactory objective and subjective well-being in young adulthood. Clinicians should realize that it is not only early medical intervention that determines this success, but also a comprehensive multidisciplinary approach that attends to the adolescents' GD as well as their further well-being and a supportive environment.

## ACKNOWLEDGMENTS

The authors thank the young adults and their parents for their repeated participation in this study over the years.

## REFERENCES

1. American Psychiatric Association. Diagnostic and Statistical Manual of Mental Disorders. 5th ed. Washington, DC: American Psychiatric Association; 2013

2. Cohen-Kettenis PT, van Goozen SH. Pubertal delay as an aid in diagnosis and treatment of a transsexual adolescent. Eur Child Adolesc Psychiatry. 1998;7(4):246–248

3. Nakatsuka M. [Adolescents with gender identity disorder: reconsideration of the age limits for endocrine treatment and surgery.] Seishin Shinkeigaku Zasshi. 2012;114(6):647–653

4. Zucker KJ, Bradley SJ, Owen-Anderson A, Singh D, Blanchard R, Bain J. Puberty-blocking hormonal therapy for adolescents with gender identity disorder: a descriptive clinical study. J Gay Lesbian Ment Health. 2010;15(1):58–82

5. Hewitt JK, Paul C, Kasiannan P, Grover SR, Newman LK, Warne GL. Hormone treatment of gender identity disorder in a cohort of children and adolescents. Med J Aust. 2012;196(9):578–581

6. Olson J, Forbes C, Belzer M. Management of the transgender adolescent. Arch Pediatr Adolesc Med. 2011;165(2):171–176

7. Spack NP, Edwards-Leeper L, Feldman HA, et al. Children and adolescents with gender identity disorder referred to a pediatric medical center. Pediatrics. 2012;129(3):418–425

8. Byne W, Bradley SJ, Coleman E, et al. Treatment of gender identity disorder. Am J Psychiatry. 2012;169(8):875–876

9. Adelson SL. Practice parameter on gay, lesbian, or bisexual sexual orientation, gender nonconformity, and gender discordance in children and adolescents. J Am Acad Child Adolesc Psychiatry. 2012;51(9):957–974

10. Hembree WC, Cohen-Kettenis P, Delemarre-van de Waal HA, et al. Endocrine treatment of transsexual persons: an Endocrine Society clinical practice guideline. J Clin Endocrinol Metab. 2009;94(9):3132–3154

11. Coleman E, Bockting W, Botzer M, et al. Standards of care for the health of transsexual, transgender, and gender-nonconforming people, version 7. Int J Transgenderism. 2012;13(4):165–232

12. Cohen-Kettenis PT, Steensma TD, de Vries AL. Treatment of adolescents with gender dysphoria in the Netherlands. Child Adolesc Psychiatr Clin N Am. 2011;20(4):689–700

13. Thornton P, Silverman LA, Geffner ME, Neely EK, Gould E, Danoff TM. Review of outcomes after cessation of gonadotropin-releasing hormone agonist treatment of girls with precocious puberty. Pediatr Endocrinol Rev Mar 2014;11(3):306–317

14. Delemarre-van de Waal HA, Cohen-Kettenis PT. Clinical management of gender identity disorder in adolescents: a protocol on psychological and paediatric endocrinology aspects. Eur J Endocrinol. 2006;155(suppl 1):S131–S137

15. Steensma TD, Biemond R, Boer FD, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: a qualitative follow-up study. Clin Child Psychol Psychiatry. 2011;16(4):499–516

16. de Vries AL, Steensma TD, Doreleijers TA, Cohen-Kettenis PT. Puberty suppression in adolescents with gender identity disorder: a prospective follow-up study. J Sex Med. 2011;8(8):2276–2283

17. Skevington SM, Lotfy M, O'Connell KA. The World Health Organization's WHOQOL-BREF

Downloaded from by guest on October 7, 2016

quality of life assessment: psychometric properties and results of the international field trial. A report from the WHOQOL group. *Qual Life Res.* 2004;13(2): 299–310

18. Diener E, Emmons RA, Larsen RJ, Griffin S. The Satisfaction With Life Scale. *J Pers Assess.* 1985;49(1):71–75

19. Lyubomirsky S, Lepper HS. A measure of subjective happiness: preliminary reliability and construct validation. *Soc Indic Res.* 1999;46(2):137–155

20. Koot HM. The study of quality of life: concepts and methods. In: Koot HM, Wallander JL, eds. *Quality of Life in Child and Adolescent Illness: Concepts, Methods and Findings.* London, UK: Harwood Academic Publishers; 2001:3–20

21. Carver PR, Yunger JL, Perry DG. Gender identity and adjustment in middle childhood. *Sex Roles.* 2003;49(3–4):95–109

22. Grossman AH, D'Augelli AR. Transgender youth: invisible and vulnerable. *J Homosex.* 2006;51(1):111–128

23. Steensma TD, Kreukels BP, Jürgensen M, Thyen U, De Vries AL, Cohen-Kettenis PT. The Urecht Gender Dysphoria Scale a validation study. *Arch Sex Behav.* provisionally accepted

24. Lindgren TW, Pauly IB. A body image scale for evaluating transsexuals. *Arch Sex Behav.* 1975;4:639–656

25. Shaffer D, Gould MS, Brasic J, et al. A children's global assessment scale (CGAS). *Arch Gen Psychiatry.* 1983;40(11): 1228–1231

26. Beck AT, Steer RA, Brown GK. *Manual for the Beck Depression Inventory-II.* San Antonio, TX: Psychological Corporation; 1996

27. Spielberger CD. *Manual for the State-Trait Anger Expression Inventory (STAXI).* Odessa, FL: Psychological Assessment Resources; 1988

28. Spielberger CD, Gorssuch RL, Lushene PR, Vagg PR, Jacobs GA. *Manual for the State-Trait Anxiety Inventory.* Palo Alto, CA: Consulting Psychologists Press, Inc. 1983

29. Achenbach TM. *Manual for the Youth Self-Report.* Burlington, VT: University of Vermont, Department of Psychiatry; 1991

30. Achenbach TM, Rescorla LA. Manual for the ASEBA Adult Forms & Profiles. Burlington, VT: University of Vermont, Research Center for Children, Youth, & Families; 2003

31. Achenbach TM, Edelbrock CS. *Manual for the Child Behavior Checklist and Revised Child Behavior Profile.* Burlington, VT: University of Vermont, Department of Psychiatry; 1983

32. Cohen-Kettenis PT, Owen A, Kaijser VG, Bradley SJ, Zucker KJ. Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. *J Abnorm Child Psychol.* 2003;31(1) 41–53

33. Statistics Netherlands. Landelijke Jeugdmonitor. In: Ministerie van Volksgezondheid, Wetenschap en Sport, ed. Den Haag, Heerlen: Tujtel, Hardinxveld-Giessendam; 2012

34. Arrindell WA, Heesink J, Feij JA. The Satisfaction With Life Scale (SWLS): appraisal with 1700 healthy young adults in The Netherlands. *Pers Individ Dif.* 1999;26(5): 815–826

35. Murad MH, Elamin MB, Garcia MZ, et al. Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. *Clin Endocrinol (Oxf).* 2010;72(2):214–231

36. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT. Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. *Psychol Med.* 2005; 35(1):89–99

37. Ross MW, Need JA. Effects of adequacy of gender reassignment surgery on psychological adjustment: a follow-up of fourteen male-to-female patients. *Arch Sex Behav.* 1989;18(2):145–153

38. Lawrence AA. Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. *Arch Sex Behav.* 2003;32(4):299–315

39. Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. *Suicide Life Threat Behav.* 2007;37(5):527–537

40. Garofalo R, Deleon J, Osmer E, Doll M, Harper GW. Overlooked, misunderstood and at-risk: exploring the lives and HIV risk of ethnic minority male-to-female transgender youth. *J Adolesc Health.* 2006;38(3): 230–236

41. Toomey RB, Ryan C, Diaz RM, Card NA, Russell ST. Gender-nonconforming lesbian, gay, bisexual, and transgender youth: school victimization and young adult psychosocial adjustment. *Dev Psychol.* 2010;46 (6):1580–1589

42. McGuire JK, Anderson CR, Toomey RB, Russell ST. School climate for transgender youth: a mixed method investigation of student experiences and school responses. *J Youth Adolesc.* 2010;39(10): 1175–1188

43. Cohen-Kettenis PT, Schagen SE, Steensma TD, de Vries AL, Delemarre-van de Waal HA. Puberty suppression in a gender-dysphoric adolescent: a 22-year follow-up. *Arch Sex Behav.* 2011;40(4):843–847

44. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry.* 2013;52(6):582–590

45. Kreukels BP, Cohen-Kettenis PT. Puberty suppression in gender identity disorder: the Amsterdam experience. *Nat Rev Endocrinol.* 2011;7(8):466–472

46. Wechsler D. *Wechsler Intelligence Scale for Children: Manual.* 3rd ed. San Antonio, TX: The Psychological Corporation; 1997

47. Wechsler D. *Wechsler Adult Intelligence Scale (WAIS-III).* 3rd ed. Dutch version. Lisse, Netherlands: Swets and Zetlinger; 1997

48. Wechsler D, Kort W, Compaan EL, Bleichrodt N, Resing WCM, Schittkatte M. *Wechsler Intelligence Scale for Children (WISC-III).* 3rd ed. Lisse, Netherlands: Swets and Zettlinger; 2002

*(Continued from first page)*

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2014 by the American Academy of Pediatrics

FINANCIAL DISCLOSURE: The authors have indicated they have no financial relationships relevant to this article to disclose.

FUNDING: Supported by a personal grant awarded to the first author by the Netherlands Organization for Health Research and Development (ZonMw 100002028).

POTENTIAL CONFLICT OF INTEREST: The authors have indicated they have no potential conflicts of interest to disclose.

Downloaded from by guest on October 7, 2016

## Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment

Annelou L.C. de Vries, Jenifer K. McGuire, Thomas D. Steensma, Eva C.F. Wagenaar, Theo A.H. Doreleijers and Peggy T. Cohen-Kettenis

*Pediatrics*; originally published online September 8, 2014;
DOI: 10.1542/peds.2013-2958

| | |
|---|---|
| **Updated Information & Services** | including high resolution figures, can be found at: /content/early/2014/09/02/peds.2013-2958 |
| **Citations** | This article has been cited by 5 HighWire-hosted articles: /content/early/2014/09/02/peds.2013-2958#related-urls |
| **Permissions & Licensing** | Information about reproducing this article in parts (figures, tables) or in its entirety can be found online at: /site/misc/Permissions.xhtml |
| **Reprints** | Information about ordering reprints can be found online: /site/misc/reprints.xhtml |

PEDIATRICS is the official journal of the American Academy of Pediatrics. A monthly publication, it has been published continuously since 1948. PEDIATRICS is owned, published, and trademarked by the American Academy of Pediatrics, 141 Northwest Point Boulevard, Elk Grove Village, Illinois, 60007. Copyright © 2014 by the American Academy of Pediatrics. All rights reserved. Print ISSN: 0031-4005. Online ISSN: 1098-4275.



American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

Downloaded from by guest on October 7, 2016

# PEDIATRICS®

## OFFICIAL JOURNAL OF THE AMERICAN ACADEMY OF PEDIATRICS

**Young Adult Psychological Outcome After Puberty Suppression and Gender Reassignment**
Annelou L.C. de Vries, Jenifer K. McGuire, Thomas D. Steensma, Eva C.F. Wagenaar, Theo A.H. Doreleijers and Peggy T. Cohen-Kettenis
*Pediatrics*; originally published online September 8, 2014;
DOI: 10.1542/peds.2013-2958

The online version of this article, along with updated information and services, is located on the World Wide Web at:
**/content/early/2014/09/02/peds.2013-2958**

PEDIATRICS is the official journal of the American Academy of Pediatrics. A monthly publication, it has been published continuously since 1948. PEDIATRICS is owned, published, and trademarked by the American Academy of Pediatrics, 141 Northwest Point Boulevard, Elk Grove Village, Illinois, 60007. Copyright © 2014 by the American Academy of Pediatrics. All rights reserved. Print ISSN: 0031-4005. Online ISSN: 1098-4275.



American Academy of Pediatrics
DEDICATED TO THE HEALTH OF ALL CHILDREN™

Downloaded from by guest on October 7, 2016

Exhibit 27

OPEN ACCESS Freely available online

# Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden

Cecilia Dhejne[1], Paul Lichtenstein[2], Marcus Boman[2], Anna L. V. Johansson[2], Niklas Långström[2,3], Mikael Landén[1,2,4]*

1 Department of Clinical Neuroscience, Division of Psychiatry, Karolinska Institutet, Stockholm, Sweden, 2 Department of Medical Epidemiology and Biostatistics, Karolinska Institutet, Stockholm, Sweden, 3 Centre for Violence Prevention, Karolinska Institutet, Stockholm, Sweden, 4 Institute of Neuroscience and Physiology, The Sahlgrenska Academy at Gothenburg University, Gothenburg, Sweden

## Abstract

*Context:* The treatment for transsexualism is sex reassignment, including hormonal treatment and surgery aimed at making the person's body as congruent with the opposite sex as possible. There is a dearth of long term, follow-up studies after sex reassignment.

*Objective:* To estimate mortality, morbidity, and criminal rate after surgical sex reassignment of transsexual persons.

*Design:* A population-based matched cohort study.

*Setting:* Sweden, 1973-2003.

*Participants:* All 324 sex-reassigned persons (191 male-to-females, 133 female-to-males) in Sweden, 1973–2003. Random population controls (10:1) were matched by birth year and birth sex or reassigned (final) sex, respectively.

*Main Outcome Measures:* Hazard ratios (HR) with 95% confidence intervals (CI) for mortality and psychiatric morbidity were obtained with Cox regression models, which were adjusted for immigrant status and psychiatric morbidity prior to sex reassignment (adjusted HR [aHR]).

*Results:* The overall mortality for sex-reassigned persons was higher during follow-up (aHR 2.8; 95% CI 1.8–4.3) than for controls of the same birth sex, particularly death from suicide (aHR 19.1; 95% CI 5.8–62.9). Sex-reassigned persons also had an increased risk for suicide attempts (aHR 4.9; 95% CI 2.9–8.5) and psychiatric inpatient care (aHR 2.8; 95% CI 2.0–3.9). Comparisons with controls matched on reassigned sex yielded similar results. Female-to-males, but not male-to-females, had a higher risk for criminal convictions than their respective birth sex controls.

*Conclusions:* Persons with transsexualism, after sex reassignment, have considerably higher risks for mortality, suicidal behaviour, and psychiatric morbidity than the general population. Our findings suggest that sex reassignment, although alleviating gender dysphoria, may not suffice as treatment for transsexualism, and should inspire improved psychiatric and somatic care after sex reassignment for this patient group.

Citation: Dhejne C, Lichtenstein P, Boman M, Johansson ALV, Långström N, et al. (2011) Long-Term Follow-Up of Transsexual Persons Undergoing Sex Reassignment Surgery: Cohort Study in Sweden. PLoS ONE 6(2): e16885. doi:10.1371/journal.pone.0016885

Editor: James Scott, The University of Queensland, Australia

Received September 30, 2010; Accepted January 9, 2011; Published February 22, 2011

Copyright: © 2011 Dhejne et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Funding: Financial support was provided through the regional agreement on medical training and clinical research (ALF) between Stockholm County Council and the Karolinska Institutet, and through grants from the Swedish Medical Research Council (K2008-62x-14647-06-3) and the Royal Swedish Academy of Sciences (Torsten Amundson's Foundation). The sponsors of the study had no role in study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to the data in the study and the final responsibility for the decision to submit for publication was made by the corresponding author.

Competing Interests: The authors have declared that no competing interests exist.

* E-mail: mikael.landen@neuro.gu.se

## Introduction

Transsexualism (ICD-10),[1] or gender identity disorder (DSM-IV),[2] is a condition in which a person's gender identity - the sense of being a man or a woman - contradicts his or her bodily sex characteristics. The individual experiences gender dysphoria and desires to live and be accepted as a member of the opposite sex.

The treatment for transsexualism includes removal of body hair, vocal training, and cross-sex hormonal treatment aimed at making the person's body as congruent with the opposite sex as possible to alleviate the gender dysphoria. Sex reassignment also involves the surgical removal of body parts to make external sexual characteristics resemble those of the opposite sex, so called sex reassignment/confirmation surgery (SRS). This is a unique



intervention not only in psychiatry but in all of medicine. The present form of sex reassignment has been practised for more than half a century and is the internationally recognized treatment to ease gender dysphoria in transsexual persons.[3,4]

Despite the long history of this treatment, however, outcome data regarding mortality and psychiatric morbidity are scant. With respect to suicide and deaths from other causes after sex reassignment, an early Swedish study followed 24 transsexual persons for an average of six years and reported one suicide.[5] A subsequent Swedish study recorded three suicides after sex reassignment surgery of 173 patients.[6] A recent Swedish follow-up study reported no suicides in 60 transsexual patients, but one death due to complications after the sex reassignment surgery.[7] A Danish study reported death by suicide in 3 out of 29 operated male-to-female transsexual persons followed for an average of six years.[8] By contrast, a Belgian study of 107 transsexual persons followed for 4–6 years found no suicides or deaths from other causes.[9] A large Dutch single-centre study (N = 1,109), focusing on adverse events following hormonal treatment, compared the outcome after cross-sex hormone treatment with national Dutch standardized mortality and morbidity rates and found no increased mortality, with the exception of death from suicide and AIDS in male-to-females 25–39 years of age.[10] The same research group concluded in a recent report that treatment with cross-sex hormones seems acceptably safe, but with the reservation that solid clinical data are missing.[11] A limitation with respect to the Dutch cohort is that the proportion of patients treated with cross-sex hormones who also had surgical sex-reassignment is not accounted for.[10]

Data is inconsistent with respect to psychiatric morbidity post sex reassignment. Although many studies have reported psychiatric and psychological improvement after hormonal and/or surgical treatment,[7,12,13,14,15,16] other have reported on regrets,[17] psychiatric morbidity, and suicide attempts after SRS.[9,18] A recent systematic review and meta-analysis concluded that approximately 80% reported subjective improvement in terms of gender dysphoria, quality of life, and psychological symptoms, but also that there are studies reporting high psychiatric morbidity and suicide rates after sex reassignment.[19] The authors concluded though that the evidence base for sex reassignment "is of very low quality due to the serious methodological limitations of included studies."

The methodological shortcomings have many reasons. First, the nature of sex reassignment precludes double blind randomized controlled studies of the result. Second, transsexualism is rare[20] and many follow-ups are hampered by small numbers of subjects.[5,8,21,22,23,24,25,26,27,28] Third, many sex reassigned persons decline to participate in follow-up studies, or relocate after surgery, resulting in high drop-out rates and consequent selection bias.[6,9,12,21,24,28,29,30] Forth, several follow-up studies are hampered by limited follow-up periods.[7,9,21,22,26,30] Taken together, these limitations preclude solid and generalisable conclusions. A long-term population-based controlled study is one way to address these methodological shortcomings.

Here, we assessed mortality, psychiatric morbidity, and psychosocial integration expressed in criminal behaviour after sex reassignment in transsexual persons, in a total population cohort study with long-term follow-up information obtained from Swedish registers. The cohort was compared with randomly selected population controls matched for age and gender. We adjusted for premorbid differences regarding psychiatric morbidity and immigrant status. This study design sheds new light on transsexual persons' health after sex reassignment. It does not, however, address whether sex reassignment is an effective treatment or not.

## Methods

### National registers

The study population was identified by the linkage of several Swedish national registers, which contained a total of 13.8 million unique individuals. The Hospital Discharge Register (HDR, held by the National Board of Health and Welfare) contains discharge diagnoses, up to seven contributory diagnoses, external causes of morbidity or mortality, surgical procedure codes, and discharge date. Discharge diagnoses are coded according to the 8th (1969–1986), 9th (1987–1996), and 10th editions (1997-) of the International Classification of Diseases (ICD). The register covers virtually all psychiatric inpatient episodes in Sweden since 1973. Discharges that occurred up to 31 December 2003 were included. Surgical procedure codes could not be used for this study due to the lack of a specific code for sex reassignment surgery. The Total Population Register (TPR, held by Statistics Sweden) is comprised of data about the entire Swedish population. Through linkage with the Total Population Register it was possible to identify birth date and birth gender for all study subjects. The register is updated every year and gender information was available up to 2004/2005. The Medical Birth Register (MBR) was established in 1973 and contains birth data, including gender of the child at birth. National censuses based on mandatory self-report questionnaires completed by all adult citizens in 1960, 1970, 1980, and 1990 provided information on individuals, households, and dwellings, including gender, living area, and highest educational level. Complete migration data, including country of birth for immigrants for 1969–2003, were obtained from the TPR. In addition to educational information from the censuses, we also obtained highest educational level data for 1990 and 2000 from the Register of Education. The Cause of Death Register (CDR, Statistics Sweden) records all deaths in Sweden since 1952 and provided information on date of death and causes of death. Death events occurring up to 31 December 2003 are included in the study. The Crime Register (held by the National Council of Crime Prevention) provided information regarding crime type and date on all criminal convictions in Sweden during the period 1973–2004. Attempted and aggravated forms of all offences were also included. All crimes in Sweden are registered regardless of insanity at the time of perpetration; for example, for individuals who suffered from psychosis at the time of the offence. Moreover, conviction data include individuals who received custodial or non-custodial sentences and cases where the prosecutor decided to caution or fine without court proceedings. Finally, Sweden does not differ considerably from other members of the European Union regarding rates of violent crime and their resolution.[31]

### Study population, identification of sex-reassigned persons (exposure assessment)

The study was designed as a population-based matched cohort study. We used the individual national registration number, assigned to all Swedish residents, including immigrants on arrival, as the primary key through all linkages. The registration number consists of 10 digits; the first six provide information of the birth date, whereas the ninth digit indicates the gender. In Sweden, a person presenting with gender dysphoria is referred to one of six specialised gender teams that evaluate and treat patients principally according to international consensus guidelines: Standards of Care.[3] With a medical certificate, the person applies to the National Board of Health and Welfare to receive permission for sex reassignment surgery and a change of legal sex status. A new national registration number signifying the new gender is assigned after sex reassignment surgery. The National

Board of Health and Welfare maintains a link between old and new national registration numbers, making it possible to follow individuals undergoing sex reassignment across registers and over time. Hence, sex reassignment surgery in Sweden requires (i) a transsexualism diagnosis and (ii) permission from the National Board of Health and Welfare.

A person was defined as exposed to sex reassignment surgery if two criteria were met: (i) at least one inpatient diagnosis of gender identity disorder diagnosis without concomitant psychiatric diagnoses in the Hospital Discharge Register, and (ii) at least one discrepancy between gender variables in the Medical Birth Register (from 1973 and onwards) or the National Censuses from 1960, 1970, 1980, or 1990 and the latest gender designation in the Total Population Register. The first criterion was employed to capture the hospitalization for sex reassignment surgery that serves to secure the diagnosis and provide a time point for sex reassignment surgery; the plastic surgeons namely record the reason for sex reassignment surgery, i.e., transsexualism, but not any co-occurring psychiatric morbidity. The second criterion was used to ensure that the person went through all steps in sex-reassignment and also changed sex legally.

The date of sex reassignment (start of follow-up) was defined as the first occurrence of a gender identity disorder diagnosis, without any other concomitant psychiatric disorder, in the Hospital Discharge Register after the patient changed sex status (any discordance in sex designation across the Censuses, Medical Birth, and Total Population registers). If this information was missing, we used instead the closest date in the Hospital Discharge Register on which the patient was diagnosed with gender identity disorder without concomitant psychiatric disorder prior to change in sex status. The reason for prioritizing the use of a gender identity disorder diagnosis *after* changed sex status over *before* was to avoid overestimating person-years at risk of sex-reassigned person.

Using these criteria, a total of 804 patients with gender identity disorder were identified, whereof 324 displayed a shift in the gender variable during the period 1973–2003. The 480 persons that did not shift gender variable comprise persons who either did not apply, or were not approved, for sex reassignment surgery. Moreover, the ICD 9 code 302 is a non specific code for sexual disorders. Hence, this group might also comprise persons that were hospitalized for sexual disorders other than transsexualism. Therefore, they were omitted from further analyses. Of the remaining 324 persons, 288 were identified with the gender identity diagnosis *after* and 36 *before* change of sex status. Out of the 288 persons identified *after* changed sex status, 185 could also be identified *before* change in sex status. The median time lag between the hospitalization *before* and *after* sex change for these 185 persons was 0.96 years (mean 2.2 years, SD 3.3).

Gender identity disorder was coded according to ICD-8: 302.3 (transsexualism) and 302.9 (sexual deviation NOS); ICD-9: 302 (overall code for sexual deviations and disorders, more specific codes were not available in ICD-9); and ICD-10: F64.0 (transsexualism), F64.1 (dual-role transvestism), F64.8 (other gender identity disorder), and F64.9 (gender identity disorder NOS). Other psychiatric disorders were coded as ICD-8: 290-301 and 303-315; ICD-9: 290-301 and 303-319; and ICD-10: F00-F63 as well as F65-F99.

### Identification of population-based controls (unexposed group)

For each exposed person (N = 324), we randomly selected 10 unexposed controls. A person was defined as unexposed if there were no discrepancies in sex designation across the Censuses, Medical Birth, and Total Population registers *and* no gender

identity disorder diagnosis according to the Hospital Discharge Register. Control persons were matched by sex and birth year and had to be alive and residing in Sweden at the estimated sex reassignment date of the case person. To study possible gender-specific effects on outcomes of interest, we used two different control groups: one with the same sex as the case individual at birth (birth sex matching) and the other with the sex that the case individual had been reassigned to (final sex matching).

### Outcome measures

We studied mortality, psychiatric morbidity, accidents, and crime following sex reassignment. More specifically, we investigated: (1) all-cause mortality, (2) death by definite/uncertain suicide, (3) death by cardiovascular disease, and (4) death by tumour. Morbidity included (5) any psychiatric disorder (gender identity disorders excluded), (6) alcohol/drug misuse and dependence, (7) definite/uncertain suicide attempt, and (8) accidents. Finally, we addressed court convictions for (9) any criminal offence and (10) any violent offence. Each individual could contribute with several outcomes, but only one event per outcome. Causes of death (Cause of Death Registry from 1952 and onwards) were defined according to ICD as suicide (ICD-8 and ICD-9 codes E950-E959 and E980-E989, ICD-10 codes X60-X84 and Y10-Y34); cardiovascular disease (ICD-8 codes 390-458, ICD-9 codes 390-459, ICD-10 codes 100-199); neoplasms (ICD-8 and ICD-9 codes 140-239, ICD-10 codes C00-D48), any psychiatric disorder (gender identity disorders excluded); (ICD-8 codes 290-301 and 303-315, ICD-9 codes 290-301 and 303-319, ICD-10 codes F00-F63 and F65-F99); alcohol/drug abuse and dependence (ICD-8 codes 303-304, ICD-9 codes 303-305 (tobacco use disorder excluded), ICD-10 codes F10-F16 and F18-F19 (x5 excluded); and accidents (ICD-8 and ICD-9 codes E800-E929, ICD-10 codes V01-X59).

Any criminal conviction during follow-up was counted; specifically, violent crime was defined as homicide and attempted homicide, aggravated assault and assault, robbery, threatening behaviour, harassment, arson, or any sexual offense.[32]

### Covariates

Severe psychiatric morbidity was defined as inpatient care according to ICD-8 codes 291, 295-301, 303-304, and 307; ICD-9 codes 291-292, 295-298, 300-301, 303-305 (tobacco use disorder excluded), 307.1, 307.5, 308-309, and 311; ICD-10 codes F10-F16, F18-F25, F28-F45, F48, F50, and F60-F62. Immigrant status, defined as individuals born abroad, was obtained from the Total Population Register. All outcome/covariate variables were dichotomized (i.e., affected or unaffected) and without missing values.

### Statistical analyses

Each individual contributed person-time from study entry (for exposed: date of sex reassignment; for unexposed: date of sex reassignment of matched case) until date of outcome event, death, emigration, or end of study period (31 December 2003), whichever came first. The association between exposure (sex reassignment) and outcome (mortality, morbidity, crime) was measured by hazard ratios (HR) with 95% CIs, taking follow-up time into account. HRs were estimated from Cox proportional hazard regression models, stratified on matched sets (1:10) to account for the matching by sex, age, and calendar time (birth year). We present crude HRs (though adjusted for sex and age through matching) and confounder-adjusted HRs (aHRs) for all outcomes. The two potential confounders, immigrant status (yes/no) and history of severe psychiatric morbidity (yes/no) prior to sex

reassignment, were chosen based on previous research[18,33] and different prevalence across cases and controls (Table 1).

Gender-separated analyses were performed and a Kaplan-Meier survival plot graphically illustrates the survival of the sex reassigned cohort and matched controls (all-cause mortality) over time. The significance level was set at 0.05 (all tests were two-sided). All outcome/covariate variables were without missing values, since they are generated from register data, which are either present (affected) or missing (unaffected). The data were analysed using SAS version 9.1 (SAS Institute Inc., Cary, NC, USA).

## Ethics

The data linking of national registers required for this study was approved by the IRB at Karolinska Institutet, Stockholm. All data were analyzed anonymously; therefore, informed consent for each individual was neither necessary nor possible.

## Results

We identified 324 transsexual persons (exposed cohort) who underwent sex reassignment surgery and were assigned a new legal sex between 1973 and 2003. These constituted the sex-reassigned (exposed) group. Fifty-nine percent (N = 191) of sex-reassigned persons were male-to-females and 41% (N = 133) female-to-males, yielding a sex ratio of 1.4:1 (Table 1).

The average follow-up time for all-cause mortality was 11.4 (median 9.1) years. The average follow-up time for the risk of being hospitalized for any psychiatric disorder was 10.4 (median 8.1).

## Characteristics prior to sex reassignment

Table 1 displays demographic characteristics of sex-reassigned and control persons prior to study entry (sex reassignment). There were no substantial differences between female-to-males and male-to-females regarding measured baseline characteristics. Immigrant status was twice as common among transsexual individuals compared to controls, living in an urban area somewhat more common, and higher education about equally prevalent. Transsexual individuals had been hospitalized for psychiatric morbidity other than gender identity disorder prior to sex reassignment about four times more often than controls. To adjust for these baseline discrepancies, hazard ratios adjusted for immigrant status and psychiatric morbidity prior to baseline are presented for all outcomes [aHRs].

## Mortality

Table 2 describes the risks for selected outcomes during follow-up among sex-reassigned persons, compared to same-age controls of the same birth sex. Sex-reassigned transsexual persons of both genders had approximately a three times higher risk of all-cause mortality than controls, also after adjustment for covariates. Table 2

**Table 1.** Baseline characteristics among sex-reassigned subjects in Sweden (N = 324) and population controls matched for birth year and sex.

| Characteristic at baseline | Sex-reassigned subjects (N = 324) | Birth-sex matched controls (N = 3,240) | Final-sex matched controls (N = 3,240) |
|---|---|---|---|
| Gender | | | |
| Female at birth, male after sex change | 133 (41%) | 1,330 (41%) | 1,330 (41%) |
| Male at birth, female after sex change | 191 (59%) | 1,910 (59%) | 1,910 (59%) |
| Average age at study entry (years) (SD, min-max) | | | |
| Female at birth, male after sex change | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) | 33.3 (8.7, 20–62) |
| Male at birth, female after sex change | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) | 36.3 (10.1, 21–69) |
| Both genders | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) | 35.1 (9.7, 20–69) |
| Immigrant status | | | |
| Female at birth, male after sex change | 28 (21%) | 118 (9%) | 100 (8%) |
| Male at birth, female after sex change | 42 (22%) | 176 (9%) | 164 (9%) |
| Both genders | 70 (22%) | 294 (9%) | 264 (8%) |
| Less than 10 years of schooling prior to entry vs. 10 years or more | | | |
| Females at birth, males after sex change | 49 (44%); 62 (56%) | 414 (37%); 714 (63%) | 407 (36%); 713 (64%) |
| Males at birth, females after sex change | 61 (41%); 89 (59%) | 665 (40%); 1,011 (60%) | 595 (35%); 1,091 (65%) |
| All individuals with data | 110 (42%); 151 (58%) | 1,079 (38%); 1,725 (62%) | 1,002 (36%); 1,804 (64%) |
| Psychiatric morbidity* prior to study entry | | | |
| Female at birth, male after sex change | 22 (17%) | 47 (4%) | 42 (3%) |
| Male at birth, female after sex change | 36 (19%) | 76 (4%) | 72 (4%) |
| Both genders | 58 (18%) | 123 (4%) | 114 (4%) |
| Rural (vs. urban) living area prior to entry | | | |
| Female at birth, male after sex change | 13 (10%) | 180 (14%) | 195 (15%) |
| Male at birth, female after sex change | 20 (10%) | 319 (17%) | 272 (14%) |
| Both genders | 33 (10%) | 499 (15%) | 467 (14%) |

Note:
*Hospitalizations for gender identity disorder were not included.
doi:10.1371/journal.pone.0016885.t001



**Table 2.** Risk of various outcomes among sex-reassigned subjects in Sweden (N = 324) compared to population controls matched for birth year and birth sex.

| | Number of events cases/ controls 1973–2003 | Outcome incidence rate per 1000 person-years 1973–2003 (95% CI) | | Crude hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–2003 | Adjusted* hazard ratio (95% CI) 1973–1988 | Adjusted* hazard ratio (95% CI) 1989–2003 |
|---|---|---|---|---|---|---|---|
| | | Cases | Controls | | | | |
| Any death | 27/99 | 7.3 (5.0–10.6) | 2.5 (2.0–3.0) | 2.9 (1.9–4.5) | 2.8 (1.8–4.3) | 3.1 (1.9–5.0) | 1.9 (0.7–5.0) |
| Death by suicide | 10/5 | 2.7 (1.5–5.0) | 0.1 (0.1–0.3) | 19.1 (6.5–55.9) | 19.1 (5.8–62.9) | N/A | N/A |
| Death by cardiovascular disease | 9/42 | 2.4 (1.3–4.7) | 1.1 (0.8–1.4) | 2.6 (1.2–5.4) | 2.5 (1.2–5.3) | N/A | N/A |
| Death by neoplasm | 8/38 | 2.2 (1.1–4.3) | 1.0 (0.7–1.3) | 2.1 (1.0–4.6) | 2.1 (1.0–4.6) | N/A | N/A |
| Any psychiatric hospitalisation‡ | 64/173 | 19.0 (14.8–24.2) | 4.2 (3.6–4.9) | 4.2 (3.1–5.6) | 2.8 (2.0–3.9) | 3.0 (1.9–4.6) | 2.5 (1.4–4.2) |
| Substance misuse | 22/78 | 5.9 (3.9–8.9) | 1.8 (1.5–2.3) | 3.0 (1.9–4.9) | 1.7 (1.0–3.1) | N/A | N/A |
| Suicide attempt | 29/44 | 7.9 (5.5–11.4) | 1.0 (0.8–1.4) | 7.6 (4.7–12.4) | 4.9 (2.9–8.5) | 7.9 (4.1–15.3) | 2.0 (0.7–5.3) |
| Any accident | 32/233 | 9.0 (6.3–12.7) | 5.7 (5.0–6.5) | 1.6 (1.1–2.3) | 1.4 (1.0–2.1) | 1.6 (1.0–2.5) | 1.1 (0.5–2.2) |
| Any crime | 60/350 | 18.5 (14.3–23.8) | 9.0 (8.1–10.0) | 1.9 (1.4–2.5) | 1.3 (1.0–1.8) | 1.6 (1.1–2.4) | 0.9 (0.6–1.5) |
| Violent crime | 14/61 | 3.6 (2.1–6.1) | 1.4 (1.1–1.8) | 2.7 (1.5–4.9) | 1.5 (0.8–3.0) | N/A | N/A |

Notes:
*Adjusted for psychiatric morbidity prior to baseline and immigrant status.
‡Hospitalisations for gender identity disorder were excluded.
N/A Not applicable due to sparse data.
doi:10.1371/journal.pone.0016885.t002

separately lists the outcomes depending on when sex reassignment was performed: during the period 1973–1988 or 1989–2003. Even though the overall mortality was increased across both time periods, it did not reach statistical significance for the period 1989–2003. The Kaplan-Meier curve (Figure 1) suggests that survival of transsexual persons started to diverge from that of matched controls after about 10 years of follow-up. The cause-specific mortality from

suicide was much higher in sex-reassigned persons, compared to matched controls. Mortality due to cardiovascular disease was moderately increased among the sex-reassigned, whereas the numerically increased risk for malignancies was borderline statistically significant. The malignancies were lung cancer (N = 3), tongue cancer (N = 1), pharyngeal cancer (N = 1), pancreas cancer (N = 1), liver cancer (N = 1), and unknown origin (N = 1).



**Figure 1. Death from any cause as a function of time after sex reassignment among 324 transsexual persons in Sweden (male-to-female: N = 191, female-to-male: N = 133), and population controls matched on birth year.**
doi:10.1371/journal.pone.0016885.g001

## Psychiatric morbidity, substance misuse, and accidents

Sex-reassigned persons had a higher risk of inpatient care for a psychiatric disorder other than gender identity disorder than controls matched on birth year and birth sex (Table 2). This held after adjustment for prior psychiatric morbidity, and was true regardless of whether sex reassignment occurred before or after 1989. In line with the increased mortality from suicide, sex-reassigned individuals were also at a higher risk for suicide attempts, though this was not statistically significant for the time period 1989–2003. The risks of being hospitalised for substance misuse or accidents were not significantly increased after adjusting for covariates (Table 2).

## Crime rate

Transsexual individuals were at increased risk of being convicted for any crime or violent crime after sex reassignment (Table 2); this was, however, only significant in the group who underwent sex reassignment before 1989.

## Gender differences

Comparisons of female-to-males and male-to-females, although hampered by low statistical power and associated wide confidence intervals, suggested mostly similar risks for adverse outcomes (Tables S1 and S2). However, violence against self (suicidal behaviour) and others (violent crime) constituted important exceptions. First, male-to-females had significantly increased risks for suicide attempts compared to both female (aHR 9.3; 95% CI 4.4–19.9) and male (aHR 10.4; 95% CI 4.9–22.4) controls. By contrast, female-to-males had significantly increased risk of suicide attempts only compared to male controls (aHR 6.8; 95% CI 2.1–21.6) but not compared to female controls (aHR 1.9; 95% CI 0.7–4.8). This suggests that male-to-females are at higher risk for suicide attempts after sex reassignment, whereas female-to-males maintain a female pattern of suicide attempts after sex reassignment (Tables S1 and S2).

Second, regarding any crime, male-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6; 95% CI 4.3–10.8) but not compared to males (aHR 0.8; 95% CI 0.5–1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime. By contrast, female-to-males had higher crime rates than female controls (aHR 4.1; 95% CI 2.5–6.9) but did not differ from male controls. This indicates a shift to a male pattern regarding criminality and that sex reassignment is coupled to increased crime rate in female-to-males. The same was true regarding violent crime.

## Discussion

### Principal findings and comparison with previous research

We report on the first nationwide population-based, long-term follow-up of sex-reassigned transsexual persons. We compared our cohort with randomly selected population controls matched for age and gender. The most striking result was the high mortality rate in both male-to-males and female-to-males, compared to the general population. This contrasts with previous reports (with one exception[8]) that did not find an increased mortality rate after sex reassignment, or only noted an increased risk in certain subgroups.[7,9,10,11] Previous clinical studies might have been biased since people who regard their sex reassignment as a failure are more likely to be lost to follow-up. Likewise, it is cumbersome to track deceased persons in clinical follow-up studies. Hence, population-based register studies like the present are needed to improve representativity.[19,34]

The poorer outcome in the present study might also be explained by longer follow-up period (median >10 years) compared to previous studies. In support of this notion, the survival curve (Figure 1) suggests increased mortality from ten years after sex reassignment and onwards. In accordance, the overall mortality rate was only significantly increased for the group operated before 1989. However, the latter might also be explained by improved health care for transsexual persons during 1990s, along with altered societal attitudes towards persons with different gender expressions.[35]

Mortality due to cardiovascular disease was significantly increased among sex-reassigned individuals, albeit these results should be interpreted with caution due to the low number of events. This contrasts, however, a Dutch follow-up study that reported no increased risk for cardiovascular events.[10,11] A recent meta-analysis concluded, however, that data on cardiovascular outcome after cross-sex steroid use are sparse, inconclusive, and of very low quality.[34]

With respect to neoplasms, prolonged hormonal treatment might increase the risk for malignancies,[36] but no previous study has tested this possibility. Our data suggested that the cause-specific risk of death from neoplasms was increased about twice (borderline statistical significance). These malignancies (see Results), however, are unlikely to be related to cross-hormonal treatment.

There might be other explanations to increased cardiovascular death and malignancies. Smoking was in one study reported in almost 30% by the male-to-females and almost 20% by female-to-males.[9] It is also possible that transsexual persons avoid the health care system due to a presumed risk of being discriminated.

Mortality from suicide was strikingly high among sex-reassigned persons, also after adjustment for prior psychiatric morbidity. In line with this, sex-reassigned persons were at increased risk for suicide attempts. Previous reports [6,8,10,11] suggest that transsexualism is a strong risk factor for suicide, also after sex reassignment, and our long-term findings support the need for continued psychiatric follow-up for persons at risk to prevent this.

Inpatient care for psychiatric disorders was significantly more common among sex-reassigned persons than among matched controls, both before and after sex reassignment. It is generally accepted that transsexuals have more psychiatric ill-health than the general population prior to the sex reassignment.[18,24,22,33] It should therefore come as no surprise that studies have found high rates of depression,[9] and low quality of life[16,25] also after sex reassignment. Notably, however, in this study the increased risk for psychiatric hospitalisation persisted even after adjusting for psychiatric hospitalisation prior to sex reassignment. This suggests that even though sex reassignment alleviates gender dysphoria, there is a need to identify and treat co-occurring psychiatric morbidity in transsexual persons not only before but also after sex reassignment.

Criminal activity, particularly violent crime, is much more common among men than women in the general population. A previous study of all applications for sex reassignment in Sweden up to 1992 found that 9.7% of male-to-female and 6.1% of female-to-male applicants had been prosecuted for a crime.[33] Crime after sex reassignment, however, has not previously been studied. In this study, male-to-female individuals had a higher risk for criminal convictions compared to female controls but not compared to male controls. This suggests that the sex reassignment procedure neither increased nor decreased the risk for criminal offending in male-to-females. By contrast, female-to-males were at a higher risk for criminal convictions compared to female controls and did not differ from male controls, which suggests increased crime proneness in female-to-males after sex reassignment.

## Strengths and limitations of the study

Strengths of this study include nationwide representativity over more than 30 years, extensive follow-up time, and minimal loss to follow-up. Many previous studies suffer from low outcome ascertainment,[6,9,21,29] whereas this study has captured almost the entire population of sex-reassigned transsexual individuals in Sweden from 1973–2003. Moreover, previous outcome studies have mixed pre-operative and post-operative transsexual persons,[22,37] while we included only post-operative transsexual persons that also legally changed sex. Finally, whereas previous studies either lack a control group or use standardised mortality rates or standardised incidence rates as comparisons,[9,10,11] we selected random population controls matched by birth year, and either birth or final sex.

Given the nature of sex reassignment, a double blind randomized controlled study of the result after sex reassignment is not feasible. We therefore have to rely on other study designs. For the purpose of evaluating whether sex reassignment is an effective treatment for gender dysphoria, it is reasonable to compare reported gender dysphoria pre and post treatment. Such studies have been conducted either prospectively[7,12] or retrospectively,[5,6,9,22,25,26,29,38] and suggest that sex reassignment of transsexual persons improves quality of life and gender dysphoria. The limitation is of course that the treatment has not been assigned randomly and has not been carried out blindly.

For the purpose of evaluating the safety of sex reassignment in terms of morbidity and mortality, however, it is reasonable to compare sex reassigned persons with matched population controls. The caveat with this design is that transsexual persons before sex reassignment might differ from healthy controls (although this bias can be statistically corrected for by adjusting for baseline differences). It is therefore important to note that the current study is only informative with respect to transsexuals persons health after sex reassignment; no inferences can be drawn as to the effectiveness of sex reassignment as a treatment for transsexualism. In other words, the results should not be interpreted such as sex reassignment *per se* increases morbidity and mortality. Things might have been even worse without sex reassignment. As an analogy, similar studies have found increased somatic morbidity, suicide rate, and overall mortality for patients treated for bipolar disorder and schizophrenia.[39,40] This is important information, but it does not follow that mood stabilizing treatment or antipsychotic treatment is the culprit.

Other facets to consider are first that this study reflects the outcome of psychiatric and somatic treatment for transsexualism provided in Sweden during the 1970s and 1980s. Since then, treatment has evolved with improved sex reassignment surgery, refined hormonal treatment,[11,14] and more attention to psychosocial care that might have improved the outcome. Second, transsexualism is a rare condition and Sweden is a small country (9.2 million inhabitants in 2008). Hence, despite being based on a comparatively large national cohort and long-term follow-up, the statistical power was limited. Third, regarding psychiatric morbidity after sex reassignment, we assessed inpatient psychiatric care. Since most psychiatric care is provided in outpatient settings (for which no reliable data were available), underestimation of the *absolute* prevalences was inevitable. However, there is no reason to believe that this would change the *relative risks* for psychiatric morbidity unless sex-reassigned transsexual individuals were more likely than matched controls to be admitted to hospital for any given psychiatric condition.

Finally, to estimate start of follow-up, we prioritized using the date of a gender identity disorder diagnosis *after* changed sex status over *before* changed sex status, in order to avoid overestimating person-years at risk after sex-reassignment. This means that adverse outcomes might have been underestimated. However, given that the median time lag between the hospitalization before and after change of sex status was less than a year (see Methods), this maneuver is unlikely to have influenced the results significantly. Moreover, all deaths will be recorded regardless of this exercise and mortality hence correctly estimated.

## Conclusion

This study found substantially higher rates of overall mortality, death from cardiovascular disease and suicide, suicide attempts, and psychiatric hospitalisations in sex-reassigned transsexual individuals compared to a healthy control population. This highlights that post surgical transsexuals are a risk group that need long-term psychiatric and somatic follow-up. Even though surgery and hormonal therapy alleviates gender dysphoria, it is apparently not sufficient to remedy the high rates of morbidity and mortality found among transsexual persons. Improved care for the transsexual group after sex reassignment should therefore be considered.

## Supporting Information

**Table S1  Risk of various outcomes in sex-reassigned persons in Sweden compared to population controls matched for birth year and *birth sex*.**
(DOCX)

**Table S2  Risk of various outcomes in sex-reassigned persons in Sweden compared to controls matched for birth year and *final sex*.**
(DOCX)

## Author Contributions

Conceived and designed the experiments: CD PL AJ NL ML. Performed the experiments: MB AJ. Analyzed the data: CD PL MB AJ NL ML. Contributed reagents/materials/analysis tools: PL NL AJ. Wrote the paper: CD PL MB AJ NL ML.

## References

1. World Health Organization (1993) The ICD-10 Classification of Mental and Behavioural Disorders, Diagnostic criteria for research. Geneva: WHO.
2. American Psychiatric Association, ed (1994) Diagnostic and Statistical Manual of Mental Disorders. Washington, DC: APA.
3. Meyer W, Bockting W, Cohen-Kettenis P, Coleman E, DiCeglie D, et al. (2002) The Harry Benjamin International Gender Dysphoria Association's Standards of Care for Gender Identity Disorders, Sixth Version. Journal of Psychology & Human Sexuality 13: 1–30.
4. Cohen-Kettenis PT, Gooren LJG (1999) Transsexualism: A review of etiology, diagnosis and treatment. J Psychosom Res 46: 315–333.
5. Walinder J, Thuwe I (1975) A social-psychiatric follow-up study of 24 sex-reassigned transsexuals Goteborg, Sweden: Scandinavian University Books.
6. Eldh J, Berg A, Gustafsson M (1997) Long-term follow up after sex reassignment surgery. Scand J Plast Reconstr Surg Hand Surg 31: 39–45.
7. Johansson A, Sundbom E, Hojerback T, Bodlund O (2010) A five-year follow-up study of Swedish adults with gender identity disorder. Arch Sex Behav 39: 1429–1437.
8. Sorensen T, Hertoft P (1982) Male and female transsexualism: the Danish experience with 37 patients. Arch Sex Behav 11: 133–155.
9. De Cuypere G, T'Sjoen G, Beerten R, Selvaggi G, De Sutter P, et al. (2005) Sexual and physical health after sex reassignment surgery. Arch Sex Behav 34: 679–690.
10. van Kesteren PJ, Asscheman H, Megens JA, Gooren LJ (1997) Mortality and morbidity in transsexual subjects treated with cross-sex hormones. Clin Endocrinol (Oxf) 47: 337–342.



11. Gooren LJ, Giltay EJ, Bunck MC (2008) Long-term treatment of transsexuals with cross-sex hormones: extensive personal experience. J Clin Endocrinol Metab 93: 19–25.

12. Smith YL, van Goozen SH, Cohen-Kettenis PT (2001) Adolescents with gender identity disorder who were accepted or rejected for sex reassignment surgery: a prospective follow-up study. J Am Acad Child Adolesc Psychiatry 40: 472–481.

13. Smith YL, Van Goozen SH, Kuiper AJ, Cohen-Kettenis PT (2005) Sex reassignment: outcomes and predictors of treatment for adolescent and adult transsexuals. Psychol Med 35: 89–99.

14. Leavitt F, Berger JC, Hoeppner JA, Northrop G (1980) Presurgical adjustment in male transsexuals with and without hormonal treatment. J Nerv Ment Dis 168: 693–697.

15. Cohen-Kettenis PT, van Goozen SH (1997) Sex reassignment of adolescent transsexuals: a follow-up study. J Am Acad Child Adolesc Psychiatry 36: 263–271.

16. Newfield E, Hart S, Dibble S, Kohler L (2006) Female-to-male transgender quality of life. Qual Life Res 15: 1447–1457.

17. Landén M, Wålinder J, Hambert G, Lundström B (1998) Factors predictive of regret in sex reassignment. Acta Psychiatrica Scandinavica 97: 284–289.

18. Hepp U, Kraemer B, Schnyder U, Miller N, Delsignore A (2005) Psychiatric comorbidity in gender identity disorder. J Psychosom Res 58: 259–261.

19. Murad MH, Elamin MB, Garcia MZ, Mullan RJ, Murad A, et al. (2010) Hormonal therapy and sex reassignment: a systematic review and meta-analysis of quality of life and psychosocial outcomes. Clin Endocrinol (Oxf) 72: 214–231.

20. Landén M, Wålinder J, Lundström B (1996) Incidence and sex ratio of transsexualism in Sweden. Acta Psychiatrica Scandinavica 93: 261–263.

21. Lobato MI, Koff WJ, Manenti C, da Fonseca Seger D, Salvador J, et al. (2006) Follow-up of sex reassignment surgery in transsexuals: a Brazilian cohort. Arch Sex Behav 35: 711–715.

22. Bodlund O, Kullgren G (1996) Transsexualism-General outcome and prognostic factors. A five year follow-up study of 19 transsexuals in the process of changing sex. Arch Sex Behav 25: 303–316.

23. Lindemann G, Körlin D, Uddenberg N (1986) Long-term follow-up of "Sex change" in 13 male-to-female transsexuals. Arch Sex Behav 15: 187–210.

24. Rauchfleisch U, Barth D, Battegay R (1998) [Results of long-term follow-up of transsexual patients]. Nervenarzt 69: 799–805.

25. Kuhn A, Bodmer C, Stadlmayr W, Kuhn P, Mueller MD, et al. (2009) Quality of life 15 years after sex reassignment surgery for transsexualism. Fertil Steril 92: 1685–1689 e1683.

26. Zimmermann A, Zimmer R, Kovacs L, Einodshofer S, Herschbach P, et al. (2006) [Transsexuals' life satisfaction after gender transformation operations]. Chirurg 77: 432–438.

27. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

28. Hepp U, Klaghofer R, Burkhard-Kubler R, Buddeberg C (2002) [Treatment follow-up of transsexual patients. A catamnestic study]. Nervenarzt 73: 283–288.

29. Lawrence AA (2003) Factors associated with satisfaction or regret following male-to-female sex reassignment surgery. Arch Sex Behav 32: 299–315.

30. Kaube H, Bürner E (1991) [Results of sex change operations in 30 transsexual patients: psychosocial and sexual adaptation–surgical complications]. Handchir Mikrochir Plast Chir 23: 276–278.

31. Dolmén L (2001) Brottsligheten i olika länder (Criminality in different countries). Stockholm: Brottsförebyggande rådet (the Swedish National Council for Crime Prevention).

32. Fazel S, Grann M (2006) The population impact of severe mental illness on violent crime. Am J Psychiatry 163: 1397–1403.

33. Landén M, Wålinder J, Lundström B (1998) Clinical characteristics of a total cohort of female and male applicants for sex reassignment: a descriptive study. Acta Psychiatrica Scandinavica 97: 189–194.

34. Elamin MB, Garcia MZ, Murad MH, Erwin PJ, Montori VM (2010) Effect of sex steroid use on cardiovascular risk in transsexual individuals: a systematic review and meta-analyses. Clin Endocrinol (Oxf) 72: 1–10.

35. Landén M, Innala S (2000) Attitudes toward transsexualism in a Swedish national survey. Archives of Sexual Behavior 29: 375–388.

36. Mueller A, Gooren L (2008) Hormone-related tumors in transsexuals receiving treatment with cross-sex hormones. Eur J Endocrinol 159: 197–202.

37. Vujovic S, Popovic S, Sbutega-Milosevic G, Djordjevic M, Gooren L (2009) Transsexualism in Serbia: a twenty-year follow-up study. J Sex Med 6: 1018–1023.

38. Rehman J, Lazer S, Benet AE, Schaefer LC, Melman A (1999) The reported sex and surgery satisfactions of 28 postoperative male-to-female transsexual patients. Arch Sex Behav 28: 71–89.

39. Osby U, Brandt L, Correia N, Ekbom A, Sparén P (2001) Excess mortality in bipolar and unipolar disorder in Sweden. Arch Gen Psychiatry 58: 844–850.

40. Tidemalm D, Langstrom N, Lichtenstein P, Runeson B (2008) Risk of suicide after suicide attempt according to coexisting psychiatric disorder: Swedish cohort study with long term follow-up. Bmj 337: a2205.

41. Toorians AW, Thomassen MC, Zweegman S, Magdeleyns EJ, Tans G, et al. (2003) Venous thrombosis and changes of hemostatic variables during cross-sex hormone treatment in transsexual people. J Clin Endocrinol Metab 88: 5723–5729.

# Mental Health of Transgender Children Who Are Supported in Their Identities

Kristina R. Olson, PhD, Lily Durwood, BA, Madeleine DeMeules, BA, Katie A. McLaughlin, PhD

**OBJECTIVE:** Transgender children who have socially transitioned, that is, who identify as the gender "opposite" their natal sex and are supported to live openly as that gender, are increasingly visible in society, yet we know nothing about their mental health. Previous work with children with gender identity disorder (GID; now termed gender dysphoria) has found remarkably high rates of anxiety and depression in these children. Here we examine, for the first time, mental health in a sample of socially transitioned transgender children.

**METHODS:** A community-based national sample of transgender, prepubescent children (*n* = 73, aged 3–12 years), along with control groups of nontransgender children in the same age range (*n* = 73 age- and gender-matched community controls; *n* = 49 sibling of transgender participants), were recruited as part of the TransYouth Project. Parents completed anxiety and depression measures.

**RESULTS:** Transgender children showed no elevations in depression and slightly elevated anxiety relative to population averages. They did not differ from the control groups on depression symptoms and had only marginally higher anxiety symptoms.

**CONCLUSIONS:** Socially transitioned transgender children who are supported in their gender identity have developmentally normative levels of depression and only minimal elevations in anxiety, suggesting that psychopathology is not inevitable within this group. Especially striking is the comparison with reports of children with GID; socially transitioned transgender children have notably lower rates of internalizing psychopathology than previously reported among children with GID living as their natal sex.

Exhibit 28



*Department of Psychology, University of Washington, Seattle, Washington*

Dr Olson conceptualized and designed the study, assisted in data collection, carried out the initial analyses, and drafted the initial manuscript; Ms Durwood and Ms DeMeules collected the data, supervised data entry, and reviewed the manuscript; Dr McLaughlin conceptualized the study and substantially reviewed and revised the manuscript; and all authors approved the final manuscript as submitted.

**DOI:** 10.1542/peds.2015-3223

Accepted for publication Dec 8, 2015

Address correspondence to Kristina Olson, PhD, Department of Psychology, Guthrie Hall 119A, Box 351525, Seattle, WA 98195. E-mail: krolson@uw.edu

PEDIATRICS (ISSN Numbers: Print, 0031-4005; Online, 1098-4275).

Copyright © 2016 by the American Academy of Pediatrics

**FINANCIAL DISCLOSURE:** The authors have indicated they have no financial relationships relevant to this article to disclose.

**FUNDING:** Supported by an internal grant from the Royalty Research Fund at the University of Washington to Dr Olson and a grant from the National Institute of Mental Health (K01-MH092526) and the National Institutes of Health (R01-MH103291) to Dr McLaughlin. Funded by the National Institutes of Health (NIH).

**WHAT'S KNOWN ON THIS SUBJECT:** Transgender individuals have been found to have highly elevated rates of anxiety and depression, but little is known about the mental health of transgender children whose identities are affirmed and supported by their families.

**WHAT THIS STUDY ADDS:** More families are allowing their transgender children to live and present to others as their gender identity. This is the first study to examine mental health in these children, finding that they have low levels of anxiety and depression.

**To cite:** Olson KR, Durwood L, DeMeules M, et al. Mental Health of Transgender Children Who Are Supported in Their Identities. *Pediatrics.* 2016;137(3):e20153223

ARTICLE

National media are increasingly presenting stories of a subset of prepubescent transgender children (those who persistently, insistently, and consistently identify as the gender identity that is the "opposite" of their natal sex). More striking to many, a large number of these children have "socially transitioned": they are being raised and are presenting to others as their gender identity rather than their natal sex,[1-4] a reversible nonmedical intervention that involves changing the pronouns used to describe a child, as well as his or her name and (typically) hair length and clothing. These stories have sparked an international debate about whether parents of young transgender children should support their children's desire to live presenting as their gender identity.[5-9] Despite considerable and heated discussion on the topic, and despite these children's increasing appearance at gender clinics,[6] there have been no reports to date on the mental health of transgender children who have socially transitioned, forcing clinicians to make recommendations to parents without any systematic, empirical investigations of mental health among socially transitioned children.

Most studies of mental health among transgender people have examined adolescents and adults. These studies consistently report dramatically elevated rates of anxiety, depression, and suicidality among transgender people.[10-16] These elevated rates of psychopathology are likely the result of years of prejudice, discrimination, and stigma[11,17]; conflict between one's appearance and stated identity[18]; and general rejection by people in their social environments, including their families.[19,20] There is now growing evidence that social support is linked to better mental health outcomes among transgender adolescents and adults.[21-26] These findings suggest the possibility that social transitions in children,

a form of affirmation and support by a prepubescent child's parents, could be associated with good mental health outcomes in transgender children.

Although there are no large studies of transgender prepubescent children, a number of studies have examined children who were at the time diagnosed with what was called gender identity disorder (GID), now termed gender dysphoria (GD; for more on both terms and others used throughout this article, see Table 1). The group of children diagnosed with GID likely included children who were transgender as well as others (eg, children who wished and acted but did not believe they were a member of the other gender and were distressed as a result). Importantly, most of the studies of children with GID/GD were conducted at a time when parental support and affirmation of children's gender nonconforming behaviors and identities were uncommon. In contrast, the current work focuses on what is likely a much narrower group of children, a small subset of the group that previously would have been diagnosed with GID: those who (1) identify as (not merely wish) they were the "opposite" gender as their sex at birth and (2) have socially transitioned so that they appear to others as the gender they feel, rather than that assumed by their sex at birth.

By and large, studies of children with GID reported high rates of psychopathology, especially internalizing disorders such as anxiety and depression[27-32]. For example, 36% of a group of 7- to 12-year-olds with GID reached the clinical range for internalizing problems.[33] Furthermore, 2 large studies of 6- to 11-year-olds with GID (including >100 children in Utrecht, the Netherlands, and 300 children in Toronto, Canada) found average internalizing scores in the clinical and preclinical range,

respectively, suggesting that many children in both samples showed high levels of internalizing psychopathology. Some have argued that these high rates of internalizing psychopathology among children with GID/GD as a sign that GID/GD is itself a form or consequence of such psychopathology.[27]

In contrast, 2 smaller studies suggest that children whose gender identities are affirmed and supported have relatively good mental health. One study reported on 26 children aged 3 to 12 years with GID who were recruited through a clinic that advised parents to support their children's gender expression. These children showed reduced rates of psychopathology[34] compared with those reported in other studies conducted at clinics that do not support such gender expression.[35] However, this study has received some criticism for methodologic limitations[36] and had a small sample size. Furthermore, the degree to which these findings generalize to transgender children and especially to transgender children who have been allowed to fully socially transition, is unknown. In addition, a qualitative analysis of interviews of parents of 5 transgender children who had socially transitioned found that parents recalled a reduction in mental health problems after a social transition.[37] Although no formal quantitative measures were provided, these findings again suggest that socially supported transgender children might have better mental health than children with GD or transgender children who are not supported in their identities.

The current study addresses a critical gap in knowledge by examining parental reports of anxiety and depression among a relatively large cohort of transgender children, all of whom are supported by their families and have socially transitioned (ie, they present to others as the gender consistent with their identity, not

TABLE 1 Definitions of Terms

| Term | Use in This Article | Other Uses, Terms, and Comments |
|------|---------------------|----------------------------------|
| Transgender | In this article, we use "transgender" to refer to children who have a binary identity (male or female) and for whom this identity is not aligned with their sex at birth. This means natal boys who identify as girls and natal girls who identify as boys. In our sample, these children have all socially transitioned as well. | "Transgender" is often used to mean a broader range of people—anyone whose gender identity does not align with his or her sex at birth. This categorization can include, for example, people who identify as male and female, neither male or female, or somewhere between male and female. The sample included in the current work does not include such children, hence our use of a narrower version of this term. |
| Social transition | This phrase is used to refer to a decision by a family to allow a child to begin to present, in all aspects of the child's life, with a gender presentation that aligns with the child's own sense of gender identity and that is the "opposite" of the gender assumed at the child's birth. Social transitions involve changes in the child's appearance (eg, hair, clothing), the pronoun used to refer to the child, and typically also a change in the child's name. | Social transitions are currently controversial in clinical psychology and psychiatry, but are increasingly being pursued by parents. More and more pediatricians, therapists, and teachers are supporting these transitions as well. Importantly, these transitions do not involve any medical, physiologic, or hormonal intervention. |
| Natal sex | We use this term to refer to the sex assigned by a physician at the child's birth. This phrase is meant as a synonym for "anatomical sex," "biological sex," or "sex assigned at birth." | The term "natal sex" is controversial, with many using the phrase "sex assigned at birth" instead. However, the latter term is still unfamiliar to many people with limited exposure to transgender individuals. Because this paper is aimed at reaching a broad audience of pediatric health professionals, we use the more commonly understood term "natal sex." |
| "Opposite" gender | We occasionally use the phrase "opposite" gender in this article when describing our sample of transgender children. Children whose gender is the "opposite" of their natal sex refers to natal boys who identify as girls and natal girls who identify as boys. Because the latter phrasing is longer and more awkward, we opted for the former. | This phrasing of "opposite" gender implies that gender is binary, when in fact it is not. There are many people who do not identify as male or female. We use this phrase because most readers will be more familiar with this terminology, and our goal is to reach a broad audience of pediatric health professionals. |
| Gender identity | We use this term to refer to a child's sense of his or her own gender. Although in most children, gender identity "aligns" with a child's natal sex, in transgender children, it does not. | Gender identity is often separated from gender presentation or gender expression (ie, the gender one appears to others as, or how a child expresses his or her gender identity). In this study, however, participants' gender identities align with their gender presentation/expressions because children have socially transitioned. |
| Gender Identity Disorder (GID)/Gender Dysphoria (GD) | Until 2014, GID was the official diagnosis given to children who had behavioral preferences and identities (or desires to be) the "other" gender. With the publication of the *Diagnostic and Statistical Manual of Mental Disorders, Fifth Edition*, this diagnostic category was renamed gender dysphoria (GD) after substantial debate about whether this is or is not a "disorder." | The term GD describes a broader segment of the population than children qualifying as "transgender" for the current study. For example, a natal male who wishes to be a female, who behaves in accordance with female cultural stereotypes, and who has considerable concern about his identity but who does not believe he is female, would be diagnosed with GD but would not count as transgender in the current study. |

their natal sex and use associated gender pronouns consistent with that identity). We focused on internalizing psychopathology because previous work indicates that transgender children are particularly likely to have internalizing, as opposed to externalizing, symptoms.[33,35] We compared these supported, transgender children's rates of anxiety and depression to their nontransgender siblings and to typically developing nontransgender children matched to transgender children on age and gender identity.

## METHODS

This work, including recruitment and methods, was approved by the Institutional Review Board at the University of Washington.

### Participants

To be included in this study, transgender children had to (1) identify as the gender "opposite" their natal sex in everyday life (ie, they identified as male or female, but not the gender that aligned with their sex at birth), (2) present

in all contexts (eg, at school, in public) as that gender identity, (3) use the pronoun matching their gender rather than their natal sex, (4) be 3 to 12 years old, and (5) be prepubescent (ie, anyone eligible for hormone blockers was excluded from the present study). We recruited a national, community sample via support groups, conferences, a Web site advertised via media stories, and word of mouth. Our sample included 73 transgender children ($M_{age}$ = 7.7 years; SD = 2.2 years; 22 natal females, 51 natal males;

TABLE 2 Sociodemographic Characteristics for Transgender and Nontransgender Children ($n = 195$)

|  | Transgender[a] ($n = 73$) | Controls[b] ($n = 73$) | Siblings[c] ($n = 49$) |
|---|---|---|---|
| Gender, % |  |  |  |
| Male | 30 | 30 | 61 |
| Female | 70 | 70 | 39 |
| Natal boys[d] | 70 | 30 | 61 |
| Natal girls | 30 | 70 | 39 |
| Race/ethnicity |  |  |  |
| White, non-Hispanic | 70 | 71 | 76 |
| Hispanic | 8 | 5 | 10 |
| Asian | 6 | 4 | 2 |
| Multiracial/other | 16 | 19 | 12 |
| Mean age, y | 7.7 y | 7.8 y | 8.3 y |
| Age distribution, % |  |  |  |
| 3–5 y | 30 | 30 | 22 |
| 6–8 y | 40 | 37 | 37 |
| 9–12 y | 30 | 33 | 41 |
| Annual family income, % |  |  |  |
| <$25 000 | 1 | 1 | 2 |
| $25 001–$50 000 | 7 | 7 | 4 |
| $50 001–$75 000 | 7 | 14 | 4 |
| $75 001–$125 000 | 41 | 43 | 39 |
| >$125 000 | 44 | 38 | 51 |

[a] Transgender children were all prepubescent and had socially transitioned.
[b] Controls were matched to transgender children for gender identity and age within 4 months.
[c] Siblings were the siblings who were closest in age to their transgender siblings.
[d] One natal male was diagnosed with a minor disorder of sex development, hypospadias, but consultation with endocrinologist indicated this condition is not associated with female identity.

70% white non-Hispanic) and included all consecutive cases run by our research group meeting these criteria, starting with the first for whom we had these measures.

In addition, we recruited 2 control groups. Our first control group was a set of 49 siblings ($M_{age}$ = 8.3 years; SD = 2.5 years; 19 natal females, 30 natal males; 76% white non-Hispanic) of the transgender children reported earlier who were also aged 3 to 12 years. Whenever possible, the sibling closest in age was recruited. The second group of controls consisted of 73 typically developing children with no history of cross-gender behavior ($M_{age}$ = 7.8 years; SD = 2.2 months; 51 natal females, 22 natal males; 71% white non-Hispanic) who were matched to each transgender child based on age and gender identity (eg, transgender girls had female controls). These unrelated controls were recruited from a university database of families in the Seattle area interested in participating in research about

child development. Importantly, all parents were informed that this was part of a longitudinal study about gender nonconforming children's development, even though their children were not gender nonconforming. Recruitment and data collection is part of the TransYouth Project, a large, longitudinal study of American and Canadian transgender children's development, and matched controls from that larger study were used in the current work.

### Measures

Symptoms of anxiety and depression were reported using the National Institutes of Health Patient Reported Outcomes Measurement Information System parental proxy short forms for anxiety and depression.[38] When possible, 2 parents completed these forms, and the averages are reported ($n = 90$); in all other cases, only 1 parent completed the forms ($n = 115$). (Importantly, results did not

change if only mothers' responses [most often the only parent present when there was one reporter] were analyzed.) These scales are nationally normed and provide t-scores such that a score of 50 represents the national mean, with a SD of 10.

### Demographics

Parents completed several demographic questions, including their child's race, sex, and age, and their household income (in quintiles: 1 = <$25 000/year, 2 = $25 001–50 000, 3 = $50 001–75 000, 4 = $75 001–125 000, 5 = >$125 000/ year). This information is reported by participant group in Table 2. With the exception of gender (siblings were more likely to have a male gender identity than transgender or age-matched control participants; the latter 2 groups were matched on this variable), the 3 groups did not differ on demographic variables.

### RESULTS

Anxiety and depression t scores are reported in Table 3 by participant sample and natal sex. Transgender children's rates of anxiety and depression were first compared with the scale's midpoint (50), an indicator of average levels of depression and anxiety symptoms.[38] In terms of depression, transgender children's symptoms (M = 50.1) did not differ from the population average, P = .883. In contrast, transgender children had elevated rates of anxiety compared with the population average (M = 54.2), $t(72) = 4.05$, $P < .001$. Mean anxiety symptoms of transgender children were not in the clinical, or even preclinical, range, but were elevated.

To assess differences between transgender and control children in our sample, we ran a 3 (group: transgender, siblings, controls) × 2 (natal sex) between-subjects analysis of variance for depression and anxiety. Natal sex was used in

this analysis, rather than affirmed gender, because work with children with GID/GD used this convention,[35] allowing interested readers to make comparisons to past work with that sample and because previous work has suggested differences in internalizing psychopathology between natal boys compared with girls with GID.[35,39] For depression, there were no main effects of group, $P = .320$ or sex, $P = .498$, nor was there an interaction between condition and sex, $P = .979$. For anxiety, we found a marginally significant effect of group, $F(2189) = 2.91$, $P = .057$, and no effect of sex, $P = .990$, nor an interaction, $P = .664$.

## DISCUSSION

Socially transitioned, prepubescent transgender children showed typical rates of depression and only slightly elevated rates of anxiety symptoms compared with population averages. These children did not differ on either measure from 2 groups of controls: their own siblings and a group of age and gender-matched controls. Critically, transgender children supported in their identities had internalizing symptoms that were well below even the preclinical range. These findings suggest that familial support in general, or specifically via the decision to allow their children to socially transition, may be associated with better mental health outcomes among transgender children. In particular, allowing children to present in everyday life as their gender identity rather than their natal sex is associated with developmentally normative levels of depression and anxiety.

Critically, socially transitioned transgender children showed substantially lower rates of internalizing symptoms than children with GID reported in previous studies[35] (see Table 4). Our findings align with at least 1 other report of low mental health problems among

children with GID supported in their gender identities,[34] a sample that may have included some socially transitioned transgender children. Comparisons between previous reports of children with GID and the current sample should be made cautiously, however, because the criteria for inclusion (transgender identities vs GID) and specific measures of internalizing psychopathology (PROMIS vs CBCL) differ across studies.

One might reasonably ask whether this study provides support for all children with gender dysphoria to socially transition. A few points are key to consider. First, all children in our study (unlike many children with the GD classification), had binary identities, meaning they identified as male or female. Thus, we cannot make predictions about the expected mental health of children

who identify as male and female, as neither male nor female, or who identify as the gender associated with their natal sex but nonetheless exhibit behavior more often associated with the "other" gender after a social transition. Thus, just because a child behaves in a way consistent with a gender other than their natal sex does not mean that child is transgender nor that a social transition is advisable. Second, the children in this study were unique in many critical ways. They transitioned at a time when such transitions are quite controversial[5–9] and yet did so anyway. Surely not all families with transgender children make this decision, meaning there are likely characteristics that are unique to these families. In addition, the transgender children in this study all socially transitioned much earlier than nearly all transgender adults alive today in the United States and

**TABLE 3** Anxiety and Depression $t$ Scores by Sex and Sample

|  | Transgender ($n$ = 73) | Controls ($n$ = 73) | Siblings ($n$ = 49) | $P$ |
|---|---|---|---|---|
| Depression | 50.1 | 48.4 | 49.3 | .320 |
| Anxiety | 54.2[a] | 50.9 | 52.3 | .057 |
| Depression by gender[b] |  |  |  | .979[c] |
| Natal boys | 49.8 (trans-girls) | 48.0 | 48.9 |  |
| Natal girls | 50.8 (trans-boys) | 48.5 | 49.9 |  |
| Anxiety by gender |  |  |  | .664[c] |
| Natal boys | 53.7 | 51.1 | 52.8 |  |
| Natal girls | 55.3 | 50.8 | 51.5 |  |

[a] This is the only value that is significantly above the national average (50), although it is still substantially below the clinical (>63) or even preclinical (>60) range.
[b] Transgender children who are natal boys and live with a female gender presentation are often called transgender girls or trans-girls; transgender children who are natal girls living with a male gender presentation are often called transgender boys or trans-boys.
[c] Significance value of interaction between natal sex and group.

**TABLE 4** Comparison of Present Sample With Previous Reports of Population-Normed Internalizing Scores for children with GID[24]

|  | Current Sample ($n$ = 73) | Toronto ($n$ = 343) | Utrecht ($n$ = 123) |
|---|---|---|---|
| Mean age | 7.7 y | 7.2 y | 8.1 y |
| Sample | Transgender[a] | GID[b] | GID[b] |
| Measure of internalizing | PROMIS[c] | CBCL | CBCL |
| Mean internalizing $t$ score | 52.2 | 60.8 | 64.1 |

Both the PROMIS and CBCL are normed such that the population mean is $t$ = 50 and SD is 10. CBCL, Child Behavior Checklist; PROMIS, Patient Reported Outcomes Measurement Information System.
[a] The current participants were transgender, socially transitioned, and prepubescent.
[b] Participants in both the Toronto and Utrecht samples either met criteria for GID or showed subthreshold symptoms of GID.
[c] To compute an internalizing score for the PROMIS, depression and anxiety scores were averaged.

5

Canada. Why might they have done so? Possibilities that we cannot rule out are that these children displayed earlier signs of their transgender identities, that they were more insistent about those identities, that they represent the most extreme end of the spectrum of transgender identities, or that parents today are just more educated about the existence of transgender children. It is too early to tell the ways in which these children and these families are unique. Finally, the children in this study were not randomly assigned to social transitions, precluding the ability to make causal claims about the impact of social transitions on mental health. These data are suggestive, nonetheless, that social transitions are associated with positive mental health outcomes for transgender children.

We cannot rule out several alternative explanations for our findings. First, rather than a direct impact of parental support, these generally positive mental health findings could be a more indirect result of parent support: namely, feeling supported in general (independent of a social transition) may lead to higher self-esteem,[40] which in turn may lead to better mental health.[41] Second, as alluded to earlier, there could be some unique third variable that explains the observed occurrence of typical mental health among socially transitioned transgender children. For example, perhaps some attribute unique to the subset of transgender children who are able to convince their parents to allow them to transition (eg, verbal skill, self-confidence) is responsible for these children having particularly good mental health, and it was this unique cognitive ability or aspect of personality that is either correlated with better mental health or leads to better mental health when a child feels he or she achieved his or her goal. Future studies examining

children before and after social transitions may be able to address this concern. Finally, parents of transgender children could have biased reporting, reflecting a desire for their children to appear healthier than they are. We have no reasons to believe this was an issue but in the future aim to include other reporters (eg, teachers) to address this concern that others are likely to raise.

In addition to studying other explanations for these data, the current work begs for more research not only on children with other transgender identities (eg, children who identify as both or neither male and female), but also for work with children who have clear binary transgender identities, like the children in the current study, but who are not supported or affirmed by their families in these identities. Finding such children and particularly convincing their parents to allow them to participate in research, will be a challenge but one that is ultimately necessary for a clear understanding of the specific impact of transitions for these children.

Despite their overall relatively good mental health, socially transitioned transgender children did experience slightly more anxiety than the population average, although still well below the preclinical range. What might explain this result? Despite receiving considerable support from their families, these children likely still experience relatively high rates of peer victimization or smaller daily micro-aggressions, particularly if their peers know that they are transgender[42] which can in turn lead to marked elevations of anxiety symptoms and anxiety disorders.[43-45] Additionally, any transgender children who are living "stealth" or "undisclosed" (ie, whose peers are unaware of their transgender status), may experience anxiety about others discovering their transgender identity; previous

work with adults has suggested that concealing a stigmatized identity can lead to psychological distress.[46] Furthermore, transgender children do not have the typical bodies of children with their gender identities, which could be a source of distress. Even when transgender children are allowed to use the bathroom, locker room, or be on the team with children who share their gender, the mere existence of these distinctions likely highlights the ways in which their bodies do not align with cultural expectations for children of their gender identity group. Relatedly, some children in our sample are approaching puberty, and most are aware that puberty will cause physical changes in an unwanted direction (unless puberty blockers are administered), which could generate considerable worry and anxiety.

Importantly, although these socially transitioned prepubescent children are doing quite well in terms of their mental health at this point, parents and clinicians of such children should still be on the lookout for potential changes in the status of their children's mental health. In general, the prevalence of depression is relatively low in prepubescent children and rises dramatically during adolescence.[47] It is possible that transgender children will exhibit greater anxiety and depression than their peers during the adolescent transition because of the sources of distress mentioned earlier, which will likely become worse with time (a possibility we aim to test with prospective follow-up of this sample). Thus, while adolescence is a time of increased perceptions of stress for many adolescents,[48] many of these issues are exacerbated for transgender teens. Transgender adolescents, whether they do or do not delay puberty through medical intervention, often experience body dysphoria (as their bodies do not match the bodies of their

same-gender peers), making sex and relationships even more worrisome than among their nontransgender peers.[49]

## CONCLUSIONS

In sum, we provide novel evidence of low rates of internalizing psychopathology in young socially transitioned transgender children who are supported in their gender identity. These data suggest at least the possibility that being transgender is not synonymous with, nor the direct result of, psychopathology in childhood.[27] Instead, these results provide clear evidence that transgender children have levels of anxiety and depression no different from their nontransgender siblings and peers. As more and more parents are deciding to socially transition their children, continuing to assess mental health in an increasingly diverse group of socially transitioned children will be of utmost importance.

## ACKNOWLEDGMENTS

We thank Anne Fast, Elizabeth Ake, Sara Haga, Arianne Eason, Talee Ziv, Sarah Colombo, Alia Martin, Melanie Fox, Erin Kelly, and Catherine Holland for assistance with data collection.

### ABBREVIATIONS

GD:  gender dysphoria
GID:  gender identity disorder

**POTENTIAL CONFLICT OF INTEREST:** The authors have indicated they have no potential conflicts of interest to disclose.

**COMPANION PAPER:** A companion to this article can be found online at www.pediatrics.org/cgi/doi/10.1542/peds.2015-4358.

### REFERENCES

1. Jacob Lemay lives life as transgender child. *NBC News.* April 21, 2015. Available at: http://www.nbcnews.com/storyline/transgender-kids/jacob-lives-life-transgender-child-n345296. Accessed August 2, 2015

2. Nicholson K. Coy Mathis' family celebrates civil rights win for transgender child. *Denver Post.* June 24, 2013. Available at: http://www.denverpost.com/ci_23529796/coy-mathis-family-celebrates-civil-rights-win-transgender. Accessed August 2, 2015

3. Sulek J. Transgender grandchild: Rep. Mike Honda says 8-year-old's gender change not a phase. *San Jose Mercury News.* February 2, 2015. Available at: http://www.mercurynews.com/bay-area-news/ci_27559981/transgender-grandchild-congressman-mike-honda-says-8-year. Accessed August 2, 2015

4. Wallace K. When your young daughter says "I'm a boy." *CNN.* June 2, 2015. Available at: http://www.cnn.com/2015/03/18/living/feat-transgender-child-raising-ryland. Accessed August 2, 2015

5. Ehrensaft D. Why conversion therapy for transgender youth is unethical. *L.A. Times Readers React.* May 26, 2015. Available at: http://www.latimes.com/opinion/readersreact/la-le-0526-transgender-children-20150526-story.html. Accessed August 2, 2015

6. Steensma TD, Cohen-Kettenis PT. Gender transitioning before puberty? *Arch Sex Behav.* 2011;40(4):649–650

7. Vanderburgh R. Appropriate therapeutic care for families with pre-pubescent transgender/gender-dissonant children. *Child Adolesc Social Work J.* 2009;26(2):135–154

8. Vilain E, Bailey JM. What should you do if your son says he's a girl? *L.A. Times.* May 21, 2015; www.latimes.com/opinion/op-ed/la-oe-vilain-transgender-parents-20150521-story.html Retrieved on August 3, 2015.

9. Zucker KJ, Wood H, Singh D, Bradley SJ. A developmental, biopsychosocial model for the treatment of children with gender identity disorder. *J Homosex.* 2012;59(3):369–397

10. Almeida J, Johnson RM, Corliss HL, Molnar BE, Azrael D. Emotional distress among LGBT youth: the influence of perceived discrimination based on sexual orientation. *J Youth Adolesc.* 2009;38(7):1001–1014

11. Clements-Nolle K, Marx R, Katz M. Attempted suicide among transgender persons: the influence of gender-based discrimination and victimization. *J Homosex.* 2006;51(3):53–69

12. Colizzi M, Costa R, Todarello O. Transsexual patients' psychiatric comorbidity and positive effect of cross-sex hormonal treatment on mental health: results from a longitudinal study. *Psychoneuroendocrinology.* 2014;39:65–73

13. Grant JM, Mottet LA, Tanis J, Harrison J, Herman JL, Keisling M. Injustice at every turn: a report of the national transgender discrimination survey. National Center for Transgender Equality & National Gay and Lesbian Task Force. 2011. www.thetaskforce.org/static_html/downloads/reports/reports/ntds_full.pdf. Retrieved on August 4, 2015

14. Haas AP, Eliason M, Mays VM, et al. Suicide and suicide risk in lesbian, gay, bisexual, and transgender populations: review and recommendations. *J Homosex.* 2011;58(1):10–51

15. Maguen S, Shipherd JC. Suicide risk among transgender individuals. *Psychol Sex.* 2010;1(1):34–43

16. Terada S, Matsumoto Y, Sato T, Okabe N, Kishimoto Y, Uchitomi Y. Suicidal ideation among patients with gender identity disorder. *Psychiatry Res.* 2011;190(1):159–162

17. Bockting WO, Miner MH, Swinburne Romaine RE, Hamilton A, Coleman E. Stigma, mental health, and resilience in an online sample of the US transgender population. *Am J Public Health.* 2013;103(5):943-951 [pmid: 23488522]

18. Grossman AH, D'Augelli AR. Transgender youth and life-threatening behaviors. *Suicide Life Threat Behav.* 2007;37(5):527–537

19. Koken JA, Bimbi DS, Parsons JT. Experiences of familial acceptance-rejection among transwomen of color. *J Fam Psychol.* 2009;23(6):853–860

20. Russell ST, Ryan C, Toomey RB, Diaz RM, Sanchez J. Lesbian, gay, bisexual, and transgender adolescent school victimization: implications for young adult health and adjustment. *J Sch Health.* 2011;81(5):223–230

21. Bauer GR, Scheim AI, Pyne J, Travers R, Hammond R. Intervenable factors associated with suicide risk in transgender persons: a respondent driven sampling study in Ontario, Canada. *BMC Public Health.* 2015;15:525

22. Liu RT, Mustanski B. Suicidal ideation and self-harm in lesbian, gay, bisexual, and transgender youth. *Am J Prev Med.* 2012;42(3):221–228

23. Budge SL, Adelson JL, Howard KAS. Anxiety and depression in transgender individuals: the roles of transition status, loss, social support, and coping. *J Consult Clin Psychol.* 2013;81(3):545–557

24. Rotondi NK, Bauer GR, Travers R, Travers A, Scanlon K, Kaay M. Depression in male-to-female transgender Ontarians: results from the Trans PULSE Project. *Can J Commun Ment Health.* 2011;30(2):113–133

25. Ryan C, Russell ST, Huebner D, Diaz R, Sanchez J. Family acceptance in adolescence and the health of LGBT young adults. *J Child Adolesc Psychiatr Nurs.* 2010;23(4):205–213

26. Simons L, Schrager SM, Clark LF, Belzer M, Olson J. Parental support and mental health among transgender adolescents. *J Adolesc Health.* 2013;53(6):791–793

27. Coates S, Person ES. Extreme boyhood femininity: isolated behavior or pervasive disorder? *J Am Acad Child Psychiatry.* 1985;24(6):702–709

28. Coolidge FL, Thede LL, Young SE. The heritability of gender identity disorder in a child and adolescent twin sample. *Behav Genet.* 2002;32(4):251–257

29. Di Ceglie D. Gender identity disorder in young people. *Adv Psychiatr Treat.* 2000;6(6):458–466

30. Rosen AC, Rekers GA, Friar LR. Theoretical and diagnostic issues in child gender disturbances. *J Sex Res.* 1977;13(2):89–103

31. Yunger JL, Carver PR, Perry DG. Does gender identity influence children's psychological well-being? *Dev Psychol.* 2004;40(4):572–582

32. Zucker KJ. Gender identity disorder in children and adolescents. *Annu Rev Clin Psychol.* 2005;1:467–492

33. Wallien MSC, van Goozen SHM, Cohen-Kettenis PT. Physiological correlates of anxiety in children with gender identity disorder. *Eur Child Adolesc Psychiatry.* 2007;16(5):309–315

34. Hill DB, Menvielle E, Sica KM, Johnson A. An affirmative intervention for families with gender variant children: parental ratings of child mental health and gender. *J Sex Marital Ther.* 2010;36(1):6–23

35. Cohen-Kettenis PT, Owen A, Kaijser VG, Bradley SJ, Zucker KJ. Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. *J Abnorm Child Psychol.* 2003;31(1):41–53

36. Singh D, Bradley SJ, Zucker KJ. Commentary on "An affirmative intervention for families with gender variant children: parental ratings of child mental health and gender" by Hill, Menvielle, Sica, and Johnson (2010). *J Sex Marital Ther.* 2011;37(2):151–157, discussion 158–160

37. Kuvalanka KA, Weiner JL, Mahan D. Child, family, and community transformations: findings from interviews with mothers of transgender girls. *J GLBT Family Studies.* 2014;10(4):354–379

38. Varni JW, Thissen D, Stucky BD, et al. PROMIS® Parent Proxy Report Scales: an item response theory analysis of the parent proxy report item banks. *Qual Life Res.* 2012;21(7):1223–1240

39. Zucker K, Bradley SJ. *Gender Identity Disorder and Psychosexual Problems in Children and Adolescents.* New York, NY: Guilford Press; 1995

40. Townsend SSM, Markus HR, Bergsieker HB. My choice, your categories: the denial of multiracial identities. *J Soc Issues.* 2009;65(1):185–204

41. Mann M, Hosman CM, Schaalma HP, de Vries NK. Self-esteem in a broad-spectrum approach for mental health promotion. *Health Educ Res.* 2004;19(4):357–372

42. Wilson I, Griffin C, Wren B. The interaction between young people with atypical gender identity organization and their peers. *J Health Psychol.* 2005;10(3):307–315

43. McLaughlin KA, Hatzenbuehler ML, Hilt LM. Emotion dysregulation as a mechanism linking peer victimization to the development of internalizing symptoms among youth. *J Consult Clin Psychol.* 2009;77:904

44. Arseneault L, Milne BJ, Taylor A, et al. Being bullied as an environmentally mediated contributing factor to children's internalizing problems: a study of twins discordant for victimization. *Arch Pediatr Adolesc Med.* 2008;162(2):145–150

45. Hawker DSJ, Boulton MJ. Twenty years' research on peer victimization and psychosocial maladjustment: a meta-analytic review of cross-sectional studies. *J Child Psychol Psychiatry.* 2000;41(4):441–455

46. Quinn DM, Chaudoir SR. Living with a concealable stigmatized identity: the impact of anticipated stigma, centrality, salience, and cultural stigma on psychological distress and health. *J Pers Soc Psychol.* 2009;97(4):634–651

47. Hankin BL, Abramson LY, Moffitt TE, Silva PA, McGee R, Angell KE. Development of depression from preadolescence to young adulthood: emerging gender differences in a 10-year longitudinal study. *J Abnorm Psychol.* 1998;107(1):128–140

48. Larson R, Lampman-Petraitis C. Daily emotional states as reported by children and adolescents. *Child Dev.* 1989;60(5):1250–1260

49. De Vries AL, Cohen-Kettenis PT, Delemarre-van de Waal H. Clinical management of gender dysphoria in adolescents. *Int J Transgenderism.* 2006;9(3–4):83–94

**ERRATA**

**Olson KR, Durwood L, McLaughlin KA. Mental Health of Transgender Children Who Are Supported in Their Identities.** *Pediatrics.* **2016;137(3):e20153223**

An error occurred in the article by Olson KR et al, titled "Mental Health of Transgender Children Who Are Supported in Their Identities" published in the March 2016 issue of *Pediatrics* (2016;137(3):e20153223; doi:10.1542/peds.2015-3223).

Under Results, on page 5, paragraph 1, the text reads: "For anxiety, we found a marginally significant effect of group, $F(2189) = 2.91$, $P = .057$, and no effect of sex, $P = .990$, nor an interaction, $P = .664$." This should have read: "For anxiety, we found a marginally significant effect of group, $F(2,189) = 2.91$, $P = .057$, and no effect of sex, $P = .990$, nor an interaction, $P = .664$."

doi:10.1542/peds.2018-1436

Downloaded from http://publications.aap.org/pediatrics/article-pdf/142/2/e20181436/1436/1064509/peds_20181436.pdf by guest on 18 March 2022

Exhibit 29

JAMA Network | Open

Research Letter | Psychiatry

# Evaluation of Anxiety and Depression in a Community Sample of Transgender Youth

Dominic J. Gibson, PhD; Jessica J. Glazier, MS; Kristina R. Olson, PhD

+ Supplemental content

Author affiliations and article information are listed at the end of this article.

## Introduction

Most studies have found that youth who do not conform to gender norms for their assigned sex have higher rates of depression and anxiety than their cisgender peers.[1,2] However, more recent research featuring smaller cohorts (ie, ranging from 31 to 73 participants) of socially transitioned transgender youth—youth who identify and live as a gender different from their sex assignment at birth—show normative or only slightly elevated rates of depression and anxiety.[3-5] We recruited a new, larger sample of socially transitioned transgender youth, their siblings, and age- and gender-matched control participants to test whether transgender youth experience significantly higher levels of anxiety and depression than their cisgender peers.

## Methods

This cross-sectional study includes responses from 3 groups of youth between ages 8 and 14 years in a large community-recruited sample (following previous recruitment strategies[3,5]): transgender youth (148 participants), cisgender siblings of transgender children (88 participants), and cisgender age-matched controls (139 participants). We obtained written consent from parents and verbal and/or written assent from children. This study was approved by the University of Washington institutional review board. This study followed the Strengthening the Reporting of Observational Studies in Epidemiology (STROBE) reporting guideline.

We measured depression and anxiety using the pediatric short form (completed by youth) and proxy form (completed by parents) of the National Institutes of Health's Patient Reported Outcomes Measurement Information System (PROMIS) scale, which measures depression and anxiety on a 100-point scale where 50 is the population mean and 40 to 60 is the reference range (see eAppendix in the Supplement). Participants must have completed 1 or both self-reported mental health measures between November 2014 and March 2020, and none of the youth in this article ever reported on their own mental health in any other study. Fifty-two parents reported on their children in a previously published report (50 at a different time point and 2 at the same time point as in this report).[5] Data were analyzed from July to November 2020 and used R version 3.6 (R Project for Statistical Computing). $P < .05$ was considered significant and all tests were 2-sided.

## Results

A total of 375 participants (227 girls [60.5%], 148 boys [39.5%]; 267 [71.2%] White participants, 15 [4.0%] Asian participants, 7 [1.9%] Black participants, 7 [1.9%] Hispanic participants, and 69 [18.4%] participants who identified as multiracial/other) between the ages of 8 and 14 years (mean [SD] age, 10.54 [1.05] years) and their parents were included (**Table 1**). Means, SDs, frequencies, and percentages of children who scored within the clinical range on each measure are reported in **Table 2**. One-way analyses of variance for each of the measures revealed no significant group differences in self-reported depressive symptoms, self-reported anxiety symptoms, or parent-reported depressive symptoms. Parent-reported anxiety differed significantly by group. Post hoc Tukey tests showed that parents reported higher rates of anxiety in transgender youth than in

Open Access. This is an open access article distributed under the terms of the CC-BY License.

Exhibit 30

JAMA Network Open. 2021;4(4):e214739. doi:10.1001/jamanetworkopen.2021.4739

control participants (mean [SD] PROMIS score: 52.62 [9.41] vs 49.94 [8.84]; $P$ = .04, d = 0.29) but not siblings (50.23 [9.32] vs 49.94 [8.84]; $P$ = .13, d = 0.25). Siblings did not differ from control participants (52.41 [8.82] vs 50.53 [8.25]; $P$ = .97, d = 0.03).

## Discussion

Our results were consistent with recent smaller studies of socially transitioned transgender youth and contrast with the more severe mental health symptoms found in earlier studies of youth referred to clinics for gender-related concerns (as well as transgender teens and adults[6]), although these

**Table 1. Demographic Characteristics by Group**

| Characteristic | Children, No. (%) | | |
| --- | --- | --- | --- |
| | Transgender (n = 148) | Sibling (n = 88) | Control (n = 139) |
| Gender identity | | | |
| Boys | 53 (36) | 47 (53) | 48 (35) |
| Girls | 95 (64) | 41 (47) | 91 (65) |
| Race or ethnicity | | | |
| Asian | 3 (2) | 3 (3) | 9 (6) |
| Black | 3 (2) | 1 (1) | 3 (2) |
| Hispanic/Latino | 4 (3) | 5 (6) | 0 |
| Native American/Alaskan Native | 1 (1) | 1 (1) | 1 (1) |
| Multiracial/other[a] | 18 (12) | 15 (17) | 33 (24) |
| White, non-Hispanic | 114 (77) | 61 (69) | 92 (66) |
| Missing | 5 (3) | 2 (2) | 1 (1) |
| Age, mean (SD), y | 10.1 (1.0) | 10.2 (1.2) | 10.1 (1.0) |
| Income, $ | | | |
| <25 000 | 5 (3) | 3 (3) | 2 (1) |
| 25 001-50 000 | 13 (9) | 6 (7) | 5 (4) |
| 50 001-75 000 | 26 (18) | 13 (15) | 8 (6) |
| 75 001-125 000 | 33 (22) | 29 (33) | 38 (27) |
| >125 000 | 71 (48) | 37 (42) | 84 (60) |
| Missing | NA | NA | 2 (1) |

Abbreviation: NA, not applicable.

[a] Two participants only listed other for race/ethnicity; the rest listed multiple races.

**Table 2. Mean Score Estimates and Comparisons by Group for Each of the 4 Measures**

| Group | PROMIS score estimates | | Group comparison | | |
| --- | --- | --- | --- | --- | --- |
| | Mean (SD) score[a] | Children scoring in clinical range, No. (%)[b] | F test | P value | η² |
| Child-reported depression | | | | | |
| Transgender | 46.38 (9.13) | 5 (3.4) | | | |
| Sibling | 48.01 (9.05) | 4 (4.6) | $F_{2,371}$ = 1.03 | .36 | 0.01 |
| Control | 46.46 (8.99) | 3 (2.2) | | | |
| Child-reported anxiety | | | | | |
| Transgender | 52.21 (8.92) | 17 (11.5) | | | |
| Sibling | 52.41 (8.82) | 12 (13.6) | $F_{2,372}$ = 1.81 | .17 | 0.01 |
| Control | 50.53 (8.25) | 9 (6.5) | | | |
| Parent-reported depression[c] | | | | | |
| Transgender | 51.41 (8.06) | 12 (8.1) | | | |
| Sibling | 51.1 (8.52) | 8 (9.1) | $F_{2,372}$ = 1.45 | .24 | 0.01 |
| Control | 49.86 (7.65) | 6 (4.3) | | | |
| Parent-reported anxiety[c] | | | | | |
| Transgender | 52.62 (9.41) | 20 (13.5) | | | |
| Sibling | 50.23 (9.32) | 6 (6.8) | $F_{2,372}$ = 3.55 | .03 | 0.02 |
| Control | 49.94 (8.84) | 11 (7.9) | | | |

[a] These measures are normed such that the mean (SD) score of 50 (10) is the national average. Lower scores indicate lower depression or anxiety.

[b] Clinical range defined as a score of ≥63, representing approximately 10% of a representative sample of youth in the age range on these measures.

[c] When 2 parents provided responses for a given child, their scores were averaged.

samples differ in many ways (eg, date and location of data collection, clinic-recruited vs community samples, the present children had socially transitioned) that make direct comparisons difficult.

This study did have limitations. Although the present sample was larger than previous studies of transgender youth, it likely overrepresented families with higher levels of parental education, higher socioeconomic status, that are White, and other factors. Whether these biases reflect who is socially transitioning at the time of the study is unknown.

Nonetheless, these results demonstrate that many socially transitioned transgender youth experience levels of anxiety and depression in the normative range and equal to or only slightly higher than siblings and cisgender peers. Whether their generally strong mental health is because of their early social transition, the high levels of support they receive, or other factors is as yet unknown. The current findings do not negate the experiences of the many transgender people who face high rates of mental health challenges[6] but do provide further evidence that being transgender is not synonymous with these challenges.

## ARTICLE INFORMATION

**Accepted for Publication:** February 16, 2021.

**Published:** April 7, 2021. doi:10.1001/jamanetworkopen.2021.4739

**Correction:** This article was corrected on May 11, 2021, to fix demographic information given in the Results section.

**Open Access:** This is an open access article distributed under the terms of the CC-BY License. © 2021 Gibson DJ et al. JAMA Network Open.

**Corresponding Author:** Dominic J. Gibson, PhD, Department of Psychology, University of Washington, Guthrie Hall, Seattle, WA 98185 (dominic.gibson@gmail.com).

**Author Affiliations:** University of Washington, Seattle (Gibson, Glazier); Princeton University, Princeton, New Jersey (Olson).

**Author Contributions:** Dr Gibson had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.

*Concept and design:* Gibson, Olson.

*Acquisition, analysis, or interpretation of data:* All authors.

*Drafting of the manuscript:* Gibson, Olson.

*Critical revision of the manuscript for important intellectual content:* All authors.

*Statistical analysis:* Gibson, Glazier.

*Obtained funding:* Olson.

*Administrative, technical, or material support:* Olson.

*Supervision:* Olson.

**Conflict of Interest Disclosures:** Dr Olson reported receiving grants from National Institutes of Health, National Science Foundation, and Arcus Foundation during the conduct of the study; she reported receiving a MacArthur Foundation fellowship outside the submitted work; and she reported receiving travel fees for colloquia, talks, and conference presentations during the conduct of this study, including at the American Association for the Advancement of Science Annual Meeting; University of California, Santa Barbara Department of Psychology; University of California, Davis Center for Mind and Brain; Queen's University, Pennsylvania State University Psychology Department; University of Virginia Psychology Department; Stanford University Psychology Department; Washington University Psychology Department; University of Maryland Cognitive Science Program; Linfield College; University of Victoria; University of Arizona Psychology Department; Norwegian Conference on Gender Incongruence; American Academy of Child and Adolescent Psychiatry Annual Meeting; Institute on Gender Dysphoria Across Development; Keystone Conference; Southern Arizona Gender Alliance. Dr Olson also reported serving as an unpaid expert witness in *Center for Gender Advocacy and al v Attorney General of Québec* (court file number 500-17-082257-141), a case concerning whether minors should be able to change their gender markers; and she reported serving as an unpaid member of Big Brothers Big Sisters of America LGBTQ National Advisory Council. No other disclosures were reported.

**Funding/Support:** This research was supported by the National Institute of Health (grant HD092347). Dr Olson also receives funding from the National Science Foundation, the Arcus Foundation, and the MacArthur Foundation.

**Role of the Funder/Sponsor:** The funders had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Additional Contributions:** We thank the many research assistants who participated in data collection for this project.

## REFERENCES

1. Cohen-Kettenis PT, Owen A, Kaijser VG, Bradley SJ, Zucker KJ. Demographic characteristics, social competence, and behavior problems in children with gender identity disorder: a cross-national, cross-clinic comparative analysis. *J Abnorm Child Psychol.* 2003;31(1):41-53. doi:10.1023/A:1021769215342

2. Yunger JL, Carver PR, Perry DG. Does gender identity influence children's psychological well-being? *Dev Psychol.* 2004;40(4):572-582. doi:10.1037/0012-1649.40.4.572

3. Durwood L, McLaughlin KA, Olson KR. Mental health and self-worth in socially transitioned transgender youth. *J Am Acad Child Adolesc Psychiatry.* 2017;56(2):116-123.e2. doi:10.1016/j.jaac.2016.10.016

4. Kuvalanka KA, Weiner JL, Munroe C, Goldberg AE, Gardner M. Trans and gender-nonconforming children and their caregivers: gender presentations, peer relations, and well-being at baseline. *J Fam Psychol.* 2017;31(7): 889-899. doi:10.1037/fam0000338

5. Olson KR, Durwood L, DeMeules M, McLaughlin KA. Mental health of transgender children who are supported in their identities. *Pediatrics.* 2016;137(3):e20153223. doi:10.1542/peds.2015-3223

6. Valentine SE, Shipherd JC. A systematic review of social stress and mental health among transgender and gender non-conforming people in the United States. *Clin Psychol Rev.* 2018;66:24-38. doi:10.1016/j.cpr.2018. 03.003

## SUPPLEMENT.

**eAppendix.** Participants and Procedures

Prepublication Release

# PEDIATRICS

OFFICIAL JOURNAL OF THE AMERICAN ACADEMY OF PEDIATRICS

# Gender Identity 5 Years After Social Transition

Kristina R. Olson, PhD, Lily Durwood, MS, Rachel Horton, BS, Natalie M. Gallagher, PhD, Aaron Devor, PhD

**DOI:** 10.1542/peds.2021-056082

**Journal:** *Pediatrics*

**Article Type:** Special Article

**Citation:** Olson KR, Durwood L, Horton R, Gallagher NM, Devor A. Gender identity 5 years after social transition. *Pediatrics.* 2022; doi: 10.1542/peds.2021-056082

This is a prepublication version of an article that has undergone peer review and been accepted for publication but is not the final version of record. This paper may be cited using the DOI and date of access. This paper may contain information that has errors in facts, figures, and statements, and will be corrected in the final published version. The journal is providing an early version of this article to expedite access to this information. The American Academy of Pediatrics, the editors, and authors are not responsible for inaccurate information and data described in this version.

Exhibit 31

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

# Gender Identity 5 Years After Social Transition

Kristina R. Olson, PhD, [a] Lily Durwood, MS,[b] Rachel Horton, BS, [a] Natalie M. Gallagher, PhD, [a] Aaron Devor, PhD[c]

**Affiliations:** [a]Princeton University; [b]University of Washington; and [c]University of Victoria

**Address correspondence to**: Kristina Olson, Department of Psychology, Princeton University, 523 Peretsman Scully Hall, Princeton, NJ 08540, krolson@princeton.edu, 609-258-3246.

**Conflict of Interest Disclosures (includes financial disclosures):** All authors have no conflicts of interest to disclose.

**Funding/Support:** The collection of the data in this report and some of the authors' time (KO, RH, and NG) over the course of this project have been supported by: National Institutes of Health grant HD092347, National Science Foundation grants BCS-1523632, SMA-1837857, and SMA-2041463, a grant from the Arcus Foundation (all to KO), and a National Science Foundation GRFP grant to LD. In addition, KO receives financial support from the MacArthur Foundation.

**Role of Funder/Sponsor:** Funders played no role in determining the research questions asked nor have they seen the results prior to review.

## Article Summary

This article examines the frequency of retransition and current gender identity amongst youth who identified as binary transgender children earlier in childhood.

## What's Known on This Subject

There has been considerable debate about early childhood social transitions and whether they will lead to high rates of retransition. However, less is known about rates of retransition or identity outcomes following social transitions in childhood.

## What This Study Adds

This study provides an estimate of the frequency of retransitions amongst children who socially transitioned before age 12 and provides an update on their current identities, an average of 5 years after their initial social transitions.

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

Prepublication Release

**Contributors' Statement Page**

Dr. Olson conceptualized the current study, supervised data collection, carried out the initial analyses, and drafted the initial manuscript.

Ms. Durwood and Dr. Devor conceptualized the current study and provided extensive revisions on the manuscript.

Ms. Horton acquired and compiled the data and tables and provided feedback on the manuscript.

Dr. Gallagher acquired, compiled, and analyzed the data and provided feedback on the manuscript.

All authors approved the manuscript as submitted and agree to be accountable for all aspects of the work.

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

## Abstract

**Background and Objectives.** Concerns about early childhood social transitions amongst transgender youth include that these youth may later change their gender identification (i.e., retransition), a process that could be distressing. The present study aimed to provide the first estimate of retransitioning and to report the current gender identities of youth an average of 5 years after their initial social transitions.

**Methods.** The present study examined the rate of retransition and current gender identities of 317 initially-transgender youth (208 transgender girls, 109 transgender boys; $M$=8.1 years at start of study) participating in a longitudinal study, the Trans Youth Project. Data were reported by youth and their parents through in-person or online visits or via email or phone correspondence.

**Results.** We found that an average of 5 years after their initial social transition, 7.3% of youth had retransitioned at least once. At the end of this period, most youth identified as binary transgender youth (94%), including 1.3% who retransitioned to another identity before returning to their binary transgender identity. 2.5% of youth identified as cisgender and 3.5% as nonbinary. Later cisgender identities were more common amongst youth whose initial social transition occurred before age 6 years; the retransition often occurred before age 10.

**Conclusions.** These results suggest that retransitions are infrequent. More commonly, transgender youth who socially transitioned at early ages continued to identify that way. Nonetheless, understanding retransitions is crucial for clinicians and families to help make them as smooth as possible for youth.

**Keywords.** Transgender children, social transitions, retransitions, desistence, gender identity, detransition

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

Prepublication Release

## Introduction

Increasing numbers of children are *socially transitioning* to live in line with their gender identity, rather than the gender assumed by their sex at birth—a process that typically involves changing a child's pronouns, first name, hairstyle, and clothing. Some concerns about childhood social transitions have been raised[1], including that these children may not continue to identify as transgender, rather they might "retransition" (also called a "detransition" or "desistence"), which some suggest could be distressing for the youth[1-3]. Research has suggested that ages 10-13 years may be particularly key times for retransition and that identity may be more stable after this period for youth who show early gender nonconformity[3].

Other clinicians argue that early social transitions can be beneficial for some gender-diverse youth[4-6]. Some clinicians and scholars who support early childhood social transitions encourage families to remain open to later retransitions[7,8], which are seen by some as part of a youth's exploration of their gender[9].

Unfortunately, very little data about retransitions exist in the scientific literature. We have been able to find limited data on the number of youth who socially transition in childhood and then go on to retransition afterwards. One paper included 4 youth who socially transitioned; none of them had retransitioned 7 years later[10]. We know of three (mentions of) early-transitioning youth who retransition[8,9]. However, these papers include no mention of how many other youth the same clinical team saw who did not retransition, making it impossible to guess at a retransition rate.

In the present paper we aimed to compute an estimate of retransition amongst a cohort of more than 300 early-transitioning children. Here we report the retransition rate

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

an average of 5 years post-initial (binary) social transition, as well as how many of these participants are living as binary transgender youth, nonbinary youth, and cisgender youth at the same timepoint.

**Methods**

A total of 317 binary socially-transitioned transgender children ($M_{age}$ = 8.07; $SD$ = 2.36; 208 initially transgender girls, 109 initially transgender boys; see Table 1 for additional demographics) joined this longitudinal study (The Trans Youth Project, TYP) between July 2013 and December 2017. For inclusion in TYP, children had to be 3-12 years of age and had to have made a "complete" binary social transition[10] including changing their pronouns to the binary gender pronouns that differed from those used at their births.

As part of the larger longitudinal study, parents and youth were regularly asked about whether they had begun using puberty blockers and/or gender affirming hormones. At most visits they were not asked about whether puberty had begun, though our available data suggestions that because these youth had socially transitioned at such early ages, most participants were followed by an endocrinologist well-before puberty began. The endocrinologists helped families identify the onset of Tanner 2 (the first stage of puberty) and prescribed puberty blockers within a few months of this time. Therefore, the onset of puberty blockers is used as our proxy for the onset of puberty. Of the youth in this sample, 37 (11.7%) had begun puberty blockers before beginning this study.

This study did not assess whether participants met criteria for the DSM-5 diagnosis of Gender Dysphoria in Children. Many parents in this study did not believe that such diagnoses were either ethical or useful and some children did not experience the required

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

distress criterion. Based on data collected at their initial visit, we do know that these participants showed signs of gender identification and gender-typed preferences commonly associated with their gender, not their sex assigned at birth[11]. Further, parent report using the Gender Identity Questionnaire for Children[12], indicated that youth showed significant "cross-sex" identification and preferences (when scored based on sex at birth)[12].

Final identity classification for these analyses was based on our most recent interaction with the child and/or their parent before January 1, 2021. Because some families have not participated recently, we also separately report (in Table 2) the results of the $n$=291 youth with whom the research team had an interaction within the 2 years prior to that deadline. This additional analysis allows us to assess whether those who retransitioned were more likely to have missed their more recent appointments with our team. Importantly, only one of the 26 families with whom we did not meet in the last two years has formally dropped out of the study; the others often did not complete participation during these two years due to personal circumstances at the time we attempted re-recruitment. We anticipate that many in this group will participate again in the future.

Based on pronouns at follow-up, participants were classified as *binary transgender* (pronouns associated with the other binary assigned sex), *nonbinary* (they/them pronouns or, n=3, a mix of they/them and binary pronouns), or *cisgender* (pronouns associated with their assigned sex). We confirmed this classification by reviewing other information available to the research team (e.g., child's self-categorization in an interview or survey, email communications with the parents, etc). Only one classification was debatable; this

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

participant was classified by pronouns (and in this paper) as nonbinary, but could have been classified as binary transgender (and not retransitioned).

This study has been approved by the University of Washington and Princeton University IRBs.

**Results**

The overall rate of retransition was 7.3%. An average of 5.37 years (SD=1.74 years) after their initial binary social transition, most participants were living as binary transgender youth (94.0%; see Table 2). Included in this group were 4 individuals (1.3% of the total sample) who retransitioned twice (to nonbinary then back to binary transgender). Some youth (3.5%) were currently living as nonbinary, including one who had retransitioned twice (to cisgender then to nonbinary). Finally, 2.5% were using pronouns associated with their sex at birth and could be categorized as cisgender at the time of data collection, including one who first retransitioned to live as nonbinary. Similar percentages were observed when examining the 291 youth who were in touch with the research team in the last two years (see Table 2), when examining only those 280 youth who had not begun puberty blockers at the start of the study (Table 3), or if we examine only the 200 youth who had gone at least 5 years since their initial transition (Table 3).

We observed one potential (post-hoc) age effect. Youth who initially socially transitioned before age 6 (n=124), were more likely to be living as cisgender (5.6%), than youth who transitioned at age 6 or later (n=193; 0.5%), Fisher's exact test (comparing binary, cisgender, nonbinary; before vs. 6 or later), $p$ =0.02, although low rates of retransition were seen in both groups.  In Table 2 we also report the results separately for children assigned male vs. female at birth; this distinction was not significantly associated with

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

Prepublication Release

later identity, $p = 0.47$, Fisher's exact test. Finally, for exploratory purposes, in Table 3 we report outcomes separately for several subsets of our participants, including youth who had started puberty blockers, youth who had used puberty blockers and gender affirming hormones, and youth who are at least 14 years old (the age at which past work[3] has suggested retransitions will be less likely).

**Discussion**

Five years after an initial binary social transition, 7% of youth had retransitioned at least once. Most youth (94%) were living as binary transgender youth at the time of data analysis, including 1.3% who retransitoned initially to cisgender or nonbinary and then retransitioned back to binary trans identities. A small number of youth were living as cisgender youth (2.5%) or nonbinary youth (3.5%). We observed comparable rates when examining all participants who began the study (n=317), those who continue to be in regular contact with the research team (n=291), those who had gone at least 5 years since initial social transition (n=200), and those who started the study before beginning puberty blockers (n=280). We found no differences as a function of participant sex at birth. We observed slightly higher rates of retransition, and particularly later cisgender identity, amongst youth who initially socially transitioned before age 6. However, even in these youth, retransition rates were very low.

Amongst those who had begun puberty blockers and/or gender affirming hormones, only one had retransitioned to live as cisgender (and this youth had begun blockers, but not gender affirming hormones). One likely reason so few retransitions to cisgender occurred amongst those accessing medical transition is that most retransitioning in this cohort happened at early ages. All but one of the 8 cisgender youth had retransitioned by age 9 (the last retransitioned at 11). Some of these youth are still not eligible for blockers

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

because they are still prepubertal; we anticipate that those who identify as cisgender are unlikely to seek blockers or hormones, but that the participants who have not begun puberty and who identify as binary transgender or nonbinary likely will.

Past work has suggested that the ages 10 to 13 are an especially critical time for retransition[3]. In our sample, many of the youth who retransitioned did so before that time frame, particularly the cisgender youth. In the nonbinary group, however, 6 of 11 retransitioned between age 10 and 13, with the remainder retransitioning before 10. Importantly, our sample differed from the past work upon which this age range was determined in several key ways including that our participants socially transitioned at earlier ages (perhaps pushing retransitions earlier too), had undergone complete social transitions including pronouns and names (not just hairstyle and clothing changes as in most cases in previous studies[3]), and are living at a different historic time in a different country. Any, or all, of these may turn out to be key differences related to age of retransition.

Our observed low retransition rate is consistent with a study in which 4 youth who had "completely" socially transitioned had not retransitioned 7 years later[10]. That finding is in the same ballpark as our study's estimate of approximately 2.5% if we examine the percentage living as cisgender at the end of the study (i.e., those "desisting" from gender diverse outcomes). Together these papers suggest this outcome is relatively rare in this group.

Our observation that few youth who have begun medical intervention have retransitoned to live as cisgender is consistent with findings in the literature. Several studies reporting on outcomes amongst transgender youth receiving blockers and gender

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

affirming hormones have reported relatively low rates of regret or stopping treatment[13], which are potential indicators of retransition – though stopping treatment can occur for other reasons as well (e.g., side effects), as can regret (e.g., experiences of transphobia).

Our key finding – that there was a relatively low rate of retransition about five years after initial social transition – may, on the surface, appear contradictory with past clinic-based research on what is sometimes called "persistence and desistence"[3] of childhood gender dysphoria. Several large studies attempted to recontact adolescents and adults who had previously been evaluated for gender dysphoria in childhood[14-17]. Many of those were formally diagnosed with what was, at the time, called Gender Identity Disorder. Those studies reported that a minority of youth later identified in a way that might indicate a transgender identity by today's definition.

Interpretation of those results, and especially comparison to the present work is difficult for several reasons. First, in past studies, when asked "are you a boy or a girl?" about 90% of the children supplied answers that aligned with their sex at birth[18], leading some to question whether or not the majority of those children were the equivalent of transgender children today or not [19-21]. Second, participants in those studies were children between the 1960's and the 1990's, and many features of society have changed since then, including greater rates of acceptance and acknowledgement of transgender identities. Third, the parents of the youth in the present study support their children's identities, as indicated by their approval of their social transitions, while many of the parents of youth in past studies explicitly discouraged gender nonconformity or "cross-gender" identification[15,22]. Further, it would have been exceedingly rare for youth in those studies to socially transition, especially completely[1,10]. Finally, there were substantial drop-out rates in all of the prior studies[14,15,17], making the true estimates of persistence or desistence

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

difficult to obtain[19,21]. Because there are so many possible contributors to differences in rates of "persistence" (in past work) and "retransition" in the current work, we urge caution about overinterpreting differences, or overconfidence about which contributing factors explain the differences.

There are also some reasons why we might have had such a low retransition rate. First, on average, participants had socially transitioned 1.6 years before joining our study. It is possible that some youth initially try socially transitioning and then change their minds quickly. Such youth would be unlikely to be enrolled in this study because their eligibility period would have been quite short and therefore the odds of finding the study and completing it would have been low. This means the children in our study may have been especially unlikely, compared to all children who transition, to retransition because they had already lived – and presumably been fairly content – with that initial transition for more than a year. Second, it is possible that families who failed to participate in the last two years of our study (n=26) were disproportionately those whose children retransitioned and who were therefore hesitant to participate again. If true, this could have reduced our retransition rate. We are skeptical of this possibility for a few reasons. First, four of these participants did retransition and had told us about that outcome, so it does not appear that hesitancy in telling us was rampant in this group. Third, many of these families continue to be in touch with our research team and only missed participation because of ongoing personal issues (e.g., COVID-19, emergency family circumstances, etc.). We anticipate that most of these families will be able to participate as we continue to follow these youth. Finally, from the beginning of the study, the research team has been clear in discussing with the families that we are open to any outcome in their youth.

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

As with past work, the present work has several key limitations. First, this is a volunteer community sample, meaning there could be biases in the kinds of families who sign up to participate. We know, for example, that unlike many samples of transgender youth, this sample of youth have normative levels of depression and only slight elevations in anxiety[23]. The parents of the participants in this study are disproportionately higher income and went to college at higher rates than the general population. We do not know whether these potential biases in the sample reflect biases in the cohort of children who socially transitioned in the mid-2010's in the U.S. and Canada. Therefore, whether the results generalize to youth without these characteristics is unknown.

Another potential limitation is that we used pronouns as the criteria for retransitions. Not everyone who, for example, uses they/them pronouns identifies as nonbinary and someone might identify as transgender even if they are currently using pronouns associated with their sex at birth. However, examination of other data provided by families suggests that our pronoun-based criteria were largely consistent with classification that would have arisen from other types of information provided to the research team (e.g., labels used in an interview). Only one of the youth categorized as "retransitioned" might, by some other criteria, not meet that definition. However, because pronouns were the initial inclusion criterion (that is, to be in the study a child had to be using pronouns not associated with their sex at birth), they were the most consistent route of classification.

A related potential concern with these analyses is that we classified a change from using, for example, binary transgender to nonbinary as a "retransition." Not everyone would categorize this change as a retransition. Many nonbinary people consider themselves to be transgender[24]. If we had used a stricter criterion of retransition, more

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

similar to the common use of terms like "detransition" or "desistence", referring only to youth who are living as cisgender, then our retransition rate would have been lower (2.5%).

One additional limitation in the present work is that the initial sample was disproportionately made up of trans girls. This is counter to recent reports that more peri- and post-pubertal transgender youth seeking clinical services recently are transmasculine[25-27]. Historically, and consistent with our data, samples of *pre*pubertal gender nonconforming youth identified by their parents as such, have included more assigned males at birth[15,16,22]. Importantly, we did not observe a significant gender effect in terms of rates of retransition, so we do not predict any change in pattern of results if we had a different ratio of participants by sex at birth.

We anticipate continuing to follow this cohort into adolescence and adulthood. This continued follow-up is necessary because it is possible that as more youth move into adolescence and adulthood, their identities could change. As we already saw, some youth will retransition more than once so the present identities should not be interpreted as final.

As more youth are coming out and being supported in their transitions early in development, it is increasingly critical that clinicians understand the experiences of this cohort and not make assumptions about them as a function of older data from youth who lived under different circumstances.  Though we can never predict the exact gender trajectory of any child, these data suggest that many youth who identify as transgender early, and are supported through a social transition, will continue to identify as transgender five years after initial social transition. These results also suggest that retransitions to one's gender assumed at birth (cisgender) might be likely to occur before

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

age 10 amongst those who socially transition at the earliest ages (before age 6), though

retransitions are still unlikely in this group. These data suggest that parents and clinicians

should be informed that not all youth will continue on the same trajectory over time.

Further understanding of how to support youth's initial and later transitions is needed.

**Acknowledgments**

The authors wish to thank the families for their participation in this research.

**References**

1. Steensma TD, Cohen-Kettenis PT. Gender transitioning before puberty? *Arch Sex Behav*. 2011;40(4):649-650.
2. de Vries ALC, Cohen-Kettenis PT. Clinical management of gender dysphoria in children and adolescents: the Dutch approach. *J Homosex*. 2012;59(3):301-320.
3. Steensma TD, Biemond R, de Boer F, Cohen-Kettenis PT. Desisting and persisting gender dysphoria after childhood: A qualitative follow-up study. *Clin Child Psychol Psychiatry*. 2011;16(4):499-516.
4. Ashley F. Thinking an ethics of gender exploration: Against delaying transition for transgender and gender creative youth. *Clin Child Psychol Psychiatry*. 2019;24(2):223-236.
5. Sherer, I. (2016). Social transition: Supporting our youngest transgender children. *Pediatrics*. 2016; 137(3):e20154358.
6. Temple Newhook J, Pyne J, Winters K, Feder S, Holmes C, Tosh J, Sinnott MJ, Jamieson A, Pickett S. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *Intl J Transgenderism*. 2018; 19(2): 212-224.
7. Leibowitz S. Social gender transition and the psychological interventions. In: Janssen A, Leibowitz S, eds. Affirmative Mental Health Care for Transgender and Gender Diverse Youth. *Springer International Publishing*; 2018:31-47.
8. Edwards-Leeper L, Spack NP. Psychological evaluation and medical treatment of transgender youth in an interdisciplinary "gender management service" (Gems) in a major pediatric center. *J Homosex*. 2012;59(3):321-336.
9. Menvielle E. A comprehensive program for children with gender variant behaviors and gender identity disorders. *J Homosex*. 2012;59(3):357-368.
10. Steensma TD, McGuire JK, Kreukels BP, Beekman AJ, Cohen-Kettenis PT. Factors associated with desistence and persistence of childhood gender dysphoria: a quantitative follow-up study. *J Am Acad Child Adolesc Psychiatry*. 2013 Jun 1;52(6):582-90.
11. Gülgöz S, Glazier J, Enright E et al. Similarity in transgender and cisgender children's gender development. *Proceedings of the National Academy of Sciences*. 2019;116(49):24480-24485. doi:10.1073/pnas.1909367116

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

**Prepublication Release**

12. Johnson L, Bradley S, Birkenfeld-Adams A et al. A Parent-Report Gender Identity Questionnaire for Children. *Arch Sex Behav*. 2004;33(2):105-116. doi:10.1023/b:aseb.0000014325.68094.f3.

13. Kuper L, Stewart S, Preston S, Lau M, Lopez X. Body Dissatisfaction and Mental Health Outcomes of Youth on Gender-Affirming Hormone Therapy. *Pediatrics*. 2020;145(4). doi:10.1542/peds.2019-3006

14. Drummond K, Bradley S, Peterson-Badali M, Zucker K. A follow-up study of girls with gender identity disorder. *Dev Psychol*. 2008;44(1):34-45. doi:10.1037/0012-1649.44.1.34

15. Green R. The Sissy Boy Syndrome. 1987. doi:10.2307/j.ctt1ww3v4c

16. Singh D, Bradley S, Zucker K. A Follow-Up Study of Boys With Gender Identity Disorder. *Front Psychiatry*. 2021;12. doi:10.3389/fpsyt.2021.632784

17. Wallien M, Cohen-Kettenis P. Psychosexual Outcome of Gender-Dysphoric Children. *Journal of the American Academy of Child & Adolescent Psychiatry*. 2008;47(12):1413-1423. doi:10.1097/chi.0b013e31818956b9

18. Zucker K, Bradley S, Sullivan C, Kuksis M, Birkenfeld-Adams A, Mitchell J. A Gender Identity Interview for Children. *J Pers Assess*. 1993;61(3):443-456. doi:10.1207/s15327752jpa6103_2

19. Ashley F. The clinical irrelevance of "desistance" research for transgender and gender creative youth. *Psychol Sex Orientat Gend Divers*. 2021. doi:10.1037/sgd0000504

20. Olson K. Prepubescent Transgender Children: What We Do and Do Not Know. *Journal of the American Academy of Child & Adolescent Psychiatry*. 2016;55(3):155-156.e3. doi:10.1016/j.jaac.2015.11.015

21. Temple Newhook J, Pyne J, Winters K et al. A critical commentary on follow-up studies and "desistance" theories about transgender and gender-nonconforming children. *International Journal of Transgenderism*. 2018;19(2):212-224. doi:10.1080/15532739.2018.1456390

22. Zucker K, Bradley S. *Gender Identity Disorder And Psychosexual Problems In Children And Adolescents*. New York: Guilford Press; 1995.

23. Gibson D, Glazier J, Olson K. Evaluation of Anxiety and Depression in a Community Sample of Transgender Youth. *JAMA Netw Open*. 2021;4(4):e214739. doi:10.1001/jamanetworkopen.2021.4739

24. Darwin H. Challenging the Cisgender/Transgender Binary: Nonbinary People and the Transgender Label. *Gender & Society*. 2020;34(3):357-380. doi:10.1177/0891243220912256

25. 15. Aitken M, Steensma T, Blanchard R et al. Evidence for an Altered Sex Ratio in Clinic-Referred Adolescents with Gender Dysphoria. *J Sex Med*. 2015;12(3):756-763. doi:10.1111/jsm.12817

26. de Graaf N, Carmichael P, Steensma T, Zucker K. Evidence for a Change in the Sex Ratio of Children Referred for Gender Dysphoria: Data From the Gender Identity Development Service in London (2000–2017). *J Sex Med*. 2018;15(10):1381-1383. doi:10.1016/j.jsxm.2018.08.002

27. Meyenburg B, Renter-Schmidt K, Schmidt G. Transidentität in Jugend und Adoleszenz: Zur Veränderung der Sexratio und der Prävalenz in den letzten eineinhalb Jahrzehnten. *Zeitschrift für Kinder- und Jugendpsychiatrie und Psychotherapie*. 2021;49(2):93-100. doi:10.1024/1422-4917/a000763

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

Prepublication Release

**Table 1.** Participant demographics (N=317).

| Race | |
|---|---|
| White Non-Hispanic | 68% |
| White, Hispanic | 9% |
| Black | 2% |
| Asian | 3% |
| Native American | <1% |
| Multiracial | 17% |
| did not report | <1% |
| | |
| Annual Household Income | |
| Less than $25,000 | 4% |
| $25,001-$50,000 | 10% |
| $50,001-$75,000 | 20% |
| $75,001-$125,000 | 31% |
| More than $125,000 | 35% |
| did not report | 1% |
| | |
| Geographic Location | |
| Northeast | 13% |
| Midwest/Upper Plains | 21% |
| Southeast | 15% |
| Mountain West | 13% |
| Pacific Northwest | 20% |
| Pacific South | 16% |

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

Prepublication Release

**Table 2.** Participant information and current identity at last visit before January 1, 2021 Overall, for those with recent visits only, and by initial social transition and gender.

| | Total Sample | Recent Sample (with visits in 2019 or 2020) | Sample who initially socially transitioned before age 6 | Sample who initially socially transitioned at 6 or later | Transgender girls (at recruitment) | Transgender boys (at recruitment) |
|---|---|---|---|---|---|---|
| Sample Size | 317 | 291 | 124 | 193 | 208 | 109 |
| % assigned male at birth | 65.6% | 65.3% | 73.4% | 60.6% | 100% | 0% |
| Mean age at first transition | 6.5 years old | 6.4 years old | 4.3 years old | 7.9 years old | 6.2 years old | 7.1 years old |
| Mean age at start of study | 8.1 years old | 8.0 years old | 5.9 years old | 9.5 years old | 7.7 years old | 8.7 years old |
| Average time since start of study | 3.8 years | 4.1 years | 3.8 years | 3.8 years | 3.9 years | 3.7 years |
| Average time since first transition | 5.4 years | 5.7 years | 5.4 years | 5.4 years | 5.5 years | 5.3 years |
| Current Identity | | | | | | |
| Binary Transgender | n=298; 94.0% | n=276; 94.8% | n=112; n=90.3% | n=186; 96.4% | n = 194; 93.3% | n = 104; 95.4% |
| Cisgender | n=8; 2.5% | n=6; 2.1% | n=7; 5.6% | n=1; 0.5% | n = 7; 3.40% | n = 1; 0.9% |
| Nonbinary | n=11; 3.5% | n=9; 3.1% | n=5; 4.0% | n=6; 3.1% | n = 7; 3.40% | n = 4; 3.7% |

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest

**Prepublication Release**

**Table 3.** Participant information and current identity at last visit before January 1, 2021 as a function of stages of medical transition and/or age.

| | Total Sample | Sample of youth who had not begun blockers at start of the study | Sample of youth who have begun blockers (and not GAH) at the end of the study | Sample of youth who have begun gender-affirming hormones at the end of the study | Sample of youth 5+ Years since initial binary social transition | Sample of youth who are currently 14+ years old |
|---|---|---|---|---|---|---|
| Sample Size | 317 | 280 | 92 | 98 | 200 | 70 |
| % assigned male at birth | 65.6% | 69.6% | 57.6% | 58.2% | 69.0% | 52.9% |
| Mean age at first transition | 6.5 years old | 6.1 years old | 6.6 years old | 8.4 years old | 6.2 years old | 8.9 years old |
| Mean age at start of study | 8.1 years old | 7.6 years old | 8.3 years old | 10.2 years old | 8.0 years old | 10.8 years old |
| Average time since start of study | 3.8 years | 3.9 years | 4 years | 4.3 years | 4.5 years | 4.4 years |
| Average time since first transition | 5.4 years | 5.5 years | 5.8 years | 6.1 years | 6.4 years | 6.3 years |
| Current Identity | | | | | | |
| Binary Transgender | n=298; 94.0% | n = 263; 93.9% | n = 88; 95.7% | n = 97; 99.0% | n=190; 95.0% | n = 69; 98.6% |
| Cisgender | n=8; 2.5% | n = 8; 2.9% | n = 1; 1.1% | n = 0 | n=4; 2.0% | n = 1; 1.4% |
| Nonbinary | n=11; 3.5% | n = 9; 3.2% | n = 3; 3.3% | n = 1, 1.0% | n=6; 3.0% | n = 0 |

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf by guest

**Prepublication Release**

©2022 American Academy of Pediatrics

Downloaded from http://publications.aap.org/pediatrics/article-pdf/doi/10.1542/peds.2021-056082/1284682/peds_2021056082.pdf
by guest