UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

A.M.,                                             )
                                                  )
             Plaintiff,                           )
                                                  )
       v.                                         )      No. 1:22-cv-01075-JMS-DLP
                                                  )
INDIANAPOLIS PUBLIC SCHOOLS,                      )
SUPERINTENDENT, INDIANAPOLIS                      )
PUBLIC SCHOOLS,                                   )
                                                  )
             Defendants.                          )

## ORDER

This matter comes before the Court on the Defendants' Unopposed Motion for

Leave to File Answer, Dkt. [45]. The Court, being duly advised, hereby **GRANTS**

said Motion. The Defendants are granted leave to file a belated answer, and the

Clerk is directed to docket Dkt. 45-1 as Defendants' Answer to the Complaint.

So ORDERED.

Date: 6/30/2022

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email