UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M., by her mother and next friend, E.M., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:22-cv-1075-JMS-DLP |
| INDIANAPOLIS PUBLIC SCHOOLS; SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS, in her official capacity, | ) ) ) ) ) |
| Defendants. | ) |

**Order**

E.M., the mother and next friend of the plaintiff in this case, having filed her motion to proceed by a pseudonym and Notice in compliance with Local Rule 10-1, and the Court being duly advised, finds that good cause exists to grant the motion, and,

IT IS THEREFORE ORDERED that the Motion for Mother, Legal Guardian, and Next Friend to Proceed by Pseudonym is GRANTED [6], and the mother of the plaintiff shall proceed in this case as E.M. and defendants shall not publicly disclose her true name.

Date: 6/30/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

cc:
All ECF-registered counsel of record