UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   No. 1:22-cv-01075-JMS-DLP ) |
| INDIANAPOLIS PUBLIC SCHOOLS, SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS, | ) ) ) ) |
|     Defendants. | ) ) |

## ORDER

This matter comes before the Court on the Intervenor State of Indiana's Unopposed Motion for Leave to File Answer, Dkt. [46]. The Court, being duly advised, hereby **GRANTS** said Motion. The Intervenor is granted leave to file a belated answer, and the Clerk is directed to docket Dkt. 46-1 as Intervenor's Answer to the Complaint.

So ORDERED.

Date: 7/8/2022

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email