UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| A.M., *by her mother and next friend, E.M.*, | ) |
| *Plaintiff*, | ) |
| v. | ) No. 1:22-cv-01075-JMS-DLP |
| INDIANAPOLIS PUBLIC SCHOOLS and SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS, | ) |
| *Defendants*. | ) |

### PRELIMINARY INJUNCTION

For the reasons stated in the Court's Order entered this day, Defendants are **PRELIMINARILY ENJOINED** until further order of this Court from applying Indiana Code § 20-33-13-4 to prohibit Plaintiff A.M. from playing on any IPS girls' softball team.

Date: 7/26/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**