**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| A.M., by her mother and next friend, E.M., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:22-cv-1075-JMS-DLP |
| INDIANAPOLIS PUBLIC SCHOOLS; ) | |
| SUPERINTENDENT, INDIANAPOLIS ) | |
| PUBLIC SCHOOLS, in her official capacity, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| v. ) | |
| ) | |
| STATE OF INDIANA ) | |
| ) | |
| Intervenor. ) | |

## NOTICE OF APPEAL TO THE SEVENTH CIRCUIT

Notice is hereby given that Intervenor State of Indiana appeals to the United States Court of Appeals for the Seventh Circuit the District Court's Preliminary Injunction, ECF No. 62, entered July 26, 2022.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General

By: Thomas M. Fisher
Solicitor General

Office of the Indiana Attorney General
IGC-South, Fifth Floor         James Barta
302 West Washington Street     Deputy Solicitor General
Indianapolis, Indiana 46204-2770
Telephone: (317) 232-6255      Julia C. Payne
Fax: (317) 232-7979            Melinda R. Holmes
Email: Tom.Fisher@atg.in.gov   Deputy Attorneys General