# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 27, 2022

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-2332
>
> Caption:
> A.M., by her mother and next friend, E.M.,
>     Plaintiff - Appellee
>
> v.
>
> INDIANAPOLIS PUBLIC SCHOOLS and SUPERINTENDENT, INDIANAPOLIS PUBLIC SCHOOLS,
>     Defendants
>
> and
>
> STATE OF INDIANA,
>     Intervening Defendant - Appellant
>
> ---
>
> District Court No: 1:22-cv-01075-JMS-DLP
> Clerk/Agency Rep Roger A. G. Sharpe
> District Judge Jane Magnus-Stinson
>
> Date NOA filed in District Court: 07/27/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)