UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| A.M., by her mother and next friend, E.M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01075-JMS-DLP |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Stay**

The parties having filed their Joint Motion to Stay Case Pending Appeal, and the Court having read the motion, and being duly advised, finds that good cause exists to grant [69] it, and,

IT IS THEREFORE ORDERED that all matters in this case in this Court are stayed until 30 days after the issuance of the mandate from the Seventh Circuit Court of Appeals in the pending appeal of this Court's preliminary injunction order, or after the appeal is otherwise finalized, however, the previously entered preliminary injunction Dkts. [61 and 62]), remains in full force and effect.

Date: 9/12/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF