UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

A.M., by her mother and next friend, E.M.,    )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )        No. 1:22-cv-01075-JMS-DLP
                                              )
INDIANAPOLIS PUBLIC SCHOOLS, *et al.*,        )
                                              )
            Defendants.                       )

**Joint Stipulation to Dismiss Case Because of Mootness**

The parties, by their counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to the dismissal of this case and say that:

1.      On July 26, 2022, this Court entered a preliminary injunction in this case. (Dkt. 61).

2.      Intervenor, State of Indiana, has appealed the preliminary injunction order to the United States Court of Appeals for the Seventh Circuit.

3.      A.M. has recently enrolled in a charter school that is not operated by defendant Indianapolis Public Schools.

4.      Accordingly, this matter is now moot and the parties agree that this case should be dismissed, with each party to pay its own costs and attorneys' fees.

5.      The parties acknowledge that as this case is now moot and must be dismissed, this Court's preliminary injunction, upon dismissal of this action, will be vacated and will be of no effect.

[1]

WHEREFORE, the parties file this Stipulation of Dismissal.


Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317/635-4059
fax: 317/635-4105
kfalk@aclu-in.org

Attorney for Plaintiff

/s/ *Thomas M. Fisher*
(w/ permission)
Thomas M. Fisher
Solicitor General
Office of the Attorney General
IGCS-5th Floor
302 W. Washington St.
Indianapolis, IN 46202
317/232-6255
fax: 317/232-7979

Attorney for Intervenor State of Indiana


/s/ *Liam Williams*
(w/permission)
Liam Williams
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN 46204
317/237-0300
fax: 317/237-1000

Attorney for Defendants

[2]