UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| A.M., by her mother and next friend, E.M., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:22-cv-01075-JMS-MKK |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**Acknowledgement of Dismissal**

The parties, having filed their Joint Stipulation to Dismiss Case Because of Mootness, the Court acknowledges that the case has been DISMISSED, with each party to pay its own costs and attorneys' fees [78]. The preliminary injunction previously entered [61], is vacated.

Date: 1/19/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

To: All ECF-registered counsel of record

[1]